**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 95-829C<br>(Judge Wheeler) |

**DEFENDANT'S MOTION FOR ASSIGNMENT OF A COURT REPORTER**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the status conference scheduled for September 14, 2006, be on the record.

Given that various pre-trial issues and trial scheduling may be addressed and resolved during this status conference, we respectfully request that a court reporter be scheduled to record the conference. This is particularly so given the complexity of these proceedings. Furthermore, a written record will enable defense counsel of record's supervisors to review the statements made by the Court and by the parties' representatives at the conference. Additionally, Department of Justice policy is that court proceedings generally should be open and on the record unless there is a reason for confidentiality. In short, the parties and the Court will be well served by having a record of the proceedings on September 14, 2006.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

Of counsel:

TAREK SAWI
DELISA SANCHEZ
MELINDA HART

September 12, 2006

CERTIFICATE OF FILING

I hereby certify that on September 12, 2006, a copy of foregoing "DEFENDANT'S MOTION FOR ASSIGNMENT OF A COURT REPORTER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford