# In the United States Court of Federal Claims

No. 95-829C

(Filed: September 22, 2006)

| | |
|---|---|
| ***************************************** | * |
| | * |
| STERLING SAVINGS ASSOCIATION, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

**ORDER**

Plaintiff has filed a Motion for Reconsideration of the Court's August 30, 2006 Opinion and Order granting summary judgment for Defendant with regard to the Central Evergreen transaction. Plaintiff argues that "the Court overlooked certain issues of material fact," and that "the issue of liability on the Central Evergreen transaction should be decided at trial." (Motion at 2). Plaintiff identifies in a 14-page brief the fact issues on which it would like to present evidence, most of them relating to various discussions and understandings it had with the Government on the formulation of Plaintiff's Business Plan.

With an Agreement in place shifting the risk of regulatory change to Plaintiff (Article V, D), and without any specific contractual promise from the Government in the Business Plan or elsewhere altering the terms of the risk-shifting clause, the facts proffered by Plaintiff in its motion are not material to the outcome, and likely are inadmissible parole evidence. Accordingly, Plaintiff's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge