**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-829C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED PRE-TRIAL SCHEDULE**

Pursuant to order of the Court issued at the status conference held on September 14, 2006, and the Court's order dated September 22, 2005, defendant, the United States, respectfully submits the following proposal for pre-trial proceedings in this case, including a date for commencement of trial. Consistent with the Court's September 22, 2005 order, the schedule reflects that plaintiffs' recent motion for reconsideration was denied, and commences with issuance of revised expert reports. In addition, pursuant to the Court's direction at the status conference, the proposed schedule assumes that the Court will not be available for trial until mid-June in 2007.

In proposing a schedule, we have assumed that the trial will require four weeks. The length of the trial would be diminished, however, if the Court eliminates many (or all) of plaintiffs' ten claims for damages upon summary judgment or if plaintiffs voluntarily dismiss claims that have already been rejected as a matter of law by the United States Court of Appeals for the Federal Circuit. For instance, in a 2003 joint status report, plaintiffs have already identified their reliance and restitution claims as "fallback" theories, consistent with Glendale

Federal Bank, FSB v. United States, 239 F.3d 1374, 1380 (Fed. Cir. 2001), in which identical theories were rejected by the Federal Circuit as a matter of law. Joint Status Report, dated July 21, 2003, at 3. In the joint status report, plaintiffs referred to this case as a "lost profits case," and suggested bifurcation of the "fallback" theories but, based upon their admission that the Glendale decision governs, the theories should be withdrawn or dismissed. Id.

Further, assuming that plaintiffs will prepare new expert reports consistent with the Court's recent holding that the Government did not breach any contract with respect to the Central Evergreen transaction, we respectfully request that the Court preclude plaintiffs from increasing damages by adding new theories or bases for award. Plaintiffs have had ample opportunity over the last five years to identify any and all grounds for damages, and any attempt to add new theories or bases at this time would be inappropriate and should be precluded.

[proposed schedules follow]

**Defendant's Proposed Pre-Trial Schedule**

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Revised Expert Reports | October 23, 2006 |
| Defendant's deposition(s) of Plaintiffs' Expert(s) and issuance of responsive reports | December 21, 2006 |
| Defendant's Revised Motion for Summary Judgment Upon Damages | January 11, 2007 |
| Plaintiffs' Response to Defendant's Motion for Summary Judgment Upon Damages | February 1, 2007 |
| Defendant's Reply Brief In Support Of Motion for Summary Judgment | February 22, 2007 |
| Oral Argument Upon Motion For Summary Judgment Upon Damages | March 5, 2007 |
| Meeting of Counsel pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("Appendix A") | March 27, 2007 |
| Plaintiffs' Memorandum of Contentions of Law and Fact, Exhibit List, and Witness List, pursuant to Appendix A | April 23, 2007 |
| Defendant's Memorandum of Contentions of Law and Fact, Exhibit List, and Witness List, pursuant to Appendix A | May 21, 2007 |
| Motions *in limine* filed | May 29, 2007 |
| Responses to Motions *in limine* | June 8, 2007 |
| Pre-trial conference pursuant to Appendix A | June 11, 2007 |
| Commencement of four-week trial | June 25, 2007 |

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

Of counsel:

TAREK SAWI
DELISA SANCHEZ
MELINDA HART

September 25, 2006

CERTIFICATE OF FILING

I hereby certify that on September 25, 2006, a copy of foregoing "DEFENDANT'S PROPOSED PRE-TRIAL SCHEDULE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford