**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler) |

**PLAINTIFFS' PROPOSED PRETRIAL SCHEDULE**

Pursuant to order of the Court issued at the status conference held on September 14, 2006, and the Court's order dated September 22, 2006, Plaintiffs, Sterling Savings Association and Sterling Financial Corporation, respectfully submit the following proposal for pretrial proceedings in this case, including a date for commencement of trial.

In proposing a schedule, Plaintiffs respectfully disagree with Defendant's proposed pretrial schedule in that (1) Plaintiffs expert advise that due to their personal and professional calendaring issues, it is not practicable to provide revised reports until mid-December, 2006. Accordingly, we propose December 11, 2006. (2) Plaintiffs do not believe further depositions should be ordered absent a showing of some need or justification therefor following the service of Plaintiffs' amended reports. (3) Plaintiffs may elect to cross-move for summary judgment on damages; that motion, if granted, would obviate the need for a trial.

**PLAINTIFFS' PROPOSED PRETRIAL SCHEDULE**

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Revised Expert Reports | December 11, 2006 |
| Defendant's Revised Motion for Summary Judgment Upon Damages | January 11, 2007 |
| Plaintiffs' Response to Defendant's Motion for Summary Judgment Upon Damages and Plaintiffs' Cross Motion for Summary Judgment | February 8, 2007 |
| Defendant's Reply Brief in Support of Motion for Summary Judgment Upon Damages and Response to Plaintiffs' Cross Motion for Summary Judgment | March 8, 2007 |
| Plaintiffs' Reply Brief in Support of Cross Motion for Summary Judgment | March 22, 2007 |
| Oral Argument Upon Motion for Summary Judgment Upon Damages | Week of March 26, 2007 |
| Meeting of Counsel pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("Appendix A") | April 23, 2007 |
| Plaintiffs' Memorandum of Contentions of Law and Fact, Exhibit List, and Witness List, pursuant to Appendix A | May 14, 2007 |
| Defendant's Memorandum of Contentions of Law and Fact, Exhibit List, and Witness List, pursuant to Appendix A | May 14, 2007 |
| Motions in limine filed | May 21, 2007 |
| Responses to Motions in limine | May 29, 2007 |
| Pretrial conference pursuant to Appendix A | June 1, 2007 |
| Commencement of four-week trial | June 11, 2007 |

Respectfully submitted this 25th day of September, 2006.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes
William D. Symmes, Counsel of Record

1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on September 25, 2006, a copy of the foregoing **PLAINTIFFS' PROPOSED PRETRIAL SCHEDULE** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff