# In the United States Court of Federal Claims

No. 95-829C

(Filed: September 27, 2006)

****************************************
STERLING SAVINGS ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## SCHEDULING ORDER

The Court has reviewed the proposed pretrial schedules submitted by counsel for the parties on September 25, 2006. Based upon those submittals, the Court hereby establishes the following schedule:

1. Plaintiff shall submit to Defendant revised expert reports on damages on or before December 11, 2006. Any depositions of Plaintiff's experts shall be completed on or before February 10, 2007. The scope of the depositions shall be limited to any new material not addressed in prior depositions.

3. Defendant shall submit to Plaintiff its responsive expert reports on or before February 17, 2007. Any depositions of Defendant's experts shall be completed on or before March 17, 2007. The scope of the depositions shall be limited to any new material not addressed in prior depositions.

4. Trial in this case shall begin on June 25, 2007. The Court will conduct a telephonic Pretrial Conference, on the record, on December 15, 2006 at 2:00 PM (EST). At that time, the Court will address the location of trial, the time to be allocated for trial, as well as pretrial and trial procedures.

5. On December 13, 2006, counsel shall exchange and file with the Court proposed witness lists, indicating the name and address for each witness, a brief summary of the subjects on which the witness is expected to testify, and the estimated time of direct testimony. Counsel shall also indicate the names of any persons who would have been called to testify, but who are deceased, unable to testify, or unable to travel for reasons of health.

6. Any party desiring to file a pretrial motion, including a motion *in limine* or motion for partial summary judgment, shall do so sufficiently in advance of trial so that the motion may be fully briefed and considered by the Court. The existence of any pending motion will not under any circumstances serve to delay the start of trial.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge