**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-829C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S INITIAL WITNESS LIST**

Pursuant to the Court's order dated September 27, 2006, defendant, the United States, hereby provides the following list of witnesses, "indicating the name and address for each witness, a brief summary of the subjects on which the witness is expected to testify, and the estimated time of direct testimony." We reserve the right to revise or supplement both lists as permitted by the Rules for the United States Court of Federal Claims and any subsequent orders issued by the Court. In particular, we reserve the right to omit witnesses at trial should their testimony become unnecessary, and to call any witness necessary to lay the foundation for the admissibility of any exhibit. In addition to the topics listed below, each witness may additionally testify upon any topics that were the subjects of their prior testimony (or future expert reports), including affidavits and depositions, regarding any exhibit presented at trial by the parties, and in rebuttal of the testimony offered by plaintiff at trial.

The United States may call the following witnesses at trial:

1. Mukesh Bajaj
Managing Director
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608

Dr. Bajaj is the managing director of the finance and damages practice at LECG, LLC, an international consulting firm specializing in economics and financial analysis, expert testimony, litigation support and strategic management consulting. He is a graduate of the University of California, Berkeley, with a Ph.D. in Finance. His other credentials are described in his expert report. Dr. Bajaj will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 6 hours

2. Thomas M. Beil

Mr. Beil is a former assistant vice president for commercial banking at Sterling Savings Association ("Sterling"). He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

3. Scott A. Bradley
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA 98101

Mr. Bradley is an examiner in the Seattle District of the Office of Thrift Supervision ("OTS"). He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He may testify regarding the operations and performance of Sterling, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

4. Daniel G. Byrne
111 N. Wall Street
Spokane, WA. 99201

Mr. Byrne is the chief financial officer of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal Savings and Loan Association ("Lewis Federal") and Tri-Cities Savings and Loan Association ("Tri-Cities") by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

5. Darrel W. Dochow
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Dochow is an Assistant Regional Director in the Seattle office of the west region of OTS. He exercised supervisory and examination responsibility with respect to Sterling from the early 1990s to approximately 2003, and was a supervisor in the Washington office of the Federal Home Loan Bank Board when the Tri-Cities acquisition was completed. He may testify regarding the Tri-Cities acquisition, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

6. Gary D. Crithfield
Spokane, WA.

Mr. Crithfield is a former loan officer with a subsidiary of Sterling known as Intervest. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

7. Andrew Adgate Duer
700 5th Avenue
48th Floor
Seattle, WA

Mr. Duer is an investment banker who provided investment banking services and advice to Sterling in connection with Sterling's 1991 public offering. He may testify with respect to the circumstances surrounding the 1991 public offering.

Estimated direct examination: 1 hour

8. William Durbin
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Durbin is a former Regional Director in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

9. James R. Faulstich
8101 S.E. 48th St.
Mercer Island, WA 98040

Mr. Faulstich is a former supervisory agent for the Federal Home Loan Bank Board and President of the Federal Home Loan Bank of Seattle. He had supervisory responsibility with respect to Sterling's acquisitions of Lewis Federal and Tri-Cities, and may testify with respect to

Government policy regarding the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

10. Carol Friend
Evertrust Bank
2707 Colby Avenue
Everett, WA 98201-3564

Ms. Friend is a former Assistant Director in the Seattle District of the OTS. She had supervisory authority for Sterling prior to the enactment of FIRREA and in the early 1990s. She may testify regarding Sterling's acquisition of Tri-Cities, Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

11. Harold B. Gilkey
111 N. Wall Street
Spokane, WA. 99201

Mr. Gilkey is the chief executive officer and chairman of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal and Tri-Cities by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

12. William G. Hamm
Managing Director
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608

Dr. Hamm is a managing director of LECG, LLC. He is a former thrift officer and thrift regulator, and is a graduate of the University of Michigan with a Ph.D. in Economics. His other credentials are described in his expert report. Dr. Hamm will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 4 hours

13. Joe A. Hargett
Director
Navigant Consulting, Inc.
1801 K Street, N.W.
Suite 500
Washington, DC 20006

Mr. Hargett is a Director of Navigant Consulting, Inc., a firm providing advisory services in finance and accounting to businesses and individuals, as well as a certified public accountant. His other credentials are described in his expert report. Mr. Hargett will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his

expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 4 hours

14. John M. Harlow

Mr. Harlow is the president of Intervest, a subsidiary Sterling. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

