**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler) |

**PLAINTIFFS' LIST OF WITNESSES**
**PURSUANT TO PARAGRAPH 2(a) & (b)**
**OF THE JANUARY 3, 2007, PRETRIAL ORDER**

Sterling's witness list contains the names of people currently or formerly employed by Sterling, and experts, as well as witnesses currently or formerly employed by the Government. To the best of Sterling's present information, all of its present and former employees and experts will be available to testify live at the hearing set by the Court. At the Government's request, the Court forbade Sterling to have direct contact with any witnesses who are current or former Government employees. On December 15, 2006, Sterling wrote counsel for the Government to request particulars as to the availability of these witnesses; no reply has yet been forthcoming, so we are unable to report on the condition of these witnesses. In any event, there are certain government witnesses who have

more than 100 miles from the place of the trial and from whom Sterling needs only very brief items of evidence. In the interests of justice, Sterling proposes to offer these by way of deposition under FRFC 32(3):

1. William J. Durbin
16432 Southeast 24th Street
Bellevue, WA 98008

2. Edward Hedlund
425 Pike Street
Seattle, WA 98101

3. David H. Martens
19 Bel Air Drive
Orinda, CA 94563

4. Patricia McJoynt
2340 Commonwealth Park North
Bexley, OH 43209

5. Hilton Hewitt
27421 Compostela
Mission Viejo, CA 92692

Also pursuant to the Pretrial Order, the following witnesses listed by Sterling live more than 100 miles from Spokane to whom Sterling would propose issuing a subpoena:

At present, Sterling believes all witnesses it intends to call will appear voluntarily without subpoena, and therefore request no subpoenas be issued at this time, but would respectfully reserve the right to seek subpoenas should circumstances change.

Respectfully submitted this 14th day of February, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims

1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 14, 2006, a copy of the foregoing **PLAINTIFFS' LIST OF WITNESSES PURSUANT TO PARAGRAPH 2(a) & (b) OF THE JANUARY 3, 2007, PRETRIAL ORDER** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff