# In the United States Court of Federal Claims

No. 95-829C

(Filed: February 20, 2007)

```
************************************   *
                                       *
STERLING SAVINGS ASSOCIATION,          *
                                       *
                   Plaintiffs,         *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                   Defendant.          *
                                       *
************************************   *
```

**ORDER**

On February 14, 2007, Defendant filed a motion for authorization to serve subpoenas on certain witnesses who reside more than 100 miles from the location of the trial in Spokane, Washington. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant may serve subpoenas on the following individuals:

1. Andrew Adgate Duer;
2. William Durbin;
3. Carol Friend;
4. John M. Harlow;
5. Dwight J. Haskins;
6. Edwin C. Hedlund;
7. Hilton C. Hewitt;
8. Daniel F. King;
9. David Kroeger;
10. Patricia A. McJoynt;
11. John W. Stone;
12. Richard Jay Tejera; and
13. J. David Welch.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge