Hosford, E 7022

# WITHERSPOON, KELLEY, DAVENPORT & TOOLE

A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

WILLIAM M. SYMMES

wms@wkdtlaw.com
Admitted in Washington,
Idaho and Oregon

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
Telephone: (509) 624-5265
Fax: (509) 458-2728

COEUR D'ALENE OFFICE
THE SPOKESMAN REVIEW BUILDING
608 NORTHWEST BOULEVARD, SUITE 401
COEUR D'ALENE, IDAHO 83814-2146
(208) 667-4000

PORTLAND OFFICE
1515 SW FIFTH AVENUE, SUITE 490
PORTLAND, OREGON 92701
Telephone: (503) 546-2391
Fax: (503) 546-3889

December 15, 2006

**Via Facsimile 202-305-7643**

RECEIVED
2006 DEC 26 P 1:02
CASE PROCESSING UNIT
CIVIL DIVISION/OMI

Ms. Elizabeth Hosford
Department of Justice
Commercial Litigation Branch
Civil Division
Classification Unit
1100 L Street N.W., 8th Floor
Washington, D.C. 20530

***Re: Sterling Savings Association v. United States***
***Case No. 95-829C***

Dear Ms. Hosford:

Since we will not be permitted to contact any of the current or past government employees to schedule their testimony, would you please contact those whom we have listed as witnesses and provide us their availability during the weeks set for trial.

Thank you.

Very truly yours,

WITHERSPOON, KELLEY, DAVENPORT
& TOOLE, P.S.

William M. Symmes

:jej

154-95-829
CB