Date: September 17, 1990 Docket No.: 07918

COMPARATIVE STATEMENTS OF OPERATIONS (1)

| (In Thousands) | 6-Months Ended 30-Jun-1990 | Year Ended 31-DEC-1989 | Year Ended 31-DEC-1988 | Year Ended 31-DEC-1987 |
|---|---|---|---|---|
| INTEREST INCOME | | | | |
| Mortgage Loans and Mortgage Pool Securities | $28,302 | $58,035 | $29,508 | $17,472 |
| Nonmortgage Loans | 2,563 | 5,641 | 3,550 | 2,088 |
| Investments and Deposits | 1,249 | 3,452 | 2,347 | 797 |
| TOTAL INTEREST INCOME | 32,114 | $67,128 | $35,405 | $20,357 |
| INTEREST EXPENSE | | | | |
| Deposits | $18,736 | $40,030 | $20,764 | $11,596 |
| Advances and Borrowed Money | 7,196 | 15,871 | 7,499 | 4,052 |
| TOTAL INTEREST EXPENSE | 25,932 | $55,901 | $28,263 | $15,648 |
| ADJUSTED INTEREST EXPENSE | 25,932 | 55,901 | 28,263 | 15,648 |
| PROVISION FOR LOSSES ON ASSETS | 1,400 | 524 | 447 | 145 |
| NET INTEREST INCOME | $ 4,782 | $10,703 | $ 6,695 | $ 4,564 |
| NONINTEREST OPERATING INCOME | | | | |
| Loan Servicing & Other Fees * (4) | $ 632 | $ 2,173 | $ 1,697 | $ 2,503 |
| Net Income from Service Corporations | 174 | 304 | 1,193 | 101 |
| Other Noninterest Operating Income | 1,668 | 1,837 | 816 | 373 |
| TOTAL NONINTEREST OTHER OPERATING INCOME | $ 2,474 | $ 4,314 | $3,706 | $2,977 |
| NONINTEREST OPERATING EXPENSE | | | | |
| Compensation | $ 2,751 | $ 5,345 | $3,995 | $2,675 |
| Directors' Fees | N/A | 101 | 79 | 76 |
| Directors, Officers & Employees Expense | N/A | 300 | 284 | 225 |
| Office Occupancy and Equipment Expense | 2,283 | 3,005 | 2,099 | 1,011 |
| Marketing | 721 | 249 | 193 | 130 |
| Other Noninterest Operating Expense | 3,202 | 5,668 | 2,934 | 1,562 |
| TOTAL NONINTEREST OPERATING EXPENSE | $ 8,957 | $14,668 | $9,584 | $5,688 |
| NET OPERATING INCOME | $(1,701) | $ 349 | $ 817 | $1,862 |
| NONOPERATING INCOME | | | | |
| Nonoperating Income | $ 882 | $ 2,100 | $ 706 | $ 198 |
| Nonoperating Expense | 28 | 408 | 463 | 240 |
| NET NONOPERATING INCOME | $ 854 | $ 1,692 | $ 243 | $( 42) |



SG 0052633

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0108

Date: September 17, 1990 Docket No.: 07918

## COMPARATIVE STATEMENTS OF OPERATIONS (1) (continued)

| (In Thousands) | 6-Months Ended 30-JUN-1990 | Year Ended 31-DEC-1989 | Year Ended 31-DEC-1988 | Year Ended 31-DEC-1987 |
|---|---|---|---|---|
| NET INCOME BEFORE TAXES AND ADJUSTMENTS TO NET INCOME | $( 847) | $ 2,041 | $1,060 | $1,820 |
| Income Taxes | ( 487) | 614 | 764 | 669 |
| Net Income (Loss) | $( 360) | $ 1,424 | $ 295 | $1,156 |
| Less: | | | | |
| Cash Dividends on: | | | | |
| Perpetual Preferred Stock | $ 0 | $ 168 | $ 214 | $ 74 |
| Other Adjustments to Retained Earnings | $ 56 | $ 21 | $ 0 | $ 0 |
| NET CHANGE RETAINED EARNINGS | $( 304) | $ 1,277 | $ 81 | $1,082 |

(See page A - 6.3 for footnotes.)



SG0052634

"Confidential Material - Subject to Protective ...



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0109

Date: September 17, 1990 Docket No.: 07918

SUMMARY OF KEY OPERATING RATIOS AND TRENDS (1)(2)(3)

| | 6-Months Ended 30-JUN-1990 | Year Ended 31-DEC-1989 | | Year Ended 31-DEC-1988 | | Year Ended 31-DEC-1987 | |
|---|---|---|---|---|---|---|---|
| | ASSN | ASSN | PEER GROUP | ASSN | PEER GROUP | ASSN | PEER GROUP |
| Asset Growth *............. | (2.7) | (1.1) | (4.4) | 40.0 | 10.7 | 39.7 | (0.1) |
| Liability Growth *......... | (2.7) | (0.6) | (5.0) | 34.8 | 9.7 | 39.6 | 2.3 |
| Regulatory Capital / Total Assets ............ | N/A | 0.0 | 0.0 | 5.6 | 5.5 | 3.8 | 1.3 |
| GAAP Capital / Total Assets............. | 1.6 | 1.6 | 6.1 | 4.9 | 4.6 | 3.8 | (0.7) |
| Net Income / Average Assets *. | (0.1) | 0.2 | (0.1) | 0.1 | (0.3) | 0.5 | (2.2) |
| Net Income / Total Income..... | (1.0) | 1.9 | (0.7) | 0.7 | (2.7) | 4.9 | (24.0) |
| Total Income/Average Assets *. | 10.2 | 10.3 | 10.0 | 9.7 | 9.4 | 9.9 | 9.3 |
| Gross Operating Income / Average Assets *............ | 9.9 | 10.0 | 9.7 | 9.5 | 9.1 | 9.9 | 8.9 |
| Net Operating Income / Gross Operating Income...... | (4.9) | 0.5 | (2.2) | 2.1 | (0.7) | 8.0 | (21.7) |
| Net Interest Income / Average Assets *............ | 1.5 | 1.5 | 1.5 | 1.6 | 1.6 | 1.9 | (0.4) |
| Hedged Net Interest Income / Average Assets *............ | 1.5 | 1.6 | 1.8 | 1.7 | 2.0 | 2.0 | 1.3 |
| Total Interest Cost / Gross Operating Income...... | 75.0 | 78.2 | 75.3 | 72.3 | 71.7 | 67.1 | 76.0 |
| Total Interest Costs / Avg. Deposits and Borrow. Money * | 7.6 | 8.0 | 7.9 | 7.0 | 6.8 | 6.7 | 6.9 |
| Interest Earning Assets / Interest Bearing Liabilities | 93.4 | 92.7 | 97.4 | 96.1 | 97.3 | 94.2 | 90.0 |
| Operating Expense / Average Assets *............ | 2.6 | 2.0 | 2.3 | 2.3 | 2.2 | 2.4 | 2.3 |
| Operating Expense / Gross Operating Income...... | 25.9 | 20.5 | 23.3 | 24.5 | 24.5 | 24.3 | 26.0 |

(See page A - 6.3 for footnotes.)



SG 0052635

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0110

Date: September 17, 1990 Docket No.: 07918

## CLASSIFIED ASSETS AND REPOSSESSED ASSETS (1)(2)(3)

| (In Thousands) | As of 31-JULY-1990 | As of 31-DEC-1989 | As of 31-DEC-1988 | As of 31-DEC-1987 |
|---|---|---|---|---|
| Assets Classified Substandard | | | | |
| Assn. $ amount........ | 34,129 | 27,127 | 11,064 | 4,167 |
| Assn. % to assets..... | 5.2 | 3.8 | 2.3 | 1.4 |
| Peer Group % to assets | 4.4 | 3.1 | 1.8 | 5.4 |
| Assets Classified Doubtful | | | | |
| Assn. $ amount........ | 74 | 1,417 | 830 | 188 |
| Assn. % to assets..... | 0.0 | 0.2 | 0.1 | 0.0 |
| Peer Group % to assets | 0.4 | 0.2 | 0.0 | 0.9 |
| Assets Classified Loss | | | | |
| Assn. $ amount........ | 1,420 | 2,150 | 376 | 25 |
| Assn. % to assets..... | 0.2 | 0.3 | 0.0 | 0.0 |
| Peer Group % to assets | 0.8 | 0.1 | 0.0 | 0.2 |
| TOTAL Classified Assets | | | | |
| Assn. $ amount........ | 35,434 | 30,694 | 12,270 | 4,380 |
| Assn. % to assets..... | 5.4 | 4.3 | 2.5 | 1.5 |
| Peer Group % to assets | 5.6 | 3.4 | 1.9 | 6.5 |
| Repossessed Assets | | | | |
| Assn. $ amount........ | 5,524 | 7,908 | 5,578 | 1,416 |
| Assn. % to assets..... | 0.8 | 1.1 | 1.1 | 0.4 |
| Peer Group % to assets | 2.7 | 2.1 | 1.1 | 2.7 |
| Slow Loans and Contracts * (5) | | | | |
| Assn. $ amount........ | N/A | 0 | 7,669 | 0 |
| Assn. % to assets..... | N/A | 0.0 | 1.6 | 0.0 |
| Peer Group % to assets | N/A | 0.0 | 0.6 | 0.0 |
| Loan/Contract to Facilitate Sale of REO | | | | |
| Assn. $ amount........ | 308 | 66 | 0 | 0 |
| Assn. % to assets..... | 0.0 | 0.0 | 0.0 | 0.0 |
| Peer Group % to assets | 0.4 | 0.8 | 0.4 | 0.4 |

(See page A - 6.3 for footnotes.)



SG 0052636

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0111

Date: September 17, 1990 Docket No.: 07918

FOOTNOTES

(1) All ratios identified with an asterisk have been annualized in the stub period.

(2) Peer Group information has been calculated using all Seattle District associations with total assets between $250 million and $1 billion. Peer Group information for the July 1990 asset quality category has been calculated using all associations nationwide with total assets between $500 million and $1 billion.

(3) Financial Data reported under "RAP" for periods prior to January 1, 1989, have been restated to conform to the 1989 TFR specifications which are adjusted for "GAAP" reporting.



SG 0052637

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0112

Date: September 17, 1990 Docket No.: 07918

## SUMMARY OF CRITICIZED ASSETS

| | | |
|---|---|---|
| 1. | Classified Assets | |
| | Portion Classified "Substandard" | $34,129,532 |
| | Portion Classified "Doubtful" | 73,917 |
| | Portion Classified "Loss" | 1,420,153 |
| 1A. | Total Classified Assets | $35,623,602 |
| | Memo--Portion Not Classified | $ |
| 2. | Assets Subject to Special Mention | 4,561,712 |
| 3. | Consumer Credit Classified as Loss | |
| 4. | GRAND TOTAL - CRITICIZED ASSETS (1A+2+3) | $40,185,314 |
| | % to Total Assets | 6.1 |





"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0113

Date: September 17, 1990 Docket No.: 07918

## SUMMARY OF ACTION REQUIRED BY CRITICIZED ASSETS

Action Required

| | | |
|---|---|---|
| 1. | Total General Valuation Allowance Prior to Start Date of Exam | $3,901,752 |
| 2. | Adjustment Required Due to Assets Classified Loss for Which No Specific Reserve Has Been Established | $1,122,278 |
| 3. | Remaining Valuation Allowance (1 - 2) | $2,779,474 |

The remaining valuation allowance is adequate considering trends in delinquencies, REO, classified assets, and type of lending the association engages in, despite the failure of management to take into consideration factors for substandard REO and Special Mention credits, and using factors below the 3-year average which is contrary to Sterling's policy.





"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0114

Date: September 17, 1990 Docket No.: 07918

## CLASSIFIED ASSETS

Assets have been classified as Substandard, Doubtful and/or Loss in accordance with 12 CFR 561.16c.

SUBSTANDARD: Assets classified Substandard are inadequately protected by the current net worth and paying capacity of the obligor or of the collateral pledged, if any. Assets so classified have a well-defined weakness or weaknesses. They are characterized by the distinct possibility that the insured institution will sustain some loss if the deficiencies are not corrected.

DOUBTFUL: Assets classified Doubtful have all the weaknesses inherent in those classified Substandard with the added characteristic that the weaknesses make collection or liquidation in full, on the basis of currently existing facts, conditions, and values, highly questionable and improbable.

LOSS: Assets classified Loss are considered uncollectible and of such little value that their continuance as assets, without establishment of a specific reserve, is not warranted. This classification does not mean that an asset has absolutely no recovery or salvage value, but rather that it is not practical or desirable to defer writing off a basically worthless asset even though partial recovery may be effected in the future.

SUMMARY

| Assets Classified as of 7/31/90 | Substandard | Doubtful | Loss |
|---|---|---|---|
| A. Mortgage Loans and Contracts | $20,413,742 | $ 61,061 | $ 1,103,183 |
| B. Nonmortgage Loans | 3,356,824 | 12,856 | 43,840 |
| C. Real Estate Owned and Other Repossessed Assets | 9,844,936 | 0 | 157,546 |
| D. Other Assets | 514,030 | 0 | 115,584 |
| TOTAL CLASSIFIED ASSETS | $34,129,532 | $ 73,917 | $ 1,420,153 |

A detailed listing of classified assets was provided to management at a formal classification meeting. Unless otherwise noted, management agreed with the classifications.



SG 0052640

'Confidential Material - Subject to Protective Order



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0115

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|

A. MORTGAGE LOANS AND CONTRACTS

INCOME PROPERTY LOANS

Loan No. 2-82-001990-100012-3

BEITZ, G. MICHAEL & NATALIE
Retirement Home
Modesto, California

| | | Substandard | Doubtful | Loss |
|---|---|---|---|---|
| Gross Book Balance: | $2,432,232 | | | |
| Contra-account : | ( 481,885) | | | |
| Net Book Balance : | $1,950,347 | $1,738,014 | | $ 212,333 |

The balance shown represents a loan originated by North American Savings (NAS) dated January 26, 1984, proceeds of which were used to purchase an 81-bed retirement facility located in Modesto, California. The loan was sold to Central Evergreen Savings and Loan Association on May 31, 1984, with NAS retaining servicing. Servicing was subsequently passed to FSLIC when it was appointed as receiver for NAS in January 1987. Terms of the loan call for monthly payments and a maturity date of February 1, 2009. The loan is 546 days past due for required payments. This loan wraps-around the first deed of trust in favor of Gibraltar Savings and Loan Association with an outstanding balance of $481,885. The payment history on the loan revealed that the payments were not sufficient to cover debt service resulting in a negative amortization with $379,160 capitalized to the note since 1984.

Collateral consists of a second deed of trust on the retirement facility. A January 25, 1990, appraisal report indicates that the value of the subject property to be $2.6 million. The report prepared by Jeffrey G. Rapp and reviewed by Steven C. Bottemiller, MAI, was found to be non-compliant with current appraisal standards by 12th District Appraisal staff and is not considered reflective of current market values. A management prepared Discounted Cash Flow Analysis (DCFA) on September 15, 1990, indicates a net present value for the property of $2.2 million.



SG 0052641

'Confidential Material - Subject to Protective Order'



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0116

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION | | |
|---|---|---|---|
| | Substandard | Doubtful | Loss |

The borrower has experienced severe cash flow problems on this as well as on other loans with NAS. The retirement facility is operated by NPNGN, Inc., which filed for Chapter 11 bankruptcy relief on July 2, 1990. This action stayed Sterling from any foreclosure action, but Sterling's legal counsel feels that title to the real estate is held individually by Dr. Beitz, who in turn gave a management contract to NPNGN, Inc.. Therefore, a foreclosure proceeding may be enjoined by the Bankruptcy Court, it may not be automatically stayed. Sterling's legal counsel has forwarded this case to a California law firm and has requested this firm to file a motion for relief from the stay if the facility is property of the estate, or proceed with the foreclosure if it is not included in the bankruptcy action.

The loan is classified SUBSTANDARD due to the weak financial position of the borrower, unsatisfactory performance, and lack of collateral protection. The portion listed LOSS is the deficiency balance resulting from Sterling's DCFA on the project.



SG0052642
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0117

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| Loan No. 92-013123-005091-3<br>CJ-4 ASSOCIATES, A GENERAL PARTNERSHIP<br>General Partners:<br>Jon C. Peterson<br>Charles W. Peterson<br>Guarantors:<br>Jon C. Peterson<br>Charles W. & Judith Undersign<br><br>Office/ Warehouse Building<br>Bellevue, Washington<br><br>Gross Book Balance: $2,400,000<br>Loss reserve : ( 0) | | | |
| Net Book Balance : $2,400,000 | $1,598,550 | | $ 801,450 |

This is the balance of a $2.4 million loan granted June 27, 1988, proceeds of which were used to construct two office/warehouse buildings in Bellevue, Washington. Terms call for monthly interest-only payments at 12.0 percent and a maturity date of January 1, 1990. The loan is past maturity and has been placed on nonaccrual status.

Collateral consists of a deed of trust on the two office/warehouse buildings with a combined gross building area of 42,000 square feet. An appraisal report dated March 15, 1988, values the subject at $3.45 million based on a blended lease rate of 0.73 cents per foot. The appraisal is not considered reflective of the current market value. A September 1990, a management prepared Discounted Cash Flow Analysis (DCFA) indicates a net present value of the property to be $1.6 million.

Currently the buildings are vacant and the project continues to experience construction delays and cost overruns. Management indicates that three prospective tenants have expressed interest in leasing portions of the buildings. Management is considering advancing additional funds to complete tenant improvements although a final decision has not been reached.

Sterling has commenced a judicial foreclosure. No date for Sheriff's Sale has been set.

The loan is classified SUBSTANDARD due to the weak financial position of the borrower, unsatisfactory performance, and lack of collateral protection. The portion listed LOSS is the deficiency balance resulting from Sterling's DCFA on the project.



SG 0052643

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0118

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| DANT, ROBERT M. | | | |
| By: Robert M. Dant | | | |
| Six Story Office Building<br>Portland, Oregon | | | |
| Gross Book Balance: $1,421,460 (1)<br>Gross Book Balance: $ 333,803 (2)<br>Loss reserve : ( 0) | | | |
| Net Book Balance : $1,755,263 | $1,755,263 | | |

(1) The balance shown represents a $1.4 million note dated May 27, 1988, proceeds of which were used to provide "attractive financing" that would enable the borrower to sell the property. Terms call for monthly principal and interest payments at 9.75 percent and a maturity date of June 1, 1998.

(2) The balance represents a $400,000 loan dated June 14, 1988, proceeds of which were used to pay construction bills, fund future tenant improvements and provide interest carry. Terms call for interest-only payments and a maturity date of September 1, 1993. An equity kicker was built into this loan in which Sterling is scheduled to participate in a share of the proceeds from the eventual sale of the property.

Collateral for both loans consists of a first deed of trust on a six-story office building located in Portland, Oregon. A 1987 appraisal report values the subject at $1.95 million.

Although the building is 80.0 percent occupied, cash flow from operations is insufficient to service the debt. Based upon the current occupancy level the property is operating at a negative cash flow after debt service. Reportedly the loans are being kept current with borrowings from two commercial banks.

Mr. Dant's personal financial statement dated April 30, 1989, shows net worth of $2.8 million, most of which is centered in illiquid real estate equities. The file does not contain a financial statement for Dant Development.

The loans are classified SUBSTANDARD because of the inability of the property to service the debt, the extremely high combined loan-to-value ratio (88.9 percent) and the borrower's tenuous cash flow position.



SG 0052644
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0119

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| 28 INCOME PROPERTY LOANS | | | |
| Gross Book Balance: $14,071,825 | | | |
| Loss Reserve : ( 1,006,550 | | | |
| Net Book Balance : $13,065,275 | $12,968,180 | $ 7,695 | $89,400 |
| Represents the aggregate balance of 28 income property loans. The loans are classified SUBSTANDARD due to unsatisfactory performance and a weak financial position of the borrowers. The portions listed DOUBTFUL and LOSS are classified for lack of adequate collateral support. Some of these loans are internally classified. | | | |
| 7 CONSTRUCTION LOANS | | | |
| Gross Book Balance: $ 411,590 | | | |
| Loss Reserve : ( 0) | | | |
| Net Book Balance : $ 411,590 | $ 411,590 | | |
| Represents the aggregate balance of 7 construction loans. The loans are classified SUBSTANDARD due to unsatisfactory performance and a weak financial position of the borrowers. Some of these loans are internally classified. | | | |
| 51 SINGLE-FAMILY RESIDENCES | | | |
| Gross Book Balance: $ 2,009,098 | | | |
| Loss Reserve : ( 13,587) | | | |
| Net Book Balance : $ 1,995,511 | $ 1,942,145 | $ 53,366 | |
| Represents the aggregate balance of 51 single-family residential loans. The loans are classified SUBSTANDARD due to unsatisfactory performance and a weak financial position of the borrowers. The portion listed DOUBTFUL is classified for lack of adequate collateral support. Some of these loans are internally classified. | | | |
| TOTAL MORTGAGE LOANS AND CONTRACTS | $20,413,742 | $ 61,061 | $1,103,183 |



SG 0052645



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0120

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | | CLASSIFICATION<br>Substandard | Doubtful | Loss |
|---|---|---|---|---|
| **B. NONMORTGAGE LOANS** | | | | |
| 57 COMMERCIAL LOANS | | | | |
| Gross Book Balance: | $ 3,365,906 | | | |
| Loss Reserve : | ( 49,188) | | | |
| Net Book Balance : | $ 3,316,718 | $3,284,650 | $ 12,856 | $ 19,212 |

Represents the aggregate balance of 57 commercial. The loans are classified SUBSTANDARD due to unsatisfactory performance and a weak financial position of the borrowers. The portions listed DOUBTFUL and LOSS are classified for lack of adequate collateral support. Some of these loans are internally classified.

| | | Substandard | Doubtful | Loss |
|---|---|---|---|---|
| 12 CONSUMER LOANS | | | | |
| Gross Book Balance: | $ 113,701 | | | |
| Loss Reserve : | ( 16,899) | | | |
| Net Book Balance : | $ 96,802 | $ 72,174 | | $ 24,628 |

Represents the aggregate balance of 12 installment consumer loans. The loans are classified SUBSTANDARD due to unsatisfactory performance and a weak financial position of the borrowers. The portion listed LOSS is classified for lack of adequate collateral support. Some of these loans are internally classified.

| | Substandard | Doubtful | Loss |
|---|---|---|---|
| TOTAL NONMORTGAGE LOANS | $3,356,824 | $ 12,856 | $ 43,840 |



SG 0052646



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0121

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| C. REAL ESTATE OWNED AND OTHER REPOSSESSED ASSETS | | | |
| REAL ESTATE OWNED | | | |
| 18 INCOME PROPERTY PARCELS | | | |
| Gross Book Balance: $4,698,644 | | | |
| Loss Reserve : ( 188,947) | | | |
| Net Book Balance : $4,509,697 | $4,428,285 | | $ 81,412 |

The balance shown represents 18 parcels of income property held in Sterling Savings Real Estate Owned portfolio. The assets are classified SUBSTANDARD because of nonperformance and untimely liquidation. The portion classified LOSS is based upon Sterling Savings Discounted Cash Flow Analyses on individual properties. Management was provided a list of the individual classifications and agreed with all classifications except the loss portion on #71 Sacco Property for $18,872 and #533 Venture Equities Property for $1,370.



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0122

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|---|
| 28 RESIDENTIAL PROPERTY PARCELS | | | | |
| Gross Book Balance: | $1,018,703 | | | |
| Loss Reserve : | ( 111,996) | | | |
| Net Book Balance : | $ 906,707 | $ 887,075 | | $ 19,632 |

The balance shown represents 28 parcels of residential property held in Sterling Savings Real Estate Owned portfolio. The assets are classified SUBSTANDARD because of nonperformance and untimely liquidation. The portion classified LOSS is based upon Sterling Savings Discounted Cash Flow Analyses on individual properties. Management was provided a list of the individual classifications and agreed with all classifications.



SG 0052648



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0123

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|

INSUBSTANCE FORECLOSURES

RENTON PLAZA INVESTMENT GROUP

| | | | | |
|---|---|---|---|---|
| Gross Book Balance: | $2,987,395 (1) | | | |
| | 725,324 (2) | | | |
| Loss Reserve : | ( 396,525) (3) | | | |
| Net Book Balance : | $3,316,194 | $3,297,312 | | $ 18,882 |

The net book balance represents the consolidated equity investment in Renton Plaza Investment Group (RPI). Sterling Savings acquired a 40.0 percent interest in the partnership upon default of the former borrower, James Lear. In 1987 the remaining partners transferred all but 0.1 percent of their interest to Sterling Savings. On June 30, 1989, Sterling Savings through it's subsidiary Tri-Cities Mortgage Corporation, consolidated all the loans, reserves, and equity investments under two equity investments known as RPI Phase I with a gross book balance of $2,987,395 and RPI Phase II with a gross book balance of $725,324 less a specific valuation allowance (SVA) of $396,525 and a net book balance of $328,799.

(1) The investment in RPI Phase I is in a office building located in Renton, Washington. The major tenant the Boeing Commercial Airplane Company (BCAC) extended it's lease which expired in December, 1990, on 3 floors for another 3 years and a favorable market rate of $15.50 per square foot. Previously the short-term nature of the BCAC lease resulted in a discount in the appraised value. Sterling Savings completed a Discounted Cash Flow Analysis as of August 18, 1990, which indicates a net present value of $2,980,111 with a four month sell out.

(2) The investment in RPI Phase II is on vacant land adjoining the Phase I property on which RPI intends to build a 40,000 to 50,000 square foot office building. A Discounted Cash Flow Analysis as of August 17, 1990, indicates a net present value of $317,201 with a four month sell out.

RPI has an offer pending for $3,550,000, which is anticipated to close by year end 1990.

The equity investments are considered Insubstance Foreclosures and as such should be reclassified on Sterling Savings books.

The properties are classified SUBSTANDARD because of nonperformance and untimely liquidation. The portion classified LOSS is based upon Sterling Savings Discounted Cash Flow Analyses on individual properties.

Management agreed with the classifications.





"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0124

Date: September 17, 1990 | CLASSIFIED ASSETS (continued) | Docket No.: 07918

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| INTERSTATE 291<br>2 Office Buildings Plus Land<br>Veradale, Washington | | | |
| Gross Book Balance: $ 37,642 (1)<br>151,550 (2)<br>85,876 (3)<br>Loss Reserve : ( 63,292) | | | |
| Net Book Balance : $ 211,776 | $ 211,776 | | |

The amounts shown represents Sterling's partnership interest and loans on the Interstate 291 project. A 40.0 percent interest in the Interstate 291 partnership was acquired upon the bankruptcy of James W. Lear. Mr. Lear had pledged his partnership interest to the association as collateral for extensions of credit granted in 1983. Item (1) represents the current balance of a 10.0 percent participation interest in a $376,423 loan held by Security Pacific Savings Bank of Idaho, F.S.B., Coeur d'Alene, Idaho. The loan is secured by a first lien on the project. Item (2) represents the current balance of a loan by Sterling secured by a second lien on the project. Item (3) represents Sterling's 40.0 percent equity investment in the partnership.

The project consists of two office buildings, aggregating 8,200 square feet, and land held for future development. Currently the buildings are 97.0 percent leased but low rents continue to result in negative cash flow. On going cash calls from the partners have helped keep the loans current. Cash infusions required so far in 1990 total $18,000. The project was most recently appraised for $600,000 in June 1986. In addition to the project the partners have pledged additional collateral of $72,000 in the form of second homes and other real estate equity.

The net book balance is classified SUBSTANDARD because of the projects' negative cash flows, the need to rely on secondary sources of repayment, the actions required by the association to protect its investment, and the untimely liquidation of the project.



SG 0052650
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0125

Date: September 17, 1990 | CLASSIFIED ASSETS (continued) | Docket No.: 07918

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| **REAL ESTATE HELD FOR INVESTMENT** | | | |
| 2 CLOSED BRANCH PROPERTIES | | | |
| Gross Book Balance: $ 579,170<br>Loss Reserve : (        ) | | | |
| Net Book Balance : $ 579,170 | $ 579,006 | | $ 164 |

The balance shown represents 2 former branch properties which were acquired in the Central Evergreen merger and subsequently closed. The properties are leased and listed for sale.

The properties are classified SUBSTANDARD because of untimely liquidation. The portion classified LOSS is based upon Sterling Savings Discounted Cash Flow Analyses on individual properties. Management was provided a list of the individual classifications and agreed with classifications.

Date: September 17, 1990

CLASSIFIED ASSETS (continued)

Docket No.: 07918

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| **ADVANCES ON FORECLOSURES** | | | |
| 207 INDIVIDUAL ADVANCES ON FORECLOSURES | | | |
| Gross Book Balance: $ 370,117 | | | |
| Loss Reserve : (          ) | | | |
| Net Book Balance : $ 370,117<br>========= | $ 335,172 | | $ 34,945 |

The balance shown represent fees and expenses on foreclosed real estate. The items are classified SUBSTANDARD due to the lack of timely liquidation and the uncertainties associated with the legal process. The amounts listed as LOSS were individual items reviewed with management and determined to have no value.

Management was provided a list of the individual classifications and agreed with classifications.



S G0052652
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0127

Date: September 17, 1990

CLASSIFIED ASSETS (continued)

Docket No.: 07918

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| JUDGEMENTS | | | |
| BATTISTONE JUDGEMENT | | | |
| Gross Book Balance: $ 97,610 | | | |
| Loss Reserve : ( ) | | | |
| Net Book Balance : $ 97,610 | $ 97,610 | | |

The balance shown represents 2 deficiency judgements obtained against Sam D. Battistone in 1987 and 1988. The balance is classified SUBSTANDARD due to the lack of timely liquidation.

Management agreed with classifications.







"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0128

Date: September 17, 1990 Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| OTHER REPOSSESSED ASSETS | | | |
| REPOSSESSED AUTOMOBILE | | | |
| Gross Book Balance: $ 11,211<br>Loss Reserve : ( ) | | | |
| Net Book Balance : $ 11,211 | $ 8,700 | | $ 2,511 |

The balance shown represents the book balance of a 1988 Pontiac Firebird.

The asset is classified SUBSTANDARD because of untimely liquidation. The portion classified LOSS is based upon the deficiency resulting from the establishment of a current market value as provided in the October, 1990 N.A.D.A. Official Used Car Guide.

Management agrees with the classification.

| | Substandard | Doubtful | Loss |
|---|---|---|---|
| TOTAL REAL ESTATE OWNED AND OTHER REPOSSESSED ASSETS | $ 9,844,936 | | $157,546 |



SG 0052654

App. 111

"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0129

Date: September 17, 1990

CLASSIFIED ASSETS (continued)

Docket No.: 07918

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| D. OTHER ASSETS | | | |
| ACCOUNTS RECEIVABLE | | | |
| Gross Book Balance: $287,494<br>Loss Reserve : ( 0) | | | |
| Net Book Balance : $287,494<br>====== | $196,910 | | $ 90,584 |

The balance shown represents the aggregate total of seven general ledger accounts. The accounts include numerous items that are unlocated and uncleared for more than 90 days. The individual items were review and determiner to have little or no value. The items that appear to have value are classified SUBSTANDARD due to a lack of timely liquidation. The items that appear to be uncollectible and have no value are classified LOSS.

Management agreed with the classifications except for $87,212 in LOSS, which they would like to review prior to removal from the books.



SG 0052655

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0130

Date: September 17, 1990 | Docket No.: 07918

CLASSIFIED ASSETS (continued)

| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments<br>Participants | CLASSIFICATION<br>Substandard | <br>Doubtful | <br>Loss |
|---|---|---|---|
| FIDELITY SERVICE CORPORATION | | | |
| 2 EQUITY INVESTMENTS | | | |
| Gross Book Balance: $342,120<br>Loss Reserve : ( 0) | | | |
| Net Book Balance : $342,120 | $317,120 | | $ 25,000 |

Represents the investments in a land development and a community development partnership. These are classified SUBSTANDARD due to the speculative nature of the investment and lack of a timely liquidation. The amount classified LOSS is considered to have no value.

Management agreed with the classifications.

| TOTAL OTHER ASSETS | $514,030 | | $115,584 |
|---|---|---|---|



SG 0052656
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0131

Date: September 17, 1990 Docket No.: 07918

## ASSETS SUBJECT TO SPECIAL MENTION

---

| | |
|---|---|
| Account Identification No.<br>Name of Borrower(s)<br>Description of Assets<br>Net Book Balance<br>Comments | Amount Criticized |

---

Loan No. 92010

PETERSON, GARY

Office Building

Net Book Balance: $2,750,000 $2,750,000

==========

The amount shown represents the balance of a loan dated August 22, 1988, proceeds of which were used to provide construction and permanent financing for an office building in Puyallup, Washington. Collateral consists of a first deed of trust on land consisting of 65,037 square feet and improvements consisting of the office buildings.

The latest appraisal report dated April 12, 1990, valued the property at $4.4 million "as is" and $4.8 million once stabilized occupancy is obtained. The appraisal report indicated that the property was located in a neighborhood that is being developed, but until stabilized occupancy is achieved the project is considered speculative. As of August 1, 1990, the property was reported to be 61.0 percent occupied.

No current financial information on the project or borrower was noted in the files. The loan has remained current despite the low occupancy levels and it was reported that the borrower was seeking permanent financing to pay off Sterling.

The loan is listed for SPECIAL MENTION due to the speculative nature of the project, lack of current financial information, and an uncertainty of achieving stabilized occupancy within the near future.

Date: September 17, 1990 Docket No.: 07918

ASSETS SUBJECT TO SPECIAL MENTION

---

Account Identification No. Amount Criticized
Name of Borrower(s)
Description of Assets
Net Book Balance
Comments

---

2 INCOME PROPERTY LOANS

Net Book Balance: $ 135,374 $ 135,374
==========

7 RESIDENTIAL LOANS

Net Book Balance: $ 263,806 $ 263,806
==========

27 COMMERCIAL LOANS

Net Book Balance: $1,199,889 $1,199,889
==========

11 CONSUMER LOANS

Net Book Balance: $ 212,643 $ 212,643
==========

The above assets are listed SPECIAL MENTION due to credit deficiencies, potential weaknesses, or unwarranted financial risk that, if not corrected, could weaken the asset and increase risk in the future. A detailed listing was provided to management.

Management agreed with the classifications.

---

TOTAL ASSETS
SUBJECT TO SPECIAL MENTION $4,561,712

---



SG 0052658
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0133

Date: September 17, 1990 Docket No.: 07918

SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

---

Name and Address of Service Corporation: Action Mortgage Company
North 120 Wall Street
Spokane, Washington 99201

Location of Offices: Boise, Idaho
Coeur d'Alene, Idaho
Portland, Oregon
Salt Lake City, Utah
Bellevue, Washington
Tacoma, Washington
Tri-Cities, Washington

Principal Business: Mortgage Banking

Percent Association Ownership: 100

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $160,000 | - |
| Secured Loans | | |
| Unsecured Loans | | |
| Other | | |
| TOTAL | $160,000 | - |

Description of Activities: Action Mortgage Company (Action) generates residential mortgage loans which are initially sold to Sterling Savings and are subsequently resold in the secondary market.

Date: September 17, 1990 Docket No.: 07918

ACTION MORTGAGE COMPANY (continued)

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary 1/ | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB | $ 2/ | CB/CEO |
| Sackmann, Thomas F. | D/P | 84,000 | VP |
| Zuppe, William W. | D/VP | 2/ | D/P/COO |
| Barnes, Ned M. | D/S | 2/ | D/S/A |
| Clark, T. Richard | D | 2/ | D |
| Cotton, James J. | VP | 70,000 | VP |
| Centers, Jerry W. | VP | 60,000 | None |
| Schappell, Roberta | VP | 48,000 | VP |
| Siverts, Robert L. | VP | 72,000 | None |
| Byrne, Daniel G. | T/AS | 2/ | SVP/CFO |

Footnotes:

1/Directors' receive $100 for each meeting attended.

2/Compensation paid by Sterling Savings.

Comments:

Action was acquired as part of the Lewis and Clark Savings and Loan Association purchase. Action generates residential mortgages which are sold to Sterling prior to closing and simultaneously funded by Sterling at closing. Sterling then resells the mortgages in the secondary market. Action also uses interest rate hedges to cover outstanding loan commitments.

Subsidiary assets consist of fixed assets and deferred hedging expenses. For the fiscal year ended June 30, 1990, Action reported net income before taxes of $272,570. For the same period, Action paid management fees totaling $62,052 to Sterling Savings and in return, received $77,900 from Sterling Savings for providing loan portfolio management services. In addition, Action paid rent totaling $30,000 and wire, data processing, and telephone fees amounting to $128,849 to Sterling Savings for fiscal year 1990.



SG0052660



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0135

Date: September 17, 1990 Docket No.: 07918

ACTION MORTGAGE COMPANY (continued)

COMPARATIVE STATEMENTS OF CONDITION

| | As of 30-JUN-1990 | As of 30-JUN-1989 | As of 30-JUN-1988 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | $ 42,000 | $ 103,000 | $785,000 |
| Investments | 0 | 42,000 | 1,000 |
| Intercompany Accounts | 678,000 | 470,000 | 0 |
| Accrued Interest Receivable | 0 | 3,000 | 5,000 |
| Office Properties and Equipment | 275,000 | 168,000 | 69,000 |
| Prepaid Assets | 129,000 | 37,000 | 59,000 |
| Loans Receivable | | | 3,000 |
| TOTAL ASSETS | $1,124,000 | $ 823,000 | $922,000 |
| **LIABILITIES AND NET WORTH** | | | |
| Liabilities | | | |
| Dues to Affiliates | | | $ 1,000 |
| Other Liabilities | $ 162,000 | $ 134,000 | 103,000 |
| Total Liabilities | $ 162,000 | $ 134,000 | $104,000 |
| Net Worth | | | |
| Capital Stock | $ 160,000 | $ 160,000 | $160,000 |
| Retained Earnings | 802,000 | 529,000 | 658,000 |
| Total Net Worth | $ 962,000 | $ 689,000 | $818,000 |
| TOTAL LIABILITIES AND NET WORTH | $1,124,000 | $ 823,000 | $922,000 |

RECONCILIATION OF NET WORTH

| | | | |
|---|---|---|---|
| Beginning Balance | $ 689,000 | $ 818,000 | $289,000 |
| Net Income (Loss) before Tax | 273,000 | 31,000 | 420,000 |
| Sale of Capital Stock | 0 | 0 | 109,000 |
| Tax Provision From Prior Period | 0 | (160,000) | 0 |
| Ending Balance | $ 962,000 | $ 689,000 | $818,000 |



SG 0052661

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0136

Date: September 17, 1990 Docket No.: 07918

ACTION MORTGAGE COMPANY (Continued)

COMPARATIVE STATEMENT OF OPERATIONS

| | Year Ended 30-JUN-1990 | Year Ended 31-JUN-1989 | Year Ended 31-JUN-1988 |
|---|---|---|---|
| **INCOME** | | | |
| Interest Income | $ 1,000 | $ 274,000 | $ 130,000 |
| Fee Income | 0 | 8,000 | 567,000 |
| Gain on Sale of Loans | 0 | 205,000 | 0 |
| Mortgage Banking Operations | 1,857,000 | 888,000 | 0 |
| Other Income | 2,113,000 | 0 | 57,000 |
| TOTAL INCOME | 3,971,000 | 1,375,000 | 754,000 |
| **EXPENSES** | | | |
| Interest Expense - Other Borrowings | | 222,000 | |
| Compensation and Related Expenses | $2,662,000 | $ 460,000 | 257,000 |
| Occupancy and Administration | 720,000 | 569,000 | 51,000 |
| Other Miscellaneous Expense | 316,000 | 93,000 | 26,000 |
| TOTAL EXPENSE | $3,698,000 | $1,344,000 | $ 334,000 |
| NET INCOME | $ 273,000 | $ 31,000 | $ 420,000 |

A - 23.4

SG 0052662

App. 119

"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0137

Date: September 17, 1990 Docket No.: 07918

## SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

Name and Address of Service Corporation: Evergreen Environmental Development Corporation
North 120 Wall Street
Spokane, Washington 99201

Location of Offices: Spokane, Washington

Principal Business: Land development.

Percent Association Ownership: 100

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $ 48,050 | - |
| TOTAL | $ 48,050 | 0.1 |

Description of Activities: Inactive.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/P | 1/ | CB/CEO |
| Zuppe, William W. | D | 1/ | D/P/COO |
| Barnes, Ned M. | D | | D/S/A |
| Byrne, Daniel G. | T/S | 1/ | SVP/CFO |
| Van Dijk, John G. | VP | 1/ | VP |

Footnotes:

1/ Compensation paid by Sterling Savings.

Comments:

Evergreen Environmental Development Corporation (EEDC) was obtained as part of the Central Evergreen Federal Savings and Loan Association acquisition. EEDC is currently inactive with nominal liquid assets. Since the previous examination a $213,000 write off was experienced, related to a loan to Ventura Equities which was in a second lien position.



SG0052663

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0138

Date: September 17, 1990 Docket No.: 07918

SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

Name and Address of Service Corporation: Evergreen First Service Corporation
North 120 Wall Street
Spokane, Washington 99201

Location of Offices: Same as above.

Principal Business: Insurance and annuities.

Percent Association Ownership: 100

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $ 67,487 | - |
| TOTAL | $ 67,487 | - |

Description of Activities: Parent company of The Best Agency, which sells tax deferred annuities through Sterling's branches and commissioned sales people.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/P | 1/ | CB/CEO |
| Zuppe, William W. | D | 1/ | D/P/COO |
| Barnes, Ned M. | D | | D/S/A |
| Byrne, Daniel G. | T/S | 1/ | SVP/CFO |
| Van Dijk, John G. | VP | 1/ | VP |

Footnotes:

1/ Compensation paid by Sterling Savings.



SG 0052664
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0139

Date: September 17, 1990 Docket No.: 07918

EVERGREEN FIRST SERVICE CORPORATION (continued)

Comments:

This corporation was also acquired on December 31, 1988, through the merger of Central Evergreen Federal Savings and Loan Association. The majority of the company's assets consist of 100 percent ownership of The Best Agency which sells annuities and insurance through Sterling Saving's branch network. The Best Agency paid to Sterling Savings a fee of $168,060 during the fiscal year ended June 30, 1990 as reimbursement for the use of personnel, premises and equipment.

Stanton C. Parrish, President, The Best Agency, indicated that the company was evaluating the possibility of selling insurance products such as life, accident, health and property insurance.



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0140

Date: September 17, 1990 Docket No.: 07918

## SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

| | |
|---|---|
| Name and Address of Service Corporation: | Fidelity Service Corporation<br>North 120 Wall Street<br>Spokane, Washington 99201 |
| Location of Offices: | Spokane, Washington |
| Principal Business: | Personal property leasing. |
| Percent Association Ownership: | 100 |

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $ 10,000 | - |
| Unsecured Loans | 1,627,750 | 0.3 |
| TOTAL | $1,637,750 | 0.3 |

Description of Activities: Leases office furniture and equipment to Sterling Savings.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/P | 1/ | CB/CEO |
| Zuppe, William W. | D/VP | 1/ | D/P/COO |
| Barnes, Ned M. | D | | D/S/A |
| Byrne, Daniel G. | D/T/S | 1/ | SVP/CFO |

Footnotes:

1/ Compensation paid by Sterling Savings.

Comments:

Fidelity Service Corporation (Fidelity) is an inactive subsidiary. Currently the service corporation's investments consist primarily of office furniture and equipment which is used by the association. However, Sterling Savings uses the personal property without payment to Fidelity. Fidelity also shares offices with the association making use of personnel, premises, and equipment without reimbursement.



SG 0052666
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0141

Date: September 17, 1990 Docket No.: 07918

FIDELITY SERVICE CORPORATION (continued)

This corporation also owns a 33 percent partnership interest in undeveloped land located in Spokane, Washington, known as the Grapetree Investment. As of June 30, 1990, the investment amount of $327,000 is internally classified SUBSTANDARD due to the nonearning status of the investment over the seven years the land has been held for development.

Fidelity recorded a loss of $69,000 during the first half of 1990 due to the lack of income to offset operating expenses.



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0142

Date: September 17, 1990

Docket No.: 07918

FIDELITY SERVICE CORPORATION (continued)

COMPARATIVE STATEMENTS OF CONDITION 1/

| | As of 30-JUN-1990 | As of 30-JUN-1989 | As of 30-JUN-1988 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash & Equivalents | $ 34,000 | $ 108,000 | $ 984,000 |
| Office Property & Equipment | 1,040,000 | 772,000 | 817,000 |
| Pre-Paid Assets | 316,000 | 295,000 | 241,000 |
| Mortgage Backed Securities | 0 | 0 | 10,445,000 |
| Loans Receivable | 0 | 0 | 2,000 |
| Accrued Interest Receivable | 0 | 3,000 | 159,000 |
| TOTAL ASSETS | 1,390,000 | 1,178,000 | 12,648,000 |
| **LIABILITIES AND NET WORTH** | | | |
| Liabilities | | | |
| Advances from Parent | $1,627,000 | $1,240,000 | $3,388,000 |
| Reverse Repurchase Agreements | 0 | 0 | 9,119,000 |
| Accrued Expenses and Other Liabilities | 36,000 | 55,000 | 113,000 |
| Total Liabilities | $1,663,000 | $1,295,000 | $12,620,000 |
| Net Worth | | | |
| Capital Stock | $ 10,000 | $ 10,000 | $ 10,000 |
| Retained Earnings | ( 283,000) | ( 127,000) | 18,000 |
| TOTAL LIABILITIES AND NET WORTH | $1,390,000 | $1,178,000 | $12,648,000 |

RECONCILIATION OF NET WORTH

| | | | |
|---|---|---|---|
| Beginning Balance | ( 117,000) | 28,000 | (117,000) |
| Net Income Before Tax | ( 156,000) | (145,000) | 144,000 |
| Rounding Adjustment | 0 | 0 | 1,000 |
| Ending Balance | ( 273,000) | (117,000) | 28,000 |



SG 0052668



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0143

Date: September 17, 1990 Docket No.: 07918

**FIDELITY SERVICE CORPORATION (continued)**

**COMPARATIVE STATEMENT OF OPERATIONS**

| | Year Ended 30-JUN-1990 | Year Ended 30-JUN-1989 | Year Ended 30-JUN-1988 |
|---|---|---|---|
| **INCOME** | | | |
| Interest Income | $ 1,000 | $ 379,000 | $1,032,000 |
| Gain on Sale | 0 | 0 | 2,000 |
| TOTAL INCOME | 1,000 | 379,000 | 1,034,000 |
| **EXPENSES** | | | |
| Interest Expense | (19,000) | 318,000 | 649,000 |
| Employee Compensation & Benefits | 0 | 1,000 | 1,000 |
| Occupancy & Equipment | 13,000 | 12,000 | 4,000 |
| Advertising & Promotion | 0 | 0 | 0 |
| Data Processing | 0 | 0 | 0 |
| Depreciation & Amortization | 160,000 | 189,000 | 231,000 |
| Other | 3,000 | 4,000 | 5,000 |
| TOTAL EXPENSES | 157,000 | 524,000 | 890,000 |
| Net Income (Loss) Before Tax | (156,000) | (145,000) | 144,000 |

1/ Actual dollar amounts not available. Numbers are rounded to the nearest thousand.

2/ Does not agree with actual total net worth due to a rounding adjustment.



SG0052669

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0144

Date: September 17, 1990 Docket No.: 07918

## SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

| | |
|---|---|
| Name and Address of Service Corporation: | INTERVEST Mortgage Investment Company<br>North 120 Wall Street<br>Spokane, Washington 99201 |
| Location of Offices: | Portland, Oregon<br>Spokane, Washington |
| Principal Business: | Origination of income property loans. |
| Percent Association Ownership: | 100 |

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $500,000 | 0.1 |
| TOTAL | $500,000 | 0.1 |

Description of Activities: Accept and process applications for income properties. The resulting loans are subsequently sold to Sterling Savings.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/CEO | 1/ | CB/CEO |
| Harlow, John M. | D/P | $96,000 | VP |
| Zuppe, William W. | D/VP | 1/ | D/P/COO |
| Barnes, Ned M. | D/S | | D/S/A |
| Kroetch, Charles L. | D | | D |
| Larrabee, Robert | D | | D |
| Byrne, Daniel G. | T/AS | 1/ | SVP/CFO |

Footnote:

1/ Compensation paid by Sterling Savings.



SG0052670
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0145

Date: September 17, 1990 Docket No.: 07918

INTERVEST-MORTGAGE INVESTMENT COMPANY (continued)

Comments:

Intervest is both a construction and permanent commercial real estate lender. Business volume has declined due to the more restrictive loans-to-one-borrower limitations imposed by FIRREA. Staff has been reduced to three persons and the Bellevue, Washington office has been closed. For the 12 month period ended June 30, 1990, Intervest reported net income before taxes totaling $270,000. Intervest shares offices, personnel, and equipment with Sterling Savings for which it paid a total of $425,286 for the same periods.

Date: September 17, 1990 Docket No.: 07918

INTERVEST-MORTGAGE INVESTMENT COMPANY (continued)

COMPARATIVE STATEMENTS OF CONDITION

| | As of 30-JUN-1990 | As of 30-JUN-1989 | As of 30-JUN-1988 |
|---|---|---|---|
| ASSETS | | | |
| Cash & Equivalents | $ 60,000 | $ 120,000 | $ 789,000 |
| Loans Receivable | 914,000 | 687,000 | 1,216,000 |
| Accrued Interest Receivable | 442,000 | 454,000 | 56,000 |
| Intercompany Accounts | 0 | 850,000 | 0 |
| Office Property & Equipment | 44,000 | 55,000 | 52,000 |
| Prepaids & Other | 3,000 | 7,000 | 3,000 |
| TOTAL ASSETS | 1,463,000 | 2,173,000 | 2,116,000 |
| LIABILITIES AND NET WORTH | | | |
| Liabilities | | | |
| Intercompany Accounts | 148,000 | 0 | 710,000 |
| Accrued Interest Payable | 398,000 | 427,000 | 39,000 |
| Accrued Expenses & Other | 8,000 | 107,000 | 22,000 |
| TOTAL LIABILITIES | 554,000 | 534,000 | 771,000 |
| Net Worth | | | |
| Capital Stock | $ 500,000 | $1,500,000 | $1,500,000 |
| Retained Earnings | 409,000 | 139,000 | (155,000) |
| Total Net Worth | $ 909,000 | $1,639,000 | $1,345,000 |
| TOTAL LIABILITIES AND NET WORTH | $1,463,000 | $2,173,000 | $2,116,000 |

RECONCILIATION OF NET WORTH

| | | | |
|---|---|---|---|
| Beginning Balance | 1,639,000 | 1,345,000 | 539,000 |
| Net Income (Loss) | 270,000 | 294,000 | 806,000 |
| Stock Redemption | (1,000,000) | 0 | 0 |
| Ending Balance | 909,000 | 1,639,000 | 1,345,000 |



SG 0052672



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0147

Date: September 17, 1990 Docket No.: 07918

INTERVEST-MORTGAGE INVESTMENT COMPANY (continued)

COMPARATIVE STATEMENT OF OPERATIONS

| | Year Ended 30-JUN-1990 | Year Ended 30-JUN-1989 | Year Ended 30-JUN-1988 |
|---|---|---|---|
| INCOME | | | |
| Interest Income | $ 979,000 | $ 363,000 | $ 210,000 |
| Fee Income | 53,000 | 280,000 | 862,000 |
| Other Income | 259,000 | 513,000 | 0 |
| TOTAL INCOME | 1,291,000 | 1,156,000 | 1,072,000 |
| EXPENSES | | | |
| Employee Compensation | 394,000 | 532,000 | 179,000 |
| Occupancy & Equipment | 98,000 | 63,000 | 32,000 |
| Advertising & Promotion | 5,000 | 7,000 | 8,000 |
| Data Processing | 27,000 | 19,000 | 1,000 |
| Depreciation & Amortization | 16,000 | 18,000 | 10,000 |
| Other Expenses | 481,000 | 223,000 | 36,000 |
| TOTAL EXPENSES | 1,021,000 | 862,000 | 266,000 |
| NET INCOME (LOSS) BEFORE TAX | 270,000 | 294,000 | 806,000 |







"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0148

Date: September 17, 1990 Docket No.: 07918

SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

Name and Address of Service Corporation: Tri-Cities Mortgage Corporation
North 120 Wall Street
Spokane, Washington 99201

Location of Offices: Spokane, Washington

Principal Business: Real Estate Management

Percent Association Ownership: 100

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $ 40,000 | - |
| Unsecured Loans | $1,381,359 | 0.2 |
| TOTAL | $1,421,359 | 0.2 |

Description of Activities: Manages real estate joint venture interests.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/P | 1/ | CB/CEO |
| Zuppe, William W. | D/VP | 1/ | D/P/COO |
| Byrne, Daniel G. | D/T/S | 1/ | SVP/CFO |
| Barnes, Ned M. | D | | D/S |

Footnote:

1/ Compensation paid by Sterling Savings.



SG 0052674

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0149

Date: September 17, 1990 Docket No.: 07918

TRI-CITIES MORTGAGE CORPORATION (continued)

Comments:

This corporation was obtained through the acquisition of Tri-Cities Savings and Loan Association in April 1988. The mortgage banking activities of the corporation have been discontinued; however, two real estate investments previously recorded on the books of Action Mortgage Company have been transferred to this corporation.

Losses have been recorded in this corporation due primarily to the substandard investments transferred to this corporation. The corporation currently has ownership interests in the following joint venture investments or partnerships:

| Name | Amount |
|---|---|
| Renton Plaza Investors | $3,316,194 |
| Interstate 291 | $ 22,584 |

Renton Plaza Investors and Interstate 291 properties were transferred from Action Mortgage Company in 1989. Both projects are office buildings which were acquired from a troubled borrower, James W. Lear (d/b/a Lear Construction). Sterling Savings holds loans secured by these properties. The combined balance of loans and investments secured by these properties are classified as SUBSTANDARD due to the negative cash flows provided by the properties, the need to rely on secondary sources of repayment, actions required by the association to protect its investments and the untimely liquidation of the project. (For details concerning these two investments see Appendix pages A-12.10 and A-12.11 of this report).

Tri-Cities Mortgage Corporation also shares offices with Sterling Savings, making use of personnel, premises and equipment without reimbursement.





"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0150

Date: September 17, 1990 Docket No.: 07918

TRI-CITIES MORTGAGE CORPORATION (continued)

COMPARATIVE STATEMENTS OF CONDITION

| | As of 30-JUN-1990 | As of 30-JUN-1989 | As of 30-JUN-1988 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash & Equivalents | $ 8,000 | $ 64,000 | $ 126,000 |
| Investments/REO | 666,000 | 979,000 | 0 |
| Office Property & Equipment | 87,000 | 116,000 | 151,000 |
| Other Assets | 0 | 1,000 | 1,044,000 |
| TOTAL ASSETS | 761,000 | 1,160,000 | 1,321,000 |
| **LIABILITIES AND NET WORTH** | | | |
| **Liabilities** | | | |
| Intercompany Accounts | 1,652,000 | 1,696,000 | 1,797,000 |
| Accrued Expense & Other Liabilities | 0 | 0 | 1,000 |
| TOTAL LIABILITIES | 1,652,000 | 1,696,000 | 1,798,000 |
| **Net Worth** | | | |
| Capital Stock | 40,000 | 40,000 | 40,000 |
| Retained Earnings | (931,000) | (576,000) | (517,000) |
| Total Net Worth | (891,000) | (536,000) | (477,000) |
| TOTAL NET WORTH & LIABILITIES | 761,000 | 1,160,000 | 1,321,000 |

RECONCILIATION OF NET WORTH

| | | | |
|---|---|---|---|
| Beginning Balance | (536,000) | (477,000) | ( 46,000) |
| Net Income (Loss) | (355,000) | (206,000) | (431,000) |
| Post Audit Adjustments | 0 | 147,000 | 0 |
| Ending Balance | (891,000) | (536,000) | (477,000) |

A - 23.18

SG 0052676

"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0151

Date: September 17, 1990 Docket No.: 07918

TRI-CITIES MORTGAGE CORPORATION (continued)

COMPARATIVE STATEMENT OF OPERATIONS

| | Year Ended 30-JUN-1990 | Year Ended 30-JUN-1989 | Year Ended 30-JUN-1988 |
|---|---|---|---|
| **INCOME** | | | |
| Interest Income | $ 1,000 | $ 2,000 | $ 14,000 |
| Loan Fees | 0 | (2,000) | 0 |
| Gain on Sale of Loans (Loss) | (98,000) | (161,000) | 0 |
| Other Income | (10,000) | (13,000) | 0 |
| TOTAL INCOME | (107,000) | (174,000) | 14,000 |
| **EXPENSES** | | | |
| Interest Expense | 82,000 | 0 | 8,000 |
| Depreciation & Amortization | 29,000 | 30,000 | 9,000 |
| Other Expense | 137,000 | 2,000 | 428,000 |
| TOTAL EXPENSE | 248,000 | 32,000 | 445,000 |
| Net Income (Loss) Before Tax | (355,000) | (206,000) | (431,000) |





SG 0052677
"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0152

Date: September 17, 1990 Docket No.: 07918

SERVICE CORPORATIONS

Section 563.9-8(b)(10) of the Rules and Regulations for Insurance of Accounts

| | |
|---|---|
| Name and Address of Service Corporation: | Tri-West Mortgage Corporation<br>North 120 Wall Street<br>Spokane, Washington 99201 |
| Location of Offices: | Same as above. |
| Principal Business: | Mortgage Banking |
| Percent Association Ownership: | 100 |

Association Investment:

| (As of June 30, 1990) | Amount | Percent to Total Association Assets |
|---|---|---|
| Stock (at cost) | $ 24,000 | - |
| TOTAL | $ 24,000 | - |

Description of Activities: Inactive and in the process of being dissolved.

Officers, Directors, and Principal Employees:

| Name | Title | Annual Salary | Relationship With Insured Institution |
|---|---|---|---|
| Gilkey, Harold B. | CB/P | 1/ | CB/CEO |
| Barnes, Ned M. | D/T/S | 1/ | D/S |
| Zuppe, William W. | D/VP | 1/ | D/P/COO |

Footnote:

1/ Compensation paid by Sterling Savings.

Comments:

Tri-West Mortgage was obtained as part of the Tri-Cities Savings and Loan Association acquisition. The company is currently inactive.



SG0052678
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0153

Date: September 17, 1990 Docket No.: 07918

FINANCIAL REPORTING ERRORS

| Report Date | Line Item | Correct Amount | Reported As |
|---|---|---|---|
| Thrift Financial Report | | | |
| June 1990 | SC 10 | $ 58,591 | $ 58,691 |
| | SC162 | 27,592 | 27,692 |
| | SC 23 | 421,388 | 420,708 |
| | SC280 | 6,025 | 6,705 |
| | SC 58 | 31,994 | 32,550 |
| | SC690 | 11,101 | 11,657 |
| | SC 60 | 688,990 | 688,966 |
| | SC 73 | 76,581 | 75,901 |
| | SC760 | 680 | 0 |
| | SC 76 | 4,579 | 5,235 |
| | SC796 | 11 | 667 |
| | SC 70 | 678,236 | 678,260 |
| | SC 90 | 688,990 | 688,966 |
| | SO471 | ( 229) | ( 318) |
| | SO490 | 673 | 762 |
| | PD 30 | 10,455 | 10,632 |
| | MR478 | 18,625 | 28,260 |
| | MR486 | 39,975 | 49,610 |
| | MR580 | 10.50 | 7.78 |
| | MR597 | 10.50 | 7.78 |
| | CCR100 | 10,973 | 10,972 |
| | CCR105 | 365 | 0 |
| | CCR115 | 19,736 | 19,382 |
| | CCR 10 | ( 11,390) | ( 10,672) |
| | CCR135 | 689,310 | 689,309 |
| | CCR145 | 225 | 0 |
| | CCR155 | 19,736 | 19,382 |
| | CCR 15 | 669,213 | 669,791 |
| | CCR 17 | 10,038 | 10,047 |
| | CCR 19 | ( 21,428) | ( 20,719) |
| | CCR200 | ( 11,390) | ( 10,672) |
| | CCR210 | 10,038 | 10,047 |
| | CCR 20 | ( 1,351) | ( 625) |
| | CCR240 | 669,213 | 669,791 |
| | CCR 25 | 669,213 | 669,791 |
| | CCR 27 | 20,076 | 20,094 |
| | CCR 29 | ( 21,428) | ( 20,719) |



SG 0052679
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0154

Date: September 17, 1990 Docket No.: 07918

FINANCIAL REPORTING ERRORS (continued)

| Report Date | Line Item | Correct Amount | Reported As |
|---|---|---|---|
| June 1990 | CCR 30 | $ ( 1,351) | $ ( 625) |
| | CCR350 | 4,184 | 4,269 |
| | CCR 33 | 6,310 | 6,395 |
| | CCR370 | 225 | 0 |
| | CCR 39 | ( 1,576) | ( 625) |
| | CCR400 | | |

Date: September 17, 1990 Docket No.: 07918

## VIOLATIONS OF LAWS, REGULATIONS, OR MEMORANDA

Instructions: Describe below all violations of laws, regulations, or memoranda discovered during the examination. Note with an asterisk those referred to previously and which remain uncorrected.

| Law or Regulation Violated | # of Violations/ Amount of Loss Incurred, If Any | Description of Circumstances Surrounding Violation |
|---|---|---|
| 12 CFR 563.170(c)(1)(iv) | 2/None | No appraisal in file |
| 12 CFR 563.170(c)(2) | 2/None | No financial statements in file |
| 12 CFR 563.170(c)(1)(iii) | 1/None | No DT in file |
| 12 CFR 563.170(c)(1)(ix) | 3/None | No title policy in file |
| TB-13 | 2/None | Inadequate TB-13 measurement system and unacceptably high limits on IRR exposure. |
| 12 CFR 563.93 | 2/None | Exceeded loans to one borrower limitations |
| 12 CFR 563.170(c) | 1/None | Failed to maintain adequate records documenting analysis of $35MM MBS transaction prior to entering into transaction |



"Confidential Material - Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0156

Date: September 17, 1990 Docket No.: 07918

# UNIFORM COMPOSITE RATING SYSTEM

Upon the recommendation of the Federal Financial Institutions Examination Council, the Office of Thrift Supervision (OTS) adopted a policy statement entitled "Uniform Financial Institutions Rating System" (UFIRS). This statement was similarly adopted by the National Credit Union Administration, Federal Deposit Insurance Corporation (FDIC), Board of Governors of the Federal Reserve System, and the Office of the Comptroller of the Currency (OCC). The rating system reflects in a comprehensive and uniform manner an institution's financial condition, compliance with laws and regulations and overall operating soundness. Its primary purpose is to help identify those institutions whose weaknesses in the three aforementioned areas require special supervisory attention and/or warrant a higher than normal degree of supervisory concern.

In accordance with the UFIRS, each institution is assigned a uniform composite rating based on an evaluation of pertinent financial and operational standards, criteria and principles. The composite rating of savings institutions is principally based on an evaluation of key performance dimensions. These are commonly identified by Management, Asset Quality, Capital Adequacy, Risk Management, and Operating Results, (MACRO). This overall rating is expressed through use of a numerical scale of "1" through "5" in ascending order of supervisory concern; "1" indicates the highest rating and least degree of concern, while "5" is the lowest rating and therefore highest degree of concern.

The five composite ratings are defined and distinguished as follows:

Composite "1" -- Institutions in this group are sound institutions in every respect. Any critical findings are basically of a minor nature and can be handled in a routine manner. Moreover, such institutions are resistant to external economic and financial disturbances and capable of withstanding the vagaries of business conditions more ably than those with lower composite ratings.

Composite "2" -- Institutions in this group are also fundamentally sound institutions but may reflect modest weaknesses correctable in the normal course of business. Such institutions are stable and also able to withstand business fluctuations quite well; however, areas of weaknesses could develop into conditions of greater concern. To the extent that the minor adjustments are handled in the normal course of business, the supervisory response is minimal.



SG 0052682
"Confidential Material - Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG039 0157

Date: September 17, 1990 Docket No.: 07918

UNIFORM COMPOSITE RATING SYSTEM (continued)

Composite "3" -- Institutions in this category exhibit a combination of weaknesses ranging from moderately severe to unsatisfactory. They are only nominally resistant to the onset of adverse business conditions and could easily deteriorate if concerted action is not effective in correcting the areas of weakness. Institutions which are in significant noncompliance with the laws and regulations may also be accorded this rating. Although their overall strength and financial capacity is such to make failure a remote possibility, such institutions are vulnerable and warrant special supervisory concern.

Composite "4" -- Institutions in this group generally have an inadequate level of capital, or a combination of other conditions that are poor. Major and serious problems or unsafe and unsound conditions may exist which are not being satisfactorily resolved by the institution. Unless prompt action is taken to correct these conditions, they could reasonably develop into a situation that will impair future viability. A potential for failure is present but is not imminent. Institutions in this category require close supervisory attention and financial surveillance. Institutions with a positive net worth but that do not meet regulatory required minimal capital requirements would normally be assigned this rating. Profitable institutions that meet regulatory capital requirements, but have negative generally accepted accounting principles (GAAP) capital, may also be assigned this rating.

Composite "5" -- This category is reserved for institutions with an extremely high immediate or near-term probability of failure. The volume and character of weaknesses are such as to require urgent aid from the shareholders or other sources (such as merger partners or acquirors). Such institutions require immediate corrective action and constant supervisory attention. Obviously, formal administrative action is presume necessary. Institutions with negative regulatory capital and experiencing operating losses should be assigned this rating.

The rating is subject to the same prohibition on disclosure release as the examination report.