**2,500,000 Shares**

# Sterling Savings Association

**Common Stock**

The 2,500,000 shares of Common Stock are hereby offered by Sterling Savings Association, a State of Washington-chartered, federally insured stock savings and loan association headquartered in Spokane, Washington. Prior to this Offering, only a limited public market for the Common Stock existed. See "Market for Common Stock." The Price to Public has been determined by negotiations between Sterling and the Representatives of the Underwriters. For a discussion of the factors considered in determining the Price to Public, see "Underwriting."

Generally, no person, entity or group is permitted to own 10% or more of Sterling's outstanding stock without the approval of the Office of Thrift Supervision and the Washington Supervisor.

The Underwriters have reserved up to 70,465 shares of Common Stock offered hereby for sale at the Price to Public to certain of Sterling's directors and executive officers and its Deferred Compensation Plan. See "Shares Reserved for Sale to Directors, Executive Officers and Deferred Compensation Plan." In addition to the Common Stock offered hereby, Sterling is registering for sale to the Representatives five-year warrants to purchase 150,000 shares of Common Stock at an exercise price per share equal to 120% of the Price to Public and the Common Stock underlying such warrants. See "Underwriting."

THE OFFICE OF THRIFT SUPERVISION HAS TAKEN THE POSITION THAT STERLING IS PRESENTLY NOT IN COMPLIANCE WITH REGULATORY CAPITAL REQUIREMENTS. FOR A DISCUSSION OF THE OTS'S POSITION; THE ACTIONS, INCLUDING THIS OFFERING, STERLING IS TAKING TO INCREASE REGULATORY CAPITAL; THE ADVERSE ACTIONS THE OTS MIGHT TAKE FOR A FAILURE TO MEET CAPITAL REQUIREMENTS; THE POSSIBLE EFFECTS OF SUCH ACTIONS ON AN INVESTOR IN THE COMMON STOCK; AND OTHER FACTORS THAT SHOULD BE CONSIDERED BY EACH PROSPECTIVE INVESTOR, SEE "RISK FACTORS," "BUSINESS—LEGAL PROCEEDINGS" AND "REGULATION—RECENT REGULATORY DEVELOPMENTS."

THE SECURITIES OFFERED HEREBY ARE NOT SAVINGS ACCOUNTS OR DEPOSITS AND WILL NOT BE INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION OR ANY OTHER GOVERNMENTAL AGENCY. THESE SECURITIES ARE BEING OFFERED PURSUANT TO AN EXEMPTION FROM REGISTRATION UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND HAVE NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION.

THE SECURITIES OFFERED HEREBY HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION, THE OFFICE OF THRIFT SUPERVISION, OR THE FEDERAL DEPOSIT INSURANCE CORPORATION, NOR HAS SUCH COMMISSION, OFFICE, OR CORPORATION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS OFFERING CIRCULAR. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

| | Price to Public | Underwriting Discounts and Commissions(1) | Proceeds to Sterling(2) |
|---|---|---|---|
| Per Share | $8.25 | $0.61 | $7.64 |
| Total(3) | $20,625,000 | $1,525,000 | $19,100,000 |

(1) Sterling has agreed to indemnify the Underwriters against certain liabilities under the Securities Act of 1933, as amended. Sterling also has agreed to pay the Representatives an advisory fee of $225,000 and to reimburse the Underwriters for the difference, if any, between the underwriting portion of the Underwriting Discounts and Commissions and $300,000, for all direct underwriting costs incurred by the Underwriters in connection with this Offering. Sterling also has agreed to sell to the Representatives, for $150, five-year warrants to purchase 150,000 shares of Common Stock at $9.90 per share, a price equal to 120% of the Price to Public. See "Underwriting."

(2) Before deducting offering expenses payable by Sterling estimated at $385,000.

(3) Sterling has granted the Underwriters an option, exercisable within 30 days of the date hereof, to purchase up to an additional 375,000 shares of Common Stock solely to cover over-allotments, if any. If such option is exercised in full, the total Price to Public, Underwriting Discounts and Commissions, and Proceeds to Sterling will be $23,718,750, $1,753,750, and $21,965,000, respectively. See "Underwriting."

The shares of Common Stock are offered by the several Underwriters subject to prior sale and subject to withdrawal, cancellation or modification of the offer without notice, to delivery and acceptance by the Underwriters and to certain other conditions. It is expected that delivery of the shares of Common Stock will be made on or about November 27, 1991.

**Dain Bosworth** Incorporated

**Sutro & Co.** Incorporated

**Wedbush Morgan** Securities

**The date of this Offering Circular is November 20, 1991.**



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER F SG5003 0953

# STERLING SAVINGS ASSOCIATION




**FULL SERVICE LOCATIONS**
Auburn, Centralia, Chehalis, Clarkston, Colfax, Ellensburg, Kennewick-Clearwater, Kennewick-Vista, Lacey, Morton, Moses Lake, North Bend, Olympia, Othello, Panorama City, Pasco, Pomeroy, Port Angeles, Richland, Rochester, Spokane-Main, Spokane-Manito, Spokane-Northtown, Vancouver, Walla Walla, Winlock, Winslow

**ACTION MORTGAGE COMPANY**
**Washington:** Auburn, Bellevue, Clarkston, Federal Way, Lacey, Moses Lake, Spokane, Tacoma, Tri-Cities
**Idaho:** Boise, Coeur d'Alene
**Oregon:** Portland

**INTERVEST-MORTGAGE INVESTMENT COMPANY**
**Oregon:** Portland

## AVAILABLE INFORMATION

Sterling is subject to the informational requirements of the Securities Exchange Act of 1934, as amended, and in accordance therewith files reports and other information with the Director of the Office of Thrift Supervision. Such reports can be inspected and copied at the public reference facilities maintained by the Office of Thrift Supervision at 1776 G Street, N.W., Washington, D.C. 20552.

Sterling has filed with the Office of Thrift Supervision a Form OC (together with amendments and exhibits thereto) under the rules and regulations of the Office of Thrift Supervision with respect to the Common Stock offered hereby. This Offering Circular does not contain all the information set forth in the Form OC, certain parts of which are omitted in accordance with the rules and regulations of the Office of Thrift Supervision. Such information may be inspected at the above-described public reference facilities maintained by the Office of Thrift Supervision.

---

**IN CONNECTION WITH THIS OFFERING, THE UNDERWRITERS MAY OVER-ALLOT OR EFFECT TRANSACTIONS WHICH STABILIZE OR MAINTAIN THE MARKET PRICE OF THE SHARES OF STERLING'S COMMON STOCK AT A LEVEL ABOVE THAT WHICH MIGHT OTHERWISE PREVAIL IN THE OPEN MARKET. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME.**

## OFFERING CIRCULAR SUMMARY

*The following summary of certain information contained in this Offering Circular is qualified in its entirety by reference to the more detailed information and financial statements, including Sterling's Consolidated Financial Statements, appearing elsewhere in this Offering Circular. Except as otherwise indicated, all information in this Offering Circular assumes no exercise of the Underwriters' over-allotment option.*

### Sterling Savings Association

Sterling Savings Association ("Sterling") commenced operations in 1983 as a State of Washington-chartered, federally insured stock savings and loan association headquartered in Spokane, Washington. Sterling, with $591.1 million in total assets at September 30, 1991, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington State. Sterling originates mortgage loans secured primarily by residential real estate in the metropolitan areas of the Pacific Northwest. At September 30, 1991, Sterling had loans receivable of $359.0 million, of which $189.4 million, or approximately 51.6%, was secured by one to four family residential real estate. To a lesser extent, Sterling also originates consumer, business banking, commercial real estate and construction loans.

Sterling provides personalized, quality financial services to its customers as exemplified by its "Hometown Helpful" philosophy. Sterling believes this dedication to personalized service has enabled it to maintain a stable and relatively low-cost retail deposit base in rural areas, while generating a substantial volume of residential lending activity in the metropolitan areas of the Pacific Northwest.

Sterling has benefitted from the Pacific Northwest economy, which in recent years has generally experienced relatively stronger growth than the national economy. The residential real estate market in Sterling's trade area also has been generally strong. Although Sterling anticipates continued economic growth in the Pacific Northwest, there can be no assurance that this growth will continue.

To further enhance Sterling's presence in its market area, it is working to (i) increase its residential lending volume in metropolitan areas, (ii) increase its market share of deposits in rural areas while efficiently managing its retail branch network, (iii) increase fee income, (iv) reduce its nonperforming assets, approximately 40% of which were obtained through acquisitions, (v) effectively manage its interest rate risk and (vi) enhance its regulatory capital position.

Since it commenced operations, Sterling has made a number of acquisitions in order to expand its deposit and mortgage delivery systems, to add earning assets and to geographically diversify its loan portfolio. As an inducement to acquire insolvent thrift institutions, Sterling's regulators allowed it to include certain items in the calculation of its regulatory capital. The Office of Thrift Supervision (the "OTS") has taken the position that the right to include such items in the calculation of regulatory capital was eliminated by the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), that Sterling therefore is not in compliance with current capital standards and that certain of Sterling's activities should be limited or curtailed. Sterling has challenged the OTS's position in court and, pending the outcome of this case, has limited certain of its traditional business activities, including business banking, commercial real estate lending and construction lending. As a result of this Offering, Sterling expects to meet current regulatory capital requirements without giving effect to regulatory capital obtained through Sterling's past acquisitions. Sterling therefore intends to resume business banking, commercial real estate lending and construction lending activities at moderate levels, subject to applicable regulatory limitations. See "Risk Factors—Regulatory Capital Requirements," "Management's Discussion and Analysis of Financial Condition and Results of Operations" (hereinafter "Management's Discussion and Analysis"), "Business—Legal Proceedings" and "Regulation—Recent Regulatory Developments."



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0955

**The Offering**

| | |
|---|---|
| Common Stock Offered Hereby | 2,500,000 shares. |
| Common Stock to Be Outstanding Following This Offering | 3,216,656 shares.(1) |
| Use of Proceeds | The primary purpose of this Offering is to increase Sterling's regulatory capital levels. The net proceeds from this Offering will be used to support the growth of Sterling's business, including the origination of loans. See "Use of Proceeds." |
| NASDAQ/NMS Symbol | "STSA." See "Market for Common Stock." |
| Shares Reserved for Sale to Directors, Executive Officers and Deferred Compensation Plan | The Underwriters have reserved up to 70,465 shares of Common Stock offered hereby for sale at the Price to Public to certain of Sterling's directors and executive officers and its Deferred Compensation Plan. See "Shares Reserved for Sale to Directors, Executive Officers and Deferred Compensation Plan." |

---

(1) Assumes the 89,968 shares of $2.50 Cumulative Convertible Preferred Stock—Series B ("Series B Preferred Stock") currently outstanding are converted into Common Stock upon the completion of this Offering. Each share of Series B Preferred Stock is convertible into 2.2 shares of Common Stock at a conversion price equivalent to $11.36 per share. See "Dividends" and "Description of Capital Stock—Preferred Stock."

**Conversion of Series B Preferred Stock**

Sterling has issued and outstanding 89,968 shares of Series B Preferred Stock. The Series B Preferred Stock is convertible at the option of the holder or Sterling at any time upon appropriate notice. Sterling has notified the holders of Series B Preferred Stock that it intends to convert such preferred shares into Common Stock upon, or within five days of, the completion of this Offering. As a result of the planned conversion, approximately 198,000 additional shares of Common Stock will be outstanding. This additional Common Stock will be includable in Sterling's regulatory tangible and core capital. Conversion of the Series B Preferred Stock at the equivalent of $11.36 per share will increase Sterling's tangible and core capital by approximately $2.1 million. See "Conversion of Series B Preferred Stock."

**Risk Factors**

Savings institutions, including Sterling, must meet regulatory capital standards established by their primary regulator, the OTS. The OTS has taken the position that Sterling is not in compliance with current capital standards. As a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to exceed all current regulatory capital standards without giving effect to regulatory capital obtained through Sterling's past acquisitions of insolvent thrift institutions. The current risk-based capital requirement is scheduled to increase on December 31, 1992. In addition, certain items currently includable in core capital and therefore in risk-based capital are scheduled to be phased out over a period ending December 31, 1994. Although Sterling will not meet the fully phased-in risk-based capital requirement as a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to meet such requirement as it is phased in through the retention of earnings, amortization of intangible assets and management of the level and mix of assets. There can be no assurance, however, that Sterling's capital levels will increase or that Sterling will, in fact, meet the fully phased-in risk-based capital requirement in the future.

In addition, the OTS has proposed regulations which would likely increase the core capital requirement for certain thrift institutions, including Sterling, above current levels. There can be no assurance that Sterling will meet the core capital requirement that may become applicable to it under the proposed regulations. Also, new capital requirements may be imposed in the future. If Sterling fails to meet applicable capital requirements in the future, it might be subject to significant penalties and sanctions including, under certain circumstances, the appointment of a conservator or receiver. In the event of a receivership, and possibly in the event of a conservatorship, a shareholder's investment in Sterling would be worthless. For a discussion of this and other factors that should be considered by each prospective investor, see "Risk Factors."

**Regulatory Capital Requirements**

The following table sets forth Sterling's tangible, core and risk-based capital positions, capital requirements and excess (deficiency) as of September 30, 1991, both actual and as adjusted for this Offering and the conversion of the Series B Preferred Stock, under OTS regulations as currently in effect and as scheduled to be phased in over a period ending December 31, 1994. See "Conversion of Series B Preferred Stock." This presentation of Sterling's capital requirements excludes the effects of Sterling's acquisition agreements (for a discussion of which, see "Business—Acquisitions"):

| | At September 30, 1991 | | | | | |
|---|---|---|---|---|---|---|
| | | | As Adjusted(1) | | | |
| | Actual | | Current Requirements | | Fully Phased-In Requirements | |
| | Amount | Ratio(2) | Amount | Ratio(2) | Amount | Ratio(2) |
| | (Dollars in thousands) | | | | | |
| Tangible capital: | | | | | | |
| Capital position | $ (3,338) | (0.6)% | $17,250 | 3.0% | $17,250 | 3.0% |
| Capital requirement | 8,652 | 1.5 | 8,652 | 1.5 | 8,652 | 1.5 |
| Tangible capital excess (deficiency) | $(11,990) | (2.1)% | $ 8,598 | 1.5% | $ 8,598 | 1.5% |
| Core capital: | | | | | | |
| Capital position(3) | $ 6,643 | 1.2% | $30,301 | 5.2% | $21,563 | 3.7% |
| Capital requirement | 17,344 | 3.0 | 17,436 | 3.0 | 17,433 | 3.0 |
| Core capital excess (deficiency) | $(10,701) | (1.8)% | $12,865 | 2.2% | $ 4,130 | 0.7% |
| Risk-based capital: | | | | | | |
| Capital position(3) | $ 11,935 | 3.5% | $33,472 | 9.6% | $24,734 | 7.1% |
| Capital requirement | 24,860 | 7.2 | 25,081 | 7.2 | 27,861 | 8.0 |
| Risk-based capital excess (deficiency) | $(12,925) | (3.7)% | $ 8,391 | 2.4% | $(3,127) | (0.9)%(4) |

(1) Based upon the sale of 2,500,000 shares of Common Stock at a Price to Public of $8.25 per share, resulting in net proceeds of $18.5 million (after deducting Underwriting Discounts and Commissions and estimated offering expenses). Also assumes the conversion of the Series B Preferred Stock into Common Stock upon the completion of this Offering. This conversion results in an additional $2.1 million of tangible and core capital. See "Offering Circular Summary—Conversion of Series B Preferred Stock," "Use of Proceeds" and "Conversion of Series B Preferred Stock."

(2) Ratio of capital to total adjusted assets for tangible and core capital and ratio of capital to risk-weighted assets for risk-based capital.

(3) Includes qualifying identified intangible assets which are subject to defined criteria. Sterling believes it meets these established criteria, although no determination by the OTS has been made. See "Regulation—Recent Regulatory Developments."

(4) Under existing regulations, Sterling's risk-based capital requirement is 7.2% until December 31, 1992, at which time the permanent requirement of 8% is scheduled to be phased in. Additionally, certain items currently includable in core capital and therefore in risk-based capital are scheduled to be phased out over a period ending December 31, 1994.

### Summary Consolidated Financial Data

| | Three Months Ended September 30, 1991 | Three Months Ended September 30, 1990 | Fiscal Year Ended June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|---|
| | | | (In thousands, except per share amounts) | | | | |
| **Operating Data:** | | | | | | | |
| Interest income | $ 13,338 | $ 15,664 | $ 60,683 | $ 67,529 | $ 54,743 | $ 27,291 | $ 18,538 |
| Interest expense | (10,244) | (12,491) | (47,888) | (54,181) | (43,844) | (20,776) | (13,966) |
| Net interest income | 3,094 | 3,173 | 12,795 | 13,348 | 10,899 | 6,515 | 4,572 |
| Provision for loan losses | (650) | 0 | (150) | (1,100)(1) | (260) | (572) | (94) |
| Net interest income after provision for loan losses | 2,444 | 3,173 | 12,645 | 12,248 | 10,639 | 5,943 | 4,478 |
| Other income | 2,487 | 1,455 | 7,408 | 6,800 | 4,095 | 4,256 | 2,921 |
| Intangible amortization expense | (653) | (710) | (2,710) | (2,881) | (1,829) | (462) | (372) |
| Other operating expenses | (3,620) | (3,761) | (15,032) | (15,693)(1) | (11,203) | (7,766) | (5,470) |
| Income before income taxes | 658 | 157 | 2,311 | 474 | 1,702 | 1,971 | 1,557 |
| Income tax (provision) benefit | (184) | (40) | (590) | 164 | (225) | (752) | (622) |
| Net income | $ 474 | $ 117 | $ 1,721 | $ 638(1) | $ 1,477 | $ 1,219 | $ 935 |
| Net income per common share | $ 0.81 | $ 0.12 | $ 2.89 | $ 0.80(1) | $ 2.41 | $ 1.96 | $ 1.75 |
| Income before intangible amortization expense | $ 1,127 | $ 827 | $ 4,431 | $ 3,519(1) | $ 3,306 | $ 1,681 | $ 1,307 |
| Income per common share before intangible amortization expense | $ 2.06 | $ 1.49 | $ 8.11 | $ 6.36(1) | $ 5.92 | $ 2.85 | $ 2.46 |

| | At September 30, 1991 | At June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|
| | | (In thousands, except per share amounts) | | | | |
| **Financial Position Data:** | | | | | | |
| Total assets | $ 591,095 | $ 608,320 | $ 688,940 | $ 730,336 | $ 429,316 | $ 239,689 |
| Loans receivable | 359,029 | 374,926 | 441,639 | 478,440 | 304,408 | 173,180 |
| Mortgage-backed securities | 140,280 | 139,119 | 113,706 | 114,060 | 51,908 | 42,620 |
| Investments | 13,682 | 15,270 | 27,271 | 31,639 | 29,599 | 8,823 |
| Deposits | 491,288 | 488,464 | 479,227 | 519,982 | 306,152 | 170,789 |
| Borrowings | 78,192 | 98,184 | 188,877 | 183,925 | 104,292 | 53,700 |
| Shareholders' equity | 13,095 | 12,621 | 11,294 | 10,704 | 9,467 | 8,469 |
| Book value per common share | 20.91 | 19.99 | 17.44 | 16.34 | 13.95 | 12.09 |
| Tangible book value per common share | (6.44) | (8.62) | (18.41) | (28.29) | 4.15 | 6.34 |
| Nonperforming assets: | | | | | | |
| Nonperforming loans | $ 8,523 | $ 10,782 | $ 13,174 | $ 17,260 | $ 9,127 | $ 7,530 |
| Real estate owned | 10,302 | 8,358 | 10,172 | 16,336 | 6,804 | 2,547 |
| Total nonperforming assets | $ 18,825 | $ 19,140 | $ 23,346 | $ 33,596 | $ 15,931 | $ 10,077 |
| Allowance for loan losses | $ 4,355 | $ 4,087 | $ 6,649 | $ 6,450 | $ 3,770 | $ 185 |
| Allowance for real estate owned losses | 964 | 1,011 | 980 | 819 | 347 | 106 |

| | At or For Three Months Ended September 30, | | At or For Fiscal Year Ended June 30, | | | | |
|---|---|---|---|---|---|---|---|
| | 1991 | 1990 | 1991 | 1990 | 1989 | 1988 | 1987 |
| **Key Financial Ratios:** | | | | | | | |
| Return on average assets(2) | 0.32% | 0.07% | 0.26% | 0.09% | 0.25% | 0.40% | 0.45% |
| Return on average assets, excluding intangible amortization expense(3) | 0.75 | 0.49 | 0.68 | 0.50 | 0.56 | 0.55 | 0.64 |
| Return on average common shareholders' equity(4) | 15.7 | 2.7 | 15.5 | 4.8 | 16.2 | 15.2 | 15.8 |
| Return on average common shareholders' equity, excluding intangible amortization expense(5) | 40.1 | 33.6 | 43.5 | 38.4 | 39.9 | 22.1 | 22.2 |
| Net interest margin(6) | 2.22 | 2.04 | 2.13 | 2.04 | 2.00 | 2.25 | 2.35 |
| Net interest spread(7) | 2.53 | 2.45 | 2.49 | 2.36 | 2.29 | 2.20 | 2.36 |
| Shareholders' equity to total assets | 2.22 | — | 2.07 | 1.64 | 1.47 | 2.21 | 3.53 |
| Tangible equity to total assets(8) | (0.18) | — | (0.36) | (1.06) | (1.69) | 1.02 | 2.31 |
| Nonperforming assets to total assets | 3.18 | — | 3.15 | 3.39 | 4.60 | 3.71 | 4.20 |

(1) Net income in fiscal year 1990 reflects increased provisions for loan and real estate owned losses, expenses associated with a canceled public offering, and legal costs incurred to enforce Sterling's acquisition agreements with its regulators. See "Management's Discussion and Analysis—Results of Operations for Fiscal Years 1991, 1990 and 1989."

(2) Net income, divided by monthly average total assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(3) Net income excluding intangible amortization expense, divided by monthly average total assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(4) Net income minus preferred stock dividends accumulated during the period, divided by monthly average common shareholders' equity. Common shareholders' equity equals total shareholders' equity minus the liquidation value of preferred stock. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(5) Net income minus preferred stock dividends accumulated during the period, excluding intangible amortization expense, divided by monthly average common shareholders' equity. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(6) Net interest income, divided by monthly average interest-earning assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(7) Average yield on all interest-earning assets during the period minus average rate paid on all interest-bearing liabilities during the period.

(8) Tangible equity represents the difference between shareholders' equity and intangible assets. Excludes any regulatory capital obtained through Sterling's supervisory acquisitions. Total assets are as reported at fiscal year-end or quarter-end without any adjustments. See "Risk Factors—Regulatory Capital Requirements" and "Regulation—Recent Regulatory Developments."



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0959

## RISK FACTORS

*Investment in these securities involves significant risk. Each potential investor should carefully consider the following risk factors, as well as all of the other information set forth in this Offering Circular.*

**Regulatory Capital Requirements**

As an inducement to acquire insolvent thrift institutions in the past, Sterling's regulators allowed it to include certain items in the calculation of its regulatory capital. The OTS has taken the position that the right to include such items in the calculation of regulatory capital was eliminated by FIRREA and that Sterling therefore is not in compliance with current capital requirements.

Current capital requirements are scheduled to increase in the future as they are fully phased in. In addition, the OTS has proposed regulations which would likely increase capital requirements for certain thrift institutions, including Sterling, above current levels. Finally, under certain conditions, the OTS could establish an individual minimum capital requirement which might exceed any or all of the current or proposed capital requirements otherwise applicable to Sterling.

As a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to exceed all current regulatory capital standards without giving effect to regulatory capital obtained through Sterling's past acquisitions of insolvent thrift institutions. The current risk-based capital requirement is scheduled to increase on December 31, 1992. In addition, certain items currently includable in core capital and therefore in risk-based capital are scheduled to be phased out over a period ending December 31, 1994. Although Sterling will not meet the fully phased-in risk-based capital requirement as a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to meet such requirement as it is phased in through retention of earnings, amortization of intangible assets and management of the level and mix of assets. There can be no assurance, however, that Sterling's capital levels will increase or that Sterling will, in fact, meet the fully phased-in risk-based capital requirement in the future. There also can be no assurance that Sterling will meet the core capital requirement that may become applicable to it under the proposed regulations. If it is unable to meet applicable capital requirements in the future, Sterling might be subject to significant penalties and sanctions including, under certain circumstances, the appointment of a conservator or receiver. In the event of a receivership, and possibly in the event of a conservatorship, a shareholder's investment in Sterling would be worthless.

Associations that fail to meet regulatory capital requirements may be required to submit to the OTS a plan for increasing capital. As part of the litigation discussed in "Business—Legal Proceedings," Sterling has maintained that it complies with applicable capital requirements. First, Sterling's position is that if the Acquisition Agreements are given effect, Sterling complies with applicable capital standards and would not be required to file a capital plan with the OTS. Second, even if Sterling were required to file a capital plan, Sterling's position is that such plan is embodied in the business plan approved by the OTS's predecessors as part of the acquisition of Central Evergreen Federal Savings and Loan Association ("Central Evergreen"). In connection with the most recent audit of Sterling's Consolidated Financial Statements, Sterling's independent accountants issued an unqualified opinion with an explanatory paragraph regarding Sterling's ability to continue as a going concern and the actions, if any, that regulatory authorities might take if Sterling does not prevail in the lawsuit which is discussed in "Business—Legal Proceedings." For a discussion of FIRREA, the OTS's capital regulations and their effects on Sterling, and a table setting forth Sterling's capital requirements and positions currently and as adjusted for this Offering, see "Offering Circular Summary—Regulatory Capital Requirements," "Dividends," "Conversion of Series B Preferred Stock," "Business—Legal Proceedings," "Regulation—Recent Regulatory Developments" and Notes 2 and 18 of Notes to Consolidated Financial Statements.

**Impact of Interest Rates and Economic Conditions on the Savings and Loan Industry**

The results of operations for savings institutions, including Sterling, may be materially and adversely affected by changes in prevailing economic conditions, including declines in real estate market values, rapid changes in interest rates and the monetary and fiscal policies of the federal government. Accordingly, there can be no assurance that positive trends or developments discussed herein will continue or that negative

trends or developments will not have a material adverse effect on Sterling. Although economic conditions in Sterling's market area have been generally stronger than those in many other regions of the country, there can be no assurance that such conditions will continue to prevail. Rates paid on deposits tend to rise more quickly in a rising interest rate environment than do rates on loans. Institutions with fixed-rate, long-term assets (both loans and investments) are likely to experience a decrease in their profitability and asset values if the prevailing level of interest rates rises quickly. Conversely, if the prevailing level of interest rates declines quickly, such institutions are likely to experience an increase in their net interest margins, which may result in higher net interest income. Lending activities are affected by the demand for mortgage financing and for consumer and other types of loans, which in turn are affected by the interest rates at which such financing may be offered. Additionally, the extent to which borrowers prepay loans is affected by prevailing interest rates. When interest rates increase, borrowers are less likely to prepay whereas when interest rates decrease, borrowers are more likely to prepay loans. Prepayments may adversely affect the levels of loans retained in an institution's portfolio, as well as its net interest income.

While a substantial portion of Sterling's assets consists of adjustable rate mortgage loans ("ARMs"), Sterling is exposed to the risk that its interest expense may rise more quickly than its interest income. At June 30, 1991, Sterling's one-year gap position, the difference between assets and liabilities maturing or repricing within one year, was a negative $90.3 million, or a negative 14.8% of total assets. A negative gap means that Sterling's liabilities reprice sooner than do its assets, and, therefore, Sterling's net interest margin may decline if interest rates increase. Conversely, if interest rates were to decrease, Sterling's net interest income would likely increase. Although Sterling believes its gap position is appropriate, the OTS has taken the position that Sterling has higher than average interest rate risk given its size and capital position. See "Management's Discussion and Analysis—Asset and Liability Management."

**Composition of Lending Portfolio**

Although Sterling has limited certain of its traditional business activities, including commercial real estate lending, business banking and construction lending since the enactment of FIRREA, it continues to maintain in its portfolio a significant dollar amount of such loans. At September 30, 1991, commercial real estate, business banking and construction loans represented 34.9%, 4.2% and 4.0%, respectively, of Sterling's total loan portfolio. Commercial real estate lending, business banking and construction lending are subject to certain risks not present in residential mortgage lending. Commercial real estate lending presents risks such as large loan balances to single borrowers, excessive collateral vacancy rates or inadequate rental income levels. Business banking lending is generally considered to involve a higher degree of risk than the financing of real estate principally because the collateral may be difficult to obtain or liquidate. Construction lending is subject to risks such as construction delays, cost overruns, insufficient collateral values and an inability to obtain permanent financing in a timely manner. Following this Offering, Sterling anticipates resuming moderate levels of lending in these areas subject to applicable regulatory limitations. See "Business—Lending Activities" and "Regulation—Recent Regulatory Developments."

**Federal Income Taxation of Sterling**

As the result of Sterling's acquisition of two insolvent thrifts in fiscal years 1988 and 1989, Sterling succeeded to their net operating loss ("NOL") carryforwards, which may be utilized by Sterling to offset future taxable income. The NOL carryforwards available to Sterling at June 30, 1991 totalled approximately $4.7 million. Under the Internal Revenue Code of 1986, as amended (the "Code"), these NOL carryforwards are subject to unique NOL carryforward periods for thrift institutions, which cause the net operating losses to expire in fiscal year 1993 through fiscal year 2003. These NOL carryforwards will be subject to a limitation on their utilization as a result of the sale of the shares of Common Stock in this Offering. The annual limitation on the utilization of these NOL carryforwards is estimated to be $392,940 per year. The annual limitations on Sterling's ability to utilize these NOL carryforwards could result in significantly higher federal income taxes payable by Sterling in the future.

In fiscal years 1990 and 1991, Sterling chose to forego the maximum amount of bad debt deduction available in an effort to utilize NOL carryforwards that may expire in the near future. The unused bad debt deductions of approximately $8.8 million represent built-in losses Sterling intends to deduct in future tax years. There can be no assurance that the unused bad debt deductions will be available to offset income in future periods. If the unused bad debt deductions were not available, Sterling would pay significantly higher taxes in future years. See "Taxation—Built-In Gains and Losses."

**Allowances for Losses on Loans and Real Estate Owned**

Allowances for losses on loans and real estate owned ("REO") are maintained at levels considered adequate by management and are sufficient in management's opinion to absorb probable losses currently anticipated. Increases to the allowances are recorded by provisions for such losses. Loss allowances are based on management's estimate of the net realizable value or fair market value of the underlying collateral, as applicable. Management, in determining the amount of the allowances, considers the current and anticipated operating results and marketability of the collateral from which repayment of the outstanding book balances is expected.

At September 30, 1991, Sterling had total classified assets of $27.7 million, which includes total nonperforming loans of $8.5 million, total REO of $10.8 million and other presently performing loans of $8.4 million. Allowances for loan losses were $4.4 million, or 1.18% of loans receivable, and allowances for REO losses were $1.0 million, or 9.4% of REO. There can be no assurance that such allowances will be adequate to cover actual losses. See "Management's Discussion and Analysis—Results of Operations for Three Months Ended September 30, 1991 and 1990" and "Results of Operations for Fiscal Years 1991, 1990 and 1989" (hereinafter "Management's Discussion and Analysis—Results of Operations") and "Business—Lending Activities—*Classified Assets, Real Estate Owned and Delinquent Loans*."

**Mortgage Banking Operations**

In the three months ended September 30, 1991 and in fiscal years 1991, 1990 and 1989, Sterling sold approximately $26.1 million, $104.3 million, $173.3 million and $5.4 million, respectively, of residential loans to the Federal National Mortgage Association (the "FNMA"). These sales represented 22.9%, 28.5%, 52.3% and 3.7% of all residential loan sales for the three months ended September 30, 1991 and fiscal years 1991, 1990 and 1989, respectively. In the three months ended September 30, 1991 and in fiscal years 1991, 1990 and 1989, Sterling sold approximately $56.9 million, $151.2 million, $51.1 million and $111.3 million, respectively, of residential loans to the Federal Home Loan Mortgage Corporation (the "FHLMC"). These sales represented 49.9%, 41.3%, 15.4% and 74.9% of all residential loan sales for the three months ended September 30, 1991 and fiscal years 1991, 1990 and 1989, respectively. The ability of Sterling to continue selling to or servicing loans for the FNMA and the FHLMC is dependent upon Sterling's ability to meet the seller/servicer qualifications of these agencies, including the agencies' net worth requirements. In September 1990, Sterling was notified by the FNMA that Sterling's level of net worth might be less than the level required by that agency. Sterling provided financial and other information relating to the agency's qualification requirements and has continued to do business with the FNMA since that time. If Sterling were to lose the FNMA or the FHLMC as an outlet for the sale of its loans, Sterling would have to find alternative buyers or curtail the making of such loans, either of which could have a material adverse effect on Sterling's future earnings. The loss of FNMA or FHLMC servicing could also have a material adverse effect on Sterling. Sterling substantially reduced its FNMA and FHLMC servicing portfolios through the sales of servicing rights during the three months ended September 30, 1991 and fiscal years 1990 and 1991. Sterling expects to meet or exceed any FNMA and FHLMC net worth requirements upon the completion of this Offering and, therefore, believes it will be able to continue as an FNMA and an FHLMC seller/servicer, although there can be no assurance in this regard. See "Management's Discussion and Analysis—Results of Operations."



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0962

**Proposed Legislation**

The Financial Institutions Safety and Consumer Choice Act of 1991 ("FISCCA") was introduced in both houses of Congress in March 1991. The legislation is currently pending before Congress and still must be examined by various legislative committees. It is not possible to predict what provisions may be included in a bill which is enacted as law, or whether such a bill will be so enacted. In its present form, FISCCA provisions would, among other things, place severe restrictions on the operations of an insured institution with a capital ratio below a "critical capital level." Both the House of Representatives and Senate versions of the legislation generally define the "critical capital level" as tangible capital equal to 2% of total assets. Further, the proposed legislation requires the OTS to appoint a conservator or receiver for an insured institution within a specified time period following the date such institution's capital ratio falls below the critical capital level. In the event of a receivership, and possibly in the event of a conservatorship, a shareholder's investment in Sterling would be worthless. See "Regulation—Recent Regulatory Developments."

**Competition**

Sterling competes with other savings and loan associations, mutual savings banks, credit unions, and commercial banks in the scope and type of services offered, in the interest rates paid on deposits, in the pricing of loans and in other aspects of mortgage and commercial banking. Many of these competitors have greater resources than does Sterling. Although Sterling has been able to compete effectively in its market areas, there can be no assurance it will continue to do so. See "Sterling Savings Association" and "Business—Competition."

**Limited Prior Market for Common Stock; Possible Volatility of Stock Price; Dilution**

Prior to this Offering, only a limited public market for the Common Stock existed. Sterling believes approximately 2,000 shares of Common Stock have been traded since March 31, 1991. Bid and asked prices for Sterling's Common Stock are available only in the over-the-counter, or "pink sheet," market. This market does not afford a significant measure of depth, liquidity or orderliness. The Common Stock has been approved for quotation on the National Association of Securities Dealers Automated Quotation System/National Market System ("NASDAQ/NMS") following this Offering; however, no assurance can be given that a market for the Common Stock will develop or be sustained, or that Sterling will continue to qualify on NASDAQ/NMS in the future. The Price to Public has been determined by negotiations between Sterling and the Representatives of the Underwriters and may be greater than the market price for the Common Stock following this Offering. Although the Representatives have advised Sterling that they intend to make a market in the Common Stock, they will not be contractually obligated to do so and there can be no assurance the Representatives will continue to make a market in the Common Stock. Purchasers of the Common Stock in this Offering will experience immediate and substantial net tangible book value dilution. See "Market for Common Stock," "Dilution" and "Underwriting."

## STERLING SAVINGS ASSOCIATION

Sterling commenced operations in 1983 as a State of Washington-chartered, federally insured stock savings and loan association headquartered in Spokane, Washington. Sterling, with $591.1 million in total assets at September 30, 1991, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington State. Sterling originates mortgage loans secured primarily by residential real estate in the metropolitan areas of the Pacific Northwest. At September 30, 1991, Sterling had loans receivable of $359.0 million, of which $189.4 million, or approximately 51.6%, was secured by one to four family residential real estate. To a lesser extent, Sterling also originates consumer, business banking, commercial real estate and construction loans.

Sterling provides personalized, quality financial services to its customers as exemplified by its "Hometown Helpful" philosophy. Sterling believes this dedication to personalized service has enabled it to maintain a stable and relatively low-cost retail deposit base in rural areas, while generating a substantial volume of lending activity primarily in the metropolitan areas of the Pacific Northwest. Sterling operates fourteen residential loan production offices primarily in the Spokane and Seattle, Washington, Portland, Oregon, and Boise, Idaho metropolitan areas through its subsidiary, Action Mortgage Company ("Action Mortgage"). Sterling's INTERVEST-Mortgage Investment Company ("INTERVEST") subsidiary maintains one commercial real estate lending office in Portland, Oregon. Sterling markets tax deferred annuities, mutual funds and other financial products through its subsidiary, Harbor Financial Services, Inc. ("Harbor Financial"). See "Management's Discussion and Analysis—General" and "Business—Lending Activities" and "—Sources of Funds."

Sterling has benefitted from the Pacific Northwest economy, which in recent years has generally experienced relatively stronger growth than the national economy. The Washington, Oregon and Idaho economies, while primarily dependent upon aerospace and natural resources, including agriculture, timber and mining, have become more diversified over the past decade. An increase in international trade and tourism, together with growth in small manufacturing and high technology industries, has broadened the economic base of the Pacific Northwest. The residential real estate market in Sterling's trade area also has been generally strong. Although Sterling anticipates continued economic growth in the Pacific Northwest, there can be no assurance that this growth will continue.

To further enhance Sterling's presence in its market area, it is working to (i) increase its residential lending volume in metropolitan areas, (ii) increase its market share of deposits in rural areas while efficiently managing its retail branch network, (iii) increase fee income, (iv) reduce its nonperforming assets, approximately 40% of which were obtained through acquisitions, (v) effectively manage its interest rate risk and (vi) enhance its regulatory capital position.

Since it commenced operations, Sterling has made a number of acquisitions in order to expand its deposit and mortgage delivery systems, to add earning assets and to geographically diversify its loan portfolio. As an inducement to acquire insolvent thrift institutions, Sterling's regulators allowed it to include certain items in the calculation of its regulatory capital. The OTS has taken the position that the right to include such items in the calculation of regulatory capital was eliminated by FIRREA, that Sterling therefore is not in compliance with current capital standards and that certain of Sterling's lending activities should be limited or curtailed. Sterling has challenged the OTS's position in court and, pending the outcome of this case, has limited certain of its traditional business activities, including business banking, commercial real estate lending and construction lending. As a result of this Offering, Sterling expects to meet current regulatory capital requirements without giving effect to regulatory capital obtained through Sterling's past acquisitions. Sterling therefore intends to resume business banking, commercial real estate lending and construction lending activities at moderate levels, subject to applicable regulatory limitations. See "Risk Factors—Regulatory Capital Requirements," "Management's Discussion and Analysis," "Business—Legal Proceedings" and "Regulation—Recent Regulatory Developments."





CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0964

The principal executive office of Sterling is located at North 120 Wall Street, Spokane, Washington 99201. Sterling's telephone number is (509) 624-4114.

## USE OF PROCEEDS

Net proceeds to Sterling (after deducting underwriting discounts and commissions and estimated offering expenses) from the sale of the Common Stock offered hereby are estimated to be $18.5 million ($21.3 million if the Underwriters exercise the over-allotment option in full) based on the issuance of 2,500,000 shares at a Price to Public of $8.25 per share.

The primary purpose of this Offering is to increase Sterling's regulatory capital levels. Net proceeds will be used to support the growth of Sterling's business, including the origination of loans. Pending such applications, the net proceeds will be invested in short-term investment grade fixed income securities.

## MARKET FOR COMMON STOCK

Prior to this Offering, only a limited public market for the Common Stock existed. Sterling believes approximately 2,000 shares of its Common Stock have been traded since March 31, 1991. Sterling's Common Stock was traded on the Spokane Stock Exchange until that exchange closed in May 1991. The Common Stock is currently traded in the over-the-counter, or "pink sheet," market. This market does not afford a significant measure of depth, liquidity or orderliness.

The Common Stock has been approved for quotation on NASDAQ/NMS under the symbol "STSA" following this Offering. Dain Bosworth Incorporated, Sutro & Co. Incorporated and Wedbush Morgan Securities have advised Sterling that they intend to make a market in the Common Stock as long as the volume of trading activity in the Common Stock and certain other market making considerations justify doing so. There can be no assurance, however, that an active or liquid market in the Common Stock will develop or be maintained.

The following table sets forth the high and low sales prices or the high and low bid prices (as the case may be) per share for the Common Stock for the periods indicated. The prices reflect trading on the Spokane Stock Exchange through May 1991 and thereafter reflect activity in the over-the-counter market. The prices reported by the Spokane Stock Exchange reflect known transactions but may not be indicative of prices that may have been obtained in a more liquid market. The prices reported in the over-the-counter market reflect inter-dealer prices, without regard to retail markups, markdowns or commissions, and do not necessarily represent actual transactions.

| | High | Low |
|---|---|---|
| Fiscal 1990: | | |
| First Quarter ended September 30, 1989 | $9 | $7⅞ |
| Second Quarter ended December 31, 1989 | 9¾ | 6½ |
| Third Quarter ended March 31, 1990 | 9 | 4 |
| Fourth Quarter ended June 30, 1990 | 7 | 3½ |
| Fiscal 1991: | | |
| First Quarter ended September 30, 1990 | 5¼ | 4 |
| Second Quarter ended December 31, 1990 | 4⅛ | 2 |
| Third Quarter ended March 31, 1991 | 5 | 2¼ |
| Fourth Quarter ended June 30, 1991 | 4¾ | 4½ |
| Fiscal 1992: | | |
| First Quarter ended September 30, 1991 | 6 | 4¾ |
| Second Quarter (through November 19, 1991) | 7 | 5 |

The number of holders of record of Sterling's Common Stock on September 30, 1991 was 602.

## DIVIDENDS

Sterling has never paid cash dividends on its Common Stock. Sterling intends to retain earnings to facilitate the operation and expansion of its business and to strengthen its capital position. Sterling therefore does not anticipate paying cash dividends on its Common Stock in the foreseeable future.

The OTS has adopted a capital distribution regulation which limits the ability of thrift institutions to make capital distributions. Certain factors are considered by the OTS in determining whether to permit a thrift institution to pay dividends, including, among other things, whether an institution meets fully phased-in capital requirements. See "Regulation—Recent Regulatory Developments." Those thrift institutions which meet the fully phased-in capital requirements have discretion in making capital distributions, while those with lower capitalization have less discretion in this regard and, in some cases, are required to seek the prior approval of the OTS. The OTS has taken the position that Sterling is required to seek regulatory approval prior to making any such capital distribution. Accordingly, Sterling may have to seek such approval before it pays dividends on the Series B Preferred Stock. See "Conversion of Series B Preferred Stock" and "Regulation —Recent Regulatory Developments—*Restrictions on Capital Distributions by Thrift Institutions.*"

Payment of cash dividends on the Common Stock is also restricted by the terms of an agreement entered into by Sterling and its regulators in December 1988 in connection with the acquisition of an insolvent thrift institution. Under this agreement, which expires on December 31, 1993, Sterling may not pay cash dividends on its Common Stock without prior OTS approval.

## CONVERSION OF SERIES B PREFERRED STOCK

Sterling has issued and outstanding 89,968 shares of Series B Preferred Stock which ranks senior to the Common Stock with respect to the payment of dividends and the distribution of the assets of Sterling upon liquidation. Each share of the Series B Preferred Stock is convertible into Common Stock at a conversion price equivalent to $11.36 per share, or 2.2 shares of Common Stock for each share of Series B Preferred Stock, at the option of the holder or Sterling at any time upon appropriate notice. Sterling has notified the holders of Series B Preferred Stock that it intends to convert such preferred shares into Common Stock upon, or within five days of, the completion of this Offering. At September 30, 1991, Sterling had declared, but not paid, dividends of $4.38 per share, or $394,000, on its Series B Preferred Stock. An additional $56,000, or $0.63 per share, of dividends has accumulated through September 30, 1991 but has not been declared. Sterling does not intend to pay such dividends until such time as Sterling increases its capital to levels required by FIRREA without giving effect to the Acquisition Agreements. It is expected that if this Offering is completed Sterling's Board of Directors will declare dividends on the Series B Preferred Stock through the date of conversion into Common Stock and will direct that all accrued dividends be paid on or before January 15, 1992 although, as noted above, Sterling may have to seek OTS approval before it pays such dividends.

As a result of the planned conversion of Series B Preferred Stock, approximately 198,000 additional shares of Common Stock will be outstanding. This additional Common Stock will be includable in Sterling's regulatory tangible and core capital and will increase such capital by approximately $2.1 million.

## DILUTION

*Net Tangible Book Value.* The net tangible book value of Sterling's Common Stock at September 30, 1991 was a negative $3.3 million, or a negative $6.44 per share. Net tangible book value per share of Common Stock is determined by dividing net tangible book value of the Common Stock (tangible assets less liabilities and liquidation preference of Series B Preferred Stock) by the number of shares of Common Stock outstanding. Based upon the sale by Sterling of 2,500,000 shares of Common Stock offered hereby (after deducting underwriting discounts and commissions and estimated offering expenses) and the conversion of the Series B Preferred Stock into approximately 198,000 shares of Common Stock, at September 30, 1991 the pro forma net tangible book value would have been $17.4 million, or $5.41 per share. This represents an immediate dilution of $2.84 per share to new investors. The following table illustrates this per share dilution:

| | Dilution from | | | |
|---|---|---|---|---|
| | Offering | | Offering and Conversion of Series B Preferred Stock | |
| Price to Public | | $8.25 | | $8.25 |
| Net tangible book value before Offering | $(6.44) | | $(6.44) | |
| Increase attributable to new investors | 11.46 | | 11.46 | |
| Increase attributable to conversion of Series B Preferred Stock | 0 | | 0.39 | |
| Pro forma net tangible book value after Offering | | 5.02 | | 5.41 |
| Dilution to new investors | | $3.23 | | $2.84 |

*Net Book Value.* The net book value of Sterling's Common Stock at September 30, 1991 was $10.8 million, or $20.91 per share. Net book value per share of Common Stock is determined by dividing the net book value of Common Stock (total assets less liabilities and liquidation preference of Series B Preferred Stock) by the number of shares of Common Stock outstanding. Based upon the sale by Sterling of 2,500,000 shares of Common Stock offered hereby (after deducting underwriting discounts and commissions and estimated offering expenses) and the conversion of the Series B Preferred Stock into approximately 198,000 shares of Common Stock, at September 30, 1991 the pro forma book value would have been $31.6 million, or $9.82 per share. This represents an immediate dilution to existing shareholders of $11.09 per share and an immediate accretion of $1.57 per share to new investors. The following table illustrates this per share accretion:

| | Accretion from | | | |
|---|---|---|---|---|
| | Offering | | Offering and Conversion of Series B Preferred Stock | |
| Price to Public | | $8.25 | | $8.25 |
| Book value before Offering | $ 20.91 | | $ 20.91 | |
| Decrease attributable to new investors | (11.19) | | (11.19) | |
| Increase attributable to conversion of Series B Preferred Stock | 0 | | .10 | |
| Pro forma net book value after Offering | | 9.72 | | 9.82 |
| Accretion to new investors | | $1.47 | | $1.57 |

## CAPITALIZATION

The following table sets forth the capitalization of Sterling, including deposit accounts and borrowings, at September 30, 1991, and as adjusted for the issuance and sale of the shares of Common Stock offered hereby and the conversion of the Series B Preferred Stock into approximately 198,000 shares of Common Stock but excluding any regulatory capital obtained through supervisory acquisitions. The following table should be read in conjunction with Sterling's Consolidated Financial Statements and accompanying notes thereto appearing elsewhere in this Offering Circular.

| | At September 30, 1991 | |
|---|---|---|
| | Actual | As Adjusted(1) |
| | (Dollars in thousands) | |
| Deposits | $491,288 | $491,288 |
| Borrowings (advances) from the Federal Home Loan Bank of Seattle | 78,192 | 78,192 |
| Total deposits and borrowings | $569,480 | $569,480 |
| Shareholders' equity: | | |
| Preferred stock, $1.00 par value: authorized—1,000,000 shares; issued and outstanding—89,968 and 0 shares, respectively | $ 90 | $ 0 |
| Common Stock, $1.00 par value: authorized—8,000,000 shares; issued and outstanding—518,819 and 3,216,656 shares, respectively(2) | 519 | 3,217 |
| Additional paid-in capital | 7,714 | 23,605 |
| Retained earnings | 4,772 | 4,772 |
| Total shareholders' equity | $ 13,095 | $31,594(3) |

(1) Based upon the sale of 2,500,000 shares of Common Stock at a Price to Public of $8.25 per share, resulting in net proceeds of $18.5 million (after deducting Underwriting Discounts and Commissions and estimated offering expenses). Also assumes the conversion of the Series B Preferred Stock into Common Stock at a conversion price equivalent to $11.36 per share, or 2.2 shares of Common Stock for each share of Series B Preferred Stock, upon, or within five days of, completion of this Offering. This planned conversion does not result in a change in total shareholders' equity. See "Use of Proceeds" and "Underwriting."

(2) Does not reflect 93,750 shares of Common Stock reserved for issuance pursuant to Sterling's Incentive Stock Option Plan.

(3) If the Underwriters' over-allotment option is exercised in full, total shareholders' equity, as adjusted, is estimated to be $34.5 million.

## SELECTED CONSOLIDATED FINANCIAL AND OTHER DATA

The financial data for each of the five years ended June 30, 1991 included in the operating data and financial position tables are derived from the Consolidated Financial Statements, which have been audited by Coopers & Lybrand. Audited Consolidated Financial Statements of Sterling as of June 30, 1991 and 1990, and for the fiscal years ended June 30, 1991, 1990 and 1989 appear elsewhere in this Offering Circular and should be read in conjunction with these tables. The financial data for the three month periods ended September 30, 1991 and 1990 included in the operating data and financial position tables have not been audited, but in the opinion of management reflect all adjustments, consisting only of normal recurring accruals, necessary for a fair presentation of the results for such periods. The results of operations for the three month period ended September 30, 1991 are not necessarily indicative of results for the entire year.

All per share amounts have been adjusted for stock dividends. During fiscal year 1989, Sterling prospectively changed its method of recognizing loan fees to comply with Statement of Financial Accounting Standards ("SFAS") No. 91 issued by the Financial Accounting Standards Board ("FASB"). See "Management's Discussion and Analysis—Results of Operations—*Other Income*." Significant acquisitions of

other institutions or branches occurred during fiscal 1989, 1988 and 1986. See "Business—Acquisitions" and Note 15 of Notes to Consolidated Financial Statements. For a table setting forth Sterling's capital requirements and positions, currently and as adjusted for this Offering and the planned conversion of the Series B Preferred Stock, see "Regulation—Recent Regulatory Developments."

| | Three Months Ended September 30, 1991 | Three Months Ended September 30, 1990 | Fiscal Year Ended June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | | | | |
| **Operating Data:** | | | | | | | |
| Interest income | $13,338 | $15,664 | $60,683 | $67,529 | $54,743 | $27,291 | $18,538 |
| Interest expense | (10,244) | (12,491) | (47,888) | (54,181) | (43,844) | (20,776) | (13,966) |
| Net interest income | 3,094 | 3,173 | 12,795 | 13,348 | 10,899 | 6,515 | 4,572 |
| Provision for loan losses | (650) | 0 | (150) | (1,100)(1) | (260) | (572) | (94) |
| Net interest income after provision for loan losses | 2,444 | 3,173 | 12,645 | 12,248 | 10,639 | 5,943 | 4,478 |
| Other income | 2,487 | 1,455 | 7,408 | 6,800 | 4,095 | 4,256 | 2,921 |
| Intangible amortization expense | (653) | (710) | (2,710) | (2,881) | (1,829) | (462) | (372) |
| Other operating expenses | (3,620) | (3,761) | (15,032) | (15,693)(1) | (11,203) | (7,766) | (5,470) |
| Income before income taxes | 658 | 157 | 2,311 | 474 | 1,702 | 1,971 | 1,557 |
| Income tax (provision) benefit | (184) | (40) | (590) | 164 | (225) | (752) | (622) |
| Net income | $ 474 | $ 117 | $ 1,721 | $ 638(1) | $ 1,477 | $ 1,219 | $ 935 |
| Net income per common share | $ 0.81 | $ 0.12 | $ 2.89 | $ 0.80(1) | $ 2.41 | $ 1.96 | $ 1.75 |
| Income before intangible amortization expense | $ 1,127 | $ 827 | $ 4,431 | $ 3,519(1) | $ 3,306 | $ 1,681 | $ 1,307 |

| | At September 30, 1991 | At June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | | | |
| **Financial Position Data:** | | | | | | |
| Total assets | $591,095 | $608,320 | $688,940 | $730,336 | $429,316 | $239,689 |
| Loans receivable | 359,029 | 374,926 | 441,639 | 478,440 | 304,408 | 173,180 |
| Mortgage-backed securities | 140,280 | 139,119 | 113,706 | 114,060 | 51,908 | 42,620 |
| Investments | 13,682 | 15,270 | 27,271 | 31,639 | 29,599 | 8,823 |
| Deposits | 491,288 | 488,464 | 479,227 | 519,982 | 306,152 | 170,789 |
| Borrowings | 78,192 | 98,184 | 188,877 | 183,925 | 104,292 | 53,700 |
| Shareholders' equity | 13,095 | 12,621 | 11,294 | 10,704 | 9,467 | 8,469 |
| Book value per common share | 20.91 | 19.99 | 17.44 | 16.34 | 13.95 | 12.09 |
| Tangible book value per common share | (6.44) | (8.62) | (18.41) | (28.29) | 4.15 | 6.34 |
| Nonperforming assets: | | | | | | |
| Nonperforming loans | $ 8,523 | $ 10,782 | $ 13,174 | $ 17,260 | $ 9,127 | $ 7,530 |
| Real estate owned | 10,302 | 8,358 | 10,172 | 16,336 | 6,804 | 2,547 |
| Total nonperforming assets | $ 18,825 | $ 19,140 | $ 23,346 | $ 33,596 | $ 15,931 | $ 10,077 |
| Allowance for loan losses | $ 4,355 | $ 4,087 | $ 6,649 | $ 6,450 | $ 3,770 | $ 185 |
| Allowance for real estate owned losses | 964 | 1,011 | 980 | 819 | 347 | 106 |







CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0969

| | At or For Three Months Ended September 30, 1991 | 1990 | At or For Fiscal Year Ended June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|---|
| **Key Financial Ratios:** | | | | | | | |
| Return on average assets(2) | 0.32% | 0.07% | 0.26% | 0.09% | 0.25% | 0.40% | 0.45% |
| Return on average assets, excluding intangible amortization expense(3) | 0.75 | 0.49 | 0.68 | 0.50 | 0.56 | 0.55 | 0.64 |
| Return on average common shareholders' equity(4) | 15.7 | 2.7 | 15.5 | 4.8 | 16.2 | 15.2 | 15.8 |
| Return on average common shareholders' equity, excluding intangible amortization expense(5) | 40.1 | 33.6 | 43.5 | 38.4 | 39.9 | 22.1 | 22.2 |
| Net interest margin(6) | 2.22 | 2.04 | 2.13 | 2.04 | 2.00 | 2.25 | 2.35 |
| Net interest spread(7) | 2.53 | 2.45 | 2.49 | 2.36 | 2.29 | 2.20 | 2.36 |
| Shareholders' equity to total assets | 2.22 | — | 2.07 | 1.64 | 1.47 | 2.21 | 3.53 |
| Tangible equity to total assets(8) | (0.18) | — | (0.36) | (1.06) | (1.69) | 1.02 | 2.31 |
| Nonperforming assets to total assets | 3.18 | — | 3.15 | 3.39 | 4.60 | 3.71 | 4.20 |

| | At September 30, 1991 | At June 30, 1991 | 1990 | 1989 | 1988 | 1987 |
|---|---|---|---|---|---|---|
| **Other Data:** | | | | | | |
| Number of employees (full-time equivalent) | 292 | 287 | 290 | 300 | 197 | 107 |
| Number of offices: | | | | | | |
| Full service | 27 | 27 | 27 | 28 | 19 | 8 |
| Loan production | 14 | 11 | 9 | 11 | 7 | 2 |

(1) Net income in fiscal year 1990 reflects increased provisions for loan and real estate owned losses, expenses associated with a canceled public offering, and legal costs incurred to enforce Sterling's acquisition agreements with its regulators. See "Management's Discussion and Analysis—Results of Operations for Fiscal Years 1991, 1990 and 1989."

(2) Net income, divided by monthly average total assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(3) Net income excluding intangible amortization expense, divided by monthly average total assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(4) Net income minus preferred stock dividends accumulated during the period, divided by monthly average common shareholders' equity. Common shareholders' equity equals total shareholders' equity minus the liquidation value of preferred stock. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(5) Net income minus preferred stock dividends accumulated during the period, excluding intangible amortization expense, divided by monthly average common shareholders' equity. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(6) Net interest income, divided by monthly average interest-earning assets. Calculations for the three months ended September 30, 1991 and 1990 are annualized.

(7) Average yield on all interest-earning assets during the period minus average rate paid on all interest-bearing liabilities during the period.

(8) Tangible equity represents the difference between shareholders' equity and intangible assets. Excludes any regulatory capital obtained through Sterling's supervisory acquisitions. Total assets are as reported at fiscal year-end or quarter-end without any adjustments. See "Risk Factors—Regulatory Capital Requirements" and "Regulation—Recent Regulatory Developments."

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### General

Sterling, with $591.1 million in total assets at September 30, 1991, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington State. Sterling originates mortgage loans secured primarily by residential real estate in the metropolitan areas of the Pacific Northwest. Sterling's revenues are derived principally from interest earned on loans and mortgage-backed securities, from mortgage banking operations and from fees and service charges. The operations of Sterling, and thrift institutions generally, are influenced significantly by general economic conditions and by policies of its primary regulatory authorities, the OTS, the Federal Deposit Insurance Corporation (the "FDIC") and the State of Washington Supervisor of Savings and Loan Associations and Credit Unions (the "Washington Supervisor").

### Acquisitions

Sterling has substantially increased its deposit gathering and residential lending activities through a strategy of acquisition. Sterling completed five acquisitions of savings institutions or branches in fiscal years 1983 through 1989, providing Sterling with approximately $475.3 million in assets. During this period, Sterling increased its branch system from one branch in 1983 to 27 branches at September 30, 1991. Three of the acquired institutions were insolvent thrifts, and of these acquisitions, two were made with cash assistance from regulatory agencies.

These acquisitions enabled Sterling to expand its deposit and mortgage delivery systems, to add earning assets and to geographically diversify its loan portfolio. Increases in average interest-earning assets and average interest-bearing liabilities contributed to significant increases in total interest income, interest expense and net interest income. The increased volume of depository accounts was responsible for increases in deposit fees and service charge revenues while operating costs increased commensurate with the greater number of retail branches. Through consolidation, Sterling believes it has reduced the cost of administrative functions and increased the operating efficiencies of these acquired institutions and branches. Sterling succeeded to certain NOL carryforwards which may be utilized to offset future taxable income under certain conditions. See "Taxation." As a result of these acquisitions, Sterling acquired a significant amount of nonperforming assets. However, since June 30, 1989, Sterling has reduced its level of nonperforming assets from $33.6 million to $18.8 million at September 30, 1991. Sterling believes its continued resolution of nonperforming assets will have a positive effect on future operations, although there can be no assurance this will occur. See "Business—Acquisitions."

### Regulatory Developments

The acquisitions of insolvent institutions were completed with the approval of Sterling's regulators and each resulted in the recording of significant intangible assets on Sterling's financial statements. The supervisory acquisitions were subject to contractual acquisition agreements (the "Acquisition Agreements") with then-existing regulatory authorities. The Acquisition Agreements contained various forbearances, regulatory capital provisions and other forms of assistance to induce Sterling to undertake the acquisitions.

Management believes the business and operations of Sterling have been adversely affected as a result of the enactment of FIRREA on August 9, 1989. FIRREA significantly revised the regulation and permissible activities of thrift institutions. Among other things, FIRREA drastically reduced the aggregate amount of loans which may be advanced to any single borrower and defined aggregate limits for an institution's commercial real estate and business banking loans. Because of these limitations, Sterling has pursued a strategy which emphasizes its residential mortgage banking operations while curtailing most commercial real estate lending, construction lending and business banking activities. Sterling also elected to reduce its total

assets by using proceeds of principal payments and loan sales to repay borrowings. At September 30, 1991, total assets were $591.1 million, compared to $608.3 million and $688.9 million at June 30, 1991 and 1990, respectively. This strategy has resulted in increased mortgage banking operating income and decreased total interest income, total interest expense and net interest income.

FIRREA also prescribed new capital requirements and consequences for noncompliance with such requirements. The OTS has taken the position that FIRREA eliminated any prior contractual forbearances and waivers that were given Sterling to induce it to acquire insolvent institutions. Accordingly, the OTS has deemed Sterling not to be in compliance with the new capital standards implemented as a result of FIRREA. Sterling has filed a lawsuit seeking, among other things, to have the OTS's construction of FIRREA in derogation of the Acquisition Agreements declared unlawful. For a discussion of this lawsuit, see "Business—Legal Proceedings."

As a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to exceed all current regulatory capital standards without giving effect to the Acquisition Agreements. The current risk-based capital requirement is scheduled to increase on December 31, 1992. In addition, certain items currently includable in core capital and therefore in risk-based capital are scheduled to be phased out over a period ending December 31, 1994. Although Sterling will not meet the fully phased-in risk-based capital requirement as a result of this Offering and the planned conversion of the Series B Preferred Stock, Sterling expects to meet such requirement as it is phased in through the retention of earnings, amortization of intangible assets and management of the level and mix of assets. There can be no assurance, however, that Sterling's capital levels will increase or that Sterling will, in fact, meet the fully phased-in risk-based capital requirement in the future.

In addition, the OTS has proposed regulations which would likely increase the core capital requirement for certain thrift institutions, including Sterling, above current levels. There can be no assurance that Sterling will meet the core capital requirement that may become applicable to it under the proposed regulations. Also, new capital requirements may be imposed in the future. Specific provisions of FIRREA, the OTS's regulations for the implementation of FIRREA, Sterling's lawsuit and the potential impacts on Sterling are discussed in "Risk Factors—Regulatory Capital Requirements," "Business—Legal Proceedings" and "Regulation—Recent Regulatory Developments."

**Effects of Federal Financial Assistance**

As part of Sterling's acquisition of an insolvent savings institution, Tri-Cities Federal Savings and Loan Association ("Tri-Cities"), the FDIC, as successor to the Federal Savings and Loan Insurance Corporation ("FSLIC"), agreed to reimburse and indemnify Sterling against 75% of all capital losses with respect to certain assets ("covered assets"). In addition, the FDIC agreed to limit Sterling's 25% share of total capital loss exposure to $900,000. At September 30, 1991, Sterling had absorbed approximately $480,000 in capital losses on the assets covered by the agreement with the FDIC and remaining covered assets totalled $1.1 million. In the event such covered assets are not fully liquidated prior to expiration of the Tri-Cities Assistance Agreement in April 1993, future operating results of Sterling may be adversely affected. See "Business—Lending Activities—*Classified Assets, Real Estate Owned and Delinquent Loans—Major Classified Loans.*"

The FDIC also guaranteed Sterling a minimum yield (the "FDIC Yield Subsidy") on these covered assets equal to the average six-month Treasury bill rate plus 150 basis points. During the three months ended September 30, 1991, Sterling received no payments pursuant to the FDIC Yield Subsidy. During fiscal years 1991, 1990 and 1989, Sterling received $159,000, $483,000 and $600,000, respectively, pursuant to the FDIC Yield Subsidy. These amounts are reflected in interest income. Sterling will not receive FDIC Yield Subsidy payments after April 8, 1993.

**Net Interest Income**

For most financial institutions, the primary component of earnings is net interest income. Net interest income is the difference between interest income, principally from loan, investment and mortgage-backed securities portfolios, and interest expense, principally on customer deposits and borrowings. Changes in net interest income result from changes in volume, spread and margin. Volume refers to the average dollar level of interest-earning assets and interest-bearing liabilities. Net interest spread refers to the difference between the interest yields on earning assets and the interest costs of the liabilities required to support them. Net interest margin refers to net interest income divided by average earning assets and is influenced by the level and relative mix of interest-earning assets to interest-bearing liabilities. During the three months ended September 30, 1991 and fiscal years 1991, 1990 and 1989, the volume of average interest-earning assets was $554.0 million, $601.1 million, $654.2 million and $545.3 million, respectively. During these same periods, the net interest margin was 2.22%, 2.13%, 2.04% and 2.00%, respectively. See "—Results of Operations."

The following tables set forth the average balances for interest-earning assets and interest-bearing liabilities, net interest income, net interest spread, net interest margin and ratio of average interest-earning assets to average interest-bearing liabilities of Sterling for the three months ended September 30, 1991 and 1990.

| | Three Months Ended September 30, 1991 | | | Rate at September 30, 1991 |
|---|---|---|---|---|
| | Average Balance | Actual Interest | Average Rate | |
| | (Dollars in thousands) | | | |
| Interest-earning assets: | | | | |
| Loans | $389,848 | $ 9,785 | 9.96% | 10.05% |
| Mortgage-backed securities | 140,842 | 3,192 | 8.99 | 9.15 |
| Investments and cash | 23,153 | 361 | 6.18 | 5.30 |
| FDIC Yield Subsidy | N/A | 0 | N/A | N/A |
| Total interest-earning assets | $553,843 | $13,338 | 9.55% | 9.63% |
| Interest-bearing liabilities: | | | | |
| Deposits | $489,877 | $ 8,396 | 6.80% | 6.65% |
| FHLB Seattle advances | 76,382 | 1,669 | 8.67 | 8.70 |
| Other borrowings | 12,116 | 179 | 5.86 | N/A |
| Total interest-bearing liabilities | $578,375 | $10,244 | 7.03% | 6.93% |
| Net interest income | | $ 3,094 | | |
| Net interest spread | | | 2.53% | 2.70% |
| Net interest margin | | | 2.22% | |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 95.8% | | | |



DRI 02819

App. 226

| | Three Months Ended September 30, 1990 | | |
|---|---|---|---|
| | Average Balance | Actual Interest | Average Rate |
| | (Dollars in thousands) | | |
| Interest-earning assets: | | | |
| Loans | $449,788 | $12,265 | 10.82% |
| Mortgage-backed securities | 120,977 | 2,608 | 8.56 |
| Investments and cash | 45,127 | 710 | 6.24 |
| FDIC Yield Subsidy | N/A | 81 | N/A |
| Total interest-earning assets | $615,892 | $15,664 | 10.09% |
| Interest-bearing liabilities: | | | |
| Deposits | $472,191 | $ 8,776 | 7.37% |
| FHLB Seattle advances | 103,387 | 2,188 | 8.40 |
| Other borrowings | 72,704 | 1,527 | 8.33 |
| Total interest-bearing liabilities | $648,282 | $12,491 | 7.64% |
| Net interest income | | $ 3,173 | |
| Net interest spread | | | 2.45% |
| Net interest margin | | | 2.04% |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 95.0% | | |

The following tables set forth the average balances for interest-earning assets and interest-bearing liabilities, net interest income, net interest spread, net interest margin and ratio of average interest-earning assets to average interest-bearing liabilities of Sterling for fiscal years 1991, 1990 and 1989.

| | Fiscal Year Ended June 30, 1991 | | |
|---|---|---|---|
| | Average Balance | Actual Interest | Average Rate |
| | (Dollars in thousands) | | |
| Interest-earning assets: | | | |
| Loans | $423,222 | $44,577 | 10.53% |
| Mortgage-backed securities | 135,491 | 12,472 | 9.20 |
| Investments and cash | 42,423 | 3,475 | 8.19 |
| FDIC Yield Subsidy | N/A | 159 | N/A |
| Total interest-earning assets | $601,136 | $60,683 | 10.09% |
| Interest-bearing liabilities: | | | |
| Deposits | $480,488 | $35,057 | 7.30% |
| FHLB Seattle advances | 98,569 | 8,598 | 8.72 |
| Other borrowings | 51,002 | 4,233 | 8.30 |
| Total interest-bearing liabilities | $630,059 | $47,888 | 7.60% |
| Net interest income | | $12,795 | |
| Net interest spread | | | 2.49% |
| Net interest margin | | | 2.13% |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 95.4% | | |

| | Fiscal Year Ended June 30, 1990 | | |
|---|---|---|---|
| | Average Balance | Actual Interest | Average Rate |
| | (Dollars in thousands) | | |
| Interest-earning assets: | | | |
| Loans | $487,730 | $53,201 | 10.91% |
| Mortgage-backed securities | 114,641 | 10,483 | 9.14 |
| Investments and cash | 51,828 | 3,362 | 6.49 |
| FDIC Yield Subsidy | N/A | 483 | N/A |
| Total interest-earning assets | $654,199 | $67,529 | 10.32% |
| Interest-bearing liabilities: | | | |
| Deposits | $508,051 | $38,941 | 7.66% |
| FHLB Seattle advances | 97,771 | 8,645 | 8.84 |
| Other borrowings | 75,113 | 6,595 | 8.78 |
| Total interest-bearing liabilities | $680,935 | $54,181 | 7.96% |
| Net interest income | | $13,348 | |
| Net interest spread | | | 2.36% |
| Net interest margin | | | 2.04% |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 96.1% | | |

| | Fiscal Year Ended June 30, 1989 | | |
|---|---|---|---|
| | Average Balance | Actual Interest | Average Rate |
| | (Dollars in thousands) | | |
| Interest-earning assets: | | | |
| Loans | $403,907 | $42,613 | 10.55% |
| Mortgage-backed securities | 86,711 | 7,786 | 8.98 |
| Investments and cash | 54,719 | 3,744 | 6.84 |
| FDIC Yield Subsidy | N/A | 600 | N/A |
| Total interest-earning assets | $545,337 | $54,743 | 10.04% |
| Interest-bearing liabilities: | | | |
| Deposits | $425,273 | $31,037 | 7.30% |
| FHLB Seattle advances | 68,829 | 6,105 | 8.87 |
| Other borrowings | 71,331 | 6,702 | 9.40 |
| Total interest-bearing liabilities | $565,433 | $43,844 | 7.75% |
| Net interest income | | $10,899 | |
| Net interest spread | | | 2.29% |
| Net interest margin | | | 2.00% |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 96.5% | | |

The following tables illustrate the changes in Sterling's net interest income due to changes in volume (change in volume multiplied by initial rate), changes in interest rate (change in rate multiplied by initial volume) and net changes in rate/volume (changes in rate multiplied by changes in average volume) for the periods indicated.

| | Three Months Ended September 30, 1991 vs Three Months Ended September 30, 1990 Increase (Decrease) Due to: | | | |
|---|---|---|---|---|
| | Volume | Rate | Rate/ Volume | Total |
| | (Dollars in thousands) | | | |
| Interest income on: | | | | |
| Loans | $(1,634) | $ (975) | $ 130 | $(2,479) |
| Mortgage-backed securities | 428 | 133 | 22 | 583 |
| Investments and cash | (346) | (6) | 3 | (349) |
| FDIC Yield Subsidy | (81) | N/A | N/A | (81) |
| Total interest income | (1,633) | (848) | 155 | (2,326) |
| Interest expense on: | | | | |
| Deposits | 329 | (682) | (26) | (379) |
| FHLB Seattle advances | (572) | 70 | (18) | (520) |
| Other borrowings | (1,272) | (453) | 378 | (1,347) |
| Total interest expense | (1,515) | (1,065) | 334 | (2,246) |
| Net interest income | $ (118) | $ 217 | $(179) | $ (80) |

| | Fiscal 1991 vs Fiscal 1990 Increase (Decrease) Due to: | | | |
|---|---|---|---|---|
| | Volume | Rate | Rate/ Volume | Total |
| | (Dollars in thousands) | | | |
| Interest income on: | | | | |
| Loans | $(7,036) | $(1,830) | $ 242 | $(8,624) |
| Mortgage-backed securities | 1,907 | 69 | 13 | 1,989 |
| Investments and cash | (611) | 884 | (160) | 113 |
| FDIC Yield Subsidy | (324) | N/A | N/A | (324) |
| Total interest income | (6,064) | (877) | 95 | (6,846) |
| Interest expense on: | | | | |
| Deposits | (2,113) | (1,873) | 102 | (3,884) |
| FHLB Seattle advances | 70 | (116) | (1) | (47) |
| Other borrowings | (2,117) | (361) | 116 | (2,362) |
| Total interest expense | (4,160) | (2,350) | 217 | (6,293) |
| Net interest income | $(1,904) | $ 1,473 | $(122) | $ (553) |

| | Fiscal 1990 vs Fiscal 1989 Increase (Decrease) Due to: | | | |
|---|---|---|---|---|
| | Volume | Rate | Rate/ Volume | Total |
| | (Dollars in thousands) | | | |
| Interest income on: | | | | |
| Loans | $ 8,843 | $1,445 | $300 | $10,588 |
| Mortgage-backed securities | 2,508 | 143 | 46 | 2,697 |
| Investments and cash | (198) | (194) | 10 | (382) |
| FDIC Yield Subsidy | (116) | 0 | 0 | (116) |
| Total interest income | 11,037 | 1,394 | 356 | 12,787 |
| Interest expense on: | | | | |
| Deposits | 6,041 | 1,560 | 304 | 7,905 |
| FHLB Seattle advances | 2,567 | (19) | (8) | 2,540 |
| Other borrowings | 355 | (439) | (23) | (107) |
| Total interest expense | 8,963 | 1,102 | 273 | 10,338 |
| Net interest income | $ 2,074 | $ 292 | $ 83 | $ 2,449 |

| | Fiscal 1989 vs Fiscal 1988 Increase (Decrease) Due to: | | | |
|---|---|---|---|---|
| | Volume | Rate | Rate/Volume | Total |
| | (Dollars in thousands) | | | |
| Interest income on: | | | | |
| Loans | $19,178 | $1,402 | $1,297 | $21,877 |
| Mortgage-backed securities | 3,088 | 123 | 84 | 3,295 |
| Investments and cash | 1,947 | (137) | (130) | 1,680 |
| FDIC Yield Subsidy | 600 | 0 | 0 | 600 |
| Total interest income | 24,813 | 1,388 | 1,251 | 27,452 |
| Interest expense on: | | | | |
| Deposits | 14,558 | 776 | 756 | 16,090 |
| FHLB Seattle advances | 2,124 | 62 | 34 | 2,220 |
| Other borrowings | 3,084 | 647 | 1,027 | 4,758 |
| Total interest expense | 19,766 | 1,485 | 1,817 | 23,068 |
| Net interest income | $ 5,047 | $ (97) | $ (566) | $ 4,384 |

**Asset and Liability Management**

Sterling is subject to interest rate risk. Interest rate risk refers to possible declines in Sterling's future net interest income and its market value of portfolio equity due to changing interest rates. Interest rate risk arises from the fact that Sterling's interest-bearing liabilities, consisting principally of savings deposits, FHLB Seattle advances and other borrowings, mature or reprice more rapidly, or on different terms, than do its interest-earning assets, which consist primarily of intermediate or long-term real estate loans and mortgage-backed securities. The fact that liabilities mature or reprice more frequently on average than assets may be beneficial in times of declining interest rates; however, such an asset/liability structure may result in declining net interest income during periods of rising interest rates. Market value of portfolio equity ("MVPE") is defined as the net present value of assets, liabilities and off-balance sheet contracts. In accordance with Thrift Bulletin 13 ("TB-13") Sterling has set specific numerical exposure limits on the maximum allowable decrease in both net interest income and the MVPE should interest rates increase or decrease by 1% to 4%. At June 30, 1991, the OTS has calculated Sterling's MVPE to be $14.1 million and that its MVPE would decrease by 107% and 238% if interest rates were to increase by 2% and 4%, respectively. Sterling believes that its

MVPE will increase substantially as a result of the Offering and, correspondingly, that the potential decrease in MVPE would be reduced accordingly if interest rates were to increase.

Sterling maintains an asset and liability management program intended to manage net interest income through interest rate cycles and to protect its MVPE by controlling its exposure to interest rate risk. Sterling utilizes a variety of methods to protect net interest income against rapid increases in interest rates, including (i) originating and retaining adjustable rate mortgages, (ii) originating and selling long-term, fixed rate residential first mortgage loans, and (iii) borrowing long-term funds, principally from the FHLB Seattle. In utilizing these methods, Sterling attempts to manage the maturities and interest rate sensitivity of its assets and liabilities in order to maintain adequate interest rate spread and asset quality.

Sterling utilizes gap analysis, a traditional analytical tool that measures the difference between the amount of interest-earning assets and the amount of interest-bearing liabilities expected to reprice in a given period. Sterling attempts to maintain its asset and liability gap position between a positive 10% and a negative 25%, at both the one-year and three-year pricing intervals. Sterling's one-year cumulative gap position was a negative 14.8% and a negative 18.6% at June 30, 1991 and 1990, respectively. Sterling's three-year gap position was a negative 15.4% and a negative 22.2% at June 30, 1991 and 1990, respectively. These levels are within the range Sterling believes acceptable to reasonably protect its net interest rate spread from rapidly rising interest rates. At June 30, 1991, Sterling's one-year and three-year gap position would be reduced to a negative 11.8% and a negative 12.4% given the effect of this Offering, assuming net offering proceeds of $18.5 million.

Conventional gap analysis is a useful asset and liability management tool but it does not address all factors that can impact earnings performance such as depositor options to withdraw time deposits early and mortgagor options to prepay loans (prepayment risk). In order to more accurately measure interest rate risk, Sterling, in fiscal year 1991, acquired a simulation model designed to measure the sensitivity of net interest income and MVPE to changes in interest rates. This simulation model enables Sterling to generate a forecast of net interest income and the MVPE given various interest rate forecasts and alternative strategies as required by TB-13. The model is also designed to measure the anticipated impact that prepayment risk, basis risk, customer maturity preferences, volumes of new business, and changes in the relationship between long- and short-term interest rates (yield curve) can have on the performance of Sterling.

Sterling acquired this simulation model in response to findings by the OTS in the fall of 1990 that Sterling's interest rate risk measurement system was inadequate and that Sterling had higher than average interest rate risk given its size and capital position. As a result of the OTS's findings, Sterling has been restricted from purchasing investment securities or loans in excess of $1 million, or incurring additional debt in excess of $1 million, without the prior approval of the OTS until such time as Sterling implements certain corrective measures to bring it into compliance with TB-13. Sterling believes that its interest rate risk is not excessive and that it has addressed the concerns expressed by the OTS. Sterling has so notified the OTS and has requested the withdrawal of the restriction, but there can be no assurance that the OTS will grant Sterling's request.

The following table sets forth the estimated maturity/repricing of Sterling's interest-earning assets and interest-bearing liabilities at June 30, 1991. The estimated maturity/repricing amounts reflect contractual maturities and amortizations, assumed loan prepayments based upon Sterling's historical experience and estimates from secondary market sources such as the FHLMC, and estimated passbook deposit decay rates (the rate of transfer to higher yielding certificates of deposit). Management believes these prepayment and decay rate assumptions are reasonable based on Sterling's experience. The classification of real estate loans and mortgage-backed securities is based upon regulatory reporting formats and therefore may not be consistent with the financial information classified in accordance with generally accepted accounting principles ("GAAP") contained elsewhere in this Offering Circular.

| | Scheduled Maturity or Repricing | | | | |
|---|---|---|---|---|---|
| | 1 year or less | Over 1 year to 3 years | Over 3 years to 5 years | Over 5 years | Total |
| | (Dollars in thousands) | | | | |
| Interest-earning assets: | | | | | |
| Mortgage loans and mortgage-backed securities: | | | | | |
| ARM and balloon first mortgage | $ 85,880 | $ 27,564 | $ 136 | $ 397 | $113,977 |
| One to four family residential | 36,905 | 57,788 | 41,238 | 110,806 | 246,737 |
| Multifamily and commercial real estate | 115,017 | 15,066 | 5,043 | 8,442 | 143,568 |
| Total mortgage loans and mortgage-backed securities | 237,802 | 100,418 | 46,417 | 119,645 | 504,282 |
| Nonmortgage loans: | | | | | |
| Consumer | 14,893 | 5,936 | 1,318 | 296 | 22,443 |
| Commercial | 13,917 | 1,199 | 348 | 253 | 15,717 |
| Total loans and mortgage-backed securities | 266,612 | 107,553 | 48,083 | 120,194 | 542,442 |
| Cash and investment securities | 8,345 | 0 | 0 | 0 | 8,345 |
| FDIC covered assets | 618 | 0 | 0 | 0 | 618 |
| Total interest-earning assets | 275,575 | 107,553 | 48,083 | 120,194 | 551,405 |
| Impact of commitments and asset hedging | 18,966 | 0 | 0 | (18,966) | 0 |
| Total rate sensitive assets | $294,541 | $107,553 | $ 48,083 | $101,228 | 551,405 |
| Cash on hand and in banks | | | | | 7,052 |
| Other assets (non-interest-earning) | | | | | 49,863 |
| Total assets | | | | | $608,320 |
| Interest-bearing liabilities: | | | | | |
| Deposits: | | | | | |
| Certificates of deposit | $312,570 | $ 42,445 | $ 17,180 | $ 8,114 | $380,309 |
| NOW accounts | 6,670 | 4,011 | 7,218 | 28,873 | 46,772 |
| Money market accounts | 26,793 | 0 | 0 | 0 | 26,793 |
| Passbook accounts | 5,794 | 3,483 | 6,270 | 25,080 | 40,627 |
| Total deposits | 351,827 | 49,939 | 30,668 | 62,067 | 494,501 |
| FHLB Seattle advances | 16,800 | 61,000 | 0 | 1,171 | 78,971 |
| Other borrowings | 19,213 | 0 | 0 | 0 | 19,213 |
| Total interest-bearing liabilities | 387,840 | 110,939 | 30,668 | 63,238 | 592,685 |
| Impact of liability commitments and hedging | (3,000) | 0 | 3,000 | 0 | 0 |
| Total rate sensitive liabilities | $384,840 | $110,939 | $ 33,668 | $ 63,238 | 592,685 |
| Other liabilities (non-interest-bearing) | | | | | 3,014 |
| Shareholders' equity | | | | | 12,621 |
| Total liabilities and shareholders' equity | | | | | $608,320 |
| Net gap | $(90,299) | $ (3,386) | $ 14,415 | $ 37,990 | |
| Cumulative gap | $(90,299) | $(93,685) | $(79,270) | $(41,280) | |
| Cumulative gap to total assets | (14.8)% | (15.4)% | (13.0)% | (6.8)% | |

**Results of Operations for Three Months Ended September 30, 1991 and 1990**

*Overview.* Sterling reported net income of $474,000, or $0.81 per common share, for the three months ended September 30, 1991. This compares to net income, as restated, of $117,000, or $0.12 per common share for the three months ended September 30, 1990. For a discussion of the restatement, see Note 3 of Notes to Consolidated Financial Statements. The annualized return on average assets was 0.32% and 0.07% for the three months ended September 30, 1991 and 1990, respectively.

The increase in earnings during the three months ended September 30, 1991 is primarily due to increased mortgage banking operating income, reduced operating expenses and increased fees and service charges, which were partially offset by a $650,000 provision for loan losses.

*Net Interest Income.* During the three months ended September 30, 1991 and 1990, net interest income was $3.1 million and $3.2 million, respectively. The decrease of $80,000, or 2.5% was principally due to a reduction in the volume of average interest-earning assets offset, in part, by an improvement in the net interest margin. This reduction in average interest-earning assets was a result of Sterling's use of principal payments and proceeds from the sale of loans to reduce borrowings. The increase in net interest margin was primarily due to an increase in net interest spread as Sterling's yield on loans and investments remained stable and the cost of deposits and borrowings declined with prevailing interest rates. While Sterling expects its net interest margin to increase as a result of recently declining interest rates and as nonperforming assets are converted to earning assets, there can be no assurance in this regard.

Sterling is considering the sale of approximately $36 million of its higher yielding mortgage-backed securities portfolio in order to reduce exposure to accelerating prepayments. While this sale would result in a significant gain during the current fiscal year, total interest income and net interest income would be adversely affected in future periods, as a result of reinvesting the proceeds in lower yielding investments.

*Provision for Loan Losses.* It is management's policy to establish valuation allowances for anticipated losses on loans by charging income. The evaluation of the adequacy of specific and general valuation allowances is an ongoing process.

During the three months ended September 30, 1991, Sterling reevaluated its loan loss allowance, placing greater emphasis on the recent loan loss experience of other savings institutions. While Sterling's levels of delinquent and nonperforming loans have continued to decrease during the period, the levels of such loans have increased in California and other regions of the country. Accordingly, Sterling recorded a $650,000 provision for loan losses, compared to no provision for the prior comparable period.

Sterling believes the provision for the three months ended September 30, 1991 represents an appropriate addition based upon its evaluation of the factors affecting the adequacy of valuation allowances. This provision for loan losses reflects management's intention to maintain an allowance for loan losses which it believes is conservative.

The loan loss allowance was $4.4 million at September 30, 1991 compared to $4.1 million at June 30, 1991. As a percentage of total loans receivable, the loan loss allowance was 1.18% and 1.06% at September 30, 1991 and June 30, 1991, respectively. Management believes the allowance established is adequate given the composition of the loan portfolio, although there can be no assurance that the allowance will be adequate to cover all contingencies. Sterling intends, following this Offering, to resume commercial real estate lending, business banking and construction lending activities at moderate levels, subject to applicable regulatory limitations. The resumption of these activities may result in higher loan loss provisions in the future. For further discussion of Sterling's procedures and guidelines for establishing such loss allowance, see "Business—Lending—*Classified Assets, Real Estate Owned and Delinquent Loans,*" and "Regulation—Recent Regulatory Developments."

*Other Income.* Other income for the three months ended September 30, 1991 and 1990 totalled $2.5 million and $1.5 million, respectively. The principal sources of other income are mortgage-banking operations, fees and service charges, and loan servicing fees. Other sources of income include net gain (loss) on sales of securities, net gain (loss) on sale and operation of REO and miscellaneous income. The increase in other income during the first quarter of fiscal year 1992 primarily reflects increases in mortgage-banking operations and fees and service charges.

Income from mortgage banking operations for the three months ended September 30, 1991 and 1990 was $1.7 million and $567,000, respectively. The increase in mortgage banking operating income during the quarter ended September 30, 1991 resulted from increased loan sales and sales of servicing rights. Loan sales during these periods were $114.1 million and $87.8 million, respectively. Servicing rights on conventional loans with principal balances of $99.2 million were sold during the three months ended September 30, 1991. Loan sales and sales of servicing rights have resulted in significant contributions to Sterling's income during the three months ended September 30, 1991 and 1990. The sale of servicing rights will reduce loan servicing fees in the future. Sterling intends to retain a greater portion of the loans it originates after the Offering. Thus, revenue from loan sales will likely diminish in future periods.

In the three months ended September 30, 1991 and 1990, respectively, Sterling sold approximately $26.1 million and $34.6 million of residential loans to FNMA. These sales represented 22.9% and 39.4% of all residential loan sales for these periods, respectively. For the three months ended September 30, 1991 and 1990, respectively, Sterling sold approximately $56.9 million and $22.3 million of residential loans to the FHLMC. These sales represented 49.9% and 25.4% of all residential loan sales for the three months ended September 30, 1991 and 1990, respectively. The ability of Sterling to continue selling loans to or servicing loans for the FNMA and the FHLMC is dependent upon Sterling's ability to meet the seller/servicer qualifications of these agencies, including the agencies' net worth requirements. See "Risk Factors—Mortgage Banking Operations."

Loan servicing fees were $81,000 during the three months ended September 30, 1991, a decrease from $215,000 during the three months ended September 30, 1990. The amounts of loan servicing fees were proportionate to the average size of the loan servicing portfolios. Sterling's total loan servicing portfolio was approximately $101.7 million at September 30, 1991, compared to $226.0 million at September 30, 1990. During the three months ended September 30, 1991 and 1990, Sterling sold rights to service conventional loans for others in the amounts of $99.2 million and $0, respectively. These servicing sales were prompted primarily by the desire to increase Sterling's regulatory capital. Sterling may consider future servicing sales depending on market and regulatory conditions, although the extent and effect of such possible sales is presently uncertain.

Fees and service charges consist principally of service charges on deposit accounts as well as commissions on sales of annuity products by Harbor Financial, fees for certain customer services, and late charges on loans. The increase to $677,000 for the three months ended September 30, 1991 compared to $574,000 for the three months ended September 30, 1990 was primarily due to an increase in commissions on sales of annuity products to $214,000 from $134,000.

Net gains (losses) on sales and operation of REO were ($19,000) during the three months ended September 30, 1991, compared to $44,000 during the three months ended September 30, 1990. This decrease of $63,000 reflects a lower level of net gains on the sale of REO and a higher level of operating expenses. Additionally, during the three months ended September 30, 1991 and 1990, Sterling had gains of $0 and $14,000, respectively, on FDIC indemnifications for loss on sales of REO. Gains or losses on sales of FDIC covered assets are shared with the FDIC pursuant to the Tri-Cities Assistance Agreement, which expires in April 1993. See "—Effects of Federal Financial Assistance." The FDIC indemnification of losses represents the difference between the FDIC portion of gains and losses on sales of REO and the estimated amounts established at the date of acquisition.

Net gains on sales of securities were $0 and $33,000 during the three months ended September 30, 1991 and 1990, respectively. The net gains in the three months ended September 30, 1990 reflect a restructuring of Sterling's Small Business Administration ("SBA") loan portfolio.

*Operating Expenses.* Operating expenses were $4.3 million and $4.5 million during the three months ended September 30, 1991 and 1990, respectively. The 4.4% decrease during the three months ended September 30, 1991, when compared to the three months ended September 30, 1990, reflects a reduction in intangible amortization expense and a reduction in employee compensation and benefits resulting, in part, from a corporate reorganization during fiscal year 1991. This corporate reorganization was intended to improve operating efficiency and increase employee productivity. While Sterling is attempting to control and reduce the level of its operating expenses, it nonetheless may continue incurring significant legal fees in order to pursue its litigation against the OTS and the FDIC.

*Income Tax Provision (Benefit).* For the three months ended September 30, 1991 and 1990, the income tax provisions were $184,000 and $40,000, respectively. The effective tax rates of 28.0% and 25.5%, respectively, on income before income taxes are lower than the statutory rate of 34%. These lower effective tax rates are primarily due to the tax basis bad debt deduction, the amortization of purchase accounting adjustments (which adjust the financial statement basis, but not the tax return basis, of certain acquired assets), the premium or discount attributed to acquired assets sold and the receipt of nontaxable FDIC Yield Subsidy assistance payments in the first quarter of fiscal 1991 pursuant to the Tri-Cities Acquisition Agreement. See "Taxation."

In December 1987, the FASB issued SFAS No. 96—Accounting for Income Taxes ("SFAS No. 96"). Adoption of SFAS No. 96 is mandatory by the first quarter of fiscal year 1993. When adopted, SFAS No. 96 will result in the restatement of all deferred tax balances to the statutory tax rates in effect at the time the balances are expected to be payable. Management is continuing to evaluate the impact of SFAS No. 96 and the provisions for earlier adoption and restatement. The impact of SFAS No. 96 on the financial statements of Sterling is not known at this time.

**Results of Operations for Fiscal Years 1991, 1990 and 1989**

*Overview.* Sterling reported net income of $1.7 million, or $2.89 per common share, for fiscal year 1991. This compares to net income, as restated, of $638,000, or $0.80 per common share, and $1.5 million, or $2.41 per common share, respectively, for fiscal years 1990 and 1989. For a discussion of the restatement, see Note 3 of Notes to Consolidated Financial Statements. The return on average assets was 0.26% for fiscal year 1991, compared to 0.09% and 0.25% for fiscal years 1990 and 1989, respectively.

The increase in earnings during fiscal year 1991 is primarily due to a reduction in the provision for loan losses, increased mortgage-banking operating income, a reduction in operating expenses and increased fees and service charges. The lower earnings for fiscal year 1990 compared to fiscal year 1989 reflects increased provisions for loan and REO losses, expenses associated with a canceled public offering and legal costs incurred to enforce Sterling's Acquisition Agreements with its regulators. See "Business—Legal Proceedings."

*Net Interest Income.* During fiscal years 1991, 1990 and 1989, net interest income was $12.8 million, $13.3 million and $10.9 million, respectively. The decrease in fiscal year 1991 of $553,000, or 4.1%, compared to fiscal year 1990 was principally due to a reduction in the volume of average interest-earning assets offset, in part, by an improvement in the net interest margin. This reduction in average interest-earning assets was a result of Sterling's use of principal payments and proceeds from the sale of loans to reduce borrowings. The increase in net interest margin was primarily due to an increase in net interest spread as Sterling's yield on loans and investments remained stable and the cost of deposits and borrowings declined with prevailing interest rates.

The increase in net interest income during fiscal year 1990 of $2.4 million, or 22.5%, compared to fiscal year 1989 was principally due to an increase in the volume of average interest-earning assets which resulted from the acquisition of Central Evergreen, an insolvent thrift institution. Net interest income also increased in part due to an increase in net interest margin to 2.04% during fiscal year 1990 from 2.00% during fiscal year 1989.

Total interest income and total interest expense increased during fiscal year 1990 and then declined during fiscal year 1991 for the same reasons discussed for net interest income.

*Provision for Loan Losses.* During fiscal year 1991, a $150,000 provision was made for loan losses, compared to $1.1 million and $260,000 for fiscal years 1990 and 1989, respectively. In fiscal year 1990, following the implementation of FIRREA and a joint regulatory examination by the OTS, the FDIC and the Washington Supervisor, Sterling revised its asset classification system, estimation process and method of analyzing valuation allowances. Accordingly, Sterling recorded a $950,000 provision for loan losses in the third quarter of fiscal year 1990. A substantial portion of this increase in allowances related to Sterling's commercial real estate and construction loan portfolios. Since that time through September 30, 1991, Sterling has originated $0 of commercial real estate loans and $6.8 million of construction loans. The aggregate balances of commercial real estate and construction loans were $151.1 million, $165.9 million and $213.3 million at the end of fiscal years 1991, 1990 and 1989, respectively.

The total loan loss allowance was $4.1 million at June 30, 1991, $6.6 million at June 30, 1990 and $6.5 million at June 30, 1989. The decrease from fiscal year 1990 to fiscal year 1991 was due primarily to charge-offs on two loans for which specific allowances had been previously established. The net increase from fiscal year 1989 to fiscal year 1990 reflects a larger provision than the amounts written off. As a percentage of total loans receivable, the loan loss allowance was 1.06%, 1.44% and 1.25% at June 30, 1991, 1990 and 1989, respectively. For further discussion of Sterling's procedures and guidelines for establishing such loss allowances, see "Business—Lending—*Classified Assets, Real Estate Owned and Delinquent Loans.*"

*Other Income.* Other income during fiscal years 1991, 1990 and 1989 totalled $7.4 million, $6.8 million and $4.1 million, respectively. The principal sources of other income are mortgage-banking operating income, fees and service charges, and loan servicing fees. Other sources of income include net gain (loss) on sales of securities, net gain (loss) on sale and operation of REO and miscellaneous income. The increases in other income during fiscal years 1991 and 1990 primarily reflect increases in mortgage-banking operations and fees and service charges.

Income from mortgage banking operations for fiscal years 1991, 1990 and 1989 was $4.4 million, $3.4 million and $1.0 million, respectively. The increases in mortgage banking operating income during these years resulted from increased loan sales and sales of servicing rights. Loan sales during fiscal years 1991, 1990 and 1989 were $366.1 million, $331.4 million and $102.3 million, respectively. Servicing rights on conventional loans with principal balances of $285.0 million, $312.1 million and $0, were sold during fiscal years 1991, 1990 and 1989, respectively. Loan sales and sales of servicing rights have resulted in significant contributions to Sterling's income during fiscal years 1991, 1990 and 1989.

In fiscal years 1991, 1990 and 1989, respectively, Sterling sold approximately $104.3 million, $173.3 million and $5.4 million of residential loans to the FNMA. These sales represented 28.5%, 52.3% and 3.5% of all residential loan sales or swaps for fiscal years 1991, 1990 and 1989, respectively. In fiscal years 1991, 1990 and 1989, respectively, Sterling sold approximately $151.2 million, $51.1 million and $56.9 million of residential loans to the FHLMC. Additionally, during fiscal year 1989, Sterling swapped $54.4 million of loans for FHLMC participation certificates. These sales and swaps represented 41.3%, 15.4% and 71.0% of all residential loan sales or swaps for fiscal years 1991, 1990 and 1989, respectively.



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER SG5003 0983