Information contained herein is subject to completion or amendment. A registration statement relating to these securities has been filed with the Securities and Exchange Commission. These securities may not be sold nor may offers to buy be accepted prior to the time the registration statement becomes effective. This prospectus shall not constitute an offer to sell or the solicitation of an offer to buy nor shall there be any sale of these securities in any State in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such State.

SUBJECT TO COMPLETION, DATED JANUARY 21, 1993

**$15,000,000**

# STERLING
## Financial Corporation

## % Subordinated Notes Due 2000

Interest on the % Subordinated Notes Due 2000 (the "Notes") issued by Sterling is payable on the first day of each month, commencing March 1, 1993. The Notes mature on January 31, 2000. The Notes are not redeemable prior to January 31, 1996. Thereafter, the Notes are redeemable, in whole or in part, at the option of Sterling at par plus accrued interest to the date of redemption. The Notes have no sinking fund. The Notes will be issued only in fully registered form and in denominations of $1,000 and integral multiples thereof. The Notes will be unsecured general obligations of Sterling and will be subordinated to all existing and future "Senior Indebtedness" (as defined) of Sterling. Sterling had no outstanding Senior Indebtedness at November 30, 1992. Under the Indenture, Sterling may incur substantial Senior Indebtedness in the future.

Sterling does not intend to list the Notes on any securities exchange or quotation system and no active trading market is likely to develop. Although the Underwriter has indicated an intention to make a market in the Notes, the Underwriter is not obligated to do so and any market making may be discontinued at any time at the Underwriter's sole discretion. See "Description of Notes" and "Underwriting."

**See "Risk Factors" for certain information prospective investors should consider.**

**THE NOTES ARE NOT SAVINGS ACCOUNTS OR DEPOSITS, ARE NOT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, ANY OTHER GOVERNMENTAL AGENCY OR OTHERWISE AND ARE NOT SECURED BY ANY COLLATERAL.**

**THESE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION NOR HAS THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

| | Price to Public | Underwriting Discounts and Commissions(1) | Proceeds to Sterling(2) |
|---|---|---|---|
| Per Note ........................ | 100% | % | % |
| Total(3) ........................ | $15,000,000 | $ | $ |

(1) Sterling has agreed to indemnify the Underwriter against certain liabilities, including liabilities under the Securities Act of 1933, as amended. See "Underwriting."

(2) Before deducting offering expenses payable by Sterling estimated at $330,000.

(3) Sterling has granted the Underwriter a 30-day option to purchase up to an additional $2,250,000 in aggregate principal amount of Notes, at the Price to Public less Underwriting Discounts and Commissions, solely to cover over-allotments, if any. If the Underwriter exercises such option in full, the total Price to Public, Underwriting Discounts and Commissions and Proceeds to Sterling will be $17,250,000, $ and $ , respectively. See "Underwriting."

The Notes are being offered by the Underwriter when, as and if delivered to and accepted by the Underwriter, subject to prior sale and to certain other conditions. It is expected that delivery of the Notes will be made on or about , 1993.

**Dain Bosworth**
Incorporated

**The date of this Prospectus is , 1993**

SG 0165703

"Confidential Material – Subject to Protective Order"

**App. 597**

# STERLING
## Financial Corporation




**IN CONNECTION WITH THIS OFFERING, THE UNDERWRITER MAY OVER-ALLOT OR EFFECT TRANSACTIONS WHICH STABILIZE OR MAINTAIN THE MARKET PRICE OF THE NOTES OFFERED HEREBY AT A LEVEL ABOVE THAT WHICH MIGHT OTHERWISE PREVAIL IN THE OPEN MARKET. SUCH STABILIZING, IF COMMENCED, MAY BE DISCONTINUED AT ANY TIME.**

## PROSPECTUS SUMMARY

*The following summary is qualified in its entirety by the more detailed information and consolidated financial statements appearing elsewhere in this Prospectus or in the documents incorporated in this Prospectus by reference. Except as otherwise indicated, all information in this Prospectus assumes no exercise of the Underwriter's over-allotment option. Unless the context clearly suggests otherwise, references in this Prospectus to Sterling include Sterling Savings.*

### Sterling

Sterling is a savings and loan holding company, the sole subsidiary of which is Sterling Savings. Sterling Savings commenced operations in 1983 as a State of Washington-chartered, federally insured stock savings and loan association headquartered in Spokane, Washington. Sterling, with $662.9 million in total assets at September 30, 1992, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington and originates mortgage loans secured primarily by residential real estate in the major metropolitan areas of the Pacific Northwest. To a lesser extent, Sterling also originates consumer, business banking and commercial property loans. Sterling provides personalized, quality financial services to its customers as exemplified by its "Hometown Helpful" philosophy. Sterling believes this dedication to personalized service has enabled it to maintain a stable and relatively low-cost retail deposit base in rural areas, while generating a substantial volume of residential lending activity primarily in the metropolitan areas of the Pacific Northwest.

To further enhance Sterling's presence in its market area, it is working to (i) increase its volume of residential, consumer, business banking and commercial property loans, (ii) increase its market share of deposits while efficiently managing its retail branch network, (iii) increase fee income, (iv) reduce its nonperforming assets, (v) manage effectively its interest rate risk and (vi) enhance its regulatory capital position. At September 30, 1992, Sterling Savings exceeded all regulatory capital requirements, including requirements currently scheduled to be phased in through December 31, 1994.

### The Offering

| | |
|---|---|
| Notes offered .................... | $15,000,000 in aggregate principal amount of % Subordinated Notes Due 2000. See "Description of Notes." |
| Form and denominations ......... | Notes will be issued in fully registered form in denominations of $1,000 and integral multiples thereof. |
| Maturity ........................ | January 31, 2000. |
| Interest payment dates............ | Monthly commencing March 1, 1993, and on the first day of each month thereafter. The first interest payment will represent interest from the date of issuance of the Notes through February 28, 1993. |
| Sinking fund .................... | None. |
| Optional redemption ............. | Sterling may redeem the Notes, in whole or in part, upon 30 days' written notice, at any time on or after January 31, 1996 at 100% of the principal amount thereof plus accrued interest. See "Description of Notes—Redemption at Option of Sterling." |







"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0587

| | |
|---|---|
| Repayment option upon death ..... | Upon request following the death of any holder of the Notes, Sterling will repay such holder's Notes at 100% of the principal amount thereof, plus accrued interest, up to $30,000 in principal amount per holder per year, subject to an aggregate limit for all holders of $150,000 in principal amount per year and certain other conditions. See "Description of Notes—Repayment Option Upon Death." |
| Covenants ...................... | The Indenture, among other things, restricts the ability of Sterling under certain circumstances to incur additional indebtedness, to pay cash dividends or to make other capital distributions. The Indenture does not limit the ability of Sterling Savings to incur indebtedness (except for indebtedness that is guaranteed by, or secured by property of, Sterling) and does not limit the ability of Sterling to incur senior short-term indebtedness that is not "Funded Debt" (as defined). See "Description of Notes—Restrictions on Additional Indebtedness" and "—Restrictions on Dividends and Other Distributions." |
| Subordination .................... | The Notes will be unsecured general obligations of Sterling and will be subordinated to all existing and future Senior Indebtedness of Sterling in the manner and to the extent described in the Indenture. See "Description of Notes—Subordination." Sterling had no outstanding Senior Indebtedness at November 30, 1992. |
| Use of proceeds ................. | Sterling initially intends to contribute approximately $12.0 million of the net proceeds of this Offering to Sterling Savings to improve further Sterling Savings' capital ratios. Sterling Savings intends to use such additional capital to support the growth of its business, including funding loans and investments and expanding its branch network. The net proceeds to be retained at the holding company level will be used for general corporate purposes. See "Use of Proceeds." |



SG 0165706

App. 600

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0588

## Summary Consolidated Financial Data

| | Three months ended September 30, 1992 | Three months ended September 30, 1991 | Fiscal year ended June 30, 1992 | 1991 | 1990 | 1989 | 1988 |
|---|---|---|---|---|---|---|---|
| | | | (In thousands, except share amounts) | | | | |
| **Operating Data:** | | | | | | | |
| Net interest income | $ 5,180 | $ 3,150 | $ 16,748 | $12,795 | $13,348 | $10,899 | $ 6,515 |
| Provision for loan losses | (450) | (650) | (1,650) | (150) | (1,100) | (260) | (572) |
| Net interest income after provision for loan losses | 4,730 | 2,500 | 15,098 | 12,645 | 12,248 | 10,639 | 5,943 |
| Other income | 3,502 | 2,487 | 11,733 | 7,367 | 6,323 | 3,545 | 4,188 |
| Intangible amortization expense | (562) | (583) | (2,333) | (2,710) | (2,881) | (1,829) | (462) |
| Other operating expenses | (4,508) | (3,633) | (15,913) | (14,991) | (15,216) | (10,653) | (7,698) |
| Income from operations | 3,162 | 771 | 8,585 | 2,311 | 474 | 1,702 | 1,971 |
| Income tax (provision) benefit | (1,173) | (305) | (3,395) | (590) | 164 | (225) | (752) |
| Net income from operations | 1,989 | 466 | 5,190 | 1,721 | 638 | 1,477 | 1,219 |
| Extraordinary item(1) | (188) | 0 | (822) | 0 | 0 | 0 | 0 |
| Change of accounting principle(2) | 0 | 375 | 375 | 0 | 0 | 0 | 0 |
| Net income | $ 1,801 | $ 841 | $ 4,743 | $ 1,721 | $ 638 | $ 1,477 | $ 1,219 |
| Net income per common share | $ 0.50 | $ 1.51 | $ 2.01 | $ 2.89 | $ 0.80 | $ 2.41 | $ 1.96 |
| Weighted average common shares outstanding | 3,612,738 | 518,819 | 2,311,941 | 518,453 | 518,298 | 520,468 | 518,897 |

| | September 30, 1992 | June 30, 1992 | 1991 | 1990 | 1989 | 1988 |
|---|---|---|---|---|---|---|
| | | (In thousands, except per share amounts) | | | | |
| **Financial Position Data:** | | | | | | |
| Total assets | $662,927 | $640,097 | $608,320 | $688,940 | $730,336 | $429,316 |
| Loans receivable | 469,249 | 447,554 | 374,926 | 441,639 | 478,440 | 304,408 |
| Mortgage-backed securities | 48,810 | 42,116 | 139,119 | 113,706 | 114,060 | 51,908 |
| Deposits | 508,511 | 505,730 | 488,464 | 479,227 | 519,982 | 306,152 |
| Borrowings | 102,082 | 86,233 | 98,184 | 188,877 | 183,925 | 104,292 |
| Shareholders' equity | 40,024 | 38,223 | 12,621 | 11,294 | 10,704 | 9,467 |
| Tangible shareholders' equity | 29,936 | 27,574 | (1,952) | (6,156) | (9,644) | 4,399 |
| Book value per common share | 11.14 | 10.64 | 19.99 | 17.44 | 16.34 | 13.95 |
| Tangible book value per common share | 8.33 | 7.68 | (8.10) | (16.22) | (23.00) | 4.15 |
| Total nonperforming assets | 11,584 | 13,948 | 19,140 | 23,346 | 33,596 | 15,931 |
| Allowance for loan losses | 3,891 | 4,745 | 4,087 | 6,649 | 6,450 | 3,770 |
| Allowance for real estate owned losses | 876 | 1,001 | 1,011 | 980 | 819 | 347 |



0165707

SG

App. 601

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0589

| | At or for three months ended September 30, | | At or for fiscal year ended June 30, | | | | |
|---|---|---|---|---|---|---|---|
| | 1992 | 1991 | 1992 | 1991 | 1990 | 1989 | 1988 |
| **Key Financial Ratios:** | | | | | | | |
| Return on average assets(3) | 1.10% | 0.56% | 0.77% | 0.26% | 0.09% | 0.25% | 0.40% |
| Return on average common shareholders' equity(4) | 18.3 | 28.5 | 17.8 | 15.5 | 4.8 | 16.2 | 15.2 |
| Net interest margin(5) | 3.37 | 2.26 | 2.92 | 2.13 | 2.04 | 2.00 | 2.25 |
| Net interest spread(6) | 3.28 | 2.57 | 2.99 | 2.49 | 2.36 | 2.29 | 2.20 |
| Shareholders' equity to total assets | 6.04 | 2.28 | 5.97 | 2.07 | 1.64 | 1.47 | 2.21 |
| Tangible equity to total assets(7) | 4.52 | 0.18 | 4.31 | (0.32) | (0.89) | (1.32) | 1.02 |
| Loan delinquency rate(8) | 0.88 | 1.74 | 1.45 | 2.04 | 2.71 | 3.30 | 2.98 |
| Nonperforming assets to total assets | 1.75 | 3.18 | 2.17 | 3.15 | 3.39 | 4.60 | 3.71 |
| Allowance for loan losses to nonperforming loans(9) | 74.8 | 39.9 | 53.3 | 24.7 | 31.8 | 20.1 | 38.3 |
| Earnings to fixed charges(10): | | | | | | | |
| Excluding interest on deposits | 2.96x | 1.39x | 2.21x | 1.17x | 1.03x | 1.11x | 1.32x |
| Including interest on deposits | 1.41 | 1.07 | 1.24 | 1.05 | 1.01 | 1.03 | 1.09 |

(1) Sterling incurred certain penalties upon prepayment of FHLB Seattle advances. See "Management's Discussion and Analysis—Net Interest Income" and Note 3 of Notes to Consolidated Financial Statements.

(2) Sterling adopted SFAS No. 109 "Accounting for Income Taxes," effective July 1, 1991. See "Management's Discussion and Analysis—Cumulative Effect of Change in Accounting Principle" and Note 12 of Notes to Consolidated Financial Statements.

(3) Net income divided by monthly average total assets. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(4) Net income minus preferred stock dividends accumulated during the period, divided by monthly average common shareholders' equity. Common shareholders' equity equals total shareholders' equity minus the liquidation value of preferred stock. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(5) Net interest income divided by monthly average interest-earning assets. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(6) Average yield on all interest-earning assets during the period minus average rate paid on all interest-bearing liabilities during the period.

(7) Tangible equity represents the difference between shareholders' equity and intangible assets and excludes any regulatory capital obtained through Sterling's supervisory acquisitions. Total assets are as reported at fiscal year-end or quarter-end without any adjustments. See "Management's Discussion and Analysis —Capital Resources."

(8) Total loans over 60 days delinquent divided by total loans receivable.

(9) Excludes loans classified as loss from allowance for loan losses and from nonperforming loans.

(10) For purposes of computing the ratio of earnings to fixed charges, earnings represents income before income tax provision (benefit), extraordinary items and fixed charges. Fixed charges represents total interest expense, including the interest component of rental expense.







"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0590

## RISK FACTORS

*Prospective investors should carefully consider the following risk factors and other information set forth elsewhere in this Prospectus.*

**Sources of Payments to Holders of Notes**

No sinking fund will be created to repay the Notes upon maturity or earlier redemption. Sterling Financial Corporation's ("Sterling") principal source of funds for payments of principal and interest on the Notes (and any cash dividends on the Common Stock) will be dividends from Sterling Savings Association ("Sterling Savings"). Applicable rules and regulations of the Office of Thrift Supervision (the "OTS") impose limitations on capital distributions by savings institutions. Savings institutions, such as Sterling Savings, which have capital in excess of all fully phased-in capital requirements before and after the proposed capital distribution are permitted, after giving prior notice to the OTS, to make capital distributions during a calendar year up to the greater of (i) 100% of net income to date during the calendar year, plus the amount that would reduce by one-half its "surplus capital" (excess capital over its fully phased-in capital requirements) at the beginning of the calendar year or (ii) 75% of its net income over the most recent four-quarter period. However, such capital distribution may not reduce surplus capital below the fully phased-in capital requirement at the date of the capital distribution. Institutions with less capital are more restricted in payment of dividends and no institution can pay dividends if such payment would cause the institution to no longer satisfy its capital requirements. At September 30, 1992, Sterling Savings would have been able to pay an aggregate of approximately $885,000 in dividends under such limitations. While it is expected that Sterling Savings will remain eligible to pay the maximum dividends under applicable regulations and that such dividends will enable Sterling to make timely payments of principal and interest on the Notes, there can be no assurance in this regard. See "Use of Proceeds," "Regulatory Developments" and "Description of Notes."

**Regulation**

Sterling, as a savings and loan holding company, and Sterling Savings, as a state-chartered savings and loan association the deposits of which are insured by the Federal Deposit Insurance Corporation (the "FDIC"), are subject to significant regulation by the OTS, the FDIC and the State of Washington Supervisor of Savings and Loan Associations and Credit Unions (the "Washington Supervisor"). The OTS and the FDIC have adopted and proposed numerous regulations and undertaken other regulatory initiatives in an effort to increase the safety and soundness of the thrift industry. In addition, legislation has been enacted which provides for regulatory seizure of insured institutions in the event of certain declines in capital levels, requires risk-based deposit insurance premiums and imposes liability on holding companies for regulatory capital deficiencies of insured institution subsidiaries under certain circumstances, among other significant effects. While it is not anticipated that Sterling will be subject to any material adverse regulatory actions, there can be no assurance in this regard.

**Regulatory Capital**

Regulatory capital requirements applicable to Sterling Savings have increased significantly in recent years and current capital requirements are scheduled to increase in the future as they are fully phased in through December 31, 1994. In addition, the OTS has proposed a new regulation which would add an interest rate risk component to existing risk-based capital requirements. The OTS has also proposed a new regulation which would increase the core capital requirement of certain thrift institutions beyond the current 3% level. Finally, under certain conditions, the OTS could establish an individual minimum capital requirement which might exceed any or all of the current or proposed capital requirements otherwise applicable to Sterling Savings. Sterling Savings currently meets all applicable regulatory capital requirements including those which are scheduled to be phased in. While it is expected that Sterling Savings will continue to meet all regulatory capital requirements in the future, there can be no assurance in this regard and any failure to meet such requirements could have a material adverse effect on Sterling and, therefore, on its ability to make timely interest and principal payments on the Notes.





"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0591

**Impact of Interest Rates and Economic Conditions on the Savings and Loan Industry**

The results of operations for savings institutions, including Sterling Savings, may be materially and adversely affected by changes in prevailing economic conditions, including declines in real estate market values, rapid changes in interest rates and the monetary and fiscal policies of the federal government. Rates paid on deposits tend to rise more quickly in a rising interest rate environment than do rates on loans. Institutions with fixed-rate, long-term assets (both loans and investments) are likely to experience a decrease in their profitability and asset values if the prevailing level of interest rates rises quickly. Lending activities are affected by the demand for mortgage financing and for consumer and other types of loans, which in turn are affected by the interest rates at which such financing may be offered. Additionally, the extent to which borrowers prepay loans is affected by prevailing interest rates. When interest rates increase, borrowers are less likely to prepay loans, whereas when interest rates decrease, borrowers are more likely to prepay loans. Prepayments may adversely affect the levels of loans retained in an institution's portfolio, as well as its net interest income. Recently, the interest rate environment has been one of declining rates and a steep "yield curve"—that is, long-term rates are significantly higher than short-term rates. This environment has helped many savings institutions, including Sterling Savings, to report record earnings in recent periods. It is unlikely, however, that this favorable interest rate environment will continue indefinitely.

While a significant portion of Sterling's assets consists of adjustable rate mortgage loans, Sterling is exposed to the risk that its interest expense may rise more quickly than its interest income. At September 30, 1992, Sterling's one-year gap position (the difference between assets and liabilities maturing or repricing within one year) was a negative $34.1 million, or a negative 5.1% of total assets. A negative gap means that Sterling's liabilities reprice sooner than do its assets and, therefore, Sterling's net interest margin may decline if interest rates increase. Conversely, if interest rates decrease, Sterling's net interest income would likely increase. See "Management's Discussion and Analysis of Financial Condition and Results of Operations (hereinafter "Management's Discussion and Analysis")—Asset and Liability Management."

**Composition of Lending Portfolio**

At September 30, 1992, commercial property, business banking and construction loans represented 16.3%, 4.2% and 3.6%, respectively, of Sterling Savings' total loan portfolio. Commercial property lending, business banking and construction lending are subject to certain risks not present in residential mortgage lending. Commercial property lending presents risks such as large loan balances to single borrowers, excessive vacancy rates or inadequate rental income levels. Business banking lending is generally considered to involve a higher degree of risk than the financing of real estate, primarily because the collateral may be difficult to obtain or liquidate. Construction lending is subject to risks such as construction delays, cost overruns, insufficient collateral and an inability to obtain permanent financing in a timely manner. See "Business—Lending Activities."

**Allowances for Losses on Loans and Real Estate Owned**

Allowances for losses on loans and real estate owned ("REO") are maintained at levels considered adequate by management and are sufficient in management's opinion to absorb probable losses currently anticipated. Loss allowances are based on management's estimate of the net realizable value or fair market value of the underlying collateral, as applicable. Management, in determining the amount of the allowances, considers the current and anticipated operating results and marketability of the collateral from which repayment of the outstanding book balances is expected.

Sterling classifies loans and other assets that it considers to be of questionable quality. At September 30, 1992, Sterling had total classified assets of $22.1 million, which include nonperforming loans of $4.3 million, REO of $7.3 million and other presently performing loans of $10.5 million. At September 30, 1992, allowances for loan losses were $3.9 million (representing 74.8% of nonperforming loans) and allowances for REO losses were $876,000, or 10.8% of REO. There can be no assurance that such allowances will be





"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0592

adequate to cover actual losses. See "Management's Discussion and Analysis—Results of Operations for the Three Months Ended September 30, 1992 and 1991."

**Federal Income Taxation**

Sterling and its subsidiaries file a consolidated federal income tax return. In fiscal years 1991 and 1990, Sterling, for federal income tax purposes, chose to forego the maximum available bad debt deduction in an effort to utilize net operating loss ("NOL") carryforwards that may expire in the near future. The unused bad debt deductions of approximately $8.8 million from fiscal years 1991 and 1990 represent built-in losses as defined by the Internal Revenue Code of 1986, as amended (the "Code"), that Sterling intends to deduct in future tax years. Should the Internal Revenue Service (the "IRS") require a larger bad debt deduction for the 1991 and/or 1990 tax years, then NOL carryforwards previously claimed would not be used in those years and could expire. Therefore, the bad debt deduction to be claimed for income tax purposes in future years would be reduced substantially, which could result in significantly higher taxes payable in the future. See "Taxation."

**Subordination of Notes**

The Notes will be unsecured general obligations of Sterling and will be subordinated to all Senior Indebtedness of Sterling. Sterling had no outstanding Senior Indebtedness at November 30, 1992. Under the Indenture, Sterling may incur substantial Senior Indebtedness in the future. In addition, creditors of Sterling Savings, including depositors, have first claim on the assets of Sterling Savings in the event of its liquidation. See "Description of Notes—General" and "—Subordination."

**Limited Market for Notes**

Sterling does not intend to list the Notes on any securities exchange or quotation system and no active trading market is likely to develop. Although the Underwriter has indicated an intention to make a market in the Notes, the Underwriter is not obligated to do so and any market making may be discontinued at any time at the Underwriter's sole discretion. If the Notes are traded after their initial issuance, they may trade at a discount to their principal amount. See "Description of Notes" and "Underwriting."

**STERLING**

Sterling is a savings and loan holding company, the sole subsidiary of which is Sterling Savings. Sterling Savings commenced operations in 1983 as a State of Washington-chartered, federally insured stock savings and loan association headquartered in Spokane, Washington. Sterling, with $662.9 million in total assets at September 30, 1992, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington and originates mortgage loans secured primarily by residential real estate in the major metropolitan areas of the Pacific Northwest. To a lesser extent, Sterling also originates consumer, business banking and commercial property loans. At September 30, 1992, Sterling had loans receivable of $469.2 million, of which $295.4 million, or approximately 61.3%, was secured by one-to-four family residential real estate. Since 1983, Sterling Savings has made a number of acquisitions to expand its deposit and mortgage delivery systems, to add earning assets and to diversify geographically its loan portfolio.

Sterling provides personalized, quality financial services to its customers as exemplified by its "Hometown Helpful" philosophy. Sterling believes this dedication to personalized service has enabled it to maintain a stable and relatively low-cost retail deposit base in rural areas, while generating a substantial volume of residential lending activity primarily in the metropolitan areas of the Pacific Northwest. Sterling operates 14 residential loan production offices primarily in the Spokane and Seattle, Washington, Portland, Oregon and Boise, Idaho metropolitan areas through its subsidiary, Action Mortgage Company ("Action Mortgage"). Sterling's subsidiary, INTERVEST-Mortgage Investment Corporation ("INTERVEST"), maintains one commercial property lending office in Portland, Oregon. Sterling markets tax-deferred annuities, mutual funds and other financial products through its subsidiary, Harbor Financial Services, Inc. ("Harbor Financial").

To further enhance Sterling's presence in its market area, it is working to (i) increase its volume of residential, consumer, business banking and commercial property loans, (ii) increase its market share of deposits while efficiently managing its retail branch network, (iii) increase fee income, (iv) reduce its nonperforming assets, (v) manage effectively its interest rate risk and (vi) enhance its regulatory capital position. At September 30, 1992, Sterling Savings exceeded all regulatory capital requirements, including requirements currently scheduled to be phased in through December 31, 1994. Sterling's Common Stock is quoted on the NASDAQ/NMS under the symbol "STSA." Sterling's executive offices are located at North 120 Wall Street, Spokane, Washington 99201. Its telephone number is (509) 458-2884.



"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0594

## RECENT DEVELOPMENTS

### Recent Financial Results

Sterling's net income was $1.7 million, or $0.46 per common share, for the three months ended December 31, 1992. This represents a 55% increase in net income compared to the three months ended December 31, 1991, when net income was $1.1 million, or $0.68 per common share. The decrease in earnings per common share resulted from an increase in the average number of shares outstanding following the public offering of common stock during the quarter ended December 31, 1991.

Net interest income of $6.1 million for the three months ended December 31, 1992 reflects a 67% increase from the comparable prior year period. This increase was primarily due to a decrease in Sterling's cost of deposits and borrowings and an improvement in the volume and mix of average interest-earning assets and average interest-bearing liabilities.

### Holding Company

The shareholders of Sterling Savings, at their Annual Meeting held on October 27, 1992, approved a proposal to change the corporate structure of Sterling Savings so that Sterling Savings would become a wholly owned subsidiary of Sterling, a newly formed holding company (the "Restructuring"). The Restructuring received all required regulatory approvals and was consummated as of November 1, 1992. Upon consummation of the Restructuring, each share of common stock of Sterling Savings held of record by Sterling Savings' shareholders on the effective date of the Restructuring was converted into one share of Common Stock of Sterling.

The holding company structure can be used advantageously to engage in various financially oriented activities, either directly by Sterling or indirectly through newly formed subsidiaries or the acquisition of companies already established in such fields. The holding company structure also provides greater flexibility in raising additional capital or other funds through borrowing.

### Investment Practice

Subsequent to September 30, 1992, Sterling altered its investment practice to provide that it would no longer carry 30-year fixed-rate mortgage-backed securities as though it intended to hold such securities until maturity. In November 1992, Sterling Savings sold its entire portfolio of 30-year fixed-rate mortgage-backed securities for $42.3 million. While this sale resulted in a gain of $617,000 for the three months ended December 31, 1992, total interest income and net interest income may be adversely affected in future periods as a result of reinvesting the proceeds in lower-yielding investments with shorter maturities.

### Facilities

Sterling is negotiating the possible acquisition of a building in downtown Spokane, Washington. Sterling now leases office space in three separate buildings to accommodate its principal corporate offices. Management believes that permanently locating its corporate offices within one building would promote greater management efficiency and be more cost effective without materially increasing occupancy expense. Such an acquisition, if it occurred, would likely be completed during fiscal year 1993.

### Servicing Activities

Sterling is negotiating the possible acquisition of a mortgage company which services for others a portfolio of approximately $300 million of commercial real estate loans. Such an acquisition, if it occurred, would likely be completed during fiscal year 1993 and would approximately double the size of Sterling's portfolio of loans serviced for others. Management believes that, with commensurate increases in servicing personnel and resources, Sterling could effectively and profitably service the additional loans.





"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0595

## USE OF PROCEEDS

The net proceeds to Sterling (after deducting Underwriting Discounts and Commissions and estimated Offering expenses) from the sale of the Notes offered hereby are estimated to be $14.1 million ($16.2 million if the Underwriter's over-allotment option is exercised in full). Sterling initially intends to contribute approximately $12.0 million of the net proceeds of this Offering to Sterling Savings to improve further Sterling Savings' capital ratios. Sterling Savings intends to use such additional capital to support the growth of its business, including funding loans and investments and expanding its branch network. The net proceeds to be retained at the holding company level will be used for general corporate purposes and, pending such uses, will be invested in investment-grade securities or deposited in interest-bearing accounts with institutions other than Sterling Savings.

## CAPITALIZATION

The following table sets forth the consolidated capitalization (including deposits) of Sterling at September 30, 1992 and its pro forma capitalization after giving effect to the issuance of the $15,000,000 of Notes offered hereby. The following information should be read in conjunction with the Consolidated Financial Statements, notes thereto and other financial information included elsewhere in this Prospectus.

| | September 30, 1992 | |
|---|---|---|
| | Actual | As adjusted |
| | (Dollars in thousands) | |
| Deposits | $508,511 | $508,511 |
| Borrowings: | | |
| Advances from Federal Home Loan Bank of Seattle | $ 98,782 | $ 98,782 |
| Securities sold subject to repurchase agreements | 3,300 | 3,300 |
| Notes offered hereby | 0 | 15,000 |
| Total borrowings | $102,082 | $117,082 |
| Shareholders' equity: | | |
| Preferred Stock, $1.00 par value: 1,000,000 shares authorized; no shares issued and outstanding | $ 0 | $ 0 |
| Common Stock, $1.00 par value: 8,000,000 shares authorized; 3,591,743 shares issued and outstanding(1) | 3,592 | 3,592 |
| Additional paid-in capital | 25,683 | 25,683 |
| Retained earnings | 10,749 | 10,749 |
| Total shareholders' equity | $ 40,024 | $ 40,024 |
| Regulatory capital ratios of Sterling Savings(2): | | |
| Tangible capital | 4.3% | 6.1% |
| Core capital | 5.8 | 7.6 |
| Risk-based capital | 10.4 | 13.8 |

(1) Does not include 150,000 shares of Common Stock that are issuable at $9.90 per share upon the exercise of outstanding warrants or 85,000 shares of Common Stock issuable upon exercise of stock options granted as of September 30, 1992 at an average exercise price of $8.12 per share. An additional 508,750 shares of Common Stock are reserved for issuance pursuant to Sterling's stock option plans.

(2) Sterling Savings currently exceeds fully phased-in regulatory capital requirements. The as adjusted ratios are based upon the initial contribution by Sterling of approximately $12.0 million of the net proceeds of this Offering to Sterling Savings. See "Use of Proceeds" and "Management's Discussion and Analysis—Capital Resources."



SG 0165714

App. 608

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0596

DUE TO CLERICAL ERROR
THIS NUMBER HAS BEEN OMITTED.
0165715

App. 609

## SELECTED CONSOLIDATED FINANCIAL AND OTHER DATA

The following selected consolidated financial data for Sterling and its subsidiaries for each of the five fiscal years in the period ended June 30, 1992 have been derived from the Consolidated Financial Statements of Sterling Savings, Sterling's predecessor. Such Consolidated Financial Statements for each of the five fiscal years in the period ended June 30, 1992 have been audited by Coopers & Lybrand. The Consolidated Financial Statements for the three months ended September 30, 1992 and 1991 have not been audited, but in the opinion of management reflect all adjustments consisting only of normal recurring accruals considered necessary for a fair presentation of the results for such periods. The selected consolidated financial data and the notes thereto should be read in conjunction with the Consolidated Financial Statements, the notes thereto, and other financial information included elsewhere in this Prospectus. The results of operations for the three months ended September 30, 1992 are not necessarily indicative of results for the entire year.

During fiscal year 1989, Sterling prospectively changed its method of recognizing loan fees to comply with Statement of Financial Accounting Standards ("SFAS") No. 91 issued by the Financial Accounting Standards Board (the "FASB"). During fiscal year 1992, Sterling prospectively changed its method of accounting for income taxes to comply with SFAS No. 109, effective July 1, 1991. Significant acquisitions of other institutions or branches occurred during fiscal years 1989 and 1988. See Notes 12 and 18 of Notes to Consolidated Financial Statements.

| | Three months ended September 30, | | Fiscal year ended June 30, | | | | |
|---|---|---|---|---|---|---|---|
| | 1992 | 1991 | 1992 | 1991 | 1990 | 1989 | 1988 |
| | (In thousands, except share amounts) | | | | | | |
| **Operating Data:** | | | | | | | |
| Interest income | $ 12,889 | $ 13,394 | $ 52,821 | $60,683 | $ 67,529 | $ 54,743 | $ 27,291 |
| Interest expense | (7,709) | (10,244) | (36,073) | (47,888) | (54,181) | (43,844) | (20,776) |
| Net interest income | 5,180 | 3,150 | 16,748 | 12,795 | 13,348 | 10,899 | 6,515 |
| Provision for loan losses | (450) | (650) | (1,650) | (150) | (1,100) | (260) | (572) |
| Net interest income after provision for loan losses | 4,730 | 2,500 | 15,098 | 12,645 | 12,248 | 10,639 | 5,943 |
| Net gain (loss) on sale of securities | 20 | 0 | 3,625 | 255 | 241 | (118) | 408 |
| Other income | 3,482 | 2,487 | 8,108 | 7,112 | 6,082 | 3,663 | 3,780 |
| Intangible amortization expense | (562) | (583) | (2,333) | (2,710) | (2,881) | (1,829) | (462) |
| Other operating expenses | (4,508) | (3,633) | (15,913) | (14,991) | (15,216) | (10,653) | (7,698) |
| Income from operations | 3,162 | 771 | 8,585 | 2,311 | 474 | 1,702 | 1,971 |
| Income tax (provision) benefit | (1,173) | (305) | (3,395) | (590) | 164 | (225) | (752) |
| Net income from operations | 1,989 | 466 | 5,190 | 1,721 | 638 | 1,477 | 1,219 |
| Extraordinary item(1) | (188) | 0 | (822) | 0 | 0 | 0 | 0 |
| Change of accounting principle(2) | 0 | 375 | 375 | 0 | 0 | 0 | 0 |
| Net income | $ 1,801 | $ 841 | $ 4,743 | $ 1,721 | $ 638 | $ 1,477 | $ 1,219 |
| Net income per common share | $ 0.50 | $ 1.51 | $ 2.01 | $ 2.89 | $ 0.80 | $ 2.41 | $ 1.96 |
| Weighted average common shares outstanding | 3,612,738 | 518,819 | 2,311,941 | 518,453 | 518,298 | 520,468 | 518,897 |



SG 0165716

App. 610

"Confidential Material – Subject to Protective Order"

| | September 30, 1992 | June 30, 1992 | 1991 | 1990 | 1989 | 1988 |
|---|---|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | | | |
| **Financial Position Data:** | | | | | | |
| Total assets | $662,927 | $640,097 | $608,320 | $688,940 | $730,336 | $429,316 |
| Loans receivable | 469,249 | 447,554 | 374,926 | 441,639 | 478,440 | 304,408 |
| Mortgage-backed securities | 48,810 | 42,116 | 139,119 | 113,706 | 114,060 | 51,908 |
| Investments | 19,256 | 19,096 | 15,270 | 27,271 | 31,639 | 29,599 |
| Deposits | 508,511 | 505,730 | 488,464 | 479,227 | 519,982 | 306,152 |
| Borrowings | 102,082 | 86,233 | 98,184 | 188,877 | 183,925 | 104,292 |
| Shareholders' equity | 40,024 | 38,223 | 12,621 | 11,294 | 10,704 | 9,467 |
| Tangible shareholders' equity | 29,936 | 27,574 | (1,952) | (6,156) | (9,644) | 4,399 |
| Book value per common share | 11.14 | 10.64 | 19.99 | 17.44 | 16.34 | 13.95 |
| Tangible book value per common share | 8.33 | 7.68 | (8.10) | (16.22) | (23.00) | 4.15 |
| Total nonperforming assets | 11,584 | 13,948 | 19,140 | 23,346 | 33,596 | 15,931 |
| Allowance for loan losses | 3,891 | 4,745 | 4,087 | 6,649 | 6,450 | 3,770 |
| Allowance for real estate owned losses | 876 | 1,001 | 1,011 | 980 | 819 | 347 |

| | At or for three months ended September 30, 1992 | 1991 | At or for fiscal year ended June 30, 1992 | 1991 | 1990 | 1989 | 1988 |
|---|---|---|---|---|---|---|---|
| **Key Financial Ratios:** | | | | | | | |
| Return on average assets(3) | 1.10% | 0.56% | 0.77% | 0.26% | 0.09% | 0.25% | 0.40% |
| Return on average common shareholders' equity(4) | 18.3 | 28.5 | 17.8 | 15.5 | 4.8 | 16.2 | 15.2 |
| Net interest margin(5) | 3.37 | 2.26 | 2.92 | 2.13 | 2.04 | 2.00 | 2.25 |
| Net interest spread(6) | 3.28 | 2.57 | 2.99 | 2.49 | 2.36 | 2.29 | 2.20 |
| Shareholders' equity to total assets | 6.04 | 2.28 | 5.97 | 2.07 | 1.64 | 1.47 | 2.21 |
| Tangible equity to total assets(7) | 4.52 | 0.18 | 4.31 | (0.32) | (0.89) | (1.32) | 1.02 |
| Loan delinquency rate(8) | 0.88 | 1.74 | 1.45 | 2.04 | 2.71 | 3.30 | 2.98 |
| Nonperforming assets to total assets | 1.75 | 3.18 | 2.17 | 3.15 | 3.39 | 4.60 | 3.71 |
| Allowance for loan losses to nonperforming loans(9) | 74.8 | 39.9 | 53.3 | 24.7 | 31.8 | 20.1 | 38.3 |
| Earnings to fixed charges(10): | | | | | | | |
| Excluding interest on deposits | 2.96x | 1.39x | 2.21x | 1.17x | 1.03x | 1.11x | 1.32x |
| Including interest on deposits | 1.41 | 1.07 | 1.24 | 1.05 | 1.01 | 1.03 | 1.09 |

| | September 30, 1992 | June 30, 1992 | 1991 | 1990 | 1989 | 1988 |
|---|---|---|---|---|---|---|
| **Other Data:** | | | | | | |
| Number of employees (full-time equivalent) | 345 | 322 | 287 | 290 | 300 | 197 |
| Number of offices: | | | | | | |
| Full-service | 27 | 27 | 27 | 27 | 28 | 19 |
| Loan production | 15 | 13 | 11 | 9 | 11 | 7 |



SG 0165717

App. 611

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0599

---

(1) Sterling incurred certain penalties upon prepayment of FHLB Seattle advances. See "Management's Discussion and Analysis—Net Interest Income" and Note 3 of Notes to Consolidated Financial Statements.

(2) Sterling adopted SFAS No. 109 effective July 1, 1991. See "Management's Discussion and Analysis—Cumulative Effect of Change in Accounting Principle" and Note 12 of Notes to Consolidated Financial Statements.

(3) Net income divided by monthly average total assets. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(4) Net income minus preferred stock dividends accumulated during the period, divided by monthly average common shareholders' equity. Common shareholders' equity equals total shareholders' equity minus the liquidation value of preferred stock. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(5) Net interest income divided by monthly average interest-earning assets. Calculations for the three months ended September 30, 1992 and 1991 are annualized.

(6) Average yield on all interest-earning assets during the period minus average rate paid on all interest-bearing liabilities during the period.

(7) Tangible equity represents the difference between shareholders' equity and intangible assets and excludes any regulatory capital obtained through Sterling's supervisory acquisitions. Total assets are as reported at fiscal year-end or quarter-end without any adjustments. See "Management's Discussion and Analysis—Capital Resources."

(8) Total loans over 60 days delinquent divided by total loans receivable.

(9) Excludes loans classified as loss from allowance for loan losses and from nonperforming loans.

(10) For purposes of computing the ratio of earnings to fixed charges, earnings represents income before income tax provision (benefit), extraordinary items and fixed charges. Fixed charges represents total interest expense, including the interest component of rental expense.

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**General**

Sterling, with total assets of $662.9 million at September 30, 1992, attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller, rural communities in Washington, and originates mortgage loans secured primarily by one-to-four family residential real estate in the major metropolitan areas of the Pacific Northwest. Sterling's revenues are derived primarily from interest earned on loans and mortgage-backed securities, from mortgage banking operations and from fees and service charges. The operations of Sterling, and savings institutions generally, are influenced significantly by general economic conditions and by policies of its primary regulatory authorities, the OTS, the FDIC and the Washington Supervisor.

**Net Interest Income**

The most significant component of earnings for a financial institution typically is net interest income. Net interest income is the difference between interest income, primarily from loan, mortgage-backed securities and investment portfolios, and interest expense, primarily on customer deposits and borrowings. Changes in net interest income result from changes in volume, net interest spread and net interest margin. Volume refers to the dollar level of interest-earning assets and interest-bearing liabilities. Net interest spread refers to the difference between the yield on interest-earning assets and the rate paid on interest-bearing liabilities. Net interest margin refers to net interest income divided by total interest-earning assets and is influenced by the level and relative mix of interest-earning assets and interest-bearing liabilities. During the three months ended September 30, 1992 and fiscal years 1992, 1991 and 1990, the volume of average interest-earning assets was $610.2 million, $573.6 million, $601.1 million and $654.2 million, respectively. During these same periods, the net interest margin was 3.37%, 2.92%, 2.13% and 2.04%, respectively. Sterling's net interest income has improved with the increasing margins that primarily resulted from declining market interest rates and with a more pronounced differential between short-term and long-term rates. There can be no assurance that this favorable interest rate environment will continue. See "—Results of Operations for the Three Months Ended September 30, 1992 and 1991" and "—Results of Operations for Fiscal Years 1992, 1991 and 1990."

During fiscal year 1992, dramatic changes in the maturity structure of a portion of Sterling's long-term, mortgage-backed securities portfolio resulted in a reduction of the anticipated yield on this portfolio. In response to these previously unforeseen changes, Sterling, during fiscal year 1992, implemented a strategy to restructure its mortgage-backed securities portfolio and to lower its cost of funds. In restructuring its mortgage-backed securities portfolio, Sterling sold approximately $72.6 million of long-term, relatively high-coupon mortgage-backed securities, resulting in pre-tax net gains of $3.6 million. The average yield on these securities prior to being sold was approximately 8.41%, but management expected this yield to decline in the near future. Sterling reinvested approximately $68.0 million of the proceeds from the sales of the mortgage-backed securities in one-to-four family loans and intermediate-term mortgage-backed securities, with an average yield on such assets of approximately 7.64%. Although Sterling expects total interest income to be lower in future periods as a result of reinvesting such proceeds in lower-yielding investments, it believes that these lower-yielding investments will provide more stable cash flow and interest income. To lower its cost of funds, Sterling refinanced Federal Home Loan Bank of Seattle ("FHLB Seattle") advances of $9.0 million and $25.0 million during the three months ended September 30, 1992 and fiscal year 1992, respectively. The prepayment of these borrowings resulted in penalties of $188,000 (net of a $106,000 related income tax benefit) and $822,000 (net of a $423,000 related income tax benefit) for the three months ended September 30, 1992 and fiscal year 1992, respectively. Subsequent to September 30, 1992, Sterling refinanced $10.0 million of its FHLB Seattle advances, which resulted in a $236,000 penalty (net of a $122,000 related income tax benefit). Although these refinancings have resulted in extraordinary charges, Sterling believes that its future cost of funds will be lower. See Note 3 of Notes to Consolidated Financial Statements.

Subsequent to September 30, 1992, Sterling sold its $41.6 million mortgage-backed securities portfolio held for sale, realizing a pre-tax net gain of approximately $617,000. Sterling does not presently anticipate that additional mortgage-backed securities will be sold in the future.



"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0601

The following table sets forth for the periods indicated information with regard to average balances of interest-earning assets and interest-bearing liabilities, as well as the total dollar amounts of interest income from interest-earning assets and interest expense on interest-bearing liabilities, resultant yields or costs, net interest income, net interest spread, net interest margin and ratio of average interest-earning assets to average interest-bearing liabilities.

| | Three months ended September 30, | | | | | | Fiscal year ended June 30, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1992 | | | 1991 | | | 1992 | | | 1991 | | | 1990 | | |
| | Average balance(1) | Interest earned or paid | Average yield or cost(2) | Average balance(1) | Interest earned or paid | Average yield or cost(2) | Average balance(1) | Interest earned or paid | Average yield or cost | Average balance(1) | Interest earned or paid | Average yield or cost | Average balance(1) | Interest earned or paid | Average yield or cost |
| | | | | | | | (Dollars in thousands) | | | | | | | | |
| Interest-earning assets: | | | | | | | | | | | | | | | |
| Loans | $476,187 | $10,549 | 8.79% | $389,848 | $ 9,841 | 10.01% | $418,856 | $40,270 | 9.61% | $423,222 | $44,577 | 10.53% | $487,730 | $53,201 | 10.91% |
| Mortgage-backed securities | 93,995 | 1,822 | 7.69 | 140,842 | 3,192 | 8.99 | 125,486 | 10,884 | 8.67 | 135,491 | 12,472 | 9.20 | 114,641 | 10,483 | 9.14 |
| Investments and cash | 40,064 | 518 | 5.12 | 23,153 | 361 | 6.19 | 29,214 | 1,667 | 5.71 | 42,423 | 3,475 | 8.19 | 51,828 | 3,362 | 6.49 |
| FDIC yield subsidy(3) | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 0 | 0.00 | 0 | 159 | 0.00 | 0 | 483 | 0.00 |
| Total interest-earning assets | $610,246 | $12,889 | 8.38% | $553,843 | $13,394 | 9.59% | $573,556 | $52,821 | 9.21% | $601,136 | $60,683 | 10.09% | $654,199 | $67,529 | 10.32% |
| Interest-bearing liabilities: | | | | | | | | | | | | | | | |
| Deposits and checking accounts: | | | | | | | | | | | | | | | |
| Certificates of deposit | $351,649 | $ 4,925 | 5.56% | $379,576 | $ 7,084 | 7.40% | $367,608 | $24,436 | 6.65% | $372,610 | $29,736 | 7.98% | $388,564 | $32,813 | 8.44% |
| Regular savings accounts and money market accounts | 98,183 | 909 | 3.67 | 69,053 | 910 | 5.23 | 75,714 | 3,451 | 4.56 | 69,356 | 3,794 | 5.47 | 80,196 | 4,495 | 5.61 |
| Interest-bearing demand accounts | 47,873 | 354 | 2.93 | 37,254 | 402 | 4.28 | 40,170 | 1,509 | 3.76 | 34,217 | 1,527 | 4.46 | 32,423 | 1,633 | 5.04 |
| Non-interest-bearing demand accounts | 9,002 | 0 | 0.00 | 3,994 | 0 | 0.00 | 4,497 | 0 | 0.00 | 4,305 | 0 | 0.00 | 6,868 | 0 | 0.00 |
| Total deposits and checking accounts | 506,707 | 6,188 | 4.84% | 489,877 | 8,396 | 6.80 | 487,989 | 29,396 | 6.02 | 480,488 | 35,057 | 7.30 | 508,051 | 38,941 | 7.66 |
| FHLB Seattle advances | 90,626 | 1,521 | 6.66 | 76,382 | 1,669 | 8.67 | 88,140 | 6,495 | 7.37 | 98,569 | 8,598 | 8.72 | 97,771 | 8,645 | 8.84 |
| Other borrowings | 2,115 | 0 | 0 | 12,116 | 179 | 5.86 | 3,728 | 182 | 4.87% | 51,002 | 4,233 | 8.30 | 75,113 | 6,595 | 8.78 |
| Total interest-bearing liabilities | $599,448 | $ 7,709 | 5.10% | $578,375 | $10,244 | 7.02% | $579,857 | $36,073 | 6.22% | $630,059 | $47,888 | 7.60% | $680,935 | $54,181 | 7.96% |
| Net interest income | | $ 5,180 | | | $ 3,150 | | | $16,748 | | | $12,795 | | | $13,348 | |
| Net interest spread | | | 3.28% | | | 2.57% | | | 2.99% | | | 2.49% | | | 2.36% |
| Net interest margin | | | 3.37% | | | 2.26% | | | 2.92% | | | 2.13% | | | 2.04% |
| Ratio of average interest-earning assets to average interest-bearing liabilities | 101.8% | | | 95.8% | | | 98.9% | | | 95.4% | | | 96.1% | | |

(1) Average balances exclude nonaccrual loans.

(2) Average yields and costs are annualized.

(3) For a discussion of the FDIC yield subsidy, see "—Effects of FDIC Assistance."



SG 0165720

App. 614

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0602

The following table illustrates the changes in Sterling's net interest income due to changes in volume (change in volume multiplied by initial rate), changes in interest rate (change in rate multiplied by initial volume) and changes in rate/volume (change in rate multiplied by change in average volume) for the periods indicated.

| | Three months ended September 30, 1992 vs. three months ended September 30, 1991 increase (decrease) due to: | | | | Fiscal year 1992 vs. fiscal year 1991 increase (decrease) due to: | | | | Fiscal year 1991 vs. fiscal year 1990 increase (decrease) due to: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Volume | Rate | Rate/ volume | Total | Volume | Rate | Rate/ volume | Total | Volume | Rate | Rate/ volume | Total |
| | | | | | (In thousands) | | | | | | | |
| Interest income on: | | | | | | | | | | | | |
| Loans | $2,179 | $(1,204) | $(267) | $ 708 | $ (460) | $(3,886) | $ 40 | $ (4,306) | $(7,036) | $(1,830) | $ 242 | $(8,624) |
| Mortgage-backed securities | (1,062) | (462) | 154 | (1,370) | (921) | (720) | 53 | (1,588) | 1,907 | 69 | 13 | 1,989 |
| Investments and cash | 264 | (62) | (45) | 157 | (1,082) | (1,054) | 327 | (1,809) | (611) | 884 | (160) | 113 |
| FDIC yield subsidy | 0 | 0 | 0 | 0 | (159) | 0 | 0 | (159) | (324) | 0 | 0 | (324) |
| Total interest income | 1,381 | (1,728) | (158) | (505) | (2,622) | (5,660) | 420 | (7,862) | (6,064) | (877) | 95 | (6,846) |
| Interest expense on: | | | | | | | | | | | | |
| Deposits and checking accounts: | | | | | | | | | | | | |
| Certificates of deposit | (521) | (1,768) | 130 | (2,159) | (399) | (4,968) | 67 | (5,300) | (1,347) | (1,804) | 74 | (3,077) |
| Regular savings accounts and money market accounts | 384 | (271) | (114) | (1) | 348 | (633) | (58) | (343) | (608) | (108) | 15 | (701) |
| Interest-bearing demand accounts | 115 | (127) | (36) | (48) | 266 | (242) | (42) | (18) | 90 | (186) | (10) | (106) |
| Non-interest-bearing demand accounts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total deposits and checking accounts | (22) | (2,166) | (20) | (2,208) | 215 | (5,843) | (33) | (5,661) | (1,865) | (2,098) | 79 | (3,884) |
| FHLB Seattle advances | 311 | (387) | (72) | (148) | (910) | (1,335) | 142 | (2,103) | 70 | (116) | (1) | (47) |
| Other borrowings | (148) | (179) | 148 | (179) | (3,923) | (1,747) | 1,619 | (4,051) | (2,117) | (361) | 116 | (2,362) |
| Total interest expense | 141 | (2,732) | 56 | (2,535) | (4,618) | (8,925) | 1,728 | (11,815) | (3,912) | (2,575) | 194 | (6,293) |
| Net interest income | $1,240 | $ 1,004 | $(214) | $ 2,030 | $ 1,996 | $ 3,265 | $(1,308) | $ 3,953 | $(2,152) | $ 1,698 | $ (99) | $ (553) |





SG 0165721
"Confidential Material – Subject to Protective Order"
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0603

**Asset and Liability Management**

Sterling is subject to interest rate risk. Interest rate risk refers to possible declines in Sterling's future net interest income and its market value of portfolio equity due to changing interest rates. Interest rate risk arises from the fact that Sterling's interest-bearing liabilities, consisting primarily of savings deposits, FHLB Seattle advances and other borrowings, mature or reprice more rapidly, or on different terms, than do its interest-earning assets, which consist primarily of intermediate or long-term real estate loans and mortgage-backed securities. The fact that liabilities mature or reprice more frequently on average than assets may be beneficial in times of declining interest rates; however, such an asset/liability structure may result in declining net interest income during periods of rising interest rates. Market value of portfolio equity is defined as the net present value of assets, liabilities and off-balance sheet contracts. At September 30, 1992, Sterling calculated that its market value of portfolio equity was $44.4 million and that its market value of portfolio equity would decrease by 6% and 19% if the term structure of interest rates were to increase by 2% and 4%, respectively.

Sterling maintains an asset and liability management program intended to manage net interest income through interest rate cycles and to protect its market value of portfolio equity by controlling its exposure to interest rate risk. Sterling utilizes a variety of methods to protect net interest income against rapid increases in interest rates, including (i) originating and retaining adjustable rate mortgages ("ARMs"), (ii) selling its originated long-term, fixed-rate residential first mortgage loans and (iii) borrowing long-term funds, primarily from the FHLB Seattle. In utilizing these methods, Sterling attempts to match the maturities and interest rate sensitivity of its assets and liabilities to maintain adequate interest rate spread and asset quality.

Sterling uses a simulation model designed to measure the sensitivity of net interest income and market value of portfolio equity to changes in interest rates. This simulation model is designed to enable Sterling to generate a forecast of net interest income and market value of portfolio equity given various interest rate forecasts and alternative strategies. The model is also designed to measure the anticipated impact that prepayment risk, basis risk, customer maturity preferences, volumes of new business and changes in the relationship between long- and short-term interest rates have on the performance of Sterling.

Sterling also uses gap analysis, a traditional analytical tool designed to measure the difference between the amount of interest-earning assets and the amount of interest-bearing liabilities expected to mature or reprice in a given period. Sterling attempts to maintain its asset and liability gap position between positive 10% and negative 25% at both the one-year and three-year pricing intervals. Sterling calculated its one-year cumulative gap position to be negative 5.1%, negative 1.2% and negative 14.8% at September 30, 1992 and June 30, 1992 and 1991, respectively. Sterling calculated its three-year gap position to be negative 6.7%, negative 13.4% and negative 15.4% at September 30, 1992 and June 30, 1992 and 1991, respectively. These levels are within a range Sterling believes acceptable to reasonably protect its net interest income. Sterling's management will continue to endeavor to closely match maturities of assets and liabilities to mitigate excessive interest rate risk.



"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0604

The following table sets forth the estimated maturity/repricing and the resulting gap between Sterling's interest-earning assets and interest-bearing liabilities at September 30, 1992. The estimated maturity/repricing amounts reflect contractual maturities and amortizations, assumed loan prepayments based upon Sterling's historical experience and estimates from secondary market sources such as the Federal Home Loan Mortgage Company (the "FHLMC"), and estimated passbook deposit decay rates (the rate of transfer to higher-yielding certificates of deposit ("CDs")). Management believes these prepayment and decay rate assumptions are reasonable based on Sterling's experience. The classification of real estate loans and mortgage-backed securities is based upon regulatory reporting formats and, therefore, may not be consistent with the financial information classified in accordance with generally accepted accounting principles ("GAAP") contained elsewhere in this Prospectus.

| | Zero to three months | Three months to one year | One to three years | Three to five years | Over five years | Total |
|---|---|---|---|---|---|---|
| | | | (Dollars in thousands) | | | |
| Interest-earning assets: | | | | | | |
| Mortgage loans and mortgage-backed securities: | | | | | | |
| ARM and balloon first mortgages | $ 78,614 | $112,632 | $ 59,209 | $ 29,691 | $25,181 | $305,327 |
| Fixed-rate mortgages | 7,495 | 21,108 | 47,761 | 38,355 | 49,528 | 164,247 |
| Mortgage-backed securities held for sale | 1,237 | 3,559 | 8,498 | 7,293 | 23,824 | 44,411 |
| Loans held for sale | 0 | 0 | 0 | 0 | 25,571 | 25,571 |
| Total mortgage loans and mortgage-backed securities | 87,346 | 137,299 | 115,468 | 75,339 | 124,104 | 539,556 |
| Nonmortgage loans: | | | | | | |
| Consumer | 10,635 | 12,846 | 7,106 | 0 | 0 | 30,587 |
| Commercial | 5,067 | 15,199 | 0 | 0 | 0 | 20,266 |
| Total loans and mortgage-backed securities | 103,048 | 165,344 | 122,574 | 75,339 | 124,104 | 590,409 |
| Cash and investment securities | 15,806 | 100 | 2,033 | 7,272 | 2 | 25,213 |
| Total interest-earning assets | 118,854 | 165,444 | 124,607 | 82,611 | 124,106 | 615,622 |
| Impact of commitments and asset hedging | 25,571 | 0 | 0 | 0 | (25,571) | 0 |
| Total rate-sensitive assets | $144,425 | $165,444 | $124,607 | $ 82,611 | $98,535 | 615,622 |
| Cash on hand and in banks | | | | | | 9,316 |
| Other non-interest-earning assets | | | | | | 37,910 |
| Total assets | | | | | | $662,848 |
| Interest-bearing liabilities: | | | | | | |
| Deposits: | | | | | | |
| Certificates of deposit | $117,712 | $142,138 | $ 43,270 | $ 21,641 | $18,545 | $343,306 |
| NOW accounts | 5,314 | 13,251 | 19,617 | 6,187 | 14,893 | 59,262 |
| Money market accounts | 32,430 | 0 | 0 | 0 | 0 | 32,430 |
| Passbook accounts | 3,087 | 8,506 | 18,111 | 12,250 | 31,720 | 73,674 |
| Total deposits | 158,543 | 163,895 | 80,998 | 40,078 | 65,158 | 508,672 |
| FHLB Seattle advances | 23,250 | 15,000 | 54,000 | 6,300 | 232 | 98,782 |
| Other borrowings | 3,300 | 0 | 0 | 0 | 0 | 3,300 |
| Total interest-bearing liabilities | 185,093 | 178,895 | 134,998 | 46,378 | 65,390 | 610,754 |
| Impact of liability commitments and hedging | (20,000) | 0 | 0 | 20,000 | 0 | 0 |
| Total rate-sensitive liabilities | $165,093 | $178,895 | $134,998 | $ 66,378 | $65,390 | 610,754 |
| Other non-interest-bearing liabilities | | | | | | 12,070 |
| Shareholders' equity | | | | | | 40,024 |
| Total liabilities and shareholders' equity | | | | | | $662,848 |
| Net gap | $ (20,668) | $ (13,451) | $ (10,391) | $ 16,233 | $33,145 | |
| Cumulative gap | $ (20,668) | $ (34,119) | $ (44,510) | $(28,277) | $ 4,868 | |
| Cumulative gap to total assets | (3.1)% | (5.1)% | (6.7)% | (4.3)% | 0.7% | |



SG 0165723

App. 617

"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0605

**Cumulative Effect of Change in Accounting Principle**

In February 1992, the FASB issued SFAS No. 109, "Accounting for Income Taxes," which establishes financial accounting and reporting standards for the effects of income taxes that result from an enterprise's activities. Sterling adopted SFAS No. 109 effective July 1, 1991. In accordance with this implementation, Sterling has recorded the cumulative effect on prior years' income of $375,000 as income for fiscal year 1992. Also pursuant to SFAS No. 109, Sterling had a net deferred tax asset of approximately $4.8 million at June 30, 1992. Management concluded that a valuation allowance was not required during fiscal year 1992 for the net deferred tax asset because of the length of the carryforward periods of tax credits, bad debt deductions and NOLs, future anticipated taxable income and various tax planning strategies. See "Taxation" and Note 12 of Notes to Consolidated Financial Statements.

**Results of Operations for the Three Months Ended September 30, 1992 and 1991**

*Overview.* Net income was $1.8 million, or $0.50 per common share, for the three months ended September 30, 1992. This represents a 114% increase in net income compared to the three months ended September 30, 1991, when net income was $841,000, or $1.51 per common share. The decrease in earnings per common share resulted from an increase in the average number of shares outstanding following the public offering of common stock during the quarter ended December 31, 1991.

Net income for the three months ended September 30, 1992 reflects an extraordinary charge for a prepayment penalty of $188,000, net of an income tax benefit of $106,000, on the early retirement of debt. See "—Net Interest Income" and "—Results of Operations for the Three Months Ended September 30, 1992 and 1991—Extraordinary Charge." Net income for the three months ended September 30, 1991 reflects a $375,000 benefit from the adoption of SFAS No. 109. See "—Cumulative Effect of Change in Accounting Principle."

The annualized return on average assets was 1.10% and 0.56% for the three months ended September 30, 1992 and 1991, respectively. This increase is primarily attributable to increases in net interest income and income from mortgage banking operations.

*Net Interest Income.* Net interest income of $5.2 million for the three months ended September 30, 1992 reflects a 64% increase from the comparable prior year period. This increase is primarily attributable to a greater decrease in the cost of average interest-bearing liabilities than in the yield on average interest-earning assets and a corresponding increase in net interest margin to 3.37% from 2.26%. Net interest income also benefitted from an improvement in the volume and mix of average interest-earning assets and average interest-bearing liabilities.

While Sterling has experienced a decrease in its cost of funds, this benefit may be offset by an increased level of mortgage prepayments, which is likely to result in lower yields on Sterling's loan portfolio in future periods. Therefore, there can be no assurance that Sterling's net interest income will be maintained or improved.

*Provision for Loan Losses.* Management's policy is to establish valuation allowances for estimated losses on loans by charging income. The evaluation of the adequacy of specific and general valuation allowances is an ongoing process.

Sterling recorded provisions for loan losses of $450,000 and $650,000 for the three months ended September 30, 1992 and 1991, respectively. Sterling believes the provision for the three months ended September 30, 1992 represented an appropriate addition based upon its evaluation of the factors affecting the adequacy of valuation allowances.

At September 30, 1992, Sterling's loan delinquency rate was 0.88%, down from 1.74% at September 30, 1991. Total nonperforming loans were $4.3 million at September 30, 1992, down from $8.5 million at September 30, 1991. As a percentage of total assets, nonperforming assets declined to 1.8% at September 30, 1992 from 3.2% at September 30, 1991.

Sterling's loan loss allowance was $3.9 million at September 30, 1992, compared to $4.4 million at September 30, 1991. During the three months ended September 30, 1992, Sterling reported net charge-offs of $1.3 million, $1.2 million of which resulted from the foreclosure on the collateral for one nonperforming loan and the transfer of this asset to REO. See "Business—Lending Activities—Classified Assets, Real Estate Owned and Delinquent Loans." As a percentage of nonperforming loans, the loan loss allowance represented an increase in loan loss coverage to 74.8% at September 30, 1992 from 39.9% at September 30, 1991. Excluding loans classified as loss, as a percentage of total loans receivable, the loan loss allowance was 0.63% at September 30, 1992 compared to 0.86% at September 30, 1991. Management believes the loan loss allowance is adequate given the composition and risks of the loan portfolio, although there can be no assurance the allowance will be adequate to cover all contingencies.

*Other Income.* Other income for the three months ended September 30, 1992 and 1991 totalled $3.5 million and $2.5 million, respectively. The principal sources of other income are income from mortgage banking operations, fees and service charges, loan servicing fees, net gain (loss) on sales and operation of REO and net gain on sales of securities. The increase in other income during the three months ended September 30, 1992, from the comparable prior year period, primarily reflects increased income from mortgage banking operations.

Income from mortgage banking operations for the three months ended September 30, 1992 and 1991 was $2.4 million and $1.7 million, respectively. This increase resulted from increased sales of servicing rights and increased margins on sales of loans. The following table summarizes loan originations and sales of loans and servicing rights for the periods indicated.

| | Three months ended September 30, | |
|---|---|---|
| | 1992 | 1991 |
| | (In millions) | |
| Origination of one-to-four family mortgage loans | $137.8 | $112.6 |
| Sales of conventional loans with servicing retained | 75.0 | 83.0 |
| Sales of FHA/VA insured loans with servicing released | 19.0 | 31.1 |
| Principal balances of servicing portfolios sold | 119.6 | 99.2 |

Loan sales and sales of servicing rights resulted in significant contributions to Sterling's income during the three-month periods ended September 30, 1992 and 1991. While the sale of servicing rights reduces loan servicing fees in the future, Sterling expects to continue to replenish the servicing portfolio through the origination and sale of loans with servicing retained. Sterling is evaluating a plan to increase the retention level of its servicing rights over the next 12 months, which initially would result in lower income from mortgage banking operations.

Fees and service charges consist primarily of service charges on deposit accounts, as well as fees for certain customer services, commissions on sales of annuity products by Harbor Financial and late charges on loans. Fee income for the three months ended September 30, 1992 and 1991 was $862,000 and $677,000, respectively. This increase was primarily due to an increase in commissions on sales of annuity products, transaction account fees and fees on escrow services.

Loan servicing fees were $176,000 and $81,000 for the three months ended September 30, 1992 and 1991, respectively. This increase primarily reflects an increase in the average size of the loan servicing portfolio. Sterling's average loan servicing portfolio for the quarter was approximately $334.0 million at September 30, 1992 compared to $163.8 million at September 30, 1991.

Net gains (losses) on sales and operation of REO were $23,000 and $(19,000) for the three months ended September 30, 1992 and 1991, respectively. This improvement primarily reflects a higher level of rental income on REO.

*Operating Expenses.* Operating expenses were $5.1 million and $4.2 million for the three months ended September 30, 1992 and 1991, respectively. This 20.3% increase primarily reflects increases in employee compensation and benefits and occupancy and equipment primarily due to the increase in residential lending volumes.

*Income Tax Provision.* Income tax provisions were $1.2 million and $305,000 for the three months ended September 30, 1992 and 1991, respectively.





"Confidential Material – Subject to Protective Order"

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER PSG062 0607