# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 95-829-C (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# Report of Professor Christopher James
## Updated December 2003

## I. Assignment and Overall Conclusion

I have been asked by counsel for the plaintiffs to update damages calculations that I had previously made of the harm to Sterling Savings Association ("Sterling") and Sterling Financial Corporation ("Sterling Financial") under a cost of replacement theory. I was asked to evaluate the effect on my calculations of an opinion issued by Judge Damich on July 11, 2003. The opinion stated that the goodwill associated with the cash assistance provided by the FSLIC in the Lewis Federal and Tri-Cities was to amortize consistent with the terms of the respective forbearance agreements.

The results of my updated calculations under a cost of replacement theory are that Sterling incurred damages of $31.417 million (see Exhibit AA). In updating my calculations, I have considered additional documents not available at the time my original report was produced. The additional documents I have considered are provided on a list attached to this report entitled: Addendum to Exhibit A.

## II. Analysis

My damages calculation has been adjusted for two factors – the ruling by Judge Damich on August 4, 2003 and additional information related to the passage of three years since the filing of my previous report.

First, I have adjusted the schedule of supervisory capital to reflect amortization of the goodwill associated with the FSLIC assistance ("capital credits") as directed by the Court. I have assumed that the goodwill associated with the capital credit from the Lewis Federal transaction would amortize on a straight-line basis over 40 years. Likewise, I have assumed that the goodwill associated with the capital credit from the Tri-Cities transaction would amortize on a straight-line basis over 15 years (see Exhibit BB).

Second, my damages calculation has also been updated for facts unavailable at the time of my earlier report. My previous calculation present valued all damages after 2000. My updated calculation present values all future damages as of 2003 based on current discount rates.

For organizational simplicity I have attached to this report all of the exhibits that are related to my updated calculations of the cost of replacement capital. Exhibit AA and Exhibit BB have changed given the updates discussed above. Exhibit CC through Exhibit GG are unchanged but provide support for the inputs to my calculation. The rationale for my approach was explained in my previous report so I have not repeated it.

* * *

I hold the opinions expressed herein to a reasonable degree of certainty, and declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. I reserve the right to modify my report and opinions in response to reports of the government's experts, legal decisions, additional facts that may come to light, or testimony at the time of trial.

Christopher M. James

Executed 12/5/03

App. 685

# Addendum to Exhibit A

## Additional Documents Reviewed by *Christopher James* in Conjunction with Updated Report – December 10, 2003

Opinion of Judge Damich in *Sterling Savings v. United States*, September 12, 2002
Opinion of Judge Damich in *Sterling Savings v. United States*, July 9, 2003
Opinion of Judge Damich in *Sterling Savings v. United States*, July 11, 2003
Opinion of Judge Damich in *Sterling Savings v. United States*, August 4, 2003

| | | |
|---|---|---|
| Sterling Financial Corporation 12/31/01 10-K | SG0900001 | SG0900112 |
| Sterling Financial Corporation 12/31/02 10-K | SG0900113 | SG0900225 |

**<u>Third Party Materials</u>**

| | |
|---|---|
| Bloomberg Professional – Treasury Rates | SG0902006 |

# Sterling Savings Association
# Total Cost of Replacement Damages
($ in Thousands)

| | Replace All Contractual Intangibles |
|---|---|
| **Past Damages - 1989 through 2003** | **30,159** |
| 1989 through 2000 | 28,847 |
| 2001 through 2003 | 1,311 |
| **Future Damages** | **1,258** |
| Contractual Intangibles Including Amortizing Capital Credit | 1,258 |
| **Total Expectation Damages** | **31,417** |

# Sterling Savings Association
## Cost of Replicating Preferred Stock Issued in 1989 and Refinanced in 2000 With Terms Equivalent to Contractual Goodwill
*1989 - 2000*

($ in thousands)

Replacement at Year-End 1989

| Year | [1] Beginning Intangibles Including Amortizing CC | [2] Ending Intangibles Including Amortizing CC | [3] Average Intangibles Including Amortizing CC | [4] One-Time Transaction Cost | [5a] After-Tax Cost of Preferred Stock at 14% | [5b] Pre-Tax Cost of Dividends on Preferred Stock | [6] Investment Earnings from Cash Proceeds at 7.7% | [7] Net Cost of Preferred Stock |
|---|---|---|---|---|---|---|---|---|
| 1989 | | 32,583.1 | | | | | | |
| 1990 | 32,583.1 | 29,399.4 | 30,991.2 | 2,258.0 | 4,338.8 | 6,886.9 | 2,397.7 | 6,747.3 |
| 1991 | 29,399.4 | 26,527.8 | 27,963.6 | | 3,914.9 | 6,214.1 | 2,163.4 | 4,050.7 |
| 1992 | 26,527.8 | 23,420.2 | 24,974.0 | | 3,496.4 | 5,549.8 | 1,932.2 | 3,617.6 |
| 1993 | 23,420.2 | 20,264.3 | 21,842.2 | | 3,057.9 | 4,853.8 | 1,689.9 | 3,164.0 |
| 1994 | 20,264.3 | 17,184.0 | 18,724.1 | | 2,621.4 | 4,160.9 | 1,448.6 | 2,712.3 |
| 1995 | 17,184.0 | 14,198.5 | 15,691.2 | | 2,196.8 | 3,486.9 | 1,214.0 | 2,273.0 |
| 1996 | 14,198.5 | 11,318.7 | 12,758.6 | | 1,786.2 | 2,835.2 | 987.1 | 1,848.2 |
| 1997 | 11,318.7 | 9,366.6 | 10,342.7 | | 1,448.0 | 2,298.4 | 800.2 | 1,498.2 |
| 1998 | 9,366.6 | 7,545.8 | 8,456.2 | | 1,183.9 | 1,879.2 | 654.2 | 1,224.9 |
| 1999 | 7,545.8 | 5,871.3 | 6,708.6 | | 939.2 | 1,490.8 | 519.0 | 971.8 |
| 2000 | 5,871.3 | 4,337.1 | 5,104.2 | | 714.6 | 1,134.3 | 394.9 | 739.4 |
| Damages (1989-2000) | | | | | | | | $28,847.2 |

Notes:

[1] Contractual Intangibles including Amortizing Capital Credit at the beginning of each year.

[2] Contractual Intangibles including Amortizing Capital Credit at the end of each year.

[3] Average of columns [1] and [2].

[4] One-time transaction cost of a seasoned offering of preferred stock in the total amount of the deficit capital plus the permanent capital credit at 12/89 ($32.6m), based on 6.93% of offering size (the average total direct cost for a seasoned offering of this size), as cited in "The Costs of Raising Capital", *The Journal of Financial Research*, Vol. XIX, No. 1, Lee, Lochhead, Ritter & Zhao.

[5a] After-tax dividend cost of preferred stock which assumes a 14% required dividend.

[5b] Pre-tax dividend cost of preferred stock. Assumes a 37% marginal tax rate. (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings.)

[6] Benefit of incremental tangible capital. Assumes a 7.7% return, which equals to the average cost of funds from 1986 to June 1989.

[7] Net cost is the pre-tax cost of preferred stock less the benefit of capital. The first year also includes the transaction cost. [7] = [4] + [5b] - [6].

Exhibit AA, Page 2
Updated

# Sterling Savings Association
## Cost of Replicating Preferred Stock Issued in 1989 and Refinanced in 2000 With Terms Equivalent to Contractual Goodwill
*2000 - 2025*
($ in thousands)

Replacement of Contractual Intangibles Including Amortizing Capital Credit ("CC") Year-End 2000

| Year | [1] Beginning Intangibles Including Amortizing CC | [2] Ending Intangibles Including Amortizing CC | [3] Average Intangibles Including Amortizing CC | [4] One Time Transaction Cost | [5a] After-Tax Cost of Preferred Stock at 9.00% | [5b] Pre-Tax Cost of Dividends on Preferred Stock | [6] Investment Earnings from Cash Proceeds at 5.9% | [7] Net Cost of Capital | [8] Present Value of Net Cost Discounted at 5.2% |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | | 4,337.1 | | 576.0 | | | | 576.0 | 576.0 |
| 2001 | 4,337.1 | 3,317.2 | 3,827.1 | | 344.4 | 546.7 | 225.8 | 320.9 | 320.9 |
| 2002 | 3,317.2 | 2,297.2 | 2,807.2 | | 252.6 | 401.0 | 165.6 | 235.4 | 235.4 |
| 2003 | 2,297.2 | 1,974.4 | 2,135.8 | | 192.2 | 305.1 | 126.0 | 179.1 | 179.1 |
| 2004 | 1,974.4 | 1,884.0 | 1,929.2 | | 173.6 | 275.6 | 113.8 | 161.8 | 153.8 |
| 2005 | 1,884.0 | 1,793.5 | 1,838.7 | | 165.5 | 262.7 | 108.5 | 154.2 | 139.3 |
| 2006 | 1,793.5 | 1,703.1 | 1,748.3 | | 157.3 | 249.8 | 103.2 | 146.6 | 125.9 |
| 2007 | 1,703.1 | 1,612.7 | 1,657.9 | | 149.2 | 236.8 | 97.8 | 139.0 | 113.5 |
| 2008 | 1,612.7 | 1,522.2 | 1,567.4 | | 141.1 | 223.9 | 92.5 | 131.4 | 102.0 |
| 2009 | 1,522.2 | 1,431.8 | 1,477.0 | | 132.9 | 211.0 | 87.1 | 123.9 | 91.4 |
| 2010 | 1,431.8 | 1,341.4 | 1,386.6 | | 124.8 | 198.1 | 81.8 | 116.3 | 81.5 |
| 2011 | 1,341.4 | 1,250.9 | 1,296.2 | | 116.7 | 185.2 | 76.5 | 108.7 | 72.5 |
| 2012 | 1,250.9 | 1,160.5 | 1,205.7 | | 108.5 | 172.2 | 71.1 | 101.1 | 64.1 |
| 2013 | 1,160.5 | 1,070.1 | 1,115.3 | | 100.4 | 159.3 | 65.8 | 93.5 | 56.3 |
| 2014 | 1,070.1 | 979.7 | 1,024.9 | | 92.2 | 146.4 | 60.5 | 85.9 | 49.2 |
| 2015 | 979.7 | 889.2 | 934.4 | | 84.1 | 133.5 | 55.1 | 78.4 | 42.6 |
| 2016 | 889.2 | 798.8 | 844.0 | | 76.0 | 120.6 | 49.8 | 70.8 | 36.6 |
| 2017 | 798.8 | 708.4 | 753.6 | | 67.8 | 107.7 | 44.5 | 63.2 | 31.1 |
| 2018 | 708.4 | 617.9 | 663.2 | | 59.7 | 94.7 | 39.1 | 55.6 | 26.0 |
| 2019 | 617.9 | 527.5 | 572.7 | | 51.5 | 81.8 | 33.8 | 48.0 | 21.3 |
| 2020 | 527.5 | 437.1 | 482.3 | | 43.4 | 68.9 | 28.5 | 40.4 | 17.1 |
| 2021 | 437.1 | 346.6 | 391.9 | | 35.3 | 56.0 | 23.1 | 32.9 | 13.2 |
| 2022 | 346.6 | 256.2 | 301.4 | | 27.1 | 43.1 | 17.8 | 25.3 | 9.6 |
| 2023 | 256.2 | 165.8 | 211.0 | | 19.0 | 30.1 | 12.4 | 17.7 | 6.4 |
| 2024 | 165.8 | 75.4 | 120.6 | | 10.9 | 17.2 | 7.1 | 10.1 | 3.5 |
| 2025 | 75.4 | 0.0 | 37.7 | | 3.4 | 5.4 | 2.2 | 3.2 | 1.0 |

Damages from Replacement of Contractual Intangibles Including Amortizing CC (2000 through 2003): $1,311.4

Future Damages from Replacement of Contractual Intangibles Including Amortizing CC (2004 through end of contract): $1,258.1

**App. 689**

# Sterling Savings Association
## Cost of Replicating Preferred Stock Issued in 1989 and Refinanced in 2000 With Terms Equivalent to Contractual Goodwill
*2000 - 2025*
($ in thousands)

**Notes:**

[1] Contractual Intangibles including Amortizing Capital Credit at the beginning of each year.
[2] Contractual Intangibles including Amortizing Capital Credit at the end of each year.
[3] Average of columns [1] and [2].
[4] One-time transaction cost of a seasoned offering of preferred stock in the total amount of the deficit capital plus the amortizing capital credit at 12/00 (total of $4.4m), based on 13.28% of offering size (the average total direct cost for a seasoned offering of this size), as cited in "*The Costs of Raising Capital*", *The Journal of Financial Research*, Vol. XIX, No. 1, Lee, Lochhead, Ritter & Zhao.
[5a] After-tax dividend cost of preferred stock which assumes a 9% required dividend.
[5b] Pre-tax dividend cost of preferred stock. Assumes a 37% marginal tax rate (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings.)
[6] Benefit of incremental tangible capital. Assumes a 5.9% return, which approximates the yield on government treasury bills and bonds as of December 29, 2000.
[7] Net cost is the pre-tax cost of preferred stock less the benefit of capital. The first year also includes the transaction cost. [7] = [4] + [5b] - [6].
[8] Net cost from 2004 onwards discounted to year-end 2003 at 5.2%, which approximates the yield on government treasury bills and bonds as of December 3, 2003. Net cost for years 2000 - 2003 are not subject to discounting.

# Sterling Savings Association

## Contractual Supervisory Goodwill and Capital Credit Balances

Source: Analysis from Sterling Savings' CFO, Dan Byrne

| | Total (Identified and Unidentified Intangibles) | | | | | |
|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] = [1] + [2] Total |
| Year | Capital Credit | Intangibles | Amortization | Adjustments | NOLs | Capital Credit and Intangibles |
| 11/5/1985 | 1,750,000 | 2,044,069 | 0 | 0 | 0 | 3,794,069 |
| 12/31/1985 | 1,742,708 | 2,036,384 | (14,977) | 0 | 0 | 3,779,092 |
| 12/31/1986 | 1,698,958 | 1,790,705 | (89,863) | (199,566) | 0 | 3,489,663 |
| 12/31/1987 | 1,655,208 | 1,793,986 | (90,146) | 49,677 | 0 | 3,449,194 |
| 12/31/1988 | 12,755,080 | 3,821,582 | (787,579) | (422,873) | 0 | 16,576,662 |
| 12/31/1989 | 11,929,321 | 20,653,748 | (3,824,349) | 0 | (252,429) | 32,583,069 |
| 12/31/1990 | 11,103,563 | 18,295,832 | (3,538,012) | 354,338 | 0 | 29,399,395 |
| 12/31/1991 | 10,277,804 | 16,249,958 | (2,871,633) | 0 | 0 | 26,527,762 |
| 12/31/1992 | 9,452,046 | 13,968,133 | (3,107,583) | 0 | 0 | 23,420,179 |
| 12/31/1993 | 8,626,287 | 11,638,021 | (3,155,870) | 0 | 0 | 20,264,309 |
| 12/31/1994 | 7,800,529 | 9,383,436 | (3,080,344) | 0 | 0 | 17,183,965 |
| 12/31/1995 | 6,974,770 | 7,223,702 | (2,985,493) | 0 | 0 | 14,198,472 |
| 12/31/1996 | 6,149,012 | 5,169,666 | (2,879,795) | 0 | 0 | 11,318,677 |
| 12/31/1997 | 5,323,253 | 4,043,383 | (1,952,041) | 0 | 0 | 9,366,636 |
| 12/31/1998 | 4,497,495 | 3,048,353 | (1,820,788) | 0 | 0 | 7,545,848 |
| 12/31/1999 | 3,671,736 | 2,199,584 | (1,674,528) | 0 | 0 | 5,871,320 |
| 12/31/2000 | 2,845,978 | 1,491,141 | (1,534,202) | 0 | 0 | 4,337,118 |
| 12/31/2001 | 2,020,219 | 1,296,937 | (1,019,962) | 0 | 0 | 3,317,156 |
| 12/31/2002 | 1,194,460 | 1,102,733 | (1,019,962) | 0 | 0 | 2,297,194 |
| 12/31/2003 | 955,208 | 1,019,172 | (322,813) | 0 | 0 | 1,974,381 |
| 12/31/2004 | 911,458 | 972,493 | (90,430) | 0 | 0 | 1,883,951 |
| 12/31/2005 | 867,708 | 925,813 | (90,430) | 0 | 0 | 1,793,521 |
| 12/31/2006 | 823,958 | 879,133 | (90,430) | 0 | 0 | 1,703,092 |
| 12/31/2007 | 780,208 | 832,454 | (90,430) | 0 | 0 | 1,612,662 |
| 12/31/2008 | 736,458 | 785,774 | (90,430) | 0 | 0 | 1,522,232 |
| 12/31/2009 | 692,708 | 739,095 | (90,430) | 0 | 0 | 1,431,803 |
| 12/31/2010 | 648,958 | 692,415 | (90,430) | 0 | 0 | 1,341,373 |
| 12/31/2011 | 605,208 | 645,735 | (90,430) | 0 | 0 | 1,250,944 |
| 12/31/2012 | 561,458 | 599,056 | (90,430) | 0 | 0 | 1,160,514 |
| 12/31/2013 | 517,708 | 552,376 | (90,430) | 0 | 0 | 1,070,084 |
| 12/31/2014 | 473,958 | 505,696 | (90,430) | 0 | 0 | 979,655 |
| 12/31/2015 | 430,208 | 459,017 | (90,430) | 0 | 0 | 889,225 |
| 12/31/2016 | 386,458 | 412,337 | (90,430) | 0 | 0 | 798,795 |
| 12/31/2017 | 342,708 | 365,657 | (90,430) | 0 | 0 | 708,366 |
| 12/31/2018 | 298,958 | 318,978 | (90,430) | 0 | 0 | 617,936 |
| 12/31/2019 | 255,208 | 272,298 | (90,430) | 0 | 0 | 527,506 |
| 12/31/2020 | 211,458 | 225,618 | (90,430) | 0 | 0 | 437,077 |
| 12/31/2021 | 167,708 | 178,939 | (90,430) | 0 | 0 | 346,647 |
| 12/31/2022 | 123,958 | 132,259 | (90,430) | 0 | 0 | 256,217 |
| 12/31/2023 | 80,208 | 85,579 | (90,430) | 0 | 0 | 165,788 |
| 12/31/2024 | 36,458 | 38,900 | (90,430) | 0 | 0 | 75,358 |
| 12/31/2025 | 0 | 0 | (75,358) | 0 | 0 | 0 |

Notes:

[1] See column [9] in Exhibit BB, p.2.

[3] See column [12] in Exhibit BB, p.2.

# Sterling Savings Association
## Capital Credit Amortization Schedule
($ in thousands)

| | Capital Credit | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Lewis Federal | | Tri-Cities | | Capital Credit | Amortization | | Total |
| Period Ended | Balance [1] | Amortization [2] | Balance [3] | Amortization [4] | Balance [5]=[1]+[3] | Capital Credit [6]=[2]+[4] | Intangibles [7] | Amortization [8]=[6]+[7] |
| 11/5/1985 | 1,750,000 | | | | 1,750,000 | | | 0 |
| 12/31/1985 | 1,742,708 | (7,292) | | | 1,742,708 | (7,292) | (7,685) | (14,977) |
| 12/31/1986 | 1,698,958 | (43,750) | | | 1,698,958 | (43,750) | (46,113) | (89,863) |
| 12/31/1987 | 1,655,208 | (43,750) | | | 1,655,208 | (43,750) | (46,396) | (90,146) |
| 4/8/1998 | | | 11,730,128 | | | | | |
| 12/31/1988 | 1,611,458 | (43,750) | 11,143,622 | (586,506) | 12,755,080 | (630,256) | (157,323) | (787,579) |
| 12/31/1989 | 1,567,708 | (43,750) | 10,361,613 | (782,009) | 11,929,321 | (825,759) | (2,998,590) | (3,824,349) |
| 12/31/1990 | 1,523,958 | (43,750) | 9,579,605 | (782,009) | 11,103,563 | (825,759) | (2,712,254) | (3,538,012) |
| 12/31/1991 | 1,480,208 | (43,750) | 8,797,596 | (782,009) | 10,277,804 | (825,759) | (2,045,875) | (2,871,633) |
| 12/31/1992 | 1,436,458 | (43,750) | 8,015,587 | (782,009) | 9,452,046 | (825,759) | (2,281,825) | (3,107,583) |
| 12/31/1993 | 1,392,708 | (43,750) | 7,233,579 | (782,009) | 8,626,287 | (825,759) | (2,330,112) | (3,155,870) |
| 12/31/1994 | 1,348,958 | (43,750) | 6,451,570 | (782,009) | 7,800,529 | (825,759) | (2,254,585) | (3,080,344) |
| 12/31/1995 | 1,305,208 | (43,750) | 5,669,562 | (782,009) | 6,974,770 | (825,759) | (2,159,734) | (2,985,493) |
| 12/31/1996 | 1,261,458 | (43,750) | 4,887,553 | (782,009) | 6,149,012 | (825,759) | (2,054,036) | (2,879,795) |
| 12/31/1997 | 1,217,708 | (43,750) | 4,105,545 | (782,009) | 5,323,253 | (825,759) | (1,126,283) | (1,952,041) |
| 12/31/1998 | 1,173,958 | (43,750) | 3,323,536 | (782,009) | 4,497,495 | (825,759) | (995,030) | (1,820,788) |
| 12/31/1999 | 1,130,208 | (43,750) | 2,541,528 | (782,009) | 3,671,736 | (825,759) | (848,770) | (1,674,528) |
| 12/31/2000 | 1,086,458 | (43,750) | 1,759,519 | (782,009) | 2,845,978 | (825,759) | (708,443) | (1,534,202) |
| 12/31/2001 | 1,042,708 | (43,750) | 977,511 | (782,009) | 2,020,219 | (825,759) | (194,204) | (1,019,962) |
| 12/31/2002 | 998,958 | (43,750) | 195,502 | (782,009) | 1,194,460 | (825,759) | (194,204) | (1,019,962) |
| 12/31/2003 | 955,208 | (43,750) | 0 | (195,502) | 955,208 | (239,252) | (83,561) | (322,813) |
| 12/31/2004 | 911,458 | (43,750) | | | 911,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2005 | 867,708 | (43,750) | | | 867,708 | (43,750) | (46,680) | (90,430) |
| 12/31/2006 | 823,958 | (43,750) | | | 823,958 | (43,750) | (46,680) | (90,430) |
| 12/31/2007 | 780,208 | (43,750) | | | 780,208 | (43,750) | (46,680) | (90,430) |
| 12/31/2008 | 736,458 | (43,750) | | | 736,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2009 | 692,708 | (43,750) | | | 692,708 | (43,750) | (46,680) | (90,430) |
| 12/31/2010 | 648,958 | (43,750) | | | 648,958 | (43,750) | (46,680) | (90,430) |
| 12/31/2011 | 605,208 | (43,750) | | | 605,208 | (43,750) | (46,680) | (90,430) |
| 12/31/2012 | 561,458 | (43,750) | | | 561,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2013 | 517,708 | (43,750) | | | 517,708 | (43,750) | (46,680) | (90,430) |
| 12/31/2014 | 473,958 | (43,750) | | | 473,958 | (43,750) | (46,680) | (90,430) |
| 12/31/2015 | 430,208 | (43,750) | | | 430,208 | (43,750) | (46,680) | (90,430) |
| 12/31/2016 | 386,458 | (43,750) | | | 386,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2017 | 342,708 | (43,750) | | | 342,708 | (43,750) | (46,680) | (90,430) |
| 12/31/2018 | 298,958 | (43,750) | | | 298,958 | (43,750) | (46,680) | (90,430) |
| 12/31/2019 | 255,208 | (43,750) | | | 255,208 | (43,750) | (46,680) | (90,430) |
| 12/31/2020 | 211,458 | (43,750) | | | 211,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2021 | 167,708 | (43,750) | | | 167,708 | (43,750) | (46,680) | (90,430) |
| 12/31/2022 | 123,958 | (43,750) | | | 123,958 | (43,750) | (46,680) | (90,430) |
| 12/31/2023 | 80,208 | (43,750) | | | 80,208 | (43,750) | (46,680) | (90,430) |
| 12/31/2024 | 36,458 | (43,750) | | | 36,458 | (43,750) | (46,680) | (90,430) |
| 12/31/2025 | 0 | (36,458) | | | 0 | (36,458) | (38,900) | (75,358) |

Notes:
Capital credit balances and amortization of intangibles based on analysis from Sterling Savings' CFO, Dan Byrne.
[2] - Assumed to amortize over 40 years.
[4] - Assumed to amortize over 15 years.

# Sterling Savings Association
# Cost of Replacement Rates, 1989

| I. Sterling Specific Data: | Yield | Estimated Non-Convertible Yield[1] | Source |
|---|---|---|---|
| Preferred Stock: | | | |
| • 1987, Sterling Savings Association cumulative convertible offering | 9.28% | 14.78% | Prospectus (WOL667 0346) |
| • Pulled 1989, Sterling Savings Association non-cumulative convertible offering | 8.5-9.0% | 14.0-14.5% | Blue-Top |
| • 1994, Sterling Financial Corporation cumulative convertible offering | 7.54% | 13.04% | Prospectus |
| Debt Instruments: | | | |
| • 1993, Sterling Financial Corporation subordinated notes | 8.75% | | Prospectus |
| Regulators' comments on Sterling's discount rate assumption | 12% is too low | | OTS Exam Letter (SG 0052686, SG 0052686) |
| **II. Market Data:** | | | |
| Preferred Stock: | | | |
| • 1989-1991 issues of preferred stock by Thrifts – very few non-investment grade offerings | 35.5% (median) | | American Banker, Dow Jones Interactive, Securities Data Company |
| Debt Instruments: | | | |
| • Thrift high yield debt offerings, 1990 – one offering | 12.625% | | Securities Data Company |
| • Other high yield debt offerings, December 1989 | 14.76% for B<br>21.76% for CCC | | Merrill Lynch High Yield Bond Indices |

[1] The estimated premium for non-convertibility is assumed to be 5.50% based on an expert report by Jean-Luc Servat in Coast Federal Bank, F.S.B. v. the United States.

Updated Report – December 10, 2003

**Exhibit CC**
**Updated**

# Merrill Lynch High-Yield Bond Indices
## September 1988 - December 1990

Source: Merrill Lynch




Updated Report – December 10, 2003

**Exhibit DD, Page 1**
**Updated**

# Merrill Lynch High-Yield Bond Indices
# Historical Yields
# September 1988 – December 1990

Source: Merrill Lynch

| Index Date | High Yield Master II (H0A0) | High Yield Master Cash Pay Only (J0A0) | BB | B | CCC |
|---|---|---|---|---|---|
| Sep-88 | 13.19% | 13.02% | 11.41% | 13.45% | 15.87% |
| Oct-88 | 13.13% | 12.93% | 11.33% | 13.37% | 15.64% |
| Nov-88 | 13.28% | 13.08% | 11.43% | 13.31% | 16.25% |
| Dec-88 | 13.39% | 13.19% | 11.57% | 13.29% | 16.78% |
| Jan-89 | 13.43% | 13.23% | 11.57% | 13.30% | 16.49% |
| Feb-89 | 13.58% | 13.37% | 11.74% | 13.36% | 16.54% |
| Mar-89 | 13.76% | 13.53% | 11.76% | 13.71% | 16.88% |
| Apr-89 | 13.83% | 13.56% | 11.78% | 13.88% | 17.00% |
| May-89 | 13.69% | 13.42% | 11.61% | 13.78% | 16.73% |
| Jun-89 | 13.65% | 13.38% | 11.29% | 13.64% | 17.00% |
| Jul-89 | 13.79% | 13.54% | 11.24% | 13.80% | 17.85% |
| Aug-89 | 13.86% | 13.52% | 11.18% | 13.89% | 17.95% |
| Sep-89 | 14.17% | 13.87% | 11.25% | 14.27% | 19.16% |
| Oct-89 | 14.59% | 14.21% | 11.31% | 14.73% | 19.87% |
| Nov-89 | 14.67% | 14.28% | 11.36% | 14.84% | 20.27% |
| Dec-89 | 14.79% | 14.38% | 11.39% | 14.76% | 21.76% |
| Jan-90 | 15.19% | 14.69% | 11.65% | 15.32% | 21.66% |
| Feb-90 | 15.66% | 15.15% | 11.94% | 15.89% | 22.28% |
| Mar-90 | 15.68% | 15.18% | 11.93% | 15.89% | 22.90% |
| Apr-90 | 15.82% | 15.33% | 12.08% | 16.01% | 22.97% |
| May-90 | 15.77% | 15.11% | 11.97% | 15.70% | 22.74% |
| Jun-90 | 15.40% | 14.76% | 11.73% | 15.31% | 23.16% |
| Jul-90 | 15.49% | 14.94% | 11.64% | 15.28% | 24.33% |
| Aug-90 | 16.54% | 15.95% | 12.01% | 16.39% | 26.90% |
| Sep-90 | 17.52% | 17.04% | 12.49% | 17.94% | 29.34% |
| Oct-90 | 18.15% | 17.66% | 13.49% | 18.46% | 30.93% |
| Nov-90 | 17.99% | 17.58% | 13.64% | 18.28% | 29.39% |
| Dec-90 | 17.89% | 17.40% | 13.45% | 18.10% | 28.90% |

# Dividend Yields as of December 1989 for Preferred Securities Issued by Thrifts in the American Banker "Top 25" Thrift Index*

Sources: American Banker, Dow Jones Interactive, Securities Data Company

| Institution | Type of Security | Promised Dividend [a] | Closing Price [b] | Dividend Yield [c]=[a]/[b] | Date of Price | Exchange |
|---|---|---|---|---|---|---|
| Atlantic Financial Federal | Convertible Preferred | $1.05 | $0.31 | 336.00% | 12/29/1989 | NSDQ |
| CityFed Financial Corp. | Convertible Preferred | $2.10 | $0.25 | 840.00% | 12/29/1989 | NSDQ |
| Columbia S&L Assn. | Convertible Preferred | $0.01 | $2.50 | 0.40% | 12/29/1989 | NYSE |
| Crossland Savings FSB | Convertible Preferred | $1.81 | $6.00 | 30.20% | 12/29/1989 | NYSE |
| Crossland Savings FSB | Preferred B | $12.75 | $31.25 | 40.80% | 12/29/1989 | NYSE |
| Northeast Savings F.A. | Convertible Preferred | $2.25 | $9.75 | 23.08% | 12/29/1989 | NYSE |

**Average Dividend Yield:** 211.75%

**Median Dividend Yield:** 35.50%

* This index was obtained from the American Banker Top 25 Thrift Index published in its December 26, 1989 issue, and contains both thrifts and thrift holding companies. The institutions in this sample are chosen based on their market value.

**App. 696**

# Sterling Savings Association
## Average Cost of Funds

Source: Sheshunoff and FHLBB Thrift Financial Reports

| Year | | Average Cost of Funds |
|---|---|---|
| 1984 | | 10.01% |
| 1985 | | 8.76% |
| 1986 | | 7.61% |
| 1987 | | 6.98% |
| 1988 | | 7.43% |
| 1989 | | 8.65% |
| 1990 | | 7.62% |
| 1991 | | 6.98% |
| 1992 | | 5.17% |
| 1993 | | 4.20% |
| 1994 | | 4.35% |
| 1995 | | 5.44% |
| 1996 | | 5.23% |
| 1997 | | 5.26% |
| 1998 | | 4.76% |
| 1999 | | 4.21% |
| 2000 | | 4.86% |
| **Pre-Breach Averages:** | | |
| | 1984 - 1989 | 8.24% |
| | 1986 - 1989 | 7.67% |
| **Post-Breach Averages:** | | |
| | 1990 - 2000 | 5.28% |
| | 1997 - 2000 | 4.77% |

Updated Report – December 10, 2003

Exhibit FF, Page 1
Updated

# Sterling Savings Association COF Analysis
## 1984 - 1989

Source: FHLBB Thrift Financial Reports
(Dollars in thousands)

| | Expenses † | | | Liabilities † | | | | Cost of Funds |
|---|---|---|---|---|---|---|---|---|
| Year End | Deposit Expense [a] | Borrowing Expense [b] | Interest Expense, Total [c]=[a]+[b] | Total Deposits [d] | Other Borrowings [e] | Total Year-End Liabilities [f]=[d]+[e] | Average Liabilities [g] | [h]=[c]/[g] |
| Dec-83 | | | | $ 53,688 | $ 5,818 | $ 59,506 | | |
| 1983 | | | | $ 53,688 | $ 5,818 | $ 59,506 | | |
| Mar-84 | $ 1,438 | $ 148 | $ 1,586 | $ 65,642 | $ 4,513 | $ 70,155 | $ 64,830 | |
| Jun-84 | $ 1,612 | $ 220 | $ 1,832 | $ 71,561 | $ 12,563 | $ 84,124 | $ 77,140 | |
| Sep-84 | $ 1,851 | $ 371 | $ 2,222 | $ 75,590 | $ 12,463 | $ 88,053 | $ 86,089 | |
| Dec-84 | $ 2,111 | $ 367 | $ 2,478 | $ 78,031 | $ 25,754 | $ 103,785 | $ 95,919 | |
| 1984 | $ 7,012 | $ 1,106 | $ 8,118 | $ 78,031 | $ 25,754 | $ 103,785 | $ 81,125 | 10.01% |
| Mar-85 | $ 2,079 | $ 359 | $ 2,438 | $ 92,194 | $ 15,584 | $ 107,778 | $ 105,782 | |
| Jun-85 | $ 2,105 | $ 414 | $ 2,519 | $ 88,205 | $ 17,928 | $ 106,133 | $ 106,956 | |
| Sep-85 | $ 1,968 | $ 378 | $ 2,346 | $ 96,292 | $ 18,096 | $ 114,388 | $ 110,261 | |
| Dec-85 | $ 2,616 | $ 440 | $ 3,056 | $ 134,518 | $ 24,428 | $ 158,946 | $ 136,667 | |
| 1985 | $ 8,768 | $ 1,591 | $ 10,359 | $ 134,518 | $ 24,428 | $ 158,946 | $ 118,206 | 8.76% |
| Mar-86 | $ 2,723 | $ 588 | $ 3,311 | $ 145,374 | $ 32,435 | $ 177,809 | $ 168,378 | |
| Jun-86 | $ 2,787 | $ 701 | $ 3,488 | $ 142,078 | $ 29,623 | $ 171,701 | $ 174,755 | |
| Sep-86 | $ 2,693 | $ 659 | $ 3,352 | $ 143,346 | $ 37,252 | $ 180,598 | $ 176,150 | |
| Dec-86 | $ 2,586 | $ 703 | $ 3,289 | $ 153,592 | $ 40,901 | $ 194,493 | $ 187,546 | |
| 1986 | $ 10,789 | $ 2,651 | $ 13,440 | $ 153,592 | $ 40,901 | $ 194,493 | $ 176,709 | 7.61% |
| Mar-87 | $ 2,653 | $ 763 | $ 3,416 | $ 161,383 | $ 43,421 | $ 204,804 | $ 199,649 | |
| Jun-87 | $ 2,723 | $ 924 | $ 3,647 | $ 170,755 | $ 47,665 | $ 218,420 | $ 211,612 | |
| Sep-87 | $ 3,004 | $ 978 | $ 3,982 | $ 179,858 | $ 51,341 | $ 231,199 | $ 224,810 | |
| Dec-87 | $ 3,216 | $ 1,379 | $ 4,595 | $ 186,116 | $ 84,605 | $ 270,721 | $ 250,960 | |
| 1987 | $ 11,596 | $ 4,044 | $ 15,640 | $ 186,116 | $ 84,605 | $ 270,721 | $ 223,927 | 6.98% |
| Mar-88 | $ 3,807 | $ 1,397 | $ 5,204 | $ 233,765 | $ 57,159 | $ 290,924 | $ 280,823 | |
| Jun-88 | $ 4,926 | $ 1,440 | $ 6,366 | $ 305,354 | $ 98,802 | $ 404,156 | $ 347,540 | |
| Sep-88 | $ 5,425 | $ 2,093 | $ 7,518 | $ 315,682 | $ 96,731 | $ 412,413 | $ 408,285 | |
| Dec-88 | $ 5,788 | $ 2,252 | $ 8,040 | $ 316,638 | $ 129,616 | $ 446,254 | $ 429,334 | |
| 1988 | $ 19,946 | $ 7,182 | $ 27,128 | $ 316,638 | $ 129,616 | $ 446,254 | $ 364,894 | 7.43% |
| Mar-89 | $ 9,579 | $ 3,601 | $ 13,180 | $ 527,515 | $ 171,926 | $ 699,441 | $ 572,848 | |
| Jun-89 | $ 10,244 | $ 4,147 | $ 14,391 | $ 519,069 | $ 189,362 | $ 708,431 | $ 703,936 | |
| Sep-89 | $ 10,210 | $ 4,391 | $ 14,601 | $ 510,409 | $ 173,688 | $ 684,097 | $ 696,264 | |
| Dec-89 | $ 9,997 | $ 3,722 | $ 13,719 | $ 523,081 | $ 167,678 | $ 690,759 | $ 687,428 | |
| 1989 | $ 40,030 | $ 15,861 | $ 55,891 | $ 523,081 | $ 167,678 | $ 690,759 | $ 645,796 | 8.65% |

# Sterling Savings Association COF Analysis
## 1984 - 1989

Source: FHLBB Thrift Financial Reports
(Dollars in thousands)

[a] Deposit expense equals all interest paid on all deposit accounts (E150) (not including escrow accounts) LESS penalties on early withdrawal of deposits (E160).

[b] Borrowing expense equals all interest paid on advances from FHLBank (E180), subordinated debentures (E190), mortgage-backed bonds (E200), other borrowed money (E210), and amortization of deferred losses on futures/options hedging liabilities (E130) LESS amortization of deferred gains on futures/options hedging liabilities (D130) and matched interest-rate swaps (D138).

[g] Quarter average liabilities = average of the liabilities of the current and the last quarter.
Annual average liabilities = average of the liabilities of the previous 5 quarters.

# Sterling Savings Association COF Analysis

## 1990 - 2000

Source: Sheshunoff
(Dollars in thousands)

| | Expenses | | | | Liabilities | | | | | | Cost of Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year End | Interest Expense, Total [a] | Interest on Escrows * [b] | Capitalized Interest [c] | Total Expenses [d]=[a]-[b]+[c] | Total Deposits [e] | Unamortized Yield Adjustments on Deposits [f] | Advances from FHLBank [g] | Other Borrowings [h] | Total Year-End Liabilities [i]=[e]+[f]+[g]+[h] | Average Liabilities [j] | [k]=[d]/[j] |
| 1990 - pre-Mar-96 TFR Line item | SO21 | SO266 | SO271 | | SC710 | SC715 | SC720 | SC73 | | | |
| Mar-96 TFR Line item | SO21 | SO266 | SO271 | | SC710 | SC715 | SC720 | SC73 | | | |
| June -96 & post-June-96 TFR Line item | SO21 | SO266 | SO271 | | SC710 | SC715 | SC720 | SC72-SC720 | | | |
| Dec-89 | | | | | $ 523,081 | | | $ 167,678 | $ 690,759 | | |
| 1989 | | | | | $ 523,081 | - | - | $ 167,678 | $ 690,759 | | |
| Mar-90 | $ 13,280 | | - | $ 13,280 | $ 512,759 | $ 674 | $ 98,656 | $ 67,522 | $ 679,511 | $ 685,135 | |
| Jun-90 | $ 12,652 | | - | $ 12,652 | $ 483,581 | $ 543 | $ 112,976 | $ 76,581 | $ 673,681 | $ 676,596 | |
| Sep-90 | $ 12,490 | | - | $ 12,490 | $ 473,272 | $ 504 | $ 119,899 | $ 72,216 | $ 665,890 | $ 669,686 | |
| Dec-90 | $ 12,975 | | - | $ 12,975 | $ 487,896 | $ 459 | $ 107,723 | $ 67,930 | $ 664,008 | $ 664,849 | |
| 1990 | $ 51,397 | - | - | $ 51,397 | $ 487,896 | $ 459 | $ 107,723 | $ 67,930 | $ 664,008 | $ 674,730 | 7.62% |
| Mar-91 | $ 11,587 | | - | $ 11,587 | $ 481,917 | $ 421 | $ 89,747 | $ 28,710 | $ 610,795 | $ 637,402 | |
| Jun-91 | $ 10,834 | | - | $ 10,834 | $ 492,372 | $ 382 | $ 78,971 | $ 19,637 | $ 591,362 | $ 601,079 | |
| Sep-91 | $ 10,245 | | - | $ 10,245 | $ 494,974 | $ 346 | $ 78,192 | $ 414 | $ 573,925 | $ 582,644 | |
| Dec-91 | $ 9,398 | | - | $ 9,398 | $ 482,243 | $ 312 | $ 90,213 | $ 403 | $ 573,171 | $ 573,548 | |
| 1991 | $ 42,064 | - | - | $ 42,064 | $ 482,243 | $ 312 | $ 90,213 | $ 403 | $ 573,171 | $ 602,852 | 6.98% |
| Mar-92 | $ 8,301 | | - | $ 8,301 | $ 487,408 | $ 279 | $ 102,838 | $ 382 | $ 590,912 | $ 582,042 | |
| Jun-92 | $ 8,128 | | - | $ 8,128 | $ 510,104 | $ 371 | $ 86,233 | $ 382 | $ 597,090 | $ 594,001 | |
| Sep-92 | $ 7,709 | | - | $ 7,709 | $ 513,665 | $ 328 | $ 98,782 | $ 3,678 | $ 616,453 | $ 606,772 | |
| Dec-92 | $ 7,006 | | - | $ 7,006 | $ 545,318 | $ 285 | $ 88,529 | $ 359 | $ 634,491 | $ 625,472 | |
| 1992 | $ 31,144 | - | - | $ 31,144 | $ 545,318 | $ 285 | $ 88,529 | $ 359 | $ 634,491 | $ 602,423 | 5.17% |
| Mar-93 | $ 7,591 | | - | $ 7,591 | $ 553,898 | $ 241 | $ 184,777 | $ 73,156 | $ 812,072 | $ 723,282 | |
| Jun-93 | $ 9,341 | | - | $ 9,341 | $ 583,732 | $ 195 | $ 295,995 | $ 80,498 | $ 960,420 | $ 886,246 | |
| Sep-93 | $ 9,992 | | $ 12 | $ 10,004 | $ 584,143 | $ 167 | $ 331,323 | $ 60,754 | $ 976,387 | $ 968,404 | |
| Dec-93 | $ 10,277 | | $ 16 | $ 10,293 | $ 606,660 | $ 139 | $ 321,311 | $ 124,963 | $ 1,053,073 | $ 1,014,730 | |
| 1993 | $ 37,201 | - | $ 28 | $ 37,229 | $ 606,660 | $ 139 | $ 321,311 | $ 124,963 | $ 1,053,073 | $ 887,289 | 4.20% |
| Mar-94 | $ 10,489 | | $ 27 | $ 10,516 | $ 648,520 | $ 110 | $ 330,048 | $ 132,700 | $ 1,111,378 | $ 1,082,226 | |
| Jun-94 | $ 12,161 | | $ 39 | $ 12,200 | $ 815,274 | $ 82 | $ 364,985 | $ 81,852 | $ 1,262,193 | $ 1,186,786 | |
| Sep-94 | $ 14,787 | | $ 95 | $ 14,882 | $ 881,231 | $ 68 | $ 428,702 | $ 66,923 | $ 1,374,924 | $ 1,318,559 | |
| Dec-94 | $ 17,249 | | - | $ 17,249 | $ 906,625 | $ 54 | $ 467,065 | $ 121,819 | $ 1,495,563 | $ 1,435,244 | |
| 1994 | $ 54,686 | - | $ 161 | $ 54,847 | $ 906,625 | $ 54 | $ 467,065 | $ 121,819 | $ 1,495,563 | $ 1,259,426 | 4.35% |
| Mar-95 | $ 18,793 | | - | $ 18,793 | $ 884,152 | $ 40 | $ 431,856 | $ 132,368 | $ 1,448,416 | $ 1,471,991 | |
| Jun-95 | $ 19,551 | | - | $ 19,551 | $ 901,646 | $ 26 | $ 363,898 | $ 150,058 | $ 1,415,628 | $ 1,432,023 | |
| Sep-95 | $ 20,001 | | - | $ 20,001 | $ 897,156 | $ 19 | $ 366,881 | $ 163,281 | $ 1,427,337 | $ 1,421,483 | |
| Dec-95 | $ 19,744 | | - | $ 19,744 | $ 896,865 | $ 13 | $ 345,101 | $ 148,403 | $ 1,390,382 | $ 1,408,860 | |
| 1995 | $ 78,089 | - | - | $ 78,089 | $ 896,865 | $ 13 | $ 345,101 | $ 148,403 | $ 1,390,382 | $ 1,435,466 | 5.44% |
| Mar-96 | $ 18,367 | $ 17 | - | $ 18,350 | $ 896,456 | $ 6 | $ 342,661 | $ 143,881 | $ 1,383,004 | $ 1,386,693 | |
| Jun-96 | $ 17,925 | $ 1 | - | $ 17,924 | $ 906,298 | - | $ 259,410 | $ 206,201 | $ 1,371,909 | $ 1,377,457 | |
| Sep-96 | $ 18,155 | $ 1 | - | $ 18,154 | $ 907,346 | - | $ 284,053 | $ 214,363 | $ 1,405,762 | $ 1,388,836 | |
| Dec-96 | $ 18,374 | $ 5 | - | $ 18,369 | $ 909,276 | - | $ 259,475 | $ 244,352 | $ 1,413,103 | $ 1,409,433 | |
| 1996 | $ 72,821 | $ 24 | - | $ 72,797 | $ 909,276 | - | $ 259,475 | $ 244,352 | $ 1,413,103 | $ 1,392,832 | 5.23% |
| Mar-97 | $ 18,101 | - | - | $ 18,101 | $ 942,416 | - | $ 281,663 | $ 198,360 | $ 1,432,439 | $ 1,422,771 | |
| Jun-97 | $ 19,075 | - | - | $ 19,075 | $ 971,427 | - | $ 374,744 | $ 182,803 | $ 1,528,974 | $ 1,480,707 | |
| Sep-97 | $ 21,978 | - | - | $ 21,978 | $ 1,010,217 | - | $ 364,883 | $ 324,656 | $ 1,699,756 | $ 1,614,365 | |
| Dec-97 | $ 22,642 | $ 5 | - | $ 22,637 | $ 1,047,863 | - | $ 455,024 | $ 201,387 | $ 1,704,274 | $ 1,702,015 | |
| 1997 | $ 81,796 | $ 5 | - | $ 81,791 | $ 1,047,863 | - | $ 455,024 | $ 201,387 | $ 1,704,274 | $ 1,565,709 | 5.26% |
| Mar-98 | $ 21,610 | $ 1 | - | $ 21,609 | $ 1,034,001 | - | $ 430,157 | $ 246,807 | $ 1,710,965 | $ 1,707,620 | |
| Jun-98 | $ 22,362 | $ 1 | - | $ 22,361 | $ 1,534,608 | - | $ 266,333 | $ 54,907 | $ 1,855,848 | $ 1,783,407 | |
| Sep-98 | $ 21,301 | - | - | $ 21,301 | $ 1,534,018 | - | $ 201,295 | $ 117,202 | $ 1,852,515 | $ 1,854,182 | |
| Dec-98 | $ 22,268 | $ 1 | - | $ 22,267 | $ 1,563,343 | - | $ 319,526 | $ 196,720 | $ 2,079,589 | $ 1,966,052 | |
| 1998 | $ 87,541 | $ 3 | - | $ 87,538 | $ 1,563,343 | | $ 319,526 | $ 196,720 | $ 2,079,589 | $ 1,840,838 | 4.76% |
| Mar-99 | $ 21,648 | - | - | $ 21,648 | $ 1,577,472 | - | $ 337,442 | $ 197,933 | $ 2,112,847 | $ 2,096,218 | |
| Jun-99 | $ 22,374 | - | - | $ 22,374 | $ 1,623,296 | - | $ 443,237 | $ 197,331 | $ 2,263,864 | $ 2,188,356 | |
| Sep-99 | $ 23,638 | - | - | $ 23,639 | $ 1,624,477 | - | $ 443,445 | $ 196,883 | $ 2,264,805 | $ 2,264,336 | |
| Dec-99 | $ 25,264 | - | - | $ 25,264 | $ 1,629,234 | - | $ 490,503 | $ 182,693 | $ 2,302,430 | $ 2,283,618 | |
| 1999 | $ 92,925 | - | - | $ 92,925 | $ 1,629,234 | - | $ 490,503 | $ 182,693 | $ 2,302,430 | $ 2,204,707 | 4.21% |
| Mar-00 | $ 26,020 | - | - | $ 26,020 | $ 1,680,976 | - | $ 497,482 | $ 181,558 | $ 2,360,016 | $ 2,331,223 | |
| Jun-00 | $ 28,117 | - | - | $ 28,117 | $ 1,663,413 | - | $ 550,025 | $ 186,776 | $ 2,400,214 | $ 2,380,115 | |
| Sep-00 | $ 29,982 | - | - | $ 29,982 | $ 1,696,475 | - | $ 540,995 | $ 186,297 | $ 2,423,767 | $ 2,411,991 | |
| Dec-00 | $ 31,396 | - | - | $ 31,396 | $ 1,743,296 | - | $ 530,652 | $ 114,668 | $ 2,388,616 | $ 2,406,192 | |
| 2000 | $ 115,515 | - | - | $ 115,515 | $ 1,743,296 | - | $ 530,652 | $ 114,668 | $ 2,388,616 | $ 2,375,009 | 4.86% |

* Interest on Escrows not included in interest expense prior to 1996.
[j] Quarter average liabilities = average of the liabilities of the current and the last quarter.
Annual average liabilities = average of the liabilities of the previous 5 quarters.

# Sterling Savings Association
## Cost of Replacement Rates, 2000

| I. Sterling Specific Data: | Yield | Source |
|---|---|---|
| Preferred Stock: | | |
| • Sterling Capital Trust I (callable), December 2000 publicly traded, 9.50% Pfd (BB-) | 9.78% | Bloomberg |
| Debt Instruments: | | |
| • Sterling Financial Corporation, December 2000 floating rate note due 2006 | 9.08% | Bloomberg |
| II. Market Data: | | |
| Preferred Stock: | | |
| • January-December 2000 offerings by industry peers: -non-cumulative non-convertible preferred | 9.66% | Securities Data Company |

Updated Report – December 10, 2003

Exhibit GG
Updated