IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,** | ) | **NO. 95-829 C** |
| **Plaintiffs,** | ) | **(Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**STERLING'S MOTION TO STRIKE THE GOVERNMENT'S UNDISCLOSED WITNESSES**

COME NOW, the Plaintiffs and, pursuant to Rules 8(b)(1) and 78.2(d) of the United States Court of Federal Claims, and submit this "Motion to Strike the Government's Undisclosed Witnesses." The Plaintiffs request an Order striking the Government's undisclosed witnesses, David Kroeger and John W. Stone and expert W. Barefoot Bankhead, and further striking the new reports of witnesses Joe A. Hargett and William G. Hamm. This motion is supported by the Memorandum in Support of Motion to Strike filed herewith, the Appendix, and the files herein.

Respectfully submitted this 2nd day of March, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 2, 2007, a copy of the foregoing **STERLING'S MOTION TO STRIKE THE GOVERNMENT'S UNDISCLOSED WITNESSES** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff