# APPENDIX TO DEFENDANT'S OPPOSITION TO STERLING'S MOTION TO STRIKE THE GOVERNMENT'S UNDISCLOSED WITNESSES

## APPENDIX TABLE OF CONTENTS

DEFENDANT'S INITIAL WITNESS LIST, DECEMBER 13, 2006 . . . . . . . . . . . . . . . . App. 1

UPDATE TO THE EXPERT REPORT OF DR. PAUL HORVITZ, DATED DECEMBER 11, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . App. 17

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 95-829C<br>(Judge Wheeler) |

**DEFENDANT'S INITIAL WITNESS LIST**

Pursuant to the Court's order dated September 27, 2006, defendant, the United States, hereby provides the following list of witnesses, "indicating the name and address for each witness, a brief summary of the subjects on which the witness is expected to testify, and the estimated time of direct testimony." We reserve the right to revise or supplement both lists as permitted by the Rules for the United States Court of Federal Claims and any subsequent orders issued by the Court. In particular, we reserve the right to omit witnesses at trial should their testimony become unnecessary, and to call any witness necessary to lay the foundation for the admissibility of any exhibit. In addition to the topics listed below, each witness may additionally testify upon any topics that were the subjects of their prior testimony (or future expert reports), including affidavits and depositions, regarding any exhibit presented at trial by the parties, and in rebuttal of the testimony offered by plaintiff at trial.

The United States may call the following witnesses at trial:

1. Mukesh Bajaj
Managing Director
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608

Dr. Bajaj is the managing director of the finance and damages practice at LECG, LLC, an international consulting firm specializing in economics and financial analysis, expert testimony, litigation support and strategic management consulting. He is a graduate of the University of California, Berkeley, with a Ph.D. in Finance. His other credentials are described in his expert report. Dr. Bajaj will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 6 hours

2. Thomas M. Beil

Mr. Beil is a former assistant vice president for commercial banking at Sterling Savings Association ("Sterling"). He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

3. Scott A. Bradley
   Office of Thrift Supervision
   101 Stewart St.
   Suite 1010
   Seattle, WA 98101

Mr. Bradley is an examiner in the Seattle District of the Office of Thrift Supervision ("OTS"). He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He may testify regarding the operations and performance of Sterling, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

4. Daniel G. Byrne
   111 N. Wall Street
   Spokane, WA. 99201

Mr. Byrne is the chief financial officer of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal Savings and Loan Association ("Lewis Federal") and Tri-Cities Savings and Loan Association ("Tri-Cities") by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

5. Darrel W. Dochow
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Dochow is an Assistant Regional Director in the Seattle office of the west region of OTS. He exercised supervisory and examination responsibility with respect to Sterling from the early 1990s to approximately 2003, and was a supervisor in the Washington office of the Federal Home Loan Bank Board when the Tri-Cities acquisition was completed. He may testify regarding the Tri-Cities acquisition, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

6. Gary D. Crithfield
Spokane, WA.

Mr. Crithfield is a former loan officer with a subsidiary of Sterling known as Intervest. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

7. Andrew Adgate Duer
700 5th Avenue
48th Floor
Seattle, WA

Mr. Duer is an investment banker who provided investment banking services and advice to Sterling in connection with Sterling's 1991 public offering. He may testify with respect to the circumstances surrounding the 1991 public offering.

Estimated direct examination: 1 hour

8. William Durbin
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Durbin is a former Regional Director in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

9. James R. Faulstich
8101 S.E. 48th St.
Mercer Island, WA 98040

Mr. Faulstich is a former supervisory agent for the Federal Home Loan Bank Board and President of the Federal Home Loan Bank of Seattle. He had supervisory responsibility with respect to Sterling's acquisitions of Lewis Federal and Tri-Cities, and may testify with respect to

Government policy regarding the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

10. Carol Friend
Evertrust Bank
2707 Colby Avenue
Everett, WA 98201-3564

Ms. Friend is a former Assistant Director in the Seattle District of the OTS. She had supervisory authority for Sterling prior to the enactment of FIRREA and in the early 1990s. She may testify regarding Sterling's acquisition of Tri-Cities, Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

11. Harold B. Gilkey
111 N. Wall Street
Spokane, WA. 99201

Mr. Gilkey is the chief executive officer and chairman of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal and Tri-Cities by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

12. William G. Hamm
    Managing Director
    LECG
    2000 Powell Street
    Suite 600
    Emeryville, CA 94608

Dr. Hamm is a managing director of LECG, LLC. He is a former thrift officer and thrift regulator, and is a graduate of the University of Michigan with a Ph.D. in Economics. His other credentials are described in his expert report. Dr. Hamm will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 4 hours

13. Joe A. Hargett
    Director
    Navigant Consulting, Inc.
    1801 K Street, N.W.
    Suite 500
    Washington, DC 20006

Mr. Hargett is a Director of Navigant Consulting, Inc., a firm providing advisory services in finance and accounting to businesses and individuals, as well as a certified public accountant. His other credentials are described in his expert report. Mr. Hargett will provide opinion testimony concerning damages claims made by plaintiff in this case, as described in his

expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 4 hours

14. John M. Harlow

Mr. Harlow is the president of Intervest, a subsidiary Sterling. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

15. Dwight J. Haskins
Federal Deposit Insurance Corporation
550 17th St., N.W.
Washington, D.C. 20429

Mr. Haskins is a former examiner-in-charge in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s and early 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

16. Edwin C. Hedlund
    Washington Federal
    425 Pike Street
    Seattle, WA 98101

Mr. Hedlund is a former Assistant Regional Director in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

17. Hilton C. Hewitt
    27421 Compostela
    Mission Viejo, CA

Mr. Hewitt is a former supervisory agent in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He may testify about Sterling's acquisitions of Lewis Federal and Tri-Cities, regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

Case 1:95-cv-00829-TCW Document 213 Filed 12/13/2006 Page 10 of 16

18. Bruce I. Hickok
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Hickok is an examiner in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

19. Daniel F. King
3116 164th St., S.W.
Apt. 309
Lynnwood, WA.

Mr. King is a former officer of Sterling Savings in the area of business lending. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

20. David Kroeger
12039 Greenwood Avenue
Seattle, WA 98133

Mr. Kroeger is a former Field Office Supervisor with the Seattle office of the Federal Deposit Insurance Corporation ("FDIC"). He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, FDIC's

response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

21. Patricia A. McJoynt
2340 Commonwealth Park North
Bexley, OH 43209

Ms. McJoynt is a former Senior Vice President with the Federal Home Loan Bank of Seattle and Assistant Regional Director with OTS. She was involved in the bidding and negotiation process with respect to Sterling's acquisition of Tri-Cities in 1988. She may testify regarding the Tri-Cities acquisition and Government policy with respect to the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

22. Cajer Neely
601 Main Street
Suite 917
Spokane, WA.

Mr. Neely is a former vice president for commercial banking at Sterling. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

23. John W. Potthast
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA. 98101

Mr. Potthast is an examiner in the Seattle District of OTS. He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

24. Peter O. Stearns
Chicago, IL

Mr. Stearns is a former director of the Federal Savings and Loan Insurance Corporation. He was involved with the approval of Sterling's acquisition of Lewis Federal Savings and Loan in 1985. He may testify regarding the Lewis Federal acquisition and Government policy with respect to the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

25. John W. Stone
1307 Deerfield Lane
Lady Lake, Florida 32162

Mr. Stone is a former Associate Director with the Washington office of the FDIC. He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the

effect of FIRREA upon Sterling, Sterling's response to FIRREA, FDIC's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

26. Richard Jay Tejera
999 Third Avenue
Suite 4300
Seattle, WA

Mr. Tejera was a research analyst with Dain Rauscher Wessels in Seattle, Washington. He has served as a research analyst with respect to certain public offerings that occurred in 1989 and the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, public offerings by Sterling, and actual and potential acquisitions.

Estimated direct examination: 1 hour

27. J. David Welch
60 South Sixth Street
Minneapolis, MN

Mr. Welch is a managing director with Dain Rauscher Wessels in Minneapolis, Minnesota. He has served as an investment banker to Sterling with respect to certain public offerings that occurred in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, public offerings by Sterling, and actual and potential acquisitions.

Estimated direct examination: 1 hour

28. William W. Zuppe
111 N. Wall Street
Spokane, WA. 99201

Mr. Zuppe is the president of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the acquisitions of Lewis Federal and Tri-Cities by Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

Defendant reserves the right to call in its case-in-chief any witnesses listed on plaintiff's witness list. We also reserve the right to call any witness identified by the plaintiffs in their witness list that may later be withdrawn before trial.

Defendant also reserves the right to call any rebuttal witnesses and any witness necessary to lay the foundation for the admissibility of trial exhibits if plaintiff does not stipulate to the admissibility of those exhibits. Should any witness be unable to testify in person due to some infirmity or otherwise, we reserve the right to seek the Court's permission for leave to present that individual's testimony at trial, where appropriate, by video-teleconferencing, or, alternatively, where warranted, by the introduction of deposition testimony in accordance with the Court's rules and procedural orders.

At this time, we are unaware of any witnesses for the defendant who are deceased, unable to testify, or unable to travel for reasons of health.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
DELISA SANCHEZ
MELINDA HART

December 13, 2006

CERTIFICATE OF FILING

I hereby certify that on December 13, 2006, a copy of foregoing "DEFENDANT'S INITIAL WITNESS LIST," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION,<br>a state-chartered savings association,<br>STERLING FINANCIAL CORPORATION,<br>a Washington corporation<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Court No. 95-829-C<br>Judge Wheeler |

**UPDATE TO THE EXPERT REPORT OF PAUL HORVITZ**
**DECEMBER 11, 2006**

## I. Assignment and Conclusion

This Report (including the Exhibits) is an update to a report that I previously prepared in this case in February 2004. I was asked by Sterling's counsel to update my expectation damages calculation to incorporate findings by Judge Wheeler and to account for the passage of time. In an opinion dated August 30, 2006, Judge Wheeler ruled that the "...Agreement relating to Central Evergreen shifted to Sterling the risk of regulatory changes, such as FIRREA. Therefore, the Government did not breach the Agreement with Sterling through the enactment of FIRREA."[1] For purposes of my Report and damages calculation I have therefore assumed that the supervisory capital created in the Central Evergreen acquisition will be subject to any limitations imposed by FIRREA.

[1] Opinion of Judge Wheeler, *Sterling Savings Association v. The United States*, August 30, 2006, p. 12.

My updated determination of Sterling's expectation damages is that they total $63.361 million.

## II. Elements of Expectation Damages

### *A. Lost Earnings on Foregone Assets*

To update my calculations I have relied on additional documents and data provided to me by the attorneys and Sterling since the filing of my last Report. These are primarily financial statements from 2003 though 2006. I have created an addendum to Exhibit 2 of my previous Report listing the additional materials supplied to me. Exhibit 3 is unchanged from my previous Report. Exhibit 4 and Exhibit 5 present financial information for Sterling and have been extended through September 2006 – the latest period for which I have financial statements.

Exhibit 6 incorporates the ruling of Judge Wheeler. Tables 4a, 4b, and 4c of Exhibit 6 have been restructured or added to present the amount of supervisory intangibles that could have been included in Sterling's core capital but-for the breach. Table 4a is a summary of the goodwill and intangibles of Sterling but-for the breach of the Lewis Federal and Tri-Cities contracts. Table 4b presents the goodwill amounts related to the Central Evergreen acquisition.[2] Since the Central Evergreen acquisition was supervisory in nature, the goodwill from the acquisition is subject to the supervisory goodwill phase-out limitations of FIRREA. The phase-out provisions of FIRREA allowed supervisory goodwill to count to a limited degree toward core-capital until January 1, 1995. This table calculates how much of the supervisory goodwill from Central Evergreen could count in Sterling's core capital over time. Table 4c presents the identified intangibles related to the Central Evergreen acquisition. These intangibles were allowed under provisions of FIRREA to also count toward core capital to a limited degree.[3]

---

[2] In documents from Sterling upon which I have relied, in the context of the Central Evergreen acquisition the term "unidentified intangibles" is used synonymously with goodwill.

[3] In my previous report I noted that changes in the accounting rules related to goodwill no longer require that goodwill be amortized, rather it is subjeet to impairment tests. For the contractual goodwill associated with Lewis Federal and Tri-Cities I assume that for regulatory capital purposes it would amortize. The change in the accounting rules did not affect goodwill from the Central Evergreen transaction because it was fully-amortized in 2000 – before the new rules took effect. Table 7 in Exhibit 6 presents an estimate of the amounts of non-supervisory goodwill given the new accounting rules.

My estimate of expectation damages is based on a model that is similarly structured to that presented in previous versions of my Report. I believe it is appropriate at this time to reconsider some of the assumptions used in modeling the "but for" bank for two reasons: first, Judge Wheeler's recent ruling removes significant amounts of regulatory capital from Sterling Savings, and so the world is quite different from the one modeled in earlier versions of my Report; second, we know a great deal more about the capabilities and attitudes of Sterling's management and organization than we did at the time the model was originally developed. I have therefore revisited a number of assumptions used in the previous modeling, and have made modest adjustments to take account of the changes required by Judge Wheeler's ruling.

Under the belief that the "but for" bank could include all of the intangibles resulting from the Central Evergreen merger in core capital, my previous Report assumed that until June 1991 Sterling would maintain the capital ratios specified in the Business Plan developed in 1988 (before FIRREA). Obviously, this is a conservative assumption, but plausible because the Central Evergreen goodwill made that a feasible strategy. Without the ability to use the Central Evergreen intangibles as anticipated at the time of the contract, it is not reasonable to assume that Sterling would strictly adhere to the capital ratios specified in the Business Plan.[4]

We know from the business plans and testimony of bank management that Sterling desired to grow and would have been very reluctant to shrink in asset size. My modeling of the "but for" bank assumes that Sterling will remain in compliance with the core capital requirement imposed by FIRREA and will maintain its asset size. Consequently I have estimated that the but-for bank will operate with a core capital ratio of 4% from December 31, 1989 to June 30, 1991, which is only marginally less than the ratios in the Business Plan (4.15%-4.24%), and well above the 3% ratio specified by FIRREA.

---

[4] In my original modeling I assumed that Sterling had a permanent (nonamortizing) capital credit and all of the intangibles from Central Evergreen to include in capital. This provided enough capital for a very large increase in assets if the capital were leveraged fully. In view of the uncertainty about the ability of Sterling to manage such substantial growth, and whether profits could be maintained through a period of very rapid growth, I imposed a restrictive growth constraint on the "but for" bank. In the "but for" world resulting from Judge Wheeler's ruling (i.e., with less core capital for Sterling), and with the evidence that Sterling is capable of managing substantial growth with good profitability, it may well be more appropriate to model the "but for" bank on the basis of a leveraging of all regulatory capital to the capital ratio maintained by the actual bank.

Additionally, a few data errors in the previous calculations have been found and corrected.[5]

In addition to adapting my calculation of Sterling's lost earnings to Judge Wheeler's ruling, I have updated my calculations through the present based on Sterling's recent financial performance. For the fourth quarter of 2003 through 2006 I have followed the same approach to modeling the but-for bank's performance as I did for 1990 through 2003.[6] Since 2003 Sterling has continued to grow both by internal growth and by acquisition. It has remained profitable while achieving this growth. Additionally in 2005 Sterling converted to a bank charter.

### B. *Future Damages*

As in my previous Reports, I understand that Professor James has prepared an analysis of the value of the remaining goodwill and capital credits from the Lewis Federal and Tri-Cities acquisitions. His determination of the value is $0.641 million.

## III. Summary

In summary, my determination of Sterling's expectation damages is $63.361 million. Exhibit 8 presents a summary of the amounts. The lost earnings from 1990 through 2006 are $58.164 million, the wounded bank damages are $4.556 million, and the future damages are $0.641 million.

## IV. Index of Exhibits

2. Addendum - Additional Documents Reviewed in Conjunction with Updated Report – December 11, 2006
3. Sterling Savings Association, Key Financial Data, 1983 – 1989

[5] The first involved the treatment of the tax benefits from net operating loss carryforwards ("NOLs"). A second involved a recalculation of the December 1989 core capital. The TFR form in use in 1989 did not include information on core capital as defined by FIRREA, and previous Reports have used a figure based on the June 1990 TFR. I have concluded that core capital in December 1989 was about $1 million lower than the figure used previously. A third involved the amount of intangibles and assets resulting from the acquisition of Empire Savings. Each of these corrections would, other things being equal, lower the expectations damage calculation.

[6] My methodology and rationale were described in my previous reports of September 2001 and February 2004.

4. Sterling Savings Association, Consolidated Key Financial Data, 1990 – 2006
5. Sterling Savings Association, Asset Composition, 1990 – 2006
6. Calculation of Lost Earnings on Foregone Assets Through 2006
7. List of actual acquisitions in Sterling's region (WA, OR, No. Idaho) through the RTC in 1990 – 1991. List of specific branch deals/ acquisitions that Sterling considered both before and after the breach.
8. Summary of Expectation Damages

I reserve the right to update my report if warranted.

Paul Horvitz

Dec 11, 2006

Date

# Exhibit 2

## Additional Documents Considered by *Paul M. Horvitz, Ph.D.*
## In Conjunction with Updated Report
## December 11, 2006

| | |
|---|---|
| **Legal Pleadings** | |
| Defendant's Proposed Findings of Uncontroverted Fact in Connection with Motion for Summary Judgment Regarding Damages, July 20, 2004 | |
| Defendant's Motion for Summary Judgment Regarding Damages, July 20, 2004 | |
| Opinion and Order, Judge Wheeler, Filed August 30, 2006 | |
| | |
| **Reports and Depositions** | |
| Deposition of William J. Durbin with Exhibit S-1, July 24, 2000 | |
| Amended Expert Report of Mukesh Bajaj, Ph.D. with Exhibits 1 - 2 and Tables 1-4, April 23, 2004 | |
| Deposition of Mukesh Bajaj, June 19-20, 2002 and May 17-18, 2004 | |
| Revised Expert Report of Christopher M. James, February 20, 2004 | |
| Updated Expert Report of Christopher M. James, December 11, 2006 | |
| | |
| **Thrift Financial Reports** | |
| Electronic TRF for the Quarterly Period Ending Deeember 31, 2003 | |
| Electronic TRF for the Quarterly Period Ending March 31, 2004 | |
| Electronic TRF for the Quarterly Period Ending June 30, 2004 | |
| Electronic TRF for the Quarterly Period Ending September 30, 2004 | |
| Electronic TRF for the Quarterly Period Ending December 31, 2004 | |
| Electronic TRF for the Quarterly Period Ending March 31, 2005 | |
| Electronic TRF for the Quarterly Period Ending June 30, 2005 | |
| | |
| **Call Reports** | |
| Electronic Call Report, Year to date through September 30, 2005 | |
| Electronic Call Report, Year to date through December 31, 2005 | |
| Electronic Call Report, Year to date through March 31, 2006 | |
| Electronic Call Report, Year to date through June 30, 2006 | |
| Electronic Call Report, Year to date through September 30, 2006 | |
| | |

| **Examination Reports** | |
|---|---|
| Sterling Savings Bank Report of Examination, Start Date June 23, 2003 | |
| Sterling Financial Corporation Holding Company Report of Examination, Start Date June 14, 2004 | |
| Sterling Savings Bank Joint Report of Examination prepared by the State of Washington Division of Banks and the Office of Thrift Supervision, Start Date June 14, 2004 | |
| Sterling Savings Bank Response to the Joint Report of Examination prepared by the State of Washington and the Office of Thrift Supervision, as of June 14, 2004 | |
| Sterling Savings Bank Joint Safety and Soundness Report of Examination prepared by the FDIC and the Washington Department of Financial Institutions, Start date September 12, 2005 | |
| Sterling Savings Bank Response to the Joint Safety and Soundness Report of Examination prepared by the State of Washington and the FDIC, as of September 12, 2005. Sterling Savings Bank Secretarial Certificate dated January 12, 2006. Letter from FDIC to Sterling Savings Bank re Board Resolution Progress Reports dated January 12, 2006 | |
| Sterling Financial Corporation Report of Bank Holding Company Inspection, Start date April 10, 2006, with Federal Reserve Bank of San Francisco letter dated May 24, 2006, Sterling Financial Corporation letter of response dated July 24, 2006 and Federal Reserve Bank of San Francisco letter of acknowledgement dated August 3, 2006 | |
| | |
| **Form 10-K and Form 10-Q Reports** | |
| Sterling Financial Corporation - Form 10-Q for the Year Ended December 31, 1989 | |
| Sterling Financial Corporation - Form 10-K for the Year Ended December 31, 2003 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2004 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2004 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2004 | |
| Sterling Financial Corporation - Form 10-K for the Year Ended December 31, 2004. Form 10-K as part of the Annual Report and Form 10-K as SEC filing | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2005 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2005 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2005 | |
| Sterling Financial Corporation - 2005 Annual Report and Form 10-K for the Year Ended December 31, 2005. | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2006 | |

| | |
|---|---|
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2006 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2006 | |
| | |
| **Other Documents** | |
| Joint Examination – FHLB of Seattle and State of Washington : April 18, 1988 | SG 0052170-246 |
| Sterling Savings Bank 1989 Offering Circular Costs and Calculation of Damages - Legal, Accounting and Insurance Cost Summary | SG 0803330<br>SG 0803509 |
| Documentary Support in the form of Checks, Bills, Invoices | SG 0805404-05<br>SG 0805473; SG 0805489; SG 0805504 |
| Letter from Witherspoon, Kelley, Davenport & Toole (William Symmes) to U.S. Department of Justice (Elizabeth Hosford) re additional documentation and clarification: February 1, 2002 | |
| OTS TFR Instruction Manual for Schedule CCR, September 1991 | |
| OTS TFR Instruction Manual for Schedule CCR, March 2004 | |
| "Exhibit VII.2. -Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings. | |

# *Exhibit 3*

# *Sterling Savings Association*

## Key Financial Data

## 1983 to 1989

Source: Thirft Financial Reports (FHLBB), June 1983 - TFR (Income Statement for the 9 months ended 6/83), December 1983-TFR [Bates # SG 0701002 - 0701011]
(Dollars in Thousands)

| | As of Fiscal Year End | | | | | | |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | 1983 (June) | 1984 (June) | 1985 (June) | 1986 (June) | 1987 (June) | 1988 (June) | 1989 (June) |
| Loans | $360 | $54,857 | $70,495 | $127,255 | $172,294 | $304,126 | $502,453 |
| Mortgage Backed-Securities | $0 | $7,003 | $15,073 | $10,158 | $31,834 | $41,587 | $114,060 |
| Goodwill | $0 | $1,819 | $1,770 | $5,388 | $4,953 | $18,785 | $22,990 |
| Other Assets | $6,956 | $25,234 | $25,111 | $38,201 | $22,766 | $69,455 | $91,430 |
| Total Assets | $7,317 | $88,913 | $112,449 | $181,002 | $231,847 | $433,953 | $730,933 |
| | | | | | | | |
| Deposits | $5,135 | $71,561 | $88,205 | $142,078 | $170,755 | $305,354 | $519,389 |
| Borrowings | $0 | $12,563 | $17,928 | $29,623 | $47,665 | $98,802 | $189,362 |
| Total Liabilities | $5,170 | $84,910 | $107,835 | $173,789 | $221,377 | $410,772 | $720,414 |
| Regulatory Capital [1] | $2,147 | $4,003 | $4,614 | $7,213 | $10,470 | $23,181 | $28,614 |
| | | | | | | | |
| **Capital Ratios** | | | | | | | |
| Regulatory Capital/Average Assets | 29.34% | 8.32% | 4.58% | 4.92% | 5.07% | 6.96% | 4.91% |
| | | | | | | | |
| **Income Statement [2]** | | | | | | | |
| Income Before Taxes & Amortization | -$163 | $330 | $1,027 | $1,360 | $1,878 | $2,431 | $3,813 |
| Goodwill Amortization and Write-offs | $0 | $88 | $127 | $326 | $228 | $472 | $2,272 |
| Provision for Taxes | $0 | $0 | $122 | $205 | $560 | $752 | $560 |
| Accounting Changes and Extra Items | $0 | $26 | $166 | $0 | $0 | $0 | $0 |
| Net Income | -$163 | $216 | $612 | $829 | $1,090 | $1,207 | $981 |
| | | | | | | | |
| **Profitability Ratios** | | | | | | | |
| ROAA before taxes and Amortization | -2.22% | 0.69% | 1.02% | 0.93% | 0.91% | 0.73% | 0.65% |
| Average Assets [3] | $7,317 | $48,115 | $100,681 | $146,726 | $206,425 | $332,900 | $582,443 |

[1] For 1987 and 1988 this figure does not include general valuation allowances.
[2] Income figures for 1983 reflect nine months of data.
[3] "Average" assets for 1983 are actually total assets at 6/30/83.

App. 26

# *Exhibit 4*

## *Sterling Savings Association*

### Consolidated Key Financial Data

### 1990 to 1999

Source: Thrift Financial Reports
(Dollars in Thousands)

| | As of Fiscal Year End | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
| Loans (Mortgage and Non-Mortgage) | $464,021 | $407,991 | $465,920 | $616,749 | $852,066 | $1,092,824 | $904,012 | $949,851 | $1,084,073 | $1,497,641 | $1,805,546 |
| Mortgage Backed-Securities (pool) | $115,395 | $141,040 | $98,126 | $328,279 | $331,426 | $253,337 | $393,730 | $372,057 | $456,322 | $232,256 | $227,649 |
| Goodwill & Other Intangibles | $19,736 | $14,573 | $10,649 | $8,431 | $17,915 | $14,945 | $11,868 | $10,147 | $7,882 | $61,180 | $55,488 |
| Other Assets | $89,838 | $45,395 | $66,192 | $78,087 | $162,256 | $177,575 | $166,160 | $202,732 | $322,499 | $518,768 | $447,070 |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 |
| | | | | | | | | | | | |
| Deposits | $483,581 | $492,372 | $510,104 | $583,732 | $815,274 | $901,646 | $906,298 | $909,276 | $1,047,863 | $1,563,343 | $1,629,234 |
| Borrowings | $189,557 | $98,608 | $86,615 | $376,493 | $446,837 | $513,956 | $465,611 | $503,827 | $656,411 | $516,246 | $673,196 |
| Total Liabilities | $678,260 | $596,378 | $602,954 | $972,422 | $1,281,539 | $1,439,052 | $1,383,106 | $1,428,473 | $1,722,373 | $2,103,836 | $2,324,571 |
| Equity Capital | $10,730 | $12,621 | $38,224 | $59,124 | $82,124 | $99,629 | $92,664 | $106,314 | $148,403 | $206,008 | $211,183 |
| | | | | | | | | | | | |
| **Capital Ratios** | | | | | | | | | | | |
| Equity/Average Assets | 1.51% | 1.94% | 6.12% | 7.07% | 6.86% | 6.87% | 6.15% | 7.06% | 8.72% | 9.86% | 8.72% |
| | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | |
| Income Before Taxes & Amortization | $3,357 | $5,678 | $9,873 | $14,340 | $16,463 | $17,944 | $14,352 | -$269 | $23,341 | $21,585 | $35,951 |
| Goodwill Amortization and Write-offs | $3,253 | $2,770 | $2,332 | $2,218 | $2,262 | $3,487 | $3,332 | $1,586 | $2,265 | $3,980 | $5,692 |
| Provision for Taxes | -$163 | $590 | $3,319 | $4,920 | $4,559 | $4,819 | $4,122 | -$621 | $7,911 | $6,420 | $11,163 |
| Accounting Changes and Extra Items | $0 | $298 | -$522 | -$424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income | $267 | $2,020 | $4,744 | $7,626 | $9,642 | $9,638 | $6,898 | -$1,234 | $13,165 | $11,185 | $19,096 |
| | | | | | | | | | | | |
| **Profitability Ratios** | | | | | | | | | | | |
| ROAA before Taxes and Amortization | 0.47% | 0.87% | 1.58% | 1.71% | 1.37% | 1.24% | 0.95% | -0.02% | 1.37% | 1.03% | 1.48% |
| Average Assets | $709,962 | $648,995 | $624,943 | $836,217 | $1,197,605 | $1,451,172 | $1,507,226 | $1,505,279 | $1,702,782 | $2,090,311 | $2,422,799 |

Note :
All data are annual except for December 1996 which are for the 6 months ended on that date and September 2006 which are for the nine months ended on that date. All data are consolidated, except for data prior to 1996.

App. 27

# *Exhibit 4*

# *Sterling Savings Association*

## Consolidated Key Financial Data

## 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars In Thousands)

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) |
|---|---|---|---|---|---|---|---|
| Loans (Mortgage and Non-Mortgage) | $1,983,490 | $2,133,730 | $2,424,761 | $2,930,737 | $4,280,938 | $4,893,431 | $6,114,374 [1] |
| Mortgage Backed-Securities (pool) | $210,653 | $617,796 | $582,011 | $919,540 | $2,045,348 | $1,960,583 | $1,746,734 [2] |
| Goodwill & Other Intangibles | $49,998 | $44,621 | $43,977 | $47,955 | $132,246 | $138,838 | $137,090 [3] |
| Other Assets | $407,630 | $242,391 | $453,129 | $376,158 | $479,517 | $565,748 | $626,338 |
| Total Assets | $2,851,771 | $3,038,538 | $3,503,878 | $4,274,390 | $6,938,049 | $7,558,598 | $8,624,536 |
| | | | | | | | |
| Deposits | $1,743,296 | $1,869,906 | $2,029,070 | $2,470,941 | $3,866,129 | $4,831,232 | $5,689,311 |
| Borrowings | $645,320 | $859,825 | $1,142,255 | $1,421,972 | $2,440,342 | $2,075,210 | $2,083,621 [4] |
| Total Liabilities | $2,420,148 | $2,757,492 | $3,194,553 | $3,927,400 | $6,371,629 | $8,958,203 | $7,866,333 |
| Equity Capital | $231,820 | $281,046 | $309,328 | $346,989 | $566,420 | $598,394 | $758,202 |
| | | | | | | | |
| **Capital Ratios** | | | | | | | |
| Equity/Average Assets | 8.93% | 9.88% | 9.46% | 8.92% | 10.10% | 8.28% | 9.37% |
| | | | | | | | |
| **Income Statement** | | | | | | | |
| Income Before Taxes & Amortization | $37,942 | $40,679 | $48,768 | $84,932 | $98,397 | $104,150 | $91,389 |
| Goodwill Amortization and Write-offs | $5,490 | $5,377 | $644 | $263 | $2,224 | $2,222 | $1,685 [5] |
| Provision for Taxes | $12,008 | $12,368 | $16,260 | $23,085 | $32,927 | $33,587 | $29,388 |
| Accounting Changes and Extra Items | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income | $20,444 | $22,934 | $31,862 | $41,584 | $63,246 | $68,341 | $60,316 |
| | | | | | | | |
| **Profitability Ratios** | | | | | | | |
| ROAA before Taxes and Amortization | 1.46% | 1.43% | 1.49% | 1.87% | 1.76% | 1.44% | 1.13% |
| Average Assets | $2,593,762 | $2,845,155 | $3,271,208 | $3,889,134 | $5,606,220 | $7,247,324 | $8,090,567 |

Note:

All data are annual except for December 1996 which are for the 6 months ended on that date and September 2006 which are for the nine months ended on that date. All data are consolidated, except for data prior to 1996. Data for 2005-2006 are from FDIC Call Reports.

[1] For 2005-2006, reported figure is calculated as the sum of "Loans and Leases, Held for Sale" (RCON5369) and "Loans and leases, net of unearned income" (RCONB528) less "Allowance for loan and lease losses" (RCON3123).

[2] For 2005-2006, reported figure is the sum of mortgage backed securities in Schedule RC B, Item 4. (Calculated as RCON1698 + RCON1702 + RCON1703 + RCON1707 + RCON1709 + RCON1713 + RCON1714 + RCON1717 + RCON1718 + RCON1732 + RCON1733 + RCON1736)

[3] For 2005-2006, reported figure is the sum of "Goodwill" (RCON3163) and "Other intangible assets" (RCON0426) from item 10 of Schedule RC.

[4] For 2005-2006, reported figure is the sum of items 14 and 16 in Schedule RC. (RCON8993 + RCONB995 + RCON3190)

[5] For 2005-2006, reported figure is the sum of "Goodwill impairment losses" (RIADC216) and "Amortization expense and impairment losses for other intangible assets" (RIADC232) from item 7 of Schedule RI.

App. 28

# *Exhibit 5*

# *Sterling Savings Association*

## Asset Composition

## 1990 to 1999

Source: Thrift Financial Reports
(Dollars In Thousands)

| Balance Sheet | As of Fiscal Year End | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
| Mortgage Loans | $421,388 | $368,888 | $421,974 | $543,664 | $728,819 | $883,919 | $646,965 | $659,102 | $725,041 | $993,851 | $1,238,641 |
| Loans On: | | | | | | | | | | | |
| 1-4 Dwelling Units: | $257,879 | $229,946 | $304,909 | $423,788 | $616,841 | $728,173 | $454,901 | $445,000 | $412,529 | $561,449 | $602,282 |
| Construction Loans | $15,686 | $6,865 | $5,058 | $14,015 | $37,054 | $99,414 | $119,318 | $130,850 | $82,742 | $107,621 | $112,935 |
| First Mtg, Closed-End Jr Liens | $242,193 | $223,081 | $299,651 | $409,773 | $579,787 | $628,759 | $335,583 | $314,150 | $329,787 | $453,828 | $489,347 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 or More Dwelling Units: | $57,298 | $43,929 | $41,975 | $56,401 | $65,152 | $80,038 | $95,415 | $134,405 | $128,207 | $188,276 | $236,302 |
| Construction Loans | $17,865 | $5,650 | $4,298 | $2,077 | $10,286 | $29,141 | $40,607 | $80,123 | $65,333 | $68,301 | $74,047 |
| Permanent Mortgages | $39,433 | $38,279 | $37,677 | $54,324 | $54,866 | $50,897 | $54,808 | $54,282 | $62,874 | $119,975 | $162,255 |
| Nonresidential Property: | $113,416 | $99,135 | $82,027 | $75,226 | $70,228 | $107,377 | $135,388 | $157,174 | $145,296 | $207,146 | $337,497 |
| Construction Loans | $15,497 | $6,579 | $3,961 | $375 | $397 | $10,753 | $27,413 | $42,159 | $23,344 | $22,196 | $29,785 |
| Permanent Mortgages | $97,919 | $92,556 | $78,066 | $74,851 | $69,831 | $96,624 | $107,975 | $115,015 | $121,952 | $184,950 | $307,712 |
| Land | $3,654 | $1,704 | $1,185 | $1,057 | $553 | $17,920 | $22,106 | $21,577 | $42,911 | $38,730 | $64,694 |
| Accrued Interest Receivable | $3,552 | $2,759 | $2,622 | $2,834 | $3,515 | $4,963 | $3,919 | $4,702 | $4,833 | $5,295 | $6,784 |
| Construction, land development, and other land loans | | | | | | | | | | | |
| Advances for Taxes and Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $366 | $177 | $87 | $106 |
| Less: Contra-Assets to Mtg Loans: | $14,411 | $8,585 | $10,744 | $15,642 | $27,470 | $54,552 | $64,764 | $104,122 | $8,912 | $7,132 | $9,024 |
| Loans in Process | $6,025 | $2,279 | $3,219 | $8,587 | $21,739 | $47,961 | $56,618 | $94,228 | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $2,404 | $2,260 | $2,818 | $2,340 | -$8 | -$628 | $495 | $1,629 | N/A | N/A | N/A |
| Valuation Allowances | $5,982 | $4,046 | $4,707 | $4,715 | $5,739 | $7,219 | $7,651 | $8,265 | N/A | N/A | N/A |

App. 29

# *Exhibit 5*

# *Sterling Savings Association*

## Asset Composition

## 1990 to 1999

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
| Nonmortgage Loans | $42,633 | $39,103 | $43,946 | $73,085 | $123,247 | $208,905 | $257,047 | $290,749 | $359,032 | $503,790 | $566,905 |
| Commercial Loans: | $22,967 | $17,632 | $18,237 | $28,507 | $52,909 | $106,266 | $169,829 | $199,989 | $241,952 | $317,215 | $351,106 |
| Secured, Other than Mortgage | $22,967 | $17,632 | $15,608 | $26,415 | $51,056 | $103,386 | $160,757 | $194,461 | $233,535 | $303,216 | $327,489 |
| Unsecured | $0 | $0 | $629 | $2,092 | $1,853 | $2,880 | $9,072 | $5,528 | $8,417 | $13,999 | $23,617 |
| Financing Leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumer Loans: | $19,723 | $21,138 | $27,323 | $43,903 | $69,188 | $99,936 | $83,520 | $86,563 | $114,169 | $189,262 | $216,463 |
| Closed-End Consumer Loans: | $0 | $0 | $0 | $0 | $0 | $0 | $69,480 | $71,715 | $94,426 | $158,815 | $180,007 |
| Loans on Deposits | $2,619 | $2,323 | $2,660 | $2,709 | $2,709 | $4,467 | $4,386 | $4,343 | $4,924 | $5,258 | $5,135 |
| Home Improvement Loans | $24 | $31 | $46 | $137 | $173 | $44,929 | $22,351 | $22,900 | $23,431 | $25,489 | $27,626 |
| Education Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $157 | $0 |
| Auto Loans | $1,525 | $1,616 | $1,966 | $3,671 | $6,027 | $7,756 | $7,897 | $7,692 | $25,929 | $76,761 | $99,927 |
| Mobile Home Loans | $264 | $404 | $888 | $1,448 | $1,189 | $861 | $689 | $673 | $409 | $1,502 | $1,241 |
| Other Consumer Loans & Leases | $11,593 | $12,782 | $17,187 | $28,545 | $50,538 | $30,500 | $34,157 | $36,107 | $39,733 | $49,648 | $46,078 |
| Open-End Consumer Loans: | | | | | | | $14,040 | $14,848 | $19,743 | $30,447 | $36,456 |
| Loans Secured by 1-4 Family | $3,698 | $3,982 | $4,576 | $6,078 | $7,139 | $9,215 | $10,689 | $11,933 | $17,018 | $26,671 | $32,029 |
| Unsecured, Credit Card & Other | $0 | $0 | $0 | $1,315 | $1,413 | $2,208 | $3,351 | $2,915 | $2,725 | $3,776 | $4,427 |
| Accrued Interest Receivable | $444 | $293 | $332 | $418 | $717 | $1,431 | $1,859 | $2,220 | $2,911 | $4,689 | $5,641 |
| Less: Contra-Assets to Nonmtg Lns: | $501 | $40 | $54 | $257 | $433 | $1,272 | -$1,839 | -$1,977 | N/A | N/A | N/A |
| Allowance for Loan & Lease Losses | | | | | | | | | $0 | $7,376 | $6,305 |
| Loans in Process | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $39 | $81 | $92 | $261 | $435 | $1,272 | -$1,885 | -$1,997 | N/A | N/A | N/A |
| Valuation Allowances | $462 | -$41 | -$38 | -$4 | -$2 | $0 | $46 | $20 | N/A | N/A | N/A |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 |

Note: All data are consolidated, except for data prior to 1996.

App. 30

App. 31

# *Exhibit 5*
## *Sterling Savings Association*
### Asset Composition
### 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars in Thousands)

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) |
|---|---|---|---|---|---|---|---|
| Mortgage Loans | $1,395,779 | $1,414,903 | $1,564,729 | $1,764,417 | $2,801,588 | $3,828,670 | $4,862,466 [1] |
| Loans On: | | | | | | | |
| 1-4 Dwelling Units: | $629,604 | $595,980 | $694,415 | $816,295 | $1,487,551 | $1,244,016 | $1,202,662 |
| Construction Loans | $127,617 | $176,196 | $233,075 | $238,343 | $229,980 | N/A | N/A |
| First Mtg, Closed-End Jr Liens | $501,987 | $419,784 | $461,340 | $552,240 | $1,149,857 | $1,070,105 | $1,090,525 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $25,712 | $107,734 | $173,911 | $112,137 |
| 5 or More Dwelling Units: | $282,135 | $275,964 | $359,184 | $367,489 | $443,254 | $459,412 | $381,084 |
| Construction Loans | $81,673 | $99,232 | $111,852 | $131,942 | $125,298 | N/A | N/A |
| Permanent Mortgages | $200,462 | $176,732 | $247,332 | $235,547 | $317,956 | $459,412 | $381,084 |
| Nonresidential Property: | $420,953 | $509,029 | $469,336 | $550,586 | $743,931 | $1,079,552 | $1,209,994 |
| Construction Loans | $80,559 | $86,421 | $91,437 | $147,313 | $168,855 | N/A | N/A |
| Permanent Mortgages | $340,394 | $422,808 | $377,899 | $403,253 | $575,078 | $1,079,552 | $1,209,994 |
| Land | $60,302 | $30,958 | $44,071 | $33,920 | $129,892 | N/A | N/A |
| Accrued Interest Receivable | $7,811 | $8,153 | $6,330 | $7,039 | $11,983 | N/A | N/A |
| Construction, land development, and other land loans | | | | | | $1,002,582 | $1,990,881 |
| Advances for Taxes and Insurance | $88 | $141 | $81 | $109 | $192 | N/A | N/A |
| Less: Contra-Assets to Mtg Loans: | $5,112 | $5,322 | $8,688 | $11,001 | $15,015 | N/A | N/A |
| Loans in Process | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valuation Allowances | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

# *Exhibit 5*
# *Sterling Savings Association*
## Asset Composition
## 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars in Thousands)

App. 32

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) |
|---|---|---|---|---|---|---|---|
| Nonmortgage Loans | $587,711 | $718,627 | $860,032 | $1,166,320 | $1,479,350 | $1,126,531 | $1,306,004 [2] |
| Commercial Loans: | $435,667 | $519,856 | $654,536 | $941,664 | $1,301,025 | $877,614 | $993,280 [3] |
| Secured, Other than Mortgage | $411,879 | $491,323 | $618,974 | $887,209 | $1,225,273 | N/A | N/A |
| Unsecured | $23,788 | $23,254 | $32,788 | $54,455 | $75,752 | N/A | N/A |
| Financing Leases | $0 | $5,279 | $2,774 | $0 | $0 | N/A | N/A |
| Consumer Loans: | $156,348 | $209,240 | $218,421 | $241,457 | $202,842 | $248,917 | $312,724 [4] |
| Closed-End Consumer Loans: | $111,848 | $158,235 | $141,934 | $173,628 | $202,842 | N/A | N/A |
| Loans on Deposits | $5,317 | $5,106 | $4,805 | $5,862 | $6,425 | N/A | N/A |
| Home Improvement Loans | $32,882 | $49,504 | $36,039 | $30,745 | $0 | N/A | N/A |
| Education Loans | $0 | $0 | $0 | $0 | $0 | N/A | N/A |
| Auto Loans | $19,075 | $68,095 | $69,565 | $111,361 | $136,941 | N/A | N/A |
| Mobile Home Loans | $1,366 | $1,137 | $956 | $1,060 | $980 | N/A | N/A |
| Other Consumer Loans & Leases | $53,208 | $34,393 | $30,569 | $24,600 | $58,496 | N/A | N/A |
| Open-End Consumer Loans: | $44,500 | $51,005 | $76,487 | $67,829 | N/A | N/A | N/A |
| Loans Secured by 1-4 Family | $33,124 | $35,346 | $57,347 | $45,833 | N/A | N/A | N/A |
| Unsecured, Credit Card & Other | $11,376 | $15,659 | $19,140 | $21,996 | N/A | N/A | N/A |
| Accrued Interest Receivable | $6,521 | $3,164 | $4,186 | $4,905 | $8,302 | N/A | N/A |
| Less: Contra-Assets to Nonmtg Lns: | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Allowance for Loan & Lease Losses | $10,825 | $13,433 | $17,111 | $21,706 | $30,819 | N/A | N/A |
| Loans in Process | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valuation Allowances | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Total Assets | $2,651,771 | $3,038,538 | $3,503,878 | $4,274,390 | $6,938,049 | $7,556,598 | $8,624,536 |

Note:
All data are consolidated, except for data prior to 1996. Data for 2005-2006 are from FDIC Call Reports.
[1] For 2005 and 2006, reported figure is equal to Item 1 from Schedule RC C. Figures do not reflect valuation allowances.
(Calculated as RCON1415 + RCON1420 + RCON1797 + RCON5367 + RCON5368 + RCON1460 + RCON1480)
[2] For 2005 and 2006, reported figure is equal to the sum of Commercial and Consumer Loans. Figures do not reflect valuation allowances.
[3] For 2005 and 2006, reported figure is equal to the sum of Items 2, 3, and 4 from Schedule RC C. (Calculated as RCON1288 + RCON1590 + RCON1766)
[4] For 2005 and 2006, reported figure is equal to Item 6 from Schedule RC C. (Calculated as RCONB538 + RCONB539 + RCON2011)

# *Exhibit 6*

## Calculation of Lost Earnings on Foregone Assets Through 2006 Amortize Capital Credits from Lewis Federal and Tri-Cities, and Treat Central Evergreen Intangibles Subject to Limitations of FIRREA

## Index of Tables

*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*
*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*
*Table 3b: Calculation of Returns Applicable to Foregone Assets*
*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*
*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*
*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*
*Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89*
*Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89*

*Table 5: But-For Bank*

*Table 6a: Addendum For Lewis Federal and Tri-Cities Supervisory Intangibles*
*Table 6b: Addendum For Central Evergreen Supervisory Intangibles*

*Table 7: Addendum For Non-Supervisory Goodwill*

*Table 8: 2001 – 2006 Capital Downstreamed*

# *Exhibit 6*

# *Sterling Savings Association*

## Calculation of Lost Earnings on Foregone Assets

### *Table 1: Summary of Lost Earnings Calculation*

($ in Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | | *Incremental Bank* | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 6/30/89 | $730,933 | $730,933 | $0 | | |
| 12/31/89 | 708,213 | 719,644 | 11,431 | 0.33% | 0 |
| 6/30/90 | 688,990 | 737,187 | 48,197 | 0.25% | 28 |
| 6/30/91 | 608,999 | 725,600 | 116,601 | 0.94% | 454 |
| 6/30/92 | 640,887 | 788,840 | 147,953 | 1.78% | 2,071 |
| 6/30/93 | 1,032,538 | 1,270,906 | 238,368 | 1.78% | 2,640 |
| 6/30/94 | 1,367,978 | 1,681,060 | 313,082 | 1.39% | 3,314 |
| 6/30/95 | 1,542,367 | 1,894,583 | 352,216 | 1.29% | 4,048 |
| 6/30/96 | 1,481,893 | 1,820,299 | 338,406 | 1.06% | 3,725 |
| 12/31/96 | 1,534,787 | 1,885,272 | 350,485 | -0.03% | (85) |
| 12/31/97 | 1,870,776 | 2,297,987 | 427,211 | 1.36% | 4,772 |
| 12/31/98 | 2,309,845 | 2,610,221 | 300,376 | 1.03% | 4,392 |
| 12/31/99 | 2,535,753 | 2,865,507 | 329,754 | 1.48% | 4,454 |
| 12/31/00 | 2,651,771 | 2,996,612 | 344,841 | 1.46% | 4,827 |
| 12/31/01 | 3,038,538 | 3,427,925 | 389,387 | 1.43% | 4,933 |
| 12/31/02 | 3,503,878 | 3,761,920 | 258,042 | 1.49% | 5,808 |
| 12/31/03 | 4,274,390 | 4,439,914 | 165,524 | 1.67% | 4,310 |
| 12/31/04 | 6,938,049 | 7,146,741 | 208,692 | 1.76% | 2,906 |
| 12/31/05 | 7,556,598 | 7,783,896 | 227,298 | 1.44% | 3,000 |
| 9/30/06 | 8,624,536 | 8,873,167 | 248,631 | 1.13% | 2,568 |
| | | | | | $58,164 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 2a, column A.

B From Table 5, column C.

D From Table 3a, column G. For periods ending 6/30/90, 12/31/96, and 9/30/06 ROAA reflects the return for the six or nine month period presented (and is not presented on a per annum basis).

E Pre-tax, pre-amortization net income from incremental assets.

App. 34

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 2a: Actual Bank and Intervest Financial Data*

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Core Capital | Core Capital Ratio | Capital Raised/ Downstreamed | Total Goodwill | Qualifying SGW | Other Qualifying Intangibles |
| 6/30/89 | 730,933 | | | | | | | | | | | |
| 12/31/89 | 706,213 | 627 | 324 | 1,620 | 2,571 | 112 | (2,273) | -0.32% | 0 | 20,983 | 10,308 | 0 |
| 6/30/90 | 668,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 | 10,036 | 0 |
| 6/30/91 | 608,999 | 2,020 | 590 | 2,770 | 5,360 | 394 | 7,920 | 1.30% | 0 | 14,573 | 8,903 | 1,584 |
| 6/30/92 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 23,052 | 10,649 | 6,288 | 3,327 |
| 6/30/93 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 | 7,673 | 2,575 |
| 6/30/94 | 1,367,978 | 10,084 | 4,789 | 2,262 | 17,135 | 1,386 | 72,764 | 5.32% | 20,000 | 17,915 | 5,044 | 1,916 |
| 6/30/95 | 1,542,367 | 10,440 | 5,236 | 3,487 | 19,163 | 4,078 | 87,919 | 5.70% | 10,200 | 14,945 | 0 | 1,220 |
| 6/30/96 | 1,481,893 | 8,163 | 4,779 | 3,332 | 16,274 | 4,632 | 93,097 | 6.28% | 0 | 11,868 | | 440 |
| 12/31/96 | 1,534,787 | (1,234) | (621) | 1,586 | (269) | 2,487 | 101,602 | 6.62% | 13,100 | 10,147 | | 0 |
| 12/31/97 | 1,670,776 | 13,165 | 7,911 | 2,265 | 23,341 | 6,077 | 141,025 | 7.54% | 30,000 | 7,882 | | 0 |
| 12/31/98 | 2,309,845 | 11,185 | 6,420 | 3,980 | 21,585 | 8,088 | 143,669 | 6.22% | 52,743 | 61,180 | | 0 |
| 12/31/99 | 2,535,753 | 19,096 | 11,163 | 5,692 | 35,951 | 9,579 | 168,889 | 6.66% | 10,000 | 55,488 | | 0 |
| 12/31/00 | 2,651,771 | 20,444 | 12,008 | 5,490 | 37,942 | 10,004 | 184,828 | 6.97% | 0 | 49,998 | | 0 |
| 12/31/01 | 3,038,538 | 22,934 | 12,368 | 5,377 | 40,679 | 10,513 | 240,669 | 7.92% | 38,044 | 44,621 | | 0 |
| 12/31/02 | 3,503,878 | 31,862 | 16,260 | 644 | 48,766 | 11,616 | 261,585 | 7.47% | 0 | 43,977 | | 0 |
| 12/31/03 | 4,274,390 | 41,564 | 23,085 | 263 | 64,932 | 11,616 | 315,386 | 7.38% | 26,322 | 47,955 | | 0 |
| 12/31/04 | 6,938,049 | 63,246 | 32,927 | 2,224 | 98,397 | 11,616 | 450,918 | 6.50% | 162,076 | 132,246 | | 0 |
| 12/31/05 | 7,556,598 | 68,341 | 33,567 | 2,222 | 104,150 | 11,619 | 507,711 | 6.72% | 0 | 136,838 | | 0 |
| 9/30/06 | 8,624,536 | 60,316 | 29,388 | 1,685 | 91,389 | 16,666 | 669,065 | 7.76% | 117,188 | 137,090 | | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A - D & F & J: Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b). Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data is merger adjusted. Data for the bank for 2005 and later are from FDIC Call Reports, which are reported on a year-to-date basis.
Column D: Data from Call Reports include goodwill impairment losses and amortization expense and impairment losses for other intangible assets.
Column J: Data from Call Reports include goodwill and other intangible assets.

G: Actual data from Thrift Financial Reports (Sheshunoff) and Call Reports, except for figure for 12/31/89, which is from the Sterling Savings Association Capital Restoration Plan dated 2/19/90. Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data are merger adjusted. Data for the bank for 12/31/05 and 9/30/06 are Tier 1 Capital from Call Reports.

I: Based on data from Sterling Savings, except for data prior to 6/30/93 which are from annual reports and offering circulars, and data after 12/31/99 which are from Table 8, column D. Figure for capital raised in 6/30/92 is the net proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

K - L: Actual data from Thrift Financial Reports (Sheshunoff).

App. 35

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 2b: Data for Intervest Mortgage Investment Company*

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G |
|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Equity |
| 6/30/89 | | | | | | | |
| 12/31/89 | | | | | | | |
| 6/30/90 | | | | | | | |
| 6/30/91 | | | | | | | |
| 6/30/92 | | | | | | | |
| 6/30/93 | 992 | 11 | 0 | - | 11 | - | 981 |
| 6/30/94 | 4,315 | 442 | 230 | - | 672 | - | 2,868 |
| 6/30/95 | 3,686 | 802 | 417 | - | 1,219 | - | 1,670 |
| 6/30/96 | 6,123 | 1,265 | 657 | - | 1,922 | - | 2,035 |
| 12/31/96 | | | | | | | |
| 12/31/97 | | | | | | | |
| 12/31/98 | | | | | | | |
| 12/31/99 | | | | | | | |
| 12/31/00 | | | | | | | |
| 12/31/01 | | | | | | | |
| 12/31/02 | | | | | | | |
| 12/31/03 | | | | | | | |
| 12/31/04 | | | | | | | |
| 12/31/05 | | | | | | | |
| 9/30/06 | | | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 9/30/06 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. All data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

F Dividends were not listed in the consolidating financial statements.

App. 36

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 3a: Estimates for the But-For and Incremental Banks*

($ in Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Estimated Capital Ratio | Adjustments to But-For: Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Maximum Internal Asset Growth Rate | Estimated External Growth (Acquired Assets) | Adjusted ROAA |
| 6/30/89 | | | | | | | | | |
| 12/31/89 | 4.00% | 0 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1989 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase(-$0.115m). Income: Adjustment for wounded bank damages. | 37% | See footnote [D]. | 2.91% | 0 | 0.33% |
| 6/30/90 | 4.00% | 1,116 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 6/30/91 | 4.00% | 1,091 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.94% |
| 6/30/92 | 5.50% | 1,057 | 23,052 | Capital, Assets: Net proceeds for common stock issuance ($21 million) plus contribution to regulatory capital from conversion of preferred ($2.1 million). Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.78% |
| 6/30/93 | 5.75% | 591 | 12,900 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.78% |
| 6/30/94 | 5.75% | 0 | 10,092 | Capital, Assets: Downstreamed capital from Sterling Financial ($20 million) plus adjustment due to Great American branch purchase ($1.9 million) less acquisition premium paid by Sterling for branches in Oregon ($3 million) and acquisition premium paid by Sterling for branches in Washington State ($8.8 million). Income: Adjustment for wounded bank damages. Source for acquisition premiums: 1994 AR, p. 35 | 37% | | 31.34% | 11,900 | 1.39% |
| 6/30/95 | 6.00% | 0 | 10,200 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 12.50% | 3,400 | 1.29% |
| 6/30/96 | 6.30% | 0 | 0 | Income: Adjustment for wounded bank damages. | 37% | | -3.92% | 0 | 1.06% |
| 12/31/96 | 6.75% | 0 | 13,100 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 3.57% | 0 | -0.03% |
| 12/31/97 | 6.75% | 0 | 30,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 21.89% | 0 | 1.36% |
| 12/31/98 | 6.75% | 0 | -4,619 | Capital, Assets: Downstreamed capital from Sterling Financial ($52.7 million) less intangibles generated in the Key Bank acquisition ($57.4 million). Source for intangibles: 1998 AR, p. F-9 | 37% | | 9.45% | 262,236 | 1.03% |
| 12/31/99 | 6.75% | 0 | 10,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 9.76% | 0 | 1.48% |
| 12/31/00 | 7.00% | 0 | 0 | | 37% | | 4.58% | 0 | 1.46% |
| 12/31/01 | 8.00% | 0 | 38,044 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 12.92% | 44,211 | 1.43% |
| 12/31/02 | 8.00% | 0 | 0 | | 37% | | 15.31% | 0 | 1.49% |
| 12/31/03 | 8.00% | 0 | 22,081 | Capital, Assets: Downstreamed capital from Sterling Financial ($26.3 million) less goodwill and a deposit intangible generated in the Empire Federal Bancorp acquisition ($4.2 million). Source for intangibles: Sterling Savings 12/31/03 10-K, pp. F-45-46. | 37% | | 15.43% | 229,982 | 1.67% |
| 12/31/04 | 6.75% | 0 | 75,576 | Capital, Assets: Downstreamed capital from Sterling Financial ($162.1 million) less goodwill and core deposit intangibles from KFBI acquisition ($65.7 million + $19.2 million) and goodwill from acquisition of PWWA ($1.6 million). Source for intangibles: 12/31/04 10-K, pp. F-44-45. | 37% | | 26.08% | 1,548,905 | 1.76% |
| 12/31/05 | 7.00% | 0 | 0 | | 37% | | 8.92% | 0 | 1.44% |
| 9/30/06 | 8.00% | 0 | 117,188 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 12.31% | 138,000 | 1.13% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 assumed to equal 4% based on projected RAP leverage ratios in Sterling's 8/15/88 Business Plan. From 6/30/92 on, estimated to start at 5.50%, increasing over time consistent with the increase in the actual bank's core capital ratio.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3c, column F. Adjustments to but-for capital & assets based on data from Sterling Savings, except for data prior to 6/30/93 which is from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G), and data after 12/31/99 which are from Table 8, column D.

C Estimated to be 37% of incremental earnings based on guidance provided by Dan Byrne, CFO, of Sterling Savings Association.

D Estimated to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is estimated that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

E From Table 3e, column F.

F From Table 3e, column 8.

G From Table 3b, column F.

App. 37

# Exhibit 6
## Sterling Savings Association
### Table 3b: Calculation of Returns Applicable to Foregone Assets

($ in Thousands)

| | A | B | C | D | E = B - C - D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| Period Ended | Actual Assets | Pre-Tax, Pre-Amortization Income | Actual Accretion Income | Adjustments to Earnings due to Non-recurring or Breach-induced Gains/(Losses) | Adjusted Pre-Tax, Pre-Amort. Earnings | Adjusted ROAA |
| 6/30/89 | 730,933 | | | | | |
| 12/31/89 | 708,213 | 2,571 | 178 | 0 | 2,393 | 0.33% |
| 6/30/90 | 688,990 | 786 | 178 | (1,116) | 1,724 | 0.25% |
| 6/30/91 | 608,999 | 5,380 | 354 | (1,091) | 6,117 | 0.94% |
| 6/30/92 | 640,887 | 10,395 | 351 | (1,057) | 11,101 | 1.78% |
| 6/30/93 | 1,032,538 | 14,775 | 437 | (591) | 14,930 | 1.78% |
| 6/30/94 | 1,367,978 | 17,135 | 447 | 0 | 16,688 | 1.39% |
| 6/30/95 | 1,542,367 | 19,163 | 350 | 0 | 18,813 | 1.29% |
| 6/30/96 | 1,481,893 | 16,274 | 282 | 0 | 15,992 | 1.06% |
| 12/31/96 | 1,534,787 | (269) | 111 | 0 | (380) | -0.03% |
| 12/31/97 | 1,870,776 | 23,341 | 159 | 0 | 23,182 | 1.36% |
| 12/31/98 | 2,309,845 | 21,585 | 95 | 0 | 21,490 | 1.03% |
| 12/31/99 | 2,535,753 | 35,951 | 25 | 0 | 35,926 | 1.48% |
| 12/31/00 | 2,651,771 | 37,942 | (24) | 0 | 37,966 | 1.46% |
| 12/31/01 | 3,038,538 | 40,679 | (24) | 0 | 40,703 | 1.43% |
| 12/31/02 | 3,503,878 | 48,766 | (24) | 0 | 48,790 | 1.49% |
| 12/31/03 | 4,274,390 | 64,932 | (24) | 0 | 64,956 | 1.67% |
| 12/31/04 | 6,938,049 | 98,397 | (24) | 0 | 98,421 | 1.76% |
| 12/31/05 | 7,556,598 | 104,150 | (24) | 0 | 104,174 | 1.44% |
| 9/30/06 | 8,624,536 | 91,389 | (18) | 0 | 91,407 | 1.13% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are as of the nine months ended on that date. Through 1998, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Actual data from Thrift Financial Reports (Sheshunoff) and hard-copy TFR's for Sterling Savings and from consolidating financials from 6/30/93-6/30/96 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. For 2001 – 2006, the accretion income in each year is assumed to be equal to the accretion income in 2000. Accretion income for 9/30/06 is pro-rated.
Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

Updated December 11, 2006

# Exhibit 6

# Sterling Savings Association

## Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - ( C / B )) | E | F = D + E | G |
| Period Ended | Extraordinary Items Net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 6/30/89 | | | | | | | |
| 12/31/89 | $0 | $951 | $324 | $0 | $0 | $0 | ($115) |
| 6/30/90 | 0 | (847) | (487) | 0 | (1,116) | (1,116) | |
| 6/30/91 | 298 | 2,312 | 590 | 400 | (1,491) | (1,091) | |
| 6/30/92 | (522) | 8,585 | 3,319 | (851) | (206) | (1,057) | |
| 6/30/93 | (424) | 12,970 | 4,920 | (683) | 92 | (591) | |
| 6/30/94 | 0 | 14,201 | 4,559 | 0 | 0 | 0 | $1,892 |
| 6/30/95 | 0 | 14,457 | 4,819 | 0 | 0 | 0 | |
| 6/30/96 | 0 | 11,020 | 4,122 | 0 | 0 | 0 | |
| 12/31/96 | 0 | (1,855) | (621) | 0 | 0 | 0 | |
| 12/31/97 | 0 | 21,076 | 7,911 | 0 | 0 | 0 | |
| 12/31/98 | 0 | 17,605 | 6,420 | 0 | 0 | 0 | |
| 12/31/99 | 0 | 30,259 | 11,163 | 0 | 0 | 0 | |
| 12/31/00 | 0 | 32,452 | 12,008 | 0 | 0 | 0 | |
| 12/31/01 | 0 | 35,302 | 12,368 | 0 | 0 | 0 | |
| 12/31/02 | 0 | 48,122 | 16,260 | 0 | 0 | 0 | |
| 12/31/03 | 0 | 64,669 | 23,085 | 0 | 0 | 0 | |
| 12/31/04 | 0 | 96,173 | 32,927 | 0 | 0 | 0 | |
| 12/31/05 | 0 | 101,928 | 33,587 | 0 | 0 | 0 | |
| 9/30/06 | 0 | 89,704 | 29,388 | 0 | 0 | 0 | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff), except for data for 1998 which are from hardcopy TFR's, and data for 2005 and later, which are from FDIC Call Reports, and are reported on a year-to-date basis.

D Extraordinary items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.

E From Table 3d, column F.

G Source: Data from Sterling Savings Association.

App. 39

# Exhibit 6

# Sterling Savings Association

## Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ-4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 6/30/89 | | | | | | |
| 12/31/89 | $0 | $0 | $0 | $0 | | $0 |
| 6/30/90 | (6) | (75) | (1,004) | (31) | | (1,116) |
| 6/30/91 | (1,189) | (66) | 0 | (236) | | (1,491) |
| 6/30/92 | (136) | (32) | 0 | (37) | | (206) |
| 6/30/93 | 92 | 0 | 0 | 0 | | 92 |
| 6/30/94 | 0 | 0 | 0 | 0 | | 0 |
| 6/30/95 | 0 | 0 | 0 | 0 | | 0 |
| 6/30/96 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/96 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/97 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/98 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/99 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/00 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/01 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/02 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/03 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/04 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/05 | 0 | 0 | 0 | 0 | | 0 |
| 9/30/06 | 0 | 0 | 0 | 0 | | 0 |
| Total | $(1,241) | $(172) | $(1,004) | $(304) | $0 | $(2,721) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date. Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9). Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

App. 40

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 3e: Summary of Internal versus External Growth in Total Assets*

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 6/30/89 | 730,933 | 0 | | | | |
| 12/31/89 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 6/30/90 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 6/30/91 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 6/30/92 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 6/30/93 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |
| 6/30/94 | 1,367,978 | 11,800 | Acquisition of deposits of three branch facilities in Portland, Oregon (April 1994; $53m in deposits, $3m premium paid). Acquisition of deposits of five branch facilities in Washington State (May 1994; $135m in deposits, $8.8m premium paid). "Sterling used substantially all of the net funds corresponding to the acquired deposit liabilities to repay certain reverse repurchase borrowings and FBLB Seattle advances." Source: 6/31/94 AR, Note 4. | 32.49% | 31.34% | 31.34% |
| 6/30/95 | 1,542,367 | 3,400 | American Liberty acquisition (December 1994; acquired American's loan servicing portfolio of ~ $451.4m in residential loans. $3.4m in purchased mortgage servicing rights). Source: 6/31/95 AR, Note 3. | 12.75% | 12.50% | 12.50% |
| 6/30/96 | 1,481,893 | 0 | | -3.92% | -3.92% | -3.92% |
| 12/31/96 | 1,534,787 | 0 | | 3.57% | 3.57% | 3.57% |
| 12/31/97 | 1,870,776 | 0 | | 21.89% | 21.89% | 21.89% |
| 12/31/98 | 2,309,845 | 262,236 | Keybank (June 1998; $518m in assets acquired including cash, "[w]ith the net cash received from the branch acquisition, Sterling repaid approximately $322 million of certain reverse repurchase borrowings and Federal Home Loan Bank of Seattle advances") and Big Sky (November 1998; $66m in assets) acquisitions. Source: 12/31/98 10K. | 23.47% | 9.45% | 9.45% |
| 12/31/99 | 2,535,753 | 0 | | 9.78% | 9.78% | 9.78% |
| 12/31/00 | 2,651,771 | 0 | | 4.58% | 4.58% | 4.58% |
| 12/31/01 | 3,038,538 | 44,211 | Acquisition of Source Capital. Source: 12/31/01 10-K, p.F-50. | 14.59% | 12.92% | 12.92% |
| 12/31/02 | 3,503,878 | 0 | | 15.31% | 15.31% | 15.31% |
| 12/31/03 | 4,274,390 | 229,982 | Acquisition of Empire Federal Bancorp. Sum of $143.6 million in cash, $67.3 million of loans, $8.7 million in investments and asset backed securities, $4.2 million of goodwill and other intangibles, and $8.1 million in other assets. Source: Sterling Savings 12/31/03 10-K, pp. F-45-46. | 21.99% | 15.43% | 15.43% |
| 12/31/04 | 6,938,049 | 1,548,905 | Acquisition of KFBI, owner of Klamath First Federal Savings and Loan Association, and Peter W. Wong Associates, Inc. Sum of assets acquired in KFBI acquisition ($44.9 million in cash and cash equivalents, $778.2 million in investments and asset backed securities, $564.5 million in loans receivable, $85.7 million in goodwill, $19.2 million in core deposit intangibles, and $74.9 million in other assets) and goodwill generated from PWWA acquisition ($1.6 million in goodwill). Source: 12/31/04 10-K, pp. F-44-45. | 62.32% | 26.08% | 26.08% |
| 12/31/05 | 7,556,598 | 0 | | 8.92% | 8.92% | 6.92% |
| 9/30/06 | 8,624,536 | 138,000 | Sterling Financial Corporation acquired Lynnwood Financial, parent company of Golf Savings Bank on 7/5/06. Golf Savings Bank was maintained as a separate subsidiary of Sterling Financial Corporation. Golf Savings Bank transferred $322 million in construction loans to Sterling Savings, and Sterling Savings transferred $184 million in Federal Funds to Golf Savings Bank. Source: 9/30/06 10-Q, pp. 16-17; "Exhibit VII.2. -Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings. | 14.13% | 12.31% | 12.31% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended as of that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A From Table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. From 6/30/93 on, the growth rate on incremental assets is assumed to be the same as the internal growth of the actual bank as reflected in column E.

App. 41

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 4a:* Goodwill and Intangibles Data for the But-For Bank

($ in Thousands)

| | *Lewis Federal and Tri-Cities Supervisory Intangibles* | | | | | | *Central Evergreen Supervisory Intangibles* | | | | | | *Non Supervisory Intangibles* | | O = D + E + F + J + K + L + N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A = B + C | B | C | D | E | F | G = H + I | H | I | J | K | L | M | N | |
| Period Ended | Total Intangibles | Capital Credit | Supervisory Goodwill | Amortization of Supervisory Goodwill and Capital Credit | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Unidentified and Identified Intangibles | Identified Intangibles | Supervisory Goodwill | Amortization of Identified and Unidentified Intangibles | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Balances | Total Amortization of Non-Supervisory Intangibles | Total Amortization, Adjustments and NOL's |
| 6/30/89 | $16,067 | $12,342 | $3,724 | $1,020 | $0 | $0 | $16,700 | $6,075 | $12,625 | $1,324 | $0 | $59 | $1,407 | $108 | $2,512 |
| 12/31/89 | 15,557 | 11,929 | 3,627 | 510 | 0 | 0 | 17,026 | 5,670 | 11,357 | 1,480 | 0 | 193 | 1,353 | 54 | 2,238 |
| 6/30/90 | 15,047 | 11,516 | 3,530 | 510 | 0 | 0 | 16,112 | 5,265 | 10,847 | 1,268 | (354) | 0 | 1,299 | 54 | 1,476 |
| 6/30/91 | 13,673 | 10,691 | 2,983 | 1,020 | 0 | 353 | 11,573 | 4,455 | 7,118 | 1,873 | 0 | 2,666 | 1,190 | 108 | 6,021 |
| 6/30/92 | 12,232 | 9,865 | 2,368 | 948 | 493 | 0 | 8,616 | 3,645 | 4,971 | 1,859 | 1,098 | 0 | 1,082 | 108 | 4,506 |
| 6/30/93 | 11,285 | 9,039 | 2,245 | 948 | 0 | 0 | 6,848 | 2,835 | 4,013 | 1,768 | 0 | 0 | 974 | 108 | 2,824 |
| 6/30/94 | 10,337 | 6,213 | 2,123 | 948 | 0 | 0 | 5,142 | 2,025 | 3,117 | 1,706 | 0 | 0 | 12,450 | 324 | 2,978 |
| 6/30/95 | 9,389 | 7,388 | 2,001 | 948 | 0 | 0 | 3,525 | 1,215 | 2,310 | 1,617 | 0 | 0 | 10,867 | 1,583 | 4,148 |
| 6/30/96 | 8,441 | 6,562 | 1,879 | 948 | 0 | 0 | 2,009 | 405 | 1,604 | 1,517 | 0 | 0 | 9,284 | 1,583 | 4,048 |
| 12/31/96 | 7,967 | 6,149 | 1,818 | 474 | 0 | 0 | 1,306 | 0 | 1,306 | 703 | 0 | 0 | 8,492 | 792 | 1,968 |
| 12/31/97 | 7,019 | 5,323 | 1,698 | 948 | 0 | 0 | 773 | 0 | 773 | 533 | 0 | 0 | 6,909 | 1,583 | 3,064 |
| 12/31/98 | 6,071 | 4,497 | 1,573 | 948 | 0 | 0 | 371 | 0 | 371 | 402 | 0 | 0 | 60,426 | 3,483 | 4,833 |
| 12/31/99 | 5,123 | 3,672 | 1,451 | 946 | 0 | 0 | 115 | 0 | 115 | 258 | 0 | 0 | 55,042 | 5,383 | 6,587 |
| 12/31/00 | 4,175 | 2,846 | 1,329 | 948 | 0 | 0 | 0 | 0 | 0 | 115 | 0 | 0 | 49,659 | 5,383 | 6,446 |
| 12/31/01 | 3,227 | 2,020 | 1,207 | 948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,282 | 5,377 | 6,325 |
| 12/31/02 | 2,279 | 1,194 | 1,085 | 948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,638 | 644 | 1,592 |
| 12/31/03 | 1,974 | 955 | 1,019 | 305 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,616 | 263 | 568 |
| 12/31/04 | 1,883 | 911 | 972 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 131,692 | 2,224 | 2,314 |
| 12/31/05 | 1,793 | 867 | 926 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129,670 | 2,222 | 2,312 |
| 9/30/06 | 1,856 | 966 | 891 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127,985 | 1,685 | 1,753 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Intangibles from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

B From Table 6a, column E. Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C From Table 6a, column J. Supervisory goodwill from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

D See note A above. Amortization of the supervisory goodwill is based on data from Sterling Savings Association. Amortization of the capital credit is from Table 6a, columns B and D. Amortization for 12/31/96 is for the six months ended 12/31/96. Amortization for 9/30/06 is for the nine months ended 9/30/06.

E, F, K & L Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

G Intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

H Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

I From Table 6b, column C. Based on data from Sterling Savings association.

J Calculated as Table 6b, column B + Table 6b, column D.

M & N Assumed balances and amortization of intangibles resulting from the Lewis & Clark merger (FY83). The goodwill amortization for this deal is modeled on an assumed straight-line basis through 2000. All data is based on information from Sterling Annual Reports. From Table 7, columns D and H.

App. 42

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89*

($ in Thousands)

| | A | B | C | D | E = C * D | F = min(A,E) | G |
|---|---|---|---|---|---|---|---|
| Period ended | Central Evergreen SGW | Actual Reported Qualifying SGW | But-For Bank Beginning Period Tangible Assets | Phaseout Schedule of SGW | But-For Constraint | But-For Qualifying SGW | Adjustment to But-For Core Capital |
| 6/30/89 | $12,625 | | | | | | |
| 12/31/89 | 11,357 | $10,308 | $694,760 | 1.500% | $10,421 | $10,421 | n/a |
| 6/30/90 | 10,847 | 10,036 | 685,708 | 1.500% | 10,286 | 10,286 | (136) |
| 6/30/91 | 7,118 | 8,903 | 704,730 | 1.500% | 10,571 | 7,118 | (3,167) |
| 6/30/92 | 4,971 | 6,288 | 699,163 | 1.000% | 6,992 | 4,971 | (2,147) |
| 6/30/93 | 4,013 | 7,673 | 766,910 | 0.750% | 5,752 | 4,013 | (958) |
| 6/30/94 | 3,117 | 5,044 | 1,251,799 | 0.375% | 4,694 | 3,117 | (896) |
| 6/30/95 | 2,310 | | 1,653,132 | 0.000% | 0 | 0 | (3,117) |
| 6/30/96 | 1,604 | | 1,870,802 | 0.000% | 0 | 0 | 0 |
| 12/31/96 | 1,306 | | 1,800,566 | 0.000% | 0 | 0 | 0 |
| 12/31/97 | 773 | | 1,867,507 | 0.000% | 0 | 0 | 0 |
| 12/31/98 | 371 | | 2,283,287 | 0.000% | 0 | 0 | 0 |
| 12/31/99 | 115 | | 2,543,354 | 0.000% | 0 | 0 | 0 |
| 12/31/00 | 0 | | 2,805,226 | 0.000% | 0 | 0 | 0 |
| 12/31/01 | 0 | | 2,942,777 | 0.000% | 0 | 0 | 0 |
| 12/31/02 | 0 | | 3,380,416 | 0.000% | 0 | 0 | 0 |
| 12/31/03 | 0 | | 3,716,002 | 0.000% | 0 | 0 | 0 |
| 12/31/04 | 0 | | 4,390,324 | 0.000% | 0 | 0 | 0 |
| 12/31/05 | 0 | | 7,012,966 | 0.000% | 0 | 0 | 0 |
| 9/30/06 | 0 | | 7,652,433 | 0.000% | 0 | 0 | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which is as of the nine months ended on that date.
Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column I.

B Actual data from Thrift Financial Reports (Sheshunoff).

C Calculated as the but-for bank's assets at the beginning of the period less total intangibles at the beginning of the period. (Calculated as Table 5, column C[t-1] - (Table 4a, column A[t-1] + Table 4a, column G[t-1] + Table 4a, column M[t-1])).

D Post-FIRREA, a portion of supervisory goodwill (based on a percentage of tangible assets) was allowed to count towards core capital. Qualifying percentages are from the Thrift Financial Report Instruction Manual 1991.

G Calculated as column F[t] - column F[t-1].

App. 43

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89*

($ in Thousands)

| | A | B | C | D | E | F = D * E | G = min(A,F) | H |
|---|---|---|---|---|---|---|---|---|
| Period ended | Identified Intangibles | Actual Reported Other Qualifying Intangibles | Actual Tangible Capital | But-For Bank Tangible Capital + But-For Qualifying SGW | Percentage of Tangible Capital + QSGW That Can Be Counted | But-For Constraint | But-For Other Qualifying Intangibles | Adjustment to But-For Core Capital |
| 6/30/89 | $6,075 | | | | | | | |
| 12/31/89 | 5,670 | $0 | ($9,949) | $23,170 | 25.000% | $5,793 | $5,670 | |
| 6/30/90 | 5,265 | 0 | (11,390) | 23,116 | 25.000% | 5,779 | 5,265 | (405) |
| 6/30/91 | 4,455 | 1,584 | (2,567) | 24,223 | 25.000% | 6,056 | 4,455 | (810) |
| 6/30/92 | 3,645 | 3,327 | 25,651 | 24,569 | 25.000% | 6,142 | 3,645 | (810) |
| 6/30/93 | 2,835 | 2,575 | 48,191 | 52,503 | 25.000% | 13,126 | 2,835 | (810) |
| 6/30/94 | 2,025 | 1,916 | 62,936 | 74,460 | 25.000% | 18,615 | 2,025 | (810) |
| 6/30/95 | 1,215 | 1,220 | 85,029 | 95,273 | 25.000% | 23,818 | 1,215 | (810) |
| 6/30/96 | 405 | 440 | 90,622 | 113,325 | 25.000% | 28,331 | 405 | (810) |
| 12/31/96 | 0 | 0 | 101,602 | 121,105 | 25.000% | 30,276 | 0 | (405) |
| 12/31/97 | 0 | 0 | 141,025 | 131,466 | 25.000% | 32,867 | 0 | 0 |
| 12/31/98 | 0 | 0 | n/a | | | | | |
| 12/31/99 | 0 | 0 | n/a | | | | | |
| 12/31/00 | 0 | 0 | n/a | | | | | |
| 12/31/01 | 0 | 0 | n/a | | | | | |
| 12/31/02 | 0 | 0 | n/a | | | | | |
| 12/31/03 | 0 | 0 | n/a | | | | | |
| 12/31/04 | 0 | 0 | n/a | | | | | |
| 12/31/05 | 0 | 0 | n/a | | | | | |
| 9/30/06 | 0 | 0 | n/a | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which is as of the nine months ended on that date.
Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column H.

B, C Actual data from Thrift Financial Reports (Sheshunoff).

D Calculated as the previous period's but-for core capital less the previous period's but-for other qualifying intangibles.
(Calculated as Table 5, column I[t-1] - column G[t-1]).
For 12/31/89, calculated as the but-for bank's core capital at 12/31/89 before inclusion of but-for other qualifying intangibles.

E Post FIRREA, a maximum of 25% of (Tangible Capital + Qualifying SGW) can be counted towards Other Qualifying Intangible Assets.

H Calculated as column G[t] - column G[t-1].

App. 44

App. 45

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 5: But-For Bank*

($ in Thousands)

| | A | B | C | D | E | F | G=D-E-F | H | I | J=I/C | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised / Adjustments to Core Capital | Adjustment to But-For Core Capital Due to Phaseout of Central Evergreen Intangibles + Limitation on Other Qualifying Intangibles |
| 6/30/89 | | | 730,933 | | | | | | | | | |
| 12/31/89 | 752,177 | 719,644 | 719,644 | 2,571 | 324 | 2,045 | 202 | 353 | 28,786 | 4.00% | 10,385 | n/a |
| 6/30/90 | 745,291 | 737,187 | 737,187 | 1,930 | (64) | 1,833 | 161 | 241 | 29,487 | 4.00% | 0 | (541) |
| 6/30/91 | 801,437 | 725,600 | 725,600 | 6,925 | 1,162 | 3,001 | 2,763 | 876 | 29,024 | 4.00% | 0 | (3,977) |
| 6/30/92 | 788,840 | 1,020,874 | 788,840 | 13,523 | 4,476 | 2,916 | 6,131 | 576 | 56,148 | 7.12% | 23,052 | (2,957) |
| 6/30/93 | 1,270,906 | 1,344,260 | 1,270,906 | 18,006 | 6,116 | 2,824 | 9,067 | 926 | 77,295 | 6.08% | 12,900 | (1,768) |
| 6/30/94 | 1,681,060 | 1,892,145 | 1,681,060 | 20,449 | 6,015 | 2,978 | 11,456 | 1,888 | 97,298 | 5.79% | 10,092 | (1,706) |
| 6/30/95 | 1,694,583 | 1,909,004 | 1,694,583 | 23,211 | 6,734 | 4,148 | 12,329 | 4,560 | 114,540 | 8.05% | 10,200 | (3,927) |
| 6/30/96 | 1,820,299 | 1,928,726 | 1,820,299 | 19,999 | 6,157 | 4,048 | 9,794 | 5,114 | 121,510 | 6.68% | 0 | (810) |
| 12/31/96 | 1,885,272 | 1,947,648 | 1,885,272 | (354) | (818) | 1,968 | (1,505) | 2,728 | 131,466 | 6.97% | 13,100 | (405) |
| 12/31/97 | 2,297,987 | 2,553,999 | 2,297,987 | 28,113 | 9,677 | 3,064 | 15,372 | 6,559 | 172,395 | 7.50% | 30,000 | 0 |
| 12/31/98 | 2,777,438 | 2,610,221 | 2,610,221 | 25,977 | 8,045 | 4,833 | 13,099 | 8,570 | 176,190 | 6.75% | (4,619) | 0 |
| 12/31/99 | 2,865,507 | 3,004,070 | 2,865,507 | 40,405 | 12,811 | 6,587 | 21,007 | 10,061 | 202,775 | 7.08% | 10,000 | 0 |
| 12/31/00 | 2,998,612 | 3,147,362 | 2,998,612 | 42,769 | 13,794 | 6,446 | 22,528 | 10,488 | 220,315 | 7.35% | 0 | 0 |
| 12/31/01 | 3,427,925 | 3,472,938 | 3,427,925 | 45,612 | 14,193 | 6,325 | 25,094 | 10,995 | 277,835 | 8.11% | 36,044 | 0 |
| 12/31/02 | 3,952,898 | 3,761,920 | 3,761,920 | 54,574 | 18,409 | 1,592 | 34,573 | 12,098 | 300,954 | 8.00% | 0 | 0 |
| 12/31/03 | 4,572,239 | 4,439,914 | 4,439,914 | 69,242 | 24,680 | 568 | 43,994 | 12,096 | 355,193 | 8.00% | 22,681 | 0 |
| 12/31/04 | 7,148,741 | 7,198,238 | 7,148,741 | 101,303 | 34,002 | 2,314 | 64,986 | 12,098 | 465,681 | 6.80% | 75,576 | 0 |
| 12/31/05 | 7,783,896 | 7,802,030 | 7,783,896 | 107,150 | 34,697 | 2,312 | 70,140 | 12,101 | 546,142 | 7.02% | 0 | 0 |
| 9/30/06 | 8,879,806 | 8,873,167 | 8,873,167 | 93,957 | 30,338 | 1,753 | 61,866 | 17,028 | 709,853 | 8.00% | 117,188 | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which is as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Calculated as column C[t-1] times (1 plus Table 3a, column E), plus Table 3a, column F.

B Calculated as column I divided by Table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from Table 3a, column 6, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in Table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractual amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column D + Table 4a, column J + Table 4a, column N.)

H Assumed to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

I Calculated as the sum of the but-for bank's previous period's core capital, plus the current period's net income, less dividends paid out, plus any additional capital raised, plus adjustments to but-for core capital based on phase-out of Central Evergreen Qualifying SGW and limitation on other qualifying intangibles, less adjustments to and NOL usages against Lewis Federal and Tri-Cities supervisory goodwill; plus the amortization of Central Evergreen supervisory goodwill and identified intangibles, plus the amortization of non-supervisory intangibles.
(Calculated as columns I[t-1] + G - H + K + L - Table 4a, column E - Table 4a, column F + Table 4a, column J + Table 4a, column N).
12/31/89 but-for core capital is calculated as the sum of the actual bank's 12/31/89 core capital, less Qualifying SGW, plus Lewis Federal and Tri-Cities intangibles, plus but-for Qualifying SGW, plus but-for Other Qualifying Intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends.
(Calculated as Table 2a, column G - Table 4b, column B + Table 4a, column A + Table 4b, column F + Table 4c, column G + column K + (column G - Table 2a, column B) - (column H - Table 2a, column F)).

K From Table 3a, column 6.

L Table 4b, column G + Table 4c, column H.

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 6a: Addendum For Lewis Federal and Tri-Cities Supervisory Intangibles*

($ in Thousands)

| | Capital Credit | | | | | Supervisory Goodwill | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J = F + H |
| | Lewis Federal | | Tri-Cities | | Total | Lewis Federal | | Tri-Cities | | Total |
| Period Ended | Balance | Amortization | Balance | Amortization | Balance | Balance | Amortization | Balance | Amortization | Balance |
| 11/5/85 | $1,750 | | | | $1,750 | $2,044 | | | | $2,044 |
| 12/31/85 | 1,743 | $7 | | | 1,743 | 2,036 | $8 | | | 2,036 |
| 6/30/86 | 1,721 | 22 | | | 1,721 | 1,614 | 23 | | | 1,814 |
| 6/30/87 | 1,677 | 44 | | | 1,677 | 1,768 | 46 | | | 1,768 |
| 4/8/88 | | | $11,730 | | | | | | | |
| 6/30/88 | 1,633 | 44 | 11,535 | $196 | 13,168 | 1,743 | 12 | $2,176 | | 3,919 |
| 6/30/89 | 1,590 | 44 | 10,753 | 782 | 12,342 | 1,696 | 47 | 2,028 | $148 | 3,724 |
| 12/31/89 | 1,568 | 22 | 10,362 | 391 | 11,929 | 1,673 | 23 | 1,955 | 74 | 3,627 |
| 6/30/90 | 1,546 | 22 | 9,971 | 391 | 11,516 | 1,649 | 23 | 1,881 | 74 | 3,530 |
| 6/30/91 | 1,502 | 44 | 9,189 | 782 | 10,691 | 1,603 | 47 | 1,380 | 148 | 2,983 |
| 6/30/92 | 1,458 | 44 | 8,407 | 782 | 9,865 | 1,556 | 47 | 812 | 75 | 2,368 |
| 6/30/93 | 1,415 | 44 | 7,625 | 782 | 9,039 | 1,509 | 47 | 736 | 75 | 2,245 |
| 6/30/94 | 1,371 | 44 | 6,843 | 782 | 8,213 | 1,463 | 47 | 661 | 75 | 2,123 |
| 6/30/95 | 1,327 | 44 | 6,061 | 782 | 7,388 | 1,416 | 47 | 585 | 75 | 2,001 |
| 6/30/96 | 1,283 | 44 | 5,279 | 782 | 6,562 | 1,369 | 47 | 510 | 75 | 1,879 |
| 12/31/96 | 1,261 | 22 | 4,888 | 391 | 6,149 | 1,346 | 23 | 472 | 38 | 1,818 |
| 12/31/97 | 1,218 | 44 | 4,106 | 782 | 5,323 | 1,299 | 47 | 396 | 75 | 1,696 |
| 12/31/98 | 1,174 | 44 | 3,324 | 782 | 4,497 | 1,253 | 47 | 321 | 75 | 1,573 |
| 12/31/99 | 1,130 | 44 | 2,542 | 782 | 3,672 | 1,206 | 47 | 245 | 75 | 1,451 |
| 12/31/00 | 1,086 | 44 | 1,760 | 782 | 2,846 | 1,159 | 47 | 170 | 75 | 1,329 |
| 12/31/01 | 1,043 | 44 | 978 | 782 | 2,020 | 1,113 | 47 | 94 | 75 | 1,207 |
| 12/31/02 | 999 | 44 | 196 | 782 | 1,194 | 1,066 | 47 | 19 | 75 | 1,085 |
| 12/31/03 | 955 | 44 | 0 | 196 | 955 | 1,019 | 47 | 0 | 19 | 1,019 |
| 12/31/04 | 911 | 44 | 0 | | 911 | 972 | 47 | 0 | | 972 |
| 12/31/05 | 868 | 44 | 0 | | 867 | 926 | 47 | 0 | | 926 |
| 9/30/06 | 966 | 33 | 0 | | 966 | 891 | 35 | 0 | | 891 |

Note: All data are as of or for the fiscal year specified, except: (1) data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, (2) data for 9/30/06, which are as of the nine months ended on that date, (3) 12/31/85, which reflects balances and amortization as of that date, and (4) data for 11/5/85 and 4/8/88, which reflect the beginning capital credit balances from the Lewis Federal and Tri-Cities acquisitions. Through 1998, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A, C, F – I Based on data from Sterling Savings Association.

B Assumes a 40 year amortization schedule.

D Assumes a 15 year amortization schedule.

App. 46

App. 47

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 6b: Addendum For Central Evergreen Supervisory Intangibles*

($ in Thousands)

| | Identified Intangibles | | Unidentified Intangibles | |
|---|---|---|---|---|
| | A | B | C | D |
| Period Ended | Balance | Amortization | Balance | Amortization |
| 6/30/89 | $6,075 | 405 | $12,625 | 919 |
| 12/31/89 | 5,670 | 405 | 11,357 | 1,075 |
| 6/30/90 | 5,265 | 405 | 10,847 | 863 |
| 6/30/91 | 4,455 | 810 | 7,118 | 1,063 |
| 6/30/92 | 3,645 | 810 | 4,971 | 1,050 |
| 6/30/93 | 2,835 | 810 | 4,013 | 958 |
| 6/30/94 | 2,025 | 810 | 3,117 | 896 |
| 6/30/95 | 1,215 | 810 | 2,310 | 807 |
| 6/30/96 | 405 | 810 | 1,604 | 707 |
| 12/31/96 | 0 | 405 | 1,306 | 298 |
| 12/31/97 | | | 773 | 533 |
| 12/31/98 | | | 371 | 402 |
| 12/31/99 | | | 115 | 256 |
| 12/31/00 | | | 0 | 115 |
| 12/31/01 | | | | |
| 12/31/02 | | | | |
| 12/31/03 | | | | |
| 12/31/04 | | | | |
| 12/31/05 | | | | |
| 9/30/06 | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Identified Intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

B - D Based on data from Sterling Savings Association.

App. 48

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 7: Addendum for Non-Supervisory Goodwill*

Source: Sterling Annual Reports and TFRs
($ in thousands)

| | Assumed Straight-Line Amortization | | | | | Balances | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D = A + B + C | | E | F | G | H = E + F + G |
| Period Ended | Lewis & Clark | WA & OR Branches | KeyBank | Total Amortization | Explanation | Lewis & Clark | WA & OR Branches | KeyBank | Total |
| 6/30/83 | | | | 0 | • Lewis and Clark S&LA was merged into Sterling on 6/30/83 and $2.056m in goodwill was recorded to be amortized using the interest-method over 19 years. Source: 1983 AR, Note 12. | 2,056 | | | 2,056 |
| 6/30/84 | 108 | | | 108 | | 1,946 | | | 1,948 |
| 6/30/85 | 108 | | | 108 | | 1,840 | | | 1,840 |
| 6/30/86 | 108 | | | 108 | | 1,731 | | | 1,731 |
| 6/30/87 | 106 | | | 108 | | 1,623 | | | 1,623 |
| 6/30/88 | 108 | | | 108 | | 1,515 | | | 1,515 |
| 6/30/89 | 108 | | | 108 | | 1,407 | | | 1,407 |
| 6/30/90 | 108 | | | 108 | | 1,299 | | | 1,299 |
| 6/30/91 | 108 | | | 108 | | 1,190 | | | 1,190 |
| 6/30/92 | 106 | | | 108 | | 1,082 | | | 1,082 |
| 6/30/93 | 108 | | | 108 | | 974 | | | 974 |
| 6/30/94 | 108 | 216 | | 324 | • On 4/15/94, Sterling acquired 3 branches in Oregon and paid an acquisition premium of ~$3m. On 5/13/94, Sterling acquired 5 branches in Washington and paid an acquisition premium of ~$8.8m. These premiums had amortization periods of 6 years. Source: 1994 AR, Note 4. | 866 | 11,584 | | 12,450 |
| 6/30/95 | 108 | 1,475 | | 1,583 | | 757 | 10,109 | | 10,867 |
| 6/30/96 | 108 | 1,475 | | 1,583 | | 649 | 8,634 | | 9,284 |
| 12/31/96 | 54 | 738 | | 792 | | 595 | 7,897 | | 8,492 |
| 12/31/97 | 108 | 1,475 | | 1,583 | | 487 | 6,422 | | 6,909 |
| 12/31/98 | 108 | 1,475 | 1,900 | 3,483 | • On 6/15/98, Sterling acquired 33 branches from KeyBank and recorded ~$57m in goodwill to be amortized over 15 years using the straight-line method. Source: 1998 10-K, Note 1. | 379 | 4,947 | 55,100 | 60,426 |
| 12/31/99 | 108 | 1,475 | 3,800 | 5,383 | | 271 | 3,472 | 51,300 | 55,042 |
| 12/31/00 | 108 | 1,475 | 3,800 | 5,363 | | 162 | 1,997 | 47,500 | 49,659 |
| 12/31/01 | | | | 5,377 | | | | | 44,282 |
| 12/31/02 | | | | 644 | • Sterling adopts SFAS No. 142 on January 1, 2002. Source: 2002 10-K, p.34. | | | | 43,638 |
| | | | | | *Total Goodwill and Other Intangibles* | | | | |
| 12/31/03 | | | | 263 | • $4.2 million of goodwill and other intangibles were generated by the Empire Federal Bancorp acquisition on 2/28/03. Source: 12/31/03 10-K, pp. F-45-46. | | | | 47,616 |
| 12/31/04 | | | | 2,224 | • $65.7 million of goodwill and $19.2 million of core deposit intangibles were generated by the KFBI acquisition on 1/2/04, and $1.6 million of goodwill was generated by the Peter W. Wong Associates, Inc. acquisition on 11/30/04. Source: 12/31/04 10-K, pp. F-44-45. | | | | 131,892 |
| 12/31/05 | | | | 2,222 | | | | | 129,670 |
| 9/30/06 | | | | 1,685 | | | | | 127,985 |
| Total: | 1,894 | 9,803 | 9,600 | 33,612 | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/96 which are for the six months ended as of that date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

D For 2001 – 2006, assumed to be equal to the total amortization of intangibles of the actual bank from Table 2a, column D.

H The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000. For 2001 – 2006 balances are calculated as (H)(t-1) less Column D(t) plus goodwill and other intangibles generated from acquisitions.

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 8: 2001 – 2006 Capital Downstreamed*

Source: Thrift Financial Reports (Sheshunoff); Call Reports
($ in Thousands)

| | A | B | C | D = A + B + C | E = D - D(t-1) |
|---|---|---|---|---|---|
| | | Common Stock | | | |
| | Preferred Stock | Par Value | Paid in Excess of Par | Total | Difference from Prior Year |
| 12/31/00 | $95,100 | $6,616 | $76,502 | $178,218 | |
| 12/31/01 | 110,100 | 7,245 | 98,917 | 216,262 | $38,044 |
| 12/31/02 | 110,100 | 7,245 | 98,917 | 216,262 | 0 |
| 12/31/03 | 110,100 | 7,245 | 125,239 | 242,584 | 26,322 |
| 12/31/04 | 110,100 | 7,246 | 287,314 | 404,660 | 162,076 |
| 12/31/05 | 110,100 | 7,246 | 287,314 | 404,660 | 0 |
| 9/30/06 | 175,100 | 7,246 | 339,502 | 521,848 | 117,188 |

App. 49

App. 50

# *Exhibit 7*

## RTC Resolutions in Washington and Oregon

Source: RTC Statistical Abstract August 1989/September 1995
(Dollars in Millions)

| Name | City | State | Charter F-Federal S-State | Conserva-torship Date | Resolution Date | Assets at Takeover | Deposits at Takeover | Deposits at Resolution |
|---|---|---|---|---|---|---|---|---|
| The Benjamin Franklin FS&LA | Portland | OR | F | 2/21/90 | 9/7/90 | $4,692 | $3,214 | $2,650 |
| Far West FSB | Portland | OR | F | 5/23/91 | 4/15/94 | $2,160 | $1,273 | $714 |
| Family FSA | Dallas | OR | F | 1/11/90 | 6/22/90 | $170 | $101 | $93 |
| Family S&LA, FA | Seattle | WA | S | 2/8/91 | 7/19/91 | $101 | $60 | $44 |
| Gibraltar Savings, FSB | Seattle | WA | F | 3/31/89 | 6/29/90 | $1,816 | $1,368 | $1,029 |
| Frontier FS&LA | Walla Walla | WA | F | 2/23/90 | 6/22/90 | $162 | $119 | $98 |

Note: No resolutions were reported for Idaho institutions.

## Acquisitions Considered by Sterling

Source: Deposition of Harold Gilkey, June 6-8, 2000, pp. 69-75, 184-185, 239-245, 485-487, 511, 517, 561-594

| Name | Year |
|---|---|
| American Bank | 1992 |
| American National Bank/American Marine | 1990s |
| Ben Franklin National Bank, Pasco | 1987 |
| Benjamin Franklin, Portland, Oregon | early 1990s |
| Eastern Washington Savings | 1988 |
| Enterprise Bank | 1990s |
| Gibraltar Savings (certain branches) | 1990s |
| Family Savings | 1988 |
| Far West Federal (6 branches in Oregon) | 1988 |
| First Federal of Longview | 1988 |
| First Western Savings/First Federal (certain branches) | 1992 |
| Great Northwest Savings Bank | 1991 |
| Guaranty Savings | 1984 |
| Hamilton Financial Services | late 1990s |
| Heritage Federal | 1990s |
| Horizon | 1990s |

| Name | Year |
|---|---|
| InterWest | 1990s |
| Lynnwood Savings | 1980s |
| Mortgage Services America (First Cal) | 1995-1996 |
| Olympia Federal | 1990s |
| Pacific First Federal | early 1990s |
| Palm Springs Savings Bank | 1990s |
| Security Federal Savings Bank | 1990s |
| Security Pacific Bank (certain branches) | mid 1990s |
| Summit Savings | mid 1990s |
| U.S. Bank (certain branches) | 1990s |
| Vancouver Federal | 1990s |
| Washington Mutual (2 branches) | 1992 |
| West One (certain branches) | 1990s |
| Westcoast Bancorporation | late 1990s |
| Willamette Savings | 1995-1996 |

App. 51

# *Exhibit 8*

# *Sterling Savings Association*

## Summary of Expectation Damages

($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Earnings on Foregone Assets** | **$58,164** |
| [2] | **+ Wounded Bank Damages** | **$4,556** |
| | Cost of Great American branch denied because of OTS Capital Standards | $1,835 |
| | Loss on CJ-4 Loan | $1,241 |
| | Excess Supervision Costs | $172 |
| | Cost of 1989 Units Offering | $1,004 |
| | Increased Legal and Accounting to Defend against Regulatory Interference | $304 |
| [3] | **+ Future Damages** | **$641** |
| | **Total Expectation Damages** | **$63,361** |

Notes:

[2] Source: Data from Sterling Savings Association.

[3] Present value of cash flows representing the cost of replacing supervisory goodwill and capital credits in 9/30/06 dollars as calculated by Professor James.