**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,** **Plaintiffs,** v. **THE UNITED STATES,** **Defendant.** | **NO. 95-829 C** **(Judge Wheeler)** |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AS TO DAMAGES**

COME NOW, the Plaintiffs and, pursuant to RCFC 56, and submit this " Motion For Summary Judgment Regarding Damages. This motion is supported by the: Memorandum of Points and Authorities in Support of Sterling's Motion for Summary Judgment Regarding Damages; the Appendix to Memorandum of Points and Authorities in Support of Sterling's Motion for Summary Judgment Regarding Damages and in Response to Revised Motion for Summary Judgment Regarding Damages and Plaintiffs' Brief Re: Motion to Strike the Expert Report of W. Barefoot Bankhead filed herewith; and the files herein.

Respectfully submitted this 29th day of March, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 29, 2007, a copy of the foregoing **PLAINTIFFS' MOTION TO STRIKE THE EXPERT REPORT OF W. BAREFOOT BANKHEAD** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes

William D. Symmes
Attorney for Plaintiff