Exhibit 69: Letter to Carol Friend Re: Sterlings Non qualified Deferred Compensation Plan SG-0140397-0140399

Exhibit 70: Letter to Dan Byrne from Norm Judd Re: Annual Core Deposit Intangible Valuation Update

Exhibit 71: Letter to Daniel G. Byrne Re: Future Dividend Payments SG-0140268

Exhibit 72: Letter to William J. Zuppe Re: Permission to Pay Dividends on Sterling Saving s Outstanding Commutative Convertible Preferred stock

Exhibit 73: Letter to Carol Friend Re: Raising Sterling's Additional Capital

Exhibit 74: Sterling Savings Association Capital Restoration Plan, January 5, 1990 SG-0135608-0135707

Exhibit 75: Sterling Savings Association Capital Restoration Plan, February 19, 1990

Exhibit 76: Letter to the Board of Directors of Sterling Savings Association Re: Sterling's Strategies Toward Achieving Capital Compliance

Exhibit 77: Agreement with Dain Bosworth

Exhibit 78: Memorandum Opinion and Order Granting Notion for Preliminary Injunction and Denying Motion to Dismiss, Inter Alia

Exhibit 79: Letter to Harold Gilkey Re: Copy of Regulatory Bulletin 3a-1 Entitled Associations Subject to Greater Restrictions

Exhibit 80: Letter to William Zuppe Re: Request for Business Banking Lending Authority

Exhibit 81: Letter to Board of Directors Re: Operating Agreement with Conditional Consent to the Appointment of a Conservator or Receiver

Exhibit 82: Letter to Carol Friend Re: Request to File Weekly Reports

Exhibit 83: Letter to Daniel G. Byrne Re: Temporary Restraining Order for Reports on Sterling

Exhibit 84: Letter to Carol Friend Re: List of Operating Restrictions Imposed Upon Sterling

Exhibit 85: Letter to Daniel Byrne Re: Temporary Restraining Order of May 29, 1990

Exhibit 86: Letter to Carol Friend Re: Variances from Restrictions Placed Upon Sterling

Exhibit 87: Letter to Board of Directors of Sterling Savings Assn. Re: Application for Brokered Deposit Waiver Dated 1/26/90

Exhibit 88: Letter to Daniel G. Byrne Re: Review of the Concerns Expressed in the 8/17/90 Letter

| | |
|---|---|
| Exhibit 89: Sterling Savings Association Common Stock Offering Circular Dated 11/20/91 | SG-0175744-0175862 |
| Exhibit 90: Sterling Savings Association Letter to OTS Re: Withdraw of 6/5/91 Notice of Intention | |
| Exhibit 91: Letter from OTS Re: Acknowledge Receiving the Withdraw Letter from Sterling | |
| Exhibit 92: Sterling Savings Association Capital Plan 7/23/91 | |
| Exhibit 93: Letter to Ed Hedlund Re: Reporting Exceptions to Operational Concerns Expressed to Sterling in Various Letters | SG-0137768-0137770 |
| Exhibit 94: Sterling Savings 1990 Annual Report | SG-0060042-0060076 |
| Exhibit 95: Sterling Savings Assn. Calendar Year 1997 Strategic Plan Supplement - Non-Core Funding Dependency | |
| Exhibit 96: Press Release Sterling's Goodwill Suit Transferred to the U.S. Court of Claims | DRI-03747-03748 |

**Deposition of Dale Larrabee: April 25-26, 2000**

**Deposition of Rodney W. Barnett: April 11, 2000**

## Other Case Materials

| | |
|---|---|
| Expert Report of Chris James | |
| Expert Report of John Mitchell | |
| Expert Report of William B. Conerly | |
| "Issues Memorandum" from James R. Faulstich to FHLBB re: FSLIC Assisted Acquisition of Lewis FS&LA, October 23, 1985 | WOF0140450-454 |
| "A Memorandum" from James R. Faulstich to FHLBB re: FSLIC Assisted Acquisition of Lewis FS&LA, October 23, 1985 | WOF0140468-472 |
| "A Memorandum" from James R. Faulstich to FHLBB re: FSLIC Assisted Acquisition of Lewis FS&LA, October 23, 1985 | WOB0200315-318 |
| "S Memorandum" from James R. Faulstich to FHLBB re: FSLIC Assisted Acquisition of Lewis FS&LA. October 23, 1985 | WOF0140473-481 |
| "S Memorandum" to John M. Buckley, Sec'y FHLBB, from James R. Faulstich, Principal Supervisory Agent, re: Recommendation for the Appointment of FSLIC as Receiver for and the Subsequent Acquisition of Substantially all the Assets and Liabilities of Tri-Cities S&LA by SSA, March 31, 1988 | WOF0141079-090 |

| | |
|---|---|
| "Issue Memorandum" to FHLB from James R. Faulstich, Principal supervisory agent, re: Proposed Appointment of FSLIC as Receiver for and Subsequent Acquisition of Tri-Cities S&LA by SSA, April 6, 1988 | WOF0141091-095 |
| "L Memorandum" to FHLB from Leo Clarke, General Counsel - Regulatory Affairs, FHLB Seattle regarding: FSLIC Assisted Acquisition of Tri-cities S&LA by SSA, April 6, 1988 | WOF0141069-078 |
| "Executive Summary" Memorandum for John M Buckley, Jr., Sec'y, FHLBB from Darrel W. Dochow, Exec. Dir., re: Appointment of FSLIC as Receiver for and the Subsequent Acquisition of Substantially all the Assets and Liabilities of Tri-Cities S&LA by SSA, April 6, 1988 | WOF0141066-068 |
| {Memorandum} to FHLBB from Jordan Luke, General Counsel re: Voluntary Supervisory Conversion of Central Evergreen FS&LA and Simultaneous Merger into SSA, with supporting documentation, December 5, 1988 | WOT9420329-341; WOT9420346-351; WOT9420352-365; WOT9420424-457; WOT9420381-392; WOT9420403-404; WOT9420414-415; WOT9420417-419; WOT9420421-423 |

## Other Materials

| | |
|---|---|
| Thrift Financial Reports (FHLBB) | |
| Thrift Financial Reports (Sheshunoff) | |
| Hard-copy Thrift Financial Reports, 6/83 and 12/83 | SG 0701002-011 |
| Hard-copy Thrift Financial Reports, 3/98 | SG 0614446-468 |
| Hard-copy Thrift Financial Reports, 6/98 | SG 0615575-597 |
| Hard-copy Thrift Financial Reports, 9/98 and 12/98 | |
| Analysis from Daniel G. Byrne, CFO, of Sterling Savings | |
| Coopers & Lybrand: Report of Independent Accountants on Supplementary Consolidating information, August 13, 1993 | SG 0051887-933 |
| Coopers & Lybrand: Report of Independent Accountants on Supplementary Consolidating information, August 13, 1994 | SG 0051181-237 |
| Coopers & Lybrand: Report of Independent Accountants on Supplementary Consolidating information, August 13, 1995 | SG 0050331-373 |

| | |
|---|---|
| Coopers & Lybrand: Report of Independent Accountants on Supplementary Consolidating information, August 13, 1996 | SG 0049612-652 |
| RTC Statistical Abstract, August 1989/September 1995 | |

# *Exhibit 3 - Corrected*
## *Sterling Savings Association*
## Key Financial Data
## 1983 to 1989

Source: Thirft Financial Reports (FHLBB), June 1983 - TFR (Income Statement for the 9 months ended 6/83), December 1983-TFR [Bates # SG 0701002 - 0701011]
(Dollars in Thousands)

| | As of Fiscal Year End | | | | | | |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | 1983 (June) | 1984 (June) | 1985 (June) | 1986 (June) | 1987 (June) | 1988 (June) | 1989 (June) |
| Loans | $360 | $54,857 | $70,495 | $127,255 | $172,294 | $304,126 | $502,453 |
| Mortgage Backed-Securities | $0 | $7,003 | $15,073 | $10,158 | $31,834 | $41,587 | $114,060 |
| Goodwill | $0 | $1,819 | $1,770 | $5,388 | $4,953 | $18,785 | $22,990 |
| Other Assets | $6,956 | $25,234 | $25,111 | $38,201 | $22,766 | $69,455 | $91,430 |
| Total Assets | $7,317 | $88,913 | $112,449 | $181,002 | $231,847 | $433,953 | $730,933 |
| | | | | | | | |
| Deposits | $5,135 | $71,561 | $88,205 | $142,078 | $170,755 | $305,354 | $519,389 |
| Borrowings | $0 | $12,563 | $17,928 | $29,623 | $47,665 | $98,802 | $189,362 |
| Total Liabilities | $5,170 | $84,910 | $107,835 | $173,789 | $221,377 | $410,772 | $720,414 |
| Regulatory Capital [1] | $2,147 | $4,003 | $4,614 | $7,213 | $10,470 | $23,181 | $28,614 |
| | | | | | | | |
| **Capital Ratios** | | | | | | | |
| Regulatory Capital/Average Assets | 29.34% | 8.32% | 4.58% | 4.92% | 5.07% | 6.96% | 4.91% |
| | | | | | | | |
| **Income Statement** [2] | | | | | | | |
| Income Before Taxes & Amortization | -$163 | $330 | $1,027 | $1,360 | $1,878 | $2,431 | $3,813 |
| Goodwill Amortization and Write-offs | $0 | $88 | $127 | $326 | $228 | $472 | $2,272 |
| Provision for Taxes | $0 | $0 | $122 | $205 | $560 | $752 | $560 |
| Accounting Changes and Extra Items | $0 | $26 | $166 | $0 | $0 | $0 | $0 |
| Net Income | -$163 | $216 | $612 | $829 | $1,090 | $1,207 | $981 |
| | | | | | | | |
| **Profitability Ratios** | | | | | | | |
| ROAA before taxes and Amortization | -2.22% | 0.69% | 1.02% | 0.93% | 0.91% | 0.73% | 0.65% |
| Average Assets [3] | $7,317 | $48,115 | $100,681 | $146,726 | $206,425 | $332,900 | $582,443 |

[1] For 1987 and 1988 this figure does not include general valuation allowances.
[2] Income figures for 1983 reflect nine months of data.
[3] "Average" assets for 1983 are actually total assets at 6/30/83.

Exhibit 3

# *Exhibit 4 - Corrected*

## *Sterling Savings Association*

## Consolidated Key Financial Data

## 1990 to 2000

Source: Thrift Financial Reports (Sheshunoff), except for 1998 which is based on hard-copy TFRs
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loans (Mortgage and Non-Mortgage) | $464,021 | $407,991 | $465,920 | $616,749 | $852,066 | $1,092,824 | $904,012 | $949,851 | $1,084,073 | $1,497,641 | $1,805,546 | $1,983,490 |
| Mortgage Backed-Securities (pool) | $115,395 | $141,040 | $98,126 | $328,279 | $331,426 | $253,337 | $393,730 | $372,057 | $456,322 | $232,256 | $227,649 | $210,653 |
| Goodwill | $19,736 | $14,573 | $10,649 | $8,431 | $17,915 | $14,945 | $11,868 | $10,147 | $7,882 | $61,180 | $55,488 | $49,998 |
| Other Assets | $89,838 | $45,395 | $66,192 | $78,087 | $162,256 | $177,575 | $166,160 | $202,732 | $322,499 | $518,768 | $447,070 | $407,630 |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 | $2,651,771 |
| | | | | | | | | | | | | |
| Deposits | $483,581 | $492,372 | $510,104 | $583,732 | $815,274 | $901,646 | $906,298 | $909,276 | $1,047,863 | $1,563,343 | $1,629,234 | $1,743,296 |
| Borrowings | $189,557 | $98,608 | $86,615 | $376,493 | $446,837 | $513,956 | $465,611 | $503,827 | $656,411 | $516,246 | $673,196 | $645,320 |
| Total Liabilities | $678,260 | $596,378 | $602,954 | $972,422 | $1,281,539 | $1,439,052 | $1,383,106 | $1,428,473 | $1,722,373 | $2,103,836 | $2,324,571 | $2,420,148 |
| Equity Capital | $10,730 | $12,621 | $38,224 | $59,124 | $82,124 | $99,629 | $92,664 | $106,314 | $148,403 | $206,008 | $211,183 | $231,620 |
| | | | | | | | | | | | | |
| **Capital Ratios** | | | | | | | | | | | | |
| Equity/Average Assets | 1.51% | 1.94% | 6.12% | 7.07% | 6.86% | 6.87% | 6.15% | 7.06% | 8.72% | 9.86% | 8.72% | 8.93% |
| | | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | | |
| Income Before Taxes & Amortization | $3,357 | $5,678 | $9,873 | $14,340 | $16,463 | $17,944 | $14,352 | -$269 | $23,341 | $21,585 | $35,951 | $37,942 |
| Goodwill Amortization and Write-offs | $3,253 | $2,770 | $2,332 | $2,218 | $2,262 | $3,487 | $3,332 | $1,586 | $2,265 | $3,980 | $5,692 | $5,490 |
| Provision for Taxes | -$163 | $590 | $3,319 | $4,920 | $4,559 | $4,819 | $4,122 | -$621 | $7,911 | $6,420 | $11,163 | $12,008 |
| Accounting Changes and Extra Items | $0 | $298 | -$522 | -$424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income | $267 | $2,020 | $4,744 | $7,626 | $9,642 | $9,638 | $6,898 | -$1,234 | $13,165 | $11,185 | $19,096 | $20,444 |
| | | | | | | | | | | | | |
| **Profitability Ratios** | | | | | | | | | | | | |
| ROAA before Taxes and Amortization | 0.47% | 0.87% | 1.58% | 1.71% | 1.37% | 1.24% | 0.95% | -0.02% | 1.37% | 1.03% | 1.48% | 1.46% |
| Average Assets | $709,962 | $648,995 | $624,943 | $836,217 | $1,197,605 | $1,451,172 | $1,507,226 | $1,505,279 | $1,702,782 | $2,090,311 | $2,422,799 | $2,593,762 |

Note : All data are annual except for December 1996 which are for the 6 months ended on that date. All data are consolidated, except for data prior to 1996.

# *Exhibit 5 - Corrected*
## *Sterling Savings Association*
## Asset Composition
## 1990 to 2000

Source: Thrift Financial Reports (Sheshunoff)
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Loans | $421,388 | $368,888 | $421,974 | $543,664 | $728,819 | $883,919 | $646,965 | $659,102 | $725,041 | $993,851 | $1,238,641 | $1,395,779 |
| Loans On: | | | | | | | | | | | | |
| 1-4 Dwelling Units: | $257,879 | $229,946 | $304,909 | $423,788 | $616,841 | $728,173 | $454,901 | $445,000 | $412,529 | $561,449 | $602,282 | $629,604 |
| Construction Loans | $15,686 | $6,865 | $5,058 | $14,015 | $37,054 | $99,414 | $119,318 | $130,850 | $82,742 | $107,621 | $112,935 | $127,617 |
| First Mtg, Closed-End Jr Liens | $242,193 | $223,081 | $299,851 | $409,773 | $579,787 | $628,759 | $335,583 | $314,150 | $329,787 | $453,828 | $489,347 | $501,987 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 or More Dwelling Units: | $57,298 | $43,929 | $41,975 | $56,401 | $65,152 | $80,038 | $95,415 | $134,405 | $128,207 | $188,276 | $236,302 | $282,135 |
| Construction Loans | $17,865 | $5,650 | $4,298 | $2,077 | $10,286 | $29,141 | $40,607 | $80,123 | $65,333 | $68,301 | $74,047 | $81,673 |
| Permanent Mortgages | $39,433 | $38,279 | $37,677 | $54,324 | $54,866 | $50,897 | $54,808 | $54,282 | $62,874 | $119,975 | $162,255 | $200,462 |
| Nonresidential Property: | $113,416 | $99,135 | $82,027 | $75,226 | $70,228 | $107,377 | $135,388 | $157,174 | $145,296 | $207,146 | $337,497 | $420,953 |
| Construction Loans | $15,497 | $6,579 | $3,961 | $375 | $397 | $10,753 | $27,413 | $42,159 | $23,344 | $22,196 | $29,785 | $80,559 |
| Permanent Mortgages | $97,919 | $92,556 | $78,066 | $74,851 | $69,831 | $96,624 | $107,975 | $115,015 | $121,952 | $184,950 | $307,712 | $340,394 |
| Land | $3,654 | $1,704 | $1,185 | $1,057 | $553 | $17,920 | $22,106 | $21,577 | $42,911 | $38,730 | $64,694 | $60,302 |
| Accrued Interest Receivable | $3,552 | $2,759 | $2,622 | $2,834 | $3,515 | $4,963 | $3,919 | $4,702 | $4,833 | $5,295 | $6,784 | $7,811 |
| Advances for Taxes and Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $366 | $177 | $87 | $106 | $86 |
| Less: Contra-Assets to Mtg Loans: | $14,411 | $8,585 | $10,744 | $15,642 | $27,470 | $54,552 | $64,764 | $104,122 | $8,912 | $7,132 | $9,024 | $5,112 |
| Loans in Process | $6,025 | $2,279 | $3,219 | $8,587 | $21,739 | $47,961 | $56,618 | $94,228 | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $2,404 | $2,260 | $2,818 | $2,340 | -$8 | -$628 | $495 | $1,629 | N/A | N/A | N/A | N/A |
| Valuation Allowances | $5,982 | $4,046 | $4,707 | $4,715 | $5,739 | $7,219 | $7,651 | $8,265 | N/A | N/A | N/A | N/A |

# *Exhibit 5 - Corrected*
# *Sterling Savings Association*
## Asset Composition
## 1990 to 2000

Source: Thrift Financial Reports (Sheshunoff)
(Dollars in Thousands)

| Balance Sheet | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of Fiscal Year End | | | | | | | | | | | |
| Nonmortgage Loans | $42,633 | $39,103 | $43,946 | $73,085 | $123,247 | $208,905 | $257,047 | $290,749 | $359,032 | $503,790 | $566,905 | $587,711 |
| Commercial Loans: | $22,967 | $17,632 | $16,237 | $28,507 | $52,909 | $106,266 | $169,829 | $199,989 | $241,952 | $317,215 | $351,106 | $435,667 |
| Secured, Other than Mortgage | $22,967 | $17,632 | $15,608 | $26,415 | $51,056 | $103,386 | $160,757 | $194,461 | $233,535 | $303,216 | $327,489 | $411,879 |
| Unsecured | $0 | $0 | $629 | $2,092 | $1,853 | $2,880 | $9,072 | $5,528 | $8,417 | $13,999 | $23,617 | $23,788 |
| Financing Leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumer Loans: | $19,723 | $21,138 | $27,323 | $43,903 | $69,188 | $99,936 | $83,520 | $86,563 | $114,169 | $189,262 | $216,463 | $156,348 |
| Closed-End Consumer Loans: | $0 | $0 | $0 | $0 | $0 | $0 | $69,480 | $71,715 | $94,426 | $158,815 | $180,007 | $111,848 |
| Loans on Deposits | $2,619 | $2,323 | $2,660 | $2,709 | $2,709 | $4,467 | $4,386 | $4,343 | $4,924 | $5,258 | $5,135 | $5,317 |
| Home Improvement Loans | $24 | $31 | $46 | $137 | $173 | $44,929 | $22,351 | $22,900 | $23,431 | $25,489 | $27,626 | $32,882 |
| Education Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $157 | $0 | $0 |
| Auto Loans | $1,525 | $1,616 | $1,966 | $3,671 | $6,027 | $7,756 | $7,897 | $7,692 | $25,929 | $76,761 | $99,927 | $19,075 |
| Mobile Home Loans | $264 | $404 | $888 | $1,448 | $1,189 | $861 | $689 | $673 | $409 | $1,502 | $1,241 | $1,366 |
| Other Consumer Loans & Leases | $11,593 | $12,782 | $17,187 | $28,545 | $50,538 | $30,500 | $34,157 | $36,107 | $39,733 | $49,648 | $46,078 | $53,208 |
| Open-End Consumer Loans: | | | | | | | $14,040 | $14,848 | $19,743 | $30,447 | $36,456 | $44,500 |
| Loans Secured by 1-4 Family | $3,698 | $3,982 | $4,576 | $6,078 | $7,139 | $9,215 | $10,689 | $11,933 | $17,018 | $26,671 | $32,029 | $33,124 |
| Unsecured, Credit Card & Other | $0 | $0 | $0 | $1,315 | $1,413 | $2,208 | $3,351 | $2,915 | $2,725 | $3,776 | $4,427 | $11,376 |
| Accrued Interest Receivable | $444 | $293 | $332 | $418 | $717 | $1,431 | $1,859 | $2,220 | $2,911 | $4,689 | $5,641 | $6,521 |
| Less: Contra-Assets to Nonmtg Lns: | $501 | $40 | $54 | $257 | $433 | $1,272 | -$1,839 | -$1,977 | N/A | N/A | N/A | N/A |
| Allowance for Loan & Lease Losses | | | | | | | | | $0 | $7,376 | $6,305 | $10,825 |
| Loans in Process | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $39 | $81 | $92 | $261 | $435 | $1,272 | -$1,885 | -$1,997 | N/A | N/A | N/A | N/A |
| Valuation Allowances | $462 | -$41 | -$38 | -$4 | -$2 | $0 | $46 | $20 | N/A | N/A | N/A | N/A |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 | $2,651,771 |

Note: All data are consolidated, except for data prior to 1996.

# *Exhibit 6 - Corrected*

## Calculation of Lost Earnings on Foregone Assets
## Index of Tables


*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*

*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*

*Table 3b: Calculation of Returns Applicable to Foregone Assets*

*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*

*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*

*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*

*Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89*

*Table 5: But-For Bank*

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

## Calculation of Lost Earnings on Foregone Assets

### *Table 1: Summary of Lost Earnings Calculation*

($ in Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | | *Incremental Bank* | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 6/30/89 | $730,933 | $730,933 | $0 | | |
| 12/31/89 | 708,213 | 752,177 | 43,964 | 0.34% | 0 |
| 6/30/90 | 688,990 | 778,984 | 89,994 | 0.25% | 110 |
| 6/30/91 | 608,999 | 846,877 | 237,878 | 0.97% | 877 |
| 6/30/92 | 640,887 | 920,687 | 279,800 | 1.79% | 4,254 |
| 6/30/93 | 1,032,538 | 1,483,325 | 450,787 | 1.81% | 5,055 |
| 6/30/94 | 1,367,978 | 1,960,061 | 592,083 | 1.39% | 6,269 |
| 6/30/95 | 1,542,367 | 2,208,457 | 666,090 | 1.30% | 7,668 |
| 6/30/96 | 1,481,893 | 2,121,866 | 639,973 | 1.06% | 7,054 |
| 12/31/96 | 1,534,787 | 2,197,603 | 662,816 | -0.03% | (161) |
| 12/31/97 | 1,870,776 | 2,678,693 | 807,917 | 1.36% | 9,024 |
| 12/31/98 | 2,309,845 | 3,194,129 | 884,284 | 1.03% | 8,306 |
| 12/31/99 | 2,535,753 | 3,506,522 | 970,769 | 1.48% | 13,113 |
| 12/31/00 | 2,651,771 | 3,666,956 | 1,015,185 | 1.46% | 14,210 |
| | | | | | **$75,777** |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From table 2a, column A.
B From table 5, column C.
D From Table 3a, column G.
E Pre-tax, pre-amortization net income from incremental assets.

Exhibit 6
Table 1

# Exhibit 6 - Corrected

# Sterling Savings Association

## Table 2a: Actual Bank and Intervest Financial Data

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Core Capital | Core Capital Ratio | Capital Raised/ Downstreamed | Total Goodwill |
| 6/30/89 | 730,933 | | | | | | | | | |
| 12/31/89 | 708,213 | 627 | 324 | 1,620 | 2,571 | 112 | (994) | -0.14% | 0 | 20,983 |
| 6/30/90 | 688,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 |
| 6/30/91 | 608,999 | 2,020 | 590 | 2,770 | 5,380 | 394 | 7,920 | 1.30% | 0 | 14,573 |
| 6/30/92 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 25,819 | 10,649 |
| 6/30/93 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 |
| 6/30/94 | 1,367,978 | 10,084 | 4,789 | 2,262 | 17,135 | 1,386 | 72,764 | 5.32% | 20,000 | 17,915 |
| 6/30/95 | 1,542,367 | 10,440 | 5,236 | 3,487 | 19,163 | 4,078 | 87,919 | 5.70% | 10,200 | 14,945 |
| 6/30/96 | 1,481,893 | 8,163 | 4,779 | 3,332 | 16,274 | 4,632 | 93,097 | 6.28% | 0 | 11,868 |
| 12/31/96 | 1,534,787 | (1,234) | (621) | 1,586 | (269) | 2,487 | 101,602 | 6.62% | 13,000 | 10,147 |
| 12/31/97 | 1,870,776 | 13,165 | 7,911 | 2,265 | 23,341 | 6,077 | 141,025 | 7.54% | 30,000 | 7,882 |
| 12/31/98 | 2,309,845 | 11,185 | 6,420 | 3,980 | 21,585 | 8,088 | 143,669 | 6.22% | 52,743 | 61,180 |
| 12/31/99 | 2,535,753 | 19,096 | 11,163 | 5,692 | 35,951 | 9,579 | 168,889 | 6.66% | 10,000 | 55,488 |
| 12/31/00 | 2,651,771 | 20,444 | 12,008 | 5,490 | 37,942 | 10,004 | 184,828 | 6.97% | 0 | 49,998 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A - D & F & J Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b). Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data is merger adjusted.

G Actual data from Thrift Financial Reports (Sheshunoff). Due to lack of available data, the figure for 12/31/89 is assumed to be core capital at 6/30/90 less net income over the six months ended 6/30/90. Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data are merger adjusted.

I Based on data from Sterling Savings, except for data prior to 6/30/93 which are from annual reports and offering circulars. Figure for capital raised in 6/30/92 is the gross proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

Exhibit 6
Table 2a

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

### *Table 2b: Data for Intervest Mortgage Investment Company*

($ in Thousands)

| | A | B | C | D | E = B + C + D | G | H |
|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Equity |
| 6/30/89 | | | | | | | |
| 12/31/89 | | | | | | | |
| 6/30/90 | | | | | | | |
| 6/30/91 | | | | | | | |
| 6/30/92 | | | | | | | |
| 6/30/93 | 992 | 11 | 0 | - | 11 | - | 981 |
| 6/30/94 | 4,315 | 442 | 230 | - | 672 | - | 2,868 |
| 6/30/95 | 3,686 | 802 | 417 | - | 1,219 | - | 1,670 |
| 6/30/96 | 6,123 | 1,265 | 657 | - | 1,922 | - | 2,035 |
| 12/31/96 | | | | | | | |
| 12/31/97 | | | | | | | |
| 12/31/98 | | | | | | | |
| 12/31/99 | | | | | | | |
| 12/31/00 | | | | | | | |

Note: All data are as of or for the fiscal year specified. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. All data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

G Dividends were not listed in the consolidating financial statements.

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

### *Table 3a: Estimates for the But-For and Incremental Banks*

($ in Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| | | Adjustments to But-For: | | | | | Maximum Internal | Estimated External Growth | |
| Period Ended | Estimated Capital Ratio | Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Asset Growth Rate | (Acquired Assets) | Pre-Tax, Pre-Amortization ROAA |
| 6/30/89 | | | | | | | | | |
| 12/31/89 | 4.16% | 51 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1989 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase(-$0.115m). Income: Adjustment for wounded bank damages. | 37% | See footnote [d]. | 2.91% | 0 | 0.34% |
| 6/30/90 | 4.15% | 1,141 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 6/30/91 | 4.24% | 1,299 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.97% |
| 6/30/92 | 5.50% | 1,132 | 25,819 | Capital, Assets: Gross proceeds for common stock issuance plus contribution to regulatory capital from conversion of preferred. Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.79% |
| 6/30/93 | 5.75% | 777 | 12,900 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.81% |
| 6/30/94 | 5.75% | 2 | 21,892 | Capital, Assets: Downstreamed capital from Sterling Financial plus adjustment due to Great American branch purchase. Income: Adjustment for wounded bank damages. | 37% | | 31.34% | 11,800 | 1.39% |
| 6/30/95 | 6.00% | 34 | 10,200 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 12.50% | 3,400 | 1.30% |
| 6/30/96 | 6.30% | 21 | 0 | Income: Adjustment for wounded bank damages. | 37% | | -3.92% | 0 | 1.06% |
| 12/31/96 | 6.75% | 0 | 13,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 3.57% | 0 | -0.03% |
| 12/31/97 | 6.75% | 0 | 30,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 21.89% | 0 | 1.36% |
| 12/31/98 | 6.75% | 0 | 52,743 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 9.45% | 262,236 | 1.03% |
| 12/31/99 | 6.75% | 0 | 10,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 9.78% | 0 | 1.48% |
| 12/31/00 | 7.00% | 0 | 0 | | 37% | | 4.58% | 0 | 1.46% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 taken from projected RAP leverage ratios in Sterling's August 1989 Business Plan. From 6/30/92 on, estimated to start at 5.50%, increasing over time to 7.00%.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3d. Data from Table 3d, column F. Adjustments to but-for capital & assets based on data from Sterling Savings, except for data prior to 6/30/93 which is from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G).

C Estimated to be 37% of incremental earnings based on guidance provided by Dan Bryne, CFO, of Sterling Savings Association.

D Estimated to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per-share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is estimated that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

E From Table 3e, column F.

F From Table 3e, column B.

G From Table 3b, column F.

# Exhibit 6 - Corrected

## Sterling Savings Association

### Table 3b: Calculation of Returns Applicable to Foregone Assets

($ in Thousands)

| | A | B | C | D | E = B - C - D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| Period Ended | Actual Assets | Pre-Tax, Pre-Amortization Income | Actual Accretion Income | Adjustments to Earnings due to Non-recurring or Breach-induced Gains/(Losses) | Adjusted Pre-Tax, Pre-Amort. Earnings | Adjusted ROAA |
| 6/30/89 | 730,933 | | | | | |
| 12/31/89 | 708,213 | 2,571 | 178 | (51) | 2,444 | 0.34% |
| 6/30/90 | 688,990 | 786 | 178 | (1,141) | 1,749 | 0.25% |
| 6/30/91 | 608,999 | 5,380 | 354 | (1,299) | 6,325 | 0.97% |
| 6/30/92 | 640,887 | 10,395 | 351 | (1,132) | 11,176 | 1.79% |
| 6/30/93 | 1,032,538 | 14,775 | 437 | (777) | 15,115 | 1.81% |
| 6/30/94 | 1,367,978 | 17,135 | 447 | (2) | 16,691 | 1.39% |
| 6/30/95 | 1,542,367 | 19,163 | 350 | (34) | 18,847 | 1.30% |
| 6/30/96 | 1,481,893 | 16,274 | 282 | (21) | 16,013 | 1.06% |
| 12/31/96 | 1,534,787 | (269) | 111 | 0 | (380) | -0.03% |
| 12/31/97 | 1,870,776 | 23,341 | 159 | 0 | 23,182 | 1.36% |
| 12/31/98 | 2,309,845 | 21,585 | 95 | 0 | 21,490 | 1.03% |
| 12/31/99 | 2,535,753 | 35,951 | 25 | 0 | 35,926 | 1.48% |
| 12/31/00 | 2,651,771 | 37,942 | (24) | 0 | 37,966 | 1.46% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Actual data from Thrift Financial Reports (Sheshunoff) for Sterling Savings and from consolidating financials from 6/30/93-6/30/96 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion Income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

# Exhibit 6 - Corrected

## Sterling Savings Association

### Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - ( C / B ) | E | F = D + E | G |
| Period Ended | Extraordinary Items net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 6/30/89 | | | | | | | |
| 12/31/89 | $0 | $951 | $324 | $0 | ($51) | ($51) | ($115) |
| 6/30/90 | 0 | (847) | (487) | 0 | (1,141) | (1,141) | |
| 6/30/91 | 298 | 2,312 | 590 | 400 | (1,699) | (1,299) | |
| 6/30/92 | (522) | 8,585 | 3,319 | (851) | (281) | (1,132) | |
| 6/30/93 | (424) | 12,970 | 4,920 | (683) | (94) | (777) | |
| 6/30/94 | 0 | 14,201 | 4,559 | 0 | (2) | (2) | $1,892 |
| 6/30/95 | 0 | 14,457 | 4,819 | 0 | (34) | (34) | |
| 6/30/96 | 0 | 11,020 | 4,122 | 0 | (21) | (21) | |
| 12/31/96 | 0 | (1,855) | (621) | 0 | 0 | 0 | |
| 12/31/97 | 0 | 21,076 | 7,911 | 0 | 0 | 0 | |
| 12/31/98 | 0 | 17,605 | 6,420 | 0 | 0 | 0 | |
| 12/31/99 | 0 | 30,259 | 11,163 | 0 | 0 | 0 | |
| 12/31/00 | 0 | 32,452 | 12,008 | 0 | 0 | 0 | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff), except for data for 1998 which are from hardcopy TFR's.

D Extraordinary Items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.

E From Table 3d, column F.

G Source: Data from Sterling Savings Association.

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

### *Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ 4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 6/30/89 | | | | | | |
| 12/31/89 | $0 | $(51) | $0 | $0 | | ($51) |
| 6/30/90 | (6) | (75) | (1,030) | (31) | | (1,141) |
| 6/30/91 | (1,341) | (99) | 0 | (259) | | (1,699) |
| 6/30/92 | (181) | (57) | 0 | (42) | | (281) |
| 6/30/93 | (88) | 0 | 0 | (6) | | (94) |
| 6/30/94 | 0 | 0 | 0 | (2) | | (2) |
| 6/30/95 | 0 | 0 | 0 | (34) | | (34) |
| 6/30/96 | 0 | (21) | 0 | 0 | | (21) |
| 12/31/96 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/97 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/98 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/99 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/00 | 0 | 0 | 0 | 0 | | 0 |
| Total | $(1,615) | $(303) | $(1,030) | $(375) | $0 | $(3,323) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B Expense of $20,774 dated "1995-96" is assumed to have been incurred in FY96. It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date. Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9).
Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

# Exhibit 6 - Corrected

## Sterling Savings Association

### Table 3e: Summary of Internal versus External Growth in Total Assets

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 6/30/89 | 730,933 | 0 | | | | |
| 12/31/89 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 6/30/90 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 6/30/91 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 6/30/92 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 6/30/93 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |
| 6/30/94 | 1,367,978 | 11,800 | Acquisition of deposits of three branch facilities in Portland, Oregon (April 1994; $53m in deposits, $3m premium paid). Acquisition of deposits of five branch facilities in Washington State (May 1994; $135m in deposits, $8.8m premium paid). "Sterling used substantially all of the net funds corresponding to the acquired deposit liabilities to repay certain reverse repurchase borrowings and FBLB Seattle advances." Source: 6/31/94 AR, Note 4. | 32.49% | 31.34% | 31.34% |
| 6/30/95 | 1,542,367 | 3,400 | American Liberty acquisition (December 1994; acquired American's loan servincing portfolio of ~ $451.4m in residential loans, $3.4m in purchased mortgage servicing rights). Source: 6/31/95 AR, Note 3. | 12.75% | 12.50% | 12.50% |
| 6/30/96 | 1,481,893 | 0 | | -3.92% | -3.92% | -3.92% |
| 12/31/96 | 1,534,787 | 0 | | 3.57% | 3.57% | 3.57% |
| 12/31/97 | 1,870,776 | 0 | | 21.89% | 21.89% | 21.89% |
| 12/31/98 | 2,309,845 | 262,236 | Keybank (June 1998; $518m in assets acquired including cash, "[w]ith the net cash received from the branch acquisition, Sterling repaid approximately $322 million of certain reverse repurchase borrowings and Federal Home Loan Bank of Seattle advances") and Big Sky (November 1998; $66m in assets) acquisitions. Source: 12/31/98 10K. | 23.47% | 9.45% | 9.45% |
| 12/31/99 | 2,535,753 | 0 | | 9.78% | 9.78% | 9.78% |
| 12/31/00 | 2,651,771 | 0 | | 4.58% | 4.58% | 4.58% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A From table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. From 6/30/93 on, the growth rate on incremental assets is assumed to be the same as the internal growth of the actual bank as reflected in column E.

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

### *Table 4a:* Goodwill and Intangibles Data for the But-For Bank

($ in Thousands)

| | Supervisory Intangibles Only | | | | | | | Non-Supervisory Intangibles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D = A-B-C | E | F | G | H | I | J = E + F + G + I |
| Period Ended | Total Unidentified and Identified Intangibles | Permanent FSLIC Contributed Capital | Identified Intangibles | SGW | Contractual Amortization of Supervisory Goodwill | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Balances | Total Amortization of Non-Supervisory Intangibles | Total Amortization, Adjustments and NOL's |
| 6/30/89 | $35,904 | $13,480 | $6,075 | $16,349 | 1,518 | 0 | 59 | 1,407 | 108 | 1,686 |
| 12/31/89 | 34,134 | 13,480 | 5,670 | 14,984 | 1,578 | 0 | 193 | 1,353 | 54 | 1,825 |
| 6/30/90 | 33,123 | 13,480 | 5,265 | 14,378 | 1,366 | (354) | 0 | 1,299 | 54 | 1,065 |
| 6/30/91 | 28,036 | 13,480 | 4,455 | 10,101 | 2,067 | 0 | 3,020 | 1,190 | 108 | 5,195 |
| 6/30/92 | 24,463 | 13,480 | 3,645 | 7,338 | 1,982 | 1,591 | 0 | 1,082 | 108 | 3,681 |
| 6/30/93 | 22,574 | 13,480 | 2,835 | 6,259 | 1,890 | 0 | 0 | 974 | 108 | 1,998 |
| 6/30/94 | 20,745 | 13,480 | 2,025 | 5,240 | 1,828 | 0 | 0 | 12,573 | 201 | 2,029 |
| 6/30/95 | 19,006 | 13,480 | 1,215 | 4,311 | 1,739 | 0 | 0 | 10,990 | 1,583 | 3,322 |
| 6/30/96 | 17,368 | 13,480 | 405 | 3,482 | 1,639 | 0 | 0 | 9,407 | 1,583 | 3,222 |
| 12/31/96 | 16,604 | 13,480 | 0 | 3,124 | 764 | 0 | 0 | 8,615 | 792 | 1,555 |
| 12/31/97 | 15,949 | 13,480 | | 2,468 | 655 | 0 | 0 | 7,032 | 1,583 | 2,239 |
| 12/31/98 | 15,424 | 13,480 | | 1,944 | 524 | 0 | 0 | 60,549 | 3,483 | 4,007 |
| 12/31/99 | 15,047 | 13,480 | | 1,567 | 378 | 0 | 0 | 55,165 | 5,383 | 5,761 |
| 12/31/00 | 14,809 | 13,480 | | 1,329 | 237 | 0 | 0 | 49,782 | 5,383 | 5,621 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Contractual intangibles from Lewis Federal, Tri-Cities and Central Evergreen supervisory acquisitions. Based on data from Sterling Savings Association.

B Permanent Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

E See note A above. Amortization for 12/31/96 is for the six months ended 12/31/96.

F & G Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

H & I Assumed balances and amortization of intangibles resulting from the following non-supervisory branch acquisitions or mergers: Lewis & Clark merger (FY83), acquisition of Washington and Oregon branches (FY 94) and Key Bank branch acquisition (FY98). The goodwill amortization for each of these deals is modeled on an assumed straight-line basis. All data is based on information from Sterling Annual Reports.

Exhibit 6
Table 4a

# Exhibit 6 - Corrected

## Sterling Savings Association

### Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89

($ in Thousands)

| | Supervisory Intangibles Only | | | | | | |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F = (B+C) - (D+E) | G = A + F |
| Period ended | Permanent FSLIC Contributed Capital | Identified Intangibles | SGW | Qualifying SGW | Other Qualifying Intangibles | Disallowed Identified and Unidentified Deficit Capital | Total Disallowed Intangibles |
| 6/30/89 | $13,480 | $6,075 | $16,349 | | | n/a | n/a |
| 12/31/89 | $13,480 | $5,670 | $14,984 | 10,308 | 0 | 10,345 | 23,825 |
| 6/30/90 | $13,480 | $5,265 | $14,378 | 10,036 | 0 | 9,607 | 23,087 |
| 6/30/91 | $13,480 | $4,455 | $10,101 | 8,903 | 1,584 | 4,069 | 17,549 |
| 6/30/92 | $13,480 | $3,645 | $7,338 | 6,288 | 3,327 | 1,368 | 14,848 |
| 6/30/93 | $13,480 | $2,835 | $6,259 | 7,673 | 2,575 | (1,155) | 12,326 |
| 6/30/94 | $13,480 | $2,025 | $5,240 | 5,044 | 1,916 | 305 | 13,785 |
| 6/30/95 | $13,480 | $1,215 | $4,311 | 0 | 1,220 | 4,306 | 17,786 |
| 6/30/96 | $13,480 | $405 | $3,482 | | 440 | 3,447 | 16,928 |
| 12/31/96 | $13,480 | $0 | $3,124 | | 0 | 3,124 | 16,604 |
| 12/31/97 | $13,480 | | $2,468 | | 0 | 2,468 | 15,949 |
| 12/31/98 | $13,480 | | $1,944 | | 0 | 1,944 | 15,424 |
| 12/31/99 | $13,480 | | $1,567 | | 0 | 1,567 | 15,047 |
| 12/31/00 | $13,480 | | $1,329 | | 0 | 1,329 | 14,809 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column B.

B From Table 4a, column C.

C From Table 4a, column D.

D & E Actual data from Thrift Financial Reports (Sheshunoff).

# *Exhibit 6 - Corrected*

## *Sterling Savings Association*

### *Table 5: But-For Bank*

($ in Thousands)

| | A | B | C | D | E | F | G = D - E - F | H | I | J = I / C | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised |
| 6/30/89 | | | 730,933 | | | | | | | | |
| 12/31/89 | 752,177 | 795,423 | 752,177 | 2,622 | 343 | 1,632 | 647 | 353 | 33,050 | 4.39% | 10,385 |
| 6/30/90 | 778,984 | 807,145 | 778,984 | 2,038 | (24) | 1,420 | 642 | 241 | 33,505 | 4.30% | 0 |
| 6/30/91 | 846,877 | 866,294 | 846,877 | 7,556 | 1,395 | 2,175 | 3,986 | 876 | 36,722 | 4.34% | 0 |
| 6/30/92 | 920,687 | 1,280,944 | 920,687 | 15,781 | 5,312 | 2,090 | 8,379 | 576 | 70,452 | 7.65% | 25,819 |
| 6/30/93 | 1,483,325 | 1,635,877 | 1,483,325 | 20,607 | 7,078 | 1,998 | 11,531 | 928 | 94,063 | 6.34% | 12,900 |
| 6/30/94 | 1,960,061 | 2,235,734 | 1,960,061 | 23,406 | 7,109 | 2,029 | 14,267 | 1,868 | 128,555 | 6.56% | 21,892 |
| 6/30/95 | 2,208,457 | 2,520,581 | 2,208,457 | 26,865 | 8,086 | 3,322 | 15,457 | 4,560 | 151,235 | 6.85% | 10,200 |
| 6/30/96 | 2,121,866 | 2,546,566 | 2,121,866 | 23,348 | 7,397 | 3,222 | 12,730 | 5,114 | 160,434 | 7.56% | 0 |
| 12/31/96 | 2,197,603 | 2,525,993 | 2,197,603 | (430) | (993) | 1,555 | (993) | 2,728 | 170,505 | 7.76% | 13,000 |
| 12/31/97 | 2,678,693 | 3,176,369 | 2,678,693 | 32,365 | 11,250 | 2,239 | 18,877 | 6,559 | 214,405 | 8.00% | 30,000 |
| 12/31/98 | 3,194,129 | 4,125,208 | 3,194,129 | 29,891 | 9,493 | 4,007 | 16,391 | 8,570 | 278,452 | 8.72% | 52,743 |
| 12/31/99 | 3,506,522 | 4,608,316 | 3,506,522 | 49,064 | 16,015 | 5,761 | 27,288 | 10,061 | 311,061 | 8.87% | 10,000 |
| 12/31/00 | 3,666,956 | 4,788,907 | 3,666,956 | 52,152 | 17,266 | 5,621 | 29,265 | 10,486 | 335,223 | 9.14% | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Calculated as column c[t-1] times (1 plus table 3a, column E), plus table 3a, column F.

B Calculated as column J divided by table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from table 3a, column B, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractural amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column E + Table 4a, column I.)

H Assumed to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

I Calculated as the sum of the But-For Bank's previous year's core capital, plus the current year's net income, less dividends paid out, plus any additional capital raised, plus the amortization of non-supervisory intangibles. (Calculated as columns I[t-1] + G - H + K + Table 4a, column I.) 12/31/89 But-For core capital is calculated as the sum of the Actual Bank's 12/31/89 core capital, plus disallowed supervisory intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends, plus amortization of non-supervisory intangibles.
(Calculated as Table 2a, column G + Table 4b, column G + column K + ((column G - Table 2a, column B) - (column H - Table 2a, column F)) + Table 4a, column I).

K From Table 3a, column B.

Exhibit 6
Table 5

# *Exhibit 7 - Corrected*

## RTC Resolutions in Washington and Oregon

Source: RTC Statistical Abstract August 1989/September 1995
(Dollars in Millions)

| Name | City | State | Charter F-Federal S-State | Conserva-torship Date | Resolution Date | Assets at Takeover | Deposits at Takeover | Deposits at Resolution |
|---|---|---|---|---|---|---|---|---|
| The Benjamin Franklin FS&LA | Portland | OR | F | 2/21/90 | 9/7/90 | $4,692 | $3,214 | $2,650 |
| Far West FSB | Portland | OR | F | 5/23/91 | 4/15/94 | $2,160 | $1,273 | $714 |
| Family FSA | Dallas | OR | F | 1/11/90 | 6/22/90 | $170 | $101 | $93 |
| Family S&LA, FA | Seattle | WA | S | 2/8/91 | 7/19/91 | $101 | $60 | $44 |
| Gibraltar Savings, FSB | Seattle | WA | F | 3/31/89 | 6/29/90 | $1,816 | $1,368 | $1,029 |
| Frontier FS&LA | Walla Walla | WA | F | 2/23/90 | 6/22/90 | $162 | $119 | $98 |

Note: No resolutions were reported for Idaho institutions.

## Acquisitions Considered by Sterling

Source: Deposition of Harold Gilkey, June 6-8, 2000, pp. 69-75, 184-185, 239-245, 485-487, 511, 517, 561-594

| Name | Year |
|---|---|
| American Bank | 1992 |
| American National Bank/American Marine | 1990s |
| Ben Franklin National Bank, Pasco | 1987 |
| Benjamin Franklin, Portland, Oregon | early 1990s |
| Eastern Washington Savings | 1988 |
| Enterprise Bank | 1990s |
| Gibraltar Savings (certain branches) | 1990s |
| Family Savings | 1988 |
| Far West Federal (6 branches in Oregon) | 1988 |
| First Federal of Longview | 1988 |
| First Western Savings/First Federal (certain branches) | 1992 |
| Great Northwest Savings Bank | 1991 |
| Guaranty Savings | 1984 |
| Hamilton Financial Services | late 1990s |
| Heritage Federal | 1990s |
| Horizon | 1990s |

| Name | Year |
|---|---|
| InterWest | 1990s |
| Lynnwood Savings | 1980s |
| Mortgage Services America (First Cal) | 1995-1996 |
| Olympia Federal | 1990s |
| Pacific First Federal | early 1990s |
| Palm Springs Savings Bank | 1990s |
| Security Federal Savings Bank | 1990s |
| Security Pacific Bank (certain branches) | mid 1990s |
| Summit Savings | mid 1990s |
| U.S. Bank (certain branches) | 1990s |
| Vancouver Federal | 1990s |
| Washington Mutual (2 branches) | 1992 |
| West One (certain branches) | 1990s |
| Westcoast Bancorporation | late 1990s |
| Willamette Savings | 1995-1996 |

# *Exhibit 8 - Corrected*
# *Sterling Savings Association*
## Summary of Expectation Damages
($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Earnings on Foregone Assets** | **$75,777** |
| [2] | **+ Wounded Bank Damages** | **$5,158** |
| | Cost of Great American branch denied because of OTS Capital Standards | $1,835 |
| | Loss on CJ-4 Loan | $1,615 |
| | Excess Supervision Costs | $303 |
| | Cost of 1989 Units Offering | $1,030 |
| | Increased Legal and Accounting to Defend against Regulatory Interference | $375 |
| [3] | **+ Future Damages** | **$21,264** |
| | **Total Expectation Damages** | **$102,200** |

Notes:
[2] Source: Data from Sterling Savings Association.
[3] Present value of cash flows representing the cost of replacing supervisory goodwill and permanent capital credits in 12/31/2000 dollars as calculated by Professor James.

In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ) | Court No. 95-829-C Judge Wolski |

**REVISED UPDATE TO THE EXPERT REPORT OF PAUL HORVITZ**

**FEBRUARY 20, 2004**

I. Assignment and Conclusion

This Report (including the Exhibits) is an update to a report that I previously prepared in this case in December 2000. I was asked by Sterling's counsel to update my expectation damages calculation to incorporate findings Judge Damich. In an opinion dated August 4, 2003, Judge Damich ruled that the capital credits created in the Lewis Federal and Tri-Cities acquisitions were required to be amortized on a basis consistent with the terms of the forbearance clause in the contracts. I have therefore assumed that the capital credit amortizes over 40 years in the case of Lewis Federal and 15 years in the case of Tri-

Cities.[1] My updated determination of Sterling's expectation damages is that they total $83.219 million.

## II. Elements of Expectation Damages

### *A. Lost Earnings on Foregone Assets*

To update my calculations I have relied on additional documents and data provided to me by the attorneys and Sterling. I have created an addendum to Exhibit 2 of my previous report listing the additional materials supplied to me. Exhibit 4 and Exhibit 5 present financial information for Sterling and have been extended through September 2003 – the latest period for which I have financial statements.

Exhibit 6 incorporates the ruling of Judge Damich. Table 6 of Exhibit 6 has been added to present my estimate of the amortization of the capital credits.[2] In addition to adapting my calculation of Sterling's lost earnings to Judge Damich's ruling, I have updated my calculations through the present based on Sterling's recent financial performance. For 2000 through 2003 I have followed the same approach to modeling the but-for bank's performance as I did for 1990 through 1999. My methodology and rationale were described in my previous report so I will not repeat it.

In the process of updating my calculations, I identified two computational corrections that were necessary to make to the model First, my calculation of the but-for bank's core capital needed to be modified in periods when Sterling acquired branches or whole banks and goodwill was generated from the acquisition. Any goodwill generated in these acquisitions should be deducted from Sterling's core capital.[3] The effect of this correction is to reduce damages. Second, in fiscal year 1992 Sterling raised capital by issuing common stock. The amount of capital raised net of the transaction costs of the

[1] The FSLIC provided no cash assistance to Sterling in conjunction with the Central Evergreen acquisition, hence the accounting for Central Evergreen is unaffected by Judge Damich's ruling.

[2] Recent changes in the accounting rules related to goodwill no longer require that goodwill be amortized, rather it is subject to impairment tests. For purposes of the contractual goodwill associated with Lewis Federal and Tri-Cities I assume that for regulatory capital purposes it would amortize. The change in the accounting rules did not affect goodwill from the Central Evergreen transaction because it was fully-amortized in 2000 – before the new rules took effect. I have added a table to my calculations that presents an estimate of amounts of non-supervisory goodwill given the new accounting rules. (see Exhibit 6 – Table 7).

[3] See Exhibit 6 – Table 3a, column b.

issuance is the appropriate input into my calculation, not the gross amount (i.e. the amount excluding the transaction costs.)[4] This change also had the effect of reducing damages. Also, as warranted, I have fixed several typographical errors in the exhibits.

### *B. Future Damages*

As in my previous report, I understand that Professor James has prepared an analysis of the value of the remaining goodwill and capital credit. His determination of the value is $1.258 million.

## III. Summary

In summary, my determination of Sterling's expectation damages is $83.219 million. Exhibit 8 presents a summary of the amounts. As noted above, the lost earnings from 1990 through 2003 are $77.405 million, the wounded bank damages are $4.556 million, and the future damages are $1.258 million.

## IV. Index of Exhibits

2. Addendum - Additional Documents Reviewed in Conjunction with Updated Report – December 10, 2003
3. Sterling Savings Association, Key Financial Data, 1983 – 1989
4. Sterling Savings Association, Consolidated Key Financial Data, 1990 – 2003
5. Sterling Savings Association, Asset Composition, 1990 – 2003
6. Calculation of Lost Earnings on Foregone Assets Through 2003
7. List of actual acquisitions in Sterling's region (WA, OR, No. Idaho) through the RTC in 1990 – 1991. List of specific branch deals/ acquisitions that Sterling considered both before and after the breach.
8. Summary of Expectation Damages

[4] See Exhibit 6 – Table 3a, column b.

I reserve the right to update my report if warranted.

________________________

Paul Horvitz

________________________

Date

# Exhibit 2

## *Sterling Savings v. United States*

## Additional Documents Reviewed by Paul Horvitz in Conjunction with Updated Report – December 10, 2003

Opinion of Judge Damich in *Sterling Savings v. United States*, September 12, 2002

Opinion of Judge Damich in *Sterling Savings v. United States*, July 9, 2003

Opinion of Judge Damich in *Sterling Savings v. United States*, July 11, 2003

Opinion of Judge Damich in *Sterling Savings v. United States*, August 4, 2003

| | | |
|---|---|---|
| 12/31/01 10-K | SG0900001 | SG0900112 |
| 12/31/02 10-K | SG0900113 | SG0900225 |
| SFC-Klamath Merger prospectus | SG0900226 | SG0900371 |
| 09/30/03 10-Q | SG0900372 | SG0900409 |
| 06/30/03 10-Q | SG0900410 | SG0900447 |
| 03/31/03 10-Q | SG0900448 | SG0900487 |
| 09/03 TFR | SG0900488 | SG0900512 |
| 06/03 TFR | SG0900513 | SG0900538 |
| 03/03 TFR | SG0900539 | SG0900565 |
| 12/02 TFR | SG0900564 | SG0900592 |
| 09/02 TFR | SG0900593 | SG0900617 |
| 06/02 TFR | SG0900618 | SG0900643 |
| 03/02 TFR | SG0900644 | SG0900668 |
| 12/01 TFR | SG0900669 | SG0900694 |
| 03/01 TFR | SG0900695 | SG0900715 |
| SEC Form S-4, 08/03/01 | SG0900716 | SG0900818 |
| SEC Form S-4, 12/03/02 | SG0900819 | SG0901074 |

| | | |
|---|---|---|
| Holding Company Examination 12/27/99 | SG0901075 | SG0901089 |
| Holding Company Examination 03/26/03 | SG0901090 | SG0901109 |
| Holding Company Examination 05/13/02 | SG0901110 | SG0901122 |
| Holding Company Examination 06/23/03 | SG0901123 | SG0901136 |
| Compliance Examination 12/14/99 | SG0901137 | SG0901170 |
| Compliance Examination 03/26/01 | SG0901171 | SG0901198 |
| Letter re: OTS Termination of Supervisory Agreement, dated May 24, 2001, with attached Supervisory Agreement, dated May 24, 1999 | SG0901199 | SG0901211 |
| CRA Performance Evaluation 12/14/99 | SG0901212 | SG0901249 |
| CRA Performance Evaluation 03/26/01 | SG0901250 | SG0901287 |
| Information Technology Examination 03/26/01 | SG0901288 | SG0901300 |
| Information Technology Examination 06/14/03 | SG0901301 | SG0901312 |
| Safety and Soundness ROE 12/27/99 | SG0901313 | SG0901360 |
| Safety and Soundness ROE 03/19/01 | SG0901361 | SG0901407 |
| Safety and Soundness ROE 05/13/02 | SG0901408 | SG0901432 |
| Safety and Soundness/Compliance ROE 08/04/03 | SG0901433 | SG0901482 |
| Sterling Capital Trust III $14,000,000 Floating Rate MMCapS (Liquidation Amount $1,000 per Capital Security) Memorandum of Closing: April 10, 2003 | SG0901483 | SG0901493 |
| Sterling Financial Corporation as Issuer Indenture Dated as of April 10, 2003 Wilmington Trust Company as Trustee Floating Rate Junior Subordinated Debt Securities Due 2033 | SG0901494 | SG0901569 |
| Sterling Financial Corporation as Issuer Indenture Dated as of July 16, 2001 The Bank of New York as Trustee Junior Subordinated Debt Securities | SG0901570 | SG0901645 |
| Junior Subordinated Indenture between Sterling Financial Corporation and The Bank of New York as Trustee Dated as of My 15, 2003 | SG0901646 | SG0901722 |
| | | |

| | | |
|---|---|---|
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of May 14, 2003<br>US Bank National Association as Trustee<br>Floating Rate Junior Subordinated Deferrable Interest Debentures Due 2033 | SG0901723 | SG0901785 |
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of June 30, 2003<br>Wilmington Trust Company as Trustee<br>Floating Rate Junior Subordinated Debt Securities Due 2033 | SG0901786 | SG0901862 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 3/31/00 | SG0901935 | SG0901939 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 6/30/00 | SG0901940 | SG0901945 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 9/31/00 | SG0901946 | SG0901951 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 12/31/00 | SG0901952 | SG0901956 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 3/31/01 | SG0901957 | SG0901961 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 6/30/01 | SG0901962 | SG0901966 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 9/31/01 | SG0901967 | SG0901971 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 12/31/01 | SG0901972 | SG0901977 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 3/31/02 | SG0901978 | SG0901983 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 6/30/02 | SG0901984 | SG0901986 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 9/31/02 | SG0901987 | SG0901989 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 12/31/02 | SG0901990 | SG0901992 |
| Sterling Savings Bank, QTD G/L Transaction History Report, 3/31/03 | SG0901993 | SG0901995 |
| Sterling Savings Bank, QTD G/L Transaction History Report, | SG0901996 | SG0901998 |

| | | |
|---|---|---|
| 6/30/03 | | |
| Sterling Savings Bank, QTD G/L Transaction History Report, 9/31/03 | SG0901999 | SG0902001 |
| | | |

**Other Materials**

| | | |
|---|---|---|
| Updated Expert Report of Professor Christopher James – December 10, 2003 | | |
| Thrift Financial Reports (Sheshunoff) – 2001 | SG0902007 | SG0902025 |
| Thrift Financial Reports (Sheshunoff) – 2002 | SG0902026 | SG0902045 |
| | | |

# *Exhibit 3*

# *Sterling Savings Association*

## Key Financial Data

## 1983 to 1989

Source: Thirft Financial Reports (FHLBB), June 1983 - TFR (Income Statement for the 9 months ended 6/83), December 1983-TFR [Bates # SG 0701002 - 0701011]

(Dollars in Thousands)

| | As of Fiscal Year End | | | | | | |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | 1983 (June) | 1984 (June) | 1985 (June) | 1986 (June) | 1987 (June) | 1988 (June) | 1989 (June) |
| Loans | $360 | $54,857 | $70,495 | $127,255 | $172,294 | $304,126 | $502,453 |
| Mortgage Backed-Securities | $0 | $7,003 | $15,073 | $10,158 | $31,834 | $41,587 | $114,060 |
| Goodwill | $0 | $1,819 | $1,770 | $5,388 | $4,953 | $18,785 | $22,990 |
| Other Assets | $6,956 | $25,234 | $25,111 | $38,201 | $22,766 | $69,455 | $91,430 |
| Total Assets | $7,317 | $88,913 | $112,449 | $181,002 | $231,847 | $433,953 | $730,933 |
| | | | | | | | |
| Deposits | $5,135 | $71,561 | $88,205 | $142,078 | $170,755 | $305,354 | $519,389 |
| Borrowings | $0 | $12,563 | $17,928 | $29,623 | $47,665 | $98,802 | $189,362 |
| Total Liabilities | $5,170 | $84,910 | $107,835 | $173,789 | $221,377 | $410,772 | $720,414 |
| Regulatory Capital [1] | $2,147 | $4,003 | $4,614 | $7,213 | $10,470 | $23,181 | $28,614 |
| | | | | | | | |
| **Capital Ratios** | | | | | | | |
| Regulatory Capital/Average Assets | 29.34% | 8.32% | 4.58% | 4.92% | 5.07% | 6.96% | 4.91% |
| | | | | | | | |
| **Income Statement [2]** | | | | | | | |
| Income Before Taxes & Amortization | -$163 | $330 | $1,027 | $1,360 | $1,878 | $2,431 | $3,813 |
| Goodwill Amortization and Write-offs | $0 | $88 | $127 | $326 | $228 | $472 | $2,272 |
| Provision for Taxes | $0 | $0 | $122 | $205 | $560 | $752 | $560 |
| Accounting Changes and Extra Items | $0 | $26 | $166 | $0 | $0 | $0 | $0 |
| Net Income | -$163 | $216 | $612 | $829 | $1,090 | $1,207 | $981 |
| | | | | | | | |
| **Profitability Ratios** | | | | | | | |
| ROAA before taxes and Amortization | -2.22% | 0.69% | 1.02% | 0.93% | 0.91% | 0.73% | 0.65% |
| Average Assets [3] | $7,317 | $48,115 | $100,681 | $146,726 | $206,425 | $332,900 | $582,443 |

[1] For 1987 and 1988 this figure does not include general valuation allowances.
[2] Income figures for 1983 reflect nine months of data.
[3] "Average" assets for 1983 are actually total assets at 6/30/83.

# *Exhibit 4*

## *Sterling Savings Association*

### Consolidated Key Financial Data

### 1990 to 2003

Source: Thrift Financial Reports (Sheshunoff), except for 1998 and 2003 which are based on hard-copy TFRs
(Dollars in Thousands)

| Balance Sheet | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Sep) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of Fiscal Year End | | | | | | | | | | | | | | |
| Loans (Mortgage and Non-Mortgage) | $464,021 | $407,991 | $465,920 | $616,749 | $852,066 | $1,092,824 | $904,012 | $949,851 | $1,084,073 | $1,497,641 | $1,805,548 | $1,983,490 | $2,133,730 | $2,424,761 | $2,796,060 |
| Mortgage Backed-Securities (pool) | $115,395 | $141,040 | $98,126 | $328,279 | $331,426 | $253,337 | $393,730 | $372,057 | $456,322 | $232,256 | $227,649 | $210,653 | $617,796 | $582,011 | $812,949 |
| Goodwill | $19,738 | $14,573 | $10,649 | $8,431 | $17,915 | $14,945 | $11,868 | - $10,147 | $7,882 | $61,180 | $55,488 | $49,998 | $44,621 | $43,977 | $48,034 |
| Other Assets | $89,838 | $45,395 | $66,192 | $78,087 | $162,256 | $177,575 | $166,160 | $202,732 | $322,499 | $518,768 | $447,070 | $407,630 | $242,391 | $453,129 | $417,299 |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 | $2,651,771 | $3,038,538 | $3,503,878 | $4,074,342 |
| | | | | | | | | | | | | | | | |
| Deposits | $483,581 | $492,372 | $510,104 | $583,732 | $815,274 | $901,646 | $906,298 | $909,276 | $1,047,863 | $1,563,343 | $1,629,234 | $1,743,296 | $1,869,906 | $2,029,070 | $2,435,063 |
| Borrowings | $189,557 | $98,608 | $86,615 | $376,493 | $446,837 | $513,956 | $465,811 | $503,827 | $656,411 | $518,246 | $673,196 | $645,320 | $859,825 | $1,142,255 | $1,255,314 |
| Total Liabilities | $678,260 | $596,378 | $602,954 | $972,422 | $1,281,539 | $1,439,052 | $1,383,106 | $1,428,473 | $1,722,373 | $2,103,836 | $2,324,571 | $2,420,148 | $2,757,492 | $3,194,553 | $3,726,852 |
| Equity Capital | $10,730 | $12,621 | $38,224 | $59,124 | $82,124 | $99,629 | $92,664 | $106,314 | $148,403 | $206,008 | $211,183 | $231,620 | $281,046 | $309,328 | $347,490 |
| | | | | | | | | | | | | | | | |
| **Capital Ratios** | | | | | | | | | | | | | | | |
| Equity/Average Assets | 1.51% | 1.94% | 6.12% | 7.07% | 8.86% | 6.87% | 6.15% | 7.06% | 8.72% | 9.86% | 8.72% | 8.93% | 9.88% | 9.46% | 9.17% |
| | | | | | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | | | | | |
| Income Before Taxes & Amortization | $3,357 | $5,678 | $9,873 | $14,340 | $16,463 | $17,944 | $14,352 | -$269 | $23,341 | $21,585 | $35,951 | $37,942 | $40,679 | $48,766 | $48,540 |
| Goodwill Amortization and Write-offs | $3,253 | $2,770 | $2,332 | $2,218 | $2,262 | $3,487 | $3,332 | $1,586 | $2,265 | $3,980 | $5,692 | $5,490 | $5,377 | $644 | $184 |
| Provision for Taxes | -$163 | $590 | $3,319 | $4,920 | $4,559 | $4,819 | $4,122 | -$621 | $7,911 | $6,420 | $11,163 | $12,008 | $12,368 | $16,260 | $17,088 |
| Accounting Changes and Extra Items | $0 | $298 | -$522 | -$424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income | $267 | $2,020 | $4,744 | $7,626 | $9,642 | $9,638 | $6,898 | -$1,234 | $13,165 | $11,185 | $19,096 | $20,444 | $22,934 | $31,862 | $31,268 |
| | | | | | | | | | | | | | | | |
| **Profitability Ratios** | | | | | | | | | | | | | | | |
| ROAA before Taxes and Amortization | 0.47% | 0.87% | 1.58% | 1.71% | 1.37% | 1.24% | 0.95% | -0.02% | 1.37% | 1.03% | 1.48% | 1.46% | 1.43% | 1.49% | 1.28% |
| Average Assets | $709,962 | $648,995 | $624,943 | $836,217 | $1,197,605 | $1,451,172 | $1,507,226 | $1,505,279 | $1,702,782 | $2,090,311 | $2,422,799 | $2,593,762 | $2,845,165 | $3,271,208 | $3,789,110 |

Note : All data are annual except for December 1996 which are for the 6 months ended on that date and September 2003 which are for the nine months ended on that date. All data are consolidated, except for data prior to 1996.

APP. 133

# Exhibit 5
## Sterling Savings Association
### Asset Composition
### 1990 to 2003

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Sep) |
| Mortgage Loans | $421,388 | $368,888 | $421,974 | $543,664 | $728,819 | $883,919 | $646,965 | $659,102 | $725,041 | $993,851 | $1,238,641 | $1,395,779 | $1,414,903 | $1,584,729 | $1,733,465 |
| Loans On: | | | | | | | | | | | | | | | |
| 1-4 Dwelling Units: | $267,670 | $229,040 | $304,909 | $423,788 | $616,841 | $728,173 | $454,001 | $445,000 | $412,620 | $561,449 | $602,282 | $629,604 | $595,980 | $694,416 | $770,462 |
| Construction Loans | $15,666 | $6,865 | $5,058 | $14,015 | $37,054 | $99,414 | $119,318 | $130,850 | $82,742 | $107,621 | $112,935 | $127,617 | $176,196 | $233,076 | $231,954 |
| First Mtg, Closed-End Jr Liens | $242,193 | $223,081 | $299,851 | $409,773 | $579,787 | $628,759 | $335,583 | $314,150 | $329,787 | $453,828 | $489,347 | $501,987 | $419,784 | $461,340 | $514,189 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $24,319 |
| 5 or More Dwelling Units: | $57,298 | $43,929 | $41,975 | $56,401 | $65,152 | $80,038 | $95,415 | $134,405 | $128,207 | $188,276 | $236,302 | $282,135 | $275,964 | $359,184 | $366,196 |
| Construction Loans | $17,865 | $5,650 | $4,298 | $2,077 | $10,286 | $29,141 | $40,607 | $80,123 | $65,333 | $68,301 | $74,047 | $81,673 | $99,232 | $111,852 | $134,378 |
| Permanent Mortgages | $39,433 | $36,279 | $37,677 | $54,324 | $54,866 | $50,897 | $54,808 | $54,282 | $62,874 | $119,975 | $162,255 | $200,462 | $176,732 | $247,332 | $231,818 |
| Nonresidential Property: | $113,416 | $99,135 | $82,027 | $75,226 | $70,228 | $107,377 | $135,388 | $157,174 | $145,296 | $207,146 | $337,497 | $420,953 | $509,028 | $469,336 | $557,537 |
| Construction Loans | $15,497 | $6,579 | $3,961 | $375 | $397 | $10,753 | $27,413 | $42,159 | $23,344 | $22,196 | $29,785 | $80,559 | $86,421 | $91,437 | $139,531 |
| Permanent Mortgages | $97,919 | $92,556 | $78,066 | $74,851 | $69,831 | $96,624 | $107,975 | $115,015 | $121,952 | $184,950 | $307,712 | $340,394 | $422,608 | $377,899 | $418,006 |
| Land | $3,654 | $1,704 | $1,185 | $1,057 | $553 | $17,920 | $22,106 | $21,577 | $42,911 | $38,730 | $64,694 | $60,302 | $30,958 | $44,071 | $42,798 |
| Accrued Interest Receivable | $3,552 | $2,759 | $2,622 | $2,834 | $3,515 | $4,963 | $3,919 | $4,702 | $4,833 | $5,295 | $6,784 | $7,811 | $8,153 | $6,330 | $7,397 |
| Advances for Taxes and Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $368 | $177 | $87 | $106 | $86 | $141 | $81 | $32 |
| Less: Contra-Assets to Mtg Loans: | $14,411 | $8,565 | $10,744 | $15,642 | $27,470 | $54,552 | $64,764 | $104,122 | $6,912 | $7,132 | $9,024 | $5,112 | $5,322 | $8,688 | $10,957 |
| Loans In Process | $6,025 | $2,279 | $3,219 | $8,587 | $21,739 | $47,961 | $56,618 | $94,228 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $2,404 | $2,260 | $2,818 | $2,340 | -$8 | -$628 | $495 | $1,629 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valuation Allowances | $5,982 | $4,046 | $4,707 | $4,715 | $5,739 | $7,219 | $7,651 | $8,265 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

APP. 134

# Exhibit 5
## Sterling Savings Association
### Asset Composition
### 1990 to 2003

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Sep) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of Fiscal Year End | | | | | | | | | | | | | | |
| Nonmortgage Loans | $42,633 | $39,103 | $43,946 | $73,085 | $123,247 | $208,905 | $257,047 | $290,749 | $359,032 | $503,790 | $566,905 | $587,711 | $718,827 | $860,032 | $1,062,595 |
| Commercial Loans: | $22,967 | $17,632 | $16,237 | $28,507 | $52,909 | $106,266 | $169,829 | $199,989 | $241,952 | $317,215 | $351,106 | $435,667 | $519,856 | $654,536 | $844,350 |
| Secured, Other than Mortgage | $22,967 | $17,632 | $15,608 | $26,415 | $51,056 | $103,386 | $160,757 | $194,461 | $233,535 | $303,216 | $327,489 | $411,879 | $491,323 | $618,974 | $811,101 |
| Unsecured | $0 | $0 | $629 | $2,092 | $1,853 | $2,880 | $9,072 | $5,528 | $8,417 | $13,999 | $23,617 | $23,788 | $23,254 | $32,788 | $33,249 |
| Financing Leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,279 | $2,774 | $0 |
| Consumer Loans: | $19,723 | $21,138 | $27,323 | $43,903 | $69,188 | $99,936 | $83,520 | $86,563 | $114,169 | $189,262 | $216,463 | $156,348 | $209,240 | $218,421 | $233,835 |
| Closed-End Consumer Loans: | $0 | $0 | $0 | $0 | $0 | $0 | $69,480 | $71,715 | $94,426 | $158,815 | $180,007 | $111,848 | $158,235 | $141,934 | $166,841 |
| Loans on Deposits | $2,619 | $2,323 | $2,660 | $2,709 | $2,709 | $4,467 | $4,386 | $4,343 | $4,924 | $5,258 | $5,135 | $5,317 | $5,106 | $4,805 | $5,267 |
| Home Improvement Loans | $24 | $31 | $46 | $137 | $173 | $44,929 | $22,351 | $22,900 | $23,431 | $25,489 | $27,828 | $32,882 | $49,504 | $36,039 | $30,589 |
| Education Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $157 | $0 | $0 | $0 | $0 | $0 |
| Auto Loans | $1,525 | $1,616 | $1,966 | $3,671 | $6,027 | $7,756 | $7,897 | $7,692 | $25,929 | $76,761 | $99,927 | $19,075 | $68,096 | $69,565 | $103,114 |
| Mobile Home Loans | $284 | $404 | $888 | $1,448 | $1,189 | $861 | $889 | $873 | $409 | $1,502 | $1,241 | $1,368 | $1,137 | $956 | $1,144 |
| Other Consumer Loans & Leases | $11,593 | $12,782 | $17,187 | $28,545 | $50,538 | $30,500 | $34,157 | $36,107 | $39,733 | $49,648 | $46,078 | $53,208 | $34,393 | $30,569 | $26,727 |
| Open-End Consumer Loans: | | | | | | | $14,040 | $14,848 | $19,743 | $30,447 | $38,456 | $44,500 | $51,005 | $76,487 | $66,994 |
| Loans Secured by 1-4 Family | $3,698 | $3,982 | $4,576 | $6,078 | $7,139 | $9,215 | $10,689 | $11,933 | $17,018 | $26,671 | $32,029 | $33,124 | $35,346 | $57,347 | $45,574 |
| Unsecured, Credit Card & Other | $0 | $0 | $0 | $1,315 | $1,413 | $2,208 | $3,351 | $2,915 | $2,725 | $3,776 | $4,427 | $11,376 | $15,659 | $19,140 | $21,420 |
| Accrued Interest Receivable | $444 | $293 | $332 | $418 | $717 | $1,431 | $1,859 | $2,220 | $2,911 | $4,889 | $5,641 | $6,521 | $3,164 | $4,186 | $4,134 |
| Less: Contra-Assets to Nonmtg Lns: | $501 | $40 | $54 | $257 | $433 | $1,272 | -$1,839 | -$1,977 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Allowance for Loan & Lease Losses | | | | | | | | | $0 | $7,378 | $6,305 | $10,825 | $13,433 | $17,111 | $19,724 |
| Loans in Process | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $39 | $81 | $92 | $261 | $435 | $1,272 | -$1,885 | -$1,997 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valuation Allowances | $462 | -$41 | -$38 | -$4 | -$2 | $0 | $46 | $20 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,661 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 | $2,651,771 | $3,038,538 | $3,503,878 | $4,074,342 |

Note: All data are consolidated, except for data prior to 1996.

# *Exhibit 6*

## Calculation of Lost Earnings on Foregone Assets Through 2003
## Amortize Capital Credits from Lewis Federal and Tri-Cities
## Index of Tables

*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*

*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*

*Table 3b: Calculation of Returns Applicable to Foregone Assets*

*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*

*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*

*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*

*Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89*

*Table 5: But-For Bank*

*Table 6: Addendum For Supervisory Intangibles*

*Table 7: Addendum For Non-Supervisory Goodwill*

*Table 8: 2001 – 2003 Capital Downstreamed*

# Exhibit 6

## Sterling Savings Association

### Calculation of Lost Earnings on Foregone Assets

### *Table 1: Summary of Lost Earnings Calculation*

($ In Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | | *Incremental Bank* | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 06/30/1989 | $730,933 | $730,933 | $0 | | |
| 12/31/1989 | 708,213 | 747,390 | 39,177 | 0.33% | 0 |
| 06/30/1990 | 688,990 | 748,524 | 59,534 | 0.25% | 97 |
| 06/30/1991 | 608,999 | 781,622 | 172,623 | 0.94% | 561 |
| 06/30/1992 | 640,887 | 849,745 | 208,858 | 1.78% | 3,066 |
| 06/30/1993 | 1,032,538 | 1,369,031 | 336,493 | 1.78% | 3,727 |
| 06/30/1994 | 1,367,978 | 1,809,942 | 441,964 | 1.39% | 4,679 |
| 06/30/1995 | 1,542,367 | 2,039,574 | 497,207 | 1.29% | 5,714 |
| 06/30/1996 | 1,481,893 | 1,959,605 | 477,712 | 1.06% | 5,258 |
| 12/31/1996 | 1,534,787 | 2,029,550 | 494,763 | -0.03% | (120) |
| 12/31/1997 | 1,870,776 | 2,473,851 | 603,075 | 1.36% | 6,736 |
| 12/31/1998 | 2,309,845 | 2,798,072 | 488,227 | 1.03% | 6,200 |
| 12/31/1999 | 2,535,753 | 3,071,730 | 535,977 | 1.48% | 7,240 |
| 12/31/2000 | 2,651,771 | 3,212,270 | 560,499 | 1.46% | 7,845 |
| 12/31/2001 | 3,038,538 | 3,671,443 | 632,905 | 1.43% | 8,019 |
| 12/31/2002 | 3,503,878 | 4,014,388 | 510,510 | 1.49% | 9,440 |
| 09/30/2003 | 4,074,342 | 4,636,643 | 562,301 | 1.28% | 6,542 |
| 12/31/2003 | | | | | 2,402 |
| | | | | | $77,405 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From table 2a, column A.

B From table 5, column C.

D From Table 3a, column G. For periods ending 6/30/90, 12/31/96, and 9/30/03 ROAA reflects the return for the six or nine month period presented (and is not presented on a per annum basis).

E Pre-tax, pre-amortization net income from incremental assets. Figure for 12/31/03 is calculated as foregone assets at 9/30/03 times the pro-rated return for the nine month period ended 9/30/03.

# Exhibit 6

## Sterling Savings Association

### Table 2a: Actual Bank and Intervest Financial Data

($ In Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Core Capital | Core Capital Ratio | Capital Raised/ Downstreamed | Total Goodwill |
| 06/30/1989 | 730,933 | | | | | | | | | |
| 12/31/1989 | 708,213 | 627 | 324 | 1,620 | 2,571 | 112 | (994) | -0.14% | 0 | 20,983 |
| 06/30/1990 | 688,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 |
| 06/30/1991 | 608,999 | 2,020 | 590 | 2,770 | 5,380 | 394 | 7,920 | 1.30% | 0 | 14,573 |
| 06/30/1992 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 23,052 | 10,649 |
| 06/30/1993 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 |
| 06/30/1994 | 1,367,978 | 10,084 | 4,789 | 2,262 | 17,135 | 1,386 | 72,764 | 5.32% | 20,000 | 17,915 |
| 06/30/1995 | 1,542,367 | 10,440 | 5,236 | 3,487 | 19,163 | 4,078 | 87,919 | 5.70% | 10,200 | 14,945 |
| 06/30/1996 | 1,481,893 | 8,163 | 4,779 | 3,332 | 16,274 | 4,632 | 93,097 | 6.28% | 0 | 11,868 |
| 12/31/1996 | 1,534,787 | (1,234) | (621) | 1,586 | (269) | 2,487 | 101,602 | 6.62% | 13,100 | 10,147 |
| 12/31/1997 | 1,870,776 | 13,165 | 7,911 | 2,265 | 23,341 | 6,077 | 141,025 | 7.54% | 30,000 | 7,882 |
| 12/31/1998 | 2,309,845 | 11,185 | 6,420 | 3,980 | 21,585 | 8,088 | 143,669 | 6.22% | 52,743 | 61,180 |
| 12/31/1999 | 2,535,753 | 19,096 | 11,163 | 5,692 | 35,951 | 9,579 | 168,889 | 6.66% | 10,000 | 55,488 |
| 12/31/2000 | 2,651,771 | 20,444 | 12,008 | 5,490 | 37,942 | 10,004 | 184,828 | 6.97% | 0 | 49,998 |
| 12/31/2001 | 3,038,538 | 22,934 | 12,368 | 5,377 | 40,679 | 10,513 | 240,669 | 7.92% | 38,044 | 44,621 |
| 12/31/2002 | 3,503,878 | 31,862 | 16,260 | 644 | 48,766 | 11,616 | 261,585 | 7.47% | 0 | 43,977 |
| 09/30/2003 | 4,074,342 | 31,268 | 17,088 | 184 | 48,540 | 8,712 | 307,594 | 7.55% | 26,322 | 48,034 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A - D & F & J: Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b). Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data is merger adjusted. Data for the bank for 2003 are from hard-copy TFRs.

G: Actual data from Thrift Financial Reports (Sheshunoff). Due to lack of available data, the figure for 12/31/89 is assumed to be core capital at 6/30/90 less net income over the six months ended 6/30/90. Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data are merger adjusted. Data for the bank for 2003 are from hard-copy TFRs.

I: Based on data from Sterling Savings, except for data prior to 6/30/93 which are from annual reports and offering circulars, and data after 12/31/99 which are from table 8, column D. Figure for capital raised in 6/30/92 is the net proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

# Exhibit 6

## Sterling Savings Association

### Table 2b: Data for Intervest Mortgage Investment Company

($ In Thousands)

| | A | B | C | D | E = B + C + D | G | H |
|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Equity |
| 06/30/1989 | | | | | | | |
| 12/31/1989 | | | | | | | |
| 06/30/1990 | | | | | | | |
| 06/30/1991 | | | | | | | |
| 06/30/1992 | | | | | | | |
| 06/30/1993 | 992 | 11 | 0 | - | 11 | - | 981 |
| 06/30/1994 | 4,315 | 442 | 230 | - | 672 | - | 2,868 |
| 06/30/1995 | 3,686 | 802 | 417 | - | 1,219 | - | 1,670 |
| 06/30/1996 | 6,123 | 1,265 | 657 | - | 1,922 | - | 2,035 |
| 12/31/1996 | | | | | | | |
| 12/31/1997 | | | | | | | |
| 12/31/1998 | | | | | | | |
| 12/31/1999 | | | | | | | |
| 12/31/2000 | | | | | | | |
| 12/31/2001 | | | | | | | |
| 12/31/2002 | | | | | | | |
| 09/30/2003 | | | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 9/30/03 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. All data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

G Dividends were not listed in the consolidating financial statements.

# Exhibit 6

## Sterling Savings Association

### Table 3a: Estimates for the But-For and Incremental Banks

($ In Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| | | Adjustments to But-For: | | | | | | | |
| Period Ended | Estimated Capital Ratio | Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Maximum Internal Asset Growth Rate | Estimated External Growth (Acquired Assets) | Adjusted ROAA |
| 06/30/1989 | | | | | | | | | |
| 12/31/1989 | 4.16% | 0 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1988 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase(-$0.116m). Income: Adjustment for wounded bank damages. | 37% | See footnote [d]. | 2.91% | 0 | 0.33% |
| 06/30/1990 | 4.15% | 1,116 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 06/30/1991 | 4.24% | 1,091 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.94% |
| 06/30/1992 | 5.50% | 1,057 | 23,052 | Capital, Assets: Net proceeds for common stock issuance ($21 million) plus contribution to regulatory capital from conversion of preferred ($2.1 million). Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.78% |
| 06/30/1993 | 5.75% | 591 | 12,900 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.78% |
| 06/30/1994 | 5.75% | 0 | 10,092 | Capital, Assets: Downstreamed capital from Sterling Financial ($20 million) plus adjustment due to Great American branch purchase ($1.9 million) less acquisition premium paid by Sterling for branches in Oregon ($3 million) and acquisition premium paid by Sterling for branches in Washington State ($8.8 million). Income: Adjustment for wounded bank damages. Source for acquisition premiums: 1994 AR, p. 35 | 37% | | 31.34% | 11,800 | 1.38% |
| 06/30/1995 | 6.00% | 0 | 10,200 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 12.50% | 3,400 | 1.29% |
| 06/30/1996 | 6.30% | 0 | 0 | Income: Adjustment for wounded bank damages. | 37% | | -3.92% | 0 | 1.06% |
| 12/31/1996 | 6.75% | 0 | 13,100 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 3.57% | 0 | -0.03% |
| 12/31/1997 | 6.75% | 0 | 30,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 21.89% | 0 | 1.38% |
| 12/31/1998 | 6.75% | 0 | -4,819 | Capital, Assets: Downstreamed capital from Sterling Financial ($52.7 million) less intangibles generated in the Key Bank acquisition ($57.4 million). Source for intangibles: 1998 AR, p. F-9 | 37% | | 9.45% | 282,236 | 1.03% |
| 12/31/1999 | 6.75% | 0 | 10,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 9.78% | 0 | 1.48% |
| 12/31/2000 | 7.00% | 0 | 0 | | 37% | | 4.58% | 0 | 1.46% |
| 12/31/2001 | 8.00% | 0 | 38,044 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 12.82% | 44,211 | 1.43% |
| 12/31/2002 | 8.00% | 0 | 0 | | 37% | | 15.31% | 0 | 1.49% |
| 09/30/2003 | 8.00% | 0 | 25,322 | Capital, Assets: Downstreamed capital from Sterling Financial ($26.3 million) less goodwill generated in the Empire Federal Bancorp acquisition ($1 million). Source for goodwill: Sterling Savings 3/31/03 10-Q, p.13. | 37% | | 10.14% | 215,000 | 1.28% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 taken from projected RAP leverage ratios in Sterling's August 1989 Business Plan. From 6/30/92 on, estimated to start at 5.50%, increasing over time to 8.00%.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3c, column F. Adjustments to but-for capital & assets based on data from Sterling Savings, except for data prior to 6/30/93 which is from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G).

C Estimated to be 37% of incremental earnings based on guidance provided by Dan Bryne, CFO, of Sterling Savings Association.

D Estimated to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the $25,000 units times $0.92, the required par share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is estimated that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

E From Table 3e, column F.

F From Table 3e, column B.

G From Table 3b, column F.

# Exhibit 6

## Sterling Savings Association

### Table 3b: Calculation of Returns Applicable to Foregone Assets

($ in Thousands)

| | A | B | C | D | E = B - C - D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| Period Ended | Actual Assets | Pre-Tax, Pre-Amortization Income | Actual Accretion Income | Adjustments to Earnings due to Non-recurring or Breach-Induced Gains/(Losses) | Adjusted Pre-Tax, Pre-Amort. Earnings | Adjusted ROAA |
| 06/30/1989 | 730,933 | | | | | |
| 12/31/1989 | 708,213 | 2,571 | 178 | 0 | 2,393 | 0.33% |
| 06/30/1990 | 688,990 | 786 | 178 | (1,116) | 1,724 | 0.25% |
| 06/30/1991 | 608,999 | 5,380 | 354 | (1,091) | 6,117 | 0.94% |
| 06/30/1992 | 640,887 | 10,395 | 351 | (1,057) | 11,101 | 1.78% |
| 06/30/1993 | 1,032,538 | 14,775 | 437 | (591) | 14,930 | 1.78% |
| 06/30/1994 | 1,367,978 | 17,135 | 447 | 0 | 16,688 | 1.39% |
| 06/30/1995 | 1,542,367 | 19,163 | 350 | 0 | 18,813 | 1.29% |
| 06/30/1996 | 1,481,893 | 16,274 | 282 | 0 | 15,992 | 1.06% |
| 12/31/1996 | 1,534,787 | (269) | 111 | 0 | (380) | -0.03% |
| 12/31/1997 | 1,870,776 | 23,341 | 159 | 0 | 23,182 | 1.36% |
| 12/31/1998 | 2,309,845 | 21,585 | 95 | 0 | 21,490 | 1.03% |
| 12/31/1999 | 2,535,753 | 35,951 | 25 | 0 | 35,926 | 1.48% |
| 12/31/2000 | 2,651,771 | 37,942 | (24) | 0 | 37,966 | 1.46% |
| 12/31/2001 | 3,038,538 | 40,679 | (24) | 0 | 40,703 | 1.43% |
| 12/31/2002 | 3,503,878 | 48,766 | (24) | 0 | 48,790 | 1.49% |
| 09/30/2003 | 4,074,342 | 48,540 | (18) | 0 | 48,558 | 1.28% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Actual data from Thrift Financial Reports (Sheshunoff) and hard-copy TFR's for Sterling Savings and from consolidating financials from 6/30/93-6/30/96 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion Income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. For 2001 – 2003, the accretion income in each year is assumed to be equal to the accretion income in 2000. Accretion income for 9/30/03 is pro-rated.
Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

# Exhibit 6

## Sterling Savings Association

### Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - (C / B)) | E | F = D + E | G |
| Period Ended | Extraordinary Items net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 06/30/1989 | | | | | | | |
| 12/31/1989 | $0 | $951 | $324 | $0 | $0 | $0 | ($115) |
| 06/30/1990 | 0 | (847) | (487) | 0 | (1,116) | (1,116) | |
| 06/30/1991 | 298 | 2,312 | 590 | 400 | (1,491) | (1,091) | |
| 06/30/1992 | (522) | 8,585 | 3,319 | (851) | (206) | (1,057) | |
| 06/30/1993 | (424) | 12,970 | 4,920 | (683) | 92 | (591) | |
| 06/30/1994 | 0 | 14,201 | 4,559 | 0 | 0 | 0 | $1,892 |
| 06/30/1995 | 0 | 14,457 | 4,819 | 0 | 0 | 0 | |
| 06/30/1996 | 0 | 11,020 | 4,122 | 0 | 0 | 0 | |
| 12/31/1996 | 0 | (1,855) | (621) | 0 | 0 | 0 | |
| 12/31/1997 | 0 | 21,076 | 7,911 | 0 | 0 | 0 | |
| 12/31/1998 | 0 | 17,605 | 6,420 | 0 | 0 | 0 | |
| 12/31/1999 | 0 | 30,259 | 11,163 | 0 | 0 | 0 | |
| 12/31/2000 | 0 | 32,452 | 12,008 | 0 | 0 | 0 | |
| 12/31/2001 | 0 | 35,302 | 12,368 | 0 | 0 | 0 | |
| 12/31/2002 | 0 | 48,122 | 16,260 | 0 | 0 | 0 | |
| 09/30/2003 | 0 | 48,356 | 17,088 | 0 | 0 | 0 | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff), except for data for 1998 which are from hardcopy TFR's, and data for 2003 which are from hard-copy TFRs.

D Extraordinary items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.

E From Table 3d, column F.

G Source: Data from Sterling Savings Association.

# Exhibit 6

## Sterling Savings Association

### Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ-4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 06/30/1989 | | | | | | |
| 12/31/1989 | $0 | $0 | $0 | $0 | | $0 |
| 06/30/1990 | (6) | (75) | (1,004) | (31) | | (1,116) |
| 06/30/1991 | (1,189) | (66) | 0 | (236) | | (1,491) |
| 06/30/1992 | (138) | (32) | 0 | (37) | | (206) |
| 06/30/1993 | 92 | 0 | 0 | 0 | | 92 |
| 06/30/1994 | 0 | 0 | 0 | 0 | | 0 |
| 06/30/1995 | 0 | 0 | 0 | 0 | | 0 |
| 06/30/1996 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/1996 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/1997 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/1998 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/1999 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/2000 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/2001 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/2002 | 0 | 0 | 0 | 0 | | 0 |
| 09/30/2003 | 0 | 0 | 0 | 0 | | 0 |
| Total | $(1,241) | $(172) | $(1,004) | $(304) | $0 | $(2,721) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date. Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9). Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 3e: Summary of Internal versus External Growth in Total Assets*

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 06/30/1989 | 730,933 | 0 | | | | |
| 12/31/1989 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 06/30/1990 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 06/30/1991 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 06/30/1992 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 06/30/1993 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |
| 06/30/1994 | 1,367,978 | 11,800 | Acquisition of deposits of three branch facilities in Portland, Oregon (April 1994; $53m in deposits, $3m premium paid). Acquisition of deposits of five branch facilities in Washington State (May 1994; $135m in deposits, $8.8m premium paid). "Sterling used substantially all of the net funds corresponding to the acquired deposit liabilities to repay certain reverse repurchase borrowings and FBLB Seattle advances." Source: 6/31/94 AR, Note 4. | 32.49% | 31.34% | 31.34% |
| 06/30/1995 | 1,542,367 | 3,400 | American Liberty acquisition (December 1994; acquired American's loan servicing portfolio of ~ $451.4m in residential loans, $3.4m in purchased mortgage servicing rights). Source: 6/31/95 AR, Note 3. | 12.75% | 12.50% | 12.50% |
| 06/30/1996 | 1,481,893 | 0 | | -3.92% | -3.92% | -3.92% |
| 12/31/1996 | 1,534,787 | 0 | | 3.57% | 3.57% | 3.57% |
| 12/31/1997 | 1,870,776 | 0 | | 21.89% | 21.89% | 21.89% |
| 12/31/1998 | 2,309,645 | 262,236 | Keybank (June 1998; $518m in assets acquired including cash, "[w]ith the net cash received from the branch acquisition, Sterling repaid approximately $322 million of certain reverse repurchase borrowings and Federal Home Loan Bank of Seattle advances") and Big Sky (November 1998; $66m in assets) acquisitions. Source: 12/31/98 10K. | 23.47% | 9.45% | 9.45% |
| 12/31/1999 | 2,535,753 | 0 | | 9.78% | 9.78% | 9.78% |
| 12/31/2000 | 2,651,771 | 0 | | 4.58% | 4.58% | 4.58% |
| 12/31/2001 | 3,038,538 | 44,211 | Acquisition of Source Capital. Source: 12/31/01 10-K, p.F-50. | 14.59% | 12.92% | 12.92% |
| 12/31/2002 | 3,503,878 | 0 | | 15.31% | 15.31% | 15.31% |
| 09/30/2003 | 4,074,342 | 215,000 | Acquisition of Empire Federal Bancorp. Sum of $143.6 million in cash, $67.3 million of loans, $1 million of goodwill, and $3.1 million of deposit intangibles. Source: Sterling Savings 3/31/03 10-Q, p.13. | 16.28% | 10.14% | 10.14% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03 which are for the nine months ended as of that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A From table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. From 6/30/93 on, the growth rate on incremental assets is assumed to be the same as the internal growth of the actual bank as reflected in column E.

APP. 144

# Exhibit 6

## Sterling Savings Association

### Table 4a: Goodwill and Intangibles Data for the But-For Bank

($ In Thousands)

| | Supervisory Intangibles Only | | | | | | | Non-Supervisory Intangibles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A = B + C + D | B | C | D | E | F | G | H | I | J = E + F + G + I |
| Period Ended | Total Unidentified and Identified Intangibles | Capital Credit | Identified Intangibles | SGW | Contractual Amortization of Supervisory Goodwill and Capital Credit | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Balances | Total Amortization of Non-Supervisory Intangibles | Total Amortization, Adjustments and NOL's |
| 06/30/1989 | $34,766 | $12,342 | $6,075 | $16,349 | 2,344 | 0 | 59 | 1,407 | 108 | 2,512 |
| 12/31/1989 | 32,583 | 11,929 | 5,670 | 14,984 | 1,990 | 0 | 193 | 1,353 | 54 | 2,238 |
| 06/30/1990 | 31,159 | 11,516 | 5,265 | 14,378 | 1,778 | (354) | 0 | 1,299 | 54 | 1,478 |
| 06/30/1991 | 25,246 | 10,691 | 4,455 | 10,101 | 2,893 | 0 | 3,020 | 1,190 | 108 | 6,021 |
| 06/30/1992 | 20,848 | 9,865 | 3,645 | 7,338 | 2,807 | 1,591 | 0 | 1,082 | 108 | 4,506 |
| 06/30/1993 | 18,133 | 9,039 | 2,835 | 6,259 | 2,716 | 0 | 0 | 974 | 108 | 2,824 |
| 06/30/1994 | 15,478 | 8,213 | 2,025 | 5,240 | 2,654 | 0 | 0 | 12,450 | 324 | 2,978 |
| 06/30/1995 | 12,914 | 7,388 | 1,215 | 4,311 | 2,565 | 0 | 0 | 10,867 | 1,583 | 4,148 |
| 06/30/1996 | 10,449 | 6,562 | 405 | 3,482 | 2,466 | 0 | 0 | 9,284 | 1,583 | 4,040 |
| 12/31/1996 | 9,273 | 6,149 | 0 | 3,124 | 1,177 | 0 | 0 | 8,492 | 792 | 1,968 |
| 12/31/1997 | 7,792 | 5,323 | | 2,468 | 1,481 | 0 | 0 | 6,909 | 1,583 | 3,064 |
| 12/31/1998 | 6,442 | 4,497 | | 1,944 | 1,350 | 0 | 0 | 60,426 | 3,483 | 4,833 |
| 12/31/1999 | 5,238 | 3,672 | | 1,567 | 1,204 | 0 | 0 | 55,042 | 5,383 | 6,587 |
| 12/31/2000 | 4,175 | 2,846 | | 1,330 | 1,063 | 0 | 0 | 49,659 | 5,383 | 6,446 |
| 12/31/2001 | 3,227 | 2,020 | | 1,207 | 948 | 0 | 0 | 44,282 | 5,377 | 6,325 |
| 12/31/2002 | 2,279 | 1,194 | | 1,085 | 948 | 0 | 0 | 43,638 | 644 | 1,592 |
| 09/30/2003 | 1,996 | 966 | | 1,031 | 283 | 0 | 0 | 44,454 | 184 | 467 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Contractual intangibles from Lewis Federal, Tri-Cities and Central Evergreen supervisory acquisitions. Based on data from Sterling Savings Association.

B From table 6, column E. Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

D From table 6, column I. Supervisory goodwill from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

E See note A above. Amortization of the supervisory goodwill is based on data from Sterling Savings Association. Amortization of the capital credit is from table 6, columns B and D. Amortization for 12/31/96 is for the six months ended 12/31/96. Amortization for 9/30/03 is for the nine months ended 9/30/03.

F & G Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

H & I Assumed balances and amortization of intangibles resulting from the following non-supervisory branch acquisitions or mergers: Lewis & Clark merger (FY83), acquisition of Washington and Oregon branches (FY 94), and Key Bank branch acquisition (FY98). The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000. In 2003, $1 million of goodwill resulted from the Empire Federal Bancorp acquisition. All data prior to 2001 is based on information from Sterling Annual Reports. For 2001 through 2003 amortization is based on the reported amounts in the TFR's for the actual bank. From table 7, columns D and H.

APP. 145

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89*

($ In Thousands)

| | Supervisory Intangibles Only | | | | | | |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F = (B+C) - (D+E) | G = A + F |
| Period ended | Capital Credit | Identified Intangibles | SGW | Qualifying SGW | Other Qualifying Intangibles | Disallowed Identified and Unidentified Intangible Capital | Total Disallowed Intangibles |
| 06/30/1989 | $12,342 | $6,075 | $16,349 | | | n/a | n/a |
| 12/31/1989 | $11,929 | $5,670 | $14,084 | 10,308 | 0 | 10,345 | 22,275 |
| 06/30/1990 | $11,516 | $5,265 | $14,378 | 10,036 | 0 | 9,607 | 21,123 |
| 06/30/1991 | $10,691 | $4,455 | $10,101 | 8,903 | 1,584 | 4,069 | 14,759 |
| 06/30/1992 | $9,865 | $3,645 | $7,338 | 6,288 | 3,327 | 1,368 | 11,233 |
| 06/30/1993 | $9,039 | $2,835 | $6,259 | 7,673 | 2,575 | (1,155) | 7,885 |
| 06/30/1994 | $8,213 | $2,025 | $5,240 | 5,044 | 1,916 | 305 | 8,518 |
| 06/30/1995 | $7,388 | $1,215 | $4,311 | 0 | 1,220 | 4,306 | 11,694 |
| 06/30/1996 | $6,562 | $405 | $3,482 | | 440 | 3,447 | 10,009 |
| 12/31/1996 | $6,149 | $0 | $3,124 | | 0 | 3,124 | 9,273 |
| 12/31/1997 | $5,323 | | $2,468 | | 0 | 2,468 | 7,792 |
| 12/31/1998 | $4,497 | | $1,944 | | 0 | 1,944 | 6,442 |
| 12/31/1999 | $3,672 | | $1,567 | | 0 | 1,567 | 5,238 |
| 12/31/2000 | $2,846 | | $1,330 | | 0 | 1,330 | 4,175 |
| 12/31/2001 | $2,020 | | $1,207 | | 0 | 1,207 | 3,227 |
| 12/31/2002 | $1,194 | | $1,085 | | 0 | 1,085 | 2,279 |
| 09/30/2003 | $966 | | $1,031 | | 0 | 1,031 | 1,996 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which is as of the nine months ended on that date.
Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column B.
B From Table 4a, column C.
C From Table 4a, column D.
D & E Actual data from Thrift Financial Reports (Sheshunoff).

# Exhibit 6

## Sterling Savings Association

### Table 5: But-For Bank

($ In Thousands)

| | A | B | C | D | E | F | G = D - E - F | H | I | J = I / C | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised / Adjustments to Core Capital |
| 06/30/1989 | | | 730,933 | | | | | | | | |
| 12/31/1989 | 752,177 | 747,390 | 747,390 | 2,571 | 324 | 2,045 | 202 | 353 | 31,054 | 4.16% | 10,385 |
| 06/30/1990 | 774,026 | 748,524 | 748,524 | 1,998 | (38) | 1,833 | 204 | 241 | 31,071 | 4.15% | 0 |
| 06/30/1991 | 813,762 | 781,622 | 781,622 | 7,032 | 1,201 | 3,001 | 2,830 | 876 | 33,133 | 4.24% | 0 |
| 06/30/1992 | 849,745 | 1,135,904 | 849,745 | 14,518 | 4,845 | 2,916 | 6,758 | 576 | 62,475 | 7.36% | 23,052 |
| 06/30/1993 | 1,369,031 | 1,468,195 | 1,369,031 | 19,093 | 6,518 | 2,824 | 9,752 | 928 | 84,306 | 6.16% | 12,900 |
| 06/30/1994 | 1,809,942 | 1,829,028 | 1,809,942 | 21,814 | 6,520 | 2,978 | 12,315 | 1,868 | 105,169 | 5.81% | 10,092 |
| 06/30/1995 | 2,039,574 | 2,096,184 | 2,039,574 | 24,877 | 7,350 | 4,148 | 13,379 | 4,560 | 125,771 | 6.17% | 10,200 |
| 06/30/1996 | 1,959,605 | 2,111,110 | 1,959,605 | 21,532 | 6,725 | 4,048 | 10,760 | 5,114 | 133,000 | 6.79% | 0 |
| 12/31/1996 | 2,029,550 | 2,114,141 | 2,029,550 | (389) | (899) | 1,968 | (1,459) | 2,728 | 142,705 | 7.03% | 13,100 |
| 12/31/1997 | 2,473,851 | 2,730,929 | 2,473,851 | 30,077 | 10,403 | 3,064 | 16,609 | 6,559 | 184,338 | 7.45% | 30,000 |
| 12/31/1998 | 2,969,925 | 2,798,072 | 2,798,072 | 27,785 | 8,714 | 4,833 | 14,238 | 8,570 | 188,870 | 6.75% | (4,619) |
| 12/31/1999 | 3,071,730 | 3,214,132 | 3,071,730 | 43,191 | 13,842 | 6,587 | 22,762 | 10,061 | 216,954 | 7.06% | 10,000 |
| 12/31/2000 | 3,212,270 | 3,375,441 | 3,212,270 | 45,787 | 14,911 | 6,446 | 24,430 | 10,488 | 236,281 | 7.36% | 0 |
| 12/31/2001 | 3,671,443 | 3,696,804 | 3,671,443 | 48,698 | 15,335 | 6,325 | 27,038 | 10,995 | 295,744 | 8.06% | 38,044 |
| 12/31/2002 | 4,233,709 | 4,014,388 | 4,014,388 | 58,206 | 19,753 | 1,592 | 36,861 | 12,098 | 321,151 | 8.00% | 0 |
| 09/30/2003 | 4,636,643 | 4,659,628 | 4,636,643 | 55,082 | 19,509 | 467 | 35,107 | 9,074 | 372,690 | 8.04% | 25,322 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which is as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Calculated as column c[t-1] times (1 plus table 3a, column E), plus table 3a, column F.

B Calculated as column I divided by table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from table 3a, column B, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractual amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column E + Table 4a, column I.)

H Assumed to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

I Calculated as the sum of the But-For Bank's previous year's core capital, plus the current year's net income, less dividends paid out, plus any additional capital raised, plus the amortization of non-supervisory intangibles. (Calculated as columns I[t-1] + G - H + K + Table 4a, column I.) 12/31/89 But-For core capital is calculated as the sum of the Actual Bank's 12/31/89 core capital, plus disallowed supervisory intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends, plus amortization of non-supervisory intangibles.
(Calculated as Table 2a, column G + Table 4b, column G + column K + ((column G - Table 2a, column B) - (column H - Table 2a, column F)) + Table 4a, column I).

K From Table 3a, column B.

APP. 146

# Exhibit 6

## Sterling Savings Association

### Table 6: Addendum For Supervisory Intangibles

($ in Thousands)

| | Capital Credit | | | | | Supervisory Goodwill | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I = F + G + H |
| | Lewis Federal | | Tri-Cities | | Total | Lewis Federal | Tri-Cities | Central Evergreen | Total |
| Period Ended | Balance | Amortization | Balance | Amortization | Balance | Balance | Balance | Balance | Balance |
| 11/05/1985 | $1,750 | | | | $1,750 | $2,044 | | | $2,044 |
| 12/31/1985 | 1,743 | $7 | | | $1,743 | 2,036 | | | 2,036 |
| 06/30/1986 | 1,721 | 22 | | | $1,721 | 1,814 | | | 1,814 |
| 06/30/1987 | 1,677 | 44 | | | $1,677 | 1,768 | | | 1,768 |
| 04/08/1988 | | | $11,730 | | | | | | |
| 06/30/1988 | 1,633 | 44 | 11,535 | $196 | $13,168 | 1,743 | $2,176 | | 3,919 |
| 06/30/1989 | 1,590 | 44 | 10,753 | 782 | $12,342 | 1,696 | 2,028 | $12,625 | 16,349 |
| 12/31/1989 | 1,568 | 22 | 10,362 | 391 | $11,929 | 1,673 | 1,955 | 11,357 | 14,984 |
| 06/30/1990 | 1,546 | 22 | 9,971 | 391 | $11,516 | 1,649 | 1,881 | 10,847 | 14,378 |
| 06/30/1991 | 1,502 | 44 | 9,189 | 782 | $10,691 | 1,603 | 1,380 | 7,118 | 10,101 |
| 06/30/1992 | 1,458 | 44 | 8,407 | 782 | $9,865 | 1,556 | 812 | 4,971 | 7,338 |
| 06/30/1993 | 1,415 | 44 | 7,625 | 782 | $9,039 | 1,509 | 736 | 4,013 | 6,259 |
| 06/30/1994 | 1,371 | 44 | 6,843 | 782 | $8,213 | 1,463 | 661 | 3,117 | 5,240 |
| 06/30/1995 | 1,327 | 44 | 6,061 | 782 | $7,388 | 1,416 | 585 | 2,310 | 4,311 |
| 06/30/1996 | 1,283 | 44 | 5,279 | 782 | $6,562 | 1,369 | 510 | 1,604 | 3,482 |
| 12/31/1996 | 1,261 | 22 | 4,888 | 391 | $6,149 | 1,346 | 472 | 1,306 | 3,124 |
| 12/31/1997 | 1,218 | 44 | 4,106 | 782 | $5,323 | 1,299 | 396 | 773 | 2,468 |
| 12/31/1998 | 1,174 | 44 | 3,324 | 782 | $4,497 | 1,253 | 321 | 371 | 1,944 |
| 12/31/1999 | 1,130 | 44 | 2,542 | 782 | $3,672 | 1,206 | 245 | 115 | 1,567 |
| 12/31/2000 | 1,086 | 44 | 1,760 | 782 | $2,846 | 1,159 | 170 | 0 | 1,330 |
| 12/31/2001 | 1,043 | 44 | 978 | 782 | $2,020 | 1,113 | 94 | 0 | 1,207 |
| 12/31/2002 | 999 | 44 | 196 | 782 | $1,194 | 1,066 | 19 | 0 | 1,085 |
| 09/30/2003 | 966 | 33 | 0 | 196 | $966 | 1,031 | 0 | 0 | 1,031 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, data for 9/30/03, which are as of the nine months ended on that date, 12/31/85, which reflects balances and amortization as of that date, and data for 11/5/85 and 4/8/88, which reflect the beginning capital credit balances from the Lewis Federal and Tri-Cities acquisitions. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A, C, F – H Based on data from Sterling Savings Association.

B Assumes a 40 year amortization schedule.

D Assumes a 15 year amortization schedule.

Revised Updated February 20, 2004

Exhibit 6
Table 6

# Exhibit 6

## Sterling Savings Association

### Table 7: Addendum for Non-Supervisory Goodwill

Source: Sterling Annual Reports and TFRs
($ in thousands)

| | Assumed Straight-Line Amortization | | | | | Balances | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D = A + B + C | | E | F | G | H = E + F + G |
| Period Ended | Lewis & Clark | WA & OR Branches | KeyBank | Total Amortization | Explanation | Lewis & Clark | WA & OR Branches | KeyBank | Total |
| 6/30/83 | | | | 0 | • Lewis and Clark S&LA was merged into Sterling on 6/30/83 and $2.056m in goodwill was recorded to be amortized using the interest-method over 19 years. Source: 1983 AR, Note 12. | 2,056 | | | 2,056 |
| 6/30/84 | 108 | | | 108 | | 1,948 | | | 1,948 |
| 6/30/85 | 108 | | | 108 | | 1,840 | | | 1,840 |
| 6/30/86 | 108 | | | 108 | | 1,731 | | | 1,731 |
| 6/30/87 | 108 | | | 108 | | 1,623 | | | 1,623 |
| 6/30/88 | 108 | | | 108 | | 1,516 | | | 1,515 |
| 6/30/89 | 108 | | | 108 | | 1,407 | | | 1,407 |
| 6/30/90 | 108 | | | 108 | | 1,299 | | | 1,299 |
| 6/30/91 | 108 | | | 108 | | 1,190 | | | 1,190 |
| 6/30/92 | 108 | | | 108 | | 1,082 | | | 1,082 |
| 6/30/93 | 108 | | | 108 | | 974 | | | 974 |
| 6/30/94 | 108 | 216 | | 324 | • On 4/15/94, Sterling acquired 3 branches in Oregon and paid an acquisition premium of ~$3m. On 5/13/94, Sterling acquired 5 branches in Washington and paid an acquisition premium of ~$8.8m. These premiums had amortization periods of 8 years. Source: 1994 AR, Note 4. | 866 | 11,584 | | 12,450 |
| 6/30/95 | 108 | 1,475 | | 1,583 | | 757 | 10,109 | | 10,867 |
| 6/30/96 | 108 | 1,475 | | 1,583 | | 649 | 8,634 | | 9,284 |
| 12/31/96 | 54 | 738 | | 792 | | 595 | 7,897 | | 8,492 |
| 12/31/97 | 108 | 1,475 | | 1,583 | | 487 | 6,422 | | 6,909 |
| 12/31/98 | 108 | 1,475 | 1,900 | 3,483 | • On 6/15/98, Sterling acquired 33 branches from KeyBank and recorded ~$57m in goodwill to be amortized over 15 years using the straight-line method. Source: 1998 10-K, Note 1. | 379 | 4,947 | 55,100 | 60,426 |
| 12/31/99 | 108 | 1,475 | 3,800 | 5,383 | | 271 | 3,472 | 51,300 | 55,042 |
| 12/31/00 | 108 | 1,475 | 3,800 | 5,383 | | 162 | 1,997 | 47,500 | 49,659 |
| 12/31/01 | | | | 5,377 | | | | | 44,282 |
| 12/31/02 | | | | 644 | • Sterling adopts SFAS No. 142 on January 1, 2002. Source: 2002 10-K, p.34. | | | | 43,638 |
| 9/30/03 | | | | 184 | • $1 million of goodwill was generated by the Empire Federal Bancorp acquisition on 2/28/03. Source: 3/31/03 10-Q, p.13. | | | | 44,454 |
| Total: | 1,894 | 9,803 | 9,500 | 27,402 | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/96 which are for the six months ended as of that date, and data for 9/30/03, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

D For 2001 – 2003, assumed to be equal to the total amortization of intangibles of the actual bank from table 2a, column D.

H The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000. For 2001 – 2003 balances are reduced by the amount in column D.

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 8: 2001 – 2003 Capital Downstreamed*

Source: TFRs
($ in Thousands)

| | A | B | C | D = A + B + C | E = D - D(t-1) |
|---|---|---|---|---|---|
| | | Common Stock | | | |
| | Preferred Stock | Par Value | Paid in Excess of Par | Total | Difference from Prior Year |
| 12/31/2000 | $95,100 | $6,616 | $76,502 | $178,218 | |
| 12/31/2001 | 110,100 | 7,245 | 98,917 | 216,262 | $38,044 |
| 12/31/2002 | 110,100 | 7,245 | 98,917 | 216,262 | 0 |
| 09/30/2003 | 110,100 | 7,245 | 125,239 | 242,584 | 26,322 |

# *Exhibit 7*

## RTC Resolutions in Washington and Oregon

Source: RTC Statistical Abstract August 1989/September 1995
(Dollars in Millions)

| Name | City | State | Charter F-Federal S-State | Conserva-torship Date | Resolution Date | Assets at Takeover | Deposits at Takeover | Deposits at Resolution |
|---|---|---|---|---|---|---|---|---|
| The Benjamin Franklin FS&LA | Portland | OR | F | 02/21/1990 | 09/07/1990 | $4,692 | $3,214 | $2,650 |
| Far West FSB | Portland | OR | F | 05/23/1991 | 04/15/1994 | $2,160 | $1,273 | $714 |
| Family FSA | Dallas | OR | F | 01/11/1990 | 06/22/1990 | $170 | $101 | $93 |
| Family S&LA, FA | Seattle | WA | S | 02/08/1991 | 07/19/1991 | $101 | $60 | $44 |
| Gibraltar Savings, FSB | Seattle | WA | F | 03/31/1989 | 06/29/1990 | $1,816 | $1,368 | $1,029 |
| Frontier FS&LA | Walla Walla | WA | F | 02/23/1990 | 06/22/1990 | $162 | $119 | $98 |

Note: No resolutions were reported for Idaho Institutions.

## Acquisitions Considered by Sterling

Source: Deposition of Harold Gilkey, June 6-8, 2000, pp. 69-75, 184-185, 239-245, 485-487, 511, 517, 561-594

| Name | Year |
|---|---|
| American Bank | 1992 |
| American National Bank/American Marine | 1990s |
| Ben Franklin National Bank, Pasco | 1987 |
| Benjamin Franklin, Portland, Oregon | early 1990s |
| Eastern Washington Savings | 1988 |
| Enterprise Bank | 1990s |
| Gibraltar Savings (certain branches) | 1990s |
| Family Savings | 1988 |
| Far West Federal (6 branches in Oregon) | 1988 |
| First Federal of Longview | 1988 |
| First Western Savings/First Federal (certain branches) | 1992 |
| Great Northwest Savings Bank | 1991 |
| Guaranty Savings | 1984 |
| Hamilton Financial Services | late 1990s |
| Heritage Federal | 1990s |
| Horizon | 1990s |

| Name | Year |
|---|---|
| InterWest | 1990s |
| Lynnwood Savings | 1980s |
| Mortgage Services America (First Cal) | 1995-1996 |
| Olympia Federal | 1990s |
| Pacific First Federal | early 1990s |
| Palm Springs Savings Bank | 1990s |
| Security Federal Savings Bank | 1990s |
| Security Pacific Bank (certain branches) | mid 1990s |
| Summit Savings | mid 1990s |
| U.S. Bank (certain branches) | 1990s |
| Vancouver Federal | 1990s |
| Washington Mutual (2 branches) | 1992 |
| West One (certain branches) | 1990s |
| Westcoast Bancorporation | late 1990s |
| Willamette Savings | 1995-1996 |

# *Exhibit 8*

## *Sterling Savings Association*

## Summary of Expectation Damages

($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Earnings on Foregone Assets** | **$77,405** |
| [2] | + **Wounded Bank Damages** | **$4,556** |
| | Cost of Great American branch denied because of OTS Capital Standards | $1,835 |
| | Loss on CJ-4 Loan | $1,241 |
| | Excess Supervision Costs | $172 |
| | Cost of 1989 Units Offering | $1,004 |
| | Increased Legal and Accounting to Defend against Regulatory Interference | $304 |
| [3] | + **Future Damages** | **$1,258** |
| | **Total Expectation Damages** | **$83,219** |

Notes:

[2] Source: Data from Sterling Savings Association.

[3] Present value of cash flows representing the cost of replacing supervisory goodwill and capital credits in 12/31/2000 dollars as calculated by Professor James.

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 95-829-C<br>Judge Wheeler |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UPDATE TO THE EXPERT REPORT OF PAUL HORVITZ**
**DECEMBER 11, 2006**

## I. Assignment and Conclusion

This Report (including the Exhibits) is an update to a report that I previously prepared in this case in February 2004. I was asked by Sterling's counsel to update my expectation damages calculation to incorporate findings by Judge Wheeler and to account for the passage of time. In an opinion dated August 30, 2006, Judge Wheeler ruled that the "...Agreement relating to Central Evergreen shifted to Sterling the risk of regulatory changes, such as FIRREA. Therefore, the Government did not breach the Agreement with Sterling through the enactment of FIRREA."[1] For purposes of my Report and damages calculation I have therefore assumed that the supervisory capital created in the Central Evergreen acquisition will be subject to any limitations imposed by FIRREA.

[1] Opinion of Judge Wheeler, *Sterling Savings Association v. The United States*, August 30, 2006, p. 12.

My updated determination of Sterling's expectation damages is that they total $63.361 million.

## II. Elements of Expectation Damages

### *A. Lost Earnings on Foregone Assets*

To update my calculations I have relied on additional documents and data provided to me by the attorneys and Sterling since the filing of my last Report. These are primarily financial statements from 2003 though 2006. I have created an addendum to Exhibit 2 of my previous Report listing the additional materials supplied to me. Exhibit 3 is unchanged from my previous Report. Exhibit 4 and Exhibit 5 present financial information for Sterling and have been extended through September 2006 – the latest period for which I have financial statements.

Exhibit 6 incorporates the ruling of Judge Wheeler. Tables 4a, 4b, and 4c of Exhibit 6 have been restructured or added to present the amount of supervisory intangibles that could have been included in Sterling's core capital but-for the breach. Table 4a is a summary of the goodwill and intangibles of Sterling but-for the breach of the Lewis Federal and Tri-Cities contracts. Table 4b presents the goodwill amounts related to the Central Evergreen acquisition.[2] Since the Central Evergreen acquisition was supervisory in nature, the goodwill from the acquisition is subject to the supervisory goodwill phase-out limitations of FIRREA. The phase-out provisions of FIRREA allowed supervisory goodwill to count to a limited degree toward core-capital until January 1, 1995. This table calculates how much of the supervisory goodwill from Central Evergreen could count in Sterling's core capital over time. Table 4c presents the identified intangibles related to the Central Evergreen acquisition. These intangibles were allowed under provisions of FIRREA to also count toward core capital to a limited degree.[3]

---

[2] In documents from Sterling upon which I have relied, in the context of the Central Evergreen acquisition the term "unidentified intangibles" is used synonymously with goodwill.

[3] In my previous report I noted that changes in the accounting rules related to goodwill no longer require that goodwill be amortized, rather it is subject to impairment tests. For the contractual goodwill associated with Lewis Federal and Tri-Cities I assume that for regulatory capital purposes it would amortize. The change in the accounting rules did not affect goodwill from the Central Evergreen transaction because it was fully-amortized in 2000 – before the new rules took effect. Table 7 in Exhibit 6 presents an estimate of the amounts of non-supervisory goodwill given the new accounting rules.

My estimate of expectation damages is based on a model that is similarly structured to that presented in previous versions of my Report. I believe it is appropriate at this time to reconsider some of the assumptions used in modeling the "but for" bank for two reasons: first, Judge Wheeler's recent ruling removes significant amounts of regulatory capital from Sterling Savings, and so the world is quite different from the one modeled in earlier versions of my Report; second, we know a great deal more about the capabilities and attitudes of Sterling's management and organization than we did at the time the model was originally developed. I have therefore revisited a number of assumptions used in the previous modeling, and have made modest adjustments to take account of the changes required by Judge Wheeler's ruling.

Under the belief that the "but for" bank could include all of the intangibles resulting from the Central Evergreen merger in core capital, my previous Report assumed that until June 1991 Sterling would maintain the capital ratios specified in the Business Plan developed in 1988 (before FIRREA). Obviously, this is a conservative assumption, but plausible because the Central Evergreen goodwill made that a feasible strategy. Without the ability to use the Central Evergreen intangibles as anticipated at the time of the contract, it is not reasonable to assume that Sterling would strictly adhere to the capital ratios specified in the Business Plan.[4]

We know from the business plans and testimony of bank management that Sterling desired to grow and would have been very reluctant to shrink in asset size. My modeling of the "but for" bank assumes that Sterling will remain in compliance with the core capital requirement imposed by FIRREA and will maintain its asset size. Consequently I have estimated that the but-for bank will operate with a core capital ratio of 4% from December 31, 1989 to June 30, 1991, which is only marginally less than the ratios in the Business Plan (4.15%-4.24%), and well above the 3% ratio specified by FIRREA.

---

[4] In my original modeling I assumed that Sterling had a permanent (nonamortizing) capital credit and all of the intangibles from Central Evergreen to include in capital. This provided enough capital for a very large increase in assets if the capital were leveraged fully. In view of the uncertainty about the ability of Sterling to manage such substantial growth, and whether profits could be maintained through a period of very rapid growth, I imposed a restrictive growth constraint on the "but for" bank. In the "but for" world resulting from Judge Wheeler's ruling (i.e., with less core capital for Sterling), and with the evidence that Sterling is capable of managing substantial growth with good profitability, it may well be more appropriate to model the "but for" bank on the basis of a leveraging of all regulatory capital to the capital ratio maintained by the actual bank.

Additionally, a few data errors in the previous calculations have been found and corrected.[5]

In addition to adapting my calculation of Sterling's lost earnings to Judge Wheeler's ruling, I have updated my calculations through the present based on Sterling's recent financial performance. For the fourth quarter of 2003 through 2006 I have followed the same approach to modeling the but-for bank's performance as I did for 1990 through 2003.[6] Since 2003 Sterling has continued to grow both by internal growth and by acquisition. It has remained profitable while achieving this growth. Additionally in 2005 Sterling converted to a bank charter.

### B. *Future Damages*

As in my previous Reports, I understand that Professor James has prepared an analysis of the value of the remaining goodwill and capital credits from the Lewis Federal and Tri-Cities acquisitions. His determination of the value is $0.641 million.

## III. Summary

In summary, my determination of Sterling's expectation damages is $63.361 million. Exhibit 8 presents a summary of the amounts. The lost earnings from 1990 through 2006 are $58.164 million, the wounded bank damages are $4.556 million, and the future damages are $0.641 million.

## IV. Index of Exhibits

2. Addendum - Additional Documents Reviewed in Conjunction with Updated Report – December 11, 2006
3. Sterling Savings Association, Key Financial Data, 1983 – 1989

[5] The first involved the treatment of the tax benefits from net operating loss carryforwards ("NOLs"). A second involved a recalculation of the December 1989 core capital. The TFR form in use in 1989 did not include information on core capital as defined by FIRREA, and previous Reports have used a figure based on the June 1990 TFR. I have concluded that core capital in December 1989 was about $1 million lower than the figure used previously. A third involved the amount of intangibles and assets resulting from the acquisition of Empire Savings. Each of these corrections would, other things being equal, lower the expectations damage calculation.

[6] My methodology and rationale were described in my previous reports of September 2001 and February 2004.

4. Sterling Savings Association, Consolidated Key Financial Data, 1990 – 2006
5. Sterling Savings Association, Asset Composition, 1990 – 2006
6. Calculation of Lost Earnings on Foregone Assets Through 2006
7. List of actual acquisitions in Sterling's region (WA, OR, No. Idaho) through the RTC in 1990 – 1991. List of specific branch deals/ acquisitions that Sterling considered both before and after the breach.
8. Summary of Expectation Damages

I reserve the right to update my report if warranted.

Paul Horvitz

Dec 11, 2006

Date

# Exhibit 2

## Additional Documents Considered by *Paul M. Horvitz, Ph.D.*
## In Conjunction with Updated Report
## December 11, 2006

| | |
|---|---|
| **Legal Pleadings** | |
| Defendant's Proposed Findings of Uncontroverted Fact in Connection with Motion for Summary Judgment Regarding Damages, July 20, 2004 | |
| Defendant's Motion for Summary Judgment Regarding Damages, July 20, 2004 | |
| Opinion and Order, Judge Wheeler, Filed August 30, 2006 | |
| | |
| **Reports and Depositions** | |
| Deposition of William J. Durbin with Exhibit S-1, July 24, 2000 | |
| Amended Expert Report of Mukesh Bajaj, Ph.D. with Exhibits 1 - 2 and Tables 1-4, April 23, 2004 | |
| Deposition of Mukesh Bajaj, June 19-20, 2002 and May 17-18, 2004 | |
| Revised Expert Report of Christopher M. James, February 20, 2004 | |
| Updated Expert Report of Christopher M. James, December 11, 2006 | |
| | |
| **Thrift Financial Reports** | |
| Electronic TRF for the Quarterly Period Ending December 31, 2003 | |
| Electronic TRF for the Quarterly Period Ending March 31, 2004 | |
| Electronic TRF for the Quarterly Period Ending June 30, 2004 | |
| Electronic TRF for the Quarterly Period Ending September 30, 2004 | |
| Electronic TRF for the Quarterly Period Ending December 31, 2004 | |
| Electronic TRF for the Quarterly Period Ending March 31, 2005 | |
| Electronic TRF for the Quarterly Period Ending June 30, 2005 | |
| | |
| **Call Reports** | |
| Electronic Call Report, Year to date through September 30, 2005 | |
| Electronic Call Report, Year to date through December 31, 2005 | |
| Electronic Call Report, Year to date through March 31, 2006 | |
| Electronic Call Report, Year to date through June 30, 2006 | |
| Electronic Call Report, Year to date through September 30, 2006 | |
| | |

| | |
|---|---|
| **Examination Reports** | |
| Sterling Savings Bank Report of Examination, Start Date June 23, 2003 | |
| Sterling Financial Corporation Holding Company Report of Examination, Start Date June 14, 2004 | |
| Sterling Savings Bank Joint Report of Examination prepared by the State of Washington Division of Banks and the Office of Thrift Supervision, Start Date June 14, 2004 | |
| Sterling Savings Bank Response to the Joint Report of Examination prepared by the State of Washington and the Office of Thrift Supervision, as of June 14, 2004 | |
| Sterling Savings Bank Joint Safety and Soundness Report of Examination prepared by the FDIC and the Washington Department of Financial Institutions, Start date September 12, 2005 | |
| Sterling Savings Bank Response to the Joint Safety and Soundness Report of Examination prepared by the State of Washington and the FDIC, as of September 12, 2005. Sterling Savings Bank Secretarial Certificate dated January 12, 2006. Letter from FDIC to Sterling Savings Bank re Board Resolution Progress Reports dated January 12, 2006 | |
| Sterling Financial Corporation Report of Bank Holding Company Inspection, Start date April 10, 2006, with Federal Reserve Bank of San Francisco letter dated May 24, 2006, Sterling Financial Corporation letter of response dated July 24, 2006 and Federal Reserve Bank of San Francisco letter of acknowledgement dated August 3, 2006 | |
| | |
| **Form 10-K and Form 10-Q Reports** | |
| Sterling Financial Corporation - Form 10-Q for the Year Ended December 31, 1989 | |
| Sterling Financial Corporation - Form 10-K for the Year Ended December 31, 2003 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2004 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2004 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2004 | |
| Sterling Financial Corporation - Form 10-K for the Year Ended December 31, 2004. Form 10-K as part of the Annual Report and Form 10-K as SEC filing | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2005 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2005 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2005 | |
| Sterling Financial Corporation - 2005 Annual Report and Form 10-K for the Year Ended December 31, 2005. | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended March 31, 2006 | |

| | |
|---|---|
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended June 30, 2006 | |
| Sterling Financial Corporation - Form 10-Q for the Quarterly Period Ended September 30, 2006 | |
| | |
| **Other Documents** | |
| Joint Examination – FHLB of Seattle and State of Washington : April 18, 1988 | SG 0052170-246 |
| Sterling Savings Bank 1989 Offering Circular Costs and Calculation of Damages - Legal, Accounting and Insurance Cost Summary | SG 0803330<br>SG 0803509 |
| Documentary Support in the form of Checks, Bills, Invoices | SG 0805404-05<br>SG 0805473; SG 0805489; SG 0805504 |
| Letter from Witherspoon, Kelley, Davenport & Toole (William Symmes) to U.S. Department of Justice (Elizabeth Hosford) re additional documentation and clarification: February 1, 2002 | |
| OTS TFR Instruction Manual for Schedule CCR, September 1991 | |
| OTS TFR Instruction Manual for Schedule CCR, March 2004 | |
| "Exhibit VII.2. -Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings. | |

# *Exhibit 3*

# *Sterling Savings Association*

## Key Financial Data

## 1983 to 1989

Source: Thirft Financial Reports (FHLBB), June 1983 - TFR (Income Statement for the 9 months ended 6/83), December 1983-TFR [Bates # SG 0701002 - 0701011]
(Dollars in Thousands)

| | As of Fiscal Year End | | | | | | |
|---|---|---|---|---|---|---|---|
| **Balance Sheet** | 1983 (June) | 1984 (June) | 1985 (June) | 1986 (June) | 1987 (June) | 1988 (June) | 1989 (June) |
| Loans | $360 | $54,857 | $70,495 | $127,255 | $172,294 | $304,126 | $502,453 |
| Mortgage Backed-Securities | $0 | $7,003 | $15,073 | $10,158 | $31,834 | $41,587 | $114,060 |
| Goodwill | $0 | $1,819 | $1,770 | $5,388 | $4,953 | $18,785 | $22,990 |
| Other Assets | $6,956 | $25,234 | $25,111 | $38,201 | $22,766 | $69,455 | $91,430 |
| Total Assets | $7,317 | $88,913 | $112,449 | $181,002 | $231,847 | $433,953 | $730,933 |
| | | | | | | | |
| Deposits | $5,135 | $71,561 | $88,205 | $142,078 | $170,755 | $305,354 | $519,389 |
| Borrowings | $0 | $12,563 | $17,928 | $29,623 | $47,665 | $98,802 | $189,362 |
| Total Liabilities | $5,170 | $84,910 | $107,835 | $173,789 | $221,377 | $410,772 | $720,414 |
| Regulatory Capital [1] | $2,147 | $4,003 | $4,614 | $7,213 | $10,470 | $23,181 | $28,614 |
| | | | | | | | |
| **Capital Ratios** | | | | | | | |
| Regulatory Capital/Average Assets | 29.34% | 8.32% | 4.58% | 4.92% | 5.07% | 6.96% | 4.91% |
| | | | | | | | |
| **Income Statement** [2] | | | | | | | |
| Income Before Taxes & Amortization | -$163 | $330 | $1,027 | $1,360 | $1,878 | $2,431 | $3,813 |
| Goodwill Amortization and Write-offs | $0 | $88 | $127 | $326 | $228 | $472 | $2,272 |
| Provision for Taxes | $0 | $0 | $122 | $205 | $560 | $752 | $560 |
| Accounting Changes and Extra Items | $0 | $26 | $166 | $0 | $0 | $0 | $0 |
| Net Income | -$163 | $216 | $612 | $829 | $1,090 | $1,207 | $981 |
| | | | | | | | |
| **Profitability Ratios** | | | | | | | |
| ROAA before taxes and Amortization | -2.22% | 0.69% | 1.02% | 0.93% | 0.91% | 0.73% | 0.65% |
| Average Assets [3] | $7,317 | $48,115 | $100,681 | $146,726 | $206,425 | $332,900 | $582,443 |

[1] For 1987 and 1988 this figure does not include general valuation allowances.
[2] Income figures for 1983 reflect nine months of data.
[3] "Average" assets for 1983 are actually total assets at 6/30/83.

# *Exhibit 4*
# *Sterling Savings Association*
## Consolidated Key Financial Data
## 1990 to 1999

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Loans (Mortgage and Non-Mortgage) | $464,021 | $407,991 | $465,920 | $616,749 | $852,066 | $1,092,824 | $904,012 | $949,851 | $1,084,073 | $1,497,641 | $1,805,546 |
| Mortgage Backed-Securities (pool) | $115,395 | $141,040 | $98,126 | $328,279 | $331,426 | $253,337 | $393,730 | $372,057 | $456,322 | $232,256 | $227,649 |
| Goodwill & Other Intangibles | $19,736 | $14,573 | $10,649 | $8,431 | $17,915 | $14,945 | $11,868 | $10,147 | $7,882 | $61,180 | $55,488 |
| Other Assets | $89,838 | $45,395 | $66,192 | $78,087 | $162,256 | $177,575 | $166,160 | $202,732 | $322,499 | $518,768 | $447,070 |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 |
| Deposits | $483,581 | $492,372 | $510,104 | $583,732 | $815,274 | $901,646 | $906,298 | $909,276 | $1,047,863 | $1,563,343 | $1,629,234 |
| Borrowings | $189,557 | $98,608 | $86,615 | $376,493 | $446,837 | $513,956 | $465,611 | $503,827 | $656,411 | $516,246 | $673,196 |
| Total Liabilities | $678,260 | $596,378 | $602,954 | $972,422 | $1,281,539 | $1,439,052 | $1,383,106 | $1,428,473 | $1,722,373 | $2,103,836 | $2,324,571 |
| Equity Capital | $10,730 | $12,621 | $38,224 | $59,124 | $82,124 | $99,629 | $92,664 | $106,314 | $148,403 | $206,008 | $211,183 |
| **Capital Ratios** | | | | | | | | | | | |
| Equity/Average Assets | 1.51% | 1.94% | 6.12% | 7.07% | 6.86% | 6.87% | 6.15% | 7.06% | 8.72% | 9.86% | 8.72% |
| **Income Statement** | | | | | | | | | | | |
| Income Before Taxes & Amortization | $3,357 | $5,678 | $9,873 | $14,340 | $16,463 | $17,944 | $14,352 | -$269 | $23,341 | $21,585 | $35,951 |
| Goodwill Amortization and Write-offs | $3,253 | $2,770 | $2,332 | $2,218 | $2,262 | $3,487 | $3,332 | $1,586 | $2,265 | $3,980 | $5,692 |
| Provision for Taxes | -$163 | $590 | $3,319 | $4,920 | $4,559 | $4,819 | $4,122 | -$621 | $7,911 | $6,420 | $11,163 |
| Accounting Changes and Extra Items | $0 | $298 | -$522 | -$424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Income | $267 | $2,020 | $4,744 | $7,626 | $9,642 | $9,638 | $6,898 | -$1,234 | $13,165 | $11,185 | $19,096 |
| **Profitability Ratios** | | | | | | | | | | | |
| ROAA before Taxes and Amortization | 0.47% | 0.87% | 1.58% | 1.71% | 1.37% | 1.24% | 0.95% | -0.02% | 1.37% | 1.03% | 1.48% |
| Average Assets | $709,962 | $648,995 | $624,943 | $836,217 | $1,197,605 | $1,451,172 | $1,507,226 | $1,505,279 | $1,702,782 | $2,090,311 | $2,422,799 |

Note :

All data are annual except for December 1996 which are for the 6 months ended on that date and September 2006 which are for the nine months ended on that date. All data are consolidated, except for data prior to 1996.

# *Exhibit 4*
# *Sterling Savings Association*
## Consolidated Key Financial Data
## 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars in Thousands)

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) | |
|---|---|---|---|---|---|---|---|---|
| Loans (Mortgage and Non-Mortgage) | $1,983,490 | $2,133,730 | $2,424,761 | $2,930,737 | $4,280,938 | $4,893,431 | $6,114,374 | [1] |
| Mortgage Backed-Securities (pool) | $210,653 | $617,796 | $582,011 | $919,540 | $2,045,348 | $1,960,583 | $1,746,734 | [2] |
| Goodwill & Other Intangibles | $49,998 | $44,621 | $43,977 | $47,955 | $132,246 | $136,838 | $137,090 | [3] |
| Other Assets | $407,630 | $242,391 | $453,129 | $376,158 | $479,517 | $565,746 | $626,338 | |
| Total Assets | $2,651,771 | $3,038,538 | $3,503,878 | $4,274,390 | $6,938,049 | $7,556,598 | $8,624,536 | |
| | | | | | | | | |
| Deposits | $1,743,296 | $1,869,906 | $2,029,070 | $2,470,941 | $3,866,129 | $4,831,232 | $5,689,311 | |
| Borrowings | $645,320 | $859,825 | $1,142,255 | $1,421,972 | $2,440,342 | $2,075,210 | $2,083,621 | [4] |
| Total Liabilities | $2,420,148 | $2,757,492 | $3,194,553 | $3,927,400 | $6,371,629 | $6,958,203 | $7,866,333 | |
| Equity Capital | $231,620 | $281,046 | $309,328 | $346,989 | $566,420 | $598,394 | $758,202 | |
| | | | | | | | | |
| **Capital Ratios** | | | | | | | | |
| Equity/Average Assets | 8.93% | 9.88% | 9.46% | 8.92% | 10.10% | 8.26% | 9.37% | |
| | | | | | | | | |
| **Income Statement** | | | | | | | | |
| Income Before Taxes & Amortization | $37,942 | $40,679 | $48,766 | $64,932 | $98,397 | $104,150 | $91,389 | |
| Goodwill Amortization and Write-offs | $5,490 | $5,377 | $644 | $263 | $2,224 | $2,222 | $1,685 | [5] |
| Provision for Taxes | $12,008 | $12,368 | $16,260 | $23,085 | $32,927 | $33,587 | $29,388 | |
| Accounting Changes and Extra Items | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Net Income | $20,444 | $22,934 | $31,862 | $41,584 | $63,246 | $68,341 | $60,316 | |
| | | | | | | | | |
| **Profitability Ratios** | | | | | | | | |
| ROAA before Taxes and Amortization | 1.46% | 1.43% | 1.49% | 1.67% | 1.76% | 1.44% | 1.13% | |
| Average Assets | $2,593,762 | $2,845,155 | $3,271,208 | $3,889,134 | $5,606,220 | $7,247,324 | $8,090,567 | |

Note:

All data are annual except for December 1996 which are for the 6 months ended on that date and September 2006 which are for the nine months ended on that date. All data are consolidated, except for data prior to 1996. Data for 2005-2006 are from FDIC Call Reports.

[1] For 2005-2006, reported figure is calculated as the sum of "Loans and Leases, Held for Sale" (RCON5369) and "Loans and leases, net of unearned income" (RCONB528) less "Allowance for loan and lease losses" (RCON3123).

[2] For 2005-2006, reported figure is the sum of mortgage backed securities in Schedule RC B, Item 4. (Calculated as RCON1698 + RCON1702 + RCON1703 + RCON1707 + RCON1709 + RCON1713 + RCON1714 + RCON1717 + RCON1718 + RCON1732 + RCON1733 + RCON1736)

[3] For 2005-2006, reported figure is the sum of "Goodwill" (RCON3163) and "Other intangible assets" (RCON0426) from Item 10 of Schedule RC.

[4] For 2005-2006, reported figure is the sum of Items 14 and 16 in Schedule RC. (RCONB993 + RCONB995 + RCON3190)

[5] For 2005-2006, reported figure is the sum of "Goodwill impairment losses" (RIADC216) and "Amortization expense and impairment losses for other intangible assets" (RIADC232) from Item 7 of Schedule RI.

# *Exhibit 5*
## *Sterling Savings Association*
### Asset Composition
### 1990 to 1999

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | As of Fiscal Year End 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Loans | $421,388 | $368,888 | $421,974 | $543,664 | $728,819 | $883,919 | $646,965 | $659,102 | $725,041 | $993,851 | $1,238,641 |
| Loans On: | | | | | | | | | | | |
| 1-4 Dwelling Units: | $257,879 | $229,946 | $304,909 | $423,788 | $616,841 | $728,173 | $454,901 | $445,000 | $412,529 | $561,449 | $602,282 |
| Construction Loans | $15,686 | $6,865 | $5,058 | $14,015 | $37,054 | $99,414 | $119,318 | $130,850 | $82,742 | $107,621 | $112,935 |
| First Mtg, Closed-End Jr Liens | $242,193 | $223,081 | $299,851 | $409,773 | $579,787 | $628,759 | $335,583 | $314,150 | $329,787 | $453,828 | $489,347 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 or More Dwelling Units: | $57,298 | $43,929 | $41,975 | $56,401 | $65,152 | $80,038 | $95,415 | $134,405 | $128,207 | $188,276 | $236,302 |
| Construction Loans | $17,865 | $5,650 | $4,298 | $2,077 | $10,286 | $29,141 | $40,607 | $80,123 | $65,333 | $68,301 | $74,047 |
| Permanent Mortgages | $39,433 | $38,279 | $37,677 | $54,324 | $54,866 | $50,897 | $54,808 | $54,282 | $62,874 | $119,975 | $162,255 |
| Nonresidential Property: | $113,416 | $99,135 | $82,027 | $75,226 | $70,228 | $107,377 | $135,388 | $157,174 | $145,296 | $207,146 | $337,497 |
| Construction Loans | $15,497 | $6,579 | $3,961 | $375 | $397 | $10,753 | $27,413 | $42,159 | $23,344 | $22,196 | $29,785 |
| Permanent Mortgages | $97,919 | $92,556 | $78,066 | $74,851 | $69,831 | $96,624 | $107,975 | $115,015 | $121,952 | $184,950 | $307,712 |
| Land | $3,654 | $1,704 | $1,185 | $1,057 | $553 | $17,920 | $22,106 | $21,577 | $42,911 | $38,730 | $64,694 |
| Accrued Interest Receivable | $3,552 | $2,759 | $2,622 | $2,834 | $3,515 | $4,963 | $3,919 | $4,702 | $4,833 | $5,295 | $6,784 |
| Construction, land development, and other land loans | | | | | | | | | | | |
| Advances for Taxes and Insurance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $366 | $177 | $87 | $106 |
| Less: Contra-Assets to Mtg Loans: | $14,411 | $8,585 | $10,744 | $15,642 | $27,470 | $54,552 | $64,764 | $104,122 | $8,912 | $7,132 | $9,024 |
| Loans in Process | $6,025 | $2,279 | $3,219 | $8,587 | $21,739 | $47,961 | $56,618 | $94,228 | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $2,404 | $2,260 | $2,818 | $2,340 | -$8 | -$628 | $495 | $1,629 | N/A | N/A | N/A |
| Valuation Allowances | $5,982 | $4,046 | $4,707 | $4,715 | $5,739 | $7,219 | $7,651 | $8,265 | N/A | N/A | N/A |

# Exhibit 5
# Sterling Savings Association
## Asset Composition
## 1990 to 1999

Source: Thrift Financial Reports
(Dollars in Thousands)

| Balance Sheet | 1990 (June) | 1991 (June) | 1992 (June) | 1993 (June) | 1994 (June) | 1995 (June) | 1996 (June) | 1996 (Dec) | 1997 (Dec) | 1998 (Dec) | 1999 (Dec) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of Fiscal Year End | | | | | | | | | | |
| Nonmortgage Loans | $42,633 | $39,103 | $43,946 | $73,085 | $123,247 | $208,905 | $257,047 | $290,749 | $359,032 | $503,790 | $566,905 |
| Commercial Loans: | $22,967 | $17,632 | $16,237 | $28,507 | $52,909 | $106,266 | $169,829 | $199,989 | $241,952 | $317,215 | $351,106 |
| Secured, Other than Mortgage | $22,967 | $17,632 | $15,608 | $26,415 | $51,056 | $103,386 | $160,757 | $194,461 | $233,535 | $303,216 | $327,489 |
| Unsecured | $0 | $0 | $629 | $2,092 | $1,853 | $2,880 | $9,072 | $5,528 | $8,417 | $13,999 | $23,617 |
| Financing Leases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Consumer Loans: | $19,723 | $21,138 | $27,323 | $43,903 | $69,188 | $99,936 | $83,520 | $86,563 | $114,169 | $189,262 | $216,463 |
| Closed-End Consumer Loans: | $0 | $0 | $0 | $0 | $0 | $0 | $69,480 | $71,715 | $94,426 | $158,815 | $180,007 |
| Loans on Deposits | $2,619 | $2,323 | $2,660 | $2,709 | $2,709 | $4,467 | $4,386 | $4,343 | $4,924 | $5,258 | $5,135 |
| Home Improvement Loans | $24 | $31 | $46 | $137 | $173 | $44,929 | $22,351 | $22,900 | $23,431 | $25,489 | $27,626 |
| Education Loans | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $157 | $0 |
| Auto Loans | $1,525 | $1,616 | $1,966 | $3,671 | $6,027 | $7,756 | $7,897 | $7,692 | $25,929 | $76,761 | $99,927 |
| Mobile Home Loans | $264 | $404 | $888 | $1,448 | $1,189 | $861 | $689 | $673 | $409 | $1,502 | $1,241 |
| Other Consumer Loans & Leases | $11,593 | $12,782 | $17,187 | $28,545 | $50,538 | $30,500 | $34,157 | $36,107 | $39,733 | $49,648 | $46,078 |
| Open-End Consumer Loans: | | | | | | | $14,040 | $14,848 | $19,743 | $30,447 | $36,456 |
| Loans Secured by 1-4 Family | $3,698 | $3,982 | $4,576 | $6,078 | $7,139 | $9,215 | $10,689 | $11,933 | $17,018 | $26,671 | $32,029 |
| Unsecured, Credit Card & Other | $0 | $0 | $0 | $1,315 | $1,413 | $2,208 | $3,351 | $2,915 | $2,725 | $3,776 | $4,427 |
| Accrued Interest Receivable | $444 | $293 | $332 | $418 | $717 | $1,431 | $1,859 | $2,220 | $2,911 | $4,689 | $5,641 |
| Less: Contra-Assets to Nonmtg Lns: | $501 | $40 | $54 | $257 | $433 | $1,272 | -$1,839 | -$1,977 | N/A | N/A | N/A |
| Allowance for Loan & Lease Losses | | | | | | | | | $0 | $7,376 | $6,305 |
| Loans in Process | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | N/A | N/A | N/A |
| Unamortized Yield Adjustments | $39 | $81 | $92 | $261 | $435 | $1,272 | -$1,885 | -$1,997 | N/A | N/A | N/A |
| Valuation Allowances | $462 | -$41 | -$38 | -$4 | -$2 | $0 | $46 | $20 | N/A | N/A | N/A |
| Total Assets | $688,990 | $608,999 | $640,887 | $1,031,546 | $1,363,663 | $1,538,681 | $1,475,770 | $1,534,787 | $1,870,776 | $2,309,845 | $2,535,753 |

Note: All data are consolidated, except for data prior to 1996.

# *Exhibit 5*
# *Sterling Savings Association*
## Asset Composition
## 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars in Thousands)

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) |
|---|---|---|---|---|---|---|---|
| Mortgage Loans | $1,395,779 | $1,414,903 | $1,564,729 | $1,764,417 | $2,801,588 | $3,828,670 | $4,882,466 [1] |
| Loans On: | | | | | | | |
| 1-4 Dwelling Units: | $629,604 | $595,980 | $694,415 | $816,295 | $1,487,551 | $1,244,016 | $1,202,662 |
| Construction Loans | $127,617 | $176,196 | $233,075 | $238,343 | $229,960 | N/A | N/A |
| First Mtg, Closed-End Jr Liens | $501,987 | $419,784 | $461,340 | $552,240 | $1,149,857 | $1,070,105 | $1,090,525 |
| Revolving, Open-End Loans | $0 | $0 | $0 | $25,712 | $107,734 | $173,911 | $112,137 |
| 5 or More Dwelling Units: | $282,135 | $275,964 | $359,184 | $367,489 | $443,254 | $459,412 | $381,084 |
| Construction Loans | $81,673 | $99,232 | $111,852 | $131,942 | $125,298 | N/A | N/A |
| Permanent Mortgages | $200,462 | $176,732 | $247,332 | $235,547 | $317,956 | $459,412 | $381,084 |
| Nonresidential Property: | $420,953 | $509,029 | $469,336 | $550,566 | $743,931 | $1,079,552 | $1,209,994 |
| Construction Loans | $80,559 | $86,421 | $91,437 | $147,313 | $168,855 | N/A | N/A |
| Permanent Mortgages | $340,394 | $422,608 | $377,899 | $403,253 | $575,076 | $1,079,552 | $1,209,994 |
| Land | $60,302 | $30,958 | $44,071 | $33,920 | $129,692 | N/A | N/A |
| Accrued Interest Receivable | $7,811 | $8,153 | $6,330 | $7,039 | $11,983 | N/A | N/A |
| Construction, land development, and other land loans | | | | | | $1,002,582 | $1,990,881 |
| Advances for Taxes and Insurance | $86 | $141 | $81 | $109 | $192 | N/A | N/A |
| Less: Contra-Assets to Mtg Loans: | $5,112 | $5,322 | $8,688 | $11,001 | $15,015 | N/A | N/A |
| Loans in Process | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Unamortized Yield Adjustments | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Valuation Allowances | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

# *Exhibit 5*
# *Sterling Savings Association*
## Asset Composition
## 2000 to 2006

Source: Thrift Financial Reports; Call Reports
(Dollars in Thousands)

| Balance Sheet | 2000 (Dec) | 2001 (Dec) | 2002 (Dec) | 2003 (Dec) | 2004 (Dec) | 2005 (Dec) | 2006 (Sep) | |
|---|---|---|---|---|---|---|---|---|
| Nonmortgage Loans | $587,711 | $718,827 | $860,032 | $1,166,320 | $1,479,350 | $1,126,531 | $1,306,004 | [2] |
| Commercial Loans: | $435,667 | $519,856 | $654,536 | $941,664 | $1,301,025 | $877,614 | $993,280 | [3] |
| Secured, Other than Mortgage | $411,879 | $491,323 | $618,974 | $887,209 | $1,225,273 | N/A | N/A | |
| Unsecured | $23,788 | $23,254 | $32,788 | $54,455 | $75,752 | N/A | N/A | |
| Financing Leases | $0 | $5,279 | $2,774 | $0 | $0 | N/A | N/A | |
| Consumer Loans: | $156,348 | $209,240 | $218,421 | $241,457 | $202,842 | $248,917 | $312,724 | [4] |
| Closed-End Consumer Loans: | $111,848 | $158,235 | $141,934 | $173,628 | $202,842 | N/A | N/A | |
| Loans on Deposits | $5,317 | $5,106 | $4,805 | $5,862 | $6,425 | N/A | N/A | |
| Home Improvement Loans | $32,882 | $49,504 | $36,039 | $30,745 | $0 | N/A | N/A | |
| Education Loans | $0 | $0 | $0 | $0 | $0 | N/A | N/A | |
| Auto Loans | $19,075 | $68,095 | $69,565 | $111,361 | $136,941 | N/A | N/A | |
| Mobile Home Loans | $1,366 | $1,137 | $956 | $1,060 | $980 | N/A | N/A | |
| Other Consumer Loans & Leases | $53,208 | $34,393 | $30,569 | $24,600 | $58,496 | N/A | N/A | |
| Open-End Consumer Loans: | $44,500 | $51,005 | $76,487 | $67,829 | N/A | N/A | N/A | |
| Loans Secured by 1-4 Family | $33,124 | $35,346 | $57,347 | $45,833 | N/A | N/A | N/A | |
| Unsecured, Credit Card & Other | $11,376 | $15,659 | $19,140 | $21,996 | N/A | N/A | N/A | |
| Accrued Interest Receivable | $6,521 | $3,164 | $4,186 | $4,905 | $6,302 | N/A | N/A | |
| Less: Contra-Assets to Nonmtg Lns: | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Allowance for Loan & Lease Losses | $10,825 | $13,433 | $17,111 | $21,706 | $30,819 | N/A | N/A | |
| Loans in Process | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Unamortized Yield Adjustments | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Valuation Allowances | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| Total Assets | $2,651,771 | $3,038,538 | $3,503,878 | $4,274,390 | $6,938,049 | $7,556,598 | $8,624,536 | |

Note:
All data are consolidated, except for data prior to 1996. Data for 2005-2006 are from FDIC Call Reports.
[1] For 2005 and 2006, reported figure is equal to Item 1 from Schedule RC C. Figures do not reflect valuation allowances.
(Calculated as RCON1415 + RCON1420 + RCON1797 + RCON5367 + RCON5368 + RCON1460 + RCON1480)
[2] For 2005 and 2006, reported figure is equal to the sum of Commercial and Consumer Loans. Figures do not reflect valuation allowances.
[3] For 2005 and 2006, reported figure is equal to the sum of Items 2, 3, and 4 from Schedule RC C. (Calculated as RCON1288 + RCON1590 + RCON1766)
[4] For 2005 and 2006, reported figure is equal to Item 6 from Schedule RC C. (Calculated as RCONB538 + RCONB539 + RCON2011)

# *Exhibit 6*

## Calculation of Lost Earnings on Foregone Assets Through 2006
## Amortize Capital Credits from Lewis Federal and Tri-Cities, and
## Treat Central Evergreen Intangibles Subject to Limitations of FIRREA
## Index of Tables


*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*

*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*

*Table 3b: Calculation of Returns Applicable to Foregone Assets*

*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*

*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*

*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*

*Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89*

*Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89*

*Table 5: But-For Bank*

*Table 6a: Addendum For Lewis Federal and Tri-Cities Supervisory Intangibles*

*Table 6b: Addendum For Central Evergreen Supervisory Intangibles*

*Table 7: Addendum For Non-Supervisory Goodwill*

*Table 8: 2001 – 2006 Capital Downstreamed*

# *Exhibit 6*

## *Sterling Savings Association*

### Calculation of Lost Earnings on Foregone Assets

### *Table 1: Summary of Lost Earnings Calculation*

($ in Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | *Incremental Bank* | | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 6/30/89 | $730,933 | $730,933 | $0 | | |
| 12/31/89 | 708,213 | 719,644 | 11,431 | 0.33% | 0 |
| 6/30/90 | 688,990 | 737,187 | 48,197 | 0.25% | 28 |
| 6/30/91 | 608,999 | 725,600 | 116,601 | 0.94% | 454 |
| 6/30/92 | 640,887 | 788,840 | 147,953 | 1.78% | 2,071 |
| 6/30/93 | 1,032,538 | 1,270,906 | 238,368 | 1.78% | 2,640 |
| 6/30/94 | 1,367,978 | 1,681,060 | 313,082 | 1.39% | 3,314 |
| 6/30/95 | 1,542,367 | 1,894,583 | 352,216 | 1.29% | 4,048 |
| 6/30/96 | 1,481,893 | 1,820,299 | 338,406 | 1.06% | 3,725 |
| 12/31/96 | 1,534,787 | 1,885,272 | 350,485 | -0.03% | (85) |
| 12/31/97 | 1,870,776 | 2,297,987 | 427,211 | 1.36% | 4,772 |
| 12/31/98 | 2,309,845 | 2,610,221 | 300,376 | 1.03% | 4,392 |
| 12/31/99 | 2,535,753 | 2,865,507 | 329,754 | 1.48% | 4,454 |
| 12/31/00 | 2,651,771 | 2,996,612 | 344,841 | 1.46% | 4,827 |
| 12/31/01 | 3,038,538 | 3,427,925 | 389,387 | 1.43% | 4,933 |
| 12/31/02 | 3,503,878 | 3,761,920 | 258,042 | 1.49% | 5,808 |
| 12/31/03 | 4,274,390 | 4,439,914 | 165,524 | 1.67% | 4,310 |
| 12/31/04 | 6,938,049 | 7,146,741 | 208,692 | 1.76% | 2,906 |
| 12/31/05 | 7,556,598 | 7,783,896 | 227,298 | 1.44% | 3,000 |
| 9/30/06 | 8,624,536 | 8,873,167 | 248,631 | 1.13% | 2,568 |
| | | | | | **$58,164** |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 2a, column A.

B From Table 5, column C.

D From Table 3a, column G. For periods ending 6/30/90, 12/31/96, and 9/30/06 ROAA reflects the return for the six or nine month period presented (and is not presented on a per annum basis).

E Pre-tax, pre-amortization net income from incremental assets.

# Exhibit 6

## Sterling Savings Association

### Table 2a: Actual Bank and Intervest Financial Data

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Core Capital | Core Capital Ratio | Capital Raised/ Downstreamed | Total Goodwill | Qualifying SGW | Other Qualifying Intangibles |
| 6/30/89 | 730,933 | | | | | | | | | | | |
| 12/31/89 | 708,213 | 627 | 324 | 1,620 | 2,571 | 112 | (2,273) | -0.32% | 0 | 20,983 | 10,308 | 0 |
| 6/30/90 | 688,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 | 10,036 | 0 |
| 6/30/91 | 608,999 | 2,020 | 590 | 2,770 | 5,380 | 394 | 7,920 | 1.30% | 0 | 14,573 | 8,903 | 1,584 |
| 6/30/92 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 23,052 | 10,649 | 6,288 | 3,327 |
| 6/30/93 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 | 7,673 | 2,575 |
| 6/30/94 | 1,367,978 | 10,084 | 4,789 | 2,262 | 17,135 | 1,386 | 72,764 | 5.32% | 20,000 | 17,915 | 5,044 | 1,916 |
| 6/30/95 | 1,542,367 | 10,440 | 5,236 | 3,487 | 19,163 | 4,078 | 87,919 | 5.70% | 10,200 | 14,945 | 0 | 1,220 |
| 6/30/96 | 1,481,893 | 8,163 | 4,779 | 3,332 | 16,274 | 4,632 | 93,097 | 6.28% | 0 | 11,868 | | 440 |
| 12/31/96 | 1,534,787 | (1,234) | (621) | 1,586 | (269) | 2,487 | 101,602 | 6.62% | 13,100 | 10,147 | | 0 |
| 12/31/97 | 1,870,776 | 13,165 | 7,911 | 2,265 | 23,341 | 6,077 | 141,025 | 7.54% | 30,000 | 7,882 | | 0 |
| 12/31/98 | 2,309,845 | 11,185 | 6,420 | 3,980 | 21,585 | 8,088 | 143,669 | 6.22% | 52,743 | 61,180 | | 0 |
| 12/31/99 | 2,535,753 | 19,096 | 11,163 | 5,692 | 35,951 | 9,579 | 168,889 | 6.66% | 10,000 | 55,488 | | 0 |
| 12/31/00 | 2,651,771 | 20,444 | 12,008 | 5,490 | 37,942 | 10,004 | 184,828 | 6.97% | 0 | 49,998 | | 0 |
| 12/31/01 | 3,038,538 | 22,934 | 12,368 | 5,377 | 40,679 | 10,513 | 240,669 | 7.92% | 38,044 | 44,621 | | 0 |
| 12/31/02 | 3,503,878 | 31,862 | 16,260 | 644 | 48,766 | 11,616 | 261,585 | 7.47% | 0 | 43,977 | | 0 |
| 12/31/03 | 4,274,390 | 41,584 | 23,085 | 263 | 64,932 | 11,616 | 315,386 | 7.38% | 26,322 | 47,955 | | 0 |
| 12/31/04 | 6,938,049 | 63,246 | 32,927 | 2,224 | 98,397 | 11,616 | 450,918 | 6.50% | 162,076 | 132,246 | | 0 |
| 12/31/05 | 7,556,598 | 68,341 | 33,587 | 2,222 | 104,150 | 11,619 | 507,711 | 6.72% | 0 | 136,838 | | 0 |
| 9/30/06 | 8,624,536 | 60,316 | 29,388 | 1,685 | 91,389 | 16,666 | 669,065 | 7.76% | 117,188 | 137,090 | | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A - D & F & J: Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b). Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data is merger adjusted. Data for the bank for 2005 and later are from FDIC Call Reports, which are reported on a year-to-date basis.
Column D: Data from Call Reports include goodwill impairment losses and amortization expense and impairment losses for other intangible assets.
Column J: Data from Call Reports include goodwill and other intangible assets.

G: Actual data from Thrift Financial Reports (Sheshunoff) and Call Reports, except for figure for 12/31/89, which is from the Sterling Savings Association Capital Restoration Plan dated 2/19/90. Data for the bank for 1998 are from hard-copy TFRs as Sheshunoff data are merger adjusted. Data for the bank for 12/31/05 and 9/30/06 are Tier 1 Capital from Call Reports.

I: Based on data from Sterling Savings, except for data prior to 6/30/93 which are from annual reports and offering circulars, and data after 12/31/99 which are from Table 8, column D. Figure for capital raised in 6/30/92 is the net proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

K - L: Actual data from Thrift Financial Reports (Sheshunoff).

# Exhibit 6

# Sterling Savings Association

## Table 2b: Data for Intervest Mortgage Investment Company

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G |
|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Equity |
| 6/30/89 | | | | | | | |
| 12/31/89 | | | | | | | |
| 6/30/90 | | | | | | | |
| 6/30/91 | | | | | | | |
| 6/30/92 | | | | | | | |
| 6/30/93 | 992 | 11 | 0 | - | 11 | - | 981 |
| 6/30/94 | 4,315 | 442 | 230 | - | 672 | - | 2,868 |
| 6/30/95 | 3,686 | 802 | 417 | - | 1,219 | - | 1,670 |
| 6/30/96 | 6,123 | 1,265 | 657 | - | 1,922 | - | 2,035 |
| 12/31/96 | | | | | | | |
| 12/31/97 | | | | | | | |
| 12/31/98 | | | | | | | |
| 12/31/99 | | | | | | | |
| 12/31/00 | | | | | | | |
| 12/31/01 | | | | | | | |
| 12/31/02 | | | | | | | |
| 12/31/03 | | | | | | | |
| 12/31/04 | | | | | | | |
| 12/31/05 | | | | | | | |
| 9/30/06 | | | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 9/30/06 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. All data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

F Dividends were not listed in the consolidating financial statements.

# Exhibit 6

## Sterling Savings Association

### Table 3a: Estimates for the But-For and Incremental Banks

($ in Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Estimated Capital Ratio | Adjustments to But-For: Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Maximum Internal Asset Growth Rate | Estimated External Growth (Acquired Assets) | Adjusted ROAA |
| 6/30/89 | | | | | | | | | |
| 12/31/89 | 4.00% | 0 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1989 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase(-$0.115m). Income: Adjustment for wounded bank damages. | 37% | See footnote [D]. | 2.91% | 0 | 0.33% |
| 6/30/90 | 4.00% | 1,116 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 6/30/91 | 4.00% | 1,091 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.94% |
| 6/30/92 | 5.50% | 1,057 | 23,052 | Capital, Assets: Net proceeds for common stock issuance ($21 million) plus contribution to regulatory capital from conversion of preferred ($2.1 million). Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.78% |
| 6/30/93 | 5.75% | 591 | 12,900 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.78% |
| 6/30/94 | 5.75% | 0 | 10,092 | Capital, Assets: Downstreamed capital from Sterling Financial ($20 million) plus adjustment due to Great American branch purchase ($1.9 million) less acquisition premium paid by Sterling for branches in Oregon ($3 million) and acquisition premium paid by Sterling for branches in Washington State ($8.8 million). Income: Adjustment for wounded bank damages. Source for acquisition premiums: 1994 AR, p. 35 | 37% | | 31.34% | 11,800 | 1.39% |
| 6/30/95 | 6.00% | 0 | 10,200 | Capital, Assets: Downstreamed capital from Sterling Financial. Income: Adjustment for wounded bank damages. | 37% | | 12.50% | 3,400 | 1.29% |
| 6/30/96 | 6.30% | 0 | 0 | Income: Adjustment for wounded bank damages. | 37% | | -3.92% | 0 | 1.06% |
| 12/31/96 | 6.75% | 0 | 13,100 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 3.57% | 0 | -0.03% |
| 12/31/97 | 6.75% | 0 | 30,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 21.89% | 0 | 1.36% |
| 12/31/98 | 6.75% | 0 | -4,619 | Capital, Assets: Downstreamed capital from Sterling Financial ($52.7 million) less intangibles generated in the Key Bank acquisition ($57.4 million). Source for intangibles: 1998 AR, p. F-9 | 37% | | 9.45% | 262,236 | 1.03% |
| 12/31/99 | 6.75% | 0 | 10,000 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 9.78% | 0 | 1.48% |
| 12/31/00 | 7.00% | 0 | 0 | | 37% | | 4.58% | 0 | 1.46% |
| 12/31/01 | 8.00% | 0 | 38,044 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 12.92% | 44,211 | 1.43% |
| 12/31/02 | 8.00% | 0 | 0 | | 37% | | 15.31% | 0 | 1.49% |
| 12/31/03 | 8.00% | 0 | 22,081 | Capital, Assets: Downstreamed capital from Sterling Financial ($26.3 million) less goodwill and a deposit intangible generated in the Empire Federal Bancorp acquisition ($4.2 million). Source for intangibles: Sterling Savings 12/31/03 10-K, pp. F-45-46. | 37% | | 15.43% | 229,982 | 1.67% |
| 12/31/04 | 6.75% | 0 | 75,576 | Capital, Assets: Downstreamed capital from Sterling Financial ($162.1 million) less goodwill and core deposit intangibles from KFBI acquisition ($65.7 million + $19.2 million) and goodwill from acquisition of PWWA ($1.6 million). Source for intangibles: 12/31/04 10-K, pp. F-44-45. | 37% | | 26.08% | 1,548,905 | 1.76% |
| 12/31/05 | 7.00% | 0 | 0 | | 37% | | 8.92% | 0 | 1.44% |
| 9/30/06 | 8.00% | 0 | 117,188 | Capital, Assets: Downstreamed capital from Sterling Financial. | 37% | | 12.31% | 138,000 | 1.13% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 assumed to equal 4% based on projected RAP leverage ratios in Sterling's 8/15/88 Business Plan. From 6/30/92 on, estimated to start at 5.50%, increasing over time consistent with the increase in the actual bank's core capital ratio.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3c, column F. Adjustments to but-for capital & assets based on data from Sterling Savings, except for data prior to 6/30/93 which is from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G), and data after 12/31/99 which are from Table 8, column D.

C Estimated to be 37% of incremental earnings based on guidance provided by Dan Byrne, CFO, of Sterling Savings Association.

D Estimated to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is estimated that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

E From Table 3e, column F.

F From Table 3e, column B.

G From Table 3b, column F.

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 3b: Calculation of Returns Applicable to Foregone Assets*

($ in Thousands)

| | A | B | C | D | E = B - C - D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| Period Ended | Actual Assets | Pre-Tax, Pre-Amortization Income | Actual Accretion Income | Adjustments to Earnings due to Non-recurring or Breach-induced Gains/(Losses) | Adjusted Pre-Tax, Pre-Amort. Earnings | Adjusted ROAA |
| 6/30/89 | 730,933 | | | | | |
| 12/31/89 | 708,213 | 2,571 | 178 | 0 | 2,393 | 0.33% |
| 6/30/90 | 688,990 | 786 | 178 | (1,116) | 1,724 | 0.25% |
| 6/30/91 | 608,999 | 5,380 | 354 | (1,091) | 6,117 | 0.94% |
| 6/30/92 | 640,887 | 10,395 | 351 | (1,057) | 11,101 | 1.78% |
| 6/30/93 | 1,032,538 | 14,775 | 437 | (591) | 14,930 | 1.78% |
| 6/30/94 | 1,367,978 | 17,135 | 447 | 0 | 16,688 | 1.39% |
| 6/30/95 | 1,542,367 | 19,163 | 350 | 0 | 18,813 | 1.29% |
| 6/30/96 | 1,481,893 | 16,274 | 282 | 0 | 15,992 | 1.06% |
| 12/31/96 | 1,534,787 | (269) | 111 | 0 | (380) | -0.03% |
| 12/31/97 | 1,870,776 | 23,341 | 159 | 0 | 23,182 | 1.36% |
| 12/31/98 | 2,309,845 | 21,585 | 95 | 0 | 21,490 | 1.03% |
| 12/31/99 | 2,535,753 | 35,951 | 25 | 0 | 35,926 | 1.48% |
| 12/31/00 | 2,651,771 | 37,942 | (24) | 0 | 37,966 | 1.46% |
| 12/31/01 | 3,038,538 | 40,679 | (24) | 0 | 40,703 | 1.43% |
| 12/31/02 | 3,503,878 | 48,766 | (24) | 0 | 48,790 | 1.49% |
| 12/31/03 | 4,274,390 | 64,932 | (24) | 0 | 64,956 | 1.67% |
| 12/31/04 | 6,938,049 | 98,397 | (24) | 0 | 98,421 | 1.76% |
| 12/31/05 | 7,556,598 | 104,150 | (24) | 0 | 104,174 | 1.44% |
| 9/30/06 | 8,624,536 | 91,389 | (18) | 0 | 91,407 | 1.13% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Actual data from Thrift Financial Reports (Sheshunoff) and hard-copy TFR's for Sterling Savings and from consolidating financials from 6/30/93-6/30/96 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion Income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. For 2001 – 2006, the accretion income in each year is assumed to be equal to the accretion income in 2000. Accretion income for 9/30/06 is pro-rated.
Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

# Exhibit 6

## Sterling Savings Association

### Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - ( C / B )) | E | F = D + E | G |
| Period Ended | Extraordinary Items Net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 6/30/89 | | | | | | | |
| 12/31/89 | $0 | $951 | $324 | $0 | $0 | $0 | ($115) |
| 6/30/90 | 0 | (847) | (487) | 0 | (1,116) | (1,116) | |
| 6/30/91 | 298 | 2,312 | 590 | 400 | (1,491) | (1,091) | |
| 6/30/92 | (522) | 8,585 | 3,319 | (851) | (206) | (1,057) | |
| 6/30/93 | (424) | 12,970 | 4,920 | (683) | 92 | (591) | |
| 6/30/94 | 0 | 14,201 | 4,559 | 0 | 0 | 0 | $1,892 |
| 6/30/95 | 0 | 14,457 | 4,819 | 0 | 0 | 0 | |
| 6/30/96 | 0 | 11,020 | 4,122 | 0 | 0 | 0 | |
| 12/31/96 | 0 | (1,855) | (621) | 0 | 0 | 0 | |
| 12/31/97 | 0 | 21,076 | 7,911 | 0 | 0 | 0 | |
| 12/31/98 | 0 | 17,605 | 6,420 | 0 | 0 | 0 | |
| 12/31/99 | 0 | 30,259 | 11,163 | 0 | 0 | 0 | |
| 12/31/00 | 0 | 32,452 | 12,008 | 0 | 0 | 0 | |
| 12/31/01 | 0 | 35,302 | 12,368 | 0 | 0 | 0 | |
| 12/31/02 | 0 | 48,122 | 16,260 | 0 | 0 | 0 | |
| 12/31/03 | 0 | 64,669 | 23,085 | 0 | 0 | 0 | |
| 12/31/04 | 0 | 96,173 | 32,927 | 0 | 0 | 0 | |
| 12/31/05 | 0 | 101,928 | 33,587 | 0 | 0 | 0 | |
| 9/30/06 | 0 | 89,704 | 29,388 | 0 | 0 | 0 | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff), except for data for 1998 which are from hardcopy TFR's, and data for 2005 and later, which are from FDIC Call Reports, and are reported on a year-to-date basis.

D Extraordinary Items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.

E From Table 3d, column F.

G Source: Data from Sterling Savings Association.

# Exhibit 6

## Sterling Savings Association

### Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ-4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 6/30/89 | | | | | | |
| 12/31/89 | $0 | $0 | $0 | $0 | | $0 |
| 6/30/90 | (6) | (75) | (1,004) | (31) | | (1,116) |
| 6/30/91 | (1,189) | (66) | 0 | (236) | | (1,491) |
| 6/30/92 | (138) | (32) | 0 | (37) | | (206) |
| 6/30/93 | 92 | 0 | 0 | 0 | | 92 |
| 6/30/94 | 0 | 0 | 0 | 0 | | 0 |
| 6/30/95 | 0 | 0 | 0 | 0 | | 0 |
| 6/30/96 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/96 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/97 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/98 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/99 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/00 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/01 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/02 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/03 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/04 | 0 | 0 | 0 | 0 | | 0 |
| 12/31/05 | 0 | 0 | 0 | 0 | | 0 |
| 9/30/06 | 0 | 0 | 0 | 0 | | 0 |
| Total | $(1,241) | $(172) | $(1,004) | $(304) | $0 | $(2,721) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date. Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9). Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

# Exhibit 6

## Sterling Savings Association

### Table 3e: Summary of Internal versus External Growth in Total Assets

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 6/30/89 | 730,933 | 0 | | | | |
| 12/31/89 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 6/30/90 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 6/30/91 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 6/30/92 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 6/30/93 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |
| 6/30/94 | 1,367,978 | 11,800 | Acquisition of deposits of three branch facilities in Portland, Oregon (April 1994; $53m in deposits, $3m premium paid). Acquisition of deposits of five branch facilities in Washington State (May 1994; $135m in deposits, $8.8m premium paid). "Sterling used substantially all of the net funds corresponding to the acquired deposit liabilities to repay certain reverse repurchase borrowings and FBLB Seattle advances." Source: 6/31/94 AR, Note 4. | 32.49% | 31.34% | 31.34% |
| 6/30/95 | 1,542,367 | 3,400 | American Liberty acquisition (December 1994; acquired American's loan servicing portfolio of ~ $451.4m in residential loans, $3.4m in purchased mortgage servicing rights). Source: 6/31/95 AR, Note 3. | 12.75% | 12.50% | 12.50% |
| 6/30/96 | 1,481,893 | 0 | | -3.92% | -3.92% | -3.92% |
| 12/31/96 | 1,534,787 | 0 | | 3.57% | 3.57% | 3.57% |
| 12/31/97 | 1,870,776 | 0 | | 21.89% | 21.89% | 21.89% |
| 12/31/98 | 2,309,845 | 262,236 | Keybank (June 1998; $518m in assets acquired including cash, "[w]ith the net cash received from the branch acquisition, Sterling repaid approximately $322 million of certain reverse repurchase borrowings and Federal Home Loan Bank of Seattle advances") and Big Sky (November 1998; $66m in assets) acquisitions. Source: 12/31/98 10K. | 23.47% | 9.45% | 9.45% |
| 12/31/99 | 2,535,753 | 0 | | 9.78% | 9.78% | 9.78% |
| 12/31/00 | 2,651,771 | 0 | | 4.58% | 4.58% | 4.58% |
| 12/31/01 | 3,038,538 | 44,211 | Acquisition of Source Capital. Source: 12/31/01 10-K, p.F-50. | 14.59% | 12.92% | 12.92% |
| 12/31/02 | 3,503,878 | 0 | | 15.31% | 15.31% | 15.31% |
| 12/31/03 | 4,274,390 | 229,982 | Acquisition of Empire Federal Bancorp. Sum of $143.6 million in cash, $67.3 million of loans, $6.7 million in investments and asset backed securities, $4.2 million of goodwill and other intangibles, and $8.1 million in other assets. Source: Sterling Savings 12/31/03 10-K, pp. F-45-46. | 21.99% | 15.43% | 15.43% |
| 12/31/04 | 6,938,049 | 1,548,905 | Acquisition of KFBI, owner of Klamath First Federal Savings and Loan Association, and Peter W. Wong Associates, Inc. Sum of assets acquired in KFBI acquisition ($44.9 million in cash and cash equivalents, $778.2 million in investments and asset backed securities, $564.5 million in loans receivable, $65.7 million in goodwill, $19.2 million in core deposit intangibles, and $74.9 million in other assets) and goodwill generated from PWWA acquisition ($1.6 million in goodwill). Source: 12/31/04 10-K, pp. F-44-45. | 62.32% | 26.08% | 26.08% |
| 12/31/05 | 7,556,598 | 0 | | 8.92% | 8.92% | 8.92% |
| 9/30/06 | 8,624,536 | 138,000 | Sterling Financial Corporation acquired Lynnwood Financial, parent company of Golf Savings Bank on 7/5/06. Golf Savings Bank was maintained as a separate subsidiary of Sterling Financial Corporation. Golf Savings Bank transferred $322 million in construction loans to Sterling Savings, and Sterling Savings transferred $184 million in Federal Funds to Golf Savings Bank. Source: 9/30/06 10-Q, pp. 16-17; "Exhibit VII.2. -Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings. | 14.13% | 12.31% | 12.31% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06 which are for the nine months ended as of that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st. Data prior to 1996 are unconsolidated.

A From Table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. From 6/30/93 on, the growth rate on incremental assets is assumed to be the same as the internal growth of the actual bank as reflected in column E.

# Exhibit 6

## Sterling Savings Association

### *Table 4a:* Goodwill and Intangibles Data for the But-For Bank

($ in Thousands)

| | Lewis Federal and Tri-Cities Supervisory Intangibles | | | | | | Central Evergreen Supervisory Intangibles | | | | | | Non Supervisory Intangibles | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A = B + C | B | C | D | E | F | G = H + I | H | I | J | K | L | M | N | O = D + E + F + J + K + L + N |
| Period Ended | Total Intangibles | Capital Credit | Supervisory Goodwill | Amortization of Supervisory Goodwill and Capital Credit | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Unidentified and Identified Intangibles | Identified Intangibles | Supervisory Goodwill | Amortization of Identified and Unidentified Intangibles | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Balances | Total Amortization of Non-Supervisory Intangibles | Total Amortization, Adjustments and NOL's |
| 6/30/89 | $16,067 | $12,342 | $3,724 | $1,020 | $0 | $0 | $18,700 | $6,075 | $12,625 | $1,324 | $0 | $59 | $1,407 | $108 | $2,512 |
| 12/31/89 | 15,557 | 11,929 | 3,627 | 510 | 0 | 0 | 17,026 | 5,670 | 11,357 | 1,480 | 0 | 193 | 1,353 | 54 | 2,238 |
| 6/30/90 | 15,047 | 11,516 | 3,530 | 510 | 0 | 0 | 16,112 | 5,265 | 10,847 | 1,268 | (354) | 0 | 1,299 | 54 | 1,478 |
| 6/30/91 | 13,673 | 10,691 | 2,983 | 1,020 | 0 | 353 | 11,573 | 4,455 | 7,118 | 1,873 | 0 | 2,666 | 1,190 | 108 | 6,021 |
| 6/30/92 | 12,232 | 9,865 | 2,368 | 948 | 493 | 0 | 8,616 | 3,645 | 4,971 | 1,859 | 1,098 | 0 | 1,082 | 108 | 4,506 |
| 6/30/93 | 11,285 | 9,039 | 2,245 | 948 | 0 | 0 | 6,848 | 2,835 | 4,013 | 1,768 | 0 | 0 | 974 | 108 | 2,824 |
| 6/30/94 | 10,337 | 8,213 | 2,123 | 948 | 0 | 0 | 5,142 | 2,025 | 3,117 | 1,706 | 0 | 0 | 12,450 | 324 | 2,978 |
| 6/30/95 | 9,389 | 7,388 | 2,001 | 948 | 0 | 0 | 3,525 | 1,215 | 2,310 | 1,617 | 0 | 0 | 10,867 | 1,583 | 4,148 |
| 6/30/96 | 8,441 | 6,562 | 1,879 | 948 | 0 | 0 | 2,009 | 405 | 1,604 | 1,517 | 0 | 0 | 9,284 | 1,583 | 4,048 |
| 12/31/96 | 7,967 | 6,149 | 1,818 | 474 | 0 | 0 | 1,306 | 0 | 1,306 | 703 | 0 | 0 | 8,492 | 792 | 1,968 |
| 12/31/97 | 7,019 | 5,323 | 1,696 | 948 | 0 | 0 | 773 | 0 | 773 | 533 | 0 | 0 | 6,909 | 1,583 | 3,064 |
| 12/31/98 | 6,071 | 4,497 | 1,573 | 948 | 0 | 0 | 371 | 0 | 371 | 402 | 0 | 0 | 60,426 | 3,483 | 4,833 |
| 12/31/99 | 5,123 | 3,672 | 1,451 | 948 | 0 | 0 | 115 | 0 | 115 | 256 | 0 | 0 | 55,042 | 5,383 | 6,587 |
| 12/31/00 | 4,175 | 2,846 | 1,329 | 948 | 0 | 0 | 0 | 0 | 0 | 115 | 0 | 0 | 49,659 | 5,383 | 6,446 |
| 12/31/01 | 3,227 | 2,020 | 1,207 | 948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44,282 | 5,377 | 6,325 |
| 12/31/02 | 2,279 | 1,194 | 1,085 | 948 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,638 | 644 | 1,592 |
| 12/31/03 | 1,974 | 955 | 1,019 | 305 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,616 | 263 | 568 |
| 12/31/04 | 1,883 | 911 | 972 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 131,892 | 2,224 | 2,314 |
| 12/31/05 | 1,793 | 867 | 926 | 90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 129,670 | 2,222 | 2,312 |
| 9/30/06 | 1,856 | 966 | 891 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127,985 | 1,685 | 1,753 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Intangibles from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

B From Table 6a, column E. Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C From Table 6a, column J. Supervisory goodwill from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

D See note A above. Amortization of the supervisory goodwill is based on data from Sterling Savings Association. Amortization of the capital credit is from Table 6a, columns B and D. Amortization for 12/31/96 is for the six months ended 12/31/96. Amortization for 9/30/06 is for the nine months ended 9/30/06.

E, F, K & L Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

G Intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

H Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

I From Table 6b, column C. Based on data from Sterling Savings association.

J Calculated as Table 6b, column B + Table 6b, column D.

M & N Assumed balances and amortization of intangibles resulting from the Lewis & Clark merger (FY83). The goodwill amortization for this deal is modeled on an assumed straight-line basis through 2000. All data is based on information from Sterling Annual Reports. From Table 7, columns D and H.

# Exhibit 6

## Sterling Savings Association

### Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89

($ in Thousands)

| | A | B | C | D | E = C * D | F = min(A,E) | G |
|---|---|---|---|---|---|---|---|
| Period ended | Central Evergreen SGW | Actual Reported Qualifying SGW | But-For Bank Beginning Period Tangible Assets | Phaseout Schedule of SGW | But-For Constraint | But-For Qualifying SGW | Adjustment to But-For Core Capital |
| 6/30/89 | $12,625 | | | | | | |
| 12/31/89 | 11,357 | $10,308 | $694,760 | 1.500% | $10,421 | $10,421 | n/a |
| 6/30/90 | 10,847 | 10,036 | 685,708 | 1.500% | 10,286 | 10,286 | (136) |
| 6/30/91 | 7,118 | 8,903 | 704,730 | 1.500% | 10,571 | 7,118 | (3,167) |
| 6/30/92 | 4,971 | 6,288 | 699,163 | 1.000% | 6,992 | 4,971 | (2,147) |
| 6/30/93 | 4,013 | 7,673 | 766,910 | 0.750% | 5,752 | 4,013 | (958) |
| 6/30/94 | 3,117 | 5,044 | 1,251,799 | 0.375% | 4,694 | 3,117 | (896) |
| 6/30/95 | 2,310 | | 1,653,132 | 0.000% | 0 | 0 | (3,117) |
| 6/30/96 | 1,604 | | 1,870,802 | 0.000% | 0 | 0 | 0 |
| 12/31/96 | 1,306 | | 1,800,566 | 0.000% | 0 | 0 | 0 |
| 12/31/97 | 773 | | 1,867,507 | 0.000% | 0 | 0 | 0 |
| 12/31/98 | 371 | | 2,283,287 | 0.000% | 0 | 0 | 0 |
| 12/31/99 | 115 | | 2,543,354 | 0.000% | 0 | 0 | 0 |
| 12/31/00 | 0 | | 2,805,226 | 0.000% | 0 | 0 | 0 |
| 12/31/01 | 0 | | 2,942,777 | 0.000% | 0 | 0 | 0 |
| 12/31/02 | 0 | | 3,380,416 | 0.000% | 0 | 0 | 0 |
| 12/31/03 | 0 | | 3,716,002 | 0.000% | 0 | 0 | 0 |
| 12/31/04 | 0 | | 4,390,324 | 0.000% | 0 | 0 | 0 |
| 12/31/05 | 0 | | 7,012,966 | 0.000% | 0 | 0 | 0 |
| 9/30/06 | 0 | | 7,652,433 | 0.000% | 0 | 0 | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which is as of the nine months ended on that date.

Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column I.

B Actual data from Thrift Financial Reports (Sheshunoff).

C Calculated as the but-for bank's assets at the beginning of the period less total intangibles at the beginning of the period. (Calculated as Table 5, column C[t-1] - (Table 4a, column A[t-1] + Table 4a, column G[t-1] + Table 4a, column M[t-1])).

D Post-FIRREA, a portion of supervisory goodwill (based on a percentage of tangible assets) was allowed to count towards core capital. Qualifying percentages are from the Thrift Financial Report Instruction Manual 1991.

G Calculated as column F[t] - column F[t-1].

# Exhibit 6

## Sterling Savings Association

### Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89

($ in Thousands)

| | A | B | C | D | E | F = D * E | G = min(A,F) | H |
|---|---|---|---|---|---|---|---|---|
| Period ended | Identified Intangibles | Actual Reported Other Qualifying Intangibles | Actual Tangible Capital | But-For Bank Tangible Capital + But-For Qualifying SGW | Percentage of Tangible Capital + QSGW That Can Be Counted | But-For Constraint | But-For Other Qualifying Intangibles | Adjustment to But-For Core Capital |
| 6/30/89 | $6,075 | | | | | | | |
| 12/31/89 | 5,670 | $0 | ($9,949) | $23,170 | 25.000% | $5,793 | $5,670 | |
| 6/30/90 | 5,265 | 0 | (11,390) | 23,116 | 25.000% | 5,779 | 5,265 | (405) |
| 6/30/91 | 4,455 | 1,584 | (2,567) | 24,223 | 25.000% | 6,056 | 4,455 | (810) |
| 6/30/92 | 3,645 | 3,327 | 25,651 | 24,569 | 25.000% | 6,142 | 3,645 | (810) |
| 6/30/93 | 2,835 | 2,575 | 48,191 | 52,503 | 25.000% | 13,126 | 2,835 | (810) |
| 6/30/94 | 2,025 | 1,916 | 62,936 | 74,460 | 25.000% | 18,615 | 2,025 | (810) |
| 6/30/95 | 1,215 | 1,220 | 85,029 | 95,273 | 25.000% | 23,818 | 1,215 | (810) |
| 6/30/96 | 405 | 440 | 90,622 | 113,325 | 25.000% | 28,331 | 405 | (810) |
| 12/31/96 | 0 | 0 | 101,602 | 121,105 | 25.000% | 30,276 | 0 | (405) |
| 12/31/97 | 0 | 0 | 141,025 | 131,466 | 25.000% | 32,867 | 0 | 0 |
| 12/31/98 | 0 | 0 | n/a | | | | | |
| 12/31/99 | 0 | 0 | n/a | | | | | |
| 12/31/00 | 0 | 0 | n/a | | | | | |
| 12/31/01 | 0 | 0 | n/a | | | | | |
| 12/31/02 | 0 | 0 | n/a | | | | | |
| 12/31/03 | 0 | 0 | n/a | | | | | |
| 12/31/04 | 0 | 0 | n/a | | | | | |
| 12/31/05 | 0 | 0 | n/a | | | | | |
| 9/30/06 | 0 | 0 | n/a | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/06, which is as of the nine months ended on that date.
Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A From Table 4a, column H.
B, C Actual data from Thrift Financial Reports (Sheshunoff).
D Calculated as the previous period's but-for core capital less the previous period's but-for other qualifying intangibles.
(Calculated as Table 5, column I[t-1] - column G[t-1]).
For 12/31/89, calculated as the but-for bank's core capital at 12/31/89 before inclusion of but-for other qualifying intangibles.
E Post FIRREA, a maximum of 25% of (Tangible Capital + Qualifying SGW) can be counted towards Other Qualifying Intangible Assets.
H Calculated as column G[t] - column G[t-1].

# Exhibit 6

## Sterling Savings Association

### Table 5: But-For Bank

($ in Thousands)

| | A | B | C | D | E | F | G = D - E - F | H | I | J = I / C | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised / Adjustments to Core Capital | Adjustment to But-For Core Capital Due to Phaseout of Central Evergreen Intangibles + Limitation on Other Qualifying Intangibles |
| 6/30/89 | | | 730,933 | | | | | | | | | |
| 12/31/89 | 752,177 | 719,644 | 719,644 | 2,571 | 324 | 2,045 | 202 | 353 | 28,786 | 4.00% | 10,385 | n/a |
| 6/30/90 | 745,291 | 737,187 | 737,187 | 1,930 | (64) | 1,833 | 161 | 241 | 29,487 | 4.00% | 0 | (541) |
| 6/30/91 | 801,437 | 725,600 | 725,600 | 6,925 | 1,162 | 3,001 | 2,763 | 876 | 29,024 | 4.00% | 0 | (3,977) |
| 6/30/92 | 788,840 | 1,020,874 | 788,840 | 13,523 | 4,476 | 2,916 | 6,131 | 576 | 56,148 | 7.12% | 23,052 | (2,957) |
| 6/30/93 | 1,270,906 | 1,344,260 | 1,270,906 | 18,006 | 6,116 | 2,824 | 9,067 | 928 | 77,295 | 6.08% | 12,900 | (1,768) |
| 6/30/94 | 1,681,060 | 1,692,145 | 1,681,060 | 20,449 | 6,015 | 2,978 | 11,456 | 1,868 | 97,298 | 5.79% | 10,092 | (1,706) |
| 6/30/95 | 1,894,583 | 1,909,004 | 1,894,583 | 23,211 | 6,734 | 4,148 | 12,329 | 4,560 | 114,540 | 6.05% | 10,200 | (3,927) |
| 6/30/96 | 1,820,299 | 1,928,726 | 1,820,299 | 19,999 | 6,157 | 4,048 | 9,794 | 5,114 | 121,510 | 6.68% | 0 | (810) |
| 12/31/96 | 1,885,272 | 1,947,646 | 1,885,272 | (354) | (818) | 1,968 | (1,505) | 2,728 | 131,466 | 6.97% | 13,100 | (405) |
| 12/31/97 | 2,297,987 | 2,553,999 | 2,297,987 | 28,113 | 9,677 | 3,064 | 15,372 | 6,559 | 172,395 | 7.50% | 30,000 | 0 |
| 12/31/98 | 2,777,438 | 2,610,221 | 2,610,221 | 25,977 | 8,045 | 4,833 | 13,099 | 8,570 | 176,190 | 6.75% | (4,619) | 0 |
| 12/31/99 | 2,865,507 | 3,004,070 | 2,865,507 | 40,405 | 12,811 | 6,587 | 21,007 | 10,061 | 202,775 | 7.08% | 10,000 | 0 |
| 12/31/00 | 2,996,612 | 3,147,362 | 2,996,612 | 42,769 | 13,794 | 6,446 | 22,528 | 10,486 | 220,315 | 7.35% | 0 | 0 |
| 12/31/01 | 3,427,925 | 3,472,938 | 3,427,925 | 45,612 | 14,193 | 6,325 | 25,094 | 10,995 | 277,835 | 8.11% | 38,044 | 0 |
| 12/31/02 | 3,952,898 | 3,761,920 | 3,761,920 | 54,574 | 18,409 | 1,592 | 34,573 | 12,098 | 300,954 | 8.00% | 0 | 0 |
| 12/31/03 | 4,572,239 | 4,439,914 | 4,439,914 | 69,242 | 24,680 | 568 | 43,994 | 12,098 | 355,193 | 8.00% | 22,081 | 0 |
| 12/31/04 | 7,146,741 | 7,198,238 | 7,146,741 | 101,303 | 34,002 | 2,314 | 64,986 | 12,098 | 485,881 | 6.80% | 75,576 | 0 |
| 12/31/05 | 7,783,896 | 7,802,030 | 7,783,896 | 107,150 | 34,697 | 2,312 | 70,140 | 12,101 | 546,142 | 7.02% | 0 | 0 |
| 9/30/06 | 8,879,806 | 8,873,167 | 8,873,167 | 93,957 | 30,338 | 1,753 | 61,866 | 17,028 | 709,853 | 8.00% | 117,188 | 0 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, and data for 9/30/03, which is as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Calculated as column C[t-1] times (1 plus Table 3a, column E), plus Table 3a, column F.

B Calculated as column I divided by Table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from Table 3a, column B, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in Table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractual amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column D + Table 4a, column J + Table 4a, column N.)

H Assumed to be the actual dividends paid plus the required dividends on the unit offering. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89).

I Calculated as the sum of the but-for bank's previous period's core capital, plus the current period's net income, less dividends paid out, plus any additional capital raised, plus adjustments to but-for core capital based on phase-out of Central Evergreen Qualifying SGW and limitation on other qualifying intangibles, less adjustments to and NOL usages against Lewis Federal and Tri-Cities supervisory goodwill, plus the amortization of Central Evergreen supervisory goodwill and identified intangibles, plus the amortization of non-supervisory intangibles.
(Calculated as columns I[t-1] + G - H + K + L - Table 4a, column E - Table 4a, column F + Table 4a, column J + Table 4a, column N).
12/31/89 but-for core capital is calculated as the sum of the actual bank's 12/31/89 core capital, less Qualifying SGW, plus Lewis Federal and Tri-Cities intangibles, plus but-for Qualifying SGW, plus but-for Other Qualifying Intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends.
(Calculated as Table 2a, column G - Table 4b, column B + Table 4a, column A + Table 4b, column F + Table 4c, column G + column K + (column G - Table 2a, column B) - (column H - Table 2a, column F)).

K From Table 3a, column B.

L Table 4b, column G + Table 4c, column H.

# Exhibit 6

## Sterling Savings Association

### Table 6a: Addendum For Lewis Federal and Tri-Cities Supervisory Intangibles

($ in Thousands)

| | Capital Credit | | | | | Supervisory Goodwill | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J = F + H |
| | Lewis Federal | | Tri-Cities | | Total | Lewis Federal | | Tri-Cities | | Total |
| Period Ended | Balance | Amortization | Balance | Amortization | Balance | Balance | Amortization | Balance | Amortization | Balance |
| 11/5/85 | $1,750 | | | | $1,750 | $2,044 | | | | $2,044 |
| 12/31/85 | 1,743 | $7 | | | 1,743 | 2,036 | $8 | | | 2,036 |
| 6/30/86 | 1,721 | 22 | | | 1,721 | 1,814 | 23 | | | 1,814 |
| 6/30/87 | 1,677 | 44 | | | 1,677 | 1,768 | 46 | | | 1,768 |
| 4/8/88 | | | $11,730 | | | | | | | |
| 6/30/88 | 1,633 | 44 | 11,535 | $196 | 13,168 | 1,743 | 12 | $2,176 | | 3,919 |
| 6/30/89 | 1,590 | 44 | 10,753 | 782 | 12,342 | 1,696 | 47 | 2,028 | $148 | 3,724 |
| 12/31/89 | 1,568 | 22 | 10,362 | 391 | 11,929 | 1,673 | 23 | 1,955 | 74 | 3,627 |
| 6/30/90 | 1,546 | 22 | 9,971 | 391 | 11,516 | 1,649 | 23 | 1,881 | 74 | 3,530 |
| 6/30/91 | 1,502 | 44 | 9,189 | 782 | 10,691 | 1,603 | 47 | 1,380 | 148 | 2,983 |
| 6/30/92 | 1,458 | 44 | 8,407 | 782 | 9,865 | 1,556 | 47 | 812 | 75 | 2,368 |
| 6/30/93 | 1,415 | 44 | 7,625 | 782 | 9,039 | 1,509 | 47 | 736 | 75 | 2,245 |
| 6/30/94 | 1,371 | 44 | 6,843 | 782 | 8,213 | 1,463 | 47 | 661 | 75 | 2,123 |
| 6/30/95 | 1,327 | 44 | 6,061 | 782 | 7,388 | 1,416 | 47 | 585 | 75 | 2,001 |
| 6/30/96 | 1,283 | 44 | 5,279 | 782 | 6,562 | 1,369 | 47 | 510 | 75 | 1,879 |
| 12/31/96 | 1,261 | 22 | 4,888 | 391 | 6,149 | 1,346 | 23 | 472 | 38 | 1,818 |
| 12/31/97 | 1,218 | 44 | 4,106 | 782 | 5,323 | 1,299 | 47 | 396 | 75 | 1,696 |
| 12/31/98 | 1,174 | 44 | 3,324 | 782 | 4,497 | 1,253 | 47 | 321 | 75 | 1,573 |
| 12/31/99 | 1,130 | 44 | 2,542 | 782 | 3,672 | 1,206 | 47 | 245 | 75 | 1,451 |
| 12/31/00 | 1,086 | 44 | 1,760 | 782 | 2,846 | 1,159 | 47 | 170 | 75 | 1,329 |
| 12/31/01 | 1,043 | 44 | 978 | 782 | 2,020 | 1,113 | 47 | 94 | 75 | 1,207 |
| 12/31/02 | 999 | 44 | 196 | 782 | 1,194 | 1,066 | 47 | 19 | 75 | 1,085 |
| 12/31/03 | 955 | 44 | 0 | 196 | 955 | 1,019 | 47 | 0 | 19 | 1,019 |
| 12/31/04 | 911 | 44 | 0 | | 911 | 972 | 47 | 0 | | 972 |
| 12/31/05 | 868 | 44 | 0 | | 867 | 926 | 47 | 0 | | 926 |
| 9/30/06 | 966 | 33 | 0 | | 966 | 891 | 35 | 0 | | 891 |

Note: All data are as of or for the fiscal year specified, except: (1) data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, (2) data for 9/30/06, which are as of the nine months ended on that date, (3) 12/31/85, which reflects balances and amortization as of that date, and (4) data for 11/5/85 and 4/8/88, which reflect the beginning capital credit balances from the Lewis Federal and Tri-Cities acquisitions. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A, C, F – I Based on data from Sterling Savings Association.

B Assumes a 40 year amortization schedule.

D Assumes a 15 year amortization schedule.

# *Exhibit 6*

# *Sterling Savings Association*

## *Table 6b: Addendum For Central Evergreen Supervisory Intangibles*

($ in Thousands)

| | Identified Intangibles | | Unidentified Intangibles | |
|---|---|---|---|---|
| | A | B | C | D |
| Period Ended | Balance | Amortization | Balance | Amortization |
| 6/30/89 | $6,075 | 405 | $12,625 | 919 |
| 12/31/89 | 5,670 | 405 | 11,357 | 1,075 |
| 6/30/90 | 5,265 | 405 | 10,847 | 863 |
| 6/30/91 | 4,455 | 810 | 7,118 | 1,063 |
| 6/30/92 | 3,645 | 810 | 4,971 | 1,050 |
| 6/30/93 | 2,835 | 810 | 4,013 | 958 |
| 6/30/94 | 2,025 | 810 | 3,117 | 896 |
| 6/30/95 | 1,215 | 810 | 2,310 | 807 |
| 6/30/96 | 405 | 810 | 1,604 | 707 |
| 12/31/96 | 0 | 405 | 1,306 | 298 |
| 12/31/97 | | | 773 | 533 |
| 12/31/98 | | | 371 | 402 |
| 12/31/99 | | | 115 | 256 |
| 12/31/00 | | | 0 | 115 |
| 12/31/01 | | | | |
| 12/31/02 | | | | |
| 12/31/03 | | | | |
| 12/31/04 | | | | |
| 12/31/05 | | | | |
| 9/30/06 | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89, 6/30/90 and 12/31/96 which are for the six months ended as of each date, data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

A Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

B - D Based on data from Sterling Savings Association.

# Exhibit 6

## Sterling Savings Association

### Table 7: Addendum for Non-Supervisory Goodwill

Source: Sterling Annual Reports and TFRs
($ in thousands)

| | Assumed Straight-Line Amortization | | | | | Balances | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D = A + B + C | | E | F | G | H = E + F + G |
| Period Ended | Lewis & Clark | WA & OR Branches | KeyBank | Total Amortization | Explanation | Lewis & Clark | WA & OR Branches | KeyBank | Total |
| 6/30/83 | | | | 0 | • Lewis and Clark S&LA was merged into Sterling on 6/30/83 and $2.056m in goodwill was recorded to be amortized using the interest-method over 19 years. Source: 1983 AR, Note 12. | 2,056 | | | 2,056 |
| 6/30/84 | 108 | | | 108 | | 1,948 | | | 1,948 |
| 6/30/85 | 108 | | | 108 | | 1,840 | | | 1,840 |
| 6/30/86 | 108 | | | 108 | | 1,731 | | | 1,731 |
| 6/30/87 | 108 | | | 108 | | 1,623 | | | 1,623 |
| 6/30/88 | 108 | | | 108 | | 1,515 | | | 1,515 |
| 6/30/89 | 108 | | | 108 | | 1,407 | | | 1,407 |
| 6/30/90 | 108 | | | 108 | | 1,299 | | | 1,299 |
| 6/30/91 | 108 | | | 108 | | 1,190 | | | 1,190 |
| 6/30/92 | 108 | | | 108 | | 1,082 | | | 1,082 |
| 6/30/93 | 108 | | | 108 | | 974 | | | 974 |
| 6/30/94 | 108 | 216 | | 324 | • On 4/15/94, Sterling acquired 3 branches in Oregon and paid an acquisition premium of ~$3m. On 5/13/94, Sterling acquired 5 branches in Washington and paid an acquisition premium of ~$8.8m. These premiums had amortization periods of 8 years. Source: 1994 AR, Note 4. | 866 | 11,584 | | 12,450 |
| 6/30/95 | 108 | 1,475 | | 1,583 | | 757 | 10,109 | | 10,867 |
| 6/30/96 | 108 | 1,475 | | 1,583 | | 649 | 8,634 | | 9,284 |
| 12/31/96 | 54 | 738 | | 792 | | 595 | 7,897 | | 8,492 |
| 12/31/97 | 108 | 1,475 | | 1,583 | | 487 | 6,422 | | 6,909 |
| 12/31/98 | 108 | 1,475 | 1,900 | 3,483 | • On 6/15/98, Sterling acquired 33 branches from KeyBank and recorded ~$57m in goodwill to be amortized over 15 years using the straight-line method. Source: 1998 10-K, Note 1. | 379 | 4,947 | 55,100 | 60,426 |
| 12/31/99 | 108 | 1,475 | 3,800 | 5,383 | | 271 | 3,472 | 51,300 | 55,042 |
| 12/31/00 | 108 | 1,475 | 3,800 | 5,383 | | 162 | 1,997 | 47,500 | 49,659 |
| 12/31/01 | | | | 5,377 | | | | | 44,282 |
| 12/31/02 | | | | 644 | • Sterling adopts SFAS No. 142 on January 1, 2002. Source: 2002 10-K, p.34. | | | | 43,638 |
| | Total Goodwill and Other Intangibles | | | | | | | | |
| 12/31/03 | | | | 263 | • $4.2 million of goodwill and other intangibles were generated by the Empire Federal Bancorp acquisition on 2/28/03. Source: 12/31/03 10-K, pp. F-45-46. | | | | 47,616 |
| 12/31/04 | | | | 2,224 | • $65.7 million of goodwill and $19.2 million of core deposit intangibles were generated by the KFBI acquisition on 1/2/04, and $1.6 million of goodwill was generated by the Peter W. Wong Associates, Inc. acquisition on 11/30/04. Source: 12/31/04 10-K, pp. F-44-45. | | | | 131,892 |
| 12/31/05 | | | | 2,222 | | | | | 129,670 |
| 9/30/06 | | | | 1,685 | | | | | 127,985 |
| **Total:** | **1,894** | **9,803** | **9,500** | **33,612** | | | | | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/96 which are for the six months ended as of that date, and data for 9/30/06, which are as of the nine months ended on that date. Through 1996, Sterling's fiscal year ended on June 30th; however, in 1997, the fiscal year was changed to end on December 31st.

D For 2001 – 2006, assumed to be equal to the total amortization of intangibles of the actual bank from Table 2a, column D.

H The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000. For 2001 – 2006 balances are calculated as [H](t-1) less Column D(t) plus goodwill and other intangibles generated from acquisitions.

# *Exhibit 6*

## *Sterling Savings Association*

### *Table 8: 2001 – 2006 Capital Downstreamed*

Source: Thrift Financial Reports (Sheshunoff); Call Reports
($ in Thousands)

| | A | B | C | D = A + B + C | E = D - D(t-1) |
|---|---|---|---|---|---|
| | | Common Stock | | | |
| | Preferred Stock | Par Value | Paid in Excess of Par | Total | Difference from Prior Year |
| 12/31/00 | $95,100 | $6,616 | $76,502 | $178,218 | |
| 12/31/01 | 110,100 | 7,245 | 98,917 | 216,262 | $38,044 |
| 12/31/02 | 110,100 | 7,245 | 98,917 | 216,262 | 0 |
| 12/31/03 | 110,100 | 7,245 | 125,239 | 242,584 | 26,322 |
| 12/31/04 | 110,100 | 7,246 | 287,314 | 404,660 | 162,076 |
| 12/31/05 | 110,100 | 7,246 | 287,314 | 404,660 | 0 |
| 9/30/06 | 175,100 | 7,246 | 339,502 | 521,848 | 117,188 |

# *Exhibit 7*

## RTC Resolutions in Washington and Oregon

Source: RTC Statistical Abstract August 1989/September 1995
(Dollars in Millions)

| Name | City | State | Charter F-Federal S-State | Conserva-torship Date | Resolution Date | Assets at Takeover | Deposits at Takeover | Deposits at Resolution |
|---|---|---|---|---|---|---|---|---|
| The Benjamin Franklin FS&LA | Portland | OR | F | 2/21/90 | 9/7/90 | $4,692 | $3,214 | $2,650 |
| Far West FSB | Portland | OR | F | 5/23/91 | 4/15/94 | $2,160 | $1,273 | $714 |
| Family FSA | Dallas | OR | F | 1/11/90 | 6/22/90 | $170 | $101 | $93 |
| Family S&LA, FA | Seattle | WA | S | 2/8/91 | 7/19/91 | $101 | $60 | $44 |
| Gibraltar Savings, FSB | Seattle | WA | F | 3/31/89 | 6/29/90 | $1,816 | $1,368 | $1,029 |
| Frontier FS&LA | Walla Walla | WA | F | 2/23/90 | 6/22/90 | $162 | $119 | $98 |

Note: No resolutions were reported for Idaho institutions.

## Acquisitions Considered by Sterling

Source: Deposition of Harold Gilkey, June 6-8, 2000, pp. 69-75, 184-185, 239-245, 485-487, 511, 517, 561-594

| Name | Year |
|---|---|
| American Bank | 1992 |
| American National Bank/American Marine | 1990s |
| Ben Franklin National Bank, Pasco | 1987 |
| Benjamin Franklin, Portland, Oregon | early 1990s |
| Eastern Washington Savings | 1988 |
| Enterprise Bank | 1990s |
| Gibraltar Savings (certain branches) | 1990s |
| Family Savings | 1988 |
| Far West Federal (6 branches in Oregon) | 1988 |
| First Federal of Longview | 1988 |
| First Western Savings/First Federal (certain branches) | 1992 |
| Great Northwest Savings Bank | 1991 |
| Guaranty Savings | 1984 |
| Hamilton Financial Services | late 1990s |
| Heritage Federal | 1990s |
| Horizon | 1990s |

| Name | Year |
|---|---|
| InterWest | 1990s |
| Lynnwood Savings | 1980s |
| Mortgage Services America (First Cal) | 1995-1996 |
| Olympia Federal | 1990s |
| Pacific First Federal | early 1990s |
| Palm Springs Savings Bank | 1990s |
| Security Federal Savings Bank | 1990s |
| Security Pacific Bank (certain branches) | mid 1990s |
| Summit Savings | mid 1990s |
| U.S. Bank (certain branches) | 1990s |
| Vancouver Federal | 1990s |
| Washington Mutual (2 branches) | 1992 |
| West One (certain branches) | 1990s |
| Westcoast Bancorporation | late 1990s |
| Willamette Savings | 1995-1996 |

# *Exhibit 8*

## *Sterling Savings Association*

## Summary of Expectation Damages

($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Earnings on Foregone Assets** | **$58,164** |
| [2] | + **Wounded Bank Damages** | **$4,556** |
| | Cost of Great American branch denied because of OTS Capital Standards | $1,835 |
| | Loss on CJ-4 Loan | $1,241 |
| | Excess Supervision Costs | $172 |
| | Cost of 1989 Units Offering | $1,004 |
| | Increased Legal and Accounting to Defend against Regulatory Interference | $304 |
| [3] | + **Future Damages** | **$641** |
| | **Total Expectation Damages** | **$63,361** |

Notes:

[2] Source: Data from Sterling Savings Association.

[3] Present value of cash flows representing the cost of replacing supervisory goodwill and capital credits in 9/30/06 dollars as calculated by Professor James.

In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 95-829-C (Judge Wolski) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# Revised Expert Report of Professor Christopher James

February 20, 2004

TABLE OF CONTENTS

**I. Qualifications** ..... 1
**II. Assignment** ..... 2
**III. Summary of Opinions** ..... 2
**IV. Approach** ..... 3
**V. Lost Profits from Un-Mitigated Supervisory Capital** ..... 4
1. Capital Raises Subsequent to Breach ..... 5
2. Leverage Ratio on Supervisory Capital and Foregone Assets ..... 7
3. Dividends on Series B Preferred Stock ..... 7
**VI. Cost of Mitigation** ..... 8
1. Cost of Mitigation – 1991 Through 2003 ..... 9
a. The Amounts of Mitigation Capital ..... 9
b. Dividend Costs on the Mitigation Capital ..... 11
c. Cash Benefit of Mitigation Capital ..... 13
2. Cost of Mitigation – 2004 Through 2025 ..... 14
**VII. Transaction Costs of Mitigation Capital** ..... 14
**VIII. Wounded Bank Damages** ..... 15
**IX. Summary - Total Damages** ..... 16

# TABLE OF EXHIBITS

**Exhibit A:** Curriculum Vitae

**Exhibit B:** Testimony in the Previous Four Years

**Exhibit C:** Additional Documents Considered

**Exhibit D:** Sterling Savings Association, Summary of Lost Profits and Actual Cost of Mitigation

**Exhibit E:** Calculation of Lost Earnings on Foregone Assets Through 1993

**Exhibit F:** Sterling Savings Association, Calculation of Mitigation Damages, 1991 - 2003

**Exhibit G:** Sterling Savings Association, Capital Raised Assumed to Replace Contractual Intangibles

**Exhibit H:** Sterling Savings Association, Calculation of Cash Benefit Yield

**Exhibit I:** Sterling Savings Association, Calculation of Future Mitigation Damages, 2004-2025

**Exhibit J:** Sterling Savings Association, Transaction Costs of Mitigation Capital

**Exhibit K:** Sterling Savings Association, Summary of Wounded Bank Damages

**I. Qualifications**

I am the William H. Dial/SunBank Eminent Scholar and Professor of Finance at the University of Florida. Prior to joining the faculty of the University of Florida, I taught at the University of Oregon and the University of Michigan. I have also held positions as Visiting Scholar at the Federal Reserve Bank of San Francisco and Senior Economic Advisor to the Comptroller of Currency, Department of Treasury.

I hold a B.A. from Michigan State University as well as an M.B.A. in Finance and a Ph.D. in Economics from the University of Michigan. My academic work has been in the fields of financial institutions, corporate financial policy, resolution of financial distress and securities pricing. I have published numerous articles on economic and financial topics including the regulation of financial institutions, failure resolution policies, and capital raising by depository institutions.

I currently serve on the editorial boards of four scholarly journals including the Journal of Financial Economics. I served as an associate editor of the Journal of Finance and as editor of the Journal of Financial Intermediation from 1988 through 1999. I also serve on the Board of Directors of SunTrust Bank North Central Florida and the academic board of the Turnaround Management Association. My resume, which includes a list of my publications, is attached as Exhibit A.

A list of my testimony over the last four years is included in Exhibit B. I am being compensated at my usual hourly rate of $550.

## II. Assignment

I have been retained in this matter by counsel for the plaintiffs, Sterling Savings Association ("Sterling") and Sterling Financial Corporation ("Sterling Financial"), to evaluate damages should the Court conclude, as the United States experts have suggested,[1] that Sterling, by issuing capital, mitigated the loss of supervisory capital acquired in the transactions ("supervisory capital") that are the subject of this litigation.[2] As part of my assignment I was asked to examine the capital raises that occurred subsequent to the breach and asked to evaluate the cost of those capital raises. Specifically I was asked to focus on capital that Sterling raised in calendar years 1991 and 1993.

As part of my analysis, I have reviewed various documents including reports issued by experts retained by the Department of Justice, deposition testimony, court opinions, legal filings, financial statements for Sterling, and other selected documents for Sterling. A list of the documents I have considered is contained in Exhibit C. This list supplements the document lists that I previously produced in reports I issued in September 2001 and December 2003.

## III. Summary of Opinions

Sterling suffered significant damages in the event that the Court determines that Sterling was able to mitigate the loss of its supervisory capital with capital raised subsequent to the breach ("mitigation capital").[3] The damages consist of several

[1] See Expert Report of Mukesh Bajaj, April 22, 2002, pp. 21-24.
[2] I use the terms "supervisory capital acquired in the transactions" and "contractual intangibles" interchangeably.
[3] I am not rendering an opinion that Sterling actually replaced the supervisory capital that was generated in the contracts with the government. I believe this is counterfactual, but I have been asked to assume it for purposes of these calculations. In fact I believe the testimony of Sterling's fact witnesses was that absent the breach Sterling would have raised capital in 1989 and all of the capital it did raise. Among other facts, I

components. First, the lost profits that Sterling suffered before the capital raises I was asked to assume mitigated the loss of the supervisory capital. As I will explain later, the methodology is based on Dr. Horvitz's lost profits model, but is based on a different time period. The second consists of the net costs of substituting the mitigation capital for the supervisory capital. This represents the ongoing costs of the mitigation capital net of any benefits from the mitigation capital. The third consists of the transaction costs associated with issuing mitigation capital. The last are the wounded bank damages calculated by Daniel Byrne, the Chief Financial Officer of Sterling. In total these damages are $24.608 million. Exhibit D presents a summary of the damages.

## IV. Approach

In the first part of my damages calculation I have estimated the lost earnings Sterling suffered from supervisory capital that was not mitigated by the capital raises. The value of the supervisory capital lay in the promise of the government to count the supervisory capital towards regulatory capital, and the leverage that this treatment of supervisory capital created. As the Federal Circuit found in both Glendale and CalFed: "...it is clear that the Government's promise that was breached had substantial value."[4] My lost profits calculation is based on the leverage model that Dr. Horvitz provided in a report in December 2003. His model utilizes the actual financial performance of Sterling to determine the profits that could have been made from the supervisory capital.

In the second part of my damages calculation, I address the net costs of mitigation. As indicated above, the capital raises counted towards regulatory capital effectively replacing a portion of the supervisory capital. The capital raises (i.e.

---

examined the intended purposes of the capital raises and Sterling's track record of consistent asset growth, both of which indicate that Sterling has had a continuing need for additional capital and would have had this need absent the breach.

[4] *Glendale Federal Bank, F.S.B. v. United States*, 239 F.3d 1381-82 (Fed. Cir. 2001) and *California Federal Bank, F.S.B. v. United States*, 245 F.3d. 1350 (Fed. Cir. 2001).

mitigation capital) was different from supervisory capital in two fundamental respects. First, it entailed costs in the form of dividend payments that were paid to the providers of the capital and the costs of dividends that while unpaid have accrued. Supervisory capital did not entail a dividend cost. It is a basic principal of finance that all capital has a cost. The Federal Circuit noted that capital is not a gift and that it entails a cost. It further stated that the costs could take the form of dividends, capital appreciation, or a combination thereof.[5] Second, the mitigation capital was a tangible asset and had earning power not related to its ability to be leveraged. It could be invested to generate earnings that supervisory capital could not generate. I have termed this the cash benefit of the mitigation capital. The cost of the mitigation capital is therefore the capital costs less the cash benefits.

Lastly, I assess the transaction costs associated with the mitigation capital and incorporate other costs incurred by Sterling due to the breach (i.e. "wounded bank" damages.)

## V. Lost Profits from Un-Mitigated Supervisory Capital

Leverage is valuable to thrifts. Sterling's lost profits stem from the lost leverage opportunities that resulted from the breach. The supervisory capital that was not replaced could have been used to support additional assets and generate spread income. In addition to the shrinkage Sterling experienced, it also was unable to experience the growth that it would have experienced absent the breach. The lost profits from the loss of leverage ability can be measured with the model developed by Dr. Horvitz.

Exhibit E presents my calculation of lost profits from un-mitigated supervisory capital. Table 1 of Exhibit E is a summary of the lost profits and indicates that Sterling's

[5] *LaSalle Talman, F.S.B. v. United States*, 317 F.3d 1363, 1375 (Fed. Cir. 2003).

lost income from foregone assets was $5.447 million. My calculation of lost profits starts at the time of the breach (as does Dr. Horvitz's) and continues through February 1993 - the time when the supervisory capital would have been fully-mitigated.

To determine the lost profits from unmitigated supervisory capital I have made several adjustments to the model created by Dr. Horvitz to account for the capital raises that I have been asked to assume mitigated the supervisory capital. The first adjustment is to the amount of capital that the but-for bank would have raised. The implication of a ruling by the Court that Sterling's capital raises subsequent to the breach were initiated to mitigate the loss of the supervisory capital is that the capital raises would not have occurred absent the breach. This is the primary adjustment I have made to the lost profits model. The second change is that in light of the changed capital structure I have reevaluated the leverage ratio of the but-for bank at the end of fiscal year 1992. The final change relates to dividend payments on preferred stock that was converted into common stock at the time of the 1991 offering.

### 1. Capital Raises Subsequent to Breach

Sterling raised capital in fiscal 1992 and fiscal 1993.[6] The capital raised took several different forms.

In November of 1991 (fiscal year 1992), Sterling completed a common stock offering. Sterling issued 2.875 million shares at a price of $8.25 that generated proceeds, net of transaction costs, of $21.0 million.[7] The offering circular indicated that the primary purpose of the offering was "...to increase Sterling's regulatory capital levels. Net proceeds will be used to support the growth of Sterling's business, including the

[6] At the time, Sterling's fiscal year ended June 30. Hence fiscal year 1992 was the twelve-month period ended June 30, 1992 and fiscal year 1993 was the twelve-month period ended June 30, 1993.
[7] Sterling Savings 1992 Annual Report, pp. 23, 27.

origination of loans. Pending such applications, the net proceeds will be invested in short-term investment grade fixed income securities."[8]

In conjunction with the common stock offering, Sterling also opted to convert existing outstanding preferred stock to common stock. The conversion of the Series B preferred stock raised no funds for investment, but it increased Sterling's tangible and core capital by $2.1 million.[9]

In fiscal 1993 Sterling Financial was formed as a holding company of Sterling Savings.[10] In February 1993, the holding company issued $17.25 million of 8.75% subordinated notes due in 2000.[11] Of the proceeds raised by the holding company, $12.9 million was contributed to Sterling. In exchange for the contribution, Sterling issued preferred stock to the holding company. The preferred stock carried a coupon rate of 10.75%.[12] The intended use of the funds contributed to Sterling was "... to support the growth of its business, including funding loans and investments and expanding its branch network."[13]

Again, assuming that the Court determines that these capital raises were initiated to replace the supervisory capital, the implication is that they would not have occurred had the supervisory capital continued to fully count toward the regulatory capital requirements (or in the case of the capital raised and contributed in fiscal 1993, the portion mitigating the supervisory capital would not have occurred.) The capital raised from these issuances is therefore capital raised by the but-for bank.[14]

---

[8] Sterling Savings Offering Circular, November 20, 1991, p. 13.
[9] Sterling Savings Offering Circular, November 20, 1991, pp. 4, 14.
[10] Sterling Financial 1993 Annual Report, p. II.
[11] Sterling Financial 1993 Annual Report, p. XXV.
[12] Sterling Savings Bank, Summary of Capital Raising, Analysis Prepared by Daniel G. Byrne.
[13] Sterling Financial Corporation Subordinated Notes Prospectus, February 4, 1993, pp. 4, 12.
[14] As I have noted previously, I have been asked to assume that these capital raises resulted in mitigation of the supervisory capital. The stated intended uses of the offerings to support the growth of Sterling belies the premise that capital raises were mitigation.

**2. Leverage Ratio on Supervisory Capital and Foregone Assets**

It is necessary to assess the degree to which the but-for capital would have been leveraged to determine the amount of foregone assets that Sterling would have had. As part of my assessment I have reviewed the leverage ratios determined by Dr. Horvitz for the but-for bank and the actual leverage ratios employed by Sterling.

For 1989 through the end of fiscal year 1991, June 30, 1991, the leverage ratios of the but-for bank are based on the leverage ratios incorporated in Sterling's 1989 business plan. This is the business plan submitted with the application to acquire Central Evergreen.

At the end of fiscal 1992, June 30, 1992, I have adjusted the leverage ratio employed by Dr. Horvitz for the but-for bank. The leverage rate I have chosen balances Sterling's demonstrated practice to grow while maintaining capital levels in excess of the regulatory requirements. In December 1991. the FDIC Improvement Act ("FDICIA") was enacted that put into place a core capital standard that indicated that to be "well-capitalized" a thrift needed to have 5% core capital. The 5% well-capitalized core capital standard became effective in December 1992.[15] Consequently, I have assumed a 5% leverage ratio (i.e. core capital ratio) for June 30, 1992. This leverage ratio results in modest asset growth for the but-for bank from $782 million at June 20, 1991 to $786 million at June 30, 1992 while allowing for the highest capital classification under the FDICIA standards.

**3. Dividends on Series B Preferred Stock**

[15] Sterling Financial 1993 Annual Report, p. XXXXIV-XXXXV.

If the 1991 common stock offering would not have occurred, I have assumed that the Series B preferred stock would not have converted either. As noted above, the conversion of the Series B occurred in conjunction with the 1991 offering. Had the Series B preferred stock remained outstanding it would have continued to pay dividends. The Series B preferred stock paid annual dividends of $2.50 per share. The dividends were cumulative and required payment before distributions to common equity holders.[16] Prior to the conversion there existed declared but unpaid dividends that were paid at the time of the conversion.[17] I have therefore incorporated in the lost profits model dividend payments on the Series B preferred stock from the time of the conversion forward.

## VI. Cost of Mitigation

As described above, the cost of mitigation is determined by the net effect of the cost of providing mitigation capital. The net effect is the cost of capital that mitigated the loss of the contractual supervisory capital less any benefits derived from the mitigation capital that could not be derived from supervisory capital. This approach to calculating mitigation costs is consistent with the direction of the Federal Circuit in the LaSalle Talman case:

> "In general, payment of a return on capital reflects the cost of capital. However, in determining damages the benefits of that capital must be credited, as mitigation due to the replacement of goodwill with cash."[18]

The costs of mitigation are measured over the planned length of the contracts, so I have measured the costs from November 1991 to 2025.

---

[16] Sterling Savings 1991 Annual Report, p. 35.
[17] Sterling Savings 1992 Annual Report, pp. 27, 39.
[18] *LaSalle Talman, F.S.B. v. United States*, 317 F.3d 1363, 1375 (Fed. Cir. 2003).

### 1. Cost of Mitigation – 1991 Through 2003

The net cost of mitigation capital from 1991 through 2003 is presented on Exhibit F. This exhibit presents the cost of the mitigation capital, net of the cash benefit of the mitigation capital. The net cost is $9.464 million. The following portion of my report explains the calculations on the exhibit.

#### a. The Amounts of Mitigation Capital

I have been asked to assume that the November 1991 offering and the contemporaneous conversion of Series B preferred stock to common stock acted as a substitute for the contractual supervisory capital. These capital raises initially mitigated only a portion of the contractual supervisory capital. The subsequent capital raise that I was ask to assume as mitigation capital was downstreamed from the holding company to Sterling in February 1993 and mitigated the remaining balance of the contractual supervisory capital. When the balance of the mitigation capital exceeds the amount of the contractually promised supervisory capital, I measure the mitigation costs solely on the amount that mitigated the supervisory capital.

Exhibit G presents the amount of supervisory capital that needed to be replaced and the amounts that were replaced assuming that the capital raises in fiscal years 1992 and 1993 mitigated the lost supervisory capital. My calculation is based on the mitigation costs of all of Sterling's contractually promised supervisory capital.[19] This

[19] In my previous reports estimating the anticipated costs of issuing preferred stock at the time of the breach, the contractual supervisory capital schedule reflected the ex ante expected amounts of supervisory capital. The schedule I am using in this report reflects the impact of the utilization of NOLs in the quarter ended June 30, 1991 and adjustments made in the quarter ended June 30, 1992.

schedule includes the capital credits from the Lewis Federal and Tri-Cities acquisitions amortized per Judge Damich's opinion on August 4, 2003.

In calculating the amount of the November 1991 common stock offering used to replace the supervisory capital, I have made one adjustment. In January 1990 Sterling was forced to cancel a fully-subscribed stock offering when due to the breach regulators failed to approve the ability of Sterling to pay dividends on the new stock. The stock offering would have raised approximately $12.0 million.[20] Of the $23.7 million of gross proceeds (2.875 million shares at an offering price of $8.25) raised in the November 1991 common stock offering[21], I assume that $12.0 million replaced the unit offering cancelled in January 1990.[22] The remaining balance of the November 1991 offering, $11.7 million, has been considered as mitigation of the supervisory capital.

As noted previously, I only attribute dividend costs to the amount of capital raised to mitigate the supervisory capital. In 1991, the adjusted amount of the 1991 common stock offering and all of the common stock created in the conversion of the Series B preferred stock served to mitigate the loss of the supervisory capital due to the breach. In 1993, the preferred stock issued by Sterling fully-mitigated the remaining lost supervisory capital. In subsequent years, as the contractually-promised balance of supervisory capital declines, I calculate the costs solely on the amount of the mitigation capital that equates with the contractually-promised amounts.

As the final step on Exhibit F, I reduce the amount of mitigation capital on which I calculate costs. The conversion of the Series B preferred stock into common stock

[20] The $12.0 million amount reflects the estimated proceeds of the unit offering before consideration of any transaction costs. Source: Sterling Savings 1990 Annual Report, p. 3.
[21] Sterling Savings 1992 Annual Report, p. 23.
[22] The intended use of the proceeds of the unit offering was to "reduce higher cost borrowings under reverse repurchase agreements (which currently bear interest at an average rate of 9.0%) as they mature, and for general corporate purposes." (Sterling Savings Association, Offering Circular for Unit Offering, November 14, 1989, p. 17) Had Sterling been able to complete the unit offering it have would resulted in decreased leverage and improved regulatory capital levels. If the Court were to conclude the that 1991 offering mitigated the supervisory capital, it would be consistent to considered a portion of the 1991 offering a substitution of the unit offering. For purposes of my damages calculations I have assessed no costs to portion of the 1991 offering that substituted for the unit offering.

resulted in the creation of regulatory capital, but it did not significantly change the equity claims on Sterling's earnings nor did the conversion result in any proceeds for Sterling. For these reasons I reduce the amounts of mitigation capital on which I calculate damages by the proportion of total mitigation capital represented by the converted Series B preferred stock.

### b. Dividend Costs on the Mitigation Capital

The investors in Sterling, like any provider of capital, expected returns on their capital investment. The Federal Circuit in LaSalle Talman noted:

> "...capital is not "costless" to either the investor or the recipient. As explained by James Van Horne & John M. Wachowicz, Jr., Fundamentals of Financial Management 387 (10th ed. 1998), "the cost of capital is the required rate of return on various types of financing." A capital investment does not become a "gift," as the government characterizes the ABN AMRO investment, simply because the return on that investment is expected to be paid out of earnings."[23]

As noted earlier, Sterling has not paid cash dividends on any of its common stock, including the common stock issued in 1991. As recognized in the above quotation from the Federal Circuit's decision in LaSalle Talman that does not mean that the capital was costless to Sterling. Consider if instead Sterling had issued preferred stock in 1991 with a stated dividend rate (just as it did in 1993.) Dividend payments on the preferred stock would be at the stated rate and would represent the cost of mitigation. It would be

[23] *LaSalle Talman, F.S.B. v. United States*, 317 F.3d 1363, 1374-1375 (Fed. Cir. 2003).