illogical to attribute no costs to the 1991 common stock issuance, whereas a preferred issuance would entail costs.

To estimate the cost of the 1991 common stock issuance I have considered the following factors: First, in February 1993 capital was downstreamed to Sterling from Sterling Financial. In return Sterling issued preferred stock with a dividend rate of 10.75% to its holding company. It is a basic principal of finance that common stock is more costly than preferred stock. Second, interest rates declined from November 1991, the time of the 1991 common stock issuance, to February 1993, the time when the 10.75% preferred was issued by Sterling to its holding company. Equity issued in November 1991 would therefore have a higher cost of capital than equivalent equity issued in February 1993. Additionally, the future operation of Sterling was more precarious in November 1991 than February 1993 due to the threat of regulatory seizure resulting from the breach. These factors indicate that the cost of capital for the 1991 common stock issuance would have exceeded the cost of the 1993 preferred issuance. To be conservative however, I impute a cost of 10.75% to the mitigation capital from the 1991 common stock offering.[24]

The preferred issued by Sterling in 1993 had an explicit 10.75% dividend rate. I therefore have used that rate as the cost of the mitigation capital raised in 1993.

I have measured the mitigation costs based on the *pre-tax* dividends costs that Sterling incurred on its mitigation capital. I have done so because it is my understanding should damages be awarded Sterling would be subject to taxes on the award. If the damages were calculated on an after-tax basis then Sterling would be subject to double taxation and it would not be put into the same position as it would have been had the

[24] This assumption is consistent with Judge Bruggink's damages opinion in Home Savings of America and H.F. Ahmanson & Co v. United States, September 3, 2003 that all capital which mitigates the supervisory capital has a cost.

breach not occurred. Another consideration is that the tax treatment of the dividend costs be similar to the cash benefits of the mitigation capital that are on a pre-tax basis.

### c. Cash Benefit of Mitigation Capital

As noted earlier, the mitigation capital provided Sterling with a benefit that could not be provided by supervisory capital (i.e. the earnings generated from the investment of the cash from the proceeds of the mitigation capital.) For the period from 1991 and through 2003 I have calculated this benefit based on the returns of Sterling's actual assets. I have used this as the measure of the benefit for several reasons. First, the cash from the proceeds of the mitigation capital was fungible with other funds raised by the Sterling. Once the cash proceeds were incorporated into Sterling's accounts one cannot determine the specific uses of the proceeds from the mitigation capital. Second, the stated purposes of the 1991 and 1993 offerings were to support the growth of Sterling's business including making loans and investments. Consequently, I have taken the approach that the proceeds from the mitigation capital were invested in the same mix of assets as any other funds raised by Sterling.[25]

Exhibit H presents my calculation of the returns of Sterling's actual assets. The yield is calculated based on the interest income generated from assets, plus any gains (or less any losses) from the sale of assets, less any provisions for losses. This reflects the income that flows from Sterling's tangible assets.

At all times from 1991 through 2003, the returns of Sterling's actual assets are multiplied by the amount of mitigation capital to determine the benefit of the mitigation capital. Asset returns calculated from Sterling's financial results are on a pre-tax basis and hence are comparable to the dividends costs discussed earlier.

[25] An alternative would be to estimate the benefit of the cash based on risk-free Treasury rates. Had I done so, damages would be higher.

### 2. Cost of Mitigation – 2004 Through 2025

The net cost for the future cost of mitigation is $1.814 million (see Exhibit I.) I have followed the same methodology as described above with a few modifications to account for the costs that will be incurred by Sterling in the future. The modifications are:

- I have estimated the benefit of the mitigation based on the yield of Treasury securities. It is not known what yields Sterling will earn in the future, so instead I have used a safe rate. Using treasury rates to estimate the cash benefits of the mitigation capital has the important feature of mimicking the risk characteristics of supervisory capital because both supervisory capital and Treasury securities are government promises. I assume that the mitigation capital will earn a risk-free return of 5.07% based on Treasury rates at the end of 2003. To be conservative in my damages calculation, I have used the highest rate in the yield curve.
- Because the damages are in the future they need to be discounted into current dollars. The future net mitigation costs are discounted at the risk-free Treasury rate used to determine the benefits of mitigation capital.

## VII. Transaction Costs of Mitigation Capital

The transactions costs associated with issuing the assumed mitigation capital are properly considered as damages to Sterling. The transaction costs have two components. In total the costs are $3.327 (see Exhibit J). These costs would not have been incurred by

Sterling had the assumed mitigation capital not been raised. Both components are related to the 1991 common stock offering.[26]

The first component is the underwriting fee and other expenses related to issuing the common stock. These fees and expenses of the 1991 offering can be determined based on the difference between the amount of the common stock issued and the net proceeds available to Sterling. This amount is $2.767 million (see Exhibit J).

The second component, not included in the reported underwriting fees and other expenses, is the value of warrants provided to the underwriters as part of their compensation for their services. The value of the warrants is properly considered a cost of issuing the 1991 common stock and consequently is another component of the transaction costs of the mitigation capital. I have valued the warrants using a standard valuation technique. The value of the warrants was $0.560 million. The calculation is presented on page 2 of Exhibit J.

## VIII. Wounded Bank Damages

Properly included in the damages I am presenting are "wounded bank" costs. These are costs that Sterling incurred, but would otherwise not have incurred had the government not breached the contracts. These figures have been provided by Daniel G. Bryne, the CFO of Sterling. In total the wounded bank damages are $4.556 million.

[26] Currently I am unaware of any transaction costs of converting the Series B preferred to common stock. Any such costs would appropriately be included in my calculation.

Also, as noted earlier, the capital downstreamed to Sterling in 1993 was raised via an offering by Sterling Financial of subordinated notes. The transaction costs of the offering were borne by Sterling Financial. My analysis addresses the costs to Sterling of the mitigation capital, so consequently I have not included any costs associated with the subordinated notes offering.

## IX. Summary - Total Damages

Total damages are the sum of lost profits on un-mitigated supervisory capital, the net cost of mitigation capital, transaction cost associated with the issuance costs of mitigation capital, and wounded bank damages. The total damages are $24.608 million (see Exhibit D).

I hold the opinions expressed herein to a reasonable degree of certainty, and declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. I reserve the right to modify my report and opinions in response to reports of the government's experts, legal decisions, additional facts that may come to light, or testimony at the time of trial.

Christopher M. James

Executed 2/20/04

# VITA

| | |
|---|---|
| **NAME:** | Christopher M. James |
| **CURRENT POSITION:** | William H. Dial/SunBank Eminent Scholar in Finance, University of Florida |
| **ADDRESS:** | Department of Finance, Insurance, and Real Estate, Graduate School of Business, University of Florida, PO Box 117168, Gainesville, FL 32611-7168<br>E-mail: christopher.james@cba.ufl.edu |
| **TELEPHONE:** | Office: 352-392-3486<br>Home: 352-336-2765 |
| **BIRTHDATE:** | October 12, 1951 |
| **EDUCATION:** | B.A. Michigan State University, 1973<br>M.B.A. University of Michigan (Finance), 1977<br>Ph.D. University of Michigan (Economics), 1978 |
| **RESEARCH/ TEACHING INTERESTS:** | Financial Institutions and Markets, Corporate Finance, Corporate Strategy |

**TEACHING/ RESEARCH EXPERIENCE:**

William H. Dial/SunBank Eminent Scholar in Finance, University of Florida, 1989-present

U.S. Bank/ John B. Rogers Professor of Finance, University of Oregon, 1984-1989

Consultant, FDIC, 1988-1991

Visiting Scholar, Federal Reserve Bank of San Francisco, 1987-1988

Visiting Professor of Finance, University of Michigan, 1986

Associate Professor of Finance, University of Oregon, 1982-1984

Senior Economic Advisor, Comptroller of the Currency, Department of Treasury, 1980-1982

Assistant Professor of Finance, University of Oregon, 1978-80

Instructor, University of Michigan, 1978

**PAPERS AND PUBLICATIONS:**

"The Technology of Risk and Return, Comment," American Economic Review , June, 1981.

"Self-Selection and the Pricing of Bank Services, An Analysis of the Market for Bank Loan Commitments and the Role of Compensating Balance Requirements," Journal of Financial and Quantitative Analysis, December, 1981.

"An Analysis of Bank Loan Rate Indexation," Journal of Finance, June, 1982.

"An Analysis of the Impact of Deposit Rate Ceilings on the Market Values of Thrift Institutions," (with L.Y. Dann)., Journal of Finance , December, 1982.

"Pricing Alternatives for Loan Commitments: A Note," Journal of Bank Research, Winter, 1983.

"An Analysis of Intra-industry Differences in the Effect of Regulation: The Case of Deposit Rate Ceilings," Journal of Monetary Economics, August, 1983.

"Is Illiquidity a Bar to Buying Small Cap Stocks?" )with R.O. Edmister) Journal of Portfolio Management, Summer, 1983.

"The Relation Between Common Stocks Returns, Trading Activity and Market Value," (with R.O. Edmister), Journal of Finance , September, 1983.

"Regulation and the Determination of Bank Capital Changes: A Note," (with J.K. Dietrich), Journal of Finance, December, 1983.

"An Analysis of the Effect of State Acquisition Laws on Managerial Efficiency; The Case of Bank Holding Company Acquisitions," Journal of Law and Economics, April, 1984. Abstracted in Regulation as "Do Corporate Takeovers Keep Managements Lean?" May/June, 1984.

"The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions," (with M.J. Flannery) Journal of Finance, September, 1984.

"Market Evidence on the Effective Maturity of Bank Assets and Liabilities," Journal of Money, Credit and Banking, (with M.J. Flannery), November, 1984. Presented at the American Finance Association meetings in San Francisco, December, 1983.

"A VARMA Analysis of the Causal Relations Among Stock Returns, Real Output and Nominal Interest Rates," Journal of Finance, (with S. Koreisha and M. Partch), Dec, 1985.

"Access to Deposit Insurance, Insolvency Rules and the Stock Returns of Financial Institutions," Journal of Financial Economics, (with J. Brickley), July 1986.

"The Takeover Market, Corporate Board Composition, and Ownership Structure: The Case of Banking," (with J. Brickley), Journal of Law and Economics, April, 1987.

"Returns to Acquirers and Competition in the Acquisition Market: The Case of Banking," (with P. Wier), Journal of Political Economy, April, 1987.

"An Analysis of FDIC Failed Bank Auctions," (with P. Wier), Journal of Monetary Economics, July, 1987.

"Some Evidence on the Uniqueness of Bank Loans," Journal of Financial Economics, December, 1987.

"The Use of Loan Sales and Standby Letters of Credits by Commercial Banks," Journal of Monetary Economics, November, 1988.

"Empirical Evidence on Implicit Guarantees of Bank Foreign Loan Exposure," Carnegie Rochester Conference Series on Public Policy, April, 1989.

"Heterogenous Creditors and the Market Value of Bank LDC Loan Portfolios," Journal of Monetary Economics, December, 1990.

"Borrowing Relationships, Intermediation and the Cost of Issuing Public Securities," (with P. Wier), Journal of Financial Economics, November, 1990.

"The Losses Realized in Bank Failures," Journal of Finance, September, 1991.

"Relationship-Specific Assets and the Pricing of Underwriter Services," Journal of Finance, December, 1992.

"Management and Organizational Changes in Banking: A Comparison of Regulatory Intervention with Private Creditor Actions in Nonbank Firms," (with J. Houston), Carnegie Rochester Conference Series on Public Policy, 1993.

"The Information Content of Distressed Restructurings involving Public and Private Debt Claims," (with D. Brown and B. Mooradian), Journal of Financial Economics, February, 1993.

"Asset Sales by Financially Distress Firms," (with D. Brown and R.M. Mooradian), Journal of Corporate Finance, April, 1994.

"When Do Banks Take Equity in Debt Restructurings?", Review of Financial Studies, Winter, 1995.

"CEO Compensation and Bank Risk: Is Compensation Structured in Banking Structured to Promote Risk-Taking?", Journal of Monetary Economics, November, 1995.

"Bank Debt Restructurings and the Composition of Exchange Offers in Financial Distress", Journal of Finance, June, 1996.

"Bank Information Monopolies and the Mix of Private and Public Debt Claims", (with J. Houston), Journal of Finance, December, 1996.

"Capital Market Frictions and the Role of Internal Capital Markets in Banking", (with J. Houston and D. Marcus), Journal of Financial Economics, November, 1997.

"Do Bank Internal Capital Markets Promote Lending?", (with J. Houston), Journal of Banking and Finance, November, 1998.

"Where Do Merger Gains Come From? Bank Mergers From the Perspective of Insiders and Outsiders." (with J. Houston and M. Ryngaert), Journal of Financial Economics, May 2001.

"Do Relationships Have Limits? Banking Relationships, Financial Constraints and Investment", (with J.Houston), Journal of Business, July 2001.

"Do Banks Provide Financial Slack?", (with C.Hadlock) Journal of Finance, June 2002.

**CURRENT RESEARCH:**

"What a Difference a Month Makes: Stock Analyst Valuations Following Initial Public Offerings", (with J. Karceski and J. Houston), under revision. (Prepared for Hong Kong Corporate Finance Conference, March 2003)

"Analysts' Target Prices Following IPO's; How Much Support do Analyst Provide?", (with J. Karceski and J. Houston), working paper.

"Smart Money or Captured Money; Differences in the Performance of Retail and Institutional Mutual Funds", (with J. Karceski), working paper.

"Behavioral Finance and Fraud on the Market: More than the Cammer Factors are Needed For Market Efficiency", work in progress.

"Do 10b5 Suits Keep Management Honest? Evidence From Earnings Forecast Errors", (with M. Hintze), work in progress.

"The Effects of Leverage on Operating Performance: An Analysis of Firms' Responses to Poor Performance," (with M. Ryngaert and D. Brown), working paper.

**OTHER PAPERS AND PUBLICATIONS:**

"Are Banks Still Special? New Evidence in the Corporate Capital-Raising Process", (with D. Smith), Journal of Applied Corporate Finance, Winter 2000

"Why Are Value Enhancing Mergers In Banking So Hard to Find? A Discussion of "Is the Bank Merger Wave of the 90's Efficient? Lessons from Nine Case Studies"" Kaplan, S. (Ed.), Mergers and Productivity, University of Chicago Press, Chicago, IL, 1999.

"Comment on Esty, Narasimhan, and Tufano" Journal of Banking and Finance, 23, 1999, 286-290.

"Using Internal Capital Markets to Lower Capital Costs in Banking" (with J Houston) Journal of Applied Corporate Finance, Summer, 1998.

Discussion of "Financial Institutions and Regulations: The Dilemma in a Deregulated World", Proceedings from Riksbank Conference: Forces for and Implications of Structural Changes in the Financial Sector, June 1997.

"Evolution of Extinction: Where are Banks Headed,?" Journal of Applied Corporate Finance, (with J. Houston), Summer, 1996.

"RAROC at Bank of America: From Theory to Practice,≡ Journal of Applied Corporate Finance, Summer, 1996.

"Bank Equity Positions in Distressed Firms," in Anthony Saunders and Ingo Walter, Universal Banking: Financial System Design Reconsidered (Irwin), 1996.

"The Use of Index Amortizing Swaps by Banc One", Journal of Applied Corporate Finance, (with C. Smith), Fall, 1994.

"Private Versus Public Creditor Experience in Distressed Firm Debt Restructurings," with D. Brown and M. Mooradian, in: Edward Altman, ed., Bankruptcy and Distressed Restructurings: Analytical Issues and Investment Opportunities, (Business One Irwin), 1994.

"Banc One's Index Amortizing Swap Strategy," (with C. Smith), Journal of Applied Corporate Finance, 1994.

"Studies in Financial Institution," Commercial Banks, (with C. Smith), 1994.

Statement of Christopher James, Professor, College of Business, The University of Florida at Gainesville at Hearing before the Senate Committee

on Banking, Housing and Urban Affairs - 102nd Congress, 4/26/91 (BIF Recapitalization).

"Off-Balance Sheet Activities and the Under Investment Problem in Banking," Journal of Accounting, Auditing, and Finance, Spring, 1989.

"The Incidence of Mispriced Deposit Insurance," presented, American Economic Association, meetings 1989.

"Are Bank Loans Different?: Some Evidence From the Stock Market," Journal of Applied Corporate Finance, (with P. Wier), Summer, 1988.

"Acquisitions in Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Are Bank Loans Special?" Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Economic Review, Federal Reserve Bank of San Francisco, Fall, 1987.

"Discussion: The Search for Financial Stability: The Past Fifty Years," Proceedings from the Federal Reserve Bank of San Francisco Conference on the Search for Financial Stability, June, 1985.

"An Analysis of FDIC Failed Bank Auction Procedures," Proceedings of a Conference on Bank Structure and Competition, (with P. Wier), May, 1985.

"Bank Holding Company Acquisitions and Managerial Efficiency," Proceedings of a Conference on Bank Structure and Competition, May, 1984.

"Market Based Measures of Risk for Banks and Savings and Loan Associations," Report prepared for the Federal Home Loan Bank Board, May, 1987.

"An Economic Analysis of Interindustry Acquisitions of Thrift Institutions," A Report prepared for the Office of the Comptroller of the Currency, February, 1982.

"Loan Rate Indexation and the Allocation of Bank Credit," Proceedings of a Conference on Bank Structure and Competition, May, 1980.

**SERVICE ACTIVITIES:**

Associate Editor: Journal of Banking and Finance, 1999-present.

Associate Editor: Journal of Financial Economics, 1993 - present.

Associate Editor: Journal of Financial Services Research, 1989-present.

Associate Editor: Journal of Managerial and Decision Economics, 1988-present.

Associate Editor: Journal of Finance, 1988-2000.

Co-Editor: Journal of Financial Intermediation, 1988-1999.

Associate Editor: Journal of Financial and Quantitative Analysis, 1982-1984.

Academic Board: Turnaround Management Association: 1990-present

Editorial Board: Federal Reserve Bank of New York: Economic Review

Reviewer: Journal of Finance; Journal of Money, Credit and Banking; Journal of Financial Economics; Journal of Financial Management; Journal of Banking and Finance; Journal of Business and Economics; Journal of Monetary Economics; American Economic Review; Journal of Political Economy; Review of Financial Studies; Journal of Corporate Finance; Journal of Law and Economics; Journal of Accounting and Economics

Program Committee: Financial Management Association, Western Finance Association, American Finance Association, European Finance Association.

**CONSULTING/EXECUTIVE EDUCATION ACTIVITIES:**

Board of Directors/Chairman, $ID^2$, Inc.

Advisory Board, SunTrust Bank.

Research Director, Garn Institute of Finance, Salt Lake City, Utah, 1987-1989.

Instructor, Pacific Coast Banking School: Commercial Lending, Financial Markets

Instructor, Bank Board of Directors School: Workout Lending

Executive Seminars on bank deregulation, valuation, venture capital, strategic management, lender liability, and asset and liability management.

Expert Witness: Cases involving antitrust, portfolio management, securities valuation, bank management, valuation of closely held firms, and regulatory matters.

Consultant: Bank product pricing, and portfolio management, utilities regulation, valuation of securities, mergers and acquisitions, and risk management

Consultant to the Office of the Comptroller of the Currency, 1982-1983: Bank and Thrift Mergers.

Consultant to the Investment Company Institute, 1983: Bank Offerings of Mutual Funds

Consultant to the FDIC, 1987-1990: Costs of Resolving Bank and Thrift Failures.

Recipient of a grant from MidAmerica Institute to study management compensation in banking, 1992.

Recipient of grant from Federal Home Loan Bank Board to study the information content of savings and loan accounting information.

Member: Research Committee: Garn Institute of Finance, 1989-1992.

Research Associate at the Business Regulation Study Center, 1980.

**AWARDS:**

Valedictorian, Michigan State University, 1973.

Harry R. Jacobs, Professional Service Award, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Florida, 1994, 1996, 1998, 1999, 2000.

# Exhibit B
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

*Citizens Federal Bank, A Federal Savings Bank, et al., v. United States of America*, No. 92-656C, United States Court of Federal Claims, deposition, 1999-2000.

*Edward E. Lucente v. IBM Corporation*, No: 99 Civ. 3987 (CM) (GAY), U.S. District Court Southern District of New York, deposition, 2000.

*Jeffrey H. Beck, as Trustee of Southeast Banking Corporation v. Deloitte & Touche and Deloitte Haskins & Sells* (U. S. District Court Southern Division of Florida, Miami Division), deposition, 2001.

*Granite Management Corporation v. United States*, No. 95-515C (U. S. Court of Federal Claims), deposition, 2001.

*Sterling Savings Association, Sterling Financial Corporation v. United States*, No. 95-829C (U. S. Court of Federal Claims), deposition, 2001.

*Astoria Federal Savings & Loan Association v. United States*, No. 95-468C (U. S. Court of Federal Claims), deposition, 2001.

*In re BankAmerica Corp. Securities Litigation*, MDL No. 1264, United States District Court, Eastern District of Missouri, deposition, 2001.

*California Federal Bank v. United States*, No. 92-138C (U. S. Court of Federal Claims), deposition and trial testimony, 2002.

*Comac Partners, L.P., et al., v. John J. Ghaznavi, et al., and Anchor Glass Container Corporation Litigation*, No. 18417, deposition, 2002.

*Ernst & Young, LLP v. Sphinx International, Inc.*, AAA No. 30-107-00252-1, arbitration testimony, 2002.

*Dr. Ben S. Branch, Trustee of Bank of New England Corporation v. Ernst & Young U.S., et al.*, C.A. No. 93-10024-RGS, deposition, 2002.

# Exhibit B
# Prior Testimony of Dr. Christopher M. James In the Previous Four Years

*Duramed Pharmaceuticals, Inc. v. Wyeth-Ayerst Laboratories, Inc.*, C.A. No. C-1-00-735, deposition, 2002.

*Fifth Third Bank of Western Ohio v. United States of America*, No. 95-503C, United States Court of Federal Claims, deposition and trial testimony, 2001, 2002, and 2003.

*KA Investments v. Number Nine Visual Technology Corp.*, No. 00 CV 10966 DPW, U.S. District Court, District of Massachusetts, deposition and trial testimony, 2003.

*In Re A.T. Cross Securities Litigation*, No. 00 203 ML, U.S. District Court, District of Rhode Island, deposition, 2003

*Long Island Savings Bank, FSB, and The Long Island Savings Bank of Centereach FSB, v. United States of America*, No. 92-517C, United States Court of Federal Claims, deposition, 1999-2000, 2003.

*LaSalle Talman Bank, F.S.B., v. United States of America*, No. 92-652C, United States Court of Federal Claims, deposition and trial testimony, 1998-1999, 2003.

*Smith v. Arthur Andersen et al.*, No. CIV-01-218-PHX-PGR, United States District Court for the District of Arizona, deposition, 2003.

*Land Development, Ltd. v. Arvida Managers-II, Inc.*, No. 96-0062-CA-15-N, The Circuit Court in and for the Eighteenth Judicial Circuit, Seminole County, Florida, deposition, 2003.

# Exhibit C

## Additional Documents Considered by *Dr. Christopher M. James* in Conjunction with Updated Report – January 9, 2004

| | | |
|---|---|---|
| Sterling Financial Corp., Press Release re Merger with Klamath First Bancorp, 1/2/04 | | |
| SFC-Klamath Merger prospectus | SG0900226 | SG0900371 |
| 09/30/03 10-Q | SG0900372 | SG0900409 |
| 06/30/03 10-Q | SG0900410 | SG0900447 |
| 03/31/03 10-Q | SG0900448 | SG0900487 |
| 09/03 TFR | SG0900488 | SG0900512 |
| 06/03 TFR | SG0900513 | SG0900538 |
| 03/03 TFR | SG0900539 | SG0900565 |
| 12/02 TFR | SG0900564 | SG0900592 |
| 09/02 TFR | SG0900593 | SG0900617 |
| 06/02 TFR | SG0900618 | SG0900643 |
| 03/02 TFR | SG0900644 | SG0900668 |
| 12/01 TFR | SG0900669 | SG0900694 |
| 03/01 TFR | SG0900695 | SG0900715 |
| SEC Form S-4, 08/03/01 | SG0900716 | SG0900818 |
| SEC Form S-4, 12/03/02 | SG0900819 | SG0901074 |
| Holding Company Examination 12/27/99 | SG0901075 | SG0901089 |
| Holding Company Examination 03/26/03 | SG0901090 | SG0901109 |
| Holding Company Examination 05/13/02 | SG0901110 | SG0901122 |
| Holding Company Examination 06/23/03 | SG0901123 | SG0901136 |
| | | |

| | | |
|---|---|---|
| Compliance Examination 12/14/99 | SG0901137 | SG0901170 |
| Compliance Examination 03/26/01 | SG0901171 | SG0901198 |
| Letter re: OTS Termination of Supervisory Agreement, dated May 24, 2001, with attached Supervisory Agreement, dated May 24, 1999 | SG0901199 | SG0901211 |
| CRA Performance Evaluation 12/14/99 | SG0901212 | SG0901249 |
| CRA Performance Evaluation 03/26/01 | SG0901250 | SG0901287 |
| Information Technology Examination 03/26/01 | SG0901288 | SG0901300 |
| Information Technology Examination 06/14/03 | SG0901301 | SG0901312 |
| Safety and Soundness ROE 12/27/99 | SG0901313 | SG0901360 |
| Safety and Soundness ROE 03/19/01 | SG0901361 | SG0901407 |
| Safety and Soundness ROE 05/13/02 | SG0901408 | SG0901432 |
| Safety and Soundness/Compliance ROE 08/04/03 | SG0901433 | SG0901482 |
| Sterling Capital Trust III $14,000,000 Floating Rate MMCapS (Liquidation Amount $1,000 per Capital Security) Memorandum of Closing: April 10, 2003 | SG0901483 | SG0901493 |
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of April 10, 2003<br>Wilmington Trust Company as Trustee<br>Floating Rate Junior Subordinated Debt Securities Due 2033 | SG0901494 | SG0901569 |
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of July 16, 2001<br>The Bank of New York as Trustee<br>Junior Subordinated Debt Securities | SG0901570 | SG0901645 |
| Junior Subordinated Indenture between<br>Sterling Financial Corporation and The Bank of New York as Trustee<br>Dated as of My 15, 2003 | SG0901646 | SG0901722 |
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of May 14, 2003<br>US Bank National Association as Trustee<br>Floating Rate Junior Subordinated Deferrable Interest Debentures Due 2033 | SG0901723 | SG0901785 |
| Sterling Financial Corporation as Issuer<br>Indenture Dated as of June 30, 2003 | SG0901786 | SG0901862 |

| | | |
|---|---|---|
| Wilmington Trust Company as Trustee<br>Floating Rate Junior Subordinated Debt Securities Due 2033 | | |

**Other Case Materials**

| | | |
|---|---|---|
| Updated Expert Report of Professor Paul Horvitz – December 10, 2003 | | |
| Expert Report of Mukesh Bajaj – April 22, 2002 | | |
| Expert Report of William G. Hamm – April 18, 2002 | | |
| Deposition of Mukesh Bajaj – June 20, 2002 | | |
| Deposition of William G. Hamm – November 5-6, 2002 | | |
| Analysis Prepared by Daniel G. Byrne, CFO of Sterling Savings<br>• Damages Calculation: CJ-4 Loss Due To Improper Enforcement of Loans-to-One-Borrower Regulation, 1/9/04<br>• Calculation of Damages: Regulatory Supervision Costs, 1/9/04<br>• 1989 Offering Circular Costs #91-1719-4, 1/9/04<br>• Calculation of Damages: Legal, Accounting, & Insurance, 1/9/04<br>• Damages Calculation: Increased Cost to Acquire Branch from Great American Savings/RTC, 1/9/04<br>• But-For RAP Supervisory Goodwill for Lost Profits [*Unused Tri-Cities NOL Balance used in FY91*], 2001<br>• Summary of Capital Raising, 2001 | | |

**Other Materials**

| | | |
|---|---|---|
| Thrift Financial Reports (Sheshunoff) – 2001 | SG0902007 | SG0902025 |
| Thrift Financial Reports (Sheshunoff) – 2002 | SG0902026 | SG0902045 |
| Sterling Financial Corporation 10-K 2000 | SG-0706352 | SG-0706459 |
| John C. Hull, *Options, Futures and Other Derivatives*, Fourth Edition, pp. 237-263. Prentice Hall, 1999. | | |
| 9/30/98 First Federal Savings and Loan Association of Montana (Big Sky Bancorp) TFR (Sheshunoff) | | |
| Bloomberg Historical Yield Curve Data, 12/31/03 | | |

| | | |
|---|---|---|
| *LaSalle Talman, F.S.B. v. United States*, 317 F.3d 1363 (Fed. Cir. 2003) | | |
| *Glendale Federal Bank, F.S.B. v. United States*, 239 F.3d 1381 (Fed. Cir. 2001) | | |
| *California Federal Bank, F.S.B. v. United States*, 245 F.3d. 1350 (Fed. Cir. 2001) | | |
| *Home Savings of America, F.S.B., and H.F. Ahmanson & Co. v. United States*, 92-620C, September 3, 2003 | | |
| Federal Reserve Bank of St. Louis, 5-Year Treasury Constant Maturity Rate, 11/20/91 | | |
| Federal Reserve Bank of St. Louis, 1-Year Treasury Constant Maturity Rate, 11/1/91 – 3/1/93 | | |
| Federal Reserve Bank of St. Louis, 10-Year Treasury Constant Maturity Rate, 11/1/91 – 3/1/93 | | |
| Federal Reserve Bank of St. Louis, 30-Year Treasury Constant Maturity Rate, 11/1/91 – 3/1/93 | | |
| *CRSP* stock data, 11/21/91 – 11/19/92 | | |
| *CRSP* Data Description Guide | | |

# *Exhibit D*

## *Sterling Savings Association*

### Summary of Lost Profits and Actual Cost of Mitigation

($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Profits 1989 – 1993** | $5,447 |
| | **Net Mitigation Costs** | |
| [2] | 1991 through 2003 | $9,464 |
| [3] | 2004 Through End of Contracts | $1,814 |
| [4] | **Transaction Costs of Mitigation Capital** | $3,327 |
| [5] | **Wounded Bank Cost** | $4,556 |
| | **Total Mitigation Damages** | **$24,608** |

Notes:
[1] See Exhibit E.
[2] See Exhibit F.
[3] See Exhibit I.
[4] See Exhibit J.
[5] See Exhibit K.

# *Exhibit E*

# Assumes Mitigating Capital Raises

## Calculation of Lost Earnings on Foregone Assets Through 1993
## Amortize Capital Credits from Lewis Federal and Tri-Cities
## Index of Tables

*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*
*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*
*Table 3b: Calculation of Returns Applicable to Foregone Assets*
*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*
*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*
*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*
*Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89*

*Table 5: But-For Bank*

*Table 6: Addendum For Supervisory Intangibles*

*Table 7: Addendum For Non-Supervisory Goodwill*

# Exhibit E

# Sterling Savings Association

## Calculation of Lost Earnings on Foregone Assets

## *Table 1: Summary of Lost Earnings Calculation*

($ in Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | | *Incremental Bank* | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 6/30/1989 | $730,933 | $730,933 | $0 | | |
| 12/31/1989 | 708,213 | 747,390 | 39,177 | 0.33% | 0 |
| 6/30/1990 | 688,990 | 748,524 | 59,534 | 0.25% | 97 |
| 6/30/1991 | 608,999 | 781,622 | 172,623 | 0.94% | 561 |
| 6/30/1992 | 640,887 | 785,718 | 144,831 | 1.78% | 3,066 |
| 6/30/1993 | | | | 1.78% | 1,723 |
| | | | | | $5,447 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90, which are for the six months ended as of each date.

A From table 2a, column A.

B From table 5, column C.

D From Table 3a, column G. For period ending 6/30/90, ROAA reflects the return for the six month period presented (and is not presented on a per annum basis).

E Pre-tax, pre-amortization net income from incremental assets. Figure for 6/30/93 is calculated as foregone assets at 6/30/92 times the pro-rated return for the eight month period ended 2/28/93.

# Exhibit E

## Sterling Savings Association

### Table 2a: Actual Bank and Intervest Financial Data

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Core Capital | Core Capital Ratio | Capital Raised/ Downstreamed | Total Goodwill |
| 6/30/1989 | 730,933 | | | | | | | | | |
| 12/31/1989 | 708,213 | 627 | 324 | 1,620 | 2,571 | 112 | (994) | -0.14% | 0 | 20,983 |
| 6/30/1990 | 688,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 |
| 6/30/1991 | 608,999 | 2,020 | 590 | 2,770 | 5,380 | 394 | 7,920 | 1.30% | 0 | 14,573 |
| 6/30/1992 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 23,052 | 10,649 |
| 6/30/1993 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date. Data are unconsolidated.

A - D & F & J: Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b).

G: Actual data from Thrift Financial Reports (Sheshunoff). Due to lack of available data, the figure for 12/31/89 is assumed to be core capital at 6/30/90 less net income over the six months ended 6/30/90.

I: Based on data from Sterling Savings annual reports and offering circulars. Figure for capital raised in 6/30/92 is the net proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

# Exhibit E

# Sterling Savings Association

## Table 2b: Data for Intervest Mortgage Investment Company

($ in Thousands)

| | A | B | C | D | E = B + C + D | G | H |
|---|---|---|---|---|---|---|---|
| Period Ended | Assets | Net Income | Taxes | Amortization of Goodwill | Pre-Tax, Pre-Amortization Income | Dividends | Equity |
| 6/30/1989 | | | | | | | |
| 12/31/1989 | | | | | | | |
| 6/30/1990 | | | | | | | |
| 6/30/1991 | | | | | | | |
| 6/30/1992 | | | | | | | |
| 6/30/1993 | 992 | 11 | 0 | - | 11 | - | 981 |

Note: All data are as of or for the fiscal year specified. Data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

G Dividends were not listed in the consolidating financial statements.

APP. 225

# Exhibit E

## Sterling Savings Association

### Table 3a: Estimates for the But-For and Incremental Banks

($ in Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Estimated Capital Ratio | Adjustments to But-For: Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Maximum Internal Asset Growth Rate | Estimated External Growth (Acquired Assets) | Adjusted ROAA |
| 6/30/1989 | | | | | | | | | |
| 12/31/1989 | 4.16% | 0 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1989 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase(-$0.115m). Income: Adjustment for wounded bank damages. | 37% | See footnote [d]. | 2.91% | 0 | 0.33% |
| 6/30/1990 | 4.15% | 1,116 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 6/30/1991 | 4.24% | 1,091 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.94% |
| 6/30/1992 | 5.00% | 1,057 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.78% |
| 6/30/1993 | N/A | 591 | N/A | Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.78% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 taken from projected RAP leverage ratios in Sterling's August 1989 Business Plan.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3c, column F. Adjustments to but-for capital & assets based on data from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G).

C Estimated to be 37% of incremental earnings for 1989 – 1993, based on guidance provided by Dan Byrne, CFO, of Sterling Savings Association.

D Assumed to be the actual dividends paid plus the required dividends on the unit offering and, starting in fiscal 1992, the required dividends on the series B preferred. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89). Annual dividends on the series B preferred are calculated as $2.50, the required per share dividend, times 89,968, the number of shares outstanding at the time of conversion (Source: Sterling Savings 1991 Annual Report, p. 35, Sterling Savings 1992 Annual Report, p. 25). For fiscal 1992, the annual dividend amount of $224,920 is pro-rated to reflect approximately seven months, the time from the November 1991 conversion to the end of the fiscal year. The pro-rated amount is $136,826.

E From Table 3e, column F.

F From Table 3e, column B.

G From Table 3b, column F.

# Exhibit E

## Sterling Savings Association

### Table 3b: Calculation of Returns Applicable to Foregone Assets

($ in Thousands)

| | A | B | C | D | E = B - C -D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| Period Ended | Actual Assets | Pre-Tax, Pre-Amortization Income | Actual Accretion Income | Adjustments to Earnings due to Non-recurring or Breach-induced Gains/(Losses) | Adjusted Pre-Tax, Pre-Amort. Earnings | Adjusted ROAA |
| 6/30/1989 | 730,933 | | | | | |
| 12/31/1989 | 708,213 | 2,571 | 178 | 0 | 2,393 | 0.33% |
| 6/30/1990 | 688,990 | 786 | 178 | (1,116) | 1,724 | 0.25% |
| 6/30/1991 | 608,999 | 5,380 | 354 | (1,091) | 6,117 | 0.94% |
| 6/30/1992 | 640,887 | 10,395 | 351 | (1,057) | 11,101 | 1.78% |
| 6/30/1993 | 1,032,538 | 14,775 | 437 | (591) | 14,930 | 1.78% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each dnto.

A Actual data from Thrift Financial Reports (Sheshunoff) for Sterling Savings and from consolidating financials for 6/30/93 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion Income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

# Exhibit E

## Sterling Savings Association

### Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - (C / B) | E | F = D + E | G |
| Period Ended | Extraordinary Items net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 6/30/1989 | | | | | | | |
| 12/31/1989 | $0 | $951 | $324 | $0 | $0 | $0 | ($115) |
| 6/30/1990 | 0 | (847) | (487) | 0 | (1,116) | (1,116) | |
| 6/30/1991 | 298 | 2,312 | 590 | 400 | (1,491) | (1,091) | |
| 6/30/1992 | (522) | 8,585 | 3,319 | (851) | (206) | (1,057) | |
| 6/30/1993 | (424) | 12,970 | 4,920 | (683) | 92 | (591) | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.
A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff).
D Extraordinary Items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.
E From Table 3d, column F.
G Source: Data from Sterling Savings Association.

# Exhibit E

## Sterling Savings Association

### Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ-4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 6/30/1989 | | | | | | |
| 12/31/1989 | $0 | $0 | $0 | $0 | | $0 |
| 6/30/1990 | (6) | (75) | (1,004) | (31) | | (1,116) |
| 6/30/1991 | (1,189) | (66) | 0 | (236) | | (1,491) |
| 6/30/1992 | (138) | (32) | 0 | (37) | | (206) |
| 6/30/1993 | 92 | 0 | 0 | 0 | | 92 |
| Total | $(1,241) | $(172) | $(1,004) | $(304) | $0 | ($2,721) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date.
Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9).
Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

# Exhibit E

# Sterling Savings Association

## Table 3e: Summary of Internal versus External Growth in Total Assets

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 6/30/1989 | 730,933 | 0 | | | | |
| 12/31/1989 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 6/30/1990 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 6/30/1991 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 6/30/1992 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 6/30/1993 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date. Data are unconsolidated.

A From table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. For 6/30/93, the growth rate on to be the same as the Internal growth of the actual bank as reflected in column E.

# *Exhibit E*

## *Sterling Savings Association*

## *Table 4a:* Goodwill and Intangibles Data for the But-For Bank

($ In Thousands)

| | Supervisory Intangibles Only | | | | | | | Non-Supervisory Intangibles | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A = B + C + D | B | C | D | E | F | G | H | I | J = E + F + G + I |
| Period Ended | Total Unidentified and Identified Intangibles | Capital Credit | Identified Intangibles | SGW | Contractual Amortization of Supervisory Goodwill and Capital Credit | Adjustments to Supervisory Goodwill (benefit) | NOL's | Total Balances | Total Amortization of Non-Supervisory Intangibles | Total Amortization, Adjustments and NOL's |
| 6/30/1989 | $34,766 | $12,342 | $6,075 | $16,349 | 2,344 | 0 | 59 | 1,407 | 108 | 2,512 |
| 12/31/1989 | 32,583 | 11,929 | 5,670 | 14,984 | 1,990 | 0 | 193 | 1,353 | 54 | 2,238 |
| 6/30/1990 | 31,159 | 11,516 | 5,265 | 14,378 | 1,778 | (354) | 0 | 1,299 | 54 | 1,478 |
| 6/30/1991 | 25,246 | 10,691 | 4,455 | 10,101 | 2,893 | 0 | 3,020 | 1,190 | 108 | 6,021 |
| 6/30/1992 | 20,848 | 9,865 | 3,645 | 7,338 | 2,807 | 1,591 | 0 | 1,082 | 108 | 4,506 |
| 6/30/1993 | 18,133 | 9,039 | 2,835 | 6,259 | 2,716 | 0 | 0 | 974 | 108 | 2,824 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Contractual intangibles from Lewis Federal, Tri-Cities and Central Evergreen supervisory acquisitions. Based on data from Sterling Savings Association.

B From table 6, column E. Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

D From table 6, column I. Supervisory goodwill from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

E See note A above. Amortization of the supervisory goodwill is based on data from Sterling Savings Association. Amortization of the capital credit is from table 6, columns B and D.

F & G Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

H & I Assumed balances and amortization of intangibles resulting from the Lewis & Clark merger (FY83). The goodwill amortization for this deal is modeled on an assumed straight-line basis through 2000. All data is based on information from Sterling Annual Reports. From table 7, columns D and H.

# *Exhibit E*

## *Sterling Savings Association*

### *Table 4b: Calculation of Total Disallowed Intangibles at 12/31/89*

($ in Thousands)

| | Supervisory Intangibles Only | | | | | | |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F = (B+C) - (D+E) | G = A + F |
| Period ended | Capital Credit | Identified Intangibles | SGW | Qualifying SGW | Other Qualifying Intangibles | Disallowed Identified and Unidentified Intangible Capital | Total Disallowed Intangibles |
| 6/30/1989 | $12,342 | $6,075 | $16,349 | | | n/a | n/a |
| 12/31/1989 | $11,929 | $5,670 | $14,984 | 10,308 | 0 | 10,345 | 22,275 |
| 6/30/1990 | $11,516 | $5,265 | $14,378 | 10,036 | 0 | 9,607 | 21,123 |
| 6/30/1991 | $10,691 | $4,455 | $10,101 | 8,903 | 1,584 | 4,069 | 14,759 |
| 6/30/1992 | $9,865 | $3,645 | $7,338 | 6,288 | 3,327 | 1,368 | 11,233 |
| 6/30/1993 | $9,039 | $2,835 | $6,259 | 7,673 | 2,575 | (1,155) | 7,885 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.
A From Table 4a, column B.
B From Table 4a, column C.
C From Table 4a, column D.
D & E Actual data from Thrift Financial Reports (Sheshunoff).

APP. 232

# Exhibit E
# Sterling Savings Association
## Table 5: But-For Bank
($ in Thousands)

| | A | B | C | D | E | F | G = D - E - F | H | I | J = I / C | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised / Adjustments to Core Capital |
| 6/30/1989 | | | 730,933 | | | | | | | | |
| 12/31/1989 | 752,177 | 747,390 | 747,390 | 2,571 | 324 | 2,045 | 202 | 353 | 31,054 | 4.16% | 10,385 |
| 6/30/1990 | 774,026 | 748,524 | 748,524 | 1,998 | (38) | 1,833 | 204 | 241 | 31,071 | 4.15% | 0 |
| 6/30/1991 | 813,762 | 781,622 | 781,622 | 7,032 | 1,201 | 3,001 | 2,830 | 876 | 33,133 | 4.24% | 0 |
| 6/30/1992 | 849,745 | 785,718 | 785,718 | 14,518 | 4,845 | 2,916 | 6,758 | 713 | 39,286 | 5.00% | 0 |
| 6/30/1993 | N/A | N/A | N/A | 17,951 | 5,776 | 2,824 | 9,351 | 1,153 | N/A | N/A | N/A |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Calculated as column c[t-1] times (1 plus table 3a, column E), plus table 3a, column F.

B Calculated as column I divided by table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from table 3a, column B, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractual amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column E + Table 4a, column I.)

H Assumed to be the actual dividends paid plus the required dividends on the unit offering and, starting in fiscal 1992, the required dividends on the series B preferred. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89). Annual dividends on the series B preferred are calculated as $2.50, the required per share dividend, times 89,968, the number of shares outstanding at the time of conversion (Source: Sterling Savings 1991 Annual Report, p. 35, Sterling Savings 1992 Annual Report, p. 25). For fiscal 1992, the annual dividend amount of $224,920 is pro-rated to reflect approximately seven months, the time from the November 1991 conversion to the end of the fiscal year. The pro-rated amount is $136,826.

I Calculated as the sum of the But-For Bank's previous year's core capital, plus the current year's net income, less dividends paid out, plus any additional capital raised, plus the amortization of non-supervisory intangibles. (Calculated as columns I[t-1] + G - H + K + Table 4a, column I.) 12/31/89 But-For core capital is calculated as the sum of the Actual Bank's 12/31/89 core capital, plus disallowed supervisory intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends, plus amortization of non-supervisory intangibles.
(Calculated as Table 2a, column G + Table 4b, column G + column K + ((column G - Table 2a, column B) - (column H - Table 2a, column F)) + Table 4a, column I).

K From Table 3a, column B.

# Exhibit E

## Sterling Savings Association

### Table 6: Addendum For Supervisory Intangibles

($ In Thousands)

| | Capital Credit | | | | | Supervisory Goodwill | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I = F + G + H |
| | Lewis Federal | | Tri-Cities | | Total | Lewis Federal | Tri-Cities | Central Evergreen | Total |
| Period Ended | Balance | Amortization | Balance | Amortization | Balance | Balance | Balance | Balance | Balance |
| 11/5/1985 | $1,750 | | | | $1,750 | $2,044 | | | $2,044 |
| 12/31/1985 | 1,743 | $7 | | | $1,743 | 2,036 | | | 2,036 |
| 6/30/1986 | 1,721 | 22 | | | $1,721 | 1,814 | | | 1,814 |
| 6/30/1987 | 1,677 | 44 | | | $1,677 | 1,768 | | | 1,768 |
| 4/8/1988 | | | $11,730 | | | | | | |
| 6/30/1988 | 1,633 | 44 | 11,535 | $196 | $13,168 | 1,743 | $2,176 | | 3,919 |
| 6/30/1989 | 1,590 | 44 | 10,753 | 782 | $12,342 | 1,696 | 2,028 | $12,625 | 16,349 |
| 12/31/1989 | 1,568 | 22 | 10,362 | 391 | $11,929 | 1,673 | 1,955 | 11,357 | 14,984 |
| 6/30/1990 | 1,546 | 22 | 9,971 | 391 | $11,516 | 1,649 | 1,881 | 10,847 | 14,378 |
| 6/30/1991 | 1,502 | 44 | 9,189 | 782 | $10,691 | 1,603 | 1,380 | 7,118 | 10,101 |
| 6/30/1992 | 1,458 | 44 | 8,407 | 782 | $9,865 | 1,556 | 812 | 4,971 | 7,338 |
| 6/30/1993 | 1,415 | 44 | 7,625 | 782 | $9,039 | 1,509 | 736 | 4,013 | 6,259 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date, and 11/5/85 and 4/8/88, which reflect the beginning capital credit balances from the Lewis Federal and Tri-Cities acquisitions.

A, C, F – H Based on data from Sterling Savings Association.

B Assumes a 40 year amortization schedule.

D Assumes a 15 year amortization schedule.

# Exhibit E
## Sterling Savings Association
### Table 7: Addendum for Non-Supervisory Goodwill

Source: Sterling Annual Reports and TFRs
($ in thousands)

| | Assumed Straight-Line Amortization | | | | | Balances | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D = A + B + C | | E | F | G | H = E + F + G |
| Period Ended | Lewis & Clark | WA & OR Branches | KeyBank | Total Amortization | Explanation | Lewis & Clark | WA & OR Branches | KeyBank | Total |
| 6/30/83 | | | | 0 | • Lewis and Clark S&LA was merged into Sterling on 6/30/83 and $2.056m in goodwill was recorded to be amortized using the interest-method over 19 years. Source: 1983 AR, Note 12. | 2,056 | | | 2,056 |
| 6/30/84 | 108 | | | 108 | | 1,948 | | | 1,948 |
| 6/30/85 | 108 | | | 108 | | 1,840 | | | 1,840 |
| 6/30/86 | 108 | | | 108 | | 1,731 | | | 1,731 |
| 6/30/87 | 108 | | | 108 | | 1,623 | | | 1,623 |
| 6/30/88 | 108 | | | 108 | | 1,515 | | | 1,515 |
| 6/30/89 | 108 | | | 108 | | 1,407 | | | 1,407 |
| 6/30/90 | 108 | | | 108 | | 1,299 | | | 1,299 |
| 6/30/91 | 108 | | | 108 | | 1,190 | | | 1,190 |
| 6/30/92 | 108 | | | 108 | | 1,082 | | | 1,082 |
| 6/30/93 | 108 | | | 108 | | 974 | | | 974 |
| Total: | 1,082 | 0 | 0 | 1,082 | | | | | |

H The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000.

# *Exhibit F*

## *Sterling Savings Association*

## Actual Cost of Mitigation

## Raised Capital to Mitigate Contractual Intangibles

## *1991 through 2003*

($ in thousands)

| [1] | [2] | [3] | [4] | [5] | [6] = [2] * [5] | [7] = [4] - [6] |
|---|---|---|---|---|---|---|
| Year End | Weighted Average Capital Raised Balance | Total Dividend After Tax at 10.75% | Total Dividend Before Tax at 17.1% | Cash Benefit Rate of Capital | Cash Benefit of Capital | Net Cost of Capital |
| 12/31/1991 | 1,284.2 | 138.1 | 219.1 | 9.29% | 119.3 | 99.9 |
| 12/31/1992 | 11,718.8 | 1,259.8 | 1,999.6 | 8.76% | 1,026.9 | 972.7 |
| 12/31/1993 | 15,890.2 | 1,708.2 | 2,711.4 | 6.75% | 1,072.2 | 1,639.2 |
| 12/31/1994 | 14,282.5 | 1,535.4 | 2,437.1 | 6.66% | 951.4 | 1,485.7 |
| 12/31/1995 | 11,921.9 | 1,281.6 | 2,034.3 | 7.32% | 872.4 | 1,161.9 |
| 12/31/1996 | 9,653.7 | 1,037.8 | 1,647.3 | 7.25% | 699.8 | 947.5 |
| 12/31/1997 | 7,861.6 | 845.1 | 1,341.5 | 7.62% | 599.0 | 742.5 |
| 12/31/1998 | 6,557.4 | 704.9 | 1,118.9 | 7.29% | 478.3 | 640.6 |
| 12/31/1999 | 5,381.1 | 578.5 | 918.2 | 7.22% | 388.4 | 529.8 |
| 12/31/2000 | 4,336.7 | 466.2 | 740.0 | 7.81% | 338.9 | 401.1 |
| 12/31/2001 | 3,410.2 | 366.6 | 581.9 | 7.21% | 245.8 | 336.1 |
| 12/31/2002 | 2,536.8 | 272.7 | 432.9 | 6.04% | 153.3 | 279.6 |
| 12/31/2003 | 1,959.6 | 210.7 | 334.4 | 5.45% | 106.7 | 227.7 |
| | | | | | Total Cost = | $9,464.3 |

**Notes**

[2] See Exhibit G, column [j].

[3] Equals [2] x 10.75%.

[4] Pre-tax dividend cost of common and preferred stock. Assumes a 37% marginal tax rate. (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings.)

[5] See Exhibit H, column [h].

APP. 236

# *Exhibit G*

## *Sterling Savings Association*

## Capital Raised Assumed to Mitigate Contractual Intangibles

Source: Documents received from Sterling Savings Association; Sheshunoff

| Date | Amortizing Capital Credit | SGW & Intangibles | Contractual Intangibles | Assumed Mitigation Capital 1991 | Assumed Mitigation Capital Conversion of Preferred 1991 | Assumed Mitigation Capital 1993 | Total | Contractual Intangibles Mitigated | Annual Weighted Avg. of Raised Capital | Net Annual Weighted Avg. of Raised Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] = [a] + [b] | [d] | [e] | [f] | [g]=[d]+[e]+[f] | [h]=Min([c],[g]) | [i] | [j] |
| 12/31/1989 | 11,929 | 20,654 | 32,583 | | | | - | - | | |
| 12/31/1990 | 11,104 | 18,296 | 29,399 | | | | - | - | | |
| 11/21/1991 | 10,368 | 14,000 | 24,368 | 11,719 | 2,100 | | 13,819 | 13,819 | | |
| 12/31/1991 | 10,278 | 13,471 | 23,749 | 11,719 | 2,100 | | 13,819 | 13,819 | 1,514 | 1,284 |
| 12/31/1992 | 9,452 | 10,038 | 19,490 | 11,719 | 2,100 | | 13,819 | 13,819 | 13,819 | 11,719 |
| 2/28/1993 | 9,319 | 9,738 | 19,056 | 11,719 | 2,100 | 12,900 | 26,719 | 19,056 | | |
| 12/31/1993 | 8,626 | 8,179 | 16,806 | 11,719 | 2,100 | 12,900 | 26,719 | 16,806 | 17,246 | 15,890 |
| 12/31/1994 | 7,801 | 6,396 | 14,196 | 11,719 | 2,100 | 12,900 | 26,719 | 14,196 | 15,501 | 14,283 |
| 12/31/1995 | 6,975 | 4,707 | 11,682 | 11,719 | 2,100 | 12,900 | 26,719 | 11,682 | 12,939 | 11,922 |
| 12/31/1996 | 6,149 | 3,124 | 9,273 | 11,719 | 2,100 | 12,900 | 26,719 | 9,273 | 10,477 | 9,654 |
| 12/31/1997 | 5,323 | 2,468 | 7,792 | 11,719 | 2,100 | 12,900 | 26,719 | 7,792 | 8,532 | 7,862 |
| 12/31/1998 | 4,497 | 1,944 | 6,442 | 11,719 | 2,100 | 12,900 | 26,719 | 6,442 | 7,117 | 6,557 |
| 12/31/1999 | 3,672 | 1,567 | 5,238 | 11,719 | 2,100 | 12,900 | 26,719 | 5,238 | 5,840 | 5,381 |
| 12/31/2000 | 2,846 | 1,329 | 4,175 | 11,719 | 2,100 | 12,900 | 26,719 | 4,175 | 4,707 | 4,337 |
| 12/31/2001 | 2,020 | 1,207 | 3,227 | 11,719 | 2,100 | 12,900 | 26,719 | 3,227 | 3,701 | 3,410 |
| 12/31/2002 | 1,194 | 1,085 | 2,279 | 11,719 | 2,100 | 12,900 | 26,719 | 2,279 | 2,753 | 2,537 |
| 12/31/2003 | 955 | 1,019 | 1,974 | 11,719 | 2,100 | 12,900 | 26,719 | 1,974 | 2,127 | 1,960 |
| 12/31/2004 | 911 | 972 | 1,884 | 11,719 | 2,100 | 12,900 | 26,719 | 1,884 | 1,929 | 1,778 |
| 12/31/2005 | 868 | 926 | 1,794 | 11,719 | 2,100 | 12,900 | 26,719 | 1,794 | 1,839 | 1,694 |
| 12/31/2006 | 824 | 879 | 1,703 | 11,719 | 2,100 | 12,900 | 26,719 | 1,703 | 1,748 | 1,611 |
| 12/31/2007 | 780 | 832 | 1,613 | 11,719 | 2,100 | 12,900 | 26,719 | 1,613 | 1,658 | 1,528 |
| 12/31/2008 | 736 | 786 | 1,522 | 11,719 | 2,100 | 12,900 | 26,719 | 1,522 | 1,567 | 1,444 |
| 12/31/2009 | 693 | 739 | 1,432 | 11,719 | 2,100 | 12,900 | 26,719 | 1,432 | 1,477 | 1,361 |
| 12/31/2010 | 649 | 692 | 1,341 | 11,719 | 2,100 | 12,900 | 26,719 | 1,341 | 1,387 | 1,278 |
| 12/31/2011 | 605 | 646 | 1,251 | 11,719 | 2,100 | 12,900 | 26,719 | 1,251 | 1,296 | 1,194 |
| 12/31/2012 | 561 | 599 | 1,161 | 11,719 | 2,100 | 12,900 | 26,719 | 1,161 | 1,206 | 1,111 |
| 12/31/2013 | 518 | 552 | 1,070 | 11,719 | 2,100 | 12,900 | 26,719 | 1,070 | 1,115 | 1,028 |
| 12/31/2014 | 474 | 506 | 980 | 11,719 | 2,100 | 12,900 | 26,719 | 980 | 1,025 | 944 |
| 12/31/2015 | 430 | 459 | 889 | 11,719 | 2,100 | 12,900 | 26,719 | 889 | 934 | 861 |
| 12/31/2016 | 386 | 412 | 799 | 11,719 | 2,100 | 12,900 | 26,719 | 799 | 844 | 778 |
| 12/31/2017 | 343 | 366 | 708 | 11,719 | 2,100 | 12,900 | 26,719 | 708 | 754 | 694 |
| 12/31/2018 | 299 | 319 | 618 | 11,719 | 2,100 | 12,900 | 26,719 | 618 | 663 | 611 |
| 12/31/2019 | 255 | 272 | 528 | 11,719 | 2,100 | 12,900 | 26,719 | 528 | 573 | 528 |
| 12/31/2020 | 211 | 226 | 437 | 11,719 | 2,100 | 12,900 | 26,719 | 437 | 482 | 444 |
| 12/31/2021 | 168 | 179 | 347 | 11,719 | 2,100 | 12,900 | 26,719 | 347 | 392 | 361 |
| 12/31/2022 | 124 | 132 | 256 | 11,719 | 2,100 | 12,900 | 26,719 | 256 | 301 | 278 |

# *Exhibit G*

## *Sterling Savings Association*

## Capital Raised Assumed to Mitigate Contractual Intangibles

Source: Documents received from Sterling Savings Association; Sheshunoff

| Date | Amortizing Capital Credit | SGW & Intangibles | Contractual Intangibles | Assumed Mitigation Capital: 1991 | Assumed Mitigation Capital: Conversion of Preferred 1991 | Assumed Mitigation Capital: 1993 | Total | Contractual Intangibles Mitigated | Annual Weighted Avg. of Raised Capital | Net Annual Weighted Avg. of Raised Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] = [a] + [b] | [d] | [e] | [f] | [g]=[d]+[e]+[f] | [h]=Min([c],[g]) | [i] | [j] |
| 12/31/2023 | 80 | 86 | 166 | 11,719 | 2,100 | 12,900 | 26,719 | 166 | 211 | 194 |
| 12/31/2024 | 36 | 39 | 75 | 11,719 | 2,100 | 12,900 | 26,719 | 75 | 121 | 111 |
| 12/31/2025 | - | - | - | 11,719 | 2,100 | 12,900 | 26,719 | - | 38 | 35 |

Notes:

[a] Straight line amortization for Tri-Cities and Lewis Federal. Source: *But-For RAP Supervisory Goodwill (QUARTERLY recreation of "SUPERV GW") [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.

[b] Straight line amortization taking into account NOL adjustments for Tri-Cities, Lewis Federal and Central Evergreen. Source: *But-For RAP Supervisory Goodwill (QUARTERLY recreation of "SUPERV GW") [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.

[d] Based on data from 6/30/1992 Annual Reports, pp 18, 28. Figure for capital raised in 1991 is the gross proceeds for the issuance of 2.875M shares of common stock at $8.25 per share excluding the estimated gross proceeds from withdrawn 1989 Sterling unit offering of $12.0m (see Sterling Savings Association 1990 Annual Report, p.3).

[e] Based on 11/91 Offering Circular, p.14. This $2.1m in additional regulatory capital is from conversion of series B preferred to common stock. The $2.1m is taken to mitigate contractual intangibles at no cost.

[f] On 2/28/93, Sterling Financial Corporation downstreamed $12.9 million to Sterling Savings Association.

[i] For years 1991 and 1993, average amount of raised capital is calculated by weighting the newly raised capital using the timing of capital availability. For years 1992, 1994 through 2025, the average is a simple average of the column [h] for the years [t] and [t-1].

[j] = [i] * (1-([e] / [g])).

APP. 237

APP. 238

# *Exhibit H*

## *Sterling Savings Association*

## Calculation of Cash Benefit Yield

Source: Sterling Savings Thrift Financial Reports (Sheshunoff) and TFR's, First Federal Savings and Loan Association of Montana Thrift Financial Reports (Sheshunoff)

*(In Thousands of Dollars)*

| | [a] | Gain (Loss) on Sale of Assets: | | | | | | | | [b] | [c] | [d] | [e] | [f] | [g] = [a] + [b] - [c] - [d] | [h] = [g] / [e] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Total Interest Income | Assets Held and Available for Sale | LOCOM Adj Made to Assets Held for Sale | Securities Held to Maturity | Real Estate Held for Investment | MPS Held for Investment | Other Sec Held for Investment | Loans Held for Investment | Other Assets Held for Investment | Total Gain (Losses) on Sale of Assets | Provision for Losses on Interest Bearing Assets | Provision for Losses on Non-Interest Bearing Assets | Tangible Assets | Tangible Assets Adjusted for Mergers | Total Yield on Tangible Assets ($) | Average Yield on Tangible Assets |
| 12/31/1991 | 12,711 | 17 | 0 | | 0 | 1,369 | 0 | 0 | 0 | 1,386 | 150 | 280 | 599,408 | | 13,667 | 8.29% |
| 3/31/1992 | 12,890 | 1 | 0 | | 0 | 0 | 1,590 | 0 | 0 | 1,591 | 250 | 77 | 619,930 | | 13,954 | 2.33% |
| 6/30/1992 | 13,175 | 1,952 | 0 | | 0 | 0 | 718 | 0 | 0 | 2,670 | 600 | 50 | 628,842 | | 15,195 | 2.43% |
| 9/30/1992 | 12,582 | 1,359 | 0 | | 0 | 0 | 20 | 0 | 0 | 1,379 | 450 | 3 | 651,197 | | 13,508 | 2.11% |
| 12/31/1992 | 12,653 | 0 | 0 | | 0 | 618 | 0 | 0 | 0 | 618 | 255 | 109 | 670,955 | | 12,907 | 1.95% |
| YE 92 | 51,100 | 3,312 | 0 | | 0 | 618 | 2,328 | 0 | 0 | 6,258 | 1,555 | 239 | 634,066 | | 55,564 | 8.76% |
| 3/31/1993 | 14,036 | 33 | 0 | | 0 | 0 | 0 | 0 | 0 | 33 | 375 | 171 | 866,772 | | 13,523 | 1.76% |
| 6/30/1993 | 16,771 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 420 | 260 | 1,023,009 | | 16,091 | 1.70% |
| 9/30/1993 | 17,219 | 0 | 0 | | 0 | 451 | -349 | 0 | 0 | 102 | 400 | 148 | 1,045,099 | | 16,773 | 1.62% |
| 12/31/1993 | 17,710 | -1 | 0 | | 0 | 316 | -72 | 0 | 0 | 243 | 400 | 91 | 1,125,516 | | 17,462 | 1.61% |
| YE 93 | 65,736 | 32 | 0 | | 0 | 767 | -421 | 0 | 0 | 378 | 1,595 | 670 | 946,270 | | 63,849 | 6.75% |
| 3/31/1994 | 18,196 | 262 | 0 | | 0 | 0 | 0 | 0 | 0 | 262 | 400 | 0 | 1,186,406 | | 18,058 | 1.56% |
| 6/30/1994 | 20,600 | 126 | 0 | | 0 | 0 | 0 | 0 | 0 | 126 | 400 | 37 | 1,344,936 | | 20,289 | 1.60% |
| 9/30/1994 | 23,233 | 56 | 0 | | 0 | 0 | 0 | 0 | 1,174 | 1,230 | 400 | 0 | 1,466,423 | | 24,063 | 1.71% |
| 12/31/1994 | 25,953 | 0 | 0 | | 0 | 0 | 0 | 0 | 1,463 | 1,463 | 400 | 0 | 1,589,358 | | 27,016 | 1.77% |
| YE 94 | 87,982 | 444 | 0 | | 0 | 0 | 0 | 0 | 2,637 | 3,081 | 1,600 | 37 | 1,342,528 | | 89,426 | 6.66% |
| 3/31/1995 | 27,677 | 122 | 0 | | 0 | 0 | 0 | 0 | 1,772 | 1,894 | 695 | 0 | 1,555,111 | | 28,876 | 1.84% |
| 6/30/1995 | 27,664 | 67 | 0 | | 0 | 0 | 0 | 0 | 1,200 | 1,267 | 400 | 34 | 1,524,309 | | 26,497 | 1.85% |
| 9/30/1995 | 27,790 | -2 | 0 | | 0 | 0 | 0 | 0 | 0 | -2 | 400 | 40 | 1,541,865 | | 27,348 | 1.78% |
| 12/31/1995 | 28,034 | 451 | 0 | | 0 | 0 | 0 | 0 | 0 | 451 | 400 | 0 | 1,496,870 | | 28,085 | 1.85% |
| YE 95 | 111,165 | 638 | 0 | | 0 | 0 | 0 | 0 | 2,972 | 3,610 | 1,895 | 74 | 1,541,503 | | 112,806 | 7.32% |
| 3/31/1996 | 26,911 | 17 | 0 | 0 | | | | 0 | 0 | 17 | 400 | 0 | 1,489,576 | | 26,528 | 1.78% |
| 6/30/1996 | 26,284 | 720 | 0 | 0 | | | | 0 | 63 | 783 | 400 | 28 | 1,473,728 | | 26,639 | 1.80% |
| 9/30/1996 | 26,893 | 565 | 0 | 0 | | | | 0 | 0 | 565 | 550 | 17 | 1,526,123 | | 26,891 | 1.79% |
| 12/31/1996 | 28,954 | 519 | 0 | 0 | | | | 0 | 0 | 519 | 650 | 13 | 1,530,075 | | 28,810 | 1.80% |
| YE 96 | 109,042 | 1,821 | 0 | 0 | | | | 0 | 63 | 1,884 | 1,900 | 58 | 1,503,274 | | 106,968 | 7.25% |
| 3/31/1997 | 29,186 | 439 | 0 | 0 | | | | 0 | -22 | 417 | 550 | 34 | 1,552,827 | | 29,019 | 1.88% |
| 6/30/1997 | 30,286 | 942 | 0 | 0 | | | | 5 | 15 | 962 | 550 | 14 | 1,674,363 | | 30,684 | 1.90% |
| 9/30/1997 | 34,273 | 855 | 0 | 0 | | | | 29 | 0 | 864 | 675 | 59 | 1,800,450 | | 34,423 | 1.95% |
| 12/31/1997 | 35,420 | 356 | 0 | 0 | | | | 0 | 5 | 361 | 675 | 0 | 1,863,398 | | 35,106 | 1.89% |
| YE 97 | 129,165 | 2,592 | 0 | 0 | | | | 34 | -2 | 2,624 | 2,450 | 107 | 1,696,223 | | 129,232 | 7.62% |
| 3/31/1998 | 34,248 | 1,090 | 0 | 0 | | | | 0 | 238 | 1,328 | 800 | 0 | 1,876,450 | | 34,776 | 1.86% |
| 6/30/1998 | 36,100 | 200 | 0 | 0 | | | | 0 | -120 | 157 | 2,005 | 0 | 2,013,123 | | 33,362 | 1.71% |
| 9/30/1998 | 37,830 | 875 | 0 | 0 | | | | 0 | 0 | 875 | 800 | 0 | 2,018,000 | 2,081,057 | 38,006 | 1.80% |
| 12/31/1998 | 40,646 | 1,121 | 0 | 0 | | | | 0 | 1 | 1,122 | 800 | 0 | 2,248,665 | | 40,968 | 1.89% |
| YE 98 | 148,884 | 3,472 | 0 | 0 | | | | 0 | 110 | 3,582 | 5,365 | 0 | 2,016,539 | | 147,101 | 7.29% |
| 3/31/1999 | 40,844 | 597 | 0 | 0 | | | | 318 | 0 | 915 | 900 | 0 | 2,289,380 | | 40,859 | 1.80% |
| 6/30/1999 | 42,546 | 6 | 0 | 0 | | | | 214 | -14 | 206 | 1,000 | 0 | 2,437,732 | | 41,752 | 1.77% |
| 9/30/1999 | 44,463 | 5 | 0 | 0 | | | | 241 | 20 | 266 | 1,000 | 0 | 2,445,902 | | 43,729 | 1.79% |
| 12/31/1999 | 46,261 | 6 | 0 | 0 | | | | 196 | 0 | 202 | 1,000 | 0 | 2,480,265 | | 45,463 | 1.85% |
| YE 99 | 174,114 | 614 | 0 | 0 | | | | 969 | 6 | 1,589 | 3,900 | 0 | 2,380,389 | | 171,803 | 7.22% |
| 3/31/2000 | 47,460 | 306 | 0 | 0 | | | | 0 | 0 | 306 | 1,100 | 0 | 2,546,776 | | 46,666 | 1.86% |

# *Exhibit H*

## *Sterling Savings Association*

## Calculation of Cash Benefit Yield

Source: Sterling Savings Thrift Financial Reports (Sheshunoff) and TFR's, First Federal Savings and Loan Association of Montana Thrift Financial Reports (Sheshunoff)

*(In Thousands of Dollars)*

| Date | [a] Total Interest Income | Gain (Loss) on Sale of Assets: Assets Held and Available for Sale | LOCOM Adj Made to Assets Held for Sale | Securities Held to Maturity | Real Estate Held for Investment | MPS Held for Investment | Other Sec Held for Investment | Loans Held for Investment | Other Assets Held for Investment | [b] Total Gain (Losses) on Sale of Assets | [c] Provision for Losses on Interest Bearing Assets | [d] Provision for Losses on Non-Interest Bearing Assets | [e] Tangible Assets | [f] Tangible Assets Adjusted for Mergers | [g] = [a] + [b] - [c] - [d] Total Yield on Tangible Assets ($) | [h] = [g] / [e] Average Yield on Tangible Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2000 | 50,309 | 373 | 0 | 0 | | | | 0 | 1 | 374 | 1,100 | 0 | 2,592,059 | | 49,583 | 1.93% |
| 9/30/2000 | 52,499 | 341 | 0 | 0 | | | | 0 | 1 | 342 | 1,100 | 0 | 2,624,758 | | 51,741 | 1.98% |
| 12/31/2000 | 53,637 | 294 | 0 | 0 | | | | 149 | 1 | 444 | 1,300 | 0 | 2,601,773 | | 52,781 | 2.02% |
| YE 00 | 203,905 | 1,314 | 0 | 0 | | | | 149 | 3 | 1,466 | 4,600 | 0 | 2,569,126 | | 200,771 | 7.81% |
| 3/31/2001 | 51,510 | 924 | 0 | 0 | | | | 0 | -1 | 923 | 1,400 | 25 | 2,602,306 | | 51,008 | 1.96% |
| 6/30/2001 | 49,211 | 508 | 0 | 0 | | | | 570 | 0 | 1,078 | 1,475 | 203 | 2,611,872 | | 48,611 | 1.86% |
| 9/30/2001 | 49,350 | 1,548 | 0 | 0 | | | | 0 | 0 | 1,548 | 1,525 | 106 | 2,901,860 | | 49,267 | 1.79% |
| 12/31/2001 | 49,837 | 2,655 | 0 | 0 | | | | 0 | -2 | 2,653 | 3,600 | 125 | 2,993,917 | | 48,765 | 1.65% |
| YE 01 | 199,908 | 5,635 | 0 | 0 | | | | 570 | -3 | 6,202 | 8,000 | 459 | 2,742,346 | | 197,651 | 7.21% |
| 3/31/2002 | 47,904 | 1,151 | 0 | 0 | | | | 0 | -1 | 1,150 | 2,086 | 163 | 2,951,349 | | 46,805 | 1.57% |
| 6/30/2002 | 47,148 | 856 | 0 | 0 | | | | 182 | 3 | 1,041 | 2,227 | 15 | 3,044,341 | | 45,947 | 1.53% |
| 9/30/2002 | 49,460 | 2,183 | 0 | 0 | | | | 14 | -2 | 2,195 | 3,277 | 60 | 3,285,024 | | 48,318 | 1.53% |
| 12/31/2002 | 50,605 | 2,681 | 0 | 0 | | | | 42 | -1 | 2,722 | 4,277 | 0 | 3,459,901 | | 49,050 | 1.45% |
| YE 02 | 195,117 | 6,871 | 0 | 0 | | | | 238 | -1 | 7,108 | 11,867 | 238 | 3,146,906 | | 190,120 | 6.04% |
| 3/31/2003 | 60,721 | 2,020 | 0 | 0 | | | | -140 | 10 | 2,703 | 2,250 | 130 | 3,771,500 | | 51,134 | 1.41% |
| 6/30/2003 | 61,997 | 3,212 | 0 | 0 | | | | 295 | -1 | 3,506 | 2,550 | 80 | 4,044,991 | | 52,873 | 1.35% |
| 9/30/2003 | 53,992 | 1,030 | 0 | 0 | | | | 123 | -31 | 1,122 | 2,650 | 35 | 4,026,308 | | 52,229 | 1.29% |
| YTD 9/03 | 156,710 | 7,171 | 0 | 0 | | | | 272 | -22 | 7,421 | 7,650 | 245 | 3,825,898 | | 156,236 | 5.45% |

Note: TFR data are from the Sheshunoff Database except for 1998 and 2003, which are from Sterling's hard copy TFR's for 1998 and 2003.

[e] Tangible assets at year end are calculated as the average of the five previous quarters. Tangible assets at YTD 9/03 are calculated as the average of the four previous quarters.

[f] Tangible assets as adjusted to reflect the pooling of interests merger with Big Sky Bancorp in November 1998. Source: Sterling Savings 1998 Annual Report, 9/30/98 First Federal Savings and Loan Association of Montana TFR (Sheshunoff).

[h] Quarterly average yield is calculated based on the average of the current and prior quarters' balance of tangible assets. Annual total yield is calculated based on the average of the previous five quarters.

# E... ..oit I

# *Sterling Savings Association*

## Actual Cost of Mitigation

## Raised Capital to Mitigate Contractual Intangibles

## *2004 through 2025*

($ in thousands)

| Year End | [1] Weighted Average Capital Raised Balance | [2a] Total Dividend After Tax at 10.75% | [2b] Total Dividend Before Tax at 17.1% | [3] Cash Benefit of Capital at 5.07% | [4] Net Cost of Capital | [5] Present Value of Net Cost Discounted at 5.07% |
|---|---|---|---|---|---|---|
| 12/31/2004 | 1,929.2 | 207.4 | 329.2 | 97.8 | 231.4 | 220.2 |
| 12/31/2005 | 1,838.7 | 197.7 | 313.8 | 93.2 | 220.5 | 199.8 |
| 12/31/2006 | 1,748.3 | 187.9 | 298.3 | 88.6 | 209.7 | 180.8 |
| 12/31/2007 | 1,657.9 | 178.2 | 282.9 | 84.1 | 198.8 | 163.1 |
| 12/31/2008 | 1,567.4 | 168.5 | 267.5 | 79.5 | 188.0 | 146.8 |
| 12/31/2009 | 1,477.0 | 158.8 | 252.0 | 74.9 | 177.1 | 131.7 |
| 12/31/2010 | 1,386.6 | 149.1 | 236.6 | 70.3 | 166.3 | 117.6 |
| 12/31/2011 | 1,296.2 | 139.3 | 221.2 | 65.7 | 155.5 | 104.7 |
| 12/31/2012 | 1,205.7 | 129.6 | 205.7 | 61.1 | 144.6 | 92.7 |
| 12/31/2013 | 1,115.3 | 119.9 | 190.3 | 56.5 | 133.8 | 81.6 |
| 12/31/2014 | 1,024.9 | 110.2 | 174.9 | 52.0 | 122.9 | 71.3 |
| 12/31/2015 | 934.4 | 100.5 | 159.4 | 47.4 | 112.1 | 61.9 |
| 12/31/2016 | 844.0 | 90.7 | 144.0 | 42.8 | 101.2 | 53.2 |
| 12/31/2017 | 753.6 | 81.0 | 128.6 | 38.2 | 90.4 | 45.2 |
| 12/31/2018 | 663.2 | 71.3 | 113.2 | 33.6 | 79.5 | 37.9 |
| 12/31/2019 | 572.7 | 61.6 | 97.7 | 29.0 | 68.7 | 31.1 |
| 12/31/2020 | 482.3 | 51.8 | 82.3 | 24.5 | 57.8 | 25.0 |
| 12/31/2021 | 391.9 | 42.1 | 66.9 | 19.9 | 47.0 | 19.3 |
| 12/31/2022 | 301.4 | 32.4 | 51.4 | 15.3 | 36.2 | 14.1 |
| 12/31/2023 | 211.0 | 22.7 | 36.0 | 10.7 | 25.3 | 9.4 |
| 12/31/2024 | 120.6 | 13.0 | 20.6 | 6.1 | 14.5 | 5.1 |
| 12/31/2025 | 37.7 | 4.1 | 6.4 | 1.9 | 4.5 | 1.5 |

**Future Damages from Mitigation of Contractual Intangibles Including Amortizing CC (2004 through end of contract): $1,814.0**

# E...oit I

## *Sterling Savings Association*

## Actual Cost of Mitigation

## Raised Capital to Mitigate Contractual Intangibles

## *2004 through 2025*

($ in thousands)

**Notes:**

[2a] After-tax dividend cost of preferred stock which assumes a 10.75% required dividend.

[2b] Pre-tax dividend cost of preferred stock. Assumes a 37% marginal tax rate. (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings.)

[3] Benefit of incremental tangible capital. Assumes a 5.07% return, which approximates the yield on government treasury bills and bonds as of December 31, 2003.

[4] Net cost is the pre-tax cost of preferred stock less the benefit of capital.

[5] Net cost discounted to year-end 2002 at 5.07%, which approximates the yield on government treasury bills and bonds as of December 31, 2003.

# *Exhibit J*

# *Sterling Savings Association*

# Transaction Costs of Mitigation Capital

| **1991 Common Stock Offering** | |
|---|---|
| Gross proceeds (2.875M shares @ $8.25 per share) | $23,718,750 [1] |
| Net proceeds | $20,952,000 [2] |
| **Underwriter discounts, commissions and other expenses** | **$2,766,750** |
| Cost of Warrants | $560,057 [3] |
| **Total Transaction Costs** | **$3,326,807** |

Notes:

[1] Sterling Savings Association's 1992 Annual Report, p. 18.

[2] Sterling Savings Association's 1992 Annual Report, p. 28.

[3] See Exhibit J, p.2.

# *Exhibit J*
# *Sterling Savings Association*
# Calculation of the Value of Warrants Issued to the Underwriters For 1991 Common Stock Offering

| | | |
|---|---|---|
| [a] | Stock Price (S) | $8.25 |
| [b] | Strike Price (X) | $9.90 |
| [c] | Offer Date | 11/20/1991 |
| [d] | Annualized Volatility (σ) | 0.51 |
| [e] | Maturity (years) (T) | 5 |
| [f] | Risk-free Rate (r) | 6.56% |
| [g] | $d_1$ | 0.699 |
| [h] | $d_2$ | -0.444 |
| [i] | Call Option Value | $3.91 |
| [j] | Dilution Factor | 0.96 |
| [k]=[i]*[j] | Warrant Value | $3.73 |
| [l] | Number of Warrants Issued | 150,000 |
| **[m]=[k]*[l]** | **Total Value of Warrants Issued** | **$560,057** |

Notes:
[a] - [c], [e], [f] Source: 1991 Offering Circular.
[d] See Exhibit J, page 8.
[f] 5-Year Treasury Constant Maturity Rate as of 11/20/91.
Source: Federal Reserve Bank of St. Louis.
[g], [h], [i] Calculated using the method described in "*Options, Futures and Other Derivatives*", John C. Hull, 1999, Prentice Hall, Fourth Edition, Chapter 11.

[g] $$d_1 = \frac{\ln(S/X) + rT + \sigma^2 T/2}{\sigma\sqrt{T}}$$

[h] $$d_2 = d_1 - \sigma\sqrt{T}$$

[i] $$C = SN(d_1) - Xe^{-rT}N(d_2)$$

where N(x) denotes cumulative normal distribution function with mean 0 and standard deviation 1.

[j] Ratio of common stock outstanding excluding the warrants (3,216,656) to the total common stock outstanding including the warrants (3,366,656 = 3,216,656 + 150,000). See Sterling Savings Association 1991 Offering Circular, p. 4.
Common stock outstanding at the time of the offering does not include 375,000 shares exercised for the underwriters' over-allotment option. See Sterling Savings Association 1992 Annual Report, p. 18.

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return
Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| **Date** | **Price** | **Adjusted Price** | **Log Return** |
| 11/21/1991 | 8.50 | 6.39 | |
| 11/22/1991 | 8.50 | 6.39 | 0.00% |
| 11/25/1991 | 8.25 | 6.20 | -2.99% |
| 11/26/1991 | 8.50 | 6.39 | 2.99% |
| 11/27/1991 | 8.00 | 6.01 | -6.06% |
| 11/29/1991 | 8.00 | 6.01 | 0.00% |
| 12/2/1991 | 8.25 | 6.20 | 3.08% |
| 12/3/1991 | 8.25 | 6.20 | 0.00% |
| 12/4/1991 | 8.25 | 6.20 | 0.00% |
| 12/5/1991 | 8.25 | 6.20 | 0.00% |
| 12/6/1991 | 8.25 | 6.20 | 0.00% |
| 12/9/1991 | 8.25 | 6.20 | 0.00% |
| 12/10/1991 | 8.50 | 6.39 | 2.99% |
| 12/11/1991 | 8.50 | 6.39 | 0.00% |
| 12/12/1991 | 8.50 | 6.39 | 0.00% |
| 12/13/1991 | 8.25 | 6.20 | -2.99% |
| 12/16/1991 | 8.75 | 6.57 | 5.88% |
| 12/17/1991 | 8.38 | 6.29 | -4.38% |
| 12/18/1991 | 8.25 | 6.20 | -1.50% |
| 12/19/1991 | 8.25 | 6.20 | 0.00% |
| 12/20/1991 | 8.50 | 6.39 | 2.99% |
| 12/23/1991 | 8.50 | 6.39 | 0.00% |
| 12/24/1991 | 8.25 | 6.20 | -2.99% |
| 12/26/1991 | 8.50 | 6.39 | 2.99% |
| 12/27/1991 | 8.50 | 6.39 | 0.00% |
| 12/30/1991 | 8.50 | 6.39 | 0.00% |
| 12/31/1991 | 8.75 | 6.57 | 2.90% |
| 1/2/1992 | 8.50 | 6.39 | -2.90% |
| 1/3/1992 | 8.75 | 6.57 | 2.90% |
| 1/6/1992 | 9.00 | 6.76 | 2.82% |
| 1/7/1992 | 9.50 | 7.14 | 5.41% |
| 1/8/1992 | 9.50 | 7.14 | 0.00% |
| 1/9/1992 | 9.88 | 7.42 | 3.87% |
| 1/10/1992 | 9.63 | 7.23 | -2.56% |
| 1/13/1992 | 10.00 | 7.51 | 3.82% |
| 1/14/1992 | 9.75 | 7.33 | -2.53% |
| 1/15/1992 | 10.50 | 7.89 | 7.41% |
| 1/16/1992 | 10.25 | 7.70 | -2.41% |
| 1/17/1992 | 10.13 | 7.61 | -1.23% |
| 1/20/1992 | 10.00 | 7.51 | -1.24% |
| 1/21/1992 | 9.75 | 7.33 | -2.53% |
| 1/22/1992 | 10.50 | 7.89 | 7.41% |
| 1/23/1992 | 9.88 | 7.42 | -6.14% |
| 1/24/1992 | 10.00 | 7.51 | 1.26% |
| 1/27/1992 | 10.25 | 7.70 | 2.47% |
| 1/28/1992 | 10.25 | 7.70 | 0.00% |
| 1/29/1992 | 10.25 | 7.70 | 0.00% |
| 1/30/1992 | 10.25 | 7.70 | 0.00% |

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return

Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| Date | Price | Adjusted Price | Log Return |
| 1/31/1992 | 9.75 | 7.33 | -5.00% |
| 2/3/1992 | 9.88 | 7.42 | 1.27% |
| 2/4/1992 | 10.00 | 7.51 | 1.26% |
| 2/5/1992 | 10.00 | 7.51 | 0.00% |
| 2/6/1992 | 10.00 | 7.51 | 0.00% |
| 2/7/1992 | 9.75 | 7.33 | -2.53% |
| 2/10/1992 | 10.00 | 7.51 | 2.53% |
| 2/11/1992 | 9.75 | 7.33 | -2.53% |
| 2/12/1992 | 9.88 | 7.42 | 1.27% |
| 2/13/1992 | 9.50 | 7.14 | -3.87% |
| 2/14/1992 | 9.75 | 7.33 | 2.60% |
| 2/18/1992 | 9.50 | 7.14 | -2.60% |
| 2/19/1992 | 9.75 | 7.33 | 2.60% |
| 2/20/1992 | 9.38 | 7.04 | -3.92% |
| 2/21/1992 | 9.38 | 7.04 | 0.00% |
| 2/24/1992 | 9.50 | 7.14 | 1.32% |
| 2/25/1992 | 9.75 | 7.33 | 2.60% |
| 2/26/1992 | 10.25 | 7.70 | 5.00% |
| 2/27/1992 | 10.25 | 7.70 | 0.00% |
| 2/28/1992 | 10.13 | 7.61 | -1.23% |
| 3/2/1992 | 10.00 | 7.51 | -1.24% |
| 3/3/1992 | 10.25 | 7.70 | 2.47% |
| 3/4/1992 | 10.13 | 7.61 | -1.23% |
| 3/5/1992 | 10.25 | 7.70 | 1.23% |
| 3/6/1992 | 10.25 | 7.70 | 0.00% |
| 3/9/1992 | 9.75 | 7.33 | -5.00% |
| 3/10/1992 | 10.00 | 7.51 | 2.53% |
| 3/11/1992 | 9.75 | 7.33 | -2.53% |
| 3/12/1992 | 9.75 | 7.33 | 0.00% |
| 3/13/1992 | 10.00 | 7.51 | 2.53% |
| 3/16/1992 | 10.25 | 7.70 | 2.47% |
| 3/17/1992 | 10.25 | 7.70 | 0.00% |
| 3/18/1992 | 10.25 | 7.70 | 0.00% |
| 3/19/1992 | 10.00 | 7.51 | -2.47% |
| 3/20/1992 | 10.25 | 7.70 | 2.47% |
| 3/23/1992 | 10.00 | 7.51 | -2.47% |
| 3/24/1992 | 10.25 | 7.70 | 2.47% |
| 3/25/1992 | 9.75 | 7.33 | -5.00% |
| 3/26/1992 | 10.25 | 7.70 | 5.00% |
| 3/27/1992 | 10.25 | 7.70 | 0.00% |
| 3/30/1992 | 10.25 | 7.70 | 0.00% |
| 3/31/1992 | 9.75 | 7.33 | -5.00% |
| 4/1/1992 | 9.75 | 7.33 | 0.00% |
| 4/2/1992 | 9.88 | 7.42 | 1.27% |
| 4/3/1992 | 10.00 | 7.51 | 1.26% |
| 4/6/1992 | 9.50 | 7.14 | -5.13% |
| 4/7/1992 | 9.50 | 7.14 | 0.00% |
| 4/8/1992 | 9.50 | 7.14 | 0.00% |

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return
Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| Date | Price | Adjusted Price | Log Return |
| 4/9/1992 | 9.50 | 7.14 | 0.00% |
| 4/10/1992 | 10.25 | 7.70 | 7.60% |
| 4/13/1992 | 10.00 | 7.51 | -2.47% |
| 4/14/1992 | 10.25 | 7.70 | 2.47% |
| 4/15/1992 | 10.25 | 7.70 | 0.00% |
| 4/16/1992 | 10.50 | 7.89 | 2.41% |
| 4/20/1992 | 10.25 | 7.70 | -2.41% |
| 4/21/1992 | 10.13 | 7.61 | -1.23% |
| 4/22/1992 | 10.50 | 7.89 | 3.64% |
| 4/23/1992 | 10.50 | 7.89 | 0.00% |
| 4/24/1992 | 11.00 | 8.26 | 4.65% |
| 4/27/1992 | 10.75 | 8.08 | -2.30% |
| 4/28/1992 | 10.50 | 7.89 | -2.35% |
| 4/29/1992 | 10.25 | 7.70 | -2.41% |
| 4/30/1992 | 10.25 | 7.70 | 0.00% |
| 5/1/1992 | 10.75 | 8.08 | 4.76% |
| 5/4/1992 | 10.25 | 7.70 | -4.76% |
| 5/5/1992 | 10.50 | 7.89 | 2.41% |
| 5/6/1992 | 10.50 | 7.89 | 0.00% |
| 5/7/1992 | 10.50 | 7.89 | 0.00% |
| 5/8/1992 | 10.63 | 7.98 | 1.18% |
| 5/11/1992 | 10.75 | 8.08 | 1.17% |
| 5/12/1992 | 10.75 | 8.08 | 0.00% |
| 5/13/1992 | 10.75 | 8.08 | 0.00% |
| 5/14/1992 | 10.00 | 7.51 | -7.23% |
| 5/15/1992 | 10.50 | 7.89 | 4.88% |
| 5/18/1992 | 10.25 | 7.70 | -2.41% |
| 5/19/1992 | 10.38 | 7.79 | 1.21% |
| 5/20/1992 | 10.63 | 7.98 | 2.38% |
| 5/21/1992 | 10.25 | 7.70 | -3.59% |
| 5/22/1992 | 10.50 | 7.89 | 2.41% |
| 5/26/1992 | 10.75 | 8.08 | 2.35% |
| 5/27/1992 | 10.75 | 8.08 | 0.00% |
| 5/28/1992 | 10.25 | 7.70 | -4.76% |
| 5/29/1992 | 10.25 | 7.70 | 0.00% |
| 6/1/1992 | 10.50 | 7.89 | 2.41% |
| 6/2/1992 | 10.00 | 7.51 | -4.88% |
| 6/3/1992 | 10.25 | 7.70 | 2.47% |
| 6/4/1992 | 10.50 | 7.89 | 2.41% |
| 6/5/1992 | 10.50 | 7.89 | 0.00% |
| 6/8/1992 | 10.50 | 7.89 | 0.00% |
| 6/9/1992 | 9.88 | 7.42 | -6.14% |
| 6/10/1992 | 9.75 | 7.33 | -1.27% |
| 6/11/1992 | 9.75 | 7.33 | 0.00% |
| 6/12/1992 | 9.50 | 7.14 | -2.60% |
| 6/15/1992 | 9.50 | 7.14 | 0.00% |
| 6/16/1992 | 9.50 | 7.14 | 0.00% |
| 6/17/1992 | 10.00 | 7.51 | 5.13% |

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return

Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| Date | Price | Adjusted Price | Log Return |
| 6/18/1992 | 9.50 | 7.14 | -5.13% |
| 6/19/1992 | 9.50 | 7.14 | 0.00% |
| 6/22/1992 | 9.88 | 7.42 | 3.87% |
| 6/23/1992 | 9.88 | 7.42 | 0.00% |
| 6/24/1992 | 9.50 | 7.14 | -3.87% |
| 6/25/1992 | 10.25 | 7.70 | 7.60% |
| 6/26/1992 | 9.50 | 7.14 | -7.60% |
| 6/29/1992 | 9.75 | 7.33 | 2.60% |
| 6/30/1992 | 10.00 | 7.51 | 2.53% |
| 7/1/1992 | 9.50 | 7.14 | -5.13% |
| 7/2/1992 | 9.50 | 7.14 | 0.00% |
| 7/6/1992 | 9.63 | 7.23 | 1.31% |
| 7/7/1992 | 10.00 | 7.51 | 3.82% |
| 7/8/1992 | 10.00 | 7.51 | 0.00% |
| 7/9/1992 | 10.25 | 7.70 | 2.47% |
| 7/10/1992 | 9.88 | 7.42 | -3.73% |
| 7/13/1992 | 9.50 | 7.14 | -3.87% |
| 7/14/1992 | 10.25 | 7.70 | 7.60% |
| 7/15/1992 | 9.63 | 7.23 | -6.29% |
| 7/16/1992 | 10.25 | 7.70 | 6.29% |
| 7/17/1992 | 9.50 | 7.14 | -7.60% |
| 7/20/1992 | 10.25 | 7.70 | 7.60% |
| 7/21/1992 | 9.75 | 7.33 | -5.00% |
| 7/22/1992 | 10.25 | 7.70 | 5.00% |
| 7/23/1992 | 10.25 | 7.70 | 0.00% |
| 7/24/1992 | 9.75 | 7.33 | -5.00% |
| 7/27/1992 | 11.00 | 8.26 | 12.06% |
| 7/28/1992 | 10.50 | 7.89 | -4.65% |
| 7/29/1992 | 10.63 | 7.98 | 1.18% |
| 7/30/1992 | 11.00 | 8.26 | 3.47% |
| 7/31/1992 | 10.75 | 8.08 | -2.30% |
| 8/3/1992 | 10.75 | 8.08 | 0.00% |
| 8/4/1992 | 11.13 | 8.36 | 3.43% |
| 8/5/1992 | 10.75 | 8.08 | -3.43% |
| 8/6/1992 | 10.75 | 8.08 | 0.00% |
| 8/7/1992 | 10.75 | 8.08 | 0.00% |
| 8/10/1992 | 11.25 | 8.45 | 4.55% |
| 8/11/1992 | 11.25 | 8.45 | 0.00% |
| 8/12/1992 | 10.88 | 8.17 | -3.39% |
| 8/13/1992 | 10.75 | 8.08 | -1.16% |
| 8/14/1992 | 11.25 | 8.45 | 4.55% |
| 8/17/1992 | 11.00 | 8.26 | -2.25% |
| 8/18/1992 | 11.38 | 8.55 | 3.35% |
| 8/19/1992 | 10.75 | 8.08 | -5.65% |
| 8/20/1992 | 11.25 | 8.45 | 4.55% |
| 8/21/1992 | 10.75 | 8.08 | -4.55% |
| 8/24/1992 | 11.00 | 8.26 | 2.30% |
| 8/25/1992 | 11.13 | 8.36 | 1.13% |

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return
Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| Date | Price | Adjusted Price | Log Return |
| 8/26/1992 | 11.38 | 8.55 | 2.22% |
| 8/27/1992 | 11.00 | 8.26 | -3.35% |
| 8/28/1992 | 11.13 | 8.36 | 1.13% |
| 8/31/1992 | 11.00 | 8.26 | -1.13% |
| 9/1/1992 | 11.00 | 8.26 | 0.00% |
| 9/2/1992 | 11.00 | 8.26 | 0.00% |
| 9/3/1992 | 11.13 | 8.36 | 1.13% |
| 9/4/1992 | 11.00 | 8.26 | -1.13% |
| 9/8/1992 | 10.75 | 8.08 | -2.30% |
| 9/9/1992 | 10.75 | 8.08 | 0.00% |
| 9/10/1992 | 10.50 | 7.89 | -2.35% |
| 9/11/1992 | 11.00 | 8.26 | 4.65% |
| 9/14/1992 | 11.00 | 8.26 | 0.00% |
| 9/15/1992 | 11.00 | 8.26 | 0.00% |
| 9/16/1992 | 10.50 | 7.89 | -4.65% |
| 9/17/1992 | 10.50 | 7.89 | 0.00% |
| 9/18/1992 | 11.00 | 8.26 | 4.65% |
| 9/21/1992 | 10.75 | 8.08 | -2.30% |
| 9/22/1992 | 11.00 | 8.26 | 2.30% |
| 9/23/1992 | 10.88 | 8.17 | -1.14% |
| 9/24/1992 | 11.00 | 8.26 | 1.14% |
| 9/25/1992 | 10.63 | 7.98 | -3.47% |
| 9/28/1992 | 10.75 | 8.08 | 1.17% |
| 9/29/1992 | 11.25 | 8.45 | 4.55% |
| 9/30/1992 | 11.00 | 8.26 | -2.25% |
| 10/1/1992 | 10.50 | 7.89 | -4.65% |
| 10/2/1992 | 10.75 | 8.08 | 2.35% |
| 10/5/1992 | 10.00 | 7.51 | -7.23% |
| 10/6/1992 | 10.50 | 7.89 | 4.88% |
| 10/7/1992 | 10.25 | 7.70 | -2.41% |
| 10/8/1992 | 10.25 | 7.70 | 0.00% |
| 10/9/1992 | 10.00 | 7.51 | -2.47% |
| 10/12/1992 | 10.13 | 7.61 | 1.24% |
| 10/13/1992 | 10.00 | 7.51 | -1.24% |
| 10/14/1992 | 10.25 | 7.70 | 2.47% |
| 10/15/1992 | 10.00 | 7.51 | -2.47% |
| 10/16/1992 | 9.75 | 7.33 | -2.53% |
| 10/19/1992 | 9.75 | 7.33 | 0.00% |
| 10/20/1992 | 10.25 | 7.70 | 5.00% |
| 10/21/1992 | 10.00 | 7.51 | -2.47% |
| 10/22/1992 | 10.50 | 7.89 | 4.88% |
| 10/23/1992 | 10.13 | 7.61 | -3.64% |
| 10/26/1992 | 10.13 | 7.61 | 0.00% |
| 10/27/1992 | 10.38 | 7.79 | 2.44% |
| 10/28/1992 | 10.13 | 7.61 | -2.44% |
| 10/29/1992 | 10.13 | 7.61 | 0.00% |
| 10/30/1992 | 10.50 | 7.89 | 3.64% |
| 11/2/1992 | 10.25 | 7.70 | -2.41% |

# *Exhibit J*
## *Sterling Savings Association*
## Daily Stock Price Log Return
Source: CRSP

| | [a] | [b] | [c] = ln([b]t / [b](t-1)) |
|---|---|---|---|
| **Date** | **Price** | **Adjusted Price** | **Log Return** |
| 11/3/1992 | 10.00 | 7.51 | -2.47% |
| 11/4/1992 | 10.25 | 7.70 | 2.47% |
| 11/5/1992 | 10.25 | 7.70 | 0.00% |
| 11/6/1992 | 10.13 | 7.61 | -1.23% |
| 11/9/1992 | 10.25 | 7.70 | 1.23% |
| 11/10/1992 | 10.50 | 7.89 | 2.41% |
| 11/11/1992 | 10.25 | 7.70 | -2.41% |
| 11/12/1992 | 10.25 | 7.70 | 0.00% |
| 11/13/1992 | 10.63 | 7.98 | 3.59% |
| 11/16/1992 | 10.75 | 8.08 | 1.17% |
| 11/17/1992 | 10.25 | 7.70 | -4.76% |
| 11/18/1992 | 10.25 | 7.70 | 0.00% |
| 11/19/1992 | 10.38 | 7.79 | 1.21% |
| | | **[d] Annualized Volatility** | **51.11%** |

Note:

[b] CRSP adjusts for stock dividends and splits. See "CRSP Data Description Guide for the CRSP US Stock Database", pp. 95 – 96. No stock dividends or splits were recorded during the period above.

[d] Calculated as standard deviation of Log Return (column [c]), multiplied by the square root of 252, the no. of trading days in a year. See "*Options, Futures and Other Derivatives*", John C. Hull, 1999, Prentice Hall, Fourth Edition, Chapter 11.

# *Exhibit K*
## *Sterling Savings Association*
## Summary of Wounded Bank Damages

| | Dollars |
|---|---|
| [1] 1989 Offering Circular Costs | $1,004,363 |
| [2] Legal, Accounting and Insurance Costs | $304,006 |
| [3] Regulatory Supervision Costs | $171,977 |
| [4] CJ-4 Loss | $1,240,610 |
| [5] Increased Cost to Acquire Branch from Great American Savings/RTC | $1,835,126 |
| **Total Wounded Bank Damages** | **$4,556,081** |

Source: Analysis prepared by Daniel G. Byrne, CFO of Sterling Savings, 1/9/04.

In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION,<br>a state-chartered savings association,<br>STERLING FINANCIAL CORPORATION,<br>a Washington corporation<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Court No. 95-829-C<br>(Judge Wheeler) |

# Updated Expert Report of Professor Christopher M. James

December 11, 2006

# TABLE OF EXHIBITS

**Exhibit A:** Curriculum Vitae

**Exhibit B:** Prior Testimony of Dr. Christopher M. James in the Previous Four Years

**Exhibit C:** Additional Documents Considered

**Exhibit D:** Summary of Lost Profits and Actual Cost of Mitigation for Lewis Federal and Tri-Cities

**Exhibit E:** Calculation of Lost Earnings on Foregone Assets Through 1993

**Exhibit F:** Actual Cost of Mitigation, Raised Capital to Mitigate Lewis Federal and Tri-Cities Intangibles, 1991 through 2006

**Exhibit G:** Capital Raised Assumed to Mitigate Lewis Federal and Tri-Cities Intangibles

**Exhibit H:** Calculation of Cash Benefit Yield

**Exhibit I:** Actual Cost of Mitigation, Raised Capital to Mitigate Lewis Federal and Tri-Cities Intangibles, 2006 through 2025

**Exhibit J:** Transaction Costs of Mitigation Capital for Lewis Federal and Tri-Cities

**Exhibit K:** Summary of Wounded Bank Damages

**Exhibit L:** Cost of Replicating Preferred Stock on September 30, 2006 with Terms Equivalent to Lewis Federal and Tri-Cities Intangibles, 2006 through 2025

## I. Qualifications

I am the William H. Dial/SunBank Eminent Scholar and Professor of Finance at the University of Florida. Before joining the faculty of the University of Florida, I taught at the University of Oregon and the University of Michigan. I have also held positions at several Federal Reserve Banks, the Federal Deposit Insurance Corporation, and the Treasury Department. I currently serve on the Advisory Board of SunTrust Bank. My academic research has been in the areas of securities pricing, corporate finance, and financial institutions. I have published numerous articles on economic and financial topics including the regulation of financial institutions, failure resolution policies, and capital raising by depository institutions. I also serve on the editorial boards of four scholarly journals including the *Journal of Financial Economics*. I served as an associate editor of the *Journal of Finance* and as editor of the *Journal of Financial Intermediation* from 1988 through 1999. A copy of my curriculum vitae is attached as Exhibit A. A list of my testimony over the last four years is included in Exhibit B. I am being compensated at my usual hourly rate of $650.

## II. Assignment

I have been retained in this matter by counsel for the plaintiffs, Sterling Savings Association ("Sterling") and Sterling Financial Corporation ("Sterling Financial"). I have been asked by the counsel for the plaintiffs to update my February 2004 report taking into account the Court ruling dated August 30, 2006.[1] Specifically, I was asked to:

a. Assume that the contract related to the acquisition of Central Evergreen was not subsequently breached by the government, hence did not result in damages to the plaintiffs.

b. Update my calculations through September 30, 2006.

[1] Opinion and Order, Judge Wheeler, filed August 30, 2006.

As part of my analysis, I have reviewed various documents including reports issued by experts retained by the Department of Justice, deposition testimony, court opinions, legal filings, financial statements for Sterling, and other selected documents for Sterling. A list of the additional documents I have considered is contained in Exhibit C. This list supplements the document lists that I previously produced.

## III. Summary of Opinions

Based on the Court ruling dated August 30, 2006, I was asked to assume that the contract related to the acquisition of Central Evergreen was not breached by the government. Hence, damages stem from the breach related to the acquisitions of Lewis Federal and Tri-Cities ("LF & TC") only. When calculating total damages, I followed the same methodology as in my February 2004 Expert Report, however, the calculated damages relate only to the LF & TC acquisitions.

Following similar steps as in my February 2004 Expert Report, I summed the damages resulting from the net cost of mitigation capital pertaining to LF & TC, transaction costs associated with the issuance of mitigation capital related to LF & TC, lost profits attributable to the breach of the LF & TC contracts, and wounded bank damages related to the breach. Under the assumption of no damages pertaining to the acquisition contract for Central Evergreen, total damages are $18.708 million (see Exhibit D).

## IV. Cost of Mitigation

The calculation of the cost of mitigation in my current report follows the same methodology as in my February 2004 Expert Report albeit with updated inputs to account for the

Court's August 30, 2006 ruling.[2] Furthermore, I have updated my calculations through September 30, 2006. In these calculations only the costs of mitigating the contractual supervisory capital promises for LF & TC are considered damages. To determine these costs, in the context of my model, it is first necessary to assess which capital was raised as a substitute for LF & TC's supervisory capital as opposed to being raised for other purposes. These other purposes include raising capital to substitute for the 1989 unit offering which had been planned prior to the breach and to substitute for the supervisory capital from the Central Evergreen acquisition that was lost after the passage of FIRREA. Only capital raised as a substitute for LF & TC's supervisory capital mitigates the effect of the breach ("mitigation capital") and results in mitigation damages.

Capital that Sterling raised in the 1991 and 1993 offerings was not traceable to any specific purpose, but was generally used to support the growth of the business. In the 1991 offering prospectus Sterling stated: "The primary purpose of this Offering is to increase Sterling's regulatory capital levels. Net proceeds will be used to support the growth of Sterling's business, including the origination of loans."[3] In the 1993 offering prospectus the intended purpose of the capital contributed to Sterling was to "…improve further the Sterling Savings' capital ratios. Sterling Savings intends to use such additional capital to support the growth of the business, including funding loans and investments and expanding its branch network."[4] Neither of the offerings indicated that the purpose was to mitigate the effects of the breach or other non-breach aspects of FIRREA.[5]

---

[2] As I noted in my February 2004 Expert Report, I am not rendering an opinion on whether Sterling actually replaced the supervisory capital that was generated in the contracts with the government. For purposes of these calculations I have been asked to assume that it did.
[3] Sterling Savings Offering Circular, November 20, 1991, p. 13.
[4] Sterling Financial Corporation Subordinated Notes Prospectus, February 4, 1993, pp. 4, 12.
[5] As I noted in my February 2004 report, I have been asked to assume for purposes of these calculations that the offerings were used to mitigate the breach of Lewis Federal and Tri-Cities' contracts. I believe this premise is counterfactual based on my review of the documents and the testimony of fact witnesses but I make the assumption as the necessary basis for calculating damages at or near the time of the breach, and on the belief that it is conservative in the sense that it minimizes damages awardable against the government.

Furthermore, once capital is raised, the proceeds from such an offering are fungible. Given that Sterling did not specify whether the raised capital was attributable to either substituting for the 1989 offering, mitigating the loss of the supervisory capital of LF & TC, or substituting for supervisory capital of Central Evergreen, it is therefore necessary to allocate the proceeds to Sterling's needs when calculating the cost of mitigation. In the next paragraphs I outline the assumptions that I made in order to assess which capital was raised as a substitute for LF & TC's supervisory capital.

Consistent with my February 2004 report, I assumed that $12 million of the capital raised in the 1991 offering served as a substitute for the proceeds which Sterling would have raised in the 1989 withdrawn offering, an offering that had been planned prior to the breach. The balance of the capital raised at the time of the 1991 offering was then allocated between capital needs that arose after the passage of FIRREA. I allocated the balance proportionally between the need to substitute for the supervisory capital from the Central Evergreen acquisition and the need to mitigate the breach of LF & TC's contracts. I have continued to allocate a portion of the offering to Central Evergreen because post-FIRREA Central Evergreen's supervisory capital could no longer be counted as tangible capital. As a consequence, Sterling would have needed to find a substitute for it. Therefore, the balance of capital raised at the time of the 1991 offering (both the proceeds from the 1991 offering and capital raised due to the Preferred Stock Series B conversion) is prorated based on the respective supervisory capital balances of LF & TC (54.8%) and Central Evergreen (45.2% = 100% - 54.8%).[6]

The sum of the allocated proceeds of the 1991 offering of $11.719 million and the capital resulting from the Preferred Stock Series B conversion of $2.1 million is less than the sum of the balances of supervisory capital of LF & TC and Central Evergreen (see Exhibit G). The capital

[6] The amount of LF & TC and Central Evergreen supervisory capital as of the time of the 1991 offering is $13.346 million and $11.022 million, respectively (see Exhibit G). $13.346 million / ($13.346 million + $11.022 million) = 54.8%.

raised in 1993 is therefore necessary to fully-mitigate the loss of LF & TC's supervisory capital. In 1993, the preferred stock issued by Sterling fully-mitigated the supervisory capital of LF & TC, as well as fully-replaced Central Evergreen's.

**1. Cost of Mitigation – 1991 Through 2006**

The net cost of mitigation capital for LF & TC from 1991 through September 2006 is $7.729 million (see Exhibit F). The following updates were implemented:

1. As discussed above, I did not include in the calculated mitigation damages any costs associated with the substitution of Central Evergreen's supervisory capital. This results in a smaller average amount of capital assumed to mitigate the breach (presented in Exhibit G) and in turn lowers the net cost of capital (presented in Exhibit F).
2. I updated the calculation of the past mitigation costs to include years 2004, 2005, through September 2006.

**2. Cost of Mitigation – 2006 Through 2025**

The net future cost of mitigation for LF & TC is $1.386 million (see Exhibit I). The following updates were implemented:

1. I updated the cash benefit rate of mitigation capital and the discount rate to reflect the current yield on 30-year U.S. Treasury bonds.
2. I updated the analysis to include only the period starting on September 30, 2006 through December 31, 2025.[7]

[7] I have also made one correction to the calculation of the Weighted Average Capital Raised Balance in Exhibit I.

## V. Transaction Costs of Mitigation Capital

I updated my calculation of the transaction costs of mitigation capital taking into account the Court's ruling dated August 30, 2006. As discussed above, only capital mitigating the breach related to LF & TC contracts leads to mitigation damages. Therefore, only the portion of the transaction costs related to the capital which mitigated LF & TC's supervisory capital is included in mitigation damages. The transaction costs attributed to mitigation capital for LF & TC are $0.900 million (see Exhibit J).

## VI. Lost Profits from Un-Mitigated Supervisory Capital

My approach to lost profits follows the approach I outlined in my February 2004 report. As a result of the Court's ruling dated August 30, 2006, I calculate lost profits damages on LF & TC's supervisory capital prior to its full mitigation. As I noted in my February 2004 report, leverage is valuable to thrifts. The lost profits from the un-mitigated LF & TC supervisory capital can be measured with the model developed by Dr. Horvitz which I have adopted.[8] My calculation of lost profits starts at the time of the breach (as does Dr. Horvitz's) and continues through February 1993 – the time when the LF & TC supervisory capital would have been fully-mitigated.

As before, I have made several adjustments to Dr. Horvitz' model to account for the capital raises that I have been asked to assume mitigated the breach. The first adjustment is to the amount of capital Sterling would have raised but-for the breach. The implication of a possible ruling by the Court that Sterling's capital raises subsequent to the breach were initiated to mitigate the breach would mean that the capital would not have been raised. However not all of the capital raised in 1991 and 1993 was needed to mitigate the loss of LF & TC's supervisory capital – clearly some of the capital was raised for other purposes. Capital raised for purposes other than to

[8] Updated Expert Report of Professor Paul Horvitz, December 11, 2006.

mitigate the breach would still have been raised but-for the breach. My lost profits calculation therefore includes capital raised in 1991 that was a substitute for Central Evergreen's supervisory capital. As Exhibit E, Table 3a shows, $5.678 million of the 1991 offering and conversion of Series B Preferred is a substitute for Central Evergreen's supervisory capital.

The second adjustment I made to Dr. Horvitz's model is that in light of the changed capital structure I reevaluated the leverage ratio of the but-for bank at the end of fiscal year 1992. I have made the same adjustment as in my February 2004 report. The final adjustment relates to dividend payments on the Series B Preferred Stock that was converted into common stock at the time of the 1991 offering. To the extent that the Series B Preferred Stock was not converted , Sterling would have continued to pay dividends on the portion that was not converted.

The updated lost profits damages resulting from the un-mitigated supervisory capital from LF & TC are $4.137 million (see Exhibit E).

## VII. Wounded Bank Damages

The wounded bank damages of $4.556 million have not changed since my February 2004 report (see Exhibit K).

## VIII. Summary - Total Mitigation Damages

Total damages are the sum of the net cost of mitigation capital pertaining to LF & TC, transaction costs associated with issuing the mitigation capital related to LF & TC, lost profits on un-mitigated supervisory capital pertaining to LF & TC, and wounded bank damages. The total damages are $18.708 million (see Exhibit D).

**IX. Cost of Replicating Preferred Stock on September 30, 2006 with Terms Equivalent to Lewis Federal and Tri-Cities Intangibles for Dr. Horvitz's Report**

I have also been asked to update the cost of replacement damages resulting from the inability to leverage the remaining supervisory capital pertaining to LF & TC from 2006 to 2025. I have performed this calculation, showing that the net cost of replicating the supervisory capital in the future is $0.641 million (see Exhibit L). Because Sterling's rating has improved since my February 2004 report, I have updated my estimate of the dividend yield on the preferred stock that could replicate the supervisory capital of LF & TC.[9] I have assumed a 6.30% dividend yield for the preferred stock as of September 29, 2006, which is the yield on a preferred stock index with rating Baa/BBB as of September 29, 2006.[10] I have also updated the cash benefit rate of capital and the discount rate to reflect the current yield on the 30-year U.S. Treasury bonds of 4.76%.[11]

[9] Fitch upgraded Sterling's Long Term Issuer Default Rating from BB+ to BBB- on 3/22/06. (Source: *Bloomberg*)
[10] Source: www.epreferreds.com.
[11] Source: *Bloomberg*.

I hold the opinions expressed herein to a reasonable degree of certainty, and declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. I reserve the right to modify my report and opinions in response to reports of the government's experts, legal decisions, additional facts that may come to light, or testimony at the time of trial.

Christopher M. James

Executed 12/11/06

# VITA

| | |
|---|---|
| **NAME:** | Christopher M. James |
| **CURRENT POSITION:** | William H. Dial/SunBank Eminent Scholar in Finance and Economics, University of Florida |
| **ADDRESS:** | Department of Finance, Insurance, and Real Estate, Graduate School of Business, University of Florida, PO Box 117168, Gainesville, FL 32611-7168<br>E-mail: christopher.james@cba.ufl.edu |
| **TELEPHONE:** | Office: 352-392-3486<br>Home: 352-336-2765 |
| **BIRTHDATE:** | October 12, 1951 |
| **EDUCATION:** | B.A. Michigan State University, 1973<br>M.B.A. University of Michigan (Finance), 1977<br>Ph.D. University of Michigan (Economics: Industrial Organization, Finance), 1978 |
| **RESEARCH/ TEACHING INTERESTS:** | Corporate Strategy, Corporate Finance and Financial Institutions |
| **TEACHING/ RESEARCH EXPERIENCE:** | William H. Dial/SunBank Eminent Scholar in Finance and Economics, University of Florida, 1989-present |
| | Visiting Professor, University of New South Wales, 1995 |
| | U.S. Bank/ John B. Rogers Professor of Finance, University of Oregon, 1984-1989 |
| | Visiting Scholar, Federal Reserve Bank of San Francisco, 1987-1988 |
| | Visiting Professor of Finance, University of Michigan, 1986 |
| | Associate Professor of Finance, University of Oregon, 1982-1984 |
| | Assistant Professor of Finance, University of Oregon, 1978-80 |
| | Instructor, University of Michigan, 1978 |
| | Consultant, FDIC, 1988-1991 |
| | Senior Economic Advisor, Comptroller of the Currency, Department of Treasury, 1980-1982 |

**PAPERS AND PUBLICATIONS:**

"The Technology of Risk and Return, Comment," American Economic Review, June, 1981.

"Self-Selection and the Pricing of Bank Services, An Analysis of the Market for Bank Loan Commitments and the Role of Compensating Balance Requirements," Journal of Financial and Quantitative Analysis, December, 1981.

"An Analysis of Bank Loan Rate Indexation," Journal of Finance, June, 1982.

"An Analysis of the Impact of Deposit Rate Ceilings on the Market Values of Thrift Institutions," (with L.Y. Dann), Journal of Finance, December, 1982.

"Pricing Alternatives for Loan Commitments: A Note," Journal of Bank Research, Winter, 1983.

"An Analysis of Intra-Industry Differences in the Effect of Regulation: The Case of Deposit Rate Ceilings," Journal of Monetary Economics, August, 1983.

"Is Illiquidity a Bar to Buying Small Cap Stocks?" (with R.O. Edmister), Journal of Portfolio Management, Summer, 1983.

"The Relation Between Common Stocks Returns, Trading Activity and Market Value," (with R.O. Edmister), Journal of Finance, September, 1983.

"Regulation and the Determination of Bank Capital Changes: A Note," (with J.K. Dietrich), Journal of Finance, December, 1983.

"An Analysis of the Effect of State Acquisition Laws on Managerial Efficiency: The Case of Bank Holding Company Acquisitions," Journal of Law and Economics, April 1984, Abstracted in Regulation as "Do Corporate Takeovers Keep Managements Lean?" May/June, 1984.

"The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions," (with M.J. Flannery), Journal of Finance, September, 1984.

"Market Evidence on the Effective Maturity of Bank Assets and Liabilities," (with M.J. Flannery), Journal of Money, Credit and Banking, November, 1984, Presented at the American Finance Association meetings in San Francisco, December, 1983.

"The Effects of Government Regulatory Agencies on Organizations in High Technology and Woods Products Industries," (with G. Ungson and B. Spicer), Academy of Management Journal, 1985.

"A VARMA Analysis of the Causal Relations Among Stock Returns, Real Output and Nominal Interest Rates," (with S. Koreisha and M. Partch), Journal of Finance, December, 1985.

"Access to Deposit Insurance, Insolvency Rules and the Stock Returns of Financial Institutions," (with J. Brickley), Journal of Financial Economics, July, 1986.

"The Takeover Market, Corporate Board Composition, and Ownership Structure: The Case of Banking," (with J. Brickley), Journal of Law and Economics, April, 1987.

"Returns to Acquirers and Competition in the Acquisition Market: The Case of Banking," (with P. Wier), Journal of Political Economy, April, 1987.

"An Analysis of FDIC Failed Bank Auctions," (with P. Wier), Journal of Monetary Economics, July, 1987.

"Some Evidence on the Uniqueness of Bank Loans," Journal of Financial Economics, December, 1987.

"The Use of Loan Sales and Standby Letters of Credits by Commercial Banks," Journal of Monetary Economics, November, 1988.

"Empirical Evidence on Implicit Guarantees of Bank Foreign Loan Exposure," Carnegie Rochester Conference Series on Public Policy, April, 1989.

"Heterogeneous Creditors and the Market Value of Bank LDC Loan Portfolios," Journal of Monetary Economics, December, 1990.

"Borrowing Relationships, Intermediation and the Cost of Issuing Public Securities," (with P. Wier), Journal of Financial Economics, November, 1990.

"The Losses Realized in Bank Failures," Journal of Finance, September, 1991.

"Relationship-Specific Assets and the Pricing of Underwriter Services," Journal of Finance, December, 1992.

"Management and Organizational Changes in Banking: A Comparison of Regulatory Intervention with Private Creditor Actions in Nonbank Firms," (with J. Houston), Carnegie Rochester Conference Series on Public Policy, 1993.

"The Information Content of Distressed Restructurings involving Public and Private Debt Claims," (with D. Brown and B. Mooradian), Journal of Financial Economics, February, 1993.

"Asset Sales by Financially Distress Firms," (with D. Brown and R.M. Mooradian), Journal of Corporate Finance, April, 1994.

"When Do Banks Take Equity in Debt Restructurings?" Review of Financial Studies, Winter, 1995.

"CEO Compensation and Bank Risk: Is Compensation Structured in Banking Structured to Promote Risk-Taking?" (with J. Houston), Journal of Monetary Economics, November, 1995.

"Bank Debt Restructurings and the Composition of Exchange Offers in Financial Distress," Journal of Finance, June, 1996.

"Bank Information Monopolies and the Mix of Private and Public Debt Claims," (with J. Houston), Journal of Finance, December, 1996.

"Capital Market Frictions and the Role of Internal Capital Markets in Banking," (with J. Houston and D. Marcus), Journal of Financial Economics, November, 1997.

"Do Bank Internal Capital Markets Promote Lending?" (with J. Houston), Journal of Banking and Finance, November, 1998.

"Where Do Merger Gains Come From? Bank Mergers from the Perspective of Insiders and Outsiders," (with J. Houston and M. Ryngaert), Journal of Financial Economics, May, 2001.

"Do Relationships Have Limits? Banking Relationships, Financial Constraints and Investment," (with J. Houston), Journal of Business, July, 2001.

"Do Banks Provide Financial Slack?" (with C. Hadlock), Journal of Finance, June, 2002.

"What a Difference a Month Makes: Stock Analyst Valuations Following Initial Public Offerings," (with J. Karceski and J. Houston), Journal of Financial and Quantitative Analysis, March 2006, Presented at Hong Kong Corporate Finance Conference, December, 2003.

"The Strength of Analyst Coverage Following IPO's," (with J. Karceski), forthcoming, Journal of Financial Economics, 2006, Presented at 2005 American Finance Association Meetings.

"Investor Monitoring and Differences in Mutual Fund Performance," (with J. Karceski), forthcoming, Journal of Banking and Finance, 2006, Presented at 2001 American Finance Association Meetings.

"Banks and Bubbles: How Good are Bankers at Spotting Winners?" (with L. Gonzalez), forthcoming, Journal of Financial Economics, 2006.

**CURRENT RESEARCH:**

"The Information Content of Bank Loan Covenants", (with Cem Demiroglu), work in progress

"The Effects of Leverage on Operating Performance: An Analysis of Firms' Responses to Poor Performance," (with M. Ryngaert and D. Brown), working paper.

**OTHER PAPERS AND PUBLICATIONS:**

"Are Banks Still Special? New Evidence in the Corporate Capital-Raising Process," (with D. Smith), Journal of Applied Corporate Finance, Winter, 2000.

"Why Are Value Enhancing Mergers In Banking So Hard to Find? A Discussion of 'Is the Bank Merger Wave of the 90's Efficient? Lessons from Nine Case Studies,'" Kaplan, Steven (ed.), Mergers and Productivity, University of Chicago Press, Chicago, IL, 1999.

"Comment on Esty, Narasimhan, and Tufano," Journal of Banking and Finance, 23, 1999, 286-290.

"Using Internal Capital Markets to Lower Capital Costs in Banking," (with J Houston), Journal of Applied Corporate Finance, Summer, 1998.

Discussion of "Financial Institutions and Regulations: The Dilemma in a Deregulated World," Proceedings from Riksbank Conference: Forces for and Implications of Structural Changes in the Financial Sector, June, 1997.

"Evolution of Extinction: Where are Banks Headed," (with J. Houston), Journal of Applied Corporate Finance, Summer, 1996.

"RAROC at Bank of America: From Theory to Practice, Journal of Applied Corporate Finance, Summer, 1996.

"Bank Equity Positions in Distressed Firms," Saunders, Anthony and Ingo Walter (ed.), Universal Banking: Financial System Design Reconsidered, (Irwin), 1996.

"The Use of Index Amortizing Swaps by Banc One," (with C. Smith), Journal of Applied Corporate Finance, Fall, 1994.

"Private Versus Public Creditor Experience in Distressed Firm Debt Restructurings," (with D. Brown and M. Mooradian), Altman, Edward (ed.), Bankruptcy and Distressed Restructurings: Analytical Issues and Investment Opportunities, (Business One Irwin), 1994.

"Banc One's Index Amortizing Swap Strategy," (with C. Smith), Journal of Applied Corporate Finance, 1994.

"Studies in Financial Institution," (with C. Smith), Commercial Banks, 1994.

Statement of Christopher James, Professor, College of Business, The University of Florida at Gainesville at Hearing before the Senate Committee on Banking, Housing and Urban Affairs – 102nd Congress, 4/26/91 (BIF Recapitalization).

"Off-Balance Sheet Activities and the Under Investment Problem in Banking," Journal of Accounting, Auditing, and Finance, Spring, 1989.

"The Incidence of Mispriced Deposit Insurance," Presented at 1989 American Economic Association Meetings.

"Are Bank Loans Different? Some Evidence From the Stock Market," (with P. Wier), Journal of Applied Corporate Finance, Summer, 1988.

"Acquisitions in Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Are Bank Loans Special?" Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Economic Review, Federal Reserve Bank of San Francisco, Fall, 1987.

Discussion of "The Search for Financial Stability: The Past Fifty Years," Proceedings from the Federal Reserve Bank of San Francisco Conference on the Search for Financial Stability, June, 1985.

"An Analysis of FDIC Failed Bank Auction Procedures," (with P. Wier), Proceedings of a Conference on Bank Structure and Competition, May, 1985.

"Bank Holding Company Acquisitions and Managerial Efficiency," Proceedings of a Conference on Bank Structure and Competition, May, 1984.

"Market Based Measures of Risk for Banks and Savings and Loan Associations," Report prepared for the Federal Home Loan Bank Board, May, 1987.

"An Economic Analysis of Interindustry Acquisitions of Thrift Institutions," Report prepared for the Office of the Comptroller of the Currency, February, 1982.

"Loan Rate Indexation and the Allocation of Bank Credit," Proceedings of a Conference on Bank Structure and Competition, May, 1980.

**SERVICE ACTIVITIES:**

Associate Editor: Journal of Banking and Finance, 1999-2001.

Associate Editor: Journal of Financial Economics, 1993-present.

Associate Editor: Journal of Financial Services Research, 1989-present.

Associate Editor: Journal of Managerial and Decision Economics, 1988-present.

Associate Editor: Journal of Finance, 1988-2000.

Co-Editor: Journal of Financial Intermediation, 1988-1999.

Associate Editor: Journal of Financial and Quantitative Analysis, 1982-1984.

Academic Board: Turnaround Management Association, 1990-2002.

Editorial Board: Federal Reserve Bank of New York: Economic Review, 1997-present.

Reviewer: Journal of Finance; Journal of Money, Credit and Banking; Journal of Financial Economics; Journal of Financial Management; Journal of Banking and Finance; Journal of Business and Economics; Journal of Monetary Economics; American Economic Review; Journal of Political Economy; Review of Financial Studies; Journal of Corporate Finance; Journal of Law and Economics; Journal of Accounting and Economics.

Program Committee: Financial Management Association, Western Finance Association, American Finance Association, and European Finance Association.

**CONSULTING/ EXECUTIVE EDUCATION ACTIVITIES:**

Board of Directors/Chairman, $ID^2$, Inc.

Advisory Board, SunTrust Bank.

Independent Distribution Consultant, Janus Funds

Consultant, Federal Reserve Bank of New York, 1997, 2004.

Consultant, Federal Reserve Board of Governors, 1995, 1998.

Research Director, Garn Institute of Finance, Salt Lake City, Utah, 1987-1989.

Board of Directors, SunTrust Banks, 1989-2001.

Instructor, Pacific Coast Banking School: Commercial Lending, Financial Markets, Workout Lending.

Instructor, Bank Board of Directors School: Workout Lending.

Instructor, Swiss National Bank, Gerzensee, Switzerland, Bank Safety and Soundness Regulation.

Executive Seminars on bank deregulation, valuation, venture capital, strategic management, lender liability, and asset and liability management.

Expert Witness: Cases involving antitrust, portfolio management, securities valuation, bank management, valuation, and regulatory matters.

Consultant: Product pricing, valuation, portfolio management, utilities regulation, valuation of securities, mergers and acquisitions, and risk management.

Consultant to the Office of the Comptroller of the Currency, 1982-1983: Bank and Thrift Mergers.

Consultant to the Investment Company Institute, 1983: Bank Offerings of Mutual Funds.

Consultant to the FDIC, Costs of Resolving Bank and Thrift Failures.

Recipient of a grant from MidAmerica Institute to study management compensation in banking, 1992.

Recipient of grant from Federal Home Loan Bank Board to study the information content of savings and loan accounting information.

Member: Research Committee: Garn Institute of Finance, 1989-1992.

Research Associate at the Business Regulation Study Center, 1980.

**AWARDS:**

Valedictorian, Michigan State University, 1973.

Harry R. Jacobs, Professional Service Award, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Florida, 1994, 1996, 1998, 1999, 2000.

# Exhibit B
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

*California Federal Bank v. United States*, No. 92-138C (U. S. Court of Federal Claims), deposition and trial testimony, 2002.

*Comac Partners, L.P., et al., v. John J. Ghaznavi, et al., and Anchor Glass Container Corporation Litigation*, No. 18417, deposition, 2002.

*Ernst & Young, LLP v. Sphinx International, Inc.,* AAA No. 30-107-00252-1, arbitration testimony, 2002.

*Dr. Ben S. Branch, Trustee of Bank of New England Corporation v. Ernst & Young U.S., et al.,* C.A. No. 93-10024-RGS, deposition, 2002.

*Duramed Pharmaceuticals, Inc. v. Wyeth-Ayerst Laboratories, Inc.,* C.A. No. C-1-00-735, deposition, 2002.

*Fifth Third Bank of Western Ohio v. United States of America,* No. 95-503C, United States Court of Federal Claims, deposition and trial testimony, 2001, 2002, and 2003.

*KA Investments v. Number Nine Visual Technology Corp.,* No. 00 CV 10966 DPW, U.S. District Court, District of Massachusetts, deposition and trial testimony, 2003.

*In Re A.T. Cross Securities Litigation,* No. 00 203 ML, U.S. District Court, District of Rhode Island, deposition, 2003.

*Long Island Savings Bank, FSB, and The Long Island Savings Bank of Centereach FSB, v. United States of America*, No. 92-517C, United States Court of Federal Claims, deposition, 1999-2000, 2003.

*LaSalle Talman Bank, F.S.B., v. United States of America*, No. 92-652C, United States Court of Federal Claims, deposition and trial testimony, 1998-1999, 2004.

*Smith v. Arthur Andersen et al.*, No. CIV-01-218-PHX-PGR, United States District Court for the District of Arizona, deposition, 2003.

*Land Development, Ltd. v. Arvida Managers-II, Inc.*, No. 96-0062-CA-15-N, The Circuit Court in and for the Eighteenth Judicial Circuit, Seminole County, Florida, deposition, 2003.

*PSINet Consulting Solutions Holdings, Inc., et al.*, No. 01-14916, United States Bankruptcy Court for the Southern District of New York, deposition, 2003, trial testimony, 2004.

# Exhibit B
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

*AT&T Corp. Securities Litigation*, No. 01-CV-1883, United States District Court for the District of New Jersey, deposition, 2004.

*RaboBank vs. Coopers & Lybrand*, No. 312318, Superior Court of the State of California County of San Francisco, deposition, 2004.

*Citizens Federal Bank, FSB, et al., v. United States*, No. 92-656C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Marriott International, Inc.*, No. 50-T-168-00171-2, International Centre for Dispute Resolution American Arbitration Association, arbitration testimony, 2004.

*James Marcelli v. Bank One Trust Company,* AAA Case No. 77 148 00154 03 DEAR, arbitration testimony, 2004.

*Texas First National bank v. Kenneth Wu,* et al,. No. H-01-2661, United States District Court for the Southern District of Texas, Houston Division, deposition and trial testimony, 2004.

*Hechinger Investment Company of Delaware v. Chase Manhattan Bank*, No. 00-840-RRM, United States District Court for the District of Delaware, deposition, 2004.

*American Capital Corporation and Transcapital Financial Corporation*, *v. U.S.*, No. 95-523C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Wyeth Pharmaceuticals*, No. C-1-01-704, United States District Court for the Southern District of Ohio Western Division, deposition, 2004.

*WorldCom Securities Litigation*, No. 02 Civ. 3288 (DLC), United States District Court Southern District of New York, deposition, 2004.

*Furstenau, et al. v. AT&T Corp., et al.,* No: 02-CV-5409, United States District Court for the District of New Jersey, deposition, 2005.

*Truserv Corporation v. Ernst & Young LLP*, No. 51-Y-181-01333-02, deposition, 2004, arbitration testimony, 2005.

*Allegheny Health, Education and Research Foundation v. PriceWaterhouseCoopers*, No. 00-684, United States District Court for the Western District of Pennsylvania, deposition, 2005.

*Torchmark Corporation, v. KPMG Peat Marwick LLP, et al.,* No. CV-03-3315, Circuit Court of

# Exhibit B
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

the Tenth Judicial Circuit, in and for Jefferson County Alabama, deposition, 2005.

*Cisco Systems, Inc.*, No. C-01-20418-JW(HRL), United States District Court Northern District of California San Jose Division, deposition, 2006.

*Williams Securities Litigation*, No. 02-CV-72-SPF-FHM, United States District Court for the Northern District of Oklahoma, deposition, 2006.

*Asche Transportation Services v. Ernst & Young, LLP*, No. 51-107-Y-01237 04, American Arbitration Association, arbitration trial, 2006.

*Granite Management Corporation v. United States of America,* No. 95-515C, United States Court of Federal Claims, trial testimony, 2006.

*Adams Golf, Inc. Securities Litigation*, C.A. No. 99-371 KAJ, United States District Court District of Delaware, deposition, 2006.

*Enron Corporation Securities Litigation,* MDL Docket No. 1446, United States District Court, Southern District of Texas, Houston Division, deposition, 2006.

# Exhibit C

## Additional Documents Considered by *Dr. Christopher M. James* in Conjunction with Revised Report – December 11, 2006

| | | |
|---|---|---|
| 09/30/06 10-Q | | |
| 06/30/06 10-Q | | |
| 03/31/06 10-Q | | |
| 12/31/89 10-Q | | |
| 12/31/05 10-K | | |
| 12/31/04 10-K | | |
| 12/31/03 10-K | | |
| 09/06 Call Report | | |
| 06/06 Call Report | | |
| 03/06 Call Report | | |
| 12/05 Call Report | | |
| 09/05 Call Report | | |
| 06/05 TFR | | |
| 03/05 TFR | | |
| 12/04 TFR | | |
| 09/04 TFR | | |
| 06/04 TFR | | |
| 03/04 TFR | | |
| 12/03 TFR | | |

**Other Case Materials**

| | | |
|---|---|---|
| Defendant's Motion for Summary Judgment Regarding Damages, July 20, 2004 | | |
| Defendant's Proposed Findings of Uncontroverted Fact in Connection with Motion for Summary Judgment Regarding Damages, July 20, 2004 | | |
| Amended Expert Report of Mukesh Bajaj, Ph.D. with Exhibits 1 - 2 and Tables 1-4, April 23, 2004 | | |
| Opinion and Order, Judge Wheeler, Filed August 30, 2006 | | |
| Deposition of William J. Durbin with Exhibit S-1, July 24, 2000 | | |
| Updated Expert Report of Professor Paul Horvitz – December 11, 2006 | | |

**Other Materials**

| | | |
|---|---|---|
| 12/02 Empire Bank TFR | | |
| 12/03 Klamath First Federal Savings and Loan Association TFR | | |
| "Exhibit VII.2. –Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings | | |
| Bloomberg Historical Yield Curve Data, 09/29/06 | | |
| Preferred Stock Yields – www.epreferreds.com – September 29, 2006 | | |

# *Exhibit D*

## *Sterling Savings Association*

## Summary of Lost Profits and Actual Cost of Mitigation for Lewis Federal and Tri-Cities

($ in Thousands)

| | | |
|---|---|---|
| [1] | **Lost Profits 1989 – 1993** | $4,137 |
| | **Net Actual Mitigation Costs for Lewis Federal and Tri-Cities** | |
| [2] | 1991 Through 2006 | $7,729 |
| [3] | 2006 Through End of Contracts | $1,386 |
| [4] | **Transaction Costs of Mitigation Capital for Lewis Federal and Tri-Cities** | $900 |
| [5] | **Wounded Bank Cost** | $4,556 |
| | **Total Loss Due to Actual Mitigation for Lewis Federal and Tri-Cities** | **$18,708** |

Notes:
[1] See Exhibit E
[2] See Exhibit F.
[3] See Exhibit I.
[4] See Exhibit J.
[5] See Exhibit K.

# *Exhibit E*
# *Assumes Mitigating Capital Raises*
## Calculation of Lost Earnings on Foregone Assets Through 1993
## Amortize Capital Credits from Lewis Federal and Tri-Cities
## Index of Tables

*Table 1: Summary of Lost Earnings Calculation*

*Table 2a: Actual Bank and Intervest Financial Data*
*Table 2b: Data for Intervest Mortgage Investment Company*

*Table 3a: Estimates for the But-For and Incremental Banks*
*Table 3b: Calculation of Returns Applicable to Foregone Assets*
*Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital*
*Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings*
*Table 3e: Summary of Internal versus External Growth in Total Assets*

*Table 4a: Goodwill and Intangibles Data for the But-For Bank*
*Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89*
*Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89*

*Table 5: But-For Bank*

*Table 6a: Addendum For Lewis Federal and Tri-Cities Supervisory Intangibles*
*Table 6b: Addendum For Central Evergreen Supervisory Intangibles*

*Table 7: Addendum For Non-Supervisory Goodwill*

# Exhibit E

## Sterling Savings Association

### Calculation of Lost Earnings on Foregone Assets

### Table 1: Summary of Lost Earnings Calculation

($ in Thousands)

| | A | B | C = B - A | D | E = C(t-1) * D |
|---|---|---|---|---|---|
| | | | Incremental Bank | | |
| Period Ended | Actual Assets | But-For Assets | Foregone Assets | ROAA | Income from Foregone Incremental Assets |
| 6/30/1989 | $730,933 | $730,933 | $0 | | |
| 12/31/1989 | 708,213 | 719,644 | 11,431 | 0.33% | 0 |
| 6/30/1990 | 688,990 | 737,187 | 48,197 | 0.25% | 28 |
| 6/30/1991 | 608,999 | 725,600 | 116,601 | 0.94% | 454 |
| 6/30/1992 | 640,887 | 773,974 | 133,087 | 1.78% | 2,071 |
| 6/30/1993 | | | | 1.78% | 1,583 |
| | | | | | 4,137 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90, which are for the six months ended as of each date.

A From Table 2a, column A.

B From Table 5, column C.

D From Table 3a, column G. For period ending 6/30/90, ROAA reflects the return for the six month period presented (and is not presented on a per annum basis).

E Pre-tax, pre-amortization net income from incremental assets. Figure for 6/30/93 is calculated as foregone assets at 6/30/92 times the pro-rated return for the eight month period ended 2/28/93.

# *Exhibit E*

## *Sterling Savings Association*

### Table 2a: Actual Bank and Intervest Financial Data

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | G | H = G / A | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Period Ended** | **Assets** | **Net Income** | **Taxes** | **Amortization of Goodwill** | **Pre-Tax, Pre-Amortization Income** | **Dividends** | **Core Capital** | **Core Capital Ratio** | **Capital Raised / Down-streamed** | **Total Goodwill** | **Qualifying Supervisory Goodwill** | **Other Qualifying Intangibles** |
| 6/30/1989 | 730,933 | | | | | | | | | | | |
| 12/31/1989 | 708,213 | 627 | 324 | 1,620 | 2,571 | 112 | (2,273) | -0.32% | 0 | 20,983 | 10,308 | 0 |
| 6/30/1990 | 688,990 | (360) | (487) | 1,633 | 786 | 0 | (1,354) | -0.20% | 0 | 19,736 | 10,036 | 0 |
| 6/30/1991 | 608,999 | 2,020 | 590 | 2,770 | 5,380 | 394 | 7,920 | 1.30% | 0 | 14,573 | 8,903 | 1,584 |
| 6/30/1992 | 640,887 | 4,744 | 3,319 | 2,332 | 10,395 | 94 | 35,266 | 5.50% | 23,052 | 10,649 | 6,288 | 3,327 |
| 6/30/1993 | 1,032,538 | 7,637 | 4,920 | 2,218 | 14,775 | 446 | 59,420 | 5.75% | 12,900 | 8,431 | 7,673 | 2,575 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date. Data are unconsolidated.

A - D & F & J Actual data from Thrift Financial Reports (Sheshunoff) for the bank, plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see Table 2b).

G Actual data from Thrift Financial Reports (Sheshunoff), except for figure for 12/31/89, which is from the Sterling Savings Association Capital Restoration Plan dated 2/19/90.

I Based on data from Sterling Savings annual reports and offering circulars. Figure for capital raised in 6/30/92 is the net proceeds for the issuance of 2.875m shares of common stock plus the addition to regulatory capital from conversion of series B preferred. This capital was raised before the holding company was formed in November 1992.

K - L Actual data from Thrift Financial Reports (Sheshunoff).

# *Exhibit E*

## *Sterling Savings Association*

### Table 2b: Data for Intervest Mortgage Investment Company

($ in Thousands)

| | A | B | C | D | E = B + C + D | F | D |
|---|---|---|---|---|---|---|---|
| **Period Ended** | **Assets** | **Net Income** | **Taxes** | **Amortization of Goodwill** | **Pre-Tax, Pre-Amortization Income** | **Dividends** | **Equity** |
| 6/30/1989 | | | | | | | |
| 12/31/1989 | | | | | | | |
| 6/30/1990 | | | | | | | |
| 6/30/1991 | | | | | | | |
| 6/30/1992 | | | | | | | |
| 6/30/1993 | 992 | 11 | 0 | - | 11 | - | 981 |

Note: All data are as of or for the fiscal year specified. Data are from the corresponding year's consolidating balance sheets for Sterling Financial and are for years in which Intervest was not a subsidiary of the bank.

D Amortization was not listed as a separate line item on the consolidating income statement.

F Dividends were not listed in the consolidating financial statements.

# *Exhibit E*

## *Sterling Savings Association*

### Table 3a: Estimates for the But-For and Incremental Banks

($ in Thousands)

| | A (But-For) | B (But-For) | | | C (Incremental) | D (But-For) | E (But-For) | F (But-For) | G (Incremental) |
|---|---|---|---|---|---|---|---|---|---|
| Period Ended | Estimated Capital Ratio | Adjustments to But-For: Income | Capital, Assets | Note | Estimated Tax Rate | Dividends Paid Out | Maximum Internal Asset Growth Rate | Estimated External Growth (Acquired Assets) | Adjusted ROAA |
| 6/30/1989 12/31/1989 | 4.00% | 0 | 10,385 | Capital, Assets: Estimated net proceeds from withdrawn 1989 Sterling unit offering ($12.0m - 1.5m = $10.5m) plus adjustment due to Great American branch purchase (-$0.115m). Income: Adjustment for wounded bank damages. | 37% | See footnote [D]. | 2.91% | 0 | 0.33% |
| 6/30/1990 | 4.00% | 1,116 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 3.56% | 0 | 0.25% |
| 6/30/1991 | 4.00% | 1,091 | 0 | Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 0.94% |
| 6/30/1992 | 5.00% | 1,057 | 5,678 | Capital, Assets: Portion of 11/21/91 common stock offering and conversion of preferred stock which is not considered as mitigation capital for Lewis Federal and Tri-Cities (net proceeds). Income: Adjustment for wounded bank damages. | 37% | | 8.72% | 0 | 1.78% |
| 6/30/1993 | N/A | 591 | N/A | Income: Adjustment for wounded bank damages. | 37% | | 61.11% | 0 | 1.78% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Capital ratios for 12/31/89, 6/30/90 and 6/30/91 assumed to equal 4% based on projected RAP leverage ratios in Sterling's 8/15/88 Business Plan.

B Adjustments to but-for income based on wounded bank damages summarized in Table 3c, column F. Adjustments to but-for capital & assets based on data from the annual reports or offering circulars (Data from Table 2a, column I), Great American Purchase adjustments (Data from Table 3c, column G).
Adjustment to but-for capital & assets in 1991 is calculated as ($11.022M / ($13.346M + $11.022M)) x ($20.925M - $10.5M + $2.1M). Lewis Federal and Tri-Cities interpolated capital credit and intangibles as of 11/21/91 is $13.346M. Central Evergreen interpolated identified and unidentified intangibles as of 11/21/91 is $11.022M. $20.925M is net proceeds from Sterling's 11/21/91 stock offering. $10.5M is net proceeds from withdrawn 1989 unit offering. On 11/21/91, Sterling also converted $2.1M of its convertible series B preferred to common stock.

C Estimated to be 37% of incremental earnings for 1989 – 1993, based on guidance provided by Dan Byrne, CFO, of Sterling Savings Association.

D Estimated to be the actual dividends paid plus the required dividends on the unit offering and, starting in fiscal 1992, the required dividends on the series B preferred. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is estimated that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89). Annual dividends on the series B preferred are calculated as $2.50, the required per share dividend, times ($13.346M / ($13.346M + $11.022M)), the portion of capital raised in 1991 allocated as mitigation capital for Lewis Federal and Tri-Cities, times 89,968, the number of shares outstanding at the time of conversion (Source: Sterling Savings 1991 Annual Report, p. 35, Sterling Savings 1992 Annual Report, p. 25). Lewis Federal and Tri-Cities interpolated capital credit and intangibles as of 11/21/91 is $13.346M. Central Evergreen interpolated identified and unidentified intangibles as of 11/21/91 is $11.022M. For fiscal 1992, the annual dividend amount of $123,183 is pro-rated to reflect approximately seven months, the time from the November 1991 conversion to the end of the fiscal year. The pro-rated amount is $74,936.

E From Table 3e, column F.

F From Table 3e, column B.

G From Table 3b, column F.

# *Exhibit E*

## *Sterling Savings Association*

### Table 3b: Calculation of Returns Applicable to Foregone Assets

($ in Thousands)

| | A | B | C | D | E = B - C - D | F = E / (average A, A(t-1)) |
|---|---|---|---|---|---|---|
| **Period Ended** | **Actual Assets** | **Pre-Tax, Pre-Amortization Income** | **Actual Accretion Income** | **Adjustments to Earnings due to Non-recurring or Breach-induced Gains/(Losses)** | **Adjusted Pre-Tax, Pre-Amort. Earnings** | **Adjusted ROAA** |
| 6/30/1989 | 730,933 | | | | | |
| 12/31/1989 | 708,213 | 2,571 | 178 | 0 | 2,393 | 0.33% |
| 6/30/1990 | 688,990 | 786 | 178 | (1,116) | 1,724 | 0.25% |
| 6/30/1991 | 608,999 | 5,380 | 354 | (1,091) | 6,117 | 0.94% |
| 6/30/1992 | 640,887 | 10,395 | 351 | (1,057) | 11,101 | 1.78% |
| 6/30/1993 | 1,032,538 | 14,775 | 437 | (591) | 14,930 | 1.78% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Actual data from Thrift Financial Reports (Sheshunoff) for Sterling Savings and from consolidating financials for 6/30/93 for Intervest. Data from Table 2a column A.

B From Table 2a, column E.

C Accretion Income for the six months ended 12/31/89 and 6/30/90 is assumed to be half of total accretion for the year ended 6/30/90. Source: Accretion schedule from Dan Byrne, CFO, of Sterling Savings Association.

D From Table 3c, column F.

# *Exhibit E*

## *Sterling Savings Association*

### Table 3c: Adjustments to Pre-Tax, Pre-Amortization Earnings or Capital

($ in Thousands)

| | Adjustments [ Revenue / (Expense) ] due to: | | | | | | Adjustments [Capital] due to: |
|---|---|---|---|---|---|---|---|
| | A | B | C | D = A / (1 - ( C / B )) | E | F = D + E | G |
| Period Ended | Extraordinary Items Net of Tax | Income Before Taxes | Total Income Taxes | Extraordinary Items Before Tax | Wounded Bank Costs | Total | Great American Branch Purchase |
| 6/30/1989 | | | | | | | |
| 12/31/1989 | $0 | $951 | $324 | $0 | $0 | $0 | ($115) |
| 6/30/1990 | 0 | (847) | (487) | 0 | (1,116) | (1,116) | |
| 6/30/1991 | 298 | 2,312 | 590 | 400 | (1,491) | (1,091) | |
| 6/30/1992 | (522) | 8,585 | 3,319 | (851) | (206) | (1,057) | |
| 6/30/1993 | (424) | 12,970 | 4,920 | (683) | 92 | (591) | |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.
A - C Data are for Sterling Savings only. Data are from Thrift Financial Reports (Sheshunoff).
D Extraordinary Items net of taxes grossed up for taxes based on actual tax rate for Sterling in each quarter.
E From Table 3d, column F.
G Source: Data from Sterling Savings Association.

# *Exhibit E*

## *Sterling Savings Association*

## Table 3d: Summary of Wounded Bank Adjustments to Pre-Tax, Pre-Amortization Earnings

($ in Thousands)

| | Wounded Bank Costs [Benefit / (Costs)] due to: | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Period ended | Loss on CJ 4 Loan | Excess Supervision Costs | Cost of 1989 Units Offering | Increased Legal and Accounting to Defend against Regulatory Interference | Other | Total |
| 6/30/1989 | | | | | | |
| 12/31/1989 | $0 | $0 | $0 | $0 | | $0 |
| 6/30/1990 | (6) | (75) | (1,004) | (31) | | (1,116) |
| 6/30/1991 | (1,189) | (66) | 0 | (236) | | (1,491) |
| 6/30/1992 | (138) | (32) | 0 | (37) | | (206) |
| 6/30/1993 | 92 | 0 | 0 | 0 | | 92 |
| Total | $(1,241) | $(172) | $(1,004) | $(304) | $0 | ($2,721) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Undated additional costs associated with additional reserves and late fees are assumed to have been incurred in FY 93. Source: Data from Sterling Savings Association.

B It is assumed that 1/3 of the FDIC General Assessment paid was due to Sterling's "troubled thrift" status. Expenses are assigned to a fiscal year by report date.
Source: Data from Sterling Savings Association.

C Includes all costs incurred. Costs were expensed in quarter ended 3/31/90 (per D. Byrne, CFO, of Sterling Savings Association and 1990 Annual Report, p. 9).
Source: Data from Sterling Savings Association.

D Source: Data from Sterling Savings Association.

# Exhibit E

## Sterling Savings Association

### Table 3e: Summary of Internal versus External Growth in Total Assets

($ in Thousands)

| | A | B | C | D = (A/A(t-1)) - 1 | E = ((A-B)/A(t-1)) - 1 | F |
|---|---|---|---|---|---|---|
| | | | | Growth Rates | | |
| Period Ended | Actual Total Assets | Acquired Assets | Notes | Actual Growth | Internal Growth | But-For Internal Growth Rate |
| 6/30/1989 | 730,933 | 0 | | | | |
| 12/31/1989 | 708,213 | 0 | | -3.11% | -3.11% | 2.91% |
| 6/30/1990 | 688,990 | 0 | | -2.71% | -2.71% | 3.56% |
| 6/30/1991 | 608,999 | 0 | | -11.61% | -11.61% | 8.72% |
| 6/30/1992 | 640,887 | 0 | | 5.24% | 5.24% | 8.72% |
| 6/30/1993 | 1,032,538 | 0 | | 61.11% | 61.11% | 61.11% |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date. Data are unconsolidated.

A From Table 2a, column A. Actual data for the bank plus data for Intervest Mortgage for years in which Intervest was not a subsidiary of the bank (see table 2b).

F For 12/31/89-6/30/91, the growth rate on incremental assets is assumed to be the same as projected in Sterling's 8/15/88 Business Plan. The rate for 6/30/92 is assumed to be the same as projected for 6/30/91. For 6/30/93, the growth rate on incremental assets is assumed to be the same as the internal growth of the actual bank as reflected in column E.

# *Exhibit E*

## *Sterling Savings Association*

### Table 4a: Goodwill and Intangibles Data for the But-For Bank

($ in Thousands)

| | Lewis Federal and Tri-Cities Supervisory Intangibles | | | | | | Central Evergreen Supervisory Intangibles | | | | | | Non-Supervisory Intangibles | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A = B + C | B | C | D | E | F | G = H + I | H | I | J | K | L | M | N | O = D + E + F + J + K + L + N |
| Period Ended | Total Intan-gibles | Capital Credit | Super-visory Good-will | Amorti-zation of Supervisory Goodwill and Capital Credit | Adjust-ments to Super-visory Good-will (benefit) | NOL's | Total Uniden-tified and Identi-fied Intan-gibles | Identi-fied Intan-gibles | Super-visory Good-will | Amorti-zation of Identified and Unidentified Intangibles | Adjust-ments to Super-visory Good-will (benefit) | NOL's | Total Balances | Total Amorti-zation of Non-Super-visory Intangibles | Total Amorti-zation, Adjust-ments and NOL's |
| 6/30/1989 | $16,067 | $12,342 | $3,724 | $1,020 | $0 | $0 | $18,700 | $6,075 | $12,625 | $1,324 | $0 | $59 | $1,407 | $108 | $2,512 |
| 12/31/1989 | 15,557 | 11,929 | 3,627 | 510 | 0 | 0 | 17,026 | 5,670 | 11,357 | 1,480 | 0 | 193 | 1,353 | 54 | 2,238 |
| 6/30/1990 | 15,047 | 11,516 | 3,530 | 510 | 0 | 0 | 16,112 | 5,265 | 10,847 | 1,268 | (354) | 0 | 1,299 | 54 | 1,478 |
| 6/30/1991 | 13,673 | 10,691 | 2,983 | 1,020 | 0 | 353 | 11,573 | 4,455 | 7,118 | 1,873 | 0 | 2,666 | 1,190 | 108 | 6,021 |
| 6/30/1992 | 12,232 | 9,865 | 2,368 | 948 | 493 | 0 | 8,616 | 3,645 | 4,971 | 1,859 | 1,098 | 0 | 1,082 | 108 | 4,506 |
| 6/30/1993 | 11,285 | 9,039 | 2,245 | 948 | 0 | 0 | 6,848 | 2,835 | 4,013 | 1,768 | 0 | 0 | 974 | 108 | 2,824 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Intangibles from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

B From Table 6a, column E. Capital Credit from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

C From Table 6a, column J. Supervisory goodwill from Lewis Federal and Tri-Cities supervisory acquisitions. Based on data from Sterling Savings Association.

D See note A above. Amortization of the supervisory goodwill is based on data from Sterling Savings Association. Amortization of the capital credit is from table 6a, columns B and D.

E, F, K, L Adjustments to and NOL usages against goodwill. Based on data from Sterling Savings Association. It is assumed that the remaining NOL balance of $1.9m associated with the Tri-Cities acquisition was used in the fiscal year ended 6/30/91. 50% of this benefit is assumed to have been shared with the government.

G Intangibles from Central Evergreen supervisory acquisitions. Based on data from Sterling Savings Association.

H Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

I From Table 6b, column C. Based on data from Sterling Savings Association.

J Calculated as Table 6b, column B + Table 6b, column D.

M & N Assumed balances and amortization of intangibles resulting from the Lewis & Clark merger (FY83). The goodwill amortization for this deal is modeled on an assumed straight-line basis through 2000. All data is based on information from Sterling Annual Reports. From table 7, columns D and H.

# *Exhibit E*

# *Sterling Savings Association*

## Table 4b: Calculation of Total Disallowed Central Evergreen Supervisory Goodwill at 12/31/89

($ in Thousands)

| | A | B | C | D | E = C * D | F = min(A,E) | G |
|---|---|---|---|---|---|---|---|
| **Period ended** | **Central Evergreen SGW** | **Actual Reported Qualifying SGW** | **But-For Bank Beginning Period Tangible Assets** | **Phaseout Schedule of SGW** | **But-For Constraint** | **But-For Qualifying SGW** | **Adjustment to But-For Core Capital** |
| 6/30/1989 | $12,625 | | | | | | |
| 12/31/1989 | $11,357 | 10,308 | 694,760 | 1.500% | 10,421 | 10,421 | N/A |
| 6/30/1990 | $10,847 | 10,036 | 685,708 | 1.500% | 10,286 | 10,286 | (136) |
| 6/30/1991 | $7,118 | 8,903 | 704,730 | 1.500% | 10,571 | 7,118 | (3,167) |
| 6/30/1992 | $4,971 | 6,288 | 699,163 | 1.000% | 6,992 | 4,971 | (2,147) |
| 6/30/1993 | $4,013 | 7,673 | 752,044 | 0.750% | 5,640 | 4,013 | (958) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A From Table 4a, column I.

B Actual data from Thrift Financial Reports (Sheshunoff).

C Calculated as the but-for bank's assets at the beginning of the period less total intangibles at the beginning of the period. (Calculated as Table 5, column C[t-1] - (Table 4a, column A[t-1] + Table 4a, column G[t-1] + Table 4a, column M[t-1])).

D Post-FIRREA, a portion of supervisory goodwill (based on a percentage of tangible assets) was allowed to count towards core capital. Qualifying percentages are from the Thrift Financial Report Instruction Manual 1991.

G Calculated as column F[t] - column F[t-1].

# Exhibit E

## Sterling Savings Association

### Table 4c: Calculation of Total Disallowed Central Evergreen Identified Intangibles at 12/31/89

($ in Thousands)

| | A | B | C | D | E | F = D * E | G = min(A,F) | H |
|---|---|---|---|---|---|---|---|---|
| Period ended | Identified Intangibles | Actual Reported Other Qualifying Intangibles | Actual Tangible Capital | But-For Bank Tangible Capital + But-For Qualifying SGW | Percentage of Tangible Capital + QSGW That Can be Counted | But-For Constraint | But-For Other Qualifying Intangibles | Adjustment to But-For Core Capital |
| 6/30/1989 | $6,075 | | | | | | | |
| 12/31/1989 | $5,670 | 0 | (9,949) | 23,170 | 25.000% | 5,793 | 5,670 | N/A |
| 6/30/1990 | $5,265 | 0 | (11,390) | 23,116 | 25.000% | 5,779 | 5,265 | (405) |
| 6/30/1991 | $4,455 | 1,584 | (2,567) | 24,223 | 25.000% | 6,056 | 4,455 | (810) |
| 6/30/1992 | $3,645 | 3,327 | 25,651 | 24,569 | 25.000% | 6,142 | 3,645 | (810) |
| 6/30/1993 | $2,835 | 2,575 | 48,191 | 35,054 | 25.000% | 8,763 | 2,835 | (810) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A From Table 4a, column H.

B, C Actual data from Thrift Financial Reports (Sheshunoff).

D Calculated as the previous period's but-for core capital less the previous period's but-for other qualifying intangibles.
(Calculated as Table 5, column I[t-1] - column G[t-1]).
For 12/31/89, calculated as the but-for core capital at 12/31/89 before inclusion of but-for other qualifying intangibles.

E Post FIRREA, a maximum of 25% of (Tangible Capital + Qualifying SGW) can be counted towards Other Qualifying Intangible Assets.

H Calculated as column G[t] - column G[t-1].

# Exhibit E

## Sterling Savings Association

### Table 5: But-For Bank

($ in Thousands)

| | A | B | C | D | E | F | G = D - E - F | H | I | J = I / C | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period ended | Growth Constrained Assets | Capital Constrained Assets | Assets | Pre-Tax, Pre-Amort. Income | Taxes | Total Amortization of Intangibles | Net Income | Dividends | Core Capital | Core Capital Ratio | Additional Capital Raised / Adjustments to Core Capital | Adjustment to But-For Core Capital Due to Phaseout of Central Evergreen Intangibles + Limitation on Other Qualifying Intangibles |
| 6/30/1989 | | | 730,933 | | | | | | | | | |
| 12/31/1989 | 752,177 | 719,644 | 719,644 | 2,571 | 324 | 2,045 | 202 | 353 | 28,786 | 4.00% | 10,385 | N/A |
| 6/30/1990 | 745,291 | 737,187 | 737,187 | 1,930 | (64) | 1,833 | 161 | 241 | 29,487 | 4.00% | 0 | (541) |
| 6/30/1991 | 801,437 | 725,600 | 725,600 | 6,925 | 1,162 | 3,001 | 2,763 | 876 | 29,024 | 4.00% | 0 | (3,977) |
| 6/30/1992 | 788,840 | 773,974 | 773,974 | 13,523 | 4,476 | 2,916 | 6,131 | 651 | 38,699 | 5.00% | 5,678 | (2,957) |
| 6/30/1993 | N/A | N/A | N/A | 17,741 | 5,725 | 2,824 | 9,193 | 1,052 | N/A | N/A | N/A | (1,768) |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Calculated as column C[t-1] times (1 plus Table 3a, column E), plus Table 3a, column F.

B Calculated as column I divided by Table 3a, column A.

C Calculated as the minimum of columns A and B.

D Assumes that up to the level of assets in the actual bank, pre-tax, pre-amortization income is unchanged, except for adjustments due to wounded bank costs from Table 3a, column B, and that the incremental assets earn the assumed pre-tax, pre-amortization return on beginning assets in Table 3a, column G.

E Assumes that up to the level of pre-tax, pre-amortization income in the actual bank, taxes are unchanged, and that the incremental pre-tax, pre-amortization income plus adjustments due to wounded bank damages is taxed at 37%.

F Total contractual amortization of supervisory intangibles plus total amortization of intangibles resulting from non-supervisory acquisitions. (Calculated as Table 4a, column D + Table 4a, column J + Table 4a, column N).

H Assumed to be the actual dividends paid plus the required dividends on the unit offering and, starting in fiscal 1992, the required dividends on the series B preferred. Required dividends on the unit offering are $482,340 annually, which is calculated as the 525,000 units times $0.92, the required per share dividend (calculated as $10.50 (half of the mean of per unit price filing range of $20-$22; it is assumed that the one common and one preferred share comprising the unit would be priced equally) times 8.75% (the mean of the range given for the dividend yield - 8.5% - 9%)) (Source: "Blue-Top" for Unit Offering, dated 11/14/89). Annual dividends on the series B preferred are calculated as $2.50, the required per share dividend, times ($13.346M / ($13.346M + $11.022M)), the portion of capital raised in 1991 allocated as mitigation capital for Lewis Federal and Tri-Cities, times 89,968, the number of shares outstanding at the time of conversion (Source: Sterling Savings 1991 Annual Report, p. 35, Sterling Savings 1992 Annual Report, p. 25). Lewis Federal and Tri-Cities interpolated capital credit and intangibles as of 11/21/91 is $13.346M. Central Evergreen interpolated identified and unidentified intangibles as of 11/21/91 is $11.022M. For fiscal 1992, the annual dividend amount of $123,183 is pro-rated to reflect approximately seven months, the time from the November 1991 conversion to the end of the fiscal year. The pro-rated amount is $74,936.

I Calculated as the sum of the but-for bank's previous period's core capital, plus the current period's net income, less dividends paid out, plus any additional capital raised, plus adjustments to but-for core capital based on phase-out of Central Evergreen Qualifying SGW and limitation on other qualifying intangibles, less adjustments to and NOL usages against Lewis Federal and Tri-Cities supervisory goodwill, plus the amortization of Central Evergreen supervisory goodwill and identified intangibles, plus the amortization of non-supervisory intangibles.
(Calculated as columns I[t-1] + G - H + K + L - Table 4a, column E - Table 4a, column F + Table 4a, column J + Table 4a, column N).
12/31/89 but-for core capital is calculated as the sum of the actual bank's 12/31/89 core capital, less Qualifying SGW, plus Lewis Federal and Tri-Cities intangibles, plus but-for Qualifying SGW, plus but-for Other Qualifying Intangibles, plus additional capital raised by the But-For Bank, plus the incremental bank's net income, less the incremental bank's dividends.
(Calculated as Table 2a, column G - Table 4b, column B + Table 4a, column A + Table 4b, column F + Table 4c, column G + column K + (column G - Table 2a, column B) - (column H - Table 2a, column F)).

K From Table 3a, column B.

L Table 4b, column G + Table 4c, column H.

# *Exhibit E*

## *Sterling Savings Association*

### Table 6a: Addendum for Lewis Federal and Tri-Cities Supervisory Intangibles

($ in Thousands)

| | Capital Credit | | | | | Supervisory Goodwill | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E = A + C | F | G | H | I | J = F + H |
| | Lewis Federal | | Tri-Cities | | Total | Lewis Federal | | Tri-Cities | | Total |
| Period Ended | Balance | Amortization | Balance | Amortization | Balance | Balance | Amortization | Balance | Amortization | Balance |
| 11/5/1985 | $1,750 | | | | $1,750 | $2,044 | | | | $2,044 |
| 12/31/1985 | 1,743 | $7 | | | 1,743 | 2,036 | $8 | | | 2,036 |
| 6/30/1986 | 1,721 | 22 | | | 1,721 | 1,814 | 23 | | | 1,814 |
| 6/30/1987 | 1,677 | 44 | | | 1,677 | 1,768 | 46 | | | 1,768 |
| 4/8/1988 | | | $11,730 | | | | | | | 0 |
| 6/30/1988 | 1,633 | 44 | 11,535 | $196 | 13,168 | 1,743 | 12 | $2,176 | | 3,919 |
| 6/30/1989 | 1,590 | 44 | 10,753 | 782 | 12,342 | 1,696 | 47 | 2,028 | $148 | 3,724 |
| 12/31/1989 | 1,568 | 22 | 10,362 | 391 | 11,929 | 1,673 | 23 | 1,955 | 74 | 3,627 |
| 6/30/1990 | 1,546 | 22 | 9,971 | 391 | 11,516 | 1,649 | 23 | 1,881 | 74 | 3,530 |
| 6/30/1991 | 1,502 | 44 | 9,189 | 782 | 10,691 | 1,603 | 47 | 1,380 | 148 | 2,983 |
| 6/30/1992 | 1,458 | 44 | 8,407 | 782 | 9,865 | 1,556 | 47 | 812 | 75 | 2,368 |
| 6/30/1993 | 1,415 | 44 | 7,625 | 782 | 9,039 | 1,509 | 47 | 736 | 75 | 2,245 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date, and 11/5/85 and 4/8/88, which reflect the beginning capital credit balances from the Lewis Federal and Tri-Cities acquisitions.

A, C, F - I Based on data from Sterling Savings Association.

B Assumes a 40 year amortization schedule.

D Assumes a 15 year amortization schedule.

# *Exhibit E*

# *Sterling Savings Association*

## Table 6b: Addendum For Central Evergreen Supervisory Intangibles

($ in Thousands)

| | Identified Intangibles | | Unidentified Intangibles | |
|---|---|---|---|---|
| | A | B | C | D |
| Period Ended | Balance | Amortization | Balance | Amortization |
| 6/30/1989 | $6,075 | 405 | $12,625 | 919 |
| 12/31/1989 | 5,670 | 405 | 11,357 | 1,075 |
| 6/30/1990 | 5,265 | 405 | 10,847 | 863 |
| 6/30/1991 | 4,455 | 810 | 7,118 | 1,063 |
| 6/30/1992 | 3,645 | 810 | 4,971 | 1,050 |
| 6/30/1993 | 2,835 | 810 | 4,013 | 958 |

Note: All data are as of or for the fiscal year specified, except data for 12/31/89 and 6/30/90 which are for the six months ended as of each date.

A Identified intangibles from Central Evergreen supervisory acquisition. Based on data from Sterling Savings Association.

B - D Based on data from Sterling Savings Association.

# *Exhibit E*

## *Sterling Savings Association*

## Table 7: Addendum for Non-Supervisory Goodwill

Source: Sterling Annual Reports and TFRs
($ in Thousands)

| Period Ended | Assumed Straight-Line Amortization: A Lewis & Clark | B WA & OR Branches | C KeyBank | D = A + B + C Total Amortization | Explanation | Balances: E Lewis & Clark | F WA & OR Branches | G KeyBank | H = E + F + G Total |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/1983 | | | | 0 | • Lewis and Clark S&LA was merged into Sterling on 6/30/83 and $2.056m in goodwill was recorded to be amortized using the interest-method over 19 years. Source: 1983 AR, Note 12. | 2,056 | | | 2,056 |
| 6/30/1984 | 108 | | | 108 | | 1,948 | | | 1,948 |
| 6/30/1985 | 108 | | | 108 | | 1,840 | | | 1,840 |
| 6/30/1986 | 108 | | | 108 | | 1,731 | | | 1,731 |
| 6/30/1987 | 108 | | | 108 | | 1,623 | | | 1,623 |
| 6/30/1988 | 108 | | | 108 | | 1,515 | | | 1,515 |
| 6/30/1989 | 108 | | | 108 | | 1,407 | | | 1,407 |
| 6/30/1990 | 108 | | | 108 | | 1,299 | | | 1,299 |
| 6/30/1991 | 108 | | | 108 | | 1,190 | | | 1,190 |
| 6/30/1992 | 108 | | | 108 | | 1,082 | | | 1,082 |
| 6/30/1993 | 108 | | | 108 | | 974 | | | 974 |
| **Total:** | **1,082** | **0** | **0** | **1,082** | | | | | |

H The goodwill amortization for each of these deals is modeled on an assumed straight-line basis through 2000.

# *Exhibit F*

## *Sterling Savings Association*

### Actual Cost of Mitigation

### Raised Capital to Mitigate Lewis Federal and Tri-Cities Intangibles

***1991 through 2006***

($ in Thousands)

| [1] Year End | [2] Weighted Average Capital Raised Balance | [3] Total Dividend After Tax at 10.75% | [4] Total Dividend Before Tax at 17.1% | [5] Cash Benefit Rate of Capital | [6] = [2] * [5] Cash Benefit of Capital | [7] = [4] - [6] Net Cost of Capital |
|---|---|---|---|---|---|---|
| 12/31/1991 | 703.4 | 75.6 | 120.0 | 9.29% | 65.3 | 54.7 |
| 12/31/1992 | 6,418.1 | 689.9 | 1,095.1 | 8.76% | 562.4 | 532.7 |
| 12/31/1993 | 9,768.1 | 1,050.1 | 1,666.8 | 6.75% | 659.1 | 1,007.7 |
| 12/31/1994 | 9,524.2 | 1,023.8 | 1,625.2 | 6.66% | 634.4 | 990.8 |
| 12/31/1995 | 8,650.8 | 930.0 | 1,476.1 | 7.32% | 633.1 | 843.1 |
| 12/31/1996 | 7,777.3 | 836.1 | 1,327.1 | 7.25% | 563.8 | 763.3 |
| 12/31/1997 | 6,903.9 | 742.2 | 1,178.0 | 7.62% | 526.0 | 652.1 |
| 12/31/1998 | 6,030.5 | 648.3 | 1,029.0 | 7.29% | 439.9 | 589.1 |
| 12/31/1999 | 5,157.0 | 554.4 | 880.0 | 7.22% | 372.2 | 507.8 |
| 12/31/2000 | 4,283.6 | 460.5 | 730.9 | 7.81% | 334.8 | 396.2 |
| 12/31/2001 | 3,410.2 | 366.6 | 581.9 | 7.21% | 245.8 | 336.1 |
| 12/31/2002 | 2,536.8 | 272.7 | 432.9 | 5.96% | 151.1 | 281.8 |
| 12/31/2003 | 1,959.6 | 210.7 | 334.4 | 4.96% | 97.2 | 237.2 |
| 12/31/2004 | 1,777.5 | 191.1 | 303.3 | 5.02% | 89.3 | 214.0 |
| 12/31/2005 | 1,694.2 | 182.1 | 289.1 | 5.72% | 97.0 | 192.1 |
| [8] 9/30/2006 | 1,631.9 | 131.6 | 208.8 | 6.43% | 78.7 | 130.2 |
| | | | | | Total Cost = | $7,728.7 |

**Notes:**

[2] See Exhibit G, column [j].
[3] Equals [2] x 10.75%.
[4] Pre-tax dividend cost of common and preferred stock. Assumes a 37% marginal tax rate. (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings).
[5] See Exhibit H, column [h].
[8] Figures [3] – [7] are prorated for the 9 months ending on 9/30/06.

# *Exhibit G*

## *Sterling Savings Association*

### Capital Raised Assumed to Mitigate Lewis Federal and Tri-Cities Intangibles

Source: Documents received from Sterling Savings Association; Sheshunoff
($ in Thousands)

| Date | Amortizing Capital Credit | Lewis Federal and Tri-Cities SGW & Intangibles | Lewis Federal and Tri-Cities Supervisory Intangibles | Assumed Mitigation Capital 1991 | Assumed Mitigation Capital Conversion of Preferred 1991 | Assumed Mitigation Capital 1993 | Total | Lewis Federal and Tri-Cities Supervisory Intangibles Mitigated | Annual Weighted Avg. of Raised Capital | Net Annual Weighted Avg. of Raised Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] = [a] + [b] | [d] | [e] | [f] | [g]=[d]+[e]+[f] | [h] | [i] | [j] |
| 12/31/1989 | 11,929 | 3,627 | 15,557 | | | | - | - | | |
| 12/31/1990 | 11,104 | 3,433 | 14,537 | | | | - | - | | |
| 11/21/1991 | 10,368 | 2,978 | 13,346 | 11,719 | 2,100 | | 13,819 | 7,568 | | |
| 12/31/1991 | 10,278 | 2,922 | 13,199 | 11,719 | 2,100 | | 13,819 | 7,568 | 829 | 703 |
| 12/31/1992 | 9,452 | 2,306 | 11,758 | 11,719 | 2,100 | | 13,819 | 7,568 | 7,568 | 6,418 |
| 2/28/1993 | 9,319 | 2,287 | 11,605 | 11,719 | 2,100 | 12,900 | 26,719 | 11,605 | | |
| 12/31/1993 | 8,626 | 2,184 | 10,811 | 11,719 | 2,100 | 12,900 | 26,719 | 10,811 | 10,601 | 9,768 |
| 12/31/1994 | 7,801 | 2,062 | 9,863 | 11,719 | 2,100 | 12,900 | 26,719 | 9,863 | 10,337 | 9,524 |
| 12/31/1995 | 6,975 | 1,940 | 8,915 | 11,719 | 2,100 | 12,900 | 26,719 | 8,915 | 9,389 | 8,651 |
| 12/31/1996 | 6,149 | 1,818 | 7,967 | 11,719 | 2,100 | 12,900 | 26,719 | 7,967 | 8,441 | 7,777 |
| 12/31/1997 | 5,323 | 1,696 | 7,019 | 11,719 | 2,100 | 12,900 | 26,719 | 7,019 | 7,493 | 6,904 |
| 12/31/1998 | 4,497 | 1,573 | 6,071 | 11,719 | 2,100 | 12,900 | 26,719 | 6,071 | 6,545 | 6,030 |
| 12/31/1999 | 3,672 | 1,451 | 5,123 | 11,719 | 2,100 | 12,900 | 26,719 | 5,123 | 5,597 | 5,157 |
| 12/31/2000 | 2,846 | 1,329 | 4,175 | 11,719 | 2,100 | 12,900 | 26,719 | 4,175 | 4,649 | 4,284 |
| 12/31/2001 | 2,020 | 1,207 | 3,227 | 11,719 | 2,100 | 12,900 | 26,719 | 3,227 | 3,701 | 3,410 |
| 12/31/2002 | 1,194 | 1,085 | 2,279 | 11,719 | 2,100 | 12,900 | 26,719 | 2,279 | 2,753 | 2,537 |
| 12/31/2003 | 955 | 1,019 | 1,974 | 11,719 | 2,100 | 12,900 | 26,719 | 1,974 | 2,127 | 1,960 |
| 12/31/2004 | 911 | 972 | 1,884 | 11,719 | 2,100 | 12,900 | 26,719 | 1,884 | 1,929 | 1,778 |
| 12/31/2005 | 868 | 926 | 1,794 | 11,719 | 2,100 | 12,900 | 26,719 | 1,794 | 1,839 | 1,694 |
| 9/30/2006 | 835 | 891 | 1,726 | 11,719 | 2,100 | 12,900 | 26,719 | 1,726 | 1,771 | 1,632 |
| 12/31/2006 | 824 | 879 | 1,703 | 11,719 | 2,100 | 12,900 | 26,719 | 1,703 | 1,748 | 1,611 |
| 12/31/2007 | 780 | 832 | 1,613 | 11,719 | 2,100 | 12,900 | 26,719 | 1,613 | 1,658 | 1,528 |
| 12/31/2008 | 736 | 786 | 1,522 | 11,719 | 2,100 | 12,900 | 26,719 | 1,522 | 1,567 | 1,444 |
| 12/31/2009 | 693 | 739 | 1,432 | 11,719 | 2,100 | 12,900 | 26,719 | 1,432 | 1,477 | 1,361 |
| 12/31/2010 | 649 | 692 | 1,341 | 11,719 | 2,100 | 12,900 | 26,719 | 1,341 | 1,387 | 1,278 |
| 12/31/2011 | 605 | 646 | 1,251 | 11,719 | 2,100 | 12,900 | 26,719 | 1,251 | 1,296 | 1,194 |
| 12/31/2012 | 561 | 599 | 1,161 | 11,719 | 2,100 | 12,900 | 26,719 | 1,161 | 1,206 | 1,111 |
| 12/31/2013 | 518 | 552 | 1,070 | 11,719 | 2,100 | 12,900 | 26,719 | 1,070 | 1,115 | 1,028 |
| 12/31/2014 | 474 | 506 | 980 | 11,719 | 2,100 | 12,900 | 26,719 | 980 | 1,025 | 944 |
| 12/31/2015 | 430 | 459 | 889 | 11,719 | 2,100 | 12,900 | 26,719 | 889 | 934 | 861 |
| 12/31/2016 | 386 | 412 | 799 | 11,719 | 2,100 | 12,900 | 26,719 | 799 | 844 | 778 |
| 12/31/2017 | 343 | 366 | 708 | 11,719 | 2,100 | 12,900 | 26,719 | 708 | 754 | 694 |
| 12/31/2018 | 299 | 319 | 618 | 11,719 | 2,100 | 12,900 | 26,719 | 618 | 663 | 611 |
| 12/31/2019 | 255 | 272 | 528 | 11,719 | 2,100 | 12,900 | 26,719 | 528 | 573 | 528 |

# *Exhibit G*

## *Sterling Savings Association*

### Capital Raised Assumed to Mitigate Lewis Federal and Tri-Cities Intangibles

Source: Documents received from Sterling Savings Association; Sheshunoff
($ in Thousands)

| Date | Amortizing Capital Credit | Lewis Federal and Tri-Cities SGW & Intangibles | Lewis Federal and Tri-Cities Supervisory Intangibles | Assumed Mitigation Capital 1991 | Assumed Mitigation Capital Conversion of Preferred 1991 | Assumed Mitigation Capital 1993 | Total | Lewis Federal and Tri-Cities Supervisory Intangibles Mitigated | Annual Weighted Avg. of Raised Capital | Net Annual Weighted Avg. of Raised Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | [b] | [c] = [a] + [b] | [d] | [e] | [f] | [g]=[d]+[e]+[f] | [h] | [i] | [j] |
| 12/31/2020 | 211 | 226 | 437 | 11,719 | 2,100 | 12,900 | 26,719 | 437 | 482 | 444 |
| 12/31/2021 | 168 | 179 | 347 | 11,719 | 2,100 | 12,900 | 26,719 | 347 | 392 | 361 |
| 12/31/2022 | 124 | 132 | 256 | 11,719 | 2,100 | 12,900 | 26,719 | 256 | 301 | 278 |
| 12/31/2023 | 80 | 86 | 166 | 11,719 | 2,100 | 12,900 | 26,719 | 166 | 211 | 194 |
| 12/31/2024 | 36 | 39 | 75 | 11,719 | 2,100 | 12,900 | 26,719 | 75 | 121 | 111 |
| 12/31/2025 | - | - | - | 11,719 | 2,100 | 12,900 | 26,719 | - | 38 | 35 |

Notes:

[a] Straight line amortization for Tri-Cities and Lewis Federal based on annual schedule. Source: *But-For RAP Supervisory Goodwill for Lost Profits [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.

[b] Straight line amortization taking into account NOL adjustments for Tri-Cities, Lewis Federal based on annual schedule. Source: *But-For RAP Supervisory Goodwill for Lost Profits [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.

[d] Based on data from 6/30/1992 Annual Report, pp. 18, 28. Figure for capital raised in 1991 is the gross proceeds for the issuance of 2.875M shares of common stock at $8.25 per share excluding the estimated gross proceeds from withdrawn 1989 Sterling unit offering of $12.0M (see Sterling Savings Association 1990 Annual Report, p. 3).

[e] Based on 11/91 Offering Circular, p. 14. This $2.1M in additional regulatory capital is from conversion of series B preferred to common stock. The $2.1M is taken to mitigate contractual intangibles at no incremental cost.

[f] On 2/28/93, Sterling Financial Corporation downstreamed $12.9M to Sterling Savings Association.

[h] For years 1991 through 1992, intangibles mitigated is calculated as the min(column [c], ($13.346M / ($13.346M + $11.022M)) x column [g]). For years 1993 through 2025, intangibles mitigated is calculated as the min(column [c], column [g]). Central Evergreen interpolated identified and unidentified intangibles as of 11/21/1991 equals $11.022M (based on annual schedule). Source: *But-For RAP Supervisory Goodwill for Lost Profits [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.

[i] For years 1991 and 1993, average amount of raised capital is calculated based on the timing of the offering. For years 1992, and 1994 through 2025, the average is a simple average of the column [h] for the years [t] and [t-1].

[j] = [i] * (1-([e] / [g])).

# *Exhibit H*

## *Sterling Savings Association*

### Calculation of Cash Benefit Yield

Source: Sterling Savings Thrift Financial Reports (Sheshunoff) and TFR's; First Federal Savings and Loan Association of Montana Thrift Financial Reports (Sheshunoff); Call Reports of Sterling Savings

($ in Thousands)

| | [a] | Gain (Loss) on Sale of Assets: | | | | | | | | | | [b] | [c] | [d] | [e] | [f] | [g] = [a] + [b] - [c] - [d] | [h] = [g] / avg [e] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Total Interest Income | Assets Held and Available for Sale | LOCOM Adj Made to Assets Held for Sale | Securities Held to Maturity | Real Estate Held for Investment | MPS Held for Investment | Other Sec Held for Investment | Loans Held for Investment | Other Assets Held for Investment | Loans and Leases | Other Assets (Excl. Securities) | Total Gain (Losses) on Sale of Assets | Provision for Losses on Interest Bearing Assets | Provision for Losses on Non-Interest Bearing Assets | Tangible Assets | Tangible Assets Adjusted for Mergers | Total Yield on Tangible Assets ($) | Average Yield on Tangible Assets |
| **12/31/1991** | **12,711** | **17** | **0** | | **0** | **1,369** | **0** | **0** | **0** | | | **1,386** | **150** | **280** | **599,408** | | **13,667** | **9.29%** |
| 3/31/1992 | 12,690 | 1 | 0 | | 0 | 0 | 1,590 | 0 | 0 | | | 1,591 | 250 | 77 | 619,930 | | 13,954 | 2.33% |
| 6/30/1992 | 13,175 | 1,952 | 0 | | 0 | 0 | 718 | 0 | 0 | | | 2,670 | 600 | 50 | 628,842 | | 15,195 | 2.43% |
| 9/30/1992 | 12,582 | 1,359 | 0 | | 0 | 0 | 20 | 0 | 0 | | | 1,379 | 450 | 3 | 651,197 | | 13,508 | 2.11% |
| 12/31/1992 | 12,653 | 0 | 0 | | 0 | 618 | 0 | 0 | 0 | | | 618 | 255 | 109 | 670,955 | | 12,907 | 1.95% |
| **YE 92** | **51,100** | **3,312** | **0** | | **0** | **618** | **2,328** | **0** | **0** | | | **6,258** | **1,555** | **239** | **634,066** | | **55,564** | **8.76%** |
| 3/31/1993 | 14,036 | 33 | 0 | | 0 | 0 | 0 | 0 | 0 | | | 33 | 375 | 171 | 866,772 | | 13,523 | 1.76% |
| 6/30/1993 | 16,771 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | | | 0 | 420 | 260 | 1,023,009 | | 16,091 | 1.70% |
| 9/30/1993 | 17,219 | 0 | 0 | | 0 | 451 | -349 | 0 | 0 | | | 102 | 400 | 148 | 1,045,099 | | 16,773 | 1.62% |
| 12/31/1993 | 17,710 | -1 | 0 | | 0 | 316 | -72 | 0 | 0 | | | 243 | 400 | 91 | 1,125,516 | | 17,462 | 1.61% |
| **YE 93** | **65,736** | **32** | **0** | | **0** | **767** | **-421** | **0** | **0** | | | **378** | **1,595** | **670** | **946,270** | | **63,849** | **6.75%** |
| 3/31/1994 | 18,196 | 262 | 0 | | 0 | 0 | 0 | 0 | 0 | | | 262 | 400 | 0 | 1,186,406 | | 18,058 | 1.56% |
| 6/30/1994 | 20,600 | 126 | 0 | | 0 | 0 | 0 | 0 | 0 | | | 126 | 400 | 37 | 1,344,936 | | 20,289 | 1.60% |
| 9/30/1994 | 23,233 | 56 | 0 | | 0 | 0 | 0 | 0 | 1,174 | | | 1,230 | 400 | 0 | 1,466,423 | | 24,063 | 1.71% |
| 12/31/1994 | 25,953 | 0 | 0 | | 0 | 0 | 0 | 0 | 1,463 | | | 1,463 | 400 | 0 | 1,589,358 | | 27,016 | 1.77% |
| **YE 94** | **87,982** | **444** | **0** | | **0** | **0** | **0** | **0** | **2,637** | | | **3,081** | **1,600** | **37** | **1,342,528** | | **89,426** | **6.66%** |
| 3/31/1995 | 27,677 | 122 | 0 | | 0 | 0 | 0 | 0 | 1,772 | | | 1,894 | 695 | 0 | 1,555,111 | | 28,876 | 1.84% |
| 6/30/1995 | 27,664 | 67 | 0 | | 0 | 0 | 0 | 0 | 1,200 | | | 1,267 | 400 | 34 | 1,524,309 | | 28,497 | 1.85% |
| 9/30/1995 | 27,790 | -2 | 0 | | 0 | 0 | 0 | 0 | 0 | | | -2 | 400 | 40 | 1,541,865 | | 27,348 | 1.78% |
| 12/31/1995 | 28,034 | 451 | 0 | | 0 | 0 | 0 | 0 | 0 | | | 451 | 400 | 0 | 1,496,870 | | 28,085 | 1.85% |
| **YE 95** | **111,165** | **638** | **0** | | **0** | **0** | **0** | **0** | **2,972** | | | **3,610** | **1,895** | **74** | **1,541,503** | | **112,806** | **7.32%** |
| 3/31/1996 | 26,911 | 17 | 0 | 0 | | | | 0 | 0 | | | 17 | 400 | 0 | 1,489,576 | | 26,528 | 1.78% |
| 6/30/1996 | 26,284 | 720 | 0 | 0 | | | | 0 | 63 | | | 783 | 400 | 28 | 1,473,728 | | 26,639 | 1.80% |
| 9/30/1996 | 26,893 | 565 | 0 | 0 | | | | 0 | 0 | | | 565 | 550 | 17 | 1,526,123 | | 26,891 | 1.79% |
| 12/31/1996 | 28,954 | 519 | 0 | 0 | | | | 0 | 0 | | | 519 | 550 | 13 | 1,530,075 | | 28,910 | 1.89% |
| **YE 96** | **109,042** | **1,821** | **0** | **0** | | | | **0** | **63** | | | **1,884** | **1,900** | **58** | **1,503,274** | | **108,968** | **7.25%** |
| 3/31/1997 | 29,186 | 439 | 0 | 0 | | | | 0 | -22 | | | 417 | 550 | 34 | 1,552,827 | | 29,019 | 1.88% |
| 6/30/1997 | 30,286 | 942 | 0 | 0 | | | | 5 | 15 | | | 962 | 550 | 14 | 1,674,363 | | 30,684 | 1.90% |
| 9/30/1997 | 34,273 | 855 | 0 | 0 | | | | 29 | 0 | | | 884 | 675 | 59 | 1,860,450 | | 34,423 | 1.95% |
| 12/31/1997 | 35,420 | 356 | 0 | 0 | | | | 0 | 5 | | | 361 | 675 | 0 | 1,863,398 | | 35,106 | 1.89% |
| **YE 97** | **129,165** | **2,592** | **0** | **0** | | | | **34** | **-2** | | | **2,624** | **2,450** | **107** | **1,696,223** | | **129,232** | **7.62%** |
| 3/31/1998 | 34,248 | 1,090 | 0 | 0 | | | | 0 | 238 | | | 1,328 | 800 | 0 | 1,876,450 | | 34,776 | 1.86% |
| 6/30/1998 | 36,160 | 286 | 0 | 0 | | | | 0 | -129 | | | 157 | 2,965 | 0 | 2,013,123 | | 33,352 | 1.71% |
| 9/30/1998 | 37,830 | 975 | 0 | 0 | | | | 0 | 0 | | | 975 | 800 | 0 | 2,015,909 | 2,081,057 | 38,005 | 1.89% |
| 12/31/1998 | 40,646 | 1,121 | 0 | 0 | | | | 0 | 1 | | | 1,122 | 800 | 0 | 2,248,665 | | 40,968 | 1.89% |
| **YE 98** | **148,884** | **3,472** | **0** | **0** | | | | **0** | **110** | | | **3,582** | **5,365** | **0** | **2,016,539** | | **147,101** | **7.29%** |
| 3/31/1999 | 40,844 | 597 | 0 | 0 | | | | 318 | 0 | | | 915 | 900 | 0 | 2,289,380 | | 40,859 | 1.80% |
| 6/30/1999 | 42,546 | 6 | 0 | 0 | | | | 214 | -14 | | | 206 | 1,000 | 0 | 2,437,732 | | 41,752 | 1.77% |
| 9/30/1999 | 44,463 | 5 | 0 | 0 | | | | 241 | 20 | | | 266 | 1,000 | 0 | 2,445,902 | | 43,729 | 1.79% |
| 12/31/1999 | 46,261 | 6 | 0 | 0 | | | | 196 | 0 | | | 202 | 1,000 | 0 | 2,480,265 | | 45,463 | 1.85% |
| **YE 99** | **174,114** | **614** | **0** | **0** | | | | **969** | **6** | | | **1,589** | **3,900** | **0** | **2,380,389** | | **171,803** | **7.22%** |

# *Exhibit H*

# *Sterling Savings Association*

## Calculation of Cash Benefit Yield

Source: Sterling Savings Thrift Financial Reports (Sheshunoff) and TFR's; First Federal Savings and Loan Association of Montana Thrift Financial Reports (Sheshunoff); Call Reports of Sterling Savings

($ in Thousands)

| | | Gain (Loss) on Sale of Assets: | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [a] | | | | | | | | | | | [b] | [c] | [d] | [e] | [f] | [g] = [a] + [b] - [c] - [d] | [h] = [g] / avg [e] |
| Date | Total Interest Income | Assets Held and Available for Sale | LOCOM Adj Made to Assets Held for Sale | Securities Held to Maturity | Real Estate Held for Investment | MPS Held for Investment | Other Sec Held for Investment | Loans Held for Investment | Other Assets Held for Investment | Loans and Leases | Other Assets (Excl. Securities) | Total Gain (Losses) on Sale of Assets | Provision for Losses on Interest Bearing Assets | Provision for Losses on Non-Interest Bearing Assets | Tangible Assets | Tangible Assets Adjusted for Mergers | Total Yield on Tangible Assets ($) | Average Yield on Tangible Assets |
| 3/31/2000 | 47,460 | 306 | 0 | 0 | | | | 0 | 0 | | | 306 | 1,100 | 0 | 2,546,776 | | 46,666 | 1.86% |
| 6/30/2000 | 50,309 | 373 | 0 | 0 | | | | 0 | 1 | | | 374 | 1,100 | 0 | 2,592,059 | | 49,583 | 1.93% |
| 9/30/2000 | 52,499 | 341 | 0 | 0 | | | | 0 | 1 | | | 342 | 1,100 | 0 | 2,624,758 | | 51,741 | 1.98% |
| 12/31/2000 | 53,637 | 294 | 0 | 0 | | | | 149 | 1 | | | 444 | 1,300 | 0 | 2,601,773 | | 52,781 | 2.02% |
| **YE 00** | **203,905** | **1,314** | **0** | **0** | | | | **149** | **3** | | | **1,466** | **4,600** | **0** | **2,569,126** | | **200,771** | **7.81%** |
| 3/31/2001 | 51,510 | 924 | 0 | 0 | | | | 0 | -1 | | | 923 | 1,400 | 25 | 2,602,306 | | 51,008 | 1.96% |
| 6/30/2001 | 49,211 | 508 | 0 | 0 | | | | 570 | 0 | | | 1,078 | 1,475 | 203 | 2,611,872 | | 48,611 | 1.86% |
| 9/30/2001 | 49,350 | 1,548 | 0 | 0 | | | | 0 | 0 | | | 1,548 | 1,525 | 106 | 2,901,860 | | 49,267 | 1.79% |
| 12/31/2001 | 49,837 | 2,655 | 0 | 0 | | | | 0 | -2 | | | 2,653 | 3,600 | 125 | 2,993,917 | | 48,765 | 1.65% |
| **YE 01** | **199,908** | **5,635** | **0** | **0** | | | | **570** | **-3** | | | **6,202** | **8,000** | **459** | **2,742,346** | | **197,651** | **7.21%** |
| 3/31/2002 | 47,904 | 1,151 | 0 | 0 | | | | 0 | -1 | | | 1,150 | 2,086 | 163 | 2,951,349 | | 46,805 | 1.57% |
| 6/30/2002 | 47,148 | 856 | 0 | 0 | | | | 182 | 3 | | | 1,041 | 2,227 | 15 | 3,044,341 | | 45,947 | 1.53% |
| 9/30/2002 | 49,460 | 2,183 | 0 | 0 | | | | 14 | -2 | | | 2,195 | 3,277 | 60 | 3,285,024 | | 48,318 | 1.53% |
| 12/31/2002 | 50,605 | 2,681 | 0 | 0 | | | | 42 | -1 | | | 2,722 | 4,277 | 0 | 3,459,901 | 3,684,385 | 49,050 | 1.45% |
| **YE 02** | **195,117** | **6,871** | **0** | **0** | | | | **238** | **-1** | | | **7,108** | **11,867** | **238** | **3,191,803** | | **190,120** | **5.96%** |
| 3/31/2003 | 50,721 | 2,929 | 0 | 0 | | | | -146 | 10 | | | 2,793 | 2,250 | 130 | 3,771,590 | | 51,134 | 1.37% |
| 6/30/2003 | 51,997 | 3,212 | 0 | 0 | | | | 295 | -1 | | | 3,506 | 2,550 | 80 | 4,044,991 | | 52,873 | 1.35% |
| 9/30/2003 | 53,992 | 1,030 | 0 | 0 | | | | 123 | -31 | | | 1,122 | 2,850 | 35 | 4,026,308 | | 52,229 | 1.29% |
| 12/31/2003 | 55,225 | 1,724 | 0 | 0 | | | | 28 | 1 | | | 1,753 | 2,850 | -49 | 4,226,435 | 5,676,569 | 54,177 | 1.31% |
| **YE 03** | **211,935** | **8,895** | **0** | **0** | | | | **300** | **-21** | | | **9,174** | **10,500** | **196** | **4,240,769** | | **210,413** | **4.96%** |
| 3/31/2004 | 72,622 | 3,003 | 0 | 0 | | | | 0 | 2 | | | 3,005 | 2,850 | 0 | 5,932,361 | | 72,777 | 1.25% |
| 6/30/2004 | 76,510 | 1,517 | 0 | 0 | | | | 153 | 0 | | | 1,670 | 3,000 | 5 | 6,103,898 | | 75,175 | 1.25% |
| 9/30/2004 | 80,991 | 1,780 | 0 | 0 | | | | 24 | 0 | | | 1,804 | 3,000 | 0 | 6,597,495 | | 79,795 | 1.26% |
| 12/31/2004 | 87,317 | 747 | 0 | 0 | | | | 0 | 0 | | | 747 | 3,300 | -26 | 6,805,803 | | 84,790 | 1.27% |
| **YE 04** | **317,440** | **7,047** | **0** | **0** | | | | **177** | **2** | | | **7,226** | **12,150** | **-21** | **6,223,225** | | **312,537** | **5.02%** |
| 3/31/2005 | 91,667 | 846 | 0 | 0 | | | | 2,546 | 136 | | | 3,528 | 3,750 | 0 | 6,878,216 | | 91,445 | 1.34% |
| 6/30/2005 | 94,937 | -278 | 0 | 0 | | | | 4,487 | 0 | | | 4,209 | 3,400 | 0 | 6,608,151 | | 95,746 | 1.42% |
| [1] 9/30/2005 | 101,452 | -625 | | 0 | | | | | | 2,257 | 1,263 | 2,895 | 3,400 | | 6,654,402 | | 100,947 | 1.52% |
| 12/31/2005 | 108,871 | 0 | | 0 | | | | | | 808 | 238 | 1,046 | 4,650 | | 7,419,760 | | 105,267 | 1.50% |
| [2] **YE 05** | **396,927** | **-57** | **0** | **0** | | | | **7,033** | **136** | **3,065** | **1,501** | **11,678** | **15,200** | **0** | **6,873,266** | | **393,405** | **5.72%** |
| 3/31/2006 | 118,015 | 0 | | 0 | | | | | | 637 | 205 | 842 | 4,650 | | 7,703,530 | | 114,207 | 1.51% |
| 6/30/2006 | 129,391 | -1 | | 0 | | | | | | 577 | 351 | 927 | 4,650 | | 7,906,750 | 8,044,750 | 125,668 | 1.61% |
| 9/30/2006 | 145,692 | 1 | | 0 | | | | | | 518 | 56 | 575 | 4,650 | | 8,487,446 | | 141,617 | 1.71% |
| [2] **YTD 9/06** | **393,098** | **0** | **0** | **0** | | | | **0** | **0** | **1,732** | **612** | **2,344** | **13,950** | | **7,913,872** | | **381,492** | **6.43%** |

Note:

TFR data are from the Sheshunoff Database except for 1998 and 2003 – 2005, which are from Sterling's hard copy TFR's for 1998 and 2003 – 2005.

TFRs are not available after June 2005, therefore call reports for Sterling Savings Association are used from September 2005 onwards.

[e] Tangible assets at year end are calculated as the average of the five previous quarters. Tangible assets at YTD 9/06 are calculated as the average of the four previous quarters. In the periods when quarterly tangible assets are adjusted for mergers, the figures adjusted for mergers are used in the calculation of average tangible assets at year end.

# *Exhibit H*

# *Sterling Savings Association*

## Calculation of Cash Benefit Yield

Source: Sterling Savings Thrift Financial Reports (Sheshunoff) and TFR's; First Federal Savings and Loan Association of Montana Thrift Financial Reports (Sheshunoff); Call Reports of Sterling Savings

($ in Thousands)

| | [a] | Gain (Loss) on Sale of Assets: | | | | | | | | | [b] | [c] | [d] | [e] | [f] | [g] = [a] + [b] - [c] - [d] | [h] = [g] / avg [e] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Total Interest Income | Assets Held and Available for Sale | LOCOM Adj Made to Assets Held for Sale | Securities Held to Maturity | Real Estate Held for Investment | MPS Held for Investment | Other Sec Held for Investment | Loans Held for Investment | Other Assets Held for Investment | Loans and Leases | Other Assets (Excl. Securities) | Total Gain (Losses) on Sale of Assets | Provision for Losses on Interest Bearing Assets | Provision for Losses on Non-Interest Bearing Assets | Tangible Assets | Tangible Assets Adjusted for Mergers | Total Yield on Tangible Assets ($) | Average Yield on Tangible Assets |

[f] Tangible assets as adjusted to reflect the following mergers and acquisitions:

Big Sky Bancorp in November 1998. Source: Sterling Savings 1998 Annual Report, 9/30/98 First Federal Savings and Loan Association of Montana TFR (Sheshunoff).

Empire Federal Bancorp, Inc. in February 2003. Source: Sterling Savings 3/31/03 10-Q, Empire Bank TFR.

Klamath First Bancorp, Inc. in January 2004. Source: Sterling Savings 12/31/04 10-K, Klamath First Federal Savings and Loan Association TFR.

Sterling Financial Corporation acquired Lynnwood Financial, parent company of Golf Savings Bank on 7/5/06. Golf Savings Bank was maintained as a separate subsidiary of Sterling Financial Corporation. Golf Savings Bank transferred $322 million in construction loans to Sterling Savings, and Sterling Savings transferred $184 million in Federal Funds to Golf Savings Bank. Source: Sterling Savings 9/30/06 10-Q, "Exhibit VII.2. -Capital ratios, Golf Savings Bank Pro Forma" schedule provided by Sterling Savings.

[h] Quarterly average yield is calculated based on the average of the current and prior quarters' balance of tangible assets. In the periods when quarterly tangible assets are adjusted for mergers, the quarterly average yield is calculated based on the average of the current quarter's balance of tangible assets and the prior quarter's balance of tangible assets adjusted for mergers. Annual total yield is calculated based on the average of the previous five quarters, using the figures adjusted for mergers. 12/31/91 and YTD 9/06 figures have been annualized.

{1] Call report income statement data is reported on a year-to-date basis only. Figures for Loans and Leases is taken from amount reported in 9/30/05 call report - sum of the amount reported under Loans Held for Investment in 3/31/05 and 6/30/05 TFRs. Figure for Other Assets (Excl. Securities) is taken from amount reported in 9/30/05 call report - sum of the amount reported under Other Assets Held for Investment in 3/31/05 and 6/30/05 TFRs.

[2] Call report income statement data is reported on a year-to-date basis only. Quarterly figures have been calculated using the year-to-date values below:

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/2005 | 288,056 | -57 | 0 | 9,290 | 1,399 | 10,550 |
| 12/31/2005 | 396,927 | -57 | 0 | 10,098 | 1,637 | 15,200 |
| 3/31/2006 | 118,015 | 0 | 0 | 637 | 205 | 4,650 |
| 6/30/2006 | 247,406 | -1 | 0 | 1,214 | 556 | 9,300 |
| 9/30/2006 | 393,098 | 0 | 0 | 1,732 | 612 | 13,950 |

# *Exhibit I*

## *Sterling Savings Association*

### Actual Cost of Mitigation

### Raised Capital to Mitigate Lewis Federal and Tri-Cities Intangibles

### *2006 through 2025*

($ in Thousands)

| | | [1] | [2a] | [2b] | [3] | [4] | [5] |
|---|---|---|---|---|---|---|---|
| | Period Ending | Weighted Average Capital Raised Balance | Total Dividend After Tax at 10.75% | Total Dividend Before Tax at 17.1% | Cash Benefit of Capital at 4.76% | Net Cost of Capital | Present Value of Net Cost Discounted at 4.76% |
| [6] | 9/30/2006 – 12/31/2006 | 1,579.7 | 42.5 | 67.4 | 18.8 | 48.6 | 48.0 |
| | 12/31/2007 | 1,527.6 | 164.2 | 260.7 | 72.7 | 187.9 | 177.3 |
| | 12/31/2008 | 1,444.3 | 155.3 | 246.4 | 68.7 | 177.7 | 160.0 |
| | 12/31/2009 | 1,360.9 | 146.3 | 232.2 | 64.8 | 167.4 | 144.0 |
| | 12/31/2010 | 1,277.6 | 137.3 | 218.0 | 60.8 | 157.2 | 129.0 |
| | 12/31/2011 | 1,194.3 | 128.4 | 203.8 | 56.8 | 146.9 | 115.1 |
| | 12/31/2012 | 1,111.0 | 119.4 | 189.6 | 52.9 | 136.7 | 102.2 |
| | 12/31/2013 | 1,027.6 | 110.5 | 175.4 | 48.9 | 126.4 | 90.3 |
| | 12/31/2014 | 944.3 | 101.5 | 161.1 | 44.9 | 116.2 | 79.2 |
| | 12/31/2015 | 861.0 | 92.6 | 146.9 | 41.0 | 105.9 | 68.9 |
| | 12/31/2016 | 777.7 | 83.6 | 132.7 | 37.0 | 95.7 | 59.4 |
| | 12/31/2017 | 694.4 | 74.6 | 118.5 | 33.1 | 85.4 | 50.6 |
| | 12/31/2018 | 611.0 | 65.7 | 104.3 | 29.1 | 75.2 | 42.5 |
| | 12/31/2019 | 527.7 | 56.7 | 90.0 | 25.1 | 64.9 | 35.1 |
| | 12/31/2020 | 444.4 | 47.8 | 75.8 | 21.2 | 54.7 | 28.2 |
| | 12/31/2021 | 361.1 | 38.8 | 61.6 | 17.2 | 44.4 | 21.9 |
| | 12/31/2022 | 277.7 | 29.9 | 47.4 | 13.2 | 34.2 | 16.1 |
| | 12/31/2023 | 194.4 | 20.9 | 33.2 | 9.3 | 23.9 | 10.7 |
| | 12/31/2024 | 111.1 | 11.9 | 19.0 | 5.3 | 13.7 | 5.9 |
| | 12/31/2025 | 34.7 | 3.7 | 5.9 | 1.7 | 4.3 | 1.7 |

**Present Value of Future Damages from Mitigation of Lewis Federal and Tri-Cities Intangibles Including Amortizing CC (September 2006 through end of contract): $1,386.0**

# *Exhibit I*

## *Sterling Savings Association*

## Actual Cost of Mitigation

## Raised Capital to Mitigate Lewis Federal and Tri-Cities Intangibles

### *2006 through 2025*

($ in Thousands)

**Notes:**

[1] See Exhibit G, column [j].

[2a] After-tax dividend cost of preferred stock which assumes a 10.75% required dividend.

[2b] Pre-tax dividend cost of preferred stock. Assumes a 37% marginal tax rate. (For example, with a 37% tax rate, to pay $6.3 in dividends, Sterling must have $10 in earnings).

[3] Benefit of incremental tangible capital. Assumes a 4.76% return, which approximates the yield on 30-year US Treasury bonds as of September 29, 2006.

[4] Net cost is the pre-tax cost of preferred stock less the benefit of capital.

[5] Net cost discounted to 3Q-end 2006 at 4.76%, which approximates the yield on 30-year US Treasury bonds as of September 29, 2006.

[6] Figures in columns [2a] – [5] are prorated for the 3 months ending on 12/31/06.

# *Exhibit J*
# *Sterling Savings Association*
## Transaction Costs of Mitigation Capital for Lewis Federal and Tri-Cities

| 1991 Common Stock Offering | | |
|---|---|---|
| Gross proceeds (2.875M shares @ $8.25 per share) | $23,718,750 | [1] |
| Net proceeds | $20,952,000 | [2] |
| **Underwriter discounts, commissions and other expenses** | **$2,766,750** | |
| Cost of Warrants | $560,057 | [3] |
| **Total Transaction Costs** | **$3,326,807** | **[4]** |
| Transaction Costs Allocated to Withdrawn 1989 Offering: | $1,683,127 | [5] |
| Transaction Costs Allocated to Central Evergreen: | $743,476 | [6] |
| **Transaction Costs Allocated to Lewis Federal and Tri-Cities:** | **$900,204** | **[7]** |

Notes:
[1] Sterling Savings Association's 1992 Annual Report, p. 18.
[2] Sterling Savings Association's 1992 Annual Report, p. 28.
[3] See Exhibit J, p. 2.
[4] Underwriter discounts, commissions and other expenses plus cost of warrants.
[5] Proportion of transaction costs ($12.00M / $23.72M) allocated to the withdrawn 1989 offering out of the total transaction costs allocated to the 1991 offering, times the total transaction costs allocated to the 1991 offering ($23.72M).
[6] Proportion of transaction costs $11.02M / ($13.35M + $11.02M) allocated to Central Evergreen times ([4]-[5]). Lewis Federal and Tri-Cities interpolated capital credit and intangibles as of 11/21/1991 is $13.346M (based on annual schedule). Central Evergreen interpolated unidentified and identified intangibles as of 11/21/91 is $11.022M (based on annual schedule). Source: *But-For RAP Supervisory Goodwill for Lost Profits [Unused Tri-Cities NOL Balance used in FY91]* from Sterling Savings Association.
[7] Calculated as [4] - [5] - [6].