# Financial Highlights

| OPERATING DATA DURING THE YEAR | JUNE 30, 1992 | JUNE 30, 1991 | JUNE 30, 1990 | JUNE 30, 1989 | JUNE 30, 1988 |
|---|---|---|---|---|---|
| Interest income | $ 52,821 | $ 60,683 | $ 67,529 | $ 54,743 | $ 27,291 |
| Interest expense | 36,073 | 47,888 | 54,181 | 43,844 | 20,776 |
| Net interest income | 16,748 | 12,795 | 13,348 | 10,899 | 6,515 |
| Provision for loan losses | (1,650) | (150) | (1,100) | (260) | (572) |
| Net interest income after provision for loan losses | 15,098 | 12,645 | 12,248 | 10,639 | 5,943 |
| Other income | 11,733 | 7,367 | 6,323 | 4,095 | 4,256 |
| Operating expenses | (18,246) | (17,701) | (18,097) | (13,032) | (8,228) |
| Income before income taxes | 8,585 | 2,311 | 474 | 1,702 | 1,971 |
| Income tax benefit (provision) | (3,395) | (590) | 164 | (225) | (752) |
| | 5,190 | 1,721 | 638 | 1,477 | 1,219 |
| Extraordinary item - early extinguishment of borrowings | (822) | 0 | 0 | 0 | 0 |
| Cumulative effect of change in accounting principle | 375 | 0 | 0 | 0 | 0 |
| **Net income** | $ 4,743 | $ 1,721 | $ 638 | $ 1,477 | $ 1,219 |
| **Net income applicable to common shares** | $ 4,650 | $ 1,496 | $ 413 | $ 1,252 | $ 1,016 |
| **Net income per common share** | $ 2.01 | $ 2.89 | $ 0.80 | $ 2.41 | $ 1.96 |
| Weighted average common shares outstanding | 2,311,941 | 518,453 | 518,298 | 520,468 | 518,897 |
| **FINANCIAL POSITION AT YEAR END** | | | | | |
| Total assets | $ 640,097 | $ 608,320 | $ 688,940 | $ 730,336 | $ 429,316 |
| Loans receivable | 447,554 | 374,926 | 441,639 | 478,440 | 304,408 |
| Mortgage-backed securities | 88,015 | 139,119 | 113,706 | 114,060 | 51,908 |
| Investments | 19,096 | 15,270 | 27,271 | 31,639 | 29,599 |
| Deposits | 505,730 | 488,464 | 479,227 | 519,982 | 306,152 |
| FHLB advances | 86,233 | 78,971 | 112,976 | 96,580 | 57,100 |
| Other borrowings | 0 | 19,213 | 75,901 | 87,345 | 47,192 |
| Stockholders' equity | 38,223 | 12,621 | 11,294 | 10,704 | 9,467 |
| **STATISTICAL DATA** | | | | | |
| Number of: | | | | | |
| Employees (full-time equivalents) | 322 | 287 | 290 | 300 | 197 |
| Offices: | | | | | |
| Full-service | 27 | 27 | 27 | 28 | 19 |
| Loan production | 13 | 11 | 9 | 11 | 7 |
| Real estate loans | 9,487 | 7,545 | 9,282 | 12,430 | 4,854 |
| Deposit accounts | 63,022 | 66,222 | 69,848 | 71,756 | 42,082 |
| **RATIOS** | | | | | |
| Return on average assets | 0.77% | 0.26% | 0.09% | 0.25% | 0.40% |
| Return on average common stockholders' equity | 17.83% | 15.45% | 4.81% | 16.22% | 15.20% |
| Stockholders' equity to assets, at end of period | 5.97% | 2.07% | 1.64% | 1.47% | 2.21% |
| Book value per common share, at the end of period | $ 10.64 | $ 19.99 | $ 17.44 | $ 16.34 | $ 13.95 |
| Net interest margin | 2.92% | 2.13% | 2.04% | 2.00% | 2.25% |
| Ratio of nonperforming assets to total assets, at end of period | 2.17% | 3.15% | 3.39% | 4.60% | 3.71% |

NOTE:
Per share amounts have been retroactively restated to reflect stock dividends paid. The above amounts reflect significant acquisitions during the years ended June 30, 1989 and 1988. - See Note 18 to the Consolidated Financial Statements.

NET INCOME
During Fiscal Year, In Millions of Dollars




Earnings Per Share
During Fiscal Year, In Dollars
$1.96 $2.41 $.80 $2.89 $2.01

TOTAL DEPOSITS
End of Fiscal Year, In Millions of Dollars




TOTAL LOANS
End of Fiscal Year, In Millions of Dollars




TOTAL ASSETS
End of Fiscal Year, In Millions of Dollars




SG 0063078

"Confidential Material-Subject to Protective Order"



CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0475

# Report to Shareholders



Harold B. Gilkey
Chairman of the Board

Fiscal 1992 was an outstanding year for Sterling Savings. Your company, profitable every year since its inception, reported record earnings this fiscal year. We also completed a $21 million equity offering, making Sterling one of the only thrifts in the nation to have met all applicable capital requirements after having been deemed to be in non-compliance with such requirements. Our primary regulator, OTS, had taken the position that FIRREA eliminated most of the capital regulatory provisions of acquisition agreements entered into during the late 80's. Our compliance with capital standards is a victory for us all -- our shareholders, customers, employees, and the communities we serve across the Pacific Northwest.

Developments during fiscal 1992 attest to Sterling's ability to take advantage of opportunities while conducting business in a prudent and responsible manner. Highlights of the past year include the following:

- Net income increased 176% during the fiscal year ended June 30, 1992, to $4,743,000, compared to $1,721,000 for the same period last year. This reflects a dramatic increase in core earnings and other income. Return on average equity at the end of fiscal year 1992 was 17.8%, compared to 15.5% at the end of fiscal year 1991.
- Action Mortgage Company continues its strong performance by increasing total residential loan production by 54% to $585 million for June 30, 1992, compared to $381 million for the previous year. At June 30, 1992, residential real estate made up 72% of Sterling's loan portfolio.
- Sterling's total assets increased to $640 million at June 30, 1992, compared to $608 million at June 30, 1991.
- Sterling expanded its financial services during fiscal year 1992 by enlarging its consumer and business lending departments; establishing a private banking department; and adding insurance products to Harbor Financial's array of services.

Sterling's strong performance this year is based on a solid capital position, stable regional economy, good state-wide depository base, and well-positioned mortgage lending operation. With headquarters in Spokane, Washington, we have a great opportunity to be responsive to our customers and our communities throughout the Pacific Northwest.



SG 0063079

"Confidential Material-Subject to Protective Order"

App. 329

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0476

APP. 1039

JPB05369



William W. Zuppe
President

As a community financial institution, Sterling is large enough to provide high-quality, competitive products and services and small enough to know our customers on a first-name basis. Our customers appreciate the fact that all their financial needs are met by friendly, "Hometown Helpful" people.

Throughout this report, we illustrate our commitment to Sterling's mission...*to provide a high level of quality financial services to our customers and to manage a safe and sound financial institution which builds value for its shareholders and opportunity for its employees.*

Our strengths are evident:

- We have been consistently profitable.
- We have developed a solid branch and lending system.
- We have an experienced, disciplined management team.

We are very proud of our employees whose sense of pride and dedication to "Hometown Helpful" service ensures success and gives us confidence for the future. We extend our gratitude to Ray Alverson of Olympia who retired from the Board of Directors this spring. Ray joined Sterling with our acquisition of Central Evergreen Federal Savings and stayed on board through the successful completion of the recapitalization. We appreciate his counsel and support.

Sterling looks forward to celebrating our tenth year of following the sound, fundamental principles upon which Sterling was founded. These are exciting times. We are a "new thrift" among a "new generation" of thrifts -- one that recognizes opportunities and is actively taking advantage of them.

App. 330

SG 0063080



"Confidential Material-Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0477

APP. 1040

JPB05370

# Corporate Profile

terling Savings Association is a Washington State chartered savings association headquartered in Spokane, Washington. Sterling commenced operations in 1983 with assets of $2.5 million. At June 30, 1992, the Association had total assets of approximately $640 million.

Sterling attracts FDIC-insured deposits from the general public through 27 retail branches located primarily in smaller rural communities in Washington State. Sterling originates mortgage loans secured primarily by real estate in metropolitan areas of the Pacific Northwest. Sterling also originates consumer, business banking, commercial real estate, and residential construction loans.

**Sterling Savings Locations**
Auburn
Centralia
Chehalis
Clarkston
Colfax
Ellensburg
Kennewick (2)
Lacey
Morton
Moses Lake
North Bend
Olympia
Othello
Panorama City
Pasco
Pomeroy
Port Angeles
Richland
Rochester
Spokane (3)
Vancouver
Walla Walla
Winlock
Winslow

**Action Mortgage Locations**
Bellevue
Boise
Chehalis
Clarkston
Coeur d'Alene
Federal Way
Lacey
Moses Lake
Portland
Spokane (2)
Tacoma
Tri-Cities

**INTERVEST**
Portland
Spokane






"Confidential Material-Subject to Protective Order"

SG 0063081

App. 331

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0478

APP. 1041

JPB05371

Action Mortgage Company, a wholly-owned subsidiary of Sterling Savings, operates 13 residential loan production offices primarily in the Spokane and Seattle, Washington; Portland, Oregon; and Boise, Idaho, metropolitan areas. Sterling's subsidiary INTERVEST-Mortgage Investment Company maintains commercial real estate lending offices in Portland, Oregon, and Spokane, Washington. Sterling markets tax-deferred annuities, mutual funds, and other financial products through its subsidiary Harbor Financial Services, Inc.

Sterling's common stock is traded on the NASDAQ national market system under the symbol STSA.

## Economic Outlook

Spokane and the Pacific Northwest enjoy a unique economy that does not always parallel national trends. As the second largest city in the state of Washington, Spokane is the professional and industrial center for the vast region east of the Cascade Mountains. This region supports a diverse economy that includes agriculture, forest products, and mining industries as well as military bases and medical centers.

The coastal area west of the Cascades is the gateway to the Pacific Rim. Microsoft and Boeing epitomize the range of industrial and technological employment opportunities of this region. Natural beauty, abundant resources, high-tech industries, quality education, reasonably priced real estate, and a highly skilled and motivated work force are compelling reasons for people to look to the Northwest for a high quality lifestyle.

The region is characterized by a diverse economic base including mining, agriculture and high-tech industries













"Confidential Material-Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0479

# Hometown Helpful






App. 333

S G 0063083

"Confidential Material-Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0480

Case 1:95-cv-00829-TCW Document 222 Filed 02/26/2007 Page 9 of 26

Hometown
Helpful:
treating
customers
the way
we'd like
to be
treated.

"Hometown Helpful" is Sterling's motto -- the way we do business. It represents principles of treating customers the way we would like to be treated and offering financial products that meet customers' needs.

Sterling is locally-managed and dedicated to the needs of the local customers. Many of Sterling's branches are located in smaller communities throughout Washington State. Yet we recognize that customers in small towns have financial needs as sophisticated as those in the metropolitan areas. Sterling is capable of providing a range of products which meet today's complex financial needs.

From interest-bearing checking accounts to home financing, Sterling provides complete services and products in one-stop banking at our twenty-seven branch locations. Customers have the options of personalized service and the twenty-four hour convenience of the Exchange automated teller machines.

Sterling strives to simplify the sometimes overwhelming banking processes for our customers. A key element in developing our high quality financial services is to ensure that they are easy for our customers to understand and use. Another key element is hiring "Hometown Helpful" people as customer service and lending representatives.

Sterling's well-trained staff is dedicated to identifying and providing full financial services that benefit our customers. After all, our customers are our friends, neighbors, and fellow community citizens. By listening to their concerns and responding to their needs, we have retained loyal customers and attracted new accounts.



"...your people made a complicated and frustrating transaction easy and much less traumatic. It's nice to know that this kind of service is normal at Sterling Savings. I know that when it was time to open a checking account for our son who left for college, we went straight to Sterling."

App. 334

SG 0063084



"Confidential Material-Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0481

# Lending

Sterling remains committed to being a community bank specializing in real estate financing. We provide loans for single and multi-family dwellings through our Action Mortgage and INTERVEST subsidiary companies.

Sterling fulfills a major part of its mission by providing loans for homes for all incomes. More than 60% of Sterling's loan portfolio is secured by residential mortgages originated through its subsidiary Action Mortgage Company. During fiscal 1992, the volume of new home mortgage loan originations increased to $585 million for the year ended June 30, 1992, from $381 million for the year ended June 30, 1991.

Action's lending activity in Sterling's branches increased significantly during fiscal 1992. Action also opened offices along the I-5 corridor in Federal Way and Lacey, Washington. The Portland, Oregon, office doubled its lending production during the same period. Action's staff handled the large increase in refinancing activity without major disruption in customer service levels. Action maintained a responsive service relationship with real estate agents and customers during these periods of high demand.

We have proved our ability to originate commercial real estate lending through our subsidiary, INTERVEST-Mortgage Investment Company. Our commercial real estate lending emphasis will continue to be on apartment loans ranging in size from $500,000 to $2,500,000.

With a solid presence in growing communities throughout Washington, Oregon, and Idaho, Sterling is well-positioned to meet the increasing loan demand. Making loans to people we know in the Pacific Northwest is key to Sterling's lending soundness and strength.



*When people buy a house, they are really buying security and safety. Our efficient and timely handling of your loan makes moving into a new home much easier for everyone.*



SG 0063085

"Confidential Material-Subject to Protective Order"

App. 335

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0482

APP. 1045

JPB05375




App. 336

"Confidential Material-Subject to Protective Order"

SG 0063086

9 —

Case 1:95-cv-00829-TCW Document 222 Filed 02/26/2007 Page 12 of 26

# Financial Services

Sterling offers a full range of traditional and non-traditional products and services. Our experienced staff is trained to guide customers through today's financial maze for tomorrow's security. We assist customers with decisions which will chart a course for their future financial goals.

During fiscal 1992, Sterling expanded services to meet our customers' investment needs through our subsidiary Harbor Financial Services. Harbor's financial service representatives throughout Washington State are now qualified to offer mutual funds and credit life products in addition to a full line of tax-deferred annuities.

We constantly strive to provide specialized financial products and services that our customers want at a competitive price and in a personal, convenient manner. This spring we responded to our customers' special banking needs in credit and investment areas by establishing a private banking department in Spokane's Business Lending Division.

Sterling continues to meet our customers' consumer lending needs through products ranging from auto loans to personal lines of credit. We know the key factor in achieving success in full service banking is a core of experienced, creative, full-time lending officers who are dedicated to personalized service.

Committed to the basic business of savings and lending, Sterling has evolved to serve our customers' lifetime financial needs.

Our customers place their faith in our ability to help them plan for their future. For some, it's a secure retirement; for others it's a new boat, home improvements, or a college education.



App. 337



"Confidential Material-Subject to Protective Order"

SG 0063087

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0484




App. 338

"Confidential Material-Subject to Protective Order"

SG 0063088

# Administration & Community Service



Sterling's ability to carry out our mission and provide "Hometown Helpful" service is supported by our administrative staff in human resources, accounting, loan servicing, operations, marketing, communications, and investor relations. They view the big picture and organize resources within that framework. In today's complex financial environment, their challenge is to create systems which gather data, analyze it, and communicate the information effectively.

Our entire Sterling family is dedicated to the communities we serve. We know our customers as friends and fellow citizens who are truly interested in building better places to live. They count on Sterling's leadership -- when we are helping organizations, such as the Special Olympics' 3 on 3 Hoopfest tournament reach their funding goals, or participating on the board of the local Economic Development Council.

Sterling takes its responsibility to its communities very seriously. We are pleased to have been selected this spring by the Federal Home Loan Bank's Affordable Housing Program to receive two subsidies which will assist community-based organizations with affordable housing projects. More than just a quick fix, these programs are a long-term, comprehensive effort to empower people through life skills training.

Administration's role is to serve those who serve the customer. Through careful planning and responsive action, Sterling's administration provides a strong link between our customers, shareholders, employees, and our communities.

In addition to sophisticated communication systems, it is important to Sterling that our branches and communities have access to our senior managers who enjoy meeting with local civic clubs as well as participating in a branch meeting.



App. 339

SG 0063089

"Confidential Material-Subject to Protective Order"

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0486




...providing a strong link between our customers, shareholders, employees and our communities



App. 340

"Confidential Material-Subject to Protective Order"

SG 0063090

CONFIDENTIAL MATERIAL- SUBJECT TO PROTECTIVE ORDER PSG027 0487