IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STERLING SAVINGS ASSOCIATION, *
A STATE CHARTERED SAVINGS *
ASSOCIATION, STERLING FINANDIAL *
CORPORATION, A WASHINGTON *
CORPORATION, *
Plaintiffs, *
* CASE NO. 95-829C
V. * (Senior Judge Smith)
UNITED STATES *
Defendant. *

ORAL AND VIDEOTAPED DEPOSITION OF
PAUL MICHAEL HORVITZ, Ph.D.
VOLUME 2
DECEMBER 6, 2001

Taken on DECEMBER 6, 2001 beginning at 9:10 a.m., in the offices of the United States Justice Department, 910 Travis, Suite 1452, Houston, Texas, before Marie Bulfinch, a Certified Shorthand Reporter in and for the State of Texas, pursuant to Notice, the Federal Rules of Civil Procedure and stipulations as may be stated herein.

Q. So you can ignore the actions that would have been taken by competitors then?

A. I'm saying this would have been so small in the context of a competitive and efficient market that it would not have been perceptible to -- to other participants in the market.

Q. And based upon that opinion, you didn't even attempt to study what the -- what Sterling's competitors would have done?

A. No. But I've taken a conservative approach towards the -- towards the earnings that Sterling would have achieved on their additional assets.

Q. But that conservative approach wasn't based upon some study of what their competitors would have done?

A. I have looked at their competitors and their market share. It's not that I have ignored that. I have concluded that the -- that the effect on the market would have been insignificant. It's saying that it's insignificant or saying that it's zero, doesn't mean that I have ignored it.

Q. If the court rules that in the but-for world all thrifts with supervisory goodwill and capital credits can continue to count them towards regulatory capital, would that affect your damages calculation?

I, PAUL MICHAEL HORVITZ, Ph.D., have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

______________________
PAUL MICHAEL HORVITZ, Ph.D.

THE STATE OF ________)
COUNTY OF _________)

Before me, _______________, on this day personally appeared PAUL MICHAEL HORVITZ, Ph.D., known to me (or proved to me under oath or through ____________________) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _______ day of _____________, __________.

________________________
NOTARY PUBLIC IN AND FOR
THE STATE OF __________

THE STATE OF TEXAS :

I, Marie Bulfinch, a Certified Shorthand Reporter in and for the State of Texas, do hereby certify that the facts as stated by me in the caption hereto are true; that the above and foregoing answers of the witness, PAUL MICHAEL HORVITZ, Ph.D., to the interrogatories as indicated were made to me by the said witness after being first duly sworn/affirmed to testify to the truth, and same were reduced to printing under my direction; that the above and foregoing deposition as set forth in printing is a full, true and correct transcript of the proceedings had at the time of taking said deposition.

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

GIVEN under my hand and seal of office on this the 14th day of December 2001.

Marie Bulfinch, CSR, RMR, CRR
in and for The State of Texas

Certificate No. 3748
Expires 12-31-01
1010 Lamar, Suite 1400
Houston, Texas 77002