# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler) |

## STERLING'S MOTION FOR ENLARGEMENT OF TIME

COME NOW, Plaintiffs, Sterling Savings Association and Sterling Financial Corporation ("Sterling"), and respectfully move the Court for an enlargement of time in which to file their response to Defendant's Revised Motion for Summary Judgment Regarding Damages. RCFC 7.2(c) requires Sterling to file a response brief within 28 days after service of the motion. As Sterling was served by electronic means pursuant to ECF, RCFC 6(e) provides for an additional 3 days to this period. Sterling was served with Defendant's summary judgment motion on February 26, 2007, and therefore was required to file its response by midnight, Eastern Time, March 29, 2007. As set forth in the subjoined Affidavit of William M. Symmes, Sterling missed this deadline due to computer errors and as a result, an extension of the filing deadline by one day to today, March 30, 2007, is requested. No prior requests for an enlargement of time have been requested. No prejudice to Defendant will be caused, nor delay of the June 25, 2007 trial will result from Sterling's requested extension.

Respectfully submitted this 30th day of March 30, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: William D. Symmes
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims

1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

## AFFIDAVIT OF WILLIAM M. SYMMES

STATE OF WASHINGTON )
) ss.
COUNTY OF SPOKANE )

I, William M. Symmes, being first duly sworn upon oath, depose and state:

1. I am over age 18, an attorney in this action on behalf of Plaintiffs, and am competent to make this affidavit. I make this affidavit upon personal knowledge.

2. Yesterday, March 29, 2007, the date on which Sterling's response to Defendant's Revised Motion for Summary Judgment Regarding Damages was due, Sterling experienced certain technical problems that interfered with its ability to generate the electronic files required for filing pursuant to the ECF system. Undersigned has since learned that some of the files to be converted to "PDF" documents for electronic filing were "corrupted" files, or were files that became "corrupted" during the time in which Sterling was finalizing them for filing.

3. The end result of experiencing these technical problems was that some of Sterling's filings, which were due by midnight, March 29, 2007, were not properly filed until shortly after midnight.

4. These technical problems arose without warning and were unforeseen by Sterling's counsel.

5. At 8:51 pm, Pacific Daylight time (11:51 pm on the East Coast) on March 29, 2007, undersigned attempted to contact opposing counsel by email to notify her of Sterling's technical difficulties, though he was mindful that opposing counsel would be unreachable at such an hour. Attached hereto is that email.

6. First thing this morning, undersigned attempted to contact opposing counsel by phone to confer about this motion, but opposing counsel was not available at that time. Undersigned left a voice mail asking for opposing counsel to return the call. Nonetheless, given the prior courtesies exchanged between counsel, undersigned does not anticipate opposition to this motion, though, in fairness, opposing counsel has yet to be contacted.

7. Under the circumstances, Sterling submits that adequate cause under RCFC 6(b) exists for the above requested enlargement of time, the effect of which would be to render all of Sterling's filings timely under local ECF rules.

8. Sterling is also in the process of reviewing the filings to determine whether the computer glitches caused any errors in the pleadings themselves, and would request leave to file the appropriate praecipe if such errors are discovered today. Any such corrections will likewise be included in the courtesy chamber copies and copies to opposing counsel, which are to be delivered by overnight mail today.

9. Undersigned apologizes for any inconvenience caused to the Court or opposing counsel.

DATED this 30th day of March, 2007.

William M. Symmes

SUBSCRIBED and SWORN TO before me on this 30th day of March, 2007.

NOTARY PUBLIC
STATE OF WASHINGTON
JANET E JACKSON
My appointment expires June 25, 2010

Printed Name Janet E. Jackson
Notary Public in and for the State
of Washington Residing at Spokane Valley, WA
My Commission Expires: 6-25-2010

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 30, 2007, a copy of the foregoing **STERLING'S MOTION FOR ENLARGEMENT OF TIME** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff

**William M Symmes/WKDT**
03/29/2007 08:51 PM

To Elizabeth.Hosford@usdoj.gov
cc
bcc William M Symmes/WKDT
Subject SSA v. USA SJ Briefs

Liz:

We have had some computer glitches here on the West Coast that are interfering with ability to get our briefs filed over the ECF. They should be filed shortly; however, I hope that you will understand if some are "technically late" under East Coast time, and will stipulate to a slight extension of time in which to file (that is, an extension of minutes or hours and not days). I assure you that we will not leave here tonight until they all are filed. Courtesy copies will be fed-exed tomorrow.

In any event, by the time you read this email, I am sure you will have received all of the filings. Thanks

William M. Symmes
Witherspoon, Kelly, Davenport, & Toole, P.S.
1100 US Bank Building
422 W. Riverside Ave.
Spokane, WA 99201
(509) 755-2026

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.