**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler) |

**PLAINTIFFS' WITNESS LIST**

## I. GOVERNMENT WITNESSES

1. James Faulstich
c/o George W. Akers
Montgomery Purdue Blankinship & Austin
701 Fifth Ave., #5800
Seattle, WA 98104

Subject: Mr. Faulstich will testify regarding the quality of Sterling's management and Sterling's capacity and penchant for growth as well as Sterling's aggressive growth policy.

Time: 2 hours

2. William J. Durbin
16432 Southeast 24th Street
Bellevue, WA 98008

Subject: Mr. Durbin may testify concerning the cancellation of 1989 offering and reasons therefor.

Time: ½ hour

3. Edward Hedlund
425 Pike Street
Seattle, WA 98101

Subject: Mr. Hedlund may testify regarding the formation of Tri Cities and Central Evergreen transactions

Time: ½ hour

4. David H. Martens
19 Bel Air Drive
Orinda, CA 94563

Subject: Mr. Martens may testify regarding the concept, use and ability to generate profits from supervisory goodwill.

Time: 1 hour

5. Patricia McJoynt
2340 Commonwealth Park North
Bexley, OH 43209

Subject: Ms. McJoynt may testify regarding her knowledge of the Tri Cities acquisition and the interconnection between Tri Cities and Central Evergreen transactions.

Time: 1/2 hour

## II. STERLING BOARD WITNESSES

6. Rodney W. Barnett
919 W. First Avenue
Spokane, WA

Subject: Mr. Barnett will testify regarding the philosophy and growth history of Sterling and the negative impact on Sterling's growth, earnings and business development as a result of the government's breach.

Time: 1 hour

7. Robert Larrabee
2323 Third Avenue
Clarkston, WA 99403

Subject: Mr. Larrabee will testify regarding the philosophy and growth history of Sterling and the negative impact on Sterling's growth, earnings and business development as a result of the government's breach.

Time: 1 hour

## III. STERLING EMPLOYEE WITNESSES

8. Daniel Byrne
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Byrne has been at all relevant times a Senior Vice President and Chief Financial Officer of Sterling. In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Byrne will testify.

Time: 8 to 10 hours

9. Harold B. Gilkey
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Gilkey has been at all relevant times Chief Executive Officer and a director of Sterling Savings Association (now Sterling Savings Bank) and of Sterling Financial Corporation, a savings and loan holding company (collectively "Sterling"). In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. He will testify.

Time: 8 hours

10. William W. Zuppe
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Zuppe has been at all relevant times President, Chief Operating Officer and a director of Sterling. In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. He will testify.

Time: 3 to 4 hours

11. Heidi B. Stanley
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Ms. Stanley has been at all relevant times a Senior Vice President of Sterling. In that capacity she has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. She will testify.

Time: 1 to 2 hours

12. Norman C. Judd
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Judd has been at all relevant times either Controller or a Vice President of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Judd may testify.

Time: 1 hour

13. John Harlow
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Harlow has been at all relevant times a Vice President of Sterling and President of Intervest Mortgage Investment Co., a wholly owned subsidiary of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. John Harlow will testify.

Time: 1½ hour

14. Stephen Page
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Page has been at all relevant times Vice President and Chief Lending Officer of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Page will testify.

Time: 2 hours

15. Cajer Neely
601 Main Street, Suite 917
Spokane, WA 99201

Subject: Mr. Neely is a former Sterling Savings Association Loan Officer and has knowledge of customers lost as a result of the government's breach of the contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Neely will testify.

Time: 3/4 hour

16. Gary Crithfield
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Crithfield is a former Sterling Savings Association Loan Officer who has knowledge of customers lost as a result of the government's breach of the

contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Crithfield may testify.

Time: 3/4 hour

17. Daniel F. King
3116 164th Street Southwest, Apt. 309
Lynnwood, WA 98087

Subject: Mr. King is a former Sterling Savings Association Loan Officer and has knowledge of customers lost as a result of the government's breach of the contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. King may testify.

Time: 3/4 hour

18. Thomas M. Beil
5608 S. Savannah Lane
Spokane, WA 99223

Subject: Mr. Beil is a former Sterling Savings Association Loan Officer and has knowledge of customers lost as a result of the government's breach of the contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Beil will testify.

Time: 3/4 hour

## IV. DAIN RAUSCHER

19. J. David Welch
River Oaks Capital
1905 East Wayzata Boulevard, Suite 140
Wayzata, MN 55391

Subject: Mr. Welch will testify with regard to the condition of the financial markets and Sterling's efforts to raise capital from 1989 to 1992.

Time: 2 hours

20. Adgate Duer
20455 First Avenue N.E., #D-301
Poulsbo, WA 98370

Subject: Mr. Duer will testify regarding Sterling's efforts to raise capital in 1989 through 1992 and the receptiveness of the financial markets to capital raising efforts by financial institutions during that time.

Time: 2 hours

## V. PIPER JAFFRAY

21. Robert Rinek
Piper Jaffray
800 Nicollet Mall, Suite 800
Minneapolis, MN 55402

Subject: Mr. Rinek may testify with regard to the 1989 offering, the fact that it was fully subscribed, the fact that it was overscribed, and the impact of the government's failure and/or refusal to permit payment of dividends on the offering.

Time: 1 hour

## VI. SUTRO & COMPANY

22. Allan G. Bortel (formerly with Sutro, now with Epic Bancorp)
630 Las Gallinas Avenue
San Rafael, CA 94903

Subject: Mr. Bortel may testify with regard to Sterling efforts to raise capital before and after the government's breach and the impact of the breach on Sterling.

Time: ½ to 1 hour

## VII. SANDLER & O'NEILL

23. Tom Killian
40 Prospect Hill Avenue
Summit, NJ 07901

Subject: Mr. Killian may testify regarding the financial markets in the 1991 through 1993 frame time and Sterling's efforts to raise capital following the government's breach.

Time: 1 hour

## VIII. EXPERTS

24. Paul M. Horvitz, Ph.D.
150 Sugarberry Circle
Houston, TX 77024

Subject: Professor Horvitz will testify with regard to Sterling's lost profits and the value thereof as a result of the government's breach.

Time: 5 to 6 hours.

25. Christopher M. James, Ph.D.
1000 El Camino Real
Menlo Park, CA 94025

Subject: Professor James will testify with regard to the cost of capital raised by Sterling in 1991 through 1993 as a potential measure of damage from the government's breach.

Time: 4 to 5 hours

26. William B. Connerly, Ph.D.
7145 S.W. Varns
Portland, OR 97223

Subject: Dr. Connerly will testify regarding the robust nature of the economy in the early to mid 1990s in the Pacific Northwest where Sterling is located.

Time: 1-1/2 hours.

27. John W. Mitchell, PhD
M & H Consultants
P.O. Box 40012
Portland, OR 97240

Subject: Mr. Mitchell will testify regarding the robust nature of the economy in the early to mid 1990s in the Pacific Northwest where Sterling is located.

Time: 1½ hours

28. Adgate Duer
20455 First Avenue N.E., #D-301
Poulsbo, WA 98370

Subject: Mr. Duer is a mixed fact and expert witness. He will testify with regard to Sterling's efforts to raise capital in 1989 through 1992 and the receptiveness of the financial markets to capital raising efforts by financial institutions during that time.

Time: 2 hours

29. J. David Welch
River Oaks Capital
1905 East Wayzata Boulevard, Suite 140
Wayzata, MN 55391

Subject: Mr. Welch is a mixed fact and expert witness. He will testify with regard to the condition of the financial markets and Sterling's efforts to raise capital from 1989 to 1992.

Time: 2 hours

30. Paul Allan Schott
1330 Lancia Drive
McClean, VA 22104-2204

Subject: Mr. Schott will testify, in the event that W. Barefoot Bankhead, designated by the government, is not stricken, with regard to matters and issues raised in Mr. Bankhead's Report dated February 15, 2007.

Time: 1-1/2 hours

## IX. General

Sterling reserves the right to call any witness listed by the government or deposed in the case, whether live or by deposition, including Dr. William Hamm.

Respectfully submitted this 25th day of April, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes

William D. Symmes, Counsel of Record
And Member Of the Bar of the United States
Court of Federal Claims

1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on April 25, 2007 a copy of the foregoing **PLAINTIFFS' WITNESS LIST** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff