# In the United States Court of Federal Claims

No. 95-829C

(Filed: May 2, 2007)

************************************ *
*
STERLING SAVINGS ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On March 29, 2007, Plaintiff filed a motion to strike the expert report of W. Barefoot Bankhead. Defendant filed a response thereto on April 16, 2007. The Court received Plaintiff's reply in support of its motion on April 30, 2007. Having reviewed the arguments and points of authority in the above-referenced pleadings, the Court hereby DENIES Plaintiff's motion to strike.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge