# In the United States Court of Federal Claims

No. 95-829C

(Filed: May 16, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| STERLING SAVINGS ASSOCIATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

## ORDER

On April 16, 2007, Defendant filed a motion to strike the March 28, 2007 declaration of expert witness Dr. Paul M. Horvitz. Plaintiff filed a response thereto on May 3, 2007. The Court received Defendant's reply in support of its motion on May 8, 2007.

The Court has reviewed the parties' arguments, and notes that Plaintiff submitted Dr. Horvitz's declaration in response to Defendant's motion for summary judgment. The Court regards Dr. Horvitz's declaration to be the type of evidence contemplated by Rule 56(e) as appropriate in a response to a motion for summary judgement. Accordingly, Defendant's motion to strike is DENIED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge