**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler) |

# PLAINTIFFS' REVISED WITNESS LIST

## I. GOVERNMENT WITNESSES - WILL CALL

1. James Faulstich
c/o George W. Akers
Montgomery Purdue Blankinship & Austin
701 Fifth Ave., #5800
Seattle, WA 98104

Subject: Mr. Faulstich will testify regarding the quality of Sterling's management and Sterling's capacity and penchant for growth as well as Sterling's aggressive growth policy.

Time: 3/4 hours

## II. STERLING BOARD WITNESSES - WILL CALL

2. Rodney W. Barnett
919 W. First Avenue
Spokane, WA

Subject: Mr. Barnett will testify regarding the philosophy and growth history of

Sterling and the negative impact on Sterling's growth, earnings and business development as a result of the government's breach.

Time: 1/2 hour

3. Robert Larrabee
2323 Third Avenue
Clarkston, WA 99403

Subject: Mr. Larrabee will testify regarding the philosophy and growth history of Sterling and the negative impact on Sterling's growth, earnings and business development as a result of the government's breach.

Time: 1/2 hour

## III. STERLING EMPLOYEE WITNESSES - WILL CALL

4. Daniel Byrne
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Byrne has been at all relevant times a Senior Vice President and Chief Financial Officer of Sterling. In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Byrne will testify.

Time: 6 to 8 hours

5. Harold B. Gilkey
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Gilkey has been at all relevant times Chief Executive Officer and a director of Sterling Savings Association (now Sterling Savings Bank) and of Sterling Financial Corporation, a savings and loan holding company (collectively "Sterling"). In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and

Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. He will testify.

Time: 6 to 8 hours

6. William W. Zuppe
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Zuppe has been at all relevant times President, Chief Operating Officer and a director of Sterling. In that capacity he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. He will testify.

Time: 2 to 3 hours

7. Heidi B. Stanley
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Ms. Stanley has been at all relevant times a Senior Vice President of Sterling. In that capacity she has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities Savings & Loan and Central Evergreen Savings and Loan, and of the nature of the damages suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. She will testify.

Time: 3/4 hour

8. John Harlow
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Harlow has been at all relevant times a Vice President of Sterling and President of Intervest Mortgage Investment Co., a wholly owned subsidiary of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal

Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. John Harlow will testify.

Time: 1-1/4 hours

9. Stephen Page
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Page has been at all relevant times Vice President and Chief Lending Officer of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Page will testify.

Time: 1 hour

10. Cajer Neely
601 Main Street, Suite 917
Spokane, WA 99201

Subject: Mr. Neely is a former Sterling Savings Association Loan Officer and has knowledge of customers lost as a result of the government's breach of the contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Neely may testify.

Time: 1/2 hour

## IV. DAIN RAUSCHER - WILL CALL

11. J. David Welch
River Oaks Capital
1905 East Wayzata Boulevard, Suite 140
Wayzata, MN 55391

Subject: Mr. Welch will testify with regard to the condition of the financial markets and Sterling's efforts to raise capital from 1989 to 1992.

Time: 1 hour

12. Adgate Duer
20455 First Avenue N.E., #D-301
Poulsbo, WA 98370

Subject: Mr. Duer will testify regarding Sterling's efforts to raise capital in 1989 through 1992 and the receptiveness of the financial markets to capital raising efforts by financial institutions during that time.

Time: 1 hour

## V. EXPERTS - WILL CALL

13. Paul M. Horvitz, Ph.D.
150 Sugarberry Circle
Houston, TX 77024

Subject: Professor Horvitz will testify with regard to Sterling's lost profits and the value thereof as a result of the government's breach.

Time: 4 hours.

14. Christopher M. James, Ph.D.
1000 El Camino Real
Menlo Park, CA 94025

Subject: Professor James will testify with regard to the cost of capital raised by Sterling in 1991 through 1993 as a potential measure of damage from the government's breach.

Time: 2 to 2-1/2 hours

15. William B. Connerly, Ph.D.
7145 S.W. Varns
Portland, OR 97223

Subject: Dr. Connerly will testify regarding the robust nature of the economy in the early to mid 1990s in the Pacific Northwest where Sterling is located.

Time: 3/4 hours

16. Paul Allan Schott
1330 Lancia Drive
McClean, VA 22104-2204

Subject: Although primarily a rebuttal witness, Mr. Schott will testify, in the event that W. Barefoot Bankhead, designated by the government, is not stricken, with regard to matters and issues raised in Mr. Bankhead's Report dated February 15, 2007.

Time: 1-1/4 hours

## VI. MAY CALL

1. Norman C. Judd
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Judd has been at all relevant times either Controller or a Vice President of Sterling. In that capacity, he has personal knowledge of the government's breach of its contracts with Sterling arising from the supervisory acquisitions of Lewis Federal Savings & Loan, Tri-Cities & Loan and Central Evergreen Savings and Loan, and of the nature of the damage suffered by Sterling as a consequence of the breach of the Lewis Federal and Tri-Cities Agreements. Mr. Judd may testify.

Time: 1/2 hour

12. Gary Crithfield
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Subject: Mr. Crithfield is a former Sterling Savings Association Loan Officer who has knowledge of customers lost as a result of the government's breach of the contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Crithfield may testify.

Time: 1/2 hour

3. Thomas M. Beil
5608 S. Savannah Lane
Spokane, WA 99223

Subject: Mr. Beil is a former Sterling Savings Association Loan Officer and has knowledge of customers lost as a result of the government's breach of the

contracts in Sterling's acquisitions of Lewis Federal Savings & Loan and Tri-Cities Savings & Loan. Mr. Beil may testify.

Time: 1/2 hour

## VII. Will Cover on Cross Examination

1. William J. Durbin
   16432 Southeast 24th Street
   Bellevue, WA 98008

   Subject: Mr. Durbin may testify concerning the cancellation of 1989 offering and reasons therefor.

   Time: 1/4 to 1/2 hour

2. Edward Hedlund
   425 Pike Street
   Seattle, WA 98101

   Subject: Mr. Hedlund may testify regarding the formation of Tri Cities and Central Evergreen transactions

   Time: 1/4 to 1/2 hour

## VIII. General

Sterling reserves the right to call any witness listed by the government or deposed in the case, whether live or by deposition, including Dr. William Hamm.

Respectfully submitted this 23rd day of May, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States
Court of Federal Claims

1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on May 23, 2007 a copy of the foregoing **PLAINTIFFS' REVISED WITNESS LIST** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff