**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, | |
| Plaintiffs, | |
| v. | No. 95-829C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**DEFENDANT'S WITNESS LIST**

Pursuant to paragraph 15 of Appendix A to the Rules of the United States Court of Federal Claims, and the Court's order dated January 3, 2007, defendant, the United States, hereby provides the following list of witnesses we expect to present at trial upon damages as part of our case-in-chief, with the exception of those witnesses that may be called for rebuttal or impeachment purposes.

We reserve the right to revise or supplement this list as permitted by the Rules and any subsequent orders issued by the Court. In particular, we reserve the right to omit witnesses at trial should their testimony become unnecessary, and to call any witness necessary to lay the foundation for the admissibility of any exhibit. In addition to the topics listed below, each witness may additionally testify upon any topics that were the subjects of their prior testimony (or future expert reports), including affidavits and depositions, regarding any exhibit presented at trial by the parties, and in rebuttal of the testimony offered by plaintiff at trial.

**WITNESSES THAT THE GOVERNMENT WILL CALL AT TRIAL**

1. Mukesh Bajaj
Managing Director
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608

Dr. Bajaj is the managing director of the finance and damages practice at LECG, LLC, an international consulting firm specializing in economics and financial analysis, expert testimony, litigation support, and strategic management consulting. He is a graduate of the University of California, Berkeley, with a Ph.D. in Finance. His other credentials are described in his expert report. Dr. Bajaj will provide opinion testimony concerning damages claims made by plaintiffs in this case, as described in his expert report, and/or discussed during his deposition. He will also respond to any new contentions that plaintiff makes during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 6 hours

2. W. Barefoot Bankhead
Managing Director
Navigant Consulting
2001 Ross Avenue, Suite 500
Dallas, TX 75201

Mr. Bankhead is a managing director of Navigant Consulting, a firm providing advisory services in finance and accounting to businesses and individuals, as well as a certified public accountant. He is a graduate of the University of Texas, with a Bachelor in Business Administration and a major in accounting. His other credentials are described in his expert report. Mr. Bankhead will provide opinion testimony concerning damages claims made by

plaintiffs in this case, as described in his expert report. He will also respond to any new contentions made in Paul Allan Schott's May 15, 2007 expert report, and/or any new contentions that plaintiffs make during the trial that are relevant to his previously expressed opinion.

Estimated direct examination: 3 hours

3. Carol Friend
Evertrust Bank
2707 Colby Avenue
Everett, WA 98201-3564

Ms. Friend is a former Assistant Director in the Seattle District of the Office of Thrift Supervision ("OTS"). She had supervisory authority for Sterling Savings Association ("Sterling") prior to the enactment of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, Pub. L. No. 101-73, 103 Stat. 182 ("FIRREA"), and in the early 1990s. She will testify regarding Sterling's acquisition of Tri-Cities Savings and Loan Association ("Tri-Cities"), Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

4. William G. Hamm
Managing Director
LECG
2000 Powell Street
Suite 600
Emeryville, CA 94608

Dr. Hamm is a managing director of LECG, LLC. He is a former thrift officer and thrift regulator, and is a graduate of the University of Michigan with a Ph.D. in Economics. His

other credentials are described in his expert report. Dr. Hamm will provide opinion testimony concerning damages claims made by plaintiffs in this case, as described in his expert report and/or discussed during his deposition. He will also respond to any new contentions that plaintiffs make during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 3 hours

5. Joe A. Hargett
Director
Navigant Consulting, Inc.
1801 K Street, N.W.
Suite 500
Washington, DC 20006

Mr. Hargett is a private, independent consultant and a former Director of Navigant Consulting, Inc., a firm providing advisory services in finance and accounting to businesses and individuals, as well as a certified public accountant. His other credentials are described in his expert report. Mr. Hargett will provide opinion testimony concerning damages claims made by plaintiffs in this case, as described in his expert report, and/or discussed during his deposition. He will also respond to any new contentions made in Paul Allan Schott's May 15, 2007 expert report, and/or any new contentions that plaintiffs make during the trial that are relevant to his previously expressed opinions.

Estimated direct examination: 2 hours

6. Edwin C. Hedlund
Washington Federal
425 Pike Street
Seattle, WA 98101

Mr. Hedlund is a former Assistant Regional Director in the Seattle District of OTS. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He

will testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, FIRREA's effect upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

7. John W. Potthast
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA 98101

Mr. Potthast is an examiner in OTS's Seattle District. He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He will testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

**REMAINING WITNESSES THE GOVERNMENT MAY CALL AT TRIAL**

1. Thomas M. Beil
5608 S. Savannah Lane
Spokane, WA 99223

Mr. Beil is a former assistant vice president for commercial banking at Sterling. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

2. Scott A. Bradley
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA 98101

Mr. Bradley is an examiner in the OTS's Seattle District. He was examiner-in-charge of certain OTS examinations of Sterling in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

3. Daniel G. Byrne
111 N. Wall Street
Spokane, WA. 99201

Mr. Byrne is the chief financial officer of Sterling Financial Corporation, Sterling's holding company. He may testify regarding the Sterling's acquisitions of Lewis Federal Savings and Loan Association ("Lewis Federal") and Tri-Cities Savings and Loan Association ("Tri-Cities"), Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

4. Gary D. Crithfield
c/o Sterling Savings Bank
111 North Wall Street
Spokane, WA 99201

Mr. Crithfield is a former loan officer with a subsidiary of Sterling known as Intervest. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

5. Darrel W. Dochow
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA 98101

Mr. Dochow is an Assistant Regional Director in the Seattle office of the west region of OTS. He supervised and examined Sterling from the early 1990s to approximately 2003, and was a Federal Home Loan Bank Board supervisor in Washington when the Tri-Cities acquisition was completed. He may testify regarding the Tri-Cities acquisition, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

6. Andrew Adgate Duer
700 5th Avenue
48th Floor
Seattle, WA

Mr. Duer is an investment banker who provided investment banking services and advice to Sterling in connection with Sterling's 1991 public offering. He may testify with respect to the circumstances surrounding the 1991 public offering.

Estimated direct examination: 1 hour

7. William Durbin
Office of Thrift Supervision
101 Stewart St.
Suite 1010
Seattle, WA 98101

Mr. Durbin is a former Regional Director in OTS's Seattle District. He supervised Sterling prior to the enactment of FIRREA and in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

8. Harold B. Gilkey
111 N. Wall Street
Spokane, WA. 99201

Mr. Gilkey is the chief executive officer and chairman of Sterling Financial Corporation, Sterling's holding company. He may testify regarding Sterling's acquisitions of Lewis Federal and Tri-Cities, Sterling's operations and performance, the effect of FIRREA

upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 3 hours

9. John M. Harlow
111 N. Wall Street
Spokane, WA. 99201

Mr. Harlow is the president of Intervest, a subsidiary Sterling. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

10. Dwight J. Haskins
Federal Deposit Insurance Corporation
550 17th St., N.W.
Washington, D.C. 20429

Mr. Haskins is a former examiner-in-charge in OTS's Seattle District. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s and early 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

11. Hilton C. Hewitt
    27421 Compostela
    Mission Viejo, CA

Mr. Hewitt is a former supervisory agent OTS's Seattle District. He had supervisory authority for Sterling prior to the enactment of FIRREA and in the 1990s. He may testify about Sterling's acquisition of Lewis Federal and Tri-Cities, regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

12. Bruce I. Hickok
    Office of Thrift Supervision
    101 Stewart St.
    Suite 1010
    Seattle, WA 98101

Mr. Hickok is an examiner in OTS's Seattle District. He was examiner-in-charge of certain OTS examinations of Sterling in the late 1980s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, OTS's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

13. Daniel F. King
3116 164th St., S.W.
Apt. 309
Lynnwood, WA

Mr. King is a former officer of Sterling Savings in the area of business lending. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

14. David Kroeger
12039 Greenwood Avenue
Seattle, WA 98133

Mr. Kroeger is a former Field Office Supervisor with the Seattle office of the Federal Deposit Insurance Corporation ("FDIC"). He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, FDIC's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

. Patricia A. McJoynt
2340 Commonwealth Park North
Bexley, OH 43209

Ms. McJoynt is a former Senior Vice President with the Federal Home Loan Bank of Seattle and Assistant Regional Director with OTS. She was involved in the bidding and negotiation process with respect to Sterling's acquisition of Tri-Cities in 1988. She may testify

regarding the Tri-Cities acquisition and Government policy with respect to the resolution of failed thrifts, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

16. Cajer Neely
601 Main Street
Suite 917
Spokane, WA 99201

Mr. Neely is a former vice president for commercial banking at Sterling. He may testify regarding the effect of FIRREA upon Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

17. John W. Stone
1307 Deerfield Lane
Lady Lake, Florida 32162

Mr. Stone is a former Associate Director with the FDIC's Washington office. He had supervisory authority for Sterling in the early 1990s. He may testify regarding Federal thrift regulation generally, Federal regulation of Sterling, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, the FDIC's response to the issuance of an injunction to Sterling, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 1 hour

18. Richard Jay Tejera
    999 Third Avenue
    Suite 4300
    Seattle, WA

Mr. Tejera was a research analyst with Dain Rauscher Wessels in Seattle, Washington. He has served as a research analyst with respect to certain public offerings that occurred in 1989 and the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, Sterling's public offerings, and Sterling's actual and potential acquisitions.

Estimated direct examination: 1 hour

19. J. David Welch
    60 South Sixth Street
    Minneapolis, MN

Mr. Welch is a managing director with Dain Rauscher Wessels in Minneapolis, Minnesota. He has served as an investment banker to Sterling with respect to certain public offerings that occurred in the 1990s. He may testify regarding Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response to FIRREA, Sterling's public offerings, and Sterling's actual and potential acquisitions.

Estimated direct examination: 1 hour

20. William W. Zuppe
    111 N. Wall Street
    Spokane, WA. 99201

Mr. Zuppe is the president of Sterling Financial Corporation, Sterling's holding company. He may testify regarding Sterling's acquisitions of Lewis Federal and Tri-Cities, Sterling's operations and performance, the effect of FIRREA upon Sterling, Sterling's response

to FIRREA, and in response to opinions and testimony expressed by plaintiff's witnesses.

Estimated direct examination: 2 hours

* * *

Defendant reserves the right to call in its case-in-chief any witness listed on plaintiff's witness list. We also reserve the right to call any witness identified by the plaintiffs in their witness list that may later be withdrawn before trial.

Should any witness become unable to testify in person due to some infirmity or otherwise, we reserve the right to seek the Court's permission for leave to present that individual's testimony at trial, where appropriate, by video-teleconferencing, or, alternatively, where warranted, by the introduction of deposition testimony in accordance with the Court's rules and procedural orders.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
Senior Trial Counsel
MELINDA HART
DELISA SANCHEZ
TIMOTHY ABRAHAM
WILLIAM KANELLIS

May 23, 2007

CERTIFICATE OF FILING

I hereby certify that on May 23, 2007, a copy of foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford