**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

STERLING SAVINGS ASSOCIATION, a state-chartered Savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

Court No. 95-829-C

(Judge Wheeler)

**STERLING SAVINGS ASSOCIATION'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS**

Pursuant to ¶ 14 of Appendix A of the Rules of the United States Court of Federal Claims, and the Court's Order dated January 3, 2007, Plaintiffs, Sterling Savings Association and Sterling Financial Corporation submit the following list of specific objections to the Defendant's Trial Exhibits.

Sterling reserves the right to object to any of Defendant's exhibits upon grounds of relevance, hearsay, foundation, and to the use of deposition transcripts and affidavits for purposes other than permitted by the Rules of Evidence. Sterling also reserves the right to object to the authenticity of exhibits not in compliance with any order or stipulation previously entered applicable to Winstar-related cases or to exhibits comprising or containing unidentified hand written notes. Finally, Sterling reserves the right to modify or add objections depending upon how exhibits are introduced at trial.

Respectfully submitted this 6th day of June, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: /s/ William D. Symmes

William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims

1100 U.S. Bank Building, 422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717

Attorneys for Plaintiffs

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0021 | 3/31/1989 | Review of 10-Q | Hearsay |
| D-0022 | 6/30/1989 | Form 10-QGolden West Financial Corporation for the quarter ending June 30, 1989 | Relevance |
| D-0024 | 12/31/1989 | Sterling Savings Association OTS No. 7918 Review of the December 31, 1989, Form 10-Q | Hearsay |
| D-0053 | 6/30/1999 | Form 10-Q | Hearsay |
| D-0075 | 03/00/1989 | OTS thrift financial report for Sterling Savings Association | Hearsay, Foundation, Relevance |
| D-0079 | 06/00/1989 | OTS thrift financial report for Sterling Savings Association | Hearsay, Foundation |
| D-0082 | 09/00/1989 | OTS thrift financial report for Sterling Savings Association | Hearsay, Foundation, Relevance |
| D-0094 | 12/31/1999 | OTS thrift financial report | Hearsay |
| D-0117 | 00/00/0000 | The collapse of the Texas thrift industry: causes of the problem and implications for reform | Hearsay, Relevance |
| D-0118 | 00/00/0000 | Sterling Savings Association application for supervisory conversion and acquisition | Hearsay, Foundation |
| D-0119 | 00/00/0000 | Sterling Savings Association commercial loan policy | Hearsay, Foundation |
| D-0120 | 00/00/0000 | Sterling Savings Association historical rates and margins | Hearsay, Foundation |
| D-0131 | 12/31/1987 | Audited consolidated financial statements and other financial information | Hearsay, Relevance |
| D-0137 | 12/31/1988 | Sterling Savings Association financial condition of Central Evergreen as reported by the FHLB-Seattle | Hearsay, Foundation |
| D-0138 | 12/31/1988 | Consolidated financial statements | Hearsay, Relevance |
| D-0139 | 01/00/1989 | Summary of changes to the thrift financial report forms and instructions | Hearsay (in exhibit) |
| D-0146 | 11/3/1989 | Scope memorandum from John Bisset to Dwight Haskins re: additional instructions special limited examination Sterling Savings Association, Spokane, WA OTS No. 07918 | Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0147 | 11/14/1989 | Public offering (excerpts) | Incomplete, ER 106 |
| D-0153 | 08/00/1990 | Thrift financial report instruction manuals | Hearsay |
| D-0156 | 12/00/1990 | Financial statements | Relevance |
| D-0169 | 10/8/1992 | Dain Bosworth Incorporated corporate finance department call report | Hearsay |
| D-0215 | 02/13/0200 | FDIC-statistics on depository institutions report | Hearsay, Relevance |
| D-0216 | 02/14/0200 | FDIC-statistics on depository institutions report | Hearsay, Relevance |
| D-0235 | 00/00/0000 | OTS department of treasury examiner findings | Hearsay, Relevance |
| D-0237 | 4/1/1983 | Report of examination FHLBB office of examination and supervision | Hearsay, Relevance |
| D-0245 | 8/18/1989 | Report of examination OTS | Hearsay (as to notes), Foundation |
| D-0291 | 00/00/0000 | Memorandum from Gene Fitzpatrick to Scott Bradley re: mortgage backed securities | Hearsay |
| D-0292 | 00/00/0000 | Memorandum from Gene Fitzpatrick to Scott Bradley re: capital ownership | Hearsay, Foundation |
| D-0293 | 00/00/0000 | Draft memorandum re: compliance with thrift bulletins 12 and 13 | Hearsay, Relevance, Foundation |
| D-0295 | 00/00/0000 | Memorandum from Gene Fitzpatrick to Scott Bradley re: secondary market state | Hearsay |
| D-0296 | 00/00/0000 | Management's response to closing meeting | Hearsay |
| D-0297 | 00/00/0000 | Memorandum from Gene Fitzpatrick to Scott Bradley re: completion of various programs started by J. Crump, OTS | Hearsay |
| D-0298 | 12/02/0919 | Memorandum from D. James Croft to supervisory agents re: determining an appropriate accounting technique for mergers of savings and loan associations | Hearsay, Relevance |
| D-0308 | 12/17/1987 | Letter from George Godding to Ed Hedlund re capital forbearance | Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0334 | 12/5/1988 | Memorandum from Jordan Luke to Federal Home Loan Bank Board re: voluntary supervisory conversion of Central Evergreen | Hearsay |
| D-0336 | 12/02/0019 | Memorandum from Parker Cann to Betty Reed, Ed Hedlund, Carol Gamble, Craig Nolte, Dan Byrne, Lee Greene, John Van Dijk re: closing memorandum-conversion/merger of Central evergreen Federal Savings and Loan Association into Sterling Savings Association | Hearsay |
| D-0343 | 4/21/1989 | Letter from Jon C. Peterson to Gary Crithfield re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0344 | 4/27/1989 | Letter from Charles W. Anderson to Robert Bear re: recap meeting held 4/25/89 | Hearsay |
| D-0345 | 5/3/1989 | Letter from Jon C. Peterson to Gary Crithfield re: CJ-4 Associates loan 92-13123-5091-3 | Hearsay |
| D-0347 | 5/15/1989 | Letter from Charles W. Anderson to David Clay re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0348 | 5/24/1989 | Letter from Charles W. Anderson to David Clay re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0350 | 6/21/1989 | Interoffice memorandum from Bruce Hickok to Susan M. Swenson re: examination scope Sterling Savings Association, Spokane WA docket no. 7918 Joint Regular Examination as of June 19, 1989 | Hearsay |
| D-0351 | 6/21/1989 | Letter from Charles W. Anderson to David Clay re: CJ-4 associates loan #92-13123-5091-3 | Hearsay |
| D-0359 | 8/4/1989 | Letter from Dain Bosworth to Harold Gilkey re letter of intent to act as managing underwriter for Sterling's offering | Hearsay |
| D-0360 | 8/7/1989 | Letter from Charles W. Anderson to Gary Crithfield re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0361 | 8/10/1989 | Notification memorandum from C. Nolte to P. Marshall C. Friend E. Hedlund R. Karr re: application to acquire branch offices and transfer of savings accounts | Hearsay |
| D-0365 | 8/22/1989 | Letter from Charles W. Anderson to David Clay re: CJ-4 Associates loan #92-13123-5091-3 letter dated August 18, 1989, to Jon Peterson from David Clay | Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0368 | 8/28/1989 | Draft memorandum from Dwight J. Haskins to Edwin C. Hedlund re: revised macro ratings | Hearsay |
| D-0369 | 8/29/1989 | Memorandum of oral communication from Carol Friend John Bisset and Pat Stimac with Harold Gilkey and Heidi Stanley to Sterling re '89 exam, capital levels and progress on acquired branches | Hearsay |
| D-0370 | 9/14/1989 | Letter from William W. Zuppe to Carol Friend re: reply to 8/11/89 letter w/attached Sterling Savings Association minutes of the meeting of the board of directors dated August 22, 1989 | Relevance |
| D-0371 | 9/26/1989 | Letter from Daniel G. Byrne re: form 10-K w/attached form 10-K dated June 30, 1989 | Relevance |
| D-0372 | 10/4/1989 | Letter from William W. Zuppe to Carol Friend re: joint examination June 19 1989 w/attached certificate of resolution of Sterling Savings Association | Relevance |
| D-0373 | 10/6/1989 | Memorandum of oral communication re: branch purchase decision | Relevance, Hearsay |
| D-0384 | 10/31/1989 | Letter (draft) from Daniel Byrne to Carol Friend re: Sterling's plan to meet its regulatory capital requirements | Hearsay, Relevance |
| D-0385 | 10/31/1989 | Invoice from Perkins Coie to Dain Bosworth re services in connection with Sterling | Hearsay |
| D-0387 | 11/6/1989 | Memorandum of oral communication re: branch acquisition | Relevance |
| D-0391 | 12/4/1989 | Letter from Jon Peterson to David Clay re: CJ-4 payables | Hearsay |
| D-0403 | 1/1/1990 | Management's response to closing meeting | Hearsay |
| D-0405 | 1/8/1990 | Letter from Jon Peterson to Greg Leland re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0416 | 2/12/1990 | Letter from Jon Peterson to Lisa Kamm-Mischel re: building permit #BPCPA-86-2517 | Hearsay |
| D-0427 | 4/9/1990 | Letter from David Clay to Charles Anderson re: approval to disburse funds for completion of shell construction | Hearsay |
| D-0440 | 6/15/1992 | Memorandum from C.A. Deardorff to the file re: Sterling Savings OTS docket #7918 meeting with Harold Gilkey | Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0446 | 7/6/1990 | Letter from Gregory a. Leland to Jon C. Peterson re: CJ-4 business park | Relevance, Hearsay |
| D-0448 | 7/10/1990 | Letter from Charles W. Anderson to David Clay re: CJ-4 Associates loan #92-13123-5091-3 | Hearsay |
| D-0449 | 7/11/1990 | Letter from Jon C. Peterson to Gregory A. Leland re: CJ-4 business park | Hearsay |
| D-0454 | 7/31/1990 | Letter from Edwin C. Hedlund to Ralph Maxwell re: response to supervisory letter(s) Territorial Saving and Loan Association | Relevance, Hearsay |
| D-0458 | 8/3/1990 | Interoffice memorandum from Carol Friend to Kelly Halvorson Pat Stimac Pat Hildebrand re: Sterling | Relevance, Hearsay |
| D-0468 | 9/10/1990 | Interoffice memorandum from Lynnwood Campbell re: Sterling-RAP/GAAP provision for losses | Hearsay, Foundation |
| D-0470 | 9/17/1990 | Memorandum from Carol Friend to Scott Bradley re: examination scope | Hearsay |
| D-0471 | 9/17/1990 | Memorandum from Carol Friend to Scott Bradley re: examination scope | Hearsay |
| D-0476 | 9/26/1990 | Interoffice memorandum from Scott A. Bradley to John K. Bisset re: Sterling S&LA board meeting of September 25, 1990 | Hearsay |
| D-0486 | 11/7/1990 | Letter from David Clay to Barry Briggs re: CJ4 Associates | Hearsay |
| D-0489 | 11/16/1990 | Interoffice memorandum from Walter Sam Hodgen to Carol Friend re: field visit to Sterling Savings #07918 | Hearsay |
| D-0490 | 12/13/1990 | Interoffice memorandum from Scott A. Bradley to Carol Friend re: Sterling Savings' subsidiary financial statements | Hearsay, Relevance |
| D-0494 | 1/2/1991 | Interoffice memorandum from Mark B. Beeksma to remote addressee re: Sterling Savings' 10Q (#7918) | Hearsay, Relevance (Legal conclusions) |
| D-0498 | 1/28/1991 | Fax transmittal from Carol Friend to Jim Hendriksen re: Sterling's board of directors | Relevance |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0500 | 2/8/1991 | Letter from Barry Briggs to Dick Cays re: Sterling Savings v. CJ-4 Associates et al. First American litigation guaranty order no 173353-2 w/ attached warranty deed | Hearsay, Relevance |
| D-0501 | 2/11/1991 | Interoffice memorandum from Elizabeth Mays to James A. Hendriksen re: QS and AS on IRR and MVPE | Relevance, Hearsay |
| D-0503 | 2/26/1991 | Interoffice memorandum from Elizabeth Mays to James Hendriksen re: Sterling's IRR | Relevance, Hearsay |
| D-0504 | 2/26/1991 | Letter (unsigned) from board of directors to Carol Friend re: September 17, 1990, OTS examination Sterling Savings Association OTS No. 7918 | Relevance, Hearsay |
| D-0507 | 3/13/1991 | Letter from Daniel Byrne to Ed Hedlund re: internal memorandum to the investment committee w/attached memorandum | Hearsay (as to notes) |
| D-0521 | 7/16/1991 | Memorandum from C.A. Deardorff to the file re: Sterling S&LA | Hearsay |
| D-0526 | 7/30/1991 | Letter from Steven K. Scholzen signed by Walter H. Thompson re: Sterling Savings Association Spokane, Washington | Hearsay |
| D-0528 | 8/26/1991 | Letter from David Welch to Harold B. Gilkey re: public offering of Sterling common stock | Hearsay |
| D-0529 | 8/26/1991 | Letter from David Welch to Harold Gilkey re summary of meeting in Seattle on August 22, 1991, and telephone conversation on August 23, 1991 | Hearsay |
| D-0533 | 9/20/1991 | Letter from Edwin C. Hedlund to Daniel G. Byrne re: Sterling Savings Association | Hearsay |
| D-0536 | 10/7/1991 | Draft letter from Daniel G. Byrne to Ed Hedlund re: request withdrawal of the restriction to purchase securities | Hearsay, Relevance |
| D-0537 | 10/9/1991 | Letter from Gary Jeffers to Ned Barnes re: Sterling Savings Association | Relevance, Hearsay |
| D-0538 | 10/21/1991 | Memorandum of oral communication re: offering | Relevance, Hearsay |
| D-0541 | 11/18/1991 | Letter from Jerry Gitt to Timothy Ryan re: the thrift industry | Hearsay, Relevance |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0548 | 1/23/1992 | Interoffice memorandum from Gregory A. Hoefer to John Potthast re: Sterling/Action | Hearsay, Relevance |
| D-0560 | 10/2/1992 | Memorandum from Penny Marshall to Ed Hedlund re: Sterling financial Sterling SA acquisition in Montana | Relevance |
| D-0565 | 2/8/1993 | Memorandum from Donald J. Lukes to Dan Byrne re: dividends | Relevance, Claw back as legal memo. |
| D-0566 | 4/14/1993 | Letter from Thomas Killian to Harold Gilkey re Sandler O'Neil preliminary thoughts as to acquiring branches/deposits from Great American or Far West w/ attachment | Hearsay |
| D-0570 | 3/18/1994 | Letter from Duane H. Thorkildsen To Harold Gilkey re: reassignment | Relevance |
| D-0577 | 1/20/1995 | Interoffice memorandum from Darrel Dochow to Nicolas J. Dyer re: Sr. Staff meeting | Relevance |
| D-0585 | 7/26/1996 | Memorandum of oral communication | Hearsay |
| D-0586 | 10/18/1996 | Interoffice memorandum from John M. Crosley to Charles A. Deardorff re: Sterling update | Relevance, Hearsay |
| D-0587 | 12/20/1996 | Letter from Darrel W. Dochow to board of directors re: safety and soundness and information systems reports of examination w/attachments | Relevance |
| D-0588 | 12/20/1996 | Letter from Darrel Dochow to board of directors re: September 16, 1996, report of examination w/attached June 30, 1996, holding company report of examination | Relevance, Hearsay |
| D-0589 | 1/28/1997 | Memorandum from Darrel Dochow to Charles Deardorff re Sterling board meeting on January 27 1997 | Relevance, Hearsay |
| D-0590 | 05/02/0019 | Memorandum from Darrel Dochow to Charles Deardorff re comments on draft of rating change based on off-site review w/attached memorandum from Darrel Dochow to Sterling Savings Association file re: rating change based on off-site review dated 5/20/97 | Relevance, Hearsay |
| D-0591 | 11/18/1998 | Memorandum from Lisa Youngren to workpaper file re: review of SFC minutes | Relevance, Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0592 | 11/02/0019 | Memorandum from Lenny Thilberg to Steve Shroba re: capital adequacy comment and program for Sterling Savings Bank | Relevance, Hearsay |
| D-0593 | 12/3/1998 | Memorandum from Bruce Thorvig to Steve Scott re: R.P.I. cash flow model | Hearsay |
| D-0594 | 12/4/1998 | Memorandum from John Morris to Bruce Hickok re: Zuppe | Relevance, Hearsay |
| D-0597 | 4/6/1999 | E-mail from Sherri L. Stieg to Darrel Dochow re: Sterling Savings | Relevance Hearsay |
| D-0603 | 00/00/0000 | Handwritten minutes Intervest Mortgage | Relevance, Hearsay Foundation |
| D-0914 | 00/00/0000 | The Savings and Loan Crisis And Its Relationship To Banking" in history of the eighties-lessons for the future, FDIC | Hearsay, Relevance |
| D-0915 | 8/24/1988 | Article from American Banker-headline: the increase in capital standards will make banking safer | Hearsay, Relevance |
| D-0916 | 12/30/1988 | News release re: first nationwide acquires thrifts in Colorado Ohio and Illinois | Relevance, Hearsay |
| D-0917 | 01/00/1989 | Federal reserve bulletin | Relevance, Hearsay |
| D-0918 | 1/27/1989 | Office of comptroller of the currency department of the treasury rules and regulations 12 CFR part 3 | ER 201 |
| D-0919 | 5/12/1989 | Article from the American Banker-headline: Higher Capital Requirement Has To Be Applied Across The Board | Relevance, Hearsay |
| D-0920 | 12/7/1989 | Ongoing Fiasco: Hundreds Of S&LS Fall Hopelessly Short Of New Capital Rules, the Wall Street Journal | Hearsay, Relevance |
| D-0921 | 1/24/1992 | Article Sterling Bails Itself Out With A $25 Million Issue, American Banker, by Sam Zuckerman | Hearsay, Relevance |
| D-0922 | 2/10/1992 | Article, Sterling Performance Led Sterling Savings Chief Into Battle With Us Thrift Regulators, Takoma News Tribune February 10, 1992, Graham Fyeh | Relevance, Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-0925 | 07/00/1993 | Origins and causes of the S&L Debacle: A Blueprint For Reform report of the national commission in financial institution reform, recovery and enforcement | Hearsay, Relevance |
| D-0926 | 00/00/1995 | "The Role Of Capital In Financial Institutions", Journal Of Banking And Finance | Hearsay, Relevance |
| D-0927 | 00/00/1995 | "Estimating The Credit-Risk Yield Premium For Preferred Stock", Financial Analysts Journal Sept./Oct. 1996 | Hearsay, Relevance |
| D-0928 | 00/00/1996 | "The Costs Of Raising Capital", The Journal Of Financial Research | Hearsay, Relevance |
| D-0929 | 00/00/1996 | Principles Of Corporate Finance, Fifth Edition 1996 | Hearsay, Relevance |
| D-0930 | 1/18/1996 | "Home Savings To Slash Assets In A Push For Profitability", American Banker | Relevance, Hearsay |
| D-0931 | 00/00/0000 | Great American bid summary | Foundation |
| D-0932 | 00/00/0000 | Enforcement review committee executive summary w/attached interoffice memorandum | Relevance, Foundation, Hearsay |
| D-0933 | 00/00/0000 | Institution directory help | Relevance, Hearsay |
| D-0939 | 00/00/0000 | Handwritten notes | Hearsay, Relevance, Foundation |
| D-0941 | 00/00/0000 | Criminal referral log | Relevance |
| D-0942 | 00/00/0000 | Questionnaire | Hearsay, Relevance, Foundation |
| D-0944 | 00/00/0000 | Notes covering November 27, 1989-August 1990 | Hearsay, Foundation |
| D-0946 | 00/00/0000 | Notes | Relevance, Hearsay |
| D-0947 | 00/00/0000 | Sterling Savings/Intervest top 20 borrowers as of 6/30/93 | Foundation, Hearsay |
| D-0948 | 03/00/1983 | FHLBB agenda for reform | Relevance, Hearsay |

| Exhibit No. | Date | Description | Objections |
| --- | --- | --- | --- |
| D-0950 | 10/00/1986 | Failure costs of government-regulated financial firms: the case of thrift institutions | Relevance, Hearsay |
| D-0954 | 4/1/1988 | Watch list loan individual report/plan | Hearsay, Foundation |
| D-0955 | 4/8/1988 | Sterling and Tri-Cities closing statement | Incomplete, ER 106 |
| D-0956 | 5/16/1988 | Assumptions used to model Central Evergreen acquisitions | Relevance, Hearsay |
| D-0957 | 6/10/1988 | Assumptions used to model Central Evergreen acquisitions | Foundation, Hearsay |
| D-0959 | 6/30/1988 | Regulatory capital maintenance/dividend agreement | Relevance, Hearsay |
| D-0963 | 1/12/1989 | Voting and disposition rights/dividend agreement | Relevance |
| D-0964 | 3/3/1989 | Crisis resolution in the thrift industry: beyond the December deals (excerpts) | Hearsay, Relevance |
| D-0965 | 6/30/1989 | Watch list loan individual report/plan | Hearsay, Foundation |
| D-0968 | 11/8/1989 | 12 CFR section 567 | ER 201 |
| D-0969 | 12/00/1989 | FHLBB information for the TFR | Relevance |
| D-0970 | 12/26/1989 | American Banker top 25 thrifts | Relevance, Hearsay |
| D-0975 | 3/23/1990 | Sterling Savings Association OTS No. 7918 meeting re: progress regarding acquisition | Hearsay, Foundation |
| D-0976 | 3/31/1990 | Sterling Savings Association capital as of March 31, 1990 | Hearsay, Foundation, Legal conclusions |
| D-0978 | 5/15/1990 | Verified complaint for declaratory and injunctive relief or in the alternative for rescission and damages | Hearsay, Relevance |
| D-0985 | 07/00/1990 | Financial audit federal Savings and loan insurance corporation's 1989 and 1988 financial statements | Hearsay, Relevance |
| D-0990 | 00/00/1991 | Release of claim and lien | Relevance |
| D-0996 | 3/14/1991 | Board of directors loan summary | Relevance |
| D-0997 | 3/15/1991 | Board of directors loan summary | Relevance |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-1008 | 09/00/1994 | Evaluating the performance of venture capital investments business horizons/September-October 1994 | Hearsay, Relevance |
| D-1014 | 5/12/1998 | Nic data selection options | Relevance |
| D-1015 | 09/00/1998 | Merrill Lynch high-yield bond indices historical yields September 1998-December 1990 | Hearsay, Foundation |
| D-1018 | 00/00/2000 | Summary data on preferred stock issuance by U.S. banking and savings and loans institutions January 2000-July 2000 | Relevance, Foundation, Hearsay |
| D-1019 | 11/00/2000 | Notching for differences in priority of claims and integration of the preferred stock rating scale | Relevance, Foundation, Hearsay |
| D-1021 | 00/00/0000 | Expert report of John W. Mitchell re: Sterling Savings' Pacific Northwest 1990-2000 | Hearsay |
| D-1022 | 00/00/0000 | Corrected exhibit 6 from corrected expert report of Paul Horvitz | Hearsay |
| D-1023 | 00/00/0000 | CV of Mukesh Bajaj | Hearsay, Relevance |
| D-1024 | 12/31/1989 | Dr. Horvitz's components of but-for core capital @ 12/31/89 | Hearsay, ER 106 |
| D-1025 | 05/02/0919 | Affidavit of William Symmes | Relevance |
| D-1026 | 05/02/0919 | Affidavit of Harold B. Gilkey | Hearsay |
| D-1028 | 6/30/1990 | Dr. Horvitz's components of but-for core capital @ 6/30/90 | Hearsay, ER 106 |
| D-1029 | 12/00/2000 | Affidavit of Daniel G. Byrne (cfc) (second supplemental ) | Hearsay |
| D-1030 | 6/26/2001 | Expert report of William B. Conerly Ph.D. re: economic environment of Sterling Savings | Hearsay |
| D-1031 | 6/28/2001 | Expert report of Paul Horvitz | Hearsay |
| D-1032 | 6/28/2001 | Report of David Welch | Hearsay |
| D-1033 | 6/28/2001 | Roger J. Orders expert witness report | Hearsay |
| D-1034 | 06/02/0920 | Report of John R. Taylor partner KPMG LLPH | Hearsay |
| D-1035 | 06/02/0920 | Report of Professor Christopher James | Hearsay |
| D-1036 | 9/6/2001 | Corrected expert report of Paul Horvitz | Hearsay |
| D-1037 | 9/10/2001 | Corrected expert report of Christopher James | Hearsay |
| D-1038 | 12/7/2001 | Supplement to expert report of Roger J. Orders dated June 28, 2001 | Hearsay |
| D-1039 | 4/18/2002 | Expert report of William Hamm | Hearsay |

| Exhibit No. | Date | Description | Objections |
|---|---|---|---|
| D-1040 | 4/19/2002 | Expert report of Joe A. Hargett | Hearsay |
| D-1041 | 12/5/2003 | Report of professor Christopher James updated December 2003 | Hearsay |
| D-1042 | 12/9/2003 | Update to the expert report of Paul Horvitz | Hearsay |
| D-1043 | 1/9/2004 | Report of Professor Christopher James | Hearsay |
| D-1044 | 02/02/0020 | Revised update to the expert report of Paul Horvitz | Hearsay |
| D-1045 | 02/02/0020 | Revised expert report of Professor Christopher James | Hearsay |
| D-1046 | 12/11/0200 | Update to the expert report of Paul Horvitz | Hearsay |
| D-1047 | 12/11/0200 | Updated expert report of professor Christopher M. James | Hearsay |
| D-1048 | 02/15/0200 | Supplemental expert report of Joe A. Hargett | Hearsay, Legal conclusions |
| D-1049 | 02/15/0200 | Expert report of W. Barefoot Bankhead | Hearsay, Legal conclusions |
| D-1050 | 02/15/0200 | Supplemental expert report of Joe A. Hargett | Hearsay, Legal conclusions |
| D-1051 | 02/15/0200 | Updated amended expert report of Mukesh Bajaj Ph.D. | Hearsay |
| D-1052 | 02/15/0200 | Supplemental expert report of William G. Hamm Ph.D. | Hearsay, Legal conclusions |
| D-1053 | 6/28/1991 | Letter from Edwin C. Hedlund to board of directors re: response to June 5, 1991, letter | Hearsay |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 6, 2007, a copy of the foregoing **STERLING SAVINGS ASSOCIATION'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William D. Symmes
William D. Symmes
Attorney for Plaintiff