IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

STERLING SAVINGS )
ASSOCIATION, a )
state-chartered )
savings association; )
STERLING FINANCIAL )
CORPORATION, a )
Washington )
corporation, )
Plaintiffs, )
v. ) No. 95-829C
UNITED STATES OF )
AMERICA, )
Defendant. )

---

Deposition Upon Oral Examination Of

A. Adgate Duer

COPY

---

Monday, July 24, 2000, 9:10 AM
UNITED STATES ATTORNEY, WESTERN DIVISION
601 Union, Suite 5100
Seattle, WA 98101

REPORTED BY: Cheryl A. Lord, CCR, RPR, CRR

APPEARANCES:

For Plaintiffs:

William D. Symmes
WITHERSPOON & KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201

For Defendant:

Elizabeth M. Hosford
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
1100 L Street, N.W.
Washington, D.C. 20530

Also Present: Daniel Byrne

Monday, July 24, 2000, 9:10 AM

Seattle, Washington

----------------------------

A. Adgate Duer:

Witness herein, having been
duly sworn by the notary,
testified as follows:

MS. HOSFORD: On the record.

Thank you for coming here today, Mr. Duer.

Before we start, I'd just like to have all attorneys introduce themselves. My name is Elizabeth Hosford. I'm with the United States Department of Justice, and I'm here representing the United States in this case, Sterling Savings versus United States, which is in the Court of Federal Claims, and it's 95, dash, 829 C.

Mr. Symmes?

MR. SYMMES: William Symmes, for Sterling Savings.

MS. HOSFORD: And Mr. Byrne, would you

introduce yourself too, please.

MR. BYRNE: Mr. Daniel Gordon Byrne, representing Sterling Savings Bank.

MS. HOSFORD: Mr. Byrne, you are not an attorney; is that correct?

MR. BYRNE: That's correct.

EXAMINATION

BY MS. HOSFORD:

Q. Mr. Duer, are you represented by counsel today?

A. I'm not.

Q. Have you ever been -- first, can I have your name for the record, please?

A. Andrew Adgate Duer.

Q. And your business address, please?

A. 700 5th Avenue, 48th floor, Seattle, Washington.

Q. Okay. Have you ever been deposed?

A. I have.

Q. Can you tell me, how many cases have you been deposed in?

A. Two.

Q. Can you tell me generally the nature of those cases, please.