Q. Commercial banks?
A. No.
Q. When did you leave Interstate -- First Interstate?
A. First Interstate, 1986.
Q. And what was your next position?
A. Dain Bosworth Incorporated.
Q. Okay. And what was your position when you joined Dain Bosworth?
A. Associate of corporate finance department.
Q. What were your duties?
A. Business development and financings.
Q. And what types of financings?
A. Included the -- well, first one was the sale of a nearly bankrupt thrift.
Q. Which one?
A. Shoreline Savings Bank.
Q. Is that a Washington thrift?
A. It was.
Q. You say it was a sale?
A. It was.
Q. And was it sold?
A. To Washington Mutual, yes, it was.
Q. And what was your role in that sale?
A. Pretty much due diligence, as well as most of

the conversations relating to likely acquirors for the thrift.
Q. And how long did your position as an associate last?
A. About 12 months.
Q. Other than the nearly bankrupt thrift, did you work on any other financings?
A. I did, specialty retailer public offering, high-technology turnaround manufacturer. We were looking at my entire career at Dain Bosworth, which was three and a half years, four years, a number of S and L conversions, some biomedical work, real estate, financings, pretty much across the board with a concentration of financial institutions.
Q. You indicated that your first year, you were an associate.
What were you after that?
A. An associate vice president, and then vice president, ultimately.
Q. In all of those positions, did your responsibilities -- in those positions, did you do the same sort of work only at a different level?
A. I think that titles were basically -- changes

were basically catching up with the same level of work that I was doing. The head of corporate finance, for instance, after my first year and the first title change, said to me on the phone, the only way that we got you as an associate is because you wanted to get out of commercial banking.

So for four years running, I was the leading fee income producer for the group, although others had higher titles.

Q. Okay. So I guess my question is, throughout the four years there, was the type of work you did pretty consistent?

A. It was. Business development and financings, and pretty much in a lead role.

Q. Okay. And you mentioned that you did financings in a variety of industries, but you considered banking to be your specialty; is that correct?

A. Well, I wouldn't -- it was an area that I spent more time than other areas, yes.

Q. Do you recall how many financings you did in the financial institutions industry?

A. At a minimum, four.

Q. Are you saying there may have been more --

management, and the attendant expenses.
Q. And when you make reference to a unit offering, are you talking about preferred stock?
A. My recollection is a share of common and a share of preferred with dividend paying back in 1989 with the unit offering.
Q. Maybe --
A. Unit offerings can be structured a number of different ways.
Q. What is a unit offering?
A. A unit offering is where you have two different types of equities linked as a unit, and you sell the units together. They can either be strippable or nonstrippable, meaning that you can either divide the separate units and develop two different markets, or the units just trade in a single market, but you're establishing markets for both common -- as an example, you can establish markets for both common shares and preferred shares, or separately, you could just establish a single market for a unit.
Q. So that would be a market that would be interested in having both?

A. Key Bank National Association investment banking group.
Q. How long have you been there?
A. Since August last year.
Q. Prior to that, were you on your own?
A. Yes -- well, yes, in a number of short assignments, including some turnaround work and some employee positions on capital raising, high tech and low tech both.
Q. So you basically had your own consulting firm, company?
A. Pretty much.
Q. And now that you're with Key, are you attempting to get back into the financial institutions industry, or not?
A. No.
Q. When did you have your first contact with Sterling Savings Association back in the '89 time period?
A. I don't really recall. I know one of my colleagues, who was from Spokane, met with them.
Q. Who?
A. Tom Simpson. He was an associate at the time. Runs a venture group in Spokane. But

a local Spokane gentleman had encouraged us to meet with Harold Gilkey and Dan Byrne, but I can't recall -- late spring, early summer.
Q. Is 1989 the year?
A. I'm pretty sure it is, yeah.
Q. So a colleague of yours had encouraged you to meet with them and --
A. Right. He was really not following financial institutions work, but he was from Spokane, did a bit of work over in the Spokane area, and had met briefly, calling it a marketing effort basis.
Q. Did you then meet with them?
A. I did.
Q. I mean, when you met with them, did you have anything in mind?
A. No.
Q. It was just a general business development-type meeting?
A. (Nodding head.)
Q. At the time, did you have any knowledge of Sterling's operations?
A. No --
Q. Did you have any knowledge of --
A. -- not really.

bankers at the time?
A. They were talking to others, yes.
Q. And do you recall whether anyone from Sterling ever told you why they ultimately -- well, did they ultimately choose to go with Dain Bosworth?
A. We had -- I don't recall them saying anything. We had clearly the best research analyst on the street, and he and I had double-teamed on some pretty interesting stuff in the marketplace, one in investment banking and one in research.
We were a good team. We were selected because of our winning personalities, I think.
Q. Who was the research analyst?
A. Jay Tahara.
Q. When you say, the best research analyst on the street, are you talking about Wall Street?
A. I'm talking about Wall Street and the Pacific Northwest clearly, yeah.
Q. Okay. And what stuff in the marketplace have you double-teamed on?
A. The conversions of -- well, practically every

15