A. Jay Tahara.
Q. Were there other companies or firms involved, accounting firms?
A. The company's accountants.
Q. Sterling's accountants?
A. Sterling's accountants, Sterling's attorneys, our attorneys, underwriters' attorneys, being Perkins Coie. Can't recall anybody else.

MS. HOSFORD: I have no more questions. We can go off the record, unless Mr. Symmes has some.

MR. SYMMES: I have nothing at this time. Thank you.

He should read this.

You have the opportunity, and it's your choice --

THE WITNESS: -- to read my own deposition?

Absolutely.

MR. SYMMES: Send the reading and signing copy August 28.

(Deposition adjourned at 3:00 PM.)

(Signature reserved.)

28

S I G N A T U R E

I declare under penalty of perjury under the laws of the State of Washington that I have read my within deposition, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the CHANGE SHEET flyleaf page hereof. Signed in......................., Washington, on the......day of................., 2000.

.........................

A. Adgate Duer

Taken: July 24, 2000

Cheryl A. Lord, CCR, RPR

29

C E R T I F I C A T E

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

I, Cheryl A. Lord, Certified Court Reporter, Registered Professional Reporter, Certified Realtime Reporter, and officer of the Court under my commission as a Notary Public for the State of Washington, hereby certify that the foregoing deposition upon oral examination of A. Adgate Duer was taken before me on July 24, 2000, and transcribed by me with computer-aided transcription;

That the witness was duly sworn by me to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of, any of the parties to the action or any attorney or counsel employed by the parties hereto, nor financially interested in its outcome.

30

IN WITNESS WHEREOF, I have hereunto set my hand and seal this date: August 3, 2000.

NOTARY PUBLIC in and for the State of Washington, residing at Seattle. Commission expires: 2-8-02.

---

Cheryl A. Lord

CCR No. LORDCA513C0