STERLING SAVINGS BANK
DAMAGES CALCULATION
INCREASED COST TO ACQUIRE BRANCH FROM GREAT AMERICAN SAVINGS/RTC

| | | | |
|---|---|---|---|
| VALUE RECEIVED BY RTC UPON SALE OF BRANCHES: | | | |
| SPOKANE | | | 1,892,000 |
| COST ASCRIBED TO DEPOSIT PREMIUM IN STERLING'S BID | | | (61,000) |
| TRANSACTION COSTS: | DATE | INVOICE # | |
| COOPERS & LYBRAND | 8/22/1989 | 20262 | 500.00 |
| WKDT | 7/21/1989 | 81316-906 | 1,750.50 |
| COOPERS & LYBRAND | 8/29/1989 | | 775.11 |
| DIVISION OF SAVINGS AND LOAN | | | 1,100 |
| | | | 4,125.61 |
| INCREASED COST OF PURCHASEOF SPOKANE BR. | | | 1,835,126 |

Note: Cost ascribed to deposit premium in 1989 for Spokane and Richland branches was $61,000. Sterling also expected to incur costs of $54,000 related to closing the transaction and winding down operations at the Spokane branch.

Analysis Prepared by Daniel G. Byrne, CFO of Sterling Savings, 1/9/04



CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

SG0902063

95 - 829 - C
P - 340

STERLING SAVINGS Association

N. 120 Wall • Spokane, WA 99201-0696 • (509) 624-4114

August 16, 1989

Betty Reed, Supervisor
Division of Savings and Loan Association
217-C General Administration Building
Olympia, Washington 98504-0622

Dear Betty:

Earlier you were forwarded a copy of the Application for Transfer of Branch Assets/Liabilities of two branches from Great American Bank, FSB, to Sterling Savings Association.

We are enclosing a check for $1,100, representing the branch application fee ($500 per branch) and a Certificate of Authority ($50 per branch) for the two branches.

Below is a listing of the business hours and managing officer for each branch:

| Branch | Business Hours | Managing Officer |
|---|---|---|
| Spokane | M-Th 9:00-4:30, Fr 9:00-6:00 | Tracy Heartbury |
| Richland | M-Th 9:00-5:00, Fr 9:00-6:00 | Tracie Straalsund |

Sincerely,

Stanton L. Parrish
Sr. Vice President

lac
Enclosure

CONFIDENTIAL MATERIAL-SUBJECT TO PROTECTIVE ORDER SG 0803464

THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND – NOT A WHITE BACKGROUND

STERLING SAVINGS Association

NORTH 120 WALL STREET
SPOKANE, WASHINGTON 99201

28-7174
3251

AUG16-89

No. 028547

PAY ******$1,100 DOLLARS AND 00 CENTS ******$1,100.00

TO THE ORDER OF DIVISION OF SAVINGS AND LOAN ASSOCIATIONS

STERLING SAVINGS ASSOCIATION

William W. Gruppe

AUTHORIZED SIGNATURE

⑈028547⑈ ⑆325171740⑆ 0170100001884⑈

STERLING SAVINGS ASSOCIATION – SPOKANE, WASHINGTON

REMITTANCE ADVICE

STERLING SAVINGS ASSOCIATION • SPOKANE, WA 99203

No. 028547

| DATE | DESCRIPTION | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| AUG16-89 | [illegible]<br>APP [illegible] | 28547 | ******$1,100.00 |

DETACH AND RETAIN FOR YOUR RECORDS
PLEASE CASH OR DEPOSIT WITHIN 30 DAYS

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803465

STERLING SAVINGS Association

N. 120 Wall • Spokane, WA 99201-0696 • (509) 624-4114

July 28, 1989

Laurie Linskins, Branch Operations
Great American Bank, FSB
401 West 24th Street
National City, California 92050

Dear Laurie:

Enclosed is our portion of the application to purchase branches. In addition to the items provided by Great American, please note the following:

2. The Notice of Filing of Application for Purchase of Branch Office's and/or Transfer of Savings needs a filing date and signatures. This has been partially completed by Sterling.

2. An executed copy of the Agreement, including exhibits, are to be filed in Section II.

It is my understanding that distribution will be:

| | |
|---|---|
| 1 original, plus 3 copies | Federal Home Loan Bank of Seattle<br>Attn: Penny D. Marshall, Supervisory Agent<br>1501 Fourth Avenue<br>Seattle, Washington 98101-1693 |
| 1 copy | Federal Home Loan Bank of San Francisco |
| 1 copy | Betty Reed, Supervisor<br>Division of Savings and Loan Association<br>217-C General Administration Building<br>Olympia, Washington 98504 |
| 3 copies | Sterling Savings Association<br>Attn: Daniel G. Byrne, SVP - Finance<br>N. 120 Wall Street<br>Spokane, Washington 99201 |

Please let me know if you require additional information.

Sincerely,

Daniel G. Byrne
Daniel G. Byrne
Sr. Vice President - Finance

CONFIDENTIAL MATERIAL--SUBJECT TO PROTECTIVE ORDER SG 0803467

Entry to record

| | Spo | Rich | | |
|---|---|---|---|---|
| CASH | | | 29 098 042 | |
| Passbook Loans Receivable | | | 23122 | |
| Accrued Int | | | 750 | |
| RE | | | 400 000 | |
| EQUIP | | | 18 900 | |
| Intangible Asset | | | 61100 | |
| Deposits | | | | 29 543 824 |
| Accrued interest | | | | 58 090 |
| | | | 29 601 914 | 29 601 914 |

480,000

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

Purchase accounting

| | | |
|---|---|---|
| Acquisition Cost: | | |
| Purchase Price | | 480 000 |
| value of Blg - Richland | 400 000 | |
| Spokane | 5900 | |
| ROVID Richland | 13 000 | (415 900) |
| Value assigned to deposits | | 61 100 |
| Rent - Spokane 5 months x 3255 | | 16275 |
| Excess personnel cost: | | |
| Spokane NOV - JAN (3 mos) 2417 x 3 | | 7251 |
| Richland NOV - JAN (3 mos) 2667 x 3 | | 8001 |
| Legal | | 4 000 |
| Accounting | | 1500 |
| Appraisal | | 700 |
| Travel | | 1000 |
| DP Conversion | | 5000 |
| D.T Training | | 500 |
| | | 105327 |
| Misc | | 9673 |
| Capitalized costs | | 115000 |
| Deposits Acquired | 39 503 524 | |
| | .38 | |

Operating plan assumptions

Spokane:
Assume [illegible] branch closed 3/1/90 with all accts
+ 1½ FTE transferred to Spokane Main

loss of deposits through 6/30/90 = 1.5 K

Duplicated personnel cost of ___ is capitalized
Rent for last 4 months is capitalized

Richland:
Assume Sterlings branch is consolidated on 3/1/90
with only a net increase in FTE's of 1½.

loss of deposits [illegible] = 1 K.

Duplicated personnel cost of ___ is capitalized

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803470

Operating Plan
Income

| | | Spo | Rich |
|---|---|---|---|
| Net Interest Margin | | | |
| Yield on Assets | | 9.45 | 9.45 |
| Cost of Funds | | 8.042 | 8.338 |
| Jumbo Accts | 9.291 | | |
| FHLB Advances | 9.522 | | |
| Repo | 9.980 | | |

FHLB Advances:

| | | |
|---|---|---|
| 10/25/99 | 10.65% | [illegible] |
| 11/2/94 | 9.70 | 3k |
| 11/7/99 | 9.40 | 5k |
| | 4.32 | 10k |
| Jumbo | 9.30 | 9k |
| Repo | 9.75 | 10k |
| | 955 | 29 |

Fee Income – Transaction Accts

| | # of Accts | | Spo | Rich |
|---|---|---|---|---|
| Br 35 | 272 | mostly NSF | 520 A | |
| 37 | 7 | | 860 M | 2700 |
| 36 | 533 | | | |
| Budget | | | 750 | 2700 |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803471

Operating Plan
Personnel

| | P+L | Monthly Budget |
|---|---|---|
| Spokane | | |
| # of employees | | |
| MOR | | |
| 2 FT | | |
| 1/2 PT | | |
| | | 1950 (1) |
| Reg. P+L Salaries incentive | 8500 (1) | |
| Payroll Tax | 1085 (1) | |
| Pers. Benefits Education | 440 (1) | + |
| Memberships + T+E | 652 (1) | 100 |
| Auto | 127 (1) | -0- |

(1) per May monthly Actual P+L

| | P+L | Monthly Budget |
|---|---|---|
| Richland | | |
| # of employees | | |
| MOR | | |
| FT | | |
| PT | | |
| | | 2340 (1) |
| Compensation | 4527 | |
| Payroll Taxes | 534 | |
| Personal [illegible] | [illegible] | |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803472

Operating Plan

| | Historical P&L (with unbudgeted DT) | Syndication Budget | Actual P&L | Budget |
|---|---|---|---|---|
| Communications: | | | | |
| Telephone + Data line | 1763 | 1200 | 1100 A<br>1349 M | 1200 |
| Postage + Delivery | 558 | 850 | 837 | 840 |
| should be adjusted to cover spirit? ... | | 2050 | | 2040 |
| Office Supplies | 400 A<br>245 M | 350 | 305 A<br>401 M | 350 |
| Occupancy | | | | |
| Rent | 3750 | 3750 | — | |
| Sublease rental | (783) | (783) | — | |
| HVAC | 116 | 100 | 260 A | 200 |
| Janitorial | 769 | 400 | 600 A | 600 |
| Tax + Ins | 288. | 290 / 438 | 612 M | 600 |
| Utilities | 705 | 500 | 500 M | 500 |
| Security system | | | | |
| Advertising Promo | | 1500 | | 1500 |
| Insurance | 16,200 | 23 745 month | 13,300 | 27 710 |
| FSLIC • .0020833 | | 2310 month | | 2310 |
| Property, Fidelity ETC | | 300 month | | 300 |
| Depreciation | | | | |
| Blg 250,000 25yr | | | | 833 (m) |
| EQUIP 13000 5yr | | | | 216 (m) |
| 5900 5yr | | 100 (m) | | |
| Goodwill EST 115000 8yrs +1200 | | 540 | | 660 |
| Data Processing: | | 250 | | 250 |
| ... | | 250 | | 250 |

Margin notes: "Occupancy + Equip."; "Assume 8 mos. Richland, 3 mos Systems"; "3 mos" (circled); "IT"

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803473

but unpaid interest) as of the close of business on the Closing Date assumed by Buyer hereunder, such amount to be decreased by the amount required to be paid by Buyer pursuant to Section 4(b) of this Agreement.

(b) From Buyer to Seller. In consideration for the assets transferred by Seller to Buyer pursuant to Sections 2 and 3 of this Agreement and an intangible associated with the assumption of the Accounts pursuant to Section 1 of this Agreement, Buyer shall pay to Seller, by offset to the wire transfer required to be made by Seller pursuant to Section 4(a) hereof, the sum of (i) the amount of cash on hand at the Subject Offices as of the Closing transferred to Buyer, (ii) the outstanding principal amount of the Account Loans and any accrued but unpaid interest thereon as of the Closing; and (iii) $480,000, provided, however, that, if the aggregate balance of the Accounts (including accrued but unpaid interest) as of the close of business on the Closing Date is less than $23,500,000, the amount required to be paid by Seller pursuant to this subparagraph (iii) shall be equal to 1.75% of the balance of the Accounts assumed by Buyer hereunder (including accrued but unpaid interest) less $20,000.

(c) The payments required by this Section 4 shall be made on the Monday following the date of the Conversion (as hereinafter defined) and shall include interest for the period from, and including, the date of the Conversion to, but excluding, the date such payment is made at the per annum rate, calculated on the basis of a 365-day year, equal to the bid rate for federal funds in effect for such period, as such rate is published in the Western Edition of The Wall Street Journal.

5. Prorations.

All real and personal property and other taxes, rents, assessments, insurance (including FSLIC insurance to the extent that Buyer is not subject to additional FSLIC insurance assessments attributable to the Accounts for the period with



misc2/1293

CONFIDENTIAL MATERIAL-SUBJECT TO PROTECTIVE ORDER

SG 0803474

[illegible]. COST ON PURCHASE OF TWO BRANCHES FROM GREAT AMERICAN:

Accounting & Legal Charges:

| | |
|---|---|
| Coopers & Lybrand | $ 500 |
| Witherspoon, Kelley, Davenport & Toole | $ 2,526 |
| | $ 3,026 |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803475

Coopers & Lybrand | certified public accountants I.D. # 13-5218870 | 1600 Seafirst Financial Center Spokane, WA 99201-0640 telephone (509) 455-9300 | in principal areas of the world

August 22, 1989

STERLING SAVINGS ASSOCIATION
MR DAN BYRNE
NORTH 120 WALL
SPOKANE WA 99201

INVOICE NUMBER **Nº 20262**

Professional services rendered in connection with:

| | |
|---|---|
| Current Exp 91-2321-8 . Audit of the Association's (& Action's) consolidated financial statements for the year ended June 30, 1989 (in progress) | $27,500.00 |
| Capitalize 91-1916-9 . Preparation of letter regarding propriety of accounting treatment for proposed Great American branch acquisition (including reading agreement, review of pro-forma & other schedules, etc.) | 500.00 |
| 2350 . Assistance with preparation & review of Central Evergreen's December 31, 1988 final consolidated income tax return | 750.00 |
| Stock Offering 11-1719-4 . Preliminary work associated with the Association's proposed stock offering (including meetings with underwriters, numerous discussions, coordinating SEC reviewer involvement, etc.) | 2,000.00 |
| | $30,750.00 |

ok

*All payments are due upon receipt of the invoice. Accounts unpaid within thirty (30) days of the date of invoice are subject to a delinquency charge of 1½%. The delinquency charge has a corresponding annual percentage rate of 18%.*

[redacted] [redacted]

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 OLD NATIONAL BUILDING
SPOKANE, WASHINGTON 99201
(509) 624-5265
TAX ID #91-1083732

Sterling Savings Association
Attn: Mr. Daniel Byrne
N. 120 Wall
Spokane, WA 99201

JULY 21 1989
Account No. 81316- 905

PAGE 1

Previous Balance Due 5.00

Statement 582086

For Professional Services Rendered:
Acquisition of Great American Branches

| | | | |
|---|---|---|---|
| JUNE 13 89 HWG | Review of agreement and preparation of comments. | 1.30 | |
| JUNE 22 89 NMB | Conference with D. Byrne. | 1.20 | |
| JUNE 22 89 DJL | Conference with NMB; review Savings Assumption and Purchase Agreement; brief legal research re Covenants Not To Compete; draft amendments to agreement. | 4.10 | |
| JUNE 23 89 NMB | Meeting with Dan Byrne re changes in deal. | 1.50 | |
| JUNE 23 89 DJL | Revise Purchase and Sale Agreement; draft additional clauses; conference with NMB. | 2.30 | |
| JUNE 26 89 NMB | Review letter. | .70 | |
| JUNE 28 89 NMB | Prepare new draft of agreement. | 3.50 | |

| | | | |
|---|---|---|---|
| NMB | 6.90 | 130.00 | 897.00 |
| HWG | 1.30 | 115.00 | 149.50 |
| DJL | 6.40 | 110.00 | 704.00 |
| Total Hours | | | 14.60 |
| Total Fees | | | 1,750.50 |

Total Balance Due $1,750.50

OK B
ok B
84-44/10.7

THIS STATEMENT MAY NOT INCLUDE EXPENSES FOR WHICH WE HAVE NOT BEEN BILLED.
INTEREST ON UNPAID ACCOUNTS AT THE RATE OF 1% PER MONTH (ANNUAL RATE OF 12%) WILL BE IMPOSED COMMENCING 30 DAYS AFTER DATE OF STATEMENT.

CONFIDENTIAL MATERIAL—SUBJECT TO PROTECTIVE ORDER SG 0803477

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATI
ATTORNEYS & COUNSELORS

1100 OLD NATIONAL BUILDING
SPOKANE, WASHINGTON 99201
(509) 624-5265
TAX ID 91-1063732

Sterling Savings Association
Attn: Mr. Daniel Byrne
N. 120 Wall
Spokane, WA 99201

AUGUST 29 1989
Account No. 81316- 906

PAGE 1

Previous Balance Due $.00

Statement 607066

For Professional Services Rendered:
Acquisition of Great American Branches

| | | | | | |
|---|---|---|---|---|---|
| JULY 06 89 NMB | Telephone conference with D. Byrne. | | | 1.80 | |
| JULY 07 89 NMB | Conference with D. Bryne. | | | .80 | |
| JULY 10 89 NMB | Telephone conference with D. Byrne. | | | 1.00 | |
| JULY 12 89 NMB | Review contract. | | | 1.80 | |
| | NMB | 5.40 | 130.00 | 702.00 | |
| | Total Hours | | | 5.40 | |
| | Total Fees | | | | 702.00 |

Disbursements:

| | | |
|---|---|---|
| Copy expense | 11.60 | |
| Postage | 9.75 | |
| Telephone expense | 25.76 | |
| Telecopy | 26.00 | |
| Total Disbursements | | 73.11 |

Total Balance Due $775.11

RECEIVED
SEP 1 1 1989
ACCOUNTING

89.4710.0

THIS STATEMENT MAY NOT INCLUDE EXPENSES FOR WHICH WE HAVE NOT BEEN BILLED.
INTEREST ON UNPAID ACCOUNTS AT THE RATE OF 1% PER MONTH (ANNUAL RATE OF 12%) WILL BE IMPOSED COMMENCING 30 DAYS AFTER DATE OF STATEMENT.

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803478

## Great American FSB - Individual Branches

| Branch Priority | Branch # | Branch Name | Total Deposits 31-Mar-93 | Dollar Premium on Total Deposits | Percent Premium on Total Deposits | Core Deposits 31-Mar-93 | Dollar Premium on Core Deposits | Percent Premium on Core Deposits | 0.400% Insured Deposits 31-Mar-93 | Dollar Premium on Insured Deposits | Percent Premium on Insured Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4435 | Spokane | $26,240 | $1,892 R1 | 7.21% | $17,714 | $1,892 | 10.68% | $26,135 | $1,884 | 7.21% |

## Great American FSB - Tacoma Cluster

| Branch Priority | Branch # | Branch Name | Total Deposits 31-Mar-93 | Dollar Premium on Total Deposits | Percent Premium on Total Deposits | Core Deposits 31-Mar-93 | Dollar Premium on Core Deposits | Percent Premium on Core Deposits | 0.400% Insured Deposits 31-Mar-93 | Dollar Premium on Insured Deposits | Percent Premium on Insured Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4424 | Tacoma Mall | $37,094 | $2,637 | 7.11% | $23,462 | $2,637 | 11.24% | $36,946 | $2,627 | 7.11% |
| | 4425 | Federal Way | $24,450 | $1,738 | 7.11% | $15,757 | $1,738 | 11.03% | $24,352 | $1,731 | 7.11% |
| | | | $61,544 | $4,378 | 7.11% | $39,219 | $4,376 | 11.16% | $61,298 | $4,358 | 7.11% |

## Great American FSB - Aberdeen Cluster

| Branch Priority | Branch # | Branch Name | Total Deposits 31-Mar-93 | Dollar Premium on Total Deposits | Percent Premium on Total Deposits | Core Deposits 31-Mar-93 | Dollar Premium on Core Deposits | Percent Premium on Core Deposits | 0.400% Insured Deposits 31-Mar-93 | Dollar Premium on Insured Deposits | Percent Premium on Insured Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4402 | Montesano | $17,495 | $918 | 5.26% | $15,760 | $918 | 5.83% | $17,425 | $915 | 5.26% |
| | 4405 | Aberdeen | $29,838 | $1,566 | 5.25% | $24,504 | $1,566 | 6.39% | $29,719 | $1,560 | 5.26% |
| | | | $47,333 | $2,485 | 5.25% | $40,264 | $2,485 | 6.17% | $47,144 | $2,475 | 5.26% |

## at American FSB - Total Successful Bid

| Branch Priority | Branch # | Branch Name | Total Deposits 31-Mar-93 | Dollar Premium on Total Deposits | Percent Premium on Total Deposits | Core Deposits 31-Mar-93 | Dollar Premium on Core Deposits | Percent Premium on Core Deposits | 0.400% Insured Deposits 31-Mar-93 | Dollar Premium on Insured Deposits | Percent Premium on Insured Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cluster | 12 | 5 Branches | $135,117 | $8,753 | 6.48% | $97,197 | $8,753 | 9.01% | $134,577 | $8,718 | 6.48% |

out of Pocket
Spokane
Richland

3 • * +
R1 1,892 • +
1,300 • +

003

3,195 • *

CONFIDENTIAL MATERIAL--SUBJECT TO PROTECTIVE ORDER

05/05/94 02:45 PM

SG 0803479

05 13/34 19:47 6 206 945 5383 GREAT AMERICAN 02
MAY-13-1994 19:40 FROM GAF FINANCE TO 912069435383 P.01
MAY 13 '94 22:04 FROM RTC COMM PAGE.002

RTC
RESOLUTION TRUST CORPORATION
Resolving The Crisis
Restoring The Confidence

# NEWS RELEASE

Office of Corporate Communications
801 17th Street, NW
Washington, DC 20434
(202) 416-7357

FOR IMMEDIATE RELEASE PR-53-94 (5-13-94)

GREAT AMERICAN FEDERAL SAVINGS ASSOCIATION,
SAN DIEGO, CALIFORNIA,
ACQUIRED BY SEVEN FINANCIAL INSTITUTIONS

The Resolution Trust Corporation (RTC) has approved the sale of Great American Federal Savings Association (Great American), San Diego, California, to seven financial institutions.

Services to Great American's former customers will continue without interruption. The former Great American's 84 banking offices will reopen on Monday, May 16, 1994, and will operate according to their normal schedules.

As part of this transaction, the acquirers will assume all insured deposits totaling approximately $2 billion. The acquirers are also purchasing $91.7 million of the failed institution's assets, which include cash, share loans, and overdrafts.

Great American's 60 Arizona banking offices and their acquirors are:

- The insured deposits of 58 banking offices in Phoenix, and Tucson, (36 of which are located in Fry's Food and Drug Stores), totaling approximately $1.4 billion, were acquired by Bank One, Arizona, NA (Bank One), Phoenix, Arizona. Bank One is also

-more-

05/13/94 19:48 ☎ 206 943 5383 GREAT AMERICAN 03
MAY-13-1994 19:41 FROM GAF FINANCE TO 912069435383 P.02
MAY 13 '94 22:04 FROM RTC COMM PAGE.003



purchasing $91 million of the failed institution's assets with no putback options. Bank One paid the RTC a franchise premium of $49.36 million. Deposits will be insured by the Federal Deposit Insurance Corporation (FDIC) Savings Association Insurance Fund (SAIF). 3.5

- The insured deposits of the 2 banking offices located at 32 North Stone, Tucson, and 1833 6th Avenue, Tucson, totaling approximately $66.4 million, were acquired by Washington Federal Savings (Washington Federal), Seattle, Washington. Washington Federal is also purchasing $117,000 of the failed institution's assets with no putback options. Washington Federal paid the RTC a franchise premium of $400,000. Deposits will be insured by the FDIC SAIF.

Great American's 24 Washington banking offices and their acquirers are:

- The insured deposits of the 15 banking offices in Seattle and Olympia, totaling approximately $368.7 million, were acquired by First Interstate Bank of Washington, N.A. (First Interstate), Seattle, Washington. First Interstate is also purchasing $421,000 of the failed institution's assets with no putback options. First Interstate paid the RTC a franchise premium of $26 million. Deposits will be insured by the FDIC SAIF. 7.05%

- The insured deposits of the 8 banking offices in Tacoma, Federal Way, Montesano, Aberdeen, and Spokane, totaling approximately $140.1 million, were acquired by Sterling Savings

-more-

-3-

Association (Sterling), Spokane, Washington. Sterling is also purchasing $188,000 of the failed institution's assets with no putback options. Sterling paid the RTC a franchise premium of $8.7 million. Deposits will be insured by the FDIC SAIF. 6.21

- The insured deposits of the 2 banking offices in Vancouver and Longview, totaling approximately $47.7 million, were acquired by Riverview Savings Bank, FSB (Riverview), Camas, Washington. Riverview is also purchasing $19,000 of the failed institution's assets with no putback options. Riverview paid the RTC a franchise premium of $3.2 million. Deposits will be insured by the FDIC SAIF. 6.70% ±2.6 (SSA)
- The insured deposits of the banking office in Wenatchee, totaling approximately $25.6 million, were acquired by InterWest Savings Bank (InterWest), Oak Harbor, Washington. InterWest is also purchasing $15,000 of the failed institution's assets with no putback options. InterWest paid the RTC a franchise premium of $1.75 million. Deposits will be insured by the FDIC SAIF. $1.43 (SSA)
- The insured deposits of the banking office in Richland, totaling approximately $18.2 million, were acquired by Key Bank of Washington (Key Bank), Tacoma, Washington. Key Bank is also purchasing $19,000 of the failed institution's assets with no putback options. Key Bank paid the RTC a franchise premium of $1.3 million. Deposits will be insured by the FDIC SAIF. 7.14% 1.282 (SSA)

Depositors who had insured accounts with Great American can automatically continue to conduct business transactions with the

-more-

acquirers. All checks drawn on Great American accounts, up to the $100,000 federal deposit insurance limit, will continue to be honored as usual. Depositors should, however, visit the institutions during the next several weeks to discuss continuation of their specific services and to affirm and claim their accounts.

The U.S. Congress has directed the RTC to offer deposits that remain unclaimed after 18 months to the state listed as the depositor's residence on the records of a closed savings institution. After 18 months, depositors who have failed to affirm their accounts may have to claim the deposits from the state.

Depositors with uninsured funds will receive a receiver's certificate for that portion of their accounts above the insurance level. On Tuesday, May 31, 1994, the RTC will begin to pay an advance dividend to owners of the uninsured funds representing 28.5 percent of the balance above the insurance limit. These depositors may receive additional dividend checks from the RTC as recoveries from the sale of Great American's assets are collected.

Great American had total assets of $1.47 billion and total liabilities of $2.4 billion, including $2.06 billion in approximately 169,000 deposit accounts and $281.8 million in secured liabilities. Secured liabilities will not pass to the acquirers in this transaction. Great American's core, or local retail, deposit base is estimated to be $1.53 billion. The franchise premiums paid to the RTC by the acquirers totaled $90.7 million.

-more-

-5-

A listing of Great American's 84 banking offices and their acquirers is attached.

The RTC will advance an estimated $1.8 billion to the acquirers and will retain approximately $1.38 billion of the closed institution's assets. The RTC will recover a portion of its advance through the sale of assets to be held in the receivership. The ultimate cost to the RTC of this transaction is estimated at $1.18 billion.

The RTC invited 171 potential purchasers to bid on the institution. The acquirers' combined bids were determined by the RTC to be the least costly of the 61 proposals submitted to the agency.

The RTC was established by Congress in August 1989 to contain, manage, and sell failed savings institutions and recover taxpayer funds through the management and sale of the institutions' assets. Prior to today's transactions, the RTC has closed or sold 714 savings institutions and achieved asset sales and collections of more than $361 billion. Approximately 23 million depositors and approximately $207 billion in deposits have been protected by the RTC's closing of insolvent thrifts.

###

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803484

05/13/94 19:58 8 206 943 5303 GREAT AMERICAN 07

MAY-13-1994 19:44 FROM GAF FINANCE TO 912069435303 P.06

MAY 13 '94 22:06 FROM RTC COMM PAGE.007

# Great American Federal Savings Association, San Diego, Ca.
## Branch Clusters

| # | Branch Name | Address | Deposits (in 000's) |
|---|---|---|---|
| | **Branches Acquired By Bank One, Arizona, N.A.:** | | |
| 1 | Metro Center | 2759 West Peoria Avenue, Phoenix | $27,030 |
| 2 | 99th & Peoria | 10039 North 99th Avenue, Peoria | $31,259 |
| 3 | Apache Trail | 5050 East Apache Trail, Mesa | $45,593 |
| 4 | Scottsdale & Shea | 10441 North Scottsdale Road, Scottsdale | $51,249 |
| 5 | Sun City Bell | 10701 West Bell Road, Sun City | $87,646 |
| 6 | Fiesta Mall | 1250 South Alma School Road, Mesa | $21,947 |
| 7 | Sun City West – Sundome | 19428 R.H.Johnson Blvd., Sun City West | $87,700 |
| 8 | 7th & Thunderbird | 13802 North 7th Street, Phoenix | $84,676 |
| 9 | Ahwatukee | 4855 East Warner Road, Phoenix | $20,567 |
| 10 | Chris-Town Plaza | 5725 North 19th Avenue, Phoenix | $55,850 |
| 11 | Lincoln & Scottsdale | 6613 North Scottsdale Road, Scottsdale | $19,485 |
| 12 | 32nd & Camelback | 3200 East Camelback #100, Phoenix | $40,890 |
| 13 | Phoenix Tower | 3200 North Central Avenue, Phoenix | $41,671 |
| 14 | Speedway/El Rancho | 6333 East Speedway Blvd., Tucson | $40,925 |
| 15 | Broadway & Wilmot | 11 N. Wilmot, 6250 E. Broadway, Tucson | $56,906 |
| 16 | Amphitheater | 820 East Fort Lowell, Tucson | $20,290 |
| 17 | Flowing Wells | 1815 West Prince Road, Tucson | $25,894 |
| 18 | Camino Seco & Broadway | 8676 East Broadway, Tucson | $37,963 |
| 19 | Tanque Verde | 7070 East Tanque Verde Road, Tucson | $50,290 |
| 20 | Plaza Del Oro | 5456 North Oracle Road, Tucson | $20,435 |
| 21 | Swan & Sunrise | 4789 East Sunrise Drive, Tucson | $35,802 |
| 22 | Green Valley | 201 West Continental, Green Valley | $27,0[illegible] |
| 23 | 43rd & Bell | 4315 West Bell Road, Phoenix | $19,908 |
| 24 | Guadalupe & McClintock | 1855 East Guadalupe Road, Tempe | $24,264 |
| 25 | Indian School & Miller | 7535-A E. Indian School Rd., Scottsdale | $45,789 |
| 26 | University & Gilbert | 1900 East University, Mesa | $21,944 |
| 27 | University & Greenfield | 4425 East University, Mesa | $21,861 |
| 28 | 51st & Olive | 5119 West Olive, Glendale | $16,422 |
| 29 | 75th & Indian School | 7445 West Indian School Road, Phoenix | $7,191 |
| 30 | 19th & Union Hills | 18420 North 19th Avenue, Phoenix | $12,364 |
| 31 | 67th & Bethany Home | 6710 West Bethany Home Road, Glendale | $6,267 |
| 32 | Litchfield/Van Buren | 390 North Litchfield, Goodyear | $7,609 |
| 33 | 30th & Thomas | 3050 East Thomas Road, Phoenix | $21,086 |
| 34 | Ray/Ranch Circle | 3616 East Ray Road, Phoenix | $821 |
| 35 | Casa Grande | 1385 East Florence Blvd., Casa Grande | $2,509 |
| 36 | Ray & Dobson | 1960 West Ray Road, Chandler | $4,020 |
| 37 | 59th & Thunderbird | 5771 West Thunderbird Road, Glendale | $14,494 |
| 38 | 40th & Thunderbird | 3901 East Thunderbird Road, Phoenix | $29,204 |
| 39 | Elliot & Alma School Rd. | 981 West Elliot Road, Chandler | $24,843 |
| 40 | 7th & Bell | 731 East Bell Road, Phoenix | $14,173 |
| 41 | 35th & Thunderbird | 3421 West Thunderbird Road, Phoenix | $12,820 |
| 42 | Southern & McClintock | 3115 South McClintock, Tempe | $17,598 |
| 43 | 62nd & Main | 6225 East Main Street, Mesa | $20,193 |
| 44 | Gilbert & Southern | 1244 South Gilbert Road, Mesa | $10,961 |
| 45 | 75th & Cactus | 7455 West Cactus Road, Peoria | $10,078 |
| 46 | 43rd & Bethany Home | 4353 West Bethany Home Road, Glendale | $18,605 |
| 47 | 48th & Baseline | 2700 West Baseline Road, Tempe | $9,758 |
| 48 | 51st & Indian School | 5127 West Indian School Road, Phoenix | $13,015 |
| 49 | 22nd & Alvernon | 4150 East 22nd Street, Tucson | $23,102 |
| 50 | Oro Valley | 10051 North Oracle Road, Oro Valley | $1,160 |
| 51 | Ina & Thornydale | 3770 West Ina Road, Tucson | $14,772 |
| 52 | Alvernon & Grant | 3920 East Grant Road, Tucson | $10,257 |
| 53 | 1st & Grant | 555 East Grant Road, Tucson | $13,280 |
| 54 | Magee & Oracle | 7051 North Oracle Road, Tucson | $10,206 |
| 55 | Speedway & Pantano | 7850 East Speedway Blvd., Tucson | $16,981 |
| 56 | 16th & Ajo | 3040 South 16th Avenue, Tucson | $11,376 |
| 57 | Golf Links & Kolb | 7050 East Golf Links Road, Tucson | $11,825 |
| 58 | 22nd & Harrison | 9401 East 22nd Street, Tucson | $8,892 |
| | Total | | $1,598,103 |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803485

05/13/94 19:51 ☎ 206 943 5303 GREAT AMERICAN 08

MAY-13-1994 19:44 FROM GAF FINANCE TO 912869435303 P.07

MAY 13 '94 22:07 FROM RTC COMM

## Great American Federal Savings Association, San Diego, Ca.
## Branch Clusters

| # | Branch Name | Address | Deposits (in 000's) |
|---|---|---|---|
| **Branches Acquired By Washington FS&LA:** | | | |
| 1 | Downtown Tucson Tower | 32 North Stone, Tucson | $44,889 |
| 2 | South Tucson | 1808 5th Avenue, Tucson | $21,704 |
| | Total | | $66,593 |
| **Branches Acquired By First Interstate Bank of Washington:** | | | |
| 1 | Queene Anne | 400 Queen Anne Avenue North, Seattle | $26,934 |
| 2 | Greenwood | 8420 Dayton Avenue North, Seattle | $40,860 |
| 3 | Gateway | 16350 Midvale Avenue, Seattle | $34,910 |
| 4 | Issaquah | 11 Front Street South, Issaquah | $24,186 |
| 5 | Totem Lake | 12880 120th Avenue N.E., Kirkland | $39,766 |
| 6 | Silverdale | 10300 Silverdale Way N.W., Silverdale | $29,662 |
| 7 | Downtown Seattle | 811 Pine Street, Seattle | $22,881 |
| 8 | Bellevue | 10425 N.E. 8th Street, Bellevue | $25,186 |
| 9 | Bothell | 10134 Main Street, Bothell | $15,197 |
| 10 | Everett | 1020 S.E. Everett Mall Way, Everett | $15,998 |
| 11 | Olympia | 425 South Franklin Street, Olympia | $28,804 |
| 12 | Shelton | 102 West Railroad, Shelton | $19,707 |
| 13 | Tumwater | 3242/6238 Capitol Blvd., Tumwater | $14,170 |
| 14 | Lacey | 4110 Pacific Avenue, Lacey | $20,975 |
| 15 | West Olympia | 1500 Black Lake Blvd., Olympia | $10,166 |
| | Total | | $360,732 |
| **Branches Acquired By Sterling Savings Association:** | | | |
| 1 | Tacoma Mall | 4502 Tacoma Mall Blvd., Tacoma | $69,667 |
| 2 | Federal Way | 33525 Pacific Highway South, Federal Way | $29,483 |
| 3 | Montesano | 211 South Main Street, Montesano | $17,553 |
| 4 | Aberdeen | 101 North Broadway, Aberdeen | $50,106 |
| 5 | Spokane | 615 West Sprague Avenue, Spokane | $27,323 |
| | Total | | $140,151 |
| **Branches Acquired By Riverview Savings Bank:** | | | |
| 1 | Vancouver | 7798 N.E. Highway 99, Vancouver | $33,520 |
| 2 | Longview | 1011 Washington Way, Longview | $14,219 |
| | Total | | $47,739 |
| **Branch Acquired By InterWest Savings Bank:** | | | |
| 1 | Wenatchee | 700 North Mission Avenue, Wenatchee | $26,561 |
| **Branch Acquired By Key Bank of Washington:** | | | |
| 1 | Richland | 1276 Lee Boulevard, Richland | $10,269 |

TOTAL P.07

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER SG 0803486

Coopers &Lybrand

certified public accountants

The Board of Directors
Sterling Savings Association
Spokane, Washington

We have been engaged to report on the appropriate application of generally accepted accounting principles to the specific transaction described below. This report is being issued to you for assistance in complying with the requirements of the Association's application to the Federal Home Loan Bank Board (FHLBB) to purchase certain assets and assume certain liabilities of two branches (located in Spokane and Richland, Washington) of Great American First Savings Bank, FSB ("Great American"). Our engagement has been conducted in accordance with standards established by the American Institute of Certified Public Accountants.

We have read the Savings Assumption and Purchase Agreement between Sterling Savings Association ("Sterling") and Great American. We have also reviewed related schedules, supporting information and representations submitted to us by Sterling, specifically the attached schedule entitled "Acquisition of Two Branches from Great American FSB-Balance Sheet" and all supporting workpapers.

Based on the reviews described above, it is our understanding that the contemplated transaction will include the following major components:

1. Sterling will assume all deposit liabilities of the two branches and a minor amount of accrued interest thereon in exchange for receiving a cash payment equal to the book value of the deposits as recorded by Great American (approximately $29,602,000). Sterling intends to record the deposits and accrued interest assumed at an amount equal to the cash payment received, which is materially equal to their estimated fair values.

2. Sterling will purchase all loans secured by deposits and all overdraft loans at the two branches, and a minor amount of accrued interest thereon, by making a cash payment equal to the book value of the loans as recorded by Great American (approximately $24,000). Sterling intends to record the loans and accrued interest purchased at an amount equal to the cash payment made, which is materially equal to their estimated fair values.

3. Sterling will purchase the land and building at the Richland branch, the furniture, fixtures and equipment at both branches, and the intangible asset associated with the

CONFIDENTIAL MATERIAL-SUBJECT TO PROTECTIVE ORDER 

deposits assumed at both branches, by making a cash payment to Great American of $480,000. In addition, Sterling expects to capitalize certain costs related to closing the transaction and winding down operations at the leased Spokane branch, estimated at approximately $54,000.

Sterling intends to record the fixed assets (land, building, furniture, fixtures, and equipment) at an amount equal to their estimated fair values (approximately $419,000). The $115,000 difference between this amount and the sum of the cash payment to Great American and Sterling's costs will be recorded as an identified intangible asset. This identified intangible, which can be ascribed to the value of existing depositor relationships at the two branches, will be amortized over a period not to exceed eight years.

Although the transaction described above is not a true business combination or acquisition as contemplated by Accounting Principles Board Opinion No. 16 (APB No. 16) and Statement of Financial Accounting Standards No. 72 (SFAS No. 72), many of the concepts and principles inherent in these two standards are still applicable to the proposed transaction, and have appropriately been considered by Sterling in developing its proposed accounting treatment. In our opinion, based solely upon the information and facts provided to us as described above, Sterling's proposed accounting treatment for the purchase of certain assets and the assumption of certain liabilities of two Great American branches, as described above and as documented on the attached schedule, is in accordance with generally accepted accounting principles (specifically, APB No. 16 and SFAS No. 72).

The ultimate responsibility for a decision on the appropriate application of generally accepted accounting principles for an actual transaction rests with the preparers of financial statements. Our judgment on the appropriate application of generally accepted accounting principles for the Great American transaction is based solely on the unaudited information and facts provided to us as briefly described above. Should the actual facts and circumstances differ from those provided to us upon completion of an audit of Sterling's consolidated financial statements, our conclusions may change.

Coopers & Lybrand

Spokane, Washington
July 28, 1989

From Application to Acquire branches

IV. FINANCIAL DATA

B. Statement of Condition and Financial Data

The following pages include financial data and pro forma Statements of Condition for Sterling as of June 30, 1989. The adjustments reflect the value ascribed to Great American's branches of $480,000, Great American's deposits for the two branches as of June 30, 1989 of $29,544,000 (rounded), estimated accrued interest on deposits of $58,000, and approximate value of share loans as of June 30, 1989. Adjustments also reflect the paydown of other borrowings.

20-Jul-89
07:14 AM

STERLING SAVINGS ASSOCIATION
ACQUISITION OF TWO BRANCHES FROM GREAT AMERICAN FSB
BALANCE SHEET
BEGINNING 6\30\1989

| ASSETS | STERLING BEGINNING BALANCE 6\30\89 | | DEBIT | CREDIT | | NET ASSETS ACQUIRED & LIAB ASSUMED | CONSOLIDATED TOTAL |
|---|---|---|---|---|---|---|---|
| CASH. | $14,336 | (1) | $29,602 | $504 | (2) | $98 | $14,434 |
| | | | 0 | 29,000 | (4) | | |
| INVESTMENTS | 41,353 | | 0 | 0 | | 0 | 41,353 |
| LOANS RECEIVABLE | 499,128 | (2) | 23 | 0 | | 23 | 499,151 |
| MORTGAGE-BACKED SECURITIES | 114,060 | | 0 | 0 | | 0 | 114,060 |
| INVESTMENT & ADVANCES TO AFFILIATE | 6,575 | | 0 | 0 | | 0 | 6,575 |
| ACCRUED INTEREST RECEIVABLE | 6,301 | (2) | 1 | 0 | | 1 | 6,302 |
| OFFICE PROPERTIES AND EQUIPMENT | 9,614 | (2) | 419 | 0 | | 419 | 10,033 |
| INTANGIBLE ASSETS | 25,949 | (2) | 61 | 0 | | 115 | 26,064 |
| | | (3) | 54 | 0 | | | |
| REAL ESTATE OWNED | 12,200 | | 0 | 0 | | 0 | 12,200 |
| PREPAID & OTHER ASSETS | 1,654 | | 0 | 0 | | 0 | 1,654 |
| TOTAL ASSETS | $731,170 | | | | | $656 | $731,826 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | | | | |
| SAVINGS AND CHECKING | 519,382 | (4) | 10,000 | 29,544 | (1) | 19,544 | 538,926 |
| ADVANCES FROM FHLB | 96,500 | (4) | 9,000 | 0 | | (9,000) | 87,500 |
| REPO FUNDS PURCHASED | 87,345 | (4) | 10,000 | 0 | | (10,000) | 77,345 |
| CASHIER CHECKS ISSUED & OUTSTANDING | 4,994 | | 0 | 0 | | 0 | 4,994 |
| ACCRUED INTEREST PAYABLE | 3,023 | | 0 | 58 | (1) | 58 | 3,081 |
| OTHER LIABILITIES | 9,327 | | 0 | 54 | (3) | 54 | 9,381 |
| TOTAL LIABILITIES | 720,651 | | 29,000 | 29,656 | | 656 | 721,307 |
| STOCKHOLDERS' EQUITY | | | | | | | |
| CAPITAL STOCK | 517 | | 0 | 0 | | 0 | 517 |
| PREFERRED STOCK | 90 | | 0 | 0 | | 0 | 90 |
| ADDITIONAL PAID IN CAPITAL | 7,709 | | 0 | 0 | | 0 | 7,709 |
| UNDIVIDED PROFITS | 2,203 | | 0 | 0 | | 0 | 2,203 |
| TOTAL EQUITY | 10,519 | | | | | 0 | 10,519 |
| TOTAL LIABILITIES AND EQUITY | $731,170 | | | | | $656 | $731,826 |
| GAAP LEVERAGE | 1.4392 | | | | | | 1.4371 |

EXPLANATIONS:

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803490

STERLING SAVINGS ASSOCIATION
ACQUISITION OF TWO BRANCHES FROM GREAT AMERICAN FSB
BALANCE SHEET
BEGINNING 6\30\1989

28-Jul-89
07:14 AM

| ASSETS | SPOKANE BRANCH | RICHLAND BRANCH | TOTAL |
|---|---|---|---|
| CASH | $20,000 | $20,000 | $40,000 |
| INVESTMENTS | 0 | 0 | 0 |
| LOANS RECEIVABLE | 6,100 | 17,022 | 23,122 |
| MORTGAGE-BACKED SECURITIES | 0 | 0 | 0 |
| INVESTMENT & ADVANCES TO AFFILIATE | 0 | 0 | 0 |
| ACCRUED INTEREST RECEIVABLE | 150 | 600 | 750 |
| OFFICE PROPERTIES AND EQUIPMENT | 5,900 | 413,000 | 418,900 |
| INTANGIBLE ASSETS | 74,750 | 40,250 | 115,000 |
| REAL ESTATE OWNED | 0 | 0 | 0 |
| PREPAID & OTHER ASSETS | 0 | 0 | 0 |
| TOTAL ASSETS | $106,900 | $490,872 | $597,772 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | |
| SAVINGS AND CHECKING | 16,214,807 | 13,329,017 | 29,543,824 |
| ADVANCES FROM FHLB | 0 | 0 | 0 |
| REPO FUNDS PURCHASED | 0 | 0 | 0 |
| CASHIER CHECKS ISSUED & OUTSTANDING | 0 | 0 | 0 |
| ACCRUED INTEREST PAYABLE | 20,762 | 37,328 | 58,090 |
| OTHER LIABILITIES & NOTES PAYABLE | 0 | 0 | 0 |
| TOTAL LIABILITIES | 16,235,569 | 13,366,345 | 29,601,914 |
| TOTAL EQUITY | 0 | 0 | 0 |
| TOTAL LIABILITIES AND EQUITY | $16,235,569 | $13,366,345 | $29,601,914 |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803491

28-Jul-89
07:14 AM

STERLING SAVINGS ASSOCIATION
STATEMENT OF OPERATIONS
(PROJECTED)
YEAR ENDING 6\30\1990

| | SPOKANE BRANCH | RICHLAND BRANCH | TOTAL | |
|---|---|---|---|---|
| INTEREST INCOME | $1,018,667 | $827,667 | 1,846,333 | (1) |
| INTEREST EXPENSE | $900,480 | $722,627 | 1,623,107 | (1) |
| NET INT. SPREAD | 118,187 | 105,040 | 223,227 | (1) |
| OTHER INCOME: | | | | |
| TRANSACTION ACCOUNT & OTHER FEES | 6,000 | 21,600 | 27,600 | (2) |
| LOAN SERVICING INCOME | 0 | 0 | 0 | |
| SUBSIDIARY OPERATIONS | 0 | 0 | 0 | |
| REO OPERATIONS | 0 | 0 | 0 | |
| RESERVE FOR LOANS & REO LOSSES | 0 | 0 | 0 | |
| GAIN (LOSS) ON INVSTMT & LOANS | 0 | 0 | 0 | |
| OTHER INCOME (EXPENSE) | 0 | 0 | 0 | |
| TOTAL OTHER INCOME | 6,000 | 21,600 | 27,600 | |
| OPERATING EXP. | | | | |
| EMPLOYEE COMP. & BENEFITS | 15,600 | 18,720 | 34,320 | (3) |
| OCCUPANCY & EQUIPMENT | 19,971 | 34,320 | 54,291 | (4) |
| ADVERTISING & PROMOTION | 1,500 | 1,500 | 3,000 | (5) |
| DATA PROCESSING | 2,460 | 5,000 | 7,460 | (6) |
| INSURANCE | 17,936 | 13,936 | 31,871 | (7) |
| DEPRECIATION & AMORTIZATION | 5,120 | 13,672 | 18,792 | (8) |
| OTHER | 0 | 0 | 0 | |
| TOTAL OPERATING EXPENSE | 62,587 | 87,148 | 149,734 | |
| NET INC (LOSS)BEFORE TAX | $61,600 | $39,492 | $101,092 | |
| TAX (PROVISION) BENEFIT | 0 | 0 | 0 | |
| NET INC (LOSS) | 61,600 | 39,492 | 101,092 | |
| AVERAGE DEPOSITS | 16,000,000 | 13,000,000 | | |
| AVERAGE YIELD | 9.550% | 9.550% | | |
| AVERAGE COST OF FUNDS | 8.442% | 8.338% | | |

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803492

20-Jul-89
07:14 AM

STERLING SAVINGS ASSOCIATION
STATEMENT OF OPERATIONS
(PROJECTED)
YEAR ENDING 6\30\1990

| | PROJECTION FOR STERLING FISCAL 1990 | ADJUSTMENTS (BOTH BRANCHES) | | PRO FORMA COMBINED |
|---|---|---|---|---|
| INTEREST INCOME | 70,078,000 | 1,846,333 | (1) | 71,924,333 |
| INTEREST EXPENSE | 55,864,000 | 1,623,107 | (1) | 57,487,107 |
| NET INT. SPREAD | 14,214,000 | 223,227 | (1) | 14,437,227 |
| OTHER INCOME: | | | | |
| TRANSACTION ACCOUNT & OTHER FEES | 1,648,000 | 27,600 | (2) | 1,675,600 |
| LOAN SERVICING INCOME | 970,000 | 0 | | 970,000 |
| SUBSIDIARY OPERATIONS | 1,603,000 | 0 | | 1,603,000 |
| REO OPERATIONS | 114,000 | 0 | | 114,000 |
| RESERVE FOR LOANS & REO LOSSES | (360,000) | 0 | | (360,000) |
| GAIN (LOSS) ON INVSTMT & LOANS | 210,000 | 0 | | 210,000 |
| OTHER INCOME (EXPENSE) | 12,000 | 0 | | 12,000 |
| TOTAL OTHER INCOME | 4,197,000 | 27,600 | | 4,224,600 |
| OPERATING EXP. | | | | |
| EMPLOYEE COMP. & BENEFITS | 4,781,000 | 34,320 | (3) | 4,815,320 |
| OCCUPANCY & EQUIPMENT | 2,280,000 | 54,291 | (4) | 2,334,291 |
| ADVERTISING & PROMOTION | 293,000 | 3,000 | (5) | 296,000 |
| DATA PROCESSING | 1,297,000 | 7,460 | (6) | 1,304,460 |
| INSURANCE | 1,224,000 | 31,871 | (7) | 1,255,871 |
| DEPRECIATION & AMORTIZATION | 4,262,000 | 18,792 | (8) | 4,280,792 |
| OTHER | 1,876,000 | 0 | | 1,876,000 |
| TOTAL OPERATING EXP. | 16,013,000 | 149,734 | | 16,162,734 |
| NET INC (LOSS)BEFORE TAX | 2,398,000 | 101,092 | | 2,499,092 |
| TAX (PROVISION) BENEFIT | 863,280 | 36,393 | | 899,673 |
| NET INC (LOSS) | $1,534,720 | $64,699 | | $1,599,419 |

CONFIDENTIAL MATERIAL--SUBJECT TO PROTECTIVE ORDER

SG 0803493

NOTES TO THE PROJECTED STATEMENT OF PROFIT AND LOSS

General Assumptions

It is generally assumed that Sterling will close the Spokane branch on February 1, 1990, and transfer the deposits to its main office. It is also assumed that on March 1, 1990, Sterling will close its branch in Richland, Washington, and relocate the staff and transfer the deposits to the branch acquired from Great American. Sterling will continue to pay the monthly lease payments on the Spokane branch through its expiration of June 6, 1990.

Specific Assumptions

(1) It assumed that average deposits for Spokane and Richland will average $16.0 million and $13.0 million, respectively. The cost of deposits is assumed to be 8.442% and 8.338% for Spokane and Richland, respectively. Sterling will use the funds obtained from Great American to pay down wholesale public funds, reverse repos, and Federal Home Loan Bank advances. It is assumed the average cost to be 9.55%. The improvement on net interest margin, obtained from these assumptions, is approximately 1.13% for eight months.

(2) Fee income consists of transaction account fees. The projection reflects historical levels within these branches.

(3) Personnel expense consists of adding one full-time equivalent on a permanent basis in each of these two branches, plus benefit expense.

(4) Occupancy and equipment expense consists of telephone, postage and delivery expenses, office supplies, rent (net of sublease rental income), heating and air conditioning, janitorial, and utilities expenses. In the case of Spokane, the expenses are for three months only, whereas for Richland, they represent a full eight months.

(5) Sterling anticipates only a minor advertising campaign as a result of this

CONFIDENTIAL MATERIAL-SUBJECT TO PROTECTIVE ORDER SG 0803494

(7) Insurance expense includes FSLIC insurance on the acquired deposits reduced for the wholesale deposits paid off from the obtained from Great American. Insurance expense also includes an amount for property and fidelity insurance expense for these two branches.

(8) The building in Richland is being depreciated over a 25-year life, straight-line method. The equipment in both Spokane and Richland are being depreciated over a 5-year life, and the intangible associated with the deposit base of approximately $115,000 is being amortized on the straight-line method over 8 years.

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

# STATEMENT OF CONDITION

AS OF June 30 1989

(000's OMITTED)

(See Instructions on Reverse)

| LINE ITEMS | NAME OF INSTITUTION Sterling Savings Association: AMOUNT | PERCENT OF TOTAL ASSETS | ADJUSTMENTS: DEBIT | ADJUSTMENTS: CREDIT | PROFORMA STATEMENT: AMOUNT | PERCENT OF TOTAL ASSETS |
|---|---|---|---|---|---|---|
| | $ 570,749 | 76.7 | $ | | $ 570,749 | 76.63 |
| | 46,537 | 6.3 | (2) 24 | | 46,561 | 6.25 |
| | 12,080 | 1.6 | | | 12,080 | 1.62 |
| ...h Stock | 7,563 | 1.0 | | | 7,563 | 1.02 |
| | 50,130 | 6.7 | (1) 29,602 | 504 + 29,000 (2)+(4) | 50,228 | 6.74 |
| | 6,408 | .9 | | | 6,408 | 0.86 |
| | 9,615 | 1.3 | (2) 419 | | 10,034 | 1.3[illegible] |
| | 37,747 | 5.1 | (2)+(3) 61 + 54 = 115 | | 37,862 | 5.08 |
| | 3,307 | .4 | | | 3,307 | 0.4[illegible] |
| | $ 744,136 | 100.0% | $ 30,160 | 29,504 | $ 744,792 | 100.0[illegible] |
| | ( 4,093 ) | ( ) | | | ( 4,093 ) | ( ) |
| ...ccounts | | | | | | |
| ...Rate | $ 50,465 | 6.8 | $ | $ 4,068 (1) | $ 54,533 | 7.3[illegible] |
| | 468,924 | 63.0 | (4) 10,000 | 25,476 (1) | 484,400 | 65.0[illegible] |
| | 189,042 | 25.4 | (4) 19,000 | | 170,042 | 22.81 |
| | 70 | .0 | | | 70 | .01 |
| ...s | 11,435 | 1.5 | | 58 + 54 = 112 (1)+(3) | 11,547 | 1.5[illegible] |
| | 0 | .0 | | | 0 | .0[illegible] |
| ...ilities | 478 | .1 | | | 478 | .0[illegible] |
| | $ 720,414 | 96.8 | $ 29,000 | $ 29,656 | $ 726,070 | 96.81 |
| ...ll | | | | | | |
| ...s | $ 21,795 | 2.9 | $ | $ | $ 21,795 | 2.9[illegible] |
| ...al Certificates | | | | | | |
| | | | | | | |
| | 1,927 | .3 | | | 1,927 | .2[illegible] |
| ...d | | | | | | |
| | | | | | | |
| ...ies | | | | | | |
| ...l Debentures | | | | | | |
| *WORTH | $ 23,722 | 3.2 | $ | $ | $ 23,722 | 3.1[illegible] |
| | | | | | | |
| ...ll | $ 744,136 | 100.0% | $ 29,000 | $ 29,656 | $ 744,792 | 100[illegible] |
| ...ck Authorized | ( 9,000,000 ) | | | | ( 9,000,000 ) | |
| ...ck Outstanding | ( 607,396 ) | | | | ( 607,396 ) | |
| | ( ) | ( ) | $ | $ | ( ) | ( ) |

*Show profit or loss on sale as adjustment to regulatory net worth account

-3-

CONFIDENTIAL MATERIAL–SUBJECT TO PROTECTIVE ORDER

SG 0803496