# In the United States Court of Federal Claims

**95-829C**

**Filed: July 9, 2007**

**STERLINGS SAVINGS ASSOCIATION, a state-chartered savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (4 Volumes)**
**Held in Spokane, Washington**
**July 2-6, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.