# In the United States Court of Federal Claims

No. 95-829C

(Filed: July 24, 2007)

```
****************************************** *
                                           *
STERLING SAVINGS ASSOCIATION,              *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**SCHEDULING ORDER**

Having concluded the damages trial in this case on July 13, 2007, the Court hereby closes the evidentiary record as of the date of this order. For the purpose of discussing a schedule for post-trial briefing, the Court held a telephonic conference with counsel for the parties on July 23, 2007. Based upon the dates proposed by the parties, the Court established the following schedule:

1. Opening briefs from both parties are due on or before September 21, 2007.

2. Response briefs from both parties are due on or before November 19, 2007.

3. Oral argument will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

While the parties may organize their briefs as they desire, the Court requests that the opening briefs include a Summary of Argument, a statement of the Issues Presented, Proposed Findings of Fact, and an Argument section containing a discussion of applicable case law. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name of the witness, the page number(s), and the line numbers, such as (Gilkey, Tr. 207, lines 18-20). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section

description. The parties may, but are not required to, include in their briefings hyperlinks to PDF versions of the exhibits.

The parties should submit an electronic courtesy copy of each brief to the undersigned, preferably on a disk in Word Perfect 12 format. No page limitations will apply to the briefs. As the evidentiary record is closed, no attachments to the briefs are permitted.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of unforeseen circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge