PX - 1, 3, 5, 6, 7, 8, 18, 19, 20, 24, 27, 28, 37, 38, 40, 44, 45, 65, 66 - 91, 92A
92, 93, 94, 95, 96, 97, 98, 99, 100 - 126, 127A, 127B, 128 - 172, 174, 175 - 1
184, 185, 186A - C, 187 - 202, 203A, 203, 206 - 219, 221, 223, 224, 225A,
228, 229, 231, 232, 233A - B, 234, 235A - B, 236 A - B, 237A, 237C, 237D, 23
237H, 237I, 237J, 237K, 237L, 237M, 237N, 240A - 6, 242, 243A, 2
244A, 244B, 244C, 246A, 247, 248, 250, 253, 254, 255, 256, 257, 258, 26
262, 263, 264, 266, 268, 269, 270, 271, 272, 273, 274, 275A, 276, 277 - 29
297, 299A, 299B, 300, 306, 310, 312, 316, 318, 336A, 336, 337, 338A, 33
339, 342, 343, 344, 345, 346, 356A, 362, 372, 373, 374, 375, 376, 377, 3
381, 389, 390, 391, 392, 393, 398, 399, 401, 404, 407, 408, 411, 413, 431,
440, 451A, 451, 454, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 4
469, 470, 485, 487, 488, 489, 490, 491, 492, 493, 499, 500, 501, 502, 50
504, 505, 506, 507, 508, 512, 513, 514, 515, 516, 517, 518, 519A, 527, 530,
537, 538, 539, 540, 541, 542, 549, 551, 552, 557, 559, 560, 564, 566, 568,
572, 574, 576, 630, 631 - 646, 647A, 648, 649, 650, 651, 652, 653, 655, 656, 6
658, 659, 660, 661, 662, 663, 666, 667, 668, 672, 673, 674, 675, 676, 677, 67
679, 680, 725, 726, 72A, 727, 728

DX - 23, 27, 86, 87, 117, 183, 185, 186, 191, 193, 194, 196, 197, 198, 202, 205, 2
207, 208, 210, 212, 219, 228, 233, 244, 255, 263, 266, 267, 269, 278, 27
280, 282, 285, 287, 356, 358, 361, 371, 373, 374, 377, 379, 384, 388, 389, 395,
396, 408, 414, 422, 432, 441, 452, 460, 464, 470, 477, 481, 485, 496, 497, 512,
514, 518, 520, 521, 522, 523, 525, 531, 533, 534, 538, 539, 540, 550, 56
568, 571, 574, 659, 700, 701, 704, 706, 709, 710, 711, 713, 716, 718, 723, 725, 73
738, 740, 741, 743, 746, 752, 759, 762, 764, 780, 782, 799, 801, 824,
839, 856, 868, 908, 910, 913, 915, 919, 927, 936, 943, 968, 998, 1002, 1046, 104
1049, 1051, 1052, 1055, 1061, 1065, 1068, 1069, 1077, 1078, 1080, 1081, 1082, 1084, 2000, 2
2002, 2003, 2004A, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2
2501, 2502, 2503, 2504, 2505, 2506, 3000, 3001, 3003, 3005, 3006, 3007, 3008 3009 - 301
3022, 3023, 3500, 3501, 3502, 3503, 3504 - 3509, 3511 - 3523, 3525, 3526, 352
3528, 3530, 3531, 3532, 3533, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 354
3543, 3544, 3546, 3547, 3548, 3551, 3555, 3556, 3557, 3559, 3560, 3561, 3562, 356