**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-829C |
| | ) | (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF POST-TRIAL**
**PROPOSED FINDINGS OF FACT AND LAW ON CD-ROM**

Defendant, the United States, respectfully provides notice of its filing of a CD-ROM version of Defendant's Post-Trial Proposed Findings of Fact and Law, filed on September 21, 2007.

The CD-ROM contains hyperlinks to the testimony and exhibits cited in our Post-Trial Proposed Findings of Fact and Law. In addition, the CD-ROM corrects a typographical error. At page nine, "Tr. 4166:22-4167:3 (Gilkey)" should read "Tr. 582:17-583:4 (Gilkey)."

Service of the CD-ROM will be made by hand-delivery to the Court and plaintiffs.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
Senior Trial Counsel
MELINDA HART
DELISA SANCHEZ
WILLIAM KANELLIS
ELIZABETH A. HOLT

November 26, 2007

CERTIFICATE OF FILING

I hereby certify that on November 26, 2007, a copy of foregoing "**DEFENDANT'S NOTICE OF FILING OF POST-TRIAL PROPOSED FINDINGS OF FACT AND LAW ON CD-ROM**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford

____________________________

Elizabeth M. Hosford