**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-829C (Judge Wheeler) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF TRIAL EXHIBITS AND DEMONSTRATIVES REFERENCED DURING CLOSING ARGUMENT**

Pursuant to the Court's Order, issued during the closing argument held on January, 9, 2008, Defendant, the United States, respectfully provides notice of its filing of a binder containing copies of demonstratives and pertinent portions of trial exhibits we referenced during the closing argument

Service of the binder will be made by hand-delivery to the Court and overnight delivery to plaintiffs.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
Senior Trial Counsel
DELISA SANCHEZ
WILLIAM KANELLIS
ELIZABETH A. HOLT

January 18, 2008

CERTIFICATE OF FILING

I hereby certify that on January 18, 2008, a copy of foregoing "DEFENDANT'S NOTICE OF FILING OF TRIAL EXHIBITS AND DEMONSTRATIVES REFERENCED DURING CLOSING ARGUMENT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford

________________________________

Elizabeth M. Hosford