**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 95-829C<br>(Judge Wheeler) |

**DEFENDANT'S NOTICE OF FILING**
**<u>OF POST-TRIAL REPLY BRIEF ON CD-ROM</u>**

Defendant, the United States, respectfully provides notice of its filing of a CD-ROM version of Defendant's Post-Trial Reply Brief, filed on November 19, 2007.

The CD-ROM contains hyperlinks to the testimony and exhibits cited in our Post-Trial Reply Brief. In addition, the CD-ROM corrects two typographical errors. At page seven, "Id. at 648" was moved to the end of footnote 7. At page 66, the reference to DX 1076 was removed because the exhibit was not admitted into the record. In addition, Dr. Horvitz was referenced as the witness who testified at transcript pages 2740:6-8 and 2740:3-2741:5.

Service of the CD-ROM will be made by hand-delivery to the Court and by overnight mail to plaintiffs.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/ Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
Senior Trial Counsel
DELISA SANCHEZ
WILLIAM KANELLIS
ELIZABETH A. HOLT

January 18, 2008

CERTIFICATE OF FILING

I hereby certify that on January 18, 2008, a copy of foregoing "**DEFENDANT'S NOTICE OF FILING OF POST-TRIAL REPLY BRIEF ON CD-ROM**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford

______________________________
Elizabeth M. Hosford