# In the United States Court of Federal Claims

**No. 95-829 C**

**STERLING SAVINGS ASSOCIATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed February 19, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $1,054,850.00, consisting of $900,204.00 in transaction costs that Sterling incurred in 1991 to replace the goodwill eliminated by FIRREA, and $154,646.00 in regulatory supervision costs for being considered a troubled thrift.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's taking of property claims are dismissed with prejudice.

No costs are awarded to either party.

John S. Buckley
Acting Clerk of Court

**February 19, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.