United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

February 25, 2008

William D. Symmes, Sr., Esq.

Witherspoon, Kelley, et al.

422 West Riverside Avenue

1100 U.S. Bank Building

Spokane, WA 99201-0300

In re: Sterling Savings Assoc. v. United States, No. 95-829 C

Dear Mr. Symmes:

I am enclosing the 28 U.S.C. §2517 certified transcripts of judgment, dated February 20, 2008, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Elizabeth Marie Hosford, Esq., Dept. Of Justice