ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 18 2008
U.S. COURT OF FEDERAL CLAIMS

STERLING SAVINGS ASSOCIATION, a state chartered savings association, STERLING FINANCIAL CORPORATION, a Washington corporation,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 95-829C
(Judge Wheeler)

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 95-829C, entered on February 19, 2008, including (but not limited to): (1) the order for entry of final judgment in No. 95-829C, entered on February 19, 2008; (2) the published opinion and order in No. 95-829C, entered on February 19, 2008; (3) the published opinion and order in No. 95-829C, entered on August 4, 2002; (4) the published opinion and order in No. 95-829C, entered on July 9, 2003; and (5) the published opinion and order in No. 95-829C, entered on September 12, 2002.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

ELIZABETH M. HOSFORD
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0332

Attorneys for Defendant

Of counsel:

TAREK SAWI
Senior Trial Counsel
DELISA SANCHEZ
WILLIAM G. KANELLIS
ELIZABETH HOLT

April 18, 2008

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 18, 2008, I caused to be served by United States mail (first-class mail, postage prepaid), and facsimile, copies of "DEFENDANT'S NOTICE OF APPEAL," addressed as follows:

William D. Symmes, Esq.
Witherspoon, Kelley, Davenport & Poole
1100 U.S. Bank Building
Spokane, Washington 99201
Tel.: (509) 624-5265

S. Monty Gordon [signature]