#06-8053

ORIGINAL

FILED
MAY 1 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STERLING SAVINGS ASSOCIATION, a state-chartered Savings association, STERLING FINANCIAL CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 95-829-C<br><br>(Judge Wheeler)<br><br>NOTICE OF APPEAL |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby give that STERLING SAVINGS ASSOCIATION and STERLING FINANCIAL CORPORATION, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on February 19, 2008, including, but not limited to: (1) the order for entry of final judgment in No. 95-829-C, entered on February 19, 2008; (2) the published opinion and order in No. 95-829-C, entered on February 19, 2008; and (3) the order for partial summary judgment in No. 95-829-C, dated August 30, 2006.

Respectfully submitted this 1st day of May, 2008.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.**

By: ______________________
William D. Symmes, Counsel of Record
And Member Of the Bar of the United States Court of Federal Claims

1100 U.S. Bank Building, 422 West Riverside Avenue
Spokane, WA 99201-0300
Telephone No. (509) 624-5265
Facsimile No. (509) 458-2717
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 1, 2008, I caused to be served by United States mail and facsimile a copy of **PLAINTIFFS' NOTICE OF APPEAL**, addressed as follows:

Elizabeth M. Hosford
Senior Trial Counsel
Department of Justice
Attn: Classification Unit, 8th Floor
110 L Street N.W.
Washington, D.C. 20530
Telephone: (202) 616-0332

Joshua P. Wilson