15. Dwight J. Haskins
Federal Deposit Insurance Corporation
550 17th St., N.W.
Washington, D.C. 20429

Mr. Haskins is a former examiner-in-charge in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s and early 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

16. Edwin C. Hedlund
Washington Federal
425 Pike Street
Seattle, WA 98101

Mr. Hedlund is a former Assistant Regional Director in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

17. Hilton C. Hewitt
27421 Compostela
Mission Viejo, CA

Mr. Hewitt is a former supervisory agent in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He may testify about Sterling's acquisitions of Lewis Federal and Tri-Cities, regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

18. Bruce I. Hickok
    Office of Thrift Supervision
    101 Stewart St.
    Suite 1010
    Seattle, WA. 98101

Mr. Hickok is an examiner in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

19. Daniel F. King
    3116 164th St., S.W.
    Apt. 309
    Lynnwood, WA.

Mr. King is a former officer of Sterling Savings in the area of business lending. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

20. David Kroeger
    12039 Greenwood Avenue
    Seattle, WA 98133

Mr. Kroeger is a former Field Office Supervisor with the Seattle office of the Federal Deposit Insurance Corporation ("FDIC"). He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, FDIC's

response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

21. Patricia A. McJoynt
2340 Commonwealth Park North
Bexley, OH 43209

Ms. McJoynt is a former Senior Vice President with the Federal Home Loan Bank of Seattle and Assistant Regional Director with OTS. She was involved in the bidding and negotiation process with respect to Sterling's acquisition of Tri-Cities in 1988. She may testify regarding the Tri-Cities acquisition and Government policy with respect to the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

22. Cajer Neely
601 Main Street
Suite 917
Spokane, WA.

Mr. Neely is a former vice president for commercial banking at Sterling. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

23. John W. Potthast
    Office of Thrift Supervision
    101 Stewart St.
    Suite 1010
    Seattle, WA. 98101

Mr. Potthast is an examiner in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

24. Peter O. Stearns
    Chicago, IL

Mr. Stearns is a former director of the Federal Savings and Loan Insurance Corporation. He was involved with the approval of Sterling's acquisition of Lewis Federal Savings and Loan in 1985. He may testify regarding the Lewis Federal acquisition and Government policy with respect to the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

25. John W. Stone
    1307 Deerfield Lane
    Lady Lake, Florida 32162

Mr. Stone is a former Associate Director with the Washington office of the FDIC. He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the

effect of FIRREA upon Sterling, Sterling's response to FIRREA, FDIC's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

26. Richard Jay Tejera
999 Third Avenue
Suite 4300
Seattle, WA

Mr. Tejera was a research analyst with Dain Rauscher Wessels in Seattle, Washington. He has served as a research analyst with respect to certain public offerings that occurred in 1989 and the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, public offerings by Sterling, and actual and potential acquisitions.

Estimated direct examination: 1 hour

27. J. David Welch
60 South Sixth Street
Minneapolis, MN

Mr. Welch is a managing director with Dain Rauscher Wessels in Minneapolis, Minnesota. He has served as an investment banker to Sterling with respect to certain public offerings that occurred in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, public offerings by Sterling, and actual and potential acquisitions.

Estimated direct examination: 1 hour

28. William W. Zuppe
111 N. Wall Street
Spokane, WA. 99201

Mr. Zuppe is the president of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal and Tri-Cities by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

Defendant reserves the right to call in its case-in-chief any witnesses listed on plaintiff's witness list. We also reserve the right to call any witness identified by the plaintiffs in their witness list that may later be withdrawn before trial.

Defendant also reserves the right to call any rebuttal witnesses and any witness necessary to lay the foundation for the admissibility of trial exhibits if plaintiff does not stipulate to the admissibility of those exhibits. Should any witness be unable to testify in person due to some infirmity or otherwise, we reserve the right to seek the Court's permission for leave to present that individual's testimony at trial, where appropriate, by video-teleconferencing, or, alternatively, where warranted, by the introduction of deposition testimony in accordance with the Court's rules and procedural orders.

At this time, we are unaware of any witnesses for the defendant who are deceased, unable to testify, or unable to travel for reasons of health.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
DELISA SANCHEZ
MELINDA HART

December 13, 2006

CERTIFICATE OF FILING

I hereby certify that on December 13, 2006, a copy of foregoing "DEFENDANT'S INITIAL WITNESS LIST," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